```
 1                  UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF KENTUCKY
 2                      LOUISVILLE DIVISION


 3

 4   JACOB HEALEY and LARRY LOUIS      )
     HIBBS, JR., JAMES MICHAEL JARVIS  )
 5   JR., ALLEN GOODFLEISCH, CYNTHIA   )
     DAWN YATES and BETTY MELLOAN,     )
 6   Individually and on behalf of all )
     other similarly situated          )
 7                                      )
          PLAINTIFFS                    ) CIVIL ACTION NO.
 8                                      ) 3:17-CV-71-RGJ-RSE
     v.                                 )
 9                                      )
     JEFFERSON COUNTY, KENTUCKY,        )
10   LOUISVILLE METRO GOVERNMENT,       )
                                        )
11        DEFENDANTS                    )

12

13

14

15

16               DEPOSITION FOR PLAINTIFFS

17

18                 ***      ***      ***

19

20        WITNESS:  ARNETTA ROCHELLE AL-AMIN

21         DATE:  SEPTEMBER 20, 2018

22       REPORTER:  LINDA A. FOX, CCR
                    (502)593-4940
23

24

25
```

1          The deposition of **Arnetta Rochelle Al–Amin** was

2 taken before Linda A. Fox, Certified Court Reporter and

3 Notary Public for the State of Kentucky at Large at 531

4 Court Place, Suite 900, Louisville, Kentucky on Thursday,

5 September 20, 2018 at approximately 10:01 a.m.

6

7                   **A P P E A R A N C E S**

8

9      **GREGORY A. BELZLEY, ESQUIRE**
     ATTORNEY FOR PLAINTIFFS
10     BELZLEYBATHURST, ATTORNEYS
     P.O. BOX 278
11     PROSPECT, KENTUCKY  40059

12

13     **JAMES D. BALLINGER, ESQUIRE**
     ATTORNEY FOR PLAINTIFFS
     BALLINGER LAW, PLLC
14     3610 LEXINGTON ROAD
     LOUISVILLE, KENTUCKY  40207

15

16     **J. DENIS OGBURN, ESQUIRE**
     ATTORNEY FOR DEFENDANT
17     ASSISTANT JEFFERSON COUNTY ATTORNEY
     FISCAL COURT BUILDING
18     531 COURT PLACE
     SUITE 900
19     LOUISVILLE, KENTUCKY 40202

20

21

22

23

24

25

1

**I N D E X**

2

3   WITNESS:                                                   PAGE

4     *ARNETTA ROCHELLE AL-AMIN*

5   DIRECT EXAMINATION BY MR. BELZLEY                            4

6

7                     **E X H I B I T S**

8

9   Exhibit No. 1  (Policy 8/24/09)                            74
    Exhibit No. 2  (Policy 2/04/10)                            77
10   Exhibit No. 3  (Organizational Chart)                      78
    Exhibit No. 4  (Diagram of Office layout)                  96
11   Exhibit No. 5  (Highlighted Departmental Policy)           97
    Exhibit No. 6  (Operational Audit 6/15/12)                112
12   Exhibit No. 7  (Report January 2018)                     113
    Exhibit No. 8  (Chart of Inmates)                         127
13   Exhibit No. 9  (Chart of Inmates)                         127
    Exhibit No. 10 (Chart of Inmates)                         127
14   Exhibit No. 11 (HIP Late Release Spreadsheet)             127
    Exhibit No. 12 (Main Jail Late Release Sheet)             128
15   Exhibit No. 13 (List of Senior Corrections Technicians) 135
    Exhibit No. 14 (LMD Corrections Incident Report)          140
16   Exhibit No. 15 (LMD Corrections Incident Report)          144
    Exhibit No. 16 (LMD Corrections Incident Report)          144
17   Exhibit No. 17 (LMD Corrections Incident Report)          171
    Exhibit No. 18 (LMD Corrections Incident Report)          173
18   Exhibit No. 19 (LMD Corrections Incident Report)          174
    Exhibit No. 20 (LMD Corrections Incident Report)          176

19

20                     **ITEMS REQUESTED**

21   Recommendations that auditors were making  Line 20       115
    Recommendations & corrective action        Line 13       117
22   Results of audit of releases               Line  6       118
    ROR tracking sheet                         Line  9       118
23   Checklist prepared for people to use       Line 13       118
    Pop quizzes to records division            Line  8       126
24   Sentence audit book                        Line 22       162

25

**ARNETTA ROCHELLE AL-AMIN,**

a witness, called upon oral examination by counsel for the

Plaintiff, having been first duly sworn, was examined and

testified as follows:

**BY MR. BELZLEY:**

    **Q.**   Ma'am, could you state your full name for the

record, please.

    **A.**   Arnetta Rochelle Al-Amin.

    **Q.**   Okay.  And forgive me but I ask everybody this

question, how old are you?

    **A.**   Fifty-eight.

    **Q.**   Fifty-eight.  Okay.  Let me tell you -- my name's

Greg Belzley, we're representing the plaintiffs in this

case.  And -- and let me tell you a little bit, I'll give

you kind of a forecast of what we're going to do here today.

    **A.**   Okay.

    **Q.**   We have filed a lawsuit concerning what we call

over detentions, people not being released on time.  You are

not a party in that lawsuit, you've not been sued as a

defendant.

       One of the things we're trying to do is kind of

find out how the system operates --

    **A.**   Uh-huh.

    **Q.**   -- what you know, we're going to do a lot of

talking and a lot of detail about the process and what goes

1    where and things of that nature.

2            Have you ever given a deposition before?

3    **A.**   Years ago.

4    **Q.**   Okay.  What was that about?

5    **A.**   Well, I had actually sent an inmate to KSR, it was

6    the wrong inmate.

7    **Q.**   Oh, okay.

8    **A.**   As a matter of fact, his name was Anthony

9    Williams, that was before the court start putting

10   identifiers on judgments.

11           They used to just send a judgment and, if we had

12   multiple defendants in custody with the same name, we had to

13   call the court to find out which defendant was supposed to

14   go to the pen.

15   **Q.**   Got you.

16   **A.**   Well, I made my documentation on the front of the

17   folder and called the court.  And the court told me -- the

18   clerk told me which defendant to send.  So I sent that

19   defendant but it happened to be the wrong defendant.

20   **Q.**   The wrong defendant?

21   **A.**   So --

22   **Q.**   All right.  All right.  This -- because we're

23   going to talk about a lot detail, this deposition could take

24   a while.

25   **A.**   Uh-huh.

1    **Q.**   Relax.  If you need a break, say so, happy to --

2    to do that, your comfort is paramount, probably the second

3    only to the court reporter's.

4    **A.**   Okay.

5    **Q.**   If you -- if any of the questions I ask you are

6    unclear, and many may well be because of my unfamiliarity

7    with the process that you deal with on a day-to-day basis --

8    **A.**   Uh-huh.

9    **Q.**   -- don't hesitate to say so.

10   **A.**   Okay.

11   **Q.**   And I'll -- I'll either rephrase it or we'll talk

12   about it.  I may need -- you may use some acronyms in the

13   process of things you're talking about that I may not know

14   and so we'll work it all out.

15   **A.**   Okay.

16   **Q.**   If you would try and remember that I need a verbal

17   response to all my questions.  If you and I were sitting in

18   a coffee shop, we'd nod and shake our heads and uh-huh, but

19   this is a little bit formal because she's got to be able to

20   take down something with sufficient detail so we know when

21   you're saying yes, when you're saying no, okay?

22   **A.**   That's okay.

23   **Q.**   All right.  We filed our lawsuit in February 3 of

24   2017.  What was your position at the jail at that time?

25   **A.**   2017?

1    **Q.**   Yes, ma'am, February.

2    **A.**   Records -- LMDC record supervisor two.

3    **Q.**   LMDC records supervisor two?

4    **A.**   Yes.

5    **Q.**   Okay.  Is there a records supervisor one?

6    **A.**   Yes.  There's four.

7    **Q.**   It's what?

8    **A.**   Four of them.

9    **Q.**   There's four of them?

10   **A.**   Uh-huh.

11   **Q.**   There's four records supervisors ones?

12   **A.**   Yes.

13   **Q.**   Okay.

14   **A.**   That I supervise.

15   **Q.**   Now, can you tell me the difference between the
16   responsibilities of a records supervisor one and a records
17   supervisor two?

18   **A.**   Well, the supervisor one is basically the direct
19   supervisor.  They supervise the staff, the daily operations.
20   Whereas, I, supervisor two, is more like the coordinator,
21   make sure that the daily operations are -- are carried out
22   properly.

23   **Q.**   Now, what is your position today?

24   **A.**   Records supervisor II.

25   **Q.**   Okay.  Do you have a person who is -- that you

1    regard to be your direct supervisor?

2         **A.**    Yes.  The chief of staff.

3         **Q.**    And who -- who was that back in February of 2017?

4         **A.**    Dwayne Clark.

5         **Q.**    Now, you've described him as the chief of staff,

6    is -- is that something different from a supervisor one?

7         **A.**    Yes.

8         **Q.**    Okay.  So you look to the chief of staff as your

9    supervisor not to a supervisor one?

10        **A.**    No.

11        **Q.**    Who is it that supervises the work of supervisor

12   ones?

13        **A.**    I do.

14        **Q.**    You do?

15        **A.**    Yes.

16        **Q.**    Okay.  Okay.  I got you.

17        **A.**    It's the levels, they're supervisor one, I'm

18   supervisor two.

19        **Q.**    Okay.  I thank you for clarifying.  I was thinking

20   supervisor one was -- was above you.  You're above of the

21   supervisor ones?

22        **A.**    Yes.

23        **Q.**    Is there a supervisor three?

24        **A.**    No.

25        **Q.**    And how -- forgive me, because I got confused

1    there, how -- supervisor twos are there?

2        **A.**    One.  Well, in -- in my area, one.

3        **Q.**    And what is your area?

4        **A.**    The record's division.

5        **Q.**    And you told me there are four supervisor ones?

6        **A.**    Yes.

7        **Q.**    So, essentially, as a supervisor two, you kind of

8    supervise the -- the daily efforts of the supervisor ones?

9        **A.**    Yes.

10        **Q.**    And your direct supervisor then would be the chief

11    of staff, Mr. Clark?

12        **A.**    Yes.

13        **Q.**    How long have you been a record's supervisor two?

14        **A.**    2011.  July, 2011.

15        **Q.**    Had you ever -- what was your position before you

16    became a records supervisor two?

17        **A.**    I was retired.  I retired in 2009 -- January 2009.

18    I was a supervisor one and I believe I was a supervisor one

19    from, I think, 1998 until I retired in 2009.

20        **Q.**    Okay.  What led you to un-retire in 2011?

21        **A.**    Well, I found out that this position was

22    available, it was open and I wanted to come back to records

23    so I applied for it, interviewed for the position, and was

24    awarded the position.

25        **Q.**    Was -- did -- was there anybody who contacted or

1    reached out to you and said, Arnetta, we need you back here,

2    you've got experience and something of that nature?

3       **A.**    No.

4       **Q.**    Okay.  What is the -- what is it -- what is the

5    work that's done in the record's division?

6       **A.**    Processing inmate court orders, that's the biggest

7    thing, processing court orders, releases, any kind of

8    paperwork dealing with the inmates, other counties

9    paperwork, we get that and process it, the warrants, booking

10   inmates into custody, within the records division, there's

11   five different areas.

12      **Q.**    What are those five?

13      **A.**    Okay.  The booking area, and what they do, they

14   book the inmates into custody.

15      **Q.**    Okay.

16      **A.**    Okay.  Then there's the intake and release area.

17      **Q.**    Okay.

18      **A.**    And they retrieve the live scan from the state

19   that -- the state identifies the -- the -- the individual as

20   being that individual.

21      **Q.**    Okay.

22      **A.**    Okay.  So they retrieve that live scan and they

23   run the warrants, conduct a warrant check, check NCIC when

24   inmates come into custody and when they're released from

25   custody.

1    **Q.**    Okay.

2    **A.**    Okay.   The records division, they process all the

3    court commitments and releases, take added charges.

4              **THE REPORTER:**   Take -- take what charges?

5    **A.**    Added, added charges, like from other counties or

6    if another agency finds that a person has an outstanding

7    warrant, they have to bring those added charges into records

8    and records will verify if the person's in custody or not.

9              We have our CTs, those are the corrections

10   technicians that -- that's a entry level position, and their

11   main function is to conduct visits.  And then once they

12   finished conducting the visits or if we have two CTs on duty

13   at the time, one will go over and conduct the visits while

14   the other stays in the office and does filing and takes care

15   of the public at the front window.

16   **Q.**    Okay.

17   **A.**    And then we have the archives position.  And what

18   she does is basically take care of archives, any kind of

19   archive folders, make sure that we're within the retention

20   schedule, metro government retention schedule --

21   **Q.**    Okay.

22   **A.**    -- for the files.

23   **Q.**    Okay.  There -- the five sections in the records

24   division are booking, intake and release, the records

25   division, the corrections technicians and archives?

1    **A.**   That's correct.

2    **Q.**   Okay.  Let me ask you some questions about some --

3    some terms you used.  What's a live scan?

4    **A.**   It's a sheet -- when the -- the inmate first comes

5    into custody, okay --

6    **Q.**   Uh-huh.

7    **A.**   -- they have to be identified, okay, to say that

8    this person is who they say that they are.

9    **Q.**   Yeah.

10   **A.**   Okay.  So they take the -- the officer will take

11   their fingerprints on what is called a live scan machine.

12   And those prints are sent to the state and the state will

13   say, okay, this is that person or, no, it's not that person,

14   it's somebody else.

15   **Q.**   Okay.

16   **A.**   And then once they do that, we'll get the -- a

17   live scan sheet that has the inmate's name and his CID

18   number and I believe it's got an FBI number on there in --

19   the fingerprints.

20   **Q.**   Okay.

21   **A.**   And it comes back to intake and release.

22   **Q.**   Okay.

23   **A.**   Yeah.

24   **Q.**   Now, you said that the corrections technician

25   among their duties is to conduct visits?

1      **A.**    Yes.

2      **Q.**    And what -- what do you mean by that?

3      **A.**    Well, the inmates are allowed two visits per week,

4      one during the weekday and another on the weekend.  Those

5      visits are conducted in the basement of the Hall of Justice

6      and the -- they get -- the public can visit the inmate, it's

7      on a monitor.

8      **Q.**    Okay.

9      **A.**    So there's no physical contact, it's -- it's on a

10     monitor.  There's certain information that the visitor has

11     to have to show the CT when they're registering for the

12     visit, so . . .

13     **Q.**    Okay.  So they -- so the corrections technicians

14     arrange and -- and administer and monitor visits with

15     inmates by other people?

16     **A.**    Yes.

17     **Q.**    Okay.  Now, from your description of what these --

18     these various divisions do, it sounds as if the intake and

19     release section and the records division are both involved

20     in releasing inmates?

21     **A.**    Yes.

22     **Q.**    And tell me how -- how that works, what their

23     separation is, what each does that's different from the

24     other.

25     **A.**    Okay.  Records, when they receive a release on an

1   inmate, the release, of course, is going to come from the

2   court or it's going to come from pretrial but it has to come

3   from a judge.

4           Records will review the -- the release paperwork

5   and make sure that all of the charges and case numbers are

6   covered.  If they are, then they'll process the release,

7   okay.  And then before they -- we don't actually release the

8   person out the door, okay.  So we'll have to send -- once we

9   do our part in records, then we'll send the paperwork over

10  to intake and release.  Intake and release conducts a

11  warrant check.

12          So they'll check eWarrants to see if any

13  outstanding warrants exist and they also check with NCIC to

14  see if there's anything there.

15      **Q.**   Okay.  And, if there's not, then what happens?

16      **A.**   Then intake and release will go ahead and -- and

17  they'll send the release -- the booking copy.  They'll send

18  the booking copy of the release over to the booking floor

19  with the person's house, the HIP, which is home

20  incarceration.  If they're on HIP or CCC, then they'll bring

21  the release back to records to the -- whoever processed the

22  release -- well, whoever verified the release and they'll

23  give it to the verifier of the release.  And that -- that

24  SCT will scan and e-mail the release to either CCC or HIP.

25      **Q.**   Okay.

```
 1      A.    All of our -- maybe I should have said this in the

 2   beginning with the process, but all of our releases -- when

 3   records processes the release, you have one person that

 4   processes the release and then another person verifies the

 5   release.

 6      Q.    And the -- the -- there's a person that processes

 7   and a person that verifies, is --

 8      A.    Yes.

 9      Q.    -- separate people.  Can you explain to me the

10   difference between their duties, what a -- what the

11   processing person does, what the verifying person does?

12      A.    Really there is none.  The person that verifies

13   the release should make -- should be making the same checks

14   and balances as the person that processes the release.

15            They should be reviewing the documents, checking

16   to make sure that the case number, case number's covered by

17   that release, all the charges are covered by that release.

18      Q.    Okay.

19      A.    There's no other holds pending, everything -- like

20   I said, everything that the person that's processing the

21   release does, the verifier should be checking the -- the

22   same thing.

23      Q.    Okay.  And so the -- the -- the -- the release

24   paperwork that comes to the records division, that gets

25   reviewed by a processor and by a verifier?
```

1     **A.**   Yes.

2     **Q.**   All right.  Okay.  Let me recite this back to you

3 so that I make sure I've got this right, okay?

4     **A.**   Okay.

5     **Q.**   Stop me if I get something wrong.

6     **A.**   Okay.

7     **Q.**   Just -- just say hold it.

8     The records division gets the release paperwork

9 and reviews that paperwork.

10    **A.**   Uh-huh.

11    **Q.**   That paperwork is reviewed by a processor and a

12 verifier.  If everything is in order, then that paperwork

13 goes to intake and release, which checks on whether or not

14 there are any outstanding warrants or other things that

15 might affect the person's release.

16     If there are not, then the paperwork gets sent

17 to -- to the booking floor.

18    **A.**   Yeah.  If they're housed at -- if the person's

19 housed at the main jail complex --

20    **Q.**   Yeah.

21    **A.**   -- then it gets -- the paperwork gets sent to the

22 booking floor.

23    **Q.**   Okay.  If -- if, however, they're HIP or CCC that

24 comes back to the records division, the records division

25 sends that to the appropriate CCC or HIP?

1    **A.**   Yes.  By scan and e-mail.

2    **Q.**   Okay.  Now, let me back up.  The supervisor ones,

3  you said there are four of them, who are they and what do

4  they do?

5    **A.**   Well, Sandy Mucker -- Sandria Mucker, she's the

6  first-shift supervisor.

7    **Q.**   Okay.

8    **A.**   Sharonda Simmons, she's what we call the relief

9  supervisor and she works first shift as well.

10   **Q.**   Okay.

11   **A.**   The second-shift supervisor is Marylea Bates.

12   **Q.**   Okay.

13   **A.**   And the third-shift supervisor is Stacy Portwood.

14           **THE REPORTER:**  Stacy?

15   **A.**   Portwood, P-O-R-T-W-O-O-D.

16   **Q.**   **(BY MR. BELZLEY)** Okay.  So it -- it -- from your

17  description, it looks like you have three supervisor ones

18  who are full-blown shift supervisors?

19   **A.**   Uh-huh.

20   **Q.**   And you -- and -- but one of the four, Ms.

21  Simmons, is a release supervisor?

22   **A.**   Yeah.  Her responsibilities are the same as a

23  supervisor one, it's just that we call it the release

24  supervisor because she has -- if one of the other

25  supervisors on the other shift goes on vacation and she have

1    to cover for their shift.

2        **Q.**    I'm sorry.

3        **A.**    So that -- that's the only difference.

4        **Q.**    I -- I understood you -- I misunderstood.

5        **A.**    Yeah.

6        **Q.**    She's the relief supervisor?

7        **A.**    Yeah.

8        **Q.**    Got you.  Okay.  Is it fair to say that as the one

9    supervisor two, you --

10       **A.**    Uh-huh.

11       **Q.**    -- there's only one of you, you supervise the work

12   of the -- the four supervisor ones?

13       **A.**    Yes.  Well --

14       **Q.**    Okay.

15       **A.**    -- I'm -- I'm their supervisor.  Basically, I -- I

16   supervise the -- the daily operations.

17       **Q.**    Okay.

18       **A.**    Not only the supervisor ones but with the -- line

19   staff as well is the daily operations of the office, the

20   division.

21       **Q.**    All right.  Now, who is it that the supervisor

22   ones supervise?

23       **A.**    The line staff.

24       **Q.**    The line staff?

25       **A.**    Yes.  The senior corrections technicians and the

1  corrections technicians.

2      **Q.**   Is there any difference between the duties of the

3  senior corrections technicians and the corrections

4  technicians?

5      **A.**   Yes.

6      **Q.**   What -- what is that?

7      **A.**   The corrections technician, like I said, is an

8  entry-level position.  The pay is lower than the senior

9  corrections technicians.  The senior -- the corrections

10 technicians are the technicians that conduct the visits.

11     **Q.**   Okay.

12     **A.**   They're responsible -- their primary -- primary

13 function is the filing, taking care of the window of -- with

14 the public, answering telephone calls.

15     **Q.**   Uh-huh.

16     **A.**   Basic general office duties.

17         The senior corrections technicians, their main

18 responsibility is processing inmate paperwork.

19     **Q.**   Okay.  So, when we talk about the -- the records

20 subdivision of the records division, getting the release

21 paperwork --

22     **A.**   Uh-huh.

23     **Q.**   -- that paperwork would be coming to a senior

24 corrections technician?

25     **A.**   Yeah.  Actually, it comes to -- we receive our

1   court paperwork through e-mail, okay.  We have a district

2   court e-mail box, a circuit court e-mail box, pretrial

3   e-mail box, and an LMDC records e-mail box.

4       **Q.**    Okay.  Let me catch up with you.

5       **A.**    Okay.

6       **Q.**    You said district, circuit, LMDC, and there was a

7   fourth e-mail box you had.

8               **MR. BALLINGER:**  Pretrial.

9       **A.**    Pretrial.

10      **Q.**    **(BY MR. BELZLEY)** Pretrial.  Okay.

11      **A.**    Excuse me.

12      **Q.**    Okay.  And -- and who has access to those e-mail

13  boxes?

14      **A.**    The senior corrections technicians.

15      **Q.**    Okay.  And -- and what is it -- let me just --

16  let's just walk through this.  What is it that is in the

17  district court e-mail box?

18      **A.**    Any inmate that's in -- that's scheduled for court

19  that day, their paperwork is going to be returned via that

20  e-mail box from the court.

21      **Q.**    Okay.

22      **A.**    From the clerk or the judge or whoever puts that

23  document in.

24      **Q.**    Okay.  What is in the circuit e-mail boxes?

25      **A.**    Circuit -- any -- any inmate that's scheduled for

1    court that day, their court paperwork is going to be in that

2    e-mail box.

3        **Q.**    What's in the pretrial e-mail box?

4        **A.**    The pretrial e-mail box will get the bond

5    decisions for inmates that's coming into -- that came into

6    custody that day or that night --

7        **Q.**    Uh-huh.

8        **A.**    -- ROR releases, HIP, bond decisions, if they have

9    any RIPS or bail -- anybody that's -- bail credit eligible,

10   RIP, all of that paperwork comes from pretrial into the

11   pretrial box.

12       **Q.**    And what is in the LMDC e-mail box?

13       **A.**    That's anything other than what I just mentioned.

14       **Q.**    All right.

15       **A.**    And it's coming from the court.

16       **Q.**    Okay.  So what's in those boxes is accessed and

17   looked at by the senior corrections technicians?

18       **A.**    Yes.  On each shift, we have one senior

19   corrections technician that's assigned to each of the boxes.

20       **Q.**    Okay.  How many senior corrections work in each

21   shift?

22       **A.**    In records?

23       **Q.**    Yes, ma'am.

24       **A.**    Okay.

25       **Q.**    Well, let me -- let me clarify.  There is a

1    records department in the records division, right?

2        **A.**    Yes.

3        **Q.**    Okay.  So, when you say in records, are you

4    talking about the records division or the records

5    department?

6        **A.**    I'm calling about the records area, okay, the ones

7    that processes the court paperwork.

8        **Q.**    Okay.

9        **A.**    So do you want the numbers for the entire division

10   that includes the other areas, booking, intake and release

11   or --

12       **Q.**    All I --

13       **A.**    -- just records?

14       **Q.**    Yeah.  Let me -- all I want is -- is the number of

15   senior corrections technicians that are working in the

16   records area that get the release paperwork?

17       **A.**    Okay.  Well, first shift there's seven.  For

18   second shift, there's five, and for third shift, there's

19   five.

20       **Q.**    And are those corrections technicians or senior

21   corrections technicians?

22       **A.**    Those are senior corrections technicians.  Now, I

23   may add, these are the numbers that's on the schedule but

24   you have to take into account that they have off days.

25       **Q.**    Okay.

```
 1        A.    Okay.  So you -- maybe one day a week there may be

 2   four to five senior corrections technicians say on second or

 3   third shift, but they do have their off days, generally,

 4   there's three for third shift.

 5             Second shift, generally, we have three, and then

 6   we have to utilize overtime.  And the same with first shift,

 7   we're generally not going to have seven SCTs, seven's on the

 8   schedule, but with off days, or sick calls or whatever, we

 9   may have to use forced overtime.

10        Q.    So --

11        A.    So we'll have five.

12        Q.    Okay.

13        A.    At least five.

14        Q.    Now, do you know total how many senior corrections

15   technicians there are for the records area?

16        A.    Forty-one.

17        Q.    Forty-one?

18        A.    Uh-huh.

19        Q.    Wow.  Okay.  Now, what is first shift?

20        A.    That's seven -- 7 a.m. till 3:30 p.m.

21        Q.    And then second shift is 3:30 p.m. to what?

22        A.    No.  Second shift is three o'clock --

23        Q.    Oh.

24        A.    -- p.m. until 11:30 p.m.

25        Q.    And then third shift is 11 p.m. --
```

1      **A.**   Yes.  11 p.m. to 7:30.

2      **Q.**   Okay.  Now, why are there three shifts?

3      **A.**   Because we're a 24-hour operation.  We don't

4   close.

5      **Q.**   And so you're -- you're processing release

6   paperwork 24 hours a day?

7      **A.**   Yes.

8      **Q.**   Okay.  We -- we've talked about who it is that --

9   that looks at the -- looks at these e-mail boxes.  And,

10   during first shift, there's actually one senior corrections

11   technician assigned each box?

12      **A.**   Yes.  To each box.  Uh-huh.

13      **Q.**   Okay.  Is there a rule or a requirement or a

14   policy about how often they're supposed to check each of

15   those boxes?

16      **A.**   Yeah.  Fifteen minutes.

17      **Q.**   Every 15 minutes?

18      **A.**   Uh-huh.

19      **Q.**   And when we talk about them checking that e-mail

20   box, how do they do that?

21      **A.**   Well, they go into the e-mail and -- and they

22   look -- well, they -- they look for any new e-mails,

23   anything that's unopened and they'll go ahead and -- and

24   they'll open it, print it out.

25           Then once they've printed out all of those

1   e-mails, they'll come back and they go to retrieve the

2   e-mails from the copier, come back to the desk and they have

3   to go through each of those e-mails that they printed and

4   check it against the e-mails that's in the e-mail box to

5   make sure that they've received all the e-mails.

6       **Q.**    Okay.  Of the four e-mail boxes that you

7   described -- that you identified for me, is there one in

8   particular that typically carries the release paperwork?

9       **A.**    No.

10      **Q.**    Okay.

11      **A.**    They all do.

12      **Q.**    Is -- is the release -- does the release paperwork

13  typically appear in the district and circuit court e-mail

14  boxes?

15      **A.**    In all of them.

16      **Q.**    Well, yeah, no, I know.  But is most -- like

17  today, will -- will most of the release paperwork be found

18  in the district or circuit court e-mail boxes?

19      **A.**    I would say in the district.

20      **Q.**    In the district?

21      **A.**    Yeah.

22      **Q.**    And, second, would it -- secondarily, would it be

23  the circuit court?

24      **A.**    No.  I think it would probably be between the LMDC

25  and the pretrial --

1    **Q.**    Okay.

2    **A.**    -- or the ROR.

3    **Q.**    Okay.  Now -- okay.  Is -- what is in the district

4    and the circuit court e-mail boxes in terms of release

5    paperwork, is that -- is that something that relates to an

6    order that's been entered by a district or circuit court

7    judge?

8    **A.**    I don't understand your question.

9    **Q.**    Okay.  Well, let me -- let me put it this way.

10   If -- if -- if I'm a senior corrections technician over

11   accessing the district e-mail box --

12   **A.**    Uh-huh.

13   **Q.**    -- what is it that I typically see there in terms

14   of release paperwork?

15   **A.**    Probably an order, a release, that -- that's what

16   it's going to be on.

17   **Q.**    Okay.

18   **A.**    A release order, it's going to be a release order.

19   **Q.**    Okay.

20   **A.**    I mean, other paperwork comes in the box because

21   it's for those inmates appearing in court that day.

22   **Q.**    Yeah.

23   **A.**    Not all the inmates are going to be released that

24   day.

25   **Q.**    Sure.

1          **A.**    So some of them's going to be motion jails.   And

2    the motion jail is just an order rescheduling of the -- the

3    court date for that inmate for a future court date.

4              It could be a sentence order, sentencing an inmate

5    to some time either in jail or HIP or CCC or it could be a

6    release, release from custody.   It could be an order if an

7    inmates needs evaluation for Central State we would get that

8    order, as well.

9              Any kind of special orders, a furlough, if the

10   judge wants an inmate to be furloughed for a certain period

11   of time or a transport order or escort order is what we call

12   it, it could be -- that could come through the -- the box as

13   well.

14         **Q.**    Okay.  Is the -- is the -- what you told me true

15   for the circuit court e-mail box as well?

16         **A.**    Uh-huh.

17         **Q.**    Okay.  It's just a different court?

18         **A.**    Yeah.

19         **Q.**    And a different level of --

20         **A.**    Yeah.

21         **Q.**    -- crime?

22         **A.**    Right.  Uh-huh.

23         **Q.**    How about the pretrial box, what -- if I open the

24   pretrial box typically what do I see in there?

25         **A.**    Bond decisions from pretrial, where a judge has

1    given the inmate HIP or releasing the inmate, ROR, what

2    else, if a person is to receive real credit, bail credit,

3    basically they're all bond decisions though, that's --

4    that's what they are.

5        **Q.**    Is -- would pretrial include orders for work

6    release?

7        **A.**    Don't think that I've ever seen one for work

8    release.  Because basically is the inmate coming into

9    custody that they're fresh arrests.  So usually the -- the

10   work release comes when the inmate goes to arraignment court

11   or to a -- one of the other courts, so . . .

12       **Q.**    Okay.  Do you all -- does -- does the records

13   division deal with work releases at all?

14       **A.**    Yeah.

15       **Q.**    Okay.  How -- how do you all get notification of a

16   work release?

17       **A.**    It's on the order from the court.

18       **Q.**    Okay.  So that work release would come from either

19   the district or the circuit court e-mail box?

20       **A.**    Yes.  I mean, there's other courts involved, I

21   mean, juvenile court, family court.

22       **Q.**    Sure.  Okay.  Now, I understand that in the

23   district court e-mail box or circuit court e-mail box, the

24   pretrial e-mail box, you may be getting actual orders

25   telling you to release somebody?

1    **A.**   That's correct.

2    **Q.**   When you get instead a sentence --

3    **A.**   Uh-huh.

4    **Q.**   -- are you then subsequently told by the court

5    when that person should -- is supposed to be released or is

6    the records division essentially expected to calculate the

7    release date on its own from the sentence?

8    **A.**   It can go both ways because the judge can indicate

9    when a person is to be released, okay, on an order of

10   commitment.

11   **Q.**   Okay.

12   **A.**   And, basically, all we have to do then is -- is

13   just put the release date in the computer.  I mean, there's

14   really no sentence to calculate because the judge has

15   already given us that release date.  With the sentences,

16   however, we do have to calculate those sentences.

17   **Q.**   And who does that?

18   **A.**   The -- the senior corrections technician.

19   **Q.**   Okay.  So, when he gets the sentence order, he --

20   he calculates the release date when he gets the sentence

21   order?

22   **A.**   Right.

23   **Q.**   And then what happens with that release date, is

24   that -- is there a flag somewhere in the system that -- that

25   comes back and reminds you all that, okay, he's completed

1  his -- his sentence and today's the day he needs to be

2  released?

3       **A.**   Yeah.  Actually, once we've calculated the

4  sentence, okay, the SCT will indicate the release date on

5  the order and they'll place their initials on there.  Then

6  it -- that information's transferred to what we call a time

7  out book.

8            The time out book has all the dates for that year,

9  okay, and we'll go to that date and we'll put a sticker that

10  includes the inmate's name, CIN number, and number of days

11  that the person is sentenced to on the date that he's due to

12  be released, he or she's due to be released.  Okay.  So you

13  can have that method.

14            And then, we also calculate it in XJail, that's

15  our jail system, jail management system.

16       **Q.**   Okay.

17       **A.**   So the release date is going to -- once we

18  calculate the sentence in XJail, the release date is going

19  to show at the bottom of the screen.

20       **Q.**   Okay.  Okay.

21       **A.**   On that date that the inmate is to due to be

22  released from custody, third shift SCTs will print out --

23  well, actually second shift prints out the time out list and

24  gets it ready for third shift.

25       **Q.**   Okay.

1    **A.**   So any inmates that's scheduled to be released for

2    that day, that night, the SCT prints the list out for the

3    following day if that makes, did that make sense?

4    **Q.**   Okay.

5    **A.**   And then when third shift comes on, then they'll

6    take that time out list and they'll compare that time out

7    list with the names that's in the time out book to make sure

8    that all of those names they mirror one another.

9    **Q.**   All right.

10   **A.**   And they'll have to go through all of those names

11   to see if the inmate is still eligible to be released from

12   custody or how they -- if they have other charges pending,

13   then they cannot get out.  And we'll make a note in the time

14   out book why the inmate cannot be released from custody.

15   **Q.**   Okay.

16   **A.**   Okay.

17   **Q.**   All right.  Now, you -- we've talked about who it

18   is that looks -- who opens these e-mail boxes.

19   **A.**   Uh-huh.

20   **Q.**   Who is it on the district court side that sends

21   the e-mails?

22   **A.**   The court clerk I believe.  I don't know, it's the

23   court clerk or the judge.

24   **Q.**   Okay.  But either the court clerk or the judge

25   is --

1      **A.**   But it's coming from the court.

2      **Q.**   -- is the one that's putting the stuff in the

3    e-mail box?

4      **A.**   Uh-huh.

5      **Q.**   Now, you said that with regard to the second and

6    third shifts, there's typically three senior corrections on

7    duty?

8      **A.**   Yeah, pretty much.

9      **Q.**   But there's four e-mail boxes?

10     **A.**   Uh-huh.

11     **Q.**   With -- is -- is there somebody that is not -- is

12   there an e-mail box that's typically not checked in second

13   and shirt shift or --

14     **A.**   No.  Okay.  Second shift generally they have --

15   even though I think they have -- well, they have five SCTs

16   scheduled on that shift but remember they have to have their

17   off days or people call in sick --

18     **Q.**   Yeah.

19     **A.**   -- so we have to utilize overtime.  So they're

20   going to have at least -- at least four people on duty.

21     **Q.**   Okay.

22     **A.**   Yeah.

23     **Q.**   Okay.  So somebody from first shift may --

24     **A.**   May get forced.

25     **Q.**   -- work a second shift?

1     **A.**    Uh-huh.

2     **Q.**    I got you.  Okay.  So 24 hours a day there is

3  always somebody who is specifically assigned to check one of

4  these e-mail boxes?

5     **A.**    Now, third shift, the courts are -- are --

6  generally, the courts are over and we're not getting anymore

7  e-mails probably around 6:30, seven o'clock --

8     **Q.**    Okay.

9     **A.**    -- because courts are done.

10    **Q.**    Right.

11    **A.**    Okay.  So there's no more e-mails to -- to print

12 out for third shift so we don't need a SCT for -- to man

13 those e-mail boxes, the district and the circuit.  So we'll

14 only have somebody assigned to the LMDC and the pretrial

15 box.

16    **Q.**    Okay.  Okay.

17    **A.**    On third shift.

18    **Q.**    Got you.  Let's do this.  What I'd like to do

19 is -- is take short breaks to get caught up because what

20 we've spent doing for the last 45 minutes is as complicated

21 as anything --

22    **A.**    Okay.

23    **Q.**    -- that I've done in many, many years.  And I want

24 to make sure that I have an understanding, talk with Mr.

25 Ballinger, he's probably thought of questions that I haven't

1    asked.

2              **MR. BELZLEY:**  Let's go off the record for a

3    second.

4                        *   *   *   *   *

5                     **(Off-the-record.)**

6                        *   *   *   *   *

7              **MR. BELZLEY:**  Okay.

8        **Q.   (BY MR. BELZLEY)** You mentioned Dwayne Clark, the

9    chief of staff, what are his responsibilities?

10       **A.**   Well, he's over all of the -- the operations of

11   the jail.

12       **Q.**   Okay.

13       **A.**   Yeah.

14       **Q.**   And is he essentially Director Bolton's right-hand

15   guy?

16       **A.**   Yeah.

17       **Q.**   All right.  Now, when SCT, a senior corrections

18   technician --

19       **A.**   Uh-huh.

20       **Q.**   -- opens an e-mail in one of these boxes, what

21   is -- what is it that he see -- or she sees, is it an e-mail

22   with attachments or it -- or is it just attachments and are

23   those attachments pdf, tell me what you know.

24       **A.**   Most of the time it is an e-mail with an

25   attachment or it can be just an e-mail from the court or

1    another agency asking a question.  Because in that e-mail

2    box we get open records request as well.  Okay.  So it could

3    be somebody wanting information on an inmate.

4        **Q.**    Okay.  When it comes to releasing an inmate, is

5    that typically an e-mail accompanied by an attachment?

6        **A.**    Yes.

7        **Q.**    And is the attachment the order or the actual

8    paperwork that directs or goes to the issue of release?

9        **A.**    Yes.

10       **Q.**    And is that attachment typically a pdf or -- or do

11   you know, the format of the --

12       **A.**    Yeah.  I mean, it's -- they click on the document

13   and I'm not really IT savvy, but we click on the attachment

14   and it opens up.

15       **Q.**    Okay.  Now, you said that the -- the senior

16   corrections technician will then print that out?

17       **A.**    Uh-huh.

18       **Q.**    Where is the -- the -- the printer in -- in

19   reference to where the senior corrections technician is

20   that's printing it out?

21       **A.**    Well, it's in the records office.

22       **Q.**    Okay.

23       **A.**    Next to our utility closet.

24       **Q.**    So they'll -- they'll actually hit print and then

25   they need to go up and get something, get it?

1    **A.**    Yes.

2    **Q.**    Now, does the -- does the senior corrections

3    technician hit print and go up and get everything one at a

4    time or will they typically print a bunch of things and get

5    up and go get the -- the print out of that bunch of things?

6    **A.**    It depends on the SCT what they feel most

7    comfortable doing.

8    **Q.**    Okay.

9    **A.**    As far as printing.  Some of them will print

10   everything that's in the e-mail box for that period, that

11   came in the e-mail box during that period.  Some of them

12   will print five, go up and -- and retrieve, come back until

13   they completed the process and retrieved everything that

14   came during that period.

15   **Q.**    Now, if they print out more than one attachment

16   before going and -- and picking it up from the printer, do

17   they make any effort to order what's been -- to sort and

18   order what's been printed out to make sure that the -- the

19   most recent is on the bottom and the oldest is on the top?

20   **A.**    Yeah.  That's how they're checking -- they're

21   checking the ones that they printed first --

22   **Q.**    Uh-huh.

23   **A.**    -- against the e-mail, the paper against the

24   e-mail and making sure that they have each of those

25   documents.

1    **Q.**   Okay.  But, in terms of the order in which they

2    have received the e-mails --

3    **A.**   Uh-huh.

4    **Q.**   -- do they put what they print out in the order in

5    which they received the e-mails or -- and here -- here's

6    what I'm getting at.  For example, I -- I have a list of

7    e-mails --

8    **A.**   Uh-huh.

9    **Q.**   -- one, two, three, four, five.  The one at the

10   bottom is probably the e-mail I got first --

11   **A.**   First.

12   **Q.**   -- right?  Now, I may go from top to bottom,

13   bottom to top in terms of what I select and open and print

14   out.

15           Regardless, when the senior corrections technician

16   goes to the printer and picks up the documents, he or she's

17   printed out, do they make an effort to determine or

18   distinguish which is the most recent from which is the

19   oldest document and in order to make sure that -- that the

20   oldest document gets to the top of the stack rather than the

21   bottom, you know what I'm talking about?

22   **A.**   Yeah.  I understand what you -- like I said,

23   when -- when they retrieve the e-mail, the printed e-mail

24   from the copier, okay, they're coming back and they're just

25   matching those documents up, then they go and they

1    prioritize those documents.

2        **Q.**    Okay.

3        **A.**    So they're taking care of the releases first.

4        **Q.**    Okay.  Okay.  All right.  I understand what you're

5    saying.  You -- when they come -- if a senior corrections

6    technician goes and picks up a stack of documents he's

7    printed out or she's printed out, they'll go through there

8    and make -- and prioritize the releases?

9        **A.**    Right.

10        **Q.**    Now, do they then go through the releases and

11    prioritize the releases themselves, such that the oldest

12    order is at the top and the -- the most recent one is at the

13    bottom of the release stack?

14        **A.**    No.

15        **Q.**    And why not?

16        **A.**    They're just getting them processed.  I mean,

17    they're -- they're all going to be processed in -- during

18    that time because they're not going to be placed in a basket

19    for somebody else to process because they was processed on

20    that shift -- I mean, they were printed on that shift during

21    that time so they're processing them.

22        **Q.**    Is that a rule that the shift that prints

23    documents and orders is also the shift that needs to process

24    them?

25        **A.**    No.  Sometimes the work can be passed on to

```
 1   another shift.  And they have to make documentation on the
 2   back of the form who that work was passed to and then the
 3   person receiving the paperwork will have to document that
 4   they received it.  Say, if it's getting towards the end of
 5   the shift, they're not going to have time to process it.
 6        Q.   Okay.
 7        A.   And they'll pass it.
 8        Q.   And is that why that's -- there's some overlap in
 9   the shifts?
10        A.   No.  That's -- that's due to breaks.
11        Q.   Okay.
12        A.   That's a time management thing.
13        Q.   If I'm at the end of my shift and I've printed off
14   a bunch of stuff but haven't processed it --
15        A.   Uh-huh.
16        Q.   -- how do I communicate to the next shift that --
17   that these paper -- that I've got some papers that -- that
18   need processing?
19        A.   Well, the -- it's on your desk, it's on the SCT's
20   desk, the paperwork is, and it still needs to be processed
21   and we give pass downs to each shift.
22        Q.   Okay.  Do you have a sense of how many e-mails
23   might come into the -- the district court e-mail box in a
24   shift that a senior corrections technician would then have
25   to open and at least look at?
```

```
1        A.    Well, say, in the district court e-mail box, say

2   there's a 130 inmates scheduled for court that day, we're

3   going to get a 130 e-mails, at least, for that day if not

4   more.  It depends on how many orders the inmate had -- how

5   many cases went to court for that particular inmate.

6            So, if the inmate had, say, three cases, then

7   instead of us getting 160, then we may get 163 because that

8   inmate had three cases.

9        Q.    Okay.

10       A.    So --

11       Q.    And just in that area alone, and you're not even

12  talking about e-mails coming in on releases?

13       A.    That's included.

14       Q.    Okay.  That -- that's included?

15       A.    Yeah.

16       Q.    So let me make sure I understand, so in -- in

17  any -- let's say during first shift a senior technician on

18  average might get -- there might be 160 e-mails in a -- in

19  the first shift that went into the district e-mail box?

20       A.    Okay.  No, that's --

21       Q.    Yeah.  I'm --

22       A.    Okay.  Say if 160 inmates are scheduled to go to

23  court that day, okay, then all the -- the e-mails are not

24  going to come in during first shift because court is still

25  going on.
```

1      **Q.**    Okay.

2      **A.**    Okay.  After first shift leaves, so second shift

3   would have to come in and take over on the e-mail box, okay?

4      **Q.**    Okay.

5      **A.**    Each shift -- the first shift stops printing at

6   2:30.

7      **Q.**    Okay.

8      **A.**    Okay.  So anything that's printed after 2:30,

9   that's where our second shift picks up.

10     **Q.**    Okay.

11     **A.**    Before they go through the e-mails -- I mean,

12   before they start printing, they have to go through all of

13   the e-mails to make sure that all of those e-mails have been

14   opened and there's no unopened e-mails.

15     **Q.**    Okay.

16     **A.**    Okay.  And then second shift will print any

17   remaining e-mails that come in during their shift.

18     **Q.**    Okay.

19     **A.**    Until court's over.

20     **Q.**    All right.  All right.  Well, could do you -- do

21   you have a sense of how many release orders in a day you --

22   come into the district e-mail box?

23     **A.**    I'd say, on average, a hundred -- between 130, 140

24   e-mails.

25     **Q.**    Wow.  Okay.  How about the circuit court e-mail

1    box?

2        **A.**    Circuit court doesn't have as many people going to

3    court, I'd say between 70 and 80.

4        **Q.**    And, in the pretrial box, how many orders would

5    you all get in a day that you'd need to process?

6        **A.**    I don't have that number.

7        **Q.**    Okay.  And do -- do you get any release orders in

8    the LMDC box?

9        **A.**    Yes.  Yes, we do.

10        **Q.**    And -- and how -- how -- how many there?

11        **A.**    I don't know, it fluctuates.

12        **Q.**    So, as I understand it throughout the day -- and

13    let's just stay on the district court -- throughout the day,

14    there's a senior corrections technicians that is checking

15    the district court e-mail box at least every 15 minutes?

16        **A.**    Uh-huh.

17        **Q.**    They are -- do they print out every e-mail they

18    get in that box?

19        **A.**    All the e-mails have to be printed, yes.

20        **Q.**    Okay.  So they print out every e-mail they get in

21    that box and they print out the attachments, as well, is

22    that correct?

23        **A.**    Uh-huh.

24        **Q.**    And then they have to process that information,

25    they have to do whatever the e-mail or the attachment

1    indicates to them needs to be done?

2        **A.**    Right.

3        **Q.**    When it comes to -- to that senior correction

4    technician opening an e-mail with a release order in it --

5        **A.**    Uh-huh.

6        **Q.**    -- printing it out and processing it, do you -- do

7    you have a sense of how much time it takes from the time

8    that senior corrections technician sees that e-mail to the

9    time that he -- he's processed it and sent it on to release

10   and intake?

11       **A.**    It could be -- it could take up to an hour or

12   maybe a little more before they get to that release.

13       **Q.**    Before they -- and explain to me what you mean by

14   that, before they get -- what's going on in that hour?

15       **A.**    It -- it depends on what -- well, they're --

16   they're printing all the e-mails.  Then once they print the

17   e-mail, then they have to match the e-mail, the -- the

18   paperwork, like I said, they'll retrieve it, come back to

19   the desk, make sure that they've got the e-mail -- the open

20   e-mails -- and then match the paperwork with the folder.

21       **Q.**    Okay.

22       **A.**    Those -- those people that's in court that day.

23   So then they have to go through and they have to prioritize,

24   pull the releases out, then they'll start processing the

25   releases.

1    **Q.**    Okay.  Okay.  So is it fair to say that given all

2    senior correction technicians other responsibilities, from

3    the time that they open an e-mail that concerns a release or

4    has an attachment concerning a release, it might take them

5    an hour or more to process that information and pass it onto

6    intake release?

7    **A.**    Well, to pass it onto the verifier.

8    **Q.**    To the verifier?

9    **A.**    Yeah.  It has to verified first.

10   **Q.**    Okay.  How long -- what is the verifier doing?

11   What -- what -- we've got a senior corrections technician

12   that is actually checking the box, printing it -- printing

13   stuff out, matching it all up, prioritizing, then he passes

14   it onto this person who is a verifier.  What is the

15   verifier's job duties that day?

16   **A.**    Well, if the -- we're talking about the district

17   box, right?

18   **Q.**    Right.

19   **A.**    Okay.  So the district box is on the court side so

20   we have the district box, we have the circuit box, and we

21   have arraignment court that we call it our court side.

22   **Q.**    Okay.

23   **A.**    So they passing -- they're passing releases off to

24   one another to verify, but they could have releases that

25   they're processing as well.

1      Q.    Okay.   Do you get release orders in the

2   arraignment court box?

3      A.    We don't have an arraignment court box.

4      Q.    Okay.   Okay.   So who -- who are these verifiers?

5      A.    The SCTs.

6      Q.    And are they someone that's -- are they also

7   checking boxes themselves?

8      A.    If they're assigned to the circuit court box then

9   they are.

10      Q.    Okay.   So a verifier, someone who's verifying what

11   the senior corrections technician that's checking the

12   district court box, that verifier may also have their own

13   responsibilities for checking the circuit court box?

14      A.    Right.

15      Q.    Or another box of their own?

16      A.    Yeah.   The circuit court box.

17      Q.    Is it typically the -- the -- the SCT that is

18   checking the circuit court box, are they typically the

19   senior corrections technician that is verifying the work of

20   the person checking the district court box?

21      A.    They could be.

22      Q.    Okay.   But is it fair to say that typically a

23   verifier, somebody who's verifying the work of the senior

24   corrections technician who is checking the district court

25   box, that verifier typically, in addition to doing the work

1    of the verifier, has their own box that they're checking?

2         **A.**    They could be.

3         **Q.**    Okay.  How long does it take for a verifier when

4    they get the information they need to verify, how long does

5    it typically take them to verify it?

6         **A.**    Like I said, they have to review the folder and

7    follow the same process that the person processing the

8    release follows.  Okay.  So it depends on how much

9    information, how much paperwork is inside that inmate's

10   folder, how much paperwork has to be reviewed because they

11   have to make sure that all the case numbers and the charges

12   are covered under that particular release or releases --

13        **Q.**    Uh-huh.

14        **A.**    -- make sure that there's no holds pending, so it

15   could take, I say, probably, on a average, it could take ten

16   minutes to check one release.

17        **Q.**    Okay.  Okay.  How long might a -- now, when --

18   when -- when this information comes to the verifier, what --

19   is that sent to the verifier via e-mail or do they get a get

20   a folder, do they get hard copy?

21        **A.**    They get hard copy.

22        **Q.**    They get hard copy.  So, when they get that

23   information, does it go on the top of the stack, does it go

24   on the bottom of the stack, what do you know about that?

25        **A.**    It's separate.  Say, if -- when -- if I was

1    processing releases, okay, I process releases and you're --

2    you're the verifier.

3          **Q.**   Uh-huh.

4          **A.**   So I'm going to bring you my releases -- and

5    they're supposed to bring them ten at a time, okay, not a

6    big stack, ten at a time -- and they'll sit them to the

7    side, let you know, here's some releases to be verified.

8          **Q.**   Okay.  Now, let's talk -- so they -- they take

9    them to the verifier ten at a time?

10         **A.**   Uh-huh.

11         **Q.**   Are those ten prioritized in any way?

12         **A.**   Probably not.

13         **Q.**   Okay.  So is it possible among those ten that

14   you've got the paperwork on somebody who was ordered -- who

15   had been ordered to be released an hour before or ten

16   minutes before, let's say --

17         **A.**   Yeah.

18         **Q.**   -- and at the bottom of that ten -- ten file

19   stack, there is a person who was ordered to be released an

20   hour or more before, is that possible?

21         **A.**   Yeah, it's possible.

22         **Q.**   Okay.  And, to your knowledge, there's no system

23   by which these -- the originating SCT looks through those

24   releases and puts the oldest one at the top or the newest

25   one at the bottom?

1    **A.**    No.

2    **Q.**    Okay.  There's no system for that?

3    **A.**    No.

4    **Q.**    Are there any policies or procedures that you're

5    aware of that direct that originating SCT, who is checking

6    the district court box, for example, that they need to

7    process releases within X-amount of time?

8    **A.**    Within X-amount of -- well, our goal is to get

9    releases out two to four hours.

10   **Q.**    And is that written down anywhere?

11   **A.**    Well, in the e-mails that I've sent them.

12   **Q.**    Okay.  You've told them -- you've -- you've told

13   senior corrections technician that that should be their

14   goal?

15   **A.**    Uh-huh.

16   **Q.**    But what you sent them, did that come from a

17   policy, something that's written elsewhere, written into a

18   policy or a procedure?

19   **A.**    No.  No.

20   **Q.**    Is that -- would you say that that's a goal that

21   you have?

22   **A.**    Well, yeah, that is my goal but it's one that was

23   discussed with my supervisor.

24   **Q.**    With the chief of staff?

25   **A.**    Uh-huh.

1      **Q.**    When was that discussed, when was the first time

2  you remember that being discussed?

3      **A.**    Shortly after my return, 2011.

4      **Q.**    Okay.  Has -- and -- and tell me to the best of

5  your recollection, your understanding of what that goal was

6  when it was first discussed?

7      **A.**    What that goal -- what do you mean?

8      **Q.**    Well, we -- we've been talking here about how long

9  it should take between receiving an order for release and a

10 person actually being released, like, I take it, is that

11 right?

12     **A.**    Uh-huh.

13     **Q.**    And what was the goal that you understood it when

14 you returned back in 2011?

15     **A.**    Well, it was the two to four hour release time was

16 primarily directed towards the ROR, people that were being

17 released on their own recognizance.

18     **Q.**    Okay.

19     **A.**    So, basically, I mean, that's -- say if a person

20 came up and they asked -- and this has been throughout the

21 years that I've been in records, if the -- someone from the

22 public came and they asked how long would it -- it take for

23 an inmate to be released from custody, that was basically

24 the standard response, two to four hours.

25     **Q.**    Two to four hours.

1   **A.**   Yeah.

2   **Q.**   And that was particular to RORs?

3   **A.**   Yeah.  Yeah.

4   **Q.**   Okay.

5   **A.**   Well, and -- and releases, basically, releases, in

6   general.

7   **Q.**   Okay.  So, when you returned in 2011, the goal --

8   you understood that the goal was to -- when a determination

9   was made that a person should be released, that it would

10  take two to four hours to actually get them released, is

11  that correct?

12  **A.**   That's correct.

13  **Q.**   And that applied not only to RORs, but release

14  orders that came from district and circuit court?

15  **A.**   Yes.

16  **Q.**   And that was an understanding that -- that was

17  communicated to you by the chief of staff?

18  **A.**   Yes.

19  **Q.**   Now, was that Mr. Clark back in 2011 as well?

20  **A.**   Yes.

21  **Q.**   Okay.  So your supervision chain of command,

22  Mr. -- Mr. Clark and then Director Bolton, that's been the

23  same since you came back, since 2011?

24  **A.**   Yes.  Well, we do have direct -- Assistant

25  Director Durham.

1      **Q.**    And when did he come into the picture?

2      **A.**    Probably around three years ago.  I'm not for

3   sure.

4      **Q.**    And does he have any involvement in this -- in

5   these release issues or the supervision of the people that

6   process releases and effectuate releases?

7      **A.**    I go to him sometime whenever if I have

8   questions --

9      **Q.**    Okay.

10     **A.**    -- regarding sentencing or -- or release issues.

11     **Q.**    Can you give me an example of some of the

12  questions you'll take to -- to Assistant Director Durham?

13     **A.**    Like, when the legislation -- legislature changed

14  regarding the good-time credit, he provided clarity on how

15  to do that --

16     **Q.**    Okay.

17     **A.**    -- and how we're supposed to conduct that.

18     **Q.**    Okay.  Okay.  So it is the -- it is the goal to

19  get the -- the whole process completed in two to four hours,

20  and I'm talking about from the time the senior corrections

21  technician opens the -- the e-mail and processes it and

22  go -- and it goes through the verifier and then it goes to

23  intake and release and then it goes -- if necessary, goes to

24  HIP or CCC, the whole process gets done, start to finish,

25  two to four hours?

1    **A.**    Yes.

2    **Q.**    Beginning with the -- the -- the senior

3    corrections technician becoming aware that there's release

4    paperwork and the inmate actually getting released?

5    **A.**    Yes.

6    **Q.**    Okay.  Has any study or determination been made of

7    typically how long it does take for that process to run its

8    course?

9    **A.**    With the RORs, we track those from the time that

10   we receive the e-mail from pretrial to the time that the

11   inmate leaves.

12   **Q.**    Okay.  And who -- how is that tracked?

13   **A.**    The supervisors.  We use time stamps to track the

14   times.

15   **Q.**    Okay.

16   **A.**    And the supervisors, they fill the report out, the

17   ROR report and it has columns, the e-mail -- the time the

18   e-mail was received, time it was processed in records, time

19   that it -- time spent in intake/release, time spent on the

20   booking floor, up until the time that inmate leaves the

21   building, was released from custody.

22   **Q.**    Okay.  And do you have a sense as -- or

23   information as a consequence of that tracking, as to how

24   long that process takes when it comes to RORs?

25   **A.**    Yeah, generally, it's between two to four hours.

1    **Q.**   Okay.  Now, do you track, in the same way releases

2    from circuit court or district court?

3    **A.**   No.

4    **Q.**   Why not?

5    **A.**   I don't know, we just don't.  I don't know.

6    **Q.**   Has anybody ever suggested that those releases be

7    track similar to the way they're tracked for RORs?

8    **A.**   No.

9    **Q.**   What would be -- what would be involved in

10   tracking the district court releases and the circuit court

11   releases in the way that the RORs are tracked?

12   **A.**   Well, we would have to have those time stamp --

13   the time stamp -- all of those time stamps, we have to have

14   in the folders, we would have to have all of those inmate

15   folders.

16   **Q.**   Now, the time stamps that -- that are used to

17   track the ROR process, where -- where are those time --

18   where are those times actually stamped, are they stamped on

19   a document, on the file?

20   **A.**   On the document.

21   **Q.**   On the document.

22   **A.**   Uh-huh.

23   **Q.**   And -- and how do those stamps get there, does

24   somebody manually have to stamp it or is it --

25   **A.**   Yeah.  We have to manually stamp but it's a -- we

1    have a time stamp.  We have one in records and then we have

2    one that's in booking that intake and release uses.

3            So once -- when records processes the release and

4    then hands it off to the verifier, the verifier takes it

5    over to intake and release for the warrant check.  But,

6    before they do, they time stamp the back of the release and

7    then they take it over to records.

8        **Q.**   All right.

9        **A.**   And I may have forgotten to say that at first.

10   But they time stamp the back, take it over to record -- I

11   mean to intake and release.

12           When intake and release, when they finish

13   processing, the -- conducted their warrant check and the

14   NCIC check, then they'll time stamp it and send it over to

15   the booking floor or bring it back over to records so that

16   it can be sent to either HIP or CCC --

17       **Q.**   Okay.

18       **A.**   -- wherever the inmate's housed.

19       **Q.**   When it gets back to records from intake/release,

20   is it time stamped again?

21       **A.**   No.

22       **Q.**   Okay.

23       **A.**   Then we'll go ahead and -- and we'll send it to

24   either CCC or HIP, wherever it needs to go.

25       **Q.**   Okay.  So the tracking, insofar as it concerns the

1    RORs, kind of ends when it comes back to records from intake

2    and release, is that right?

3        **A.**    Yes.

4        **Q.**    Okay.

5        **A.**    Yes.

6        **Q.**    So once records gets it back and -- and sends it

7    to CCC and HI -- or HIP, we don't know how long that process

8    might take?

9        **A.**    No.  We know how long intake and -- when intake

10   and release returned it to records.

11       **Q.**    Okay.  Is there -- when it comes to this time

12   stamping process, in the -- in tracking the RORs, is there

13   anything more complicated to that than just time stamping

14   the appropriate document?

15       **A.**    I don't understand.

16       **Q.**    Okay.  If -- if -- if I'm in the -- in the course

17   of the ROR process --

18       **A.**    Uh-huh.

19       **Q.**    -- the time stamping, as -- as I understand it, is

20   just a time stamp that is -- is manually applied to the

21   appropriate document in the -- in the ROR file?

22       **A.**    Right.

23       **Q.**    When it comes to the district court releases, if

24   you wanted to -- to undertake that same procedure or that

25   same tracking process for the district court releases, would

1    there be any more -- any thing more complicated to that than

2    just the same thing, making sure that there was a time stamp

3    applied to the appropriate document in the file?

4         **A.**    No.  We time stamp, all the releases get time

5    stamped.

6         **Q.**    Okay.

7         **A.**    We don't track it on paper but the time stamps are

8    there for all of the release.

9         **Q.**    Okay.

10        **A.**    Yeah.

11        **Q.**    Okay.

12        **A.**    In -- on any release, the records process will

13   time stamp the back of the release before we take it over to

14   intake and release.  When -- when intake and release

15   completes conducting their check, then they'll time stamp

16   and either send it over to the booking floor or bring it --

17   bringing it over to records but all the documents are time

18   stamped.

19        **Q.**    Okay.  What's different about the ROR process is

20   there's actually a record made of the time stamps?

21        **A.**    Correct.

22        **Q.**    So somebody has to sit down with the -- the ROR

23   releases and manually make a record of what time that

24   documentation was where?

25        **A.**    Exactly.

1  **Q.**  And who does that for the RORs?

2  **A.**  The supervisors.

3  **Q.**  Do you know how much time they spend doing that?

4  **A.**  It's a little timely, it probably takes -- it

5 depends on how many ROR releases they had for that day, so

6 it could take about 45 minutes to an hour to do.

7  **Q.**  For -- for each one or for all them during the

8 day?

9  **A.**  For all of them together.  Uh-huh.

10  **Q.**  And it's -- it's that -- it's that record making

11 of the time stamps that's not done for the district court

12 releases or the circuit court releases?

13  **A.**  Right.  On the spreadsheet.

14  **Q.**  Okay.  The time stamps are on the district court

15 and the circuit court records but there's not a supervisor

16 that is making a list of when -- when that paperwork was at

17 a certain place?

18  **A.**  Correct.

19  **Q.**  Okay.  Has anybody -- has there ever been a -- a

20 period of time while -- while you've been a supervisor two,

21 where that was tried for district court releases or circuit

22 court releases?

23  **A.**  No.

24  **Q.**  Has -- have you ever heard anybody suggest

25 automating in -- in some way the process by which the

```
 1    records are time stamped and then there is a record

 2    generated of when the -- the ROR documents were at a certain

 3    place?

 4         A.    You mean for the ROR releases?

 5         Q.    Yes.

 6         A.    That report is automated.  I mean, we -- on the

 7    spreadsheet, the supervisor puts the time in -- the times in

 8    and then the spreadsheet, I mean, it automatically

 9    calculates how much time the person spent in custody.

10         Q.    Okay.  The automation I'm talking about though

11    is -- is somehow taking the -- eliminating the need for the

12    supervisor to manually put the time in?

13         A.    Oh.  Okay.

14         Q.    Have you ever heard anybody talk about automating

15    that?

16         A.    No.

17         Q.    It's from -- from what you describe -- you've

18    described to me today, it sounds like there is a lot of

19    paper flowing around the records division.  How do you keep

20    track of it all?

21         A.    The e-mails, checks, seeing what people have on

22    their desk, what's in the baskets.

23         Q.    Yeah.  The -- let me ask you, the -- the first --

24    everything's time -- release orders are all time stamped.

25    The first time stamp that's put on that documentation, is
```

1    that the time -- what time is that?

2        **A.**    Well, it could be the water mark, the time that

3    the SCT prints the document.

4        **Q.**    Okay.

5        **A.**    Then you -- you said on releases?

6        **Q.**    Yeah.

7        **A.**    Okay.  Then it would be a time stamp when the

8    verifier completes the release prior to taking it -- the

9    release over to intake and release, they have to time stamp

10    the document on the back.

11        **Q.**    Okay.

12        **A.**    And then they'll send -- it'll be the second time

13    stamp.  And then the third time stamp is going to come from

14    intake and release when they bring it back to records.

15        **Q.**    All right.

16        **A.**    Or before they send it to the booking floor.

17        **Q.**    Okay.  So the first time stamp that appears on the

18    ROR documentation, is the time when the CST prints it?

19        **A.**    SCT.

20        **Q.**    SCT?

21        **A.**    Yes.

22        **Q.**    I'm sorry.  The SCT prints it?

23        **A.**    Yes.  It's going to be their watermark.

24        **Q.**    Is -- is there a way of telling when -- what the

25    SCT printed was put into the e-mail box that he printed it

1  from?

2      **A.**    Can you repeat that?

3      **Q.**    Yeah.  As -- a I understand it, the -- in this

4  tracking process --

5      **A.**    Uh-huh.

6      **Q.**    -- the first -- the tracking process begins with

7  the SCTs printing of the e-mail, correct?  Is there any way

8  of -- but that indicates that that time is when he opens the

9  e-mail and -- and prints what's in it?

10     **A.**    Yes.

11     **Q.**    Okay.  Is there any time stamp or any indicator of

12 when it was that e-mail that the SCT opens up and prints,

13 okay, when that e-mail was put into the box?

14     **A.**    Yeah.  It's -- well we don't keep that e-mail but

15 it's in the e-mail box.

16     **Q.**    Okay.

17     **A.**    You know, in -- in the in-box.  And it has who

18 it's from and the date and time.

19     **Q.**    Okay.  So the e-mail itself that the SCT opens,

20 that e-mail itself will reflect who sent it and the date and

21 time it was sent?

22     **A.**    Correct.

23     **Q.**    But you all don't keep that information?

24     **A.**    No.

25     **Q.**    The information you keep starts with the time at

1   which the SCT prints off the e-mail and any attachment?

2       **A.**    Except for with the ROR, okay.  With the ROR

3   e-mails, the supervisor does have to go back into that

4   e-mail, into the pretrial e-mail and physically look at that

5   time --

6       **Q.**    Okay.

7       **A.**    -- that the document was sent from pretrial.

8       **Q.**    Okay.

9       **A.**    And that's the time that's recorded.

10      **Q.**    Okay.  But that's not done for district or circuit

11  court releases?

12      **A.**    No.

13      **Q.**    Now, I know that you testified that -- that

14  there's a rule that the SCT needs to check the e-mail box

15  that they're responsible for at least every 15 minutes?

16      **A.**    That's correct.

17      **Q.**    Has there been any study, any investigation as to

18  how often they actually do check those boxes?

19      **A.**    Well, the supervisors that I check -- there's no

20  formal study, no.

21      **Q.**    Do you know how long an -- an e-mail in the

22  district court e-mail box typically is there before it's

23  opened?

24      **A.**    No.  They're pretty good at getting -- retrieving

25  those e-mails.

1    **Q.**   But do you have a sense of --

2    **A.**   It's -- it's -- probably maybe not 15-minutes,

3    probably no longer than 25 minutes.

4    **Q.**   All right.  That 15-minute rule, is that -- does

5    that appear in writing anywhere --

6    **A.**   Yes.

7    **Q.**   -- that you're aware of?  Okay.  That's -- that's

8    in a written policy?

9    **A.**   Well, it's not in our current policy that's

10   published right now but it's in the revised policies that

11   I've done and submitted.

12   **Q.**   Okay.  So you've submitted a proposal that the

13   policy ought to say they need to check it every 15 minutes

14   but, at present, the policy doesn't actually say that?

15   **A.**   No.

16   **Q.**   When did you make that proposal?

17   **A.**   In 2000 -- I think it was when we first started

18   the ROR pilot program and that was around 2015, the first

19   time, and then probably a couple months ago.

20   **Q.**   You do -- you submitted it again?

21   **A.**   Uh-huh.

22   **Q.**   And -- but to date, that recommendation hasn't

23   been approved and put into any written policy?

24   **A.**   That's correct.

25   **Q.**   You know why?

1      **A.**    No.

2      **Q.**    Has anybody -- have you -- have you gone to

3  anybody and said, hey, look, I've been recommending that we

4  have a written policy that says this since 2015, why haven't

5  we done it yet?

6      **A.**    Well, I -- I can say that our policy manager, he

7  had -- he does have it and he'll give it to the senior staff

8  for approval.

9      **Q.**    But has anybody -- have you inquired as to what

10 the -- what the reason for the delay is?

11     **A.**    Not recently.

12     **Q.**    Okay.  Well, I mean, at -- at any time have you

13 inquired?

14     **A.**    I have before, yes.

15     **Q.**    Who -- who have you asked about that?

16     **A.**    My supervisor.

17     **Q.**    Mr. Clark?  And -- and when --

18             **THE REPORTER:**  Was that a yes?

19     **Q.**    **(BY MR. BELZLEY)** Oh, I'm sorry.

20     **A.**    Yes.  I'm sorry.

21     **Q.**    And -- and, listen, I'm -- I'm not here to get you

22 in trouble.  Your supervisors will know or should know that

23 you're sworn to tell the truth, you're obligated to answer

24 my questions, you don't have a choice of that, okay.

25     **A.**    Okay.  Okay.

1    **Q.**    They should know that.  And what did he tell you

2    when you asked him about it?

3    **A.**    They're going to.

4    **Q.**    They're going to put it in the policy?

5    **A.**    Uh-huh.  He just --

6    **Q.**    When did he last tell you that?

7    **A.**    I don't recall the date.

8    **Q.**    Is one of the reasons why they haven't made it a

9    written policy is because for whatever reason they can't

10   satisfy a policy like that?

11            **MR. OGBURN:**  Objection.

12   **A.**    I don't.

13            **MR. OGBURN:**  Calls for speculation.

14   **Q.**    **(BY MR. BELZLEY)** I mean, if you know.  I'm asking

15   if you know and you just said you don't.

16            Has there -- has there been -- have you heard any

17   concern -- well, let me -- let me start by asking.  Are --

18   do you have a concern about whether you have the staffing

19   sufficient to meet a goal like that?

20   **A.**    We're short staffed.

21   **Q.**    Okay.  And what do -- when you say you're short

22   staffed, what do you mean by that?

23   **A.**    I'm short staffed of SCTs, senior correction

24   technicians.

25   **Q.**    Is it fair to say that -- that you -- you --

1    you -- you don't feel like you've got enough people to do

2    the job that you're supposed to do?

3        **A.**   Yes.

4        **Q.**   And have you told that to anybody?

5        **A.**   Yes.

6        **Q.**   And you raised your eyebrows and you're smiling

7    and it's --

8        **A.**   Yes.

9        **Q.**   So you've -- you've said that more than once?

10        **A.**   Yes.

11        **Q.**   Would you say that that's matter of common

12    knowledge among you, the supervisor ones, the supervisors

13    twos, the SCTs, your supervisor and Director Bolton?

14        **A.**   Yes.

15        **Q.**   And do you have an understanding of why you're

16    short staffed?

17        **A.**   Do I understand why people leave?

18        **Q.**   No.  No.  I mean, you -- you said that you're

19    short staffed, do you under -- do you understand that

20    there -- if there's a reason for it, what is your

21    understanding of that reason?

22        **A.**   We're trying to fill the vacancies.  But -- and --

23    and -- when we start getting the vacancies filled, for

24    whatever reason, people don't stay.  As a matter of fact,

25    we're going to be holding interviews again next week but

1    hopefully they'll stay.

2         **Q.**    Okay.  It's not a problem of getting the people,

3    it's a -- it's a problem of keeping them there?

4         **A.**    I would say a little bit of both.  It's like, I --

5    I will send them -- HR, say, 30 names for SCT candidates, to

6    take the typing test.  A lot of the candidates, they fail

7    the typing test or they don't show up to take the typing

8    test and we may have five or six to interview out of 30.

9         **Q.**    Because only that five or six had -- can pass the

10   test?

11        **A.**    Exactly.

12        **Q.**    That -- that is the gatekeeper to the -- to the

13   actual interview.

14        **A.**    Exactly.

15        **Q.**    And then of those five or six, how many -- do you

16   have a since of how many typically hire on?

17        **A.**    Well, it depends out of those five or six, you may

18   have a couple that don't even show up for the interview.  So

19   we'll go ahead and we'll send those -- the remaining people

20   on through and we'll hire them.

21        **Q.**    See, let -- let's go back to the test, is this

22   a -- is there a -- what is the test that they have to pass?

23        **A.**    A typing test.

24        **Q.**    It's a typing test?

25        **A.**    Uh-huh.

1    **Q.**   And is that all there is to the test, it's just a

2    typing test?

3    **A.**   Just typing.

4    **Q.**   And what are the parameters of that test, they

5    have to be able to type a certain number of words a minute

6    and do so accurately?

7    **A.**   Yes.

8    **Q.**   And do you know what those requirements are?

9    **A.**   Thirty-five words a minute.

10    **Q.**   And in terms of the requirement for accuracy?

11    **A.**   I don't know.

12    **Q.**   And the reason for that typing, slash, accuracy

13    test is because so much of their work involves use of a

14    keyboard and -- and communication through a -- an electronic

15    keyboard?

16    **A.**   Yes.  I -- I -- yes.

17    **Q.**   And then once you've hired somebody, what is

18    the -- what -- what's the -- what issues do you encounter in

19    keeping them there?

20    **A.**   Baby-sitting issues, the workload, some people

21    have complained about other employees' attitudes, and some

22    just found other jobs.

23    **Q.**   How -- let me -- let me ask you, how much do you

24    get paid to do what you do?

25    **A.**   Fifty-two -- 52,000 a year.

1    **Q.**   Okay.  And, for a new hire, what do they get paid,

2    a senior -- well, not a senior corrections technician, a new

3    corrections technician?

4    **A.**   I believe it's 32.  I don't know.  Let me just say

5    I don't know.

6    **Q.**   Okay.  How -- what is a senior corrections

7    technician get paid?

8    **A.**   I'm not really for sure what they're --

9    **Q.**   Okay.  How about a super -- supervisor one?

10   **A.**   I'm not for sure.

11   **Q.**   All right.  What -- what is your schedule?

12   **A.**   Monday through Friday, if I come in -- Mr. Clark

13   generally wants me to be there before noon.  I'm off on

14   Saturday, Sunday.

15   **Q.**   Okay.  He wants you there before noon, when do

16   you -- so your -- you typically get to work around noon?

17   **A.**   No.  That's the latest that he wants me to come in

18   but you -- general, I get there between nine and ten.

19   **Q.**   Okay.  And how long do you usually stay at work?

20   **A.**   Until about 7:30 to 8:30 in the evening.

21   **Q.**   All right.  Okay.  Do you ever work overtime?

22   **A.**   I don't get overtime.

23   **Q.**   You don't get overtime because you're kind --

24   you're considered management?

25   **A.**   Yeah.  We get comp time.

1    **Q.**    Typically, how many hours do you work during a

2    week?

3    **A.**    Probably 43, 44 hours.

4    **Q.**    Is there a person that knows more about the nuts

5    and bolts of the release process than you do?

6    **A.**    Well, I don't know.  I wrote the policy so I

7    don't --

8    **Q.**    Okay.  Can't think of anybody -- is it fair to say

9    you can't think of anybody offhand that knows more about it

10   than you do?

11   **A.**    Right.

12   **Q.**    Okay.  Describe for me your typical day.

13   **A.**    I come in in the morning, make checks on staff's

14   desk, see what they have going on.  I make sure that there's

15   no order or commitments laying around, check the CT's

16   desk -- well, I check the CT's desk first because that's the

17   first desk that I get to.

18        If they have orders sitting on their desk because

19   that's where staff put the orders for people to report --

20   reporting for HIP or for CCC or jail that -- for that day.

21        So I -- I kind of pick those orders up and review

22   them and make sure that it has a report date on there, make

23   sure that it's it the right place because if it's -- if

24   they're reporting for CCC or the jail, it shouldn't be on

25   the CT's desk, it should be hanging on the wall because

1    those people have to come into custody.

2            Then I go around, check the added charge bin,

3    check the fresh arrest bin, make sure -- go through the

4    paperwork, make sure that all the older paperwork is on the

5    top of a basket to be processed and don't have the newer

6    paperwork on top of older paperwork, does that make sense?

7       Q.    Yeah.

8       A.    Okay.  Check the added charge bin, check the other

9    counties bin, check the fax machine to see if there's

10   anything sitting on the fax that need to be taken care of.

11   Make sure that the temporary release report has been

12   updated.

13           Make sure that the good-time credit basket, those

14   sentences have been recalculated.  Make sure that the other

15   counties have been called to come pick inmates up that's

16   ready to go to these other counties.

17           Check with the supervisors to see if it -- there's

18   anything that's going on with them that we need to discuss.

19   Deal with my pass downs to the supervisors, be anything that

20   I needed to discuss with them.

21           Then go back to my office and bring up the e-mails

22   and I'm just kind of going through the e-mails looking for

23   any kind of releases because sometimes the -- when the clerk

24   sends -- well, to the LMDC box, when they send e-mails there

25   to that -- to the LMDC box, they'll also copy the record

1   supervisors.

2           So I'm going through those e-mails to see if

3   there's any releases in there that needs to be taken care

4   of.  Anything from the state that needs to be taken care of,

5   the notice of discharge or -- or anything.  The pen run,

6   making sure that the SCT that assigned to the circuit desk,

7   make sure that they've got the pen run done.

8           Depending on what day it is, if it's a Monday or a

9   Thursday, I have to make sure that the state inmate report

10  is done because it's e-mailed, make sure that the population

11  report is done, that's e-mailed.  And just making sure --

12  just making sure overall operations are going the way that

13  they're supposed to be going.

14      **Q.**   Okay.

15           **THE REPORTER:**  I'm sorry.  Your last couple

16  words?

17      **A.**   Oh, the workflow, make sure the workflow is --

18      **Q.**   **(BY MR. BELZLEY)** Now, I -- I didn't count it but

19  you just spent five minutes telling me all these different

20  things you check.

21      **A.**   Uh-huh.

22      **Q.**   Do you -- do you -- do you check them once a day

23  or do you -- or are you just constantly --

24      **A.**   Just periodically.

25      **Q.**   Periodically.  How often in a day would you check

1    all those things?

2        **A.**    Well, the e-mail -- when I'm in my office, my

3    e-mail's up.

4        **Q.**    Right.

5        **A.**    So I'm -- I'm checking those e-mails, can't check

6    every e-mail but I try to see what the staff -- what kind of

7    e-mails the -- that that -- the staff is sending to the

8    courts because, if we have problems, say, they -- they

9    receive an e-mail from the court and they don't understand

10   what it is that the court wants or if the e-mail is -- is --

11   the order is unclear, then there's supposed to attach a copy

12   of that order to the e-mail and I'm going through it and I'm

13   looking to see if there's -- if it's a e-mail that needed to

14   be sent --

15       **Q.**    Yeah.

16       **A.**    -- does that sense?

17       **Q.**    Uh-huh.   Yeah.   But, for example, checking the fax

18   machine, checking these various bins that you were --

19   you're -- boxes you were talking about, how often do you do

20   that in a day?

21       **A.**    Probably, four or five times a day and going over

22   to -- well, I check booking, check intake, check -- well, I

23   check visits first in the mornings, make a check over there.

24   And then I have -- well, with the various reports that we

25   have, I have to make sure that the reports are -- are done

1    and then taking care of any needs or whatever from the

2    senior staff --

3        **Q.**    Okay.

4        **A.**    -- whatever they need.

5        **Q.**    And the work is relentless, I mean, this never

6    stops?

7        **A.**    Right.  So it -- I mean, it's -- it's just an

8    ongoing checking things.

9        **Q.**    Do -- do you get any breaks during the day?

10       **A.**    I'm supposed to get an hour break but I very

11   seldom take a break.

12       **Q.**    Now, you have so many thing -- things that you're

13   doing and handling, do you have some kind of a checklist?

14       **A.**    For myself?

15       **Q.**    Yeah.

16       **A.**    No.  It's basically just a routine, follow the

17   routine, because I've done for so long in -- then anything

18   that comes up, I mean, if they're meeting with staff, if

19   they have concerns or problems that they need to talk -- to

20   discuss or if it's something that I need to discuss with

21   them.

22       **Q.**    Uh-huh.

23       **A.**    Bring it to the office and talk to them about

24   where they may need some guidance on how to do something or

25   whatever.

1    Q.   To your knowledge, does anybody else in this

2    process, any supervisor ones or senior corrections

3    technicians or -- does anybody use checklists?

4    A.   Well, I created a checklist for the staff, placed

5    it at their desks, do they use it, I can' say.

6    Q.   Okay.  But you've created one?

7    A.   It is available.  Uh-huh.

8    Q.   Have -- now, let -- you said you wrote a policy,

9    you wrote the policy?

10   A.   Uh-huh.

11   Q.   What's the policy you wrote?

12   A.   Well, it -- it's -- it's more revised.

13   Q.   Okay.

14   A.   Than writing the entire -- it's the release

15   policy.

16   Q.   It's the release policy.  Okay.  Let me -- I'm --

17   while we're talking on this, let me --

18        MR. BELZLEY:  I'll just mark these so you

19   don't have hassle with it.  I don't even -- I don't even

20   need your pen.  Yes, I do.

21                 *   *   *   *   *

22   (Whereupon, a document was marked Exhibit No. 1.)

23                 *   *   *   *   *

24   Q.   (BY MR. BELZLEY) Okay.  Let me show you what I'll

25   mark Exhibit 1.  And is -- is -- is this the release policy

1    that you -- you were referring to?

2              **THE REPORTER:**  I'm sorry.  What?

3        **A.**    Oh, I'm talking to myself, I'm sorry.  No.

4        **Q.**    **(BY MR. BELZLEY)** This is not?  Do you know -- now,

5    I'm looking at this -- this has been produced to us in this

6    case.  Louisville Metropolitan Department of Corrections,

7    Departmental Policy, Chapter Administration, second --

8    Section Records Title Releases.

9              Can you describe to me what the policy is that

10   you -- that you -- you've contributed to or --

11       **A.**    Well, this -- this is what's in the policy

12   currently, this is our current policy.

13       **Q.**    Okay.

14       **A.**    This is not the revised.

15       **Q.**    Okay.  What -- when you say the revised policy,

16   what are you talking about?

17       **A.**    The one that -- the policy that I revised.

18       **Q.**    Okay.

19       **A.**    To mirror the way that we process releases now.

20       **Q.**    Okay.  So you have -- so what -- what's marked

21   Exhibit 1 is the policy that's currently in force, that

22   correct?

23       **A.**    That's in place.

24       **Q.**    In place.  When you talk about the policy you

25   wrote, you're talking about the revisions you have proposed

1   to Exhibit 1 but which have not yet been implemented?

2        **A.**   Correct.

3        **Q.**   Okay.  Do you have -- now, this is -- this is --

4   and -- and the revisions you're talking about are revisions

5   to Exhibit 1 --

6        **A.**   Yes.

7        **Q.**   -- correct?

8        **A.**   Yes.

9        **Q.**   So we have the correct source document here?

10        **A.**   Yes.

11        **Q.**   Do you have a copy of what you have proposed be

12  revised into this?

13        **A.**   Not with me.

14        **Q.**   Do you have one back at work or that -- that you

15  can provide us with?

16        **A.**   Yes.

17        **Q.**   Okay.  Now, you -- we talked a little bit ago

18  about a proposed revision that you suggested back in 2015,

19  is that -- you remember our talking about that?

20        **A.**   Yes.

21        **Q.**   The revisions that you've proposed to Exhibit 1,

22  were those all proposed back in 2015?

23        **A.**   Yes.

24        **Q.**   Okay.  Have you made recommendations for the

25  revision of any other policies other than Exhibit 1?

1    **A.**   Not major revisions, no.

2    **Q.**   Okay.  Do you -- can you recall any of the

3    policies that you may have proposed be revised in any way?

4    **A.**   Yes.  Well, the sentencing policy, it's been

5    updated or revised or edited or --

6    **Q.**   The sentencing policy?

7    **A.**   Yes.

8    **Q.**   Okay.  Let me -- any others?

9    **A.**   The added charge policy.

10   **Q.**   Added charge policy?

11   **A.**   Yes.

12   **Q.**   Let me hand you what I marked --

13   **A.**   And I don't really know right off --

14   **Q.**   Any others?

15   **A.**   -- the top of my head.

16              *    *    *    *    *

17      **(Whereupon, a document was marked Exhibit No. 2.)**

18              *    *    *    *    *

19   **Q.**   Let me hand you what I've Exhibit 2.  And this is

20   the -- the title of this policy is sentencing.  Is this what

21   you were referring to when you talked about the sentencing

22   policy?

23   **A.**   Yes.  This is the current sentencing policy.

24   **Q.**   Okay.  What I've marked Exhibit 2 is the current

25   sentencing policy but this is not the policy that includes

1    the revisions to it that you've proposed, is that right?

2        **A.**    That's correct.

3                        *    *    *    *    *

4        **(Whereupon, a document was marked Exhibit No. 3.)**

5                        *    *    *    *    *

6        **Q.**    Okay.  Ms. Al-Amin, let hand me hand you what I

7    have mark a Exhibit 3.  And this is just an organizational

8    chart.  Where is it that you fall in this chart?

9        **A.**    Up here, the top right, records/intake/inmate

10   visitation/booking.

11       **Q.**    Okay.  That's -- that's what I thought.  And that

12   indicates a line that goes directly to chief of staff,

13   Dwayne Clark?

14       **A.**    Yes.

15       **Q.**    That box that has in it the words, records/intake,

16   release/inmate visitation/booking, if there would be a name

17   associated with that box, that runs that box, would that be

18   you?

19       **A.**    Yes.

20       **Q.**    Okay.

21               **MR. BELZLEY:**  I'm hungry.  I don't know about

22   you, but I'm hungry.  Let's take a -- let's take a break for

23   lunch.

24       **Q.**    **(BY MR. BELZLEY)** Let me ask you this, would it

25   be -- and we can take a longer break if -- if we can do

```
1    this, but would it be possible for you, during the lunch
2    break, to obtain for us your proposed revisions to Exhibits
3    1 and 2.
4        A.   Uh-huh.
5        Q.   Okay.
6             THE REPORTER:  Is that a yes?
7        Q.   (BY MR. BELZLEY) Yes.
8        A.   Yes.  I'm sorry.
9             MR. BELZLEY:  Is that okay, Denis?
10            MR. OGBURN:  Well, I -- I'm going to look a
11   them first.  I -- I don't know what there in the policy
12   change.  I would -- because I -- because I don't know what
13   the system -- or the situation is with regards to that,
14   so --
15       A.   Okay.
16       Q.   (BY MR. BELZLEY) Okay.  Well, let -- let me ask
17   that you provide that to -- to Mr. Ogburn.
18            MR. OGBURN:  Okay.
19            MR. BELZLEY:  And, if you'd look at that and
20   let us know whether we can see that and discuss that with
21   Ms. Al-Amin today, that would be great.  Well, let's take
22   a -- let's take a break.
23            With that in mind, why don't we get together back
24   at 1:30 to give you plenty of time to eat and have that --
25       A.   Okay.
```

1          **MR. BELZLEY:**  -- get those papers and have

2     that discussion with Mr. Ogburn, is that okay?

3          **MR. OGBURN:**  Okay.

4          **MR. BELZLEY:**  I don't think we're going to get

5     to the other people, Denis, so I -- I --

6          **MR. OGBURN:**  Well, that's fine.

7          **THE REPORTER:**  Is this on the record?

8          **MR. BELZLEY:**  Yeah.  That's fine.  So I

9     just --

10          **MR. OGBURN:**  We can take this off, the

11     discussion.

12          **MR. BELZLEY:**  Oh, well, okay.  Yeah.

13                    *   *   *   *   *

14                    **(Lunch Break.**

15                    *   *   *   *   *

16          **MR. BELZLEY:**  Let's -- let's go back on the

17     record.

18          **MR. OGBURN:**  Let me -- yeah, go back on the

19     record.  And -- and let me -- I -- I'm not going to object

20     to any questioning about these but I object to any

21     admissibility any proposed amendments to regulations and

22     we'll cross that bridge at a later date.

23          **MR. BELZLEY:**  Okay.

24     **Q.**   **(BY MR. BELZLEY)** Ma'am, we have been provided with

25     draft policies on releases, credit on sentence, sentencing,

1    and then it looks like a -- another section on releases.

2              Can you kind of walk us -- can you -- well, let

3    me -- I understand that these are the draft policies on

4    which you have made recommendations for revisions, is that

5    right?

6         **A.**    Yes.

7         **Q.**    And am I correct that your recommendations for

8    revisions appear in a different color than on your copy than

9    that -- that does not appear on -- on the copies we've been

10   provided?

11        **A.**    Yes.  Well, it's not on this copy either.

12        **Q.**    It's not on that copy either?

13             **MR. OGBURN:**  On the computer.

14        **A.**    It's on my computer.

15        Q.    **(BY MR. BELZLEY)** Oh, on your computer.

16             **MR. BALLINGER:**  This one -- excuse me.

17             **MR. OGBURN:**  Well, see that one --

18             **MR. BALLINGER:**  This one has --

19             **MR. OGBURN:**  You have to ask her.  That's how

20   it was highlighted.

21             **MR. BALLINGER:**  We go off the record for a

22   second.

23                    *   *   *   *   *

24                    **(Off-the-record.)**

25                    *   *   *   *   *

1       MR. BELZLEY:  Okay.  Back on the record.

2     **A.**    That's my changes are in yellow.

3       MR. OGBURN:  Okay.

4     **Q.**   **(BY MR. BELZLEY)** Okay.  Let me mark -- or let me

5   show you what I've marked Exhibit 4.  And that appears to be

6   a draft policy on releases.  And is that the draft on which

7   you've made your recommendations for changes?

8     **A.**    Yes.  But I also believe that bail credits applied

9   is in the credit.

10    **Q.**    Well, I got --

11    **A.**    The bail credits.

12    **Q.**    I've got the credit on sentence policy here.

13    **A.**    Okay.  Yeah.  It's -- it's -- it's in this.

14    **Q.**    Okay.  Let me also mark --

15      **MR. BALLINGER:**  You want to give her the

16  highlight --

17      **MR. BELZLEY:**  Well, that -- that'd be good.

18  That's a good idea.

19    **Q.**   **(BY MR. BELZLEY)** Let me -- let me just find

20  something out here before I forget.  Don't let me forget

21  that.  Let me show you what I've mark walk Exhibit 5.

22      Do you know what the difference is between

23  Exhibits 4 and 5?

24    **A.**    This copy, Exhibit 5 -- wait a minute, let me see.

25  This one here's the same thing.  And this -- this is a

1    simplified version.  Well, both of these I sent to chief of

2    staff Dwayne Clark to ask him if we could let him know that

3    the policies had been updated but have not been implemented

4    yet for the staff to see.

5        **Q.**    Okay.

6        **A.**    So I sent a simplified version to him to ask if he

7    could use this.

8        **Q.**    Okay.

9        **A.**    Until it went into effect.

10       **Q.**    Okay.  Well, it -- it looks like you got some --

11   is that identified -- oh, okay.  Okay.

12            Do you have copy of this that has some shading on

13   it?

14       **A.**    It's very light.

15       **Q.**    Yeah.  I -- I know.  Can I -- can I just see that

16   for a minute?

17       **A.**    Yeah.

18       **Q.**    Thank you.  Well, I'd like to mark as Exhibit 5

19   this one that does show some shading.

20            **MR. BELZLEY:**  I mean, it's a lot of shading,

21   Jim, you're going to be -- you'd have to sit there an hour

22   to --

23            **MR. BALLINGER:**  I was just going to suggest

24   they that on the computer and Ms. Al-Amin's shading showed

25   up in yellow.

1    **A.**   Yes.

2              **MR. BALLINGER:**  Could we not just have her, if

3    she knows where the shade it, to copy it and that's what

4    we'll make as the exhibit.

5              **MR. BELZLEY:**  But I was just --

6              **MR. OGBURN:**  Well, if you want we can see

7    if -- I don't know if you all have color printers over

8    there.

9              **THE WITNESS:**  We have a color printer.

10             **MR. OGBURN:**  Then maybe we can get them color

11   printed and put them in the exhibit from a print.

12             **MR. BELZLEY:**  Well, that would make it a lot

13   easier to -- to question Ms. Al-Amin about if we get the --

14   get the color printing.  That'd certainly save a lot of

15   time.  I don't know how quickly they can get that done.

16             **MR. OGBURN:**  That was -- I mean, it wouldn't

17   be quick, I'm sure.

18             **MR. BELZLEY:**  Why don't -- why don't we take a

19   break, let's ask them to do that.  I'll move on to something

20   else and we'll come back to this once we have the color

21   printing.  How's that?

22             **MR. OGBURN:**  You know who could get those

23   printed?

24     **A.**   It's in my e-mail so I would have to go to get it.

25   They don't have my input or anything.

```
 1              MR. OGBURN:  Well, I guess Steve would have
 2    that.  I think they might have sent it to him.
 3         A.   Okay.  Yeah.  Yeah.
 4              MR. BELZLEY:  Well, why -- why don't we go off
 5    the record.  You all visit and we'd like to have those
 6    because that -- the color coding is important and --
 7              MR. OGBURN:  I'll see if we can get that.
 8                   *    *    *    *    *
 9                   (Break taken.)
10                   *    *    *    *    *
11              MR. BELZLEY:  Okay.
12         Q.   (BY MR. BELZLEY) Now, before we broke for lunch we
13    were talking about how much time and -- and things took
14    and -- and where the files went and whether some were put on
15    the top and some on the bottom.
16              You -- you -- you testified at some point that --
17    the SCTs take something somewhere ten at a time, do you
18    remember what that was, to intake, is that --
19         A.   They process releases ten at a time.
20         Q.   Okay.  Do you know what intake and release --
21    whether intake and release does anything to alter the order
22    of the files that they're brought?
23         A.   No.  I'm not aware of.
24         Q.   Or do you know whether they put those files in
25    some order of priority or anything of that nature?
```

1  **A.**   Yeah.   They prioritize releases first.

2  **Q.**   Okay.   They prior -- but as -- as to the releases,

3  do they prioritize one release from another to your

4  knowledge?

5  **A.**   No.   The releases that they have, they go ahead

6  and they process them all at one time.

7  **Q.**   Okay.

8  **A.**   And then they'll send them over to the booking

9  floor once they -- they conducted their warrant check, then

10  they'll send -- time stamp them and send them all over to

11  the booking floor at the same time.

12  **Q.**   Okay.   Do you whether they put the oldest releases

13  on the top or --

14  **A.**   No.   It wouldn't make a difference to do that.

15  **Q.**   And -- and why not?

16  **A.**   Well, because the -- our goal -- like I said, our

17  goal is to get the releases out in -- between two to four

18  hours.

19  **Q.**   Yeah.

20  **A.**   So the releases that they're processing, running

21  the warrants and warrant checks on are the releases from

22  records.   So that group they're going to have relative --

23  they're going to be within -- it should be within the same

24  time range, shouldn't be very much of a difference.

25        We're are not going to have -- have a release, say

1    one come -- it shouldn't be like two hours apart, an hour,

2    hour and a half apart, they should all be within that same

3    time.

4        **Q.**    Okay.

5        **A.**    Because it's the printed time -- when they print

6    the releases and then they process them and they're

7    processing them ten at a time and then passing them on to

8    the verifier to verify, then the verifier is, like I said,

9    time stamping the back of the release, sending it over to

10   intake and release.  Intake and release picks that stack up

11   and conducts the warrant check.

12       **Q.**    Okay.

13       **A.**    And then once they finish, they'll time stamp and

14   send over.

15       **Q.**    If a judge or a judge's clerk put a release order

16   in to let's say the district court e-mail box at 9:30 --

17       **A.**    Uh-huh.

18       **Q.**    -- this morning, when would you expect that person

19   would be processed and released?

20       **A.**    No later than, what, 1:30, four hours later.

21       **Q.**    Okay.

22       **A.**    And it -- it depends on what's going -- the

23   busyness of the office, other agencies coming in, if the

24   person that -- that's -- that has this process and releases

25   at that time, okay, if -- if their process and releases

1    someone comes in an interrupts them, the SCT will ask them

2    to hold on, have a seat or maybe another SCT will take over

3    but it -- and telephone's ringing, they have to acknowledge

4    the calls, okay.  So it could be a few minutes delay in them

5    getting to that particular release but they're going to get

6    to them, so . . .

7         **Q.**   Okay.  But if -- if you got an order this morning

8    to release somebody at 9:30, you would expect that they

9    wouldn't be released until 1:30 or sometime thereafter?

10        **A.**   No later.

11        **Q.**   No later than 1:30?

12        **A.**   No later than.

13        **Q.**   Okay.  Has there been any study of whether that

14   goal is being achieved?

15        **A.**   On regular releases or ROR releases?

16        **Q.**   Regular releases?

17        **A.**   Only if we get a phone call where someone said --

18   calls and says that a bond was posted, maybe a family member

19   of the inmate call and say that they posted a bond early

20   that morning at the court, then we'll check the -- the SCT

21   will check the LMDC e-mail box, okay, because there's a bond

22   posted so, if that person's not in court, then that's where

23   district court is going to send that releases to the LMDC

24   box.

25        **Q.**   Okay.

1      **A.**    So they're going to search and see if they see

2      that release in the box.  If -- if it's there and they've

3      already printed it, it could be in the process -- it could

4      already be processed or it could be in the process of being

5      processed or maybe we don't have it yet, we may not have

6      received it yet, in which case we'd have to notify the court

7      and let them know that we did not get, you know, the release

8      and they'll send it.

9      **Q.**    Okay.  Now, would it -- how about RORs, has there

10     been any study of the -- the time it takes for an ROR to get

11     from one place to another?

12     **A.**    Yeah.  If the ROR -- remember we keep a tracking

13     sheet, so . . .

14     **Q.**    Yeah.  Yeah.  And am I correct then that with

15     regular releases -- and by that, I take it you mean releases

16     ordered by the district or the circuit court --

17     **A.**    Uh-huh.

18     **Q.**    -- when it comes to regular releases, the only

19     notification you've had of any glitches in the process would

20     come from a third party?

21     **A.**    Yes.

22     **Q.**    Somebody calling you and saying I did this a while

23     ago, you know, a family member posting a bond --

24     **A.**    Yeah.

25     **Q.**    -- an attorney calling and saying my client was

1   supposed to be released, things of that nature?

2       **A.**    Yeah.

3       **Q.**    Is there no internal flag system that you know of

4   that -- that will red flag an individual or a file or

5   something that is -- has gotten lost in the cracks or is

6   taking an inordinately long period of time to process?

7       **A.**    Well, say if -- if there's a release, if a release

8   has been processed, we get a release at -- at, like you said

9   9:30 and it's sent to the LMDC box, the SCT processes it and

10  goes through the procedure, sends it over to intake and

11  release, they go through their procedure, the release is

12  sent to the booking floor or to HIP or to CCC.

13          Now, it can -- if the person is at -- if they're

14  housed CCC or HIP, it can take a while -- well, they won't

15  drop off the cue, the release cue until they've been

16  physically released.  With HIP, they have to go and be able

17  to take the monitor device off the ankle.

18          With CCC, if the inmate is out to work or out job

19  search or something, then they won't be released from

20  custody until they return.

21      **Q.**    Okay.

22      **A.**    At the end of each shift, the record supervisors

23  when they're processing the ROR report and doing their other

24  functions, daily functions, they're checking the release cue

25  and -- and I check the release cue as well -- and any names

1    that we see where -- whereas a person has been released, we

2    process the -- because when records processes the release,

3    that generates that name on to that cue.

4        **Q.**    Okay.

5        **A.**    Okay.  So if we -- and then if the person's been

6    in custody for a while and I don't know how long a while is,

7    but if there name has been up there for a while, then the

8    name turns red.

9        **Q.**    Okay.

10       **A.**    So that's a trigger for somebody to -- to look and

11   see what's going on with it.

12       **Q.**    Is -- is there somebody specifically assigned to

13   keep an eye open for and address the names when they turn

14   red?

15       **A.**    Well, I've told my supervisors -- no one was --

16   no.  No one was given that responsibility but I have told my

17   supervisors that we would check it just to make sure.

18       **Q.**    That -- that you and your supervisors would check

19   it?

20       **A.**    Uh-huh.

21       **Q.**    To make sure it got done?

22       **A.**    Yeah.

23       **Q.**    Okay.  How often does that happen, that -- that a

24   name goes red?

25       **A.**    It's a -- it's red every day.  But, like I said,

1    it's not because someone has been held in custody for a

2    longer periods of time, not generally any -- anyway, because

3    they're overlooked, it's because that individual, just like

4    HIP --

5        **Q.**    Uh-huh.

6        **A.**    -- they haven't come down yet to be -- have their

7    anklet taken off or CCC, if they're out to work, job search

8    or whatever.

9        **Q.**    Okay.  Is there a -- is there a record kept of the

10   names that go red?

11       **A.**    A what?

12       **Q.**    Is there some kind of a record of --

13       **A.**    No.

14       **Q.**    -- persons whose names went red?

15       **A.**    Not that I'm aware of.

16       **Q.**    Let me ask you about the printer where the -- the

17   senior corrections technicians print off the e-mails and

18   the -- and the release orders.

19       **A.**    Uh-huh.

20       **Q.**    Is that a dedicated printer that's used solely for

21   that purpose or do other people have access to that printer

22   to print off other things?

23       **A.**    Other people can come and print on it, as well.

24   Like other agencies coming in, they may have some -- some

25   kind of paperwork that they need to make a copy of or

1    they'll go over to intake and release, don't really go over

2    to -- we have three printers in the office.  But the records

3    printer is right there in records area, so --

4        **Q.**    Okay.

5        **A.**    -- so it's more convenient for us to use.

6        **Q.**    Is -- this may be a little strange but I'm going

7    to ask you -- and tell me if you can't, but I was going to

8    ask you, can you -- is the records division all in one

9    particular area?

10       **A.**    Yes.

11       **Q.**    Okay.  Can you draw me a rough diagram of what

12   that looks like from a bird's eye view?

13       **A.**    I'm not a drawer but I'll try.

14       **Q.**    Okay.  There you go, ma'am.

15       **A.**    Okay.

16            **MR. BALLINGER:**  Unless you want to do it with

17   a sharpy.

18            **MR. BELZLEY:**  Well, no, it -- it may need more

19   detail than a sharpy.

20            **MR. BALLINGER:**  Okay.

21       **A.**    Okay.  See, this -- this is the records division,

22   the whole division.

23       **Q.**    **(BY MR. BELZLEY)** Okay.

24       **A.**    Okay.  Right here you have the entrance, the

25   records entrance --

1      **Q.**   Okay.

2      **A.**   -- the door.  Over here to the right, we have the

3   CT's desk, sitting at the window, the public window.  And

4   that's on one side.  And then -- well, at the door.  And

5   then there's another window, public window that another CT

6   sits at.

7      **Q.**   Okay.

8      **A.**   Over here is the copier.

9      **Q.**   Is that outside the records division, that copier?

10     **A.**   No.  I don't why I put that out there but I guess

11  I'm trying to go around it.  I don't know where --

12     **Q.**   That's okay.  And -- and I -- and I know this

13  is --

14     **A.**   Yeah.

15     **Q.**   -- very rough and I'm not --

16     **A.**   Okay.  That's the copier.  Okay.  Then you come on

17  around over to the right side, along the wall at the back

18  desk, you have the circuit desk.  Then in front of the

19  circuit desk, you have the district desk.  Then in behind

20  the district desk you have the arraignment desk.

21         My office sits right in between those two desks.

22  Back here in the corner, you have -- well, right behind the

23  arraignment desk you have the supervisor's desk.

24     **Q.**   Okay.

25     **A.**   And when you come on around this way to the left,

1    back to here, you have the booking area.  And they have two

2    desks in there.

3            Then you come on around and there's a door leading

4    to security.  Well, before you get to this door -- right

5    here's another door and that's the NCIC role.

6        **Q.**    Okay.

7        **A.**    And that's used by the intake and release area.

8    And over here, this is where our intake and release is

9    located.

10       **Q.**    Okay.

11       **A.**    And they have three desks over here.

12       **Q.**    Okay.

13       **A.**    And there's a copier -- well, booking has a copier

14   over here and intake and release has a copier.

15       **Q.**    Okay.  And the copier at the bottom, that's --

16   that's the copier that's used by the district and the

17   circuit desk and the arraignment desks?

18       **A.**    Yes.  Oh, wait, I'm sorry.  Okay.  In the middle,

19   okay, when you come the public window, you got four quad

20   desks, those are for the SCTs as well.

21       **Q.**    Okay.

22       **A.**    And what they're doing is they're taking -- you

23   have one that's assigned to the LMDC box and the telephone

24   at this desk is for other agencies, callers.

25            And then in front of that desk, they're not

1   responsible for any e-mail.  There is a telephone there,

2   everybody's responsible for answering the phones.

3           Then in front of them, in front of the SCT that's

4   assigned to the LMDC box -- see, she has an e-mail but it's

5   not the LMDC box, and she's -- let's see, her phone is

6   dedicated to attorney calls.

7           And then the desk here, in front of her, is just

8   for general -- general purposes, taking care of that type

9   work, both these desk are.

10      **Q.**    Okay.

11      **A.**    And to help out anybody that needs help.

12      **Q.**    Okay.  All right.  Let me see that.

13      **A.**    I'm sorry.

14      **Q.**    Oh, that's okay.  Great.  I think that will be

15  yours, right.

16      **A.**    It's not a very good diagram but . . .

17      **Q.**    Okay.  I'm going to do this.  I'm going to mark

18  this as -- since we're going to be introducing some -- I'll

19  mark this as Exhibit 4.  And this will be your --

20          **MR. BALLINGER:**  Diagram.

21      **Q.**    **(BY MR. BELZLEY)** -- your diagram, kind of the

22  float -- floor plan of your diagram.

23                  *   *   *   *   *

24      **(Whereupon, a document was marked Exhibit No. 4.)**

25                  *   *   *   *   *

1      **Q.**    The -- what are the requirements of a person to --

2    who applies for a job in the records division?  Do they need

3    to have a had a high school education, a college education,

4    what do they need?

5      **A.**    High school.

6      **Q.**    High school.  Okay.  Do you know what the rate of

7    turnover is in the records division?

8      **A.**    I don't know exactly what the rate is.

9      **Q.**    But is -- is turnover a problem?

10     **A.**    Yes.

11     **Q.**    How -- how many people would you say you lose in a

12   month?

13     **A.**    Well, we don't lose them that quickly in a month's

14   time.  But we just lost one person earlier this month but

15   that's not really the standard.  It's probably maybe

16   every -- I don't know.  I don't want to say.

17     **Q.**    Okay.  Okay.  All right.

18               **MR. BELZLEY:**  Let' go off the record a second.

19                     *    *    *    *    *

20                     **(Off-the-record.)**

21                     *    *    *    *    *

22        **(Whereupon, a document was marked Exhibit No. 5.)**

23                     *    *    *    *    *

24     **Q.**   **(BY MR. BELZLEY)** Let's -- let's talk about

25   Exhibit 5.  Exhibit 5 appears to be composed of proposed

1    revisions to a draft of the releases policy, another one of

2    proposed revisions to the releases policy that does not have

3    a title page, and then proposed revisions to the sentencing

4    policy, proposed revisions to the draft of the maintenance

5    of current and accurate records policy, is that what you

6    have?

7                    **MR. BALLINGER:**  I think that's --

8    **Q.**    **(BY MR. BELZLEY)** Four separate things.

9    **A.**    Yeah.  I have the release policy.

10   **Q.**    Okay.  Got the release.

11   **A.**    And I have the simplified version.

12                   **MR. OGBURN:**  What's that?

13                   **MR. BALLINGER:**  Whatever you've brought is

14   different than the one --

15   **A.**    And the sentencing?

16                   **MR. OGBURN:**  No.  It's these releases -- and

17   releases, sentencing --

18   **A.**    Maintenance.

19   **Q.**    **(BY MR. BELZLEY)** Yeah.

20                   **MR. OGBURN:**  Maintenance.

21                   **MR. BALLINGER:**  We didn't have that last time.

22                   **MR. OGBURN:**  Yeah.  Yeah.  It was on there.

23   Might have been -- they might have stapled it to the last

24   one.

25                   **MR. BALLINGER:**  Okay.

1          **MR. OGBURN:**   Yeah, here it is, stapled.

2          **MR. BELZLEY:**   Okay.  We got it all?

3          **MR. BALLINGER:**   Yeah.

4     **Q.   (BY MR. BELZLEY)** All right.  All right.  Now,

5     just -- let's just go through these one at a time -- one at

6     a time.  I'm looking at the release, recommended revisions

7     to the draft of the releases policy that's got the front

8     page on it.

9          What is it that we're seeing here that is

10    highlighted in yellow?

11    **A.**   Okay.  The bail credit, the jail credit.

12    **Q.**   Well, I'm sorry.  I'm sorry.  What does that

13    highlighting indicate?

14    **A.**   It's new.  It's -- it's not included in the old

15    policy --

16    **Q.**   Okay.

17    **A.**   -- that we had.  And it's something that we do

18    now.

19    **Q.**   Okay.

20    **A.**   Due to House Bill 463.

21    **Q.**   All righty.  Okay.  So what is highlighted in

22    yellow in these proposed revisions to the draft of the

23    releases policies is material that is not in the current

24    policy?

25    **A.**   Correct.

1    **Q.**    But all of the things that are in yellow, are

2    those things that the records division none the less is

3    doing now?

4    **A.**    Yes.

5    **Q.**    Even though it's not in the current policy?

6    **A.**    Correct.

7    **Q.**    Well, what is -- what is -- you all are doing

8    things in the records division that are -- that are not in

9    the current policy, you've added those as proposed revisions

10   to this draft policy.  What is there in writing that guides

11   today, now, your -- your implementation of what's

12   highlighted in this exhibit?

13   **A.**    The staff received instruction on the bail credit,

14   jail credit, how -- how it's applied some time ago when it

15   went into effect in 2011, 2012 -- 2011 but it -- it just had

16   not been updated in the current policy at that time.

17   **Q.**    Okay.  Now, you said -- did I understand you

18   correctly to say the staff had received training on that?

19   **A.**    Yeah.

20   **Q.**    Okay.

21   **A.**    And written instruction.  Uh-huh.

22   **Q.**    And --

23   **A.**    On how to -- how to apply it.

24   **Q.**    Is there something posted somewhere in the records

25   division that they can refer to that -- that has these

1  proposed revisions in it?

2      **A.**   Yeah.  Anytime I send any kind of a instruction

3  out on a new procedure, I sent it in e-mail to all of the

4  records and intake staff, the SCTs, so that they're aware.

5  And it's read at roll call for three days and they have it

6  in their e-mail.

7          And after the three-day period of being posted in

8  the roll call roll, it's removed and is placed inside a

9  binder that we have for all of the procedures that we do.

10      **Q.**   Okay.  Well, for when it comes to a new hire,

11  somebody, let's say, that's starting work in the records

12  division today.

13      **A.**   Uh-huh.

14      **Q.**   What do they have to do to know that what they

15  need to be doing really us what's here in Exhibit 55 as

16  opposed to what was in Exhibit 1?

17      **A.**   What is what now?

18      **Q.**   Okay.

19      **A.**   With the new hire?

20      **Q.**   If -- if you look at Exhibit 1 --

21      **A.**   Uh-huh.

22      **Q.**   -- this is -- Exhibit 1 is the current policy?

23      **A.**   Correct.

24      **Q.**   Right.  And this is the proposed revisions to the

25  draft policy?  Well --

1          **MR. OGBURN:**  These aren't marked exhibits.

2          **MR. BELZLEY:**  Where are -- let's see.

3          **MR. OGBURN:**  These -- for her.  Right here?

4     **A.**   No, this is what I brought over here.

5          **MR. BALLINGER:**  This is what we brought.

6          **MR. BELZLEY:**  These are mine.

7     **A.**   Let me see.

8          **MR. OGBURN:**  The draft --

9          **MR. BELZLEY:**  Oh, here we go.  Here we go.

10    **A.**   Okay.  Here they are.  Okay.

11    **Q.**   **(BY MR. BELZLEY)** Here we go.  All right.  Can --

12    hold those out because those -- those --

13         **MR. OGBURN:**  Yeah.  Don't -- don't mix them

14    up.

15    **Q.**   -- and including the organizational --

16    **A.**   Oh, okay.

17    **Q.**   -- chart.  Because those are all --

18    **A.**   We have the organizational chart?

19    **Q.**   Yeah.  These are all marked exhibits and they'll

20    and --

21    **A.**   Oh.

22    **Q.**   -- they'll need to go to the court reporter.

23    Those are not yours.

24         **MR. OGBURN:**  Yeah.  You don't --

25    **A.**   Oh, okay.  Okay.

1    **Q.**    **(BY MR. BELZLEY)** Okay.  So back to my -- my

2    question.

3    **A.**    I see this --

4    **Q.**    How does a new hire know that what they're

5    supposed to be doing is what we've got on Exhibit 5 instead

6    of what -- what's on Exhibit 1?

7    **A.**    Well, they're going to get a copy of Exhibit 1 and

8    they're also going to get a copy of the instruction that I

9    put out as well.  And it's trained -- that's how they're

10   trained.

11   **Q.**    Okay.

12   **A.**    According to Exhibit 5.

13   **Q.**    All righty.

14   **A.**    And the procedure that goes along with it.

15          **THE REPORTER:**  The procedure that what?

16   **A.**    Procedure five. I mean, Exhibit 5.

17          **THE REPORTER:**  That goes along with it?

18   **A.**    They're going to be trained according to Exhibit 5

19   and any procedure that goes along with it.

20   **Q.**    **(BY MR. BELZLEY)** Okay.  So is it fair to say

21   that -- that, essentially, the training that new hires to

22   the records division get, that -- that -- what they learn is

23   essentially -- and what they learn to do is essentially

24   what's in Exhibit 5, not in Exhibit 1?

25   **A.**    Correct.

1    **Q.**   How long -- how long has Exhibit 5, as we have it

2    here marked today, how long has that been with the senior

3    members of the administration waiting to be approved and

4    implemented?

5    **A.**   2015.  And let -- let me back up, because you

6    asked the question, if they were going to be trained on --

7    if the training was going to consist of Exhibit 5 and not

8    Exhibit 1, it's going to be both.

9         Exhibit 1 is basically the same as Exhibit 5 with

10   some revisions.  So they're going to get Exhibit 1 with the

11   revisions from Exhibit 5.

12   **Q.**   Okay.  But just so I make -- just so I'm clear,

13   what's highlighted on Exhibit 5 does not appear in Exhibit

14   1?

15   **A.**   That's correct.

16   **Q.**   Okay.  Let's talk about the training of new hires.

17   **A.**   Okay.

18   **Q.**   Describe that training process to me.

19   **A.**   Well, the new person comes in and they're assigned

20   a KEO, a training person.  It's usually a SCT that

21   they're --

22   **Q.**   Well, what's that?

23   **A.**   The SCT.

24   **Q.**   Oh, SCT.  I'm sorry.  Okay.

25   **A.**   Yeah.  The SCT that they're assigned to -- well,

1    an SCT is assigned to the new employee generally but since

2    we've been short staffed, I've had the supervisors conduct

3    the training, like in the -- let's see, I believe it was

4    back in April -- April or May we had like four or five new

5    employees start out basically at the same time.  So we

6    didn't have enough SCT's to conduct the training, so we had

7    a class.  One of the supervisors conducted a class with the

8    group of new people.

9        **Q.**    Okay.

10       **A.**    In that training, they normally start with the

11   fresh arrests, learning how to process fresh arrests, that's

12   the basic.  Once they learn how to -- learn the fresh

13   arrest, then they move on to the arraignment desk.

14           And, from the arraignment desk, they move onto the

15   district desk and pulling the paperwork -- and they're not

16   assigned to that particular desk, but they are -- they're

17   pulling the paperwork, the folders from that desk and

18   processing the paperwork, they're learning to process that

19   paperwork.

20           And the same thing with the circuit desk, that's

21   what they're doing.

22           Then they move on to the LMDC box so that they'll

23   know how to operate that box.

24       **Q.**    Okay.  Okay.  Now, we're looking at the -- the --

25   this highlighted department policies with a front sheet,

1  that's Exhibit 5, underneath it is a highlighted policy

2  that's got title releases at the top, doesn't appear to have

3  a front sheet.  What's the difference between these two --

4  these two documents?

5      **A.**   This one and this one?

6      **Q.**   Yeah.  They may be the same.

7      **A.**   No.  These are -- both these e-mails were in an

8  attachment that I had sent to chief of staff Dwayne Clark

9  letting him know that the policy had been sent to the

10 policies division but we had -- but had not been approved

11 yet.  And I wanted to put something out to the staff to see

12 if they could use -- not this one, the draft -- but to use

13 this one.

14     **Q.**   The one that doesn't have the front sheet on it?

15     **A.**   Yeah.  The one that don't have -- and, basically,

16 it's just a instructional guide that basic -- it -- it kind

17 of mirrors what's being said in -- in Exhibit 5, it just

18 don't have that part up there on it.

19     **Q.**   Okay.  Okay.  Who do you regard as your senior

20 most senior corrections technician?  The per --

21     **A.**   Melis --

22     **Q.**   -- the person that has the most experience?

23     **A.**   Melissa Campos.

24     **Q.**   Now, I see on the releases policy with the -- with

25 the front page, there were some things in here that are in

1    blue print and not black print.  What -- what does the blue

2    print indicate?

3        **A.**   These are the revisions that I had made previously

4    before I made the yellow revisions.

5        **Q.**   Okay.  So the blue --

6        **A.**   And we added.

7        **Q.**   The blue -- what we see here on this exhibit

8    that's in blue were your original revisions?

9        **A.**   Uh-huh.

10       **Q.**   And what's highlighted are sort of your -- your --

11   your second round of revisions?

12       **A.**   The most recent, yeah.

13       **Q.**   When did you make your original revisions, the

14   blue revisions?

15       **A.**   I can't say the date.  I don't recall.

16       **Q.**   But it's the --

17       **A.**   It was --

18       **Q.**   But is it the highlighted revisions that -- that

19   you recall having been made in 2015?

20       **A.**   Yes.

21       **Q.**   The blue revisions were made prior to 2015?

22       **A.**   Yes.

23       **Q.**   And we -- and, to your knowledge, there still

24   hasn't been a written policy implemented that includes

25   either of those sets of revisions?  Who --

1              **THE REPORTER:**  Did you say yes?

2       **A.**    Yes.

3       **Q.**    **(BY MR. BELZLEY)** Who is that's got the -- to your

4  understanding, has the responsibility for reviewing,

5  approving and getting these things implemented?

6       **A.**    Senior staff, don't know who.

7       **Q.**    Okay.

8       **A.**    Don't know how to --

9       **Q.**    Who -- who do you regard to be senior staff, is

10  that Mr. Clark, Director Bolton, anybody else?

11       **A.**    Mr. Clark, Director Bolton, Assistant Director

12  Steve Durham, Deputy Director Eric Troutman and now recently

13  promoted Major Michael Ashby.

14       **Q.**    All right.  Let me just -- give me -- bear with me

15  as I skim through here, I want to see if I can see something

16  that jumps out at me that I want to ask you about.  If you'd

17  look at the -- the third page of the releases with the front

18  page.

19              It says, under protocol, processing a release,

20  you've got highlighted there that -- and I quote, SCTs will

21  time stamp the back of all releases prior to giving to

22  intake and release for processing.

23              As I understand it, that's being done now for

24  RORs, correct?

25       **A.**    For all releases.

1      **Q.**   Oh, for all releases.  I'm sorry.  Okay.  I see at

2   the bottom of that same page there's a provision that

3   states, the record supervisor will monitor the mailbox and

4   inform the SCT that is assigned to the box whenever e-mails

5   are in the box unopened longer than 15 minutes.

6      **A.**   That's correct.

7      **Q.**   There's a sentence above that that says the SCT

8   will check for incoming mail at 15-minute intervals?

9      **A.**   Yes.

10     **Q.**   Do you -- what problems does it cause you to not

11  have these proposed revisions approved, implemented in

12  writing and circulated to your staff?

13     **A.**   Well, that I -- I tell the staff to read the

14  policies and procedures, then I have to make sure that I

15  remind them that you have read the instructions that I put

16  out later to go along with it.  This makes it easier for

17  them to have everything at one time.

18     **Q.**   It's all -- it -- it's -- it means if this were in

19  force or -- or approved, enforced, implemented and so on,

20  you would have only one thing you'd need then to look at,

21  correct?

22          **MR. OGBURN:**  Objection to form of the

23  question.

24     **Q.**   **(BY MR. BELZLEY)** And -- and you'd only have to

25  remember to tell them, you need to look at that one thing,

1   is that right?

2          **MR. OGBURN:**  Objection to form; go ahead and

3   answer.

4      **Q.**   **(BY MR. BELZLEY)** You go ahead.

5      **A.**   Yes.

6      **Q.**   Have you had experiences in which people were

7   following the -- following the -- the policy that are marked

8   Exhibit 1 and not the policies that are marked Exhibit 5?

9      **A.**   No.  We haven't had a problem with that.

10     **Q.**   Other than that 15 minutes rule, that you want the

11  SCTs to check the boxes they're responsible for every 15

12  minutes, are there any other time limitations or time goals

13  that are -- that you've proposed be considered?

14     **A.**   No.

15     **Q.**   If you would look at the highlighted section of

16  Exhibit 5, the policy on sentencing?

17         **MR. OGBURN:**  It's a separate sheet.

18     **A.**   Is it?  Okay.

19     **Q.**   **(BY MR. BELZLEY)** Got it.  I note at the bottom it

20  says, that the appropriate sentence shall be calculated and

21  what's highlighted is the following, by utilizing

22  the sentence credit calculation spreadsheet or for manual

23  calculations and/or calculations that are not eligible for

24  good-time credit.

25         Now, that sentence, credit calculation

1    spreadsheet, was that the -- the checklist that you

2    referenced earlier that you prepared and printed off but you

3    don't know whether anybody's using it or not?

4        **A.**    No.  No.  That's not --

5        **Q.**    Okay.  This is something different?

6        **A.**    Yes.  It's a spreadsheet that was created for

7    records staff to use when they have to calculate good-time

8    credit.  And it -- it's -- it's automatic -- well,

9    automated, we have to plug the numbers in but then it'll

10   give us -- it'll calculate and give us the release date.

11       **Q.**    All right.  And I probably should have asked you

12   for this previously, but could you provide Mr. Ogburn a copy

13   of that checklist you told us about before lunch?

14       **A.**    Yeah.

15       **Q.**    And have you proposed that these -- that any of

16   these drafts be revised to provide or to require that that

17   checklist be used by the staff of the records division?

18       **A.**    As a matter of fact, that checklist is -- we do

19   have that checklist.

20       **Q.**    Well, I know you've got it.

21       **A.**    It was -- it was -- it was illuminated -- it was

22   approved for it to be illuminated and posted in the records

23   division, big enough so that the whole area could see it, so

24   they wouldn't have to depend on the -- just the paper.

25       **Q.**    Okay.

1      **A.**    They're painting in the area now, right now, so

2   it's been taken down but it'll be reposted once they finish.

3      **Q.**    Okay.  Let's see now.  Okay.  Get these out of the

4   way.  Ms. Al-Amin needs to hold onto that.

5      **A.**    Okay.

6      **Q.**    So we'll get all of those back from you before

7   we're done.  Okay.

8                      *    *    *    *    *

9      **(Whereupon, a document was marked Exhibit No. 6.)**

10                     *    *    *    *    *

11     **Q.**    Ms. Al-Amin, let me show you what I've marked

12  Exhibit 6, which is an operational audit of the Louisville

13  Metro Department of Corrections back in 2012 -- sorry, Jim,

14  I only have this copy.

15          **MR. BALLINGER:**   That's okay.

16     **Q.**    **(BY MR. BELZLEY)** Did you have any involvement in

17  this audit?

18     **A.**    I was involved in an audit but I don't believe

19  that it was this one.

20     **Q.**    Okay.  Have you ever -- to your knowledge, have

21  you ever seen Exhibit 6 before?

22     **A.**    No.

23     **Q.**    Do you know whether this audit contains any

24  recommendations for revisions of policies or procedures

25  concerning the records division?

1    **A.**   I don't know.  I've never --

2    **Q.**   You've never seen it?  Okay.

3                    *   *   *   *   *

4       **(Whereupon, a document was marked Exhibit No. 7.)**

5                    *   *   *   *   *

6    **Q.**   Let me show you what's been -- what I marked

7    Exhibit 7, which an audit that was done just this last

8    January.  Have you ever seen that before?

9    **A.**   Not the report itself but I knew that we went

10   through an audit.

11   **Q.**   Okay.  Did you have any participation in this

12   audit?

13   **A.**   Yes.

14   **Q.**   What was your participation in this audit?

15   **A.**   Providing the information that the auditors

16   requested.

17   **Q.**   Now, there's included in this audit a reference to

18   a corrective action plan.  Have you seen that corrective --

19   and that's on page 8, it begins on page 8 of 21.

20   **A.**   No.

21   **Q.**   Have you ever seen that corrective action plan

22   before?

23   **A.**   No.

24   **Q.**   Has anybody discussed with you implementing any of

25   the recommendations in there?

1     **A.**    No.  We've talked -- I was at a couple of the

2    meetings when the auditors completed their audit.  We talked

3    about some recommendations but it wasn't on this form.

4     **Q.**    Okay.  To -- to -- have any of the -- to your

5    knowledge, have any of the recommendations in this audit or

6    any of the items of the correct -- the LMDC correction

7    action plan, have any of those been implemented?

8     **A.**    I don't -- I haven't read through them so I don't

9    know what --

10     **Q.**    Okay.

11     **A.**    -- what the recommendations are.

12     **Q.**    No one has come to you and -- and -- and provided

13    you any -- specifically any of the recommendations or any of

14    the LMDC corrective action plans and told you that -- or

15    asked that you implement them or make policy revisions in

16    order to implement them?

17     **A.**    No.  The one thing that we did was we talked

18    about -- what was -- we did -- started an internal audit

19    ourselves and that was part of some of the discussions that

20    we had with the auditors.  I don't know if it's listed in

21    here specifically or not.  But it is something they we had

22    taken upon ourself to do.

23     **Q.**    Did that result in any kind of a written report?

24     **A.**    Well, a written report from us to --

25     **Q.**    Yeah.  This -- this was an outside audit and --

1    and you've said that you all took it upon yourselves to also

2    do an internal audit?

3         **A.**    Right.  And that's a audit that the auditors are

4    aware of, I mean, it was shown to them what we do, how we

5    audit sentences.

6         **Q.**    Okay.

7         **A.**    And releases.

8         **Q.**    Okay.

9         **A.**    People that's been timed out.

10        **Q.**    All right.  I apologize if I asked you this

11   question, before today, had you seen any of these -- these

12   written recommendations coming from the audit or the LMDC's

13   corrective action plans?

14        **A.**    Not in this form, no.

15        **Q.**    What form have you seen it in?

16        **A.**    It was like a spreadsheet and it had some

17   recommendations on there but it wasn't the final, it was

18   just what we were -- recommendations that the auditors were

19   making for us, it was during meetings.

20        **Q.**    Now, when -- we'll -- let me make a request for

21   production of the copy of that to Mr. Ogburn, as well, if

22   you can provide him that spreadsheet.

23             Now, these -- these recommendations, did anybody

24   direct you to implement any of those recommendations?

25        **A.**    No.  No.

```
 1        Q.    Have --
 2                MR. BALLINGER:  Can we take a break just for
 3    one second?
 4                MR. BELZLEY:  Sure.  Sure.
 5                    *   *   *   *   *
 6                    (Break taken.)
 7                    *   *   *   *   *
 8                MR. BELZLEY:  Back on the record.
 9        Q.    (BY MR. BELZLEY) I've been reminded that -- that
10    when audits are conducted by the ACA, the American
11    Correctional Association, those frequently produce
12    spreadsheets for -- of recommendations for correction and
13    things like that.  Are -- is -- are those the spreadsheets
14    you're talking about?
15        A.    No.  These are -- this is a spreadsheet of the
16    audit that they conducted, I believe it started last year.
17    And --
18        Q.    Was this the audit that was requested by Director
19    Bolton after this lawsuit was filed or do you know?
20        A.    No, I don't know.
21        Q.    Okay.  Who -- who directed that the audit you're
22    talking about be performed?
23        A.    I believe it was Councilman James.
24        Q.    Okay.  Okay.  Well, that's the report we're
25    looking at now, that's this report?
```

1    **A.**   Okay.  Okay.  Yeah.

2    **Q.**   Okay.  So you've seen a spreadsheet that -- that

3    includes the recommendations and corrective actions that

4    were made in this report?

5    **A.**   Uh-huh.  And I guess it was like an informal --

6    informal recommendation and maybe this is the formal, I

7    don't know.

8    **Q.**   All right.  Well, do -- but just to clarify,

9    you're not aware of any of those recommendations or

10   corrective actions actually being taken?

11   **A.**   No.

12   **Q.**   Okay.

13        **MR. BELZLEY:**  And, again, we -- we'd like to

14   request production of the spreadsheet that -- that Ms.

15   Al-Amin is -- is referencing.

16   **Q.**   **(BY MR. BELZLEY)** Do you recall hearing that

17   Director Bolton had requested an audit of releases soon

18   after this lawsuit was filed back in February of 2017?

19   **A.**   Yes.  I heard something about it.

20   **Q.**   Were you involved in that at all?

21        **MR. OGBURN:**  Objection to form; go ahead and

22   answer.

23   **A.**   Oh.

24   **Q.**   **(BY MR. BELZLEY)** Were you involved in that audit?

25   **A.**   As far as pulling files and paperwork.

1    **Q.**   Do -- to your knowledge, did -- did the -- were

2    the results of that audit documented or put in some kind of

3    a report?

4    **A.**   I -- if so, I have not received anything.

5    **Q.**   Okay.

6          **MR. BELZLEY:**  Well, if, again, if -- if -- if

7    that was made the subject of a report, Denis, we'd like to

8    see that as well.  Okay.

9    **Q.**   **(BY MR. BELZLEY)** Can you also provide Mr. Ogburn a

10   copy of the ROR tracking sheets that get filled out by the

11   supervisors?

12   **A.**   Yeah.  I -- I can print a copy of it.

13   **Q.**   Okay.  Okay.  And did I also ask you to provide

14   him a copy of that checklist that you prepared for people to

15   use?

16   **A.**   Yes.

17   **Q.**   Okay.  All righty.  How does the chief of -- of

18   staff supervise your work?

19   **A.**   By observing.  I don't know what other tools he

20   uses but he -- he -- we talk often.

21   **Q.**   Okay.

22   **A.**   Every day.

23   **Q.**   Or do you ever have a formal performance review

24   evaluation or process that you go through?

25   **A.**   No, I have not.

1      **Q.**   Do any -- do you utilize any kind of a similar

2  performance review evaluation process for any of your

3  supervisor ones?

4      **A.**   Yes.

5      **Q.**   Okay.  Is that -- tell me about that process,

6  describe that to me.

7      **A.**   Well, it -- it's a form -- and I am behind on it,

8  as a matter of fact -- but it's a one-year evaluation of

9  their performance.

10      **Q.**   Okay.

11      **A.**   I give my opinion of how they've performed for the

12  year, their ratings, how they perform for the year, give my

13  comments if -- if there's any comments that I need to make,

14  I put the comments on there.

15          I call the employee in, supervisor in, talk to

16  them one on one, let them review the evaluation for

17  themselves.  If they have some issues with it, we talk about

18  those issues and I'll -- I'll explain to them why I give

19  them the grade that I gave.

20      **Q.**   Okay.

21      **A.**   I sign it and date it, they sign it and date it.

22  And I give them a copy of it and then I'll send it up to the

23  training -- to HR and the training officer, I think they'll

24  pass it on to the director who will evaluate it and review

25  it and -- and look at everything to --

1     **Q.**    Okay.

2     **A.**    -- and he'll sign off.

3     **Q.**    Did anybody tell you to -- to -- that that was the

4     process you needed to follow or did you implement that

5     yourself?

6     **A.**    No.  That's for any -- that's metro government.

7     **Q.**    Okay.  Obviously, we're here talking about a case

8     that -- involving over detentions, people not being released

9     when they should -- should be.

10            Just, generally speaking, is that a problem in the

11    records division?

12    **A.**    No.  I don't think that it's a problem.  Based on

13    the amount of paperwork that we deal with on a daily basis,

14    no.

15            I mean, anytime a person is detained for too long,

16    it's not a good thing, and it doesn't happen intentionally

17    but we're human, we make mistakes.

18    **Q.**    Is an incident report supposed to be prepared

19    every time somebody is not released when they should be?

20    **A.**    It should be.  But not -- I'm not going to say

21    that it is always.  But we do -- or reported or the

22    supervisor will report it to the chief of staff and he'll

23    make the determination as to whether we're to do a incident

24    report or not.

25            And, basically, I think one of the things -- the

1    factors that he's looking at is if it was a records error or

2    if it's a court error, then we definitely -- we don't do a

3    incident report.

4        **Q.**   If it was a court error or you don't do an

5    incident report?

6        **A.**   We don't do a -- an incident report.

7        **Q.**   Okay.  If it was a records error you -- you're

8    supposed to?

9        **A.**   Generally, we do.  Yeah.  Generally, we do unless

10   told otherwise.

11       **Q.**   Who makes the determination of whether it was a

12   court error or a records error?

13       **A.**   I'll -- well, the supervisors see if there's --

14   well, the SCT sees it first in the -- in their review and

15   they'll pass on to the supervisor, the direct supervisor

16   their findings.  And they -- they can see, you know, if it

17   was court error or if was records error.

18           And, in either case, the supervisor will bring it

19   to me and we'll review it.  And I'll give my determination

20   as to whether it was a court error -- error or a records

21   error.  And then we'll -- the supervisor and I will inform

22   Chief of Staff Clark.

23       **Q.**   And who decides whether or not an incident report

24   will be prepared?

25       **A.**   Chief of Staff Clark.

1    **Q.**   Okay.  If -- but am I correct that the person that

2    will first realize that there's been an over detention or an

3    untimely release or whatever you want -- will be a CST?

4    **A.**   SCT.

5    **Q.**   SCT.  Sorry.

6    **A.**   Senior -- that's okay.

7    **Q.**   SCT.  And they're the one -- and then they will

8    notify the supervisor?

9    **A.**   Yes.

10   **Q.**   There's no system in place by which the supervisor

11   is notified first of a -- of an over detention?

12   **A.**   They can be.  A phone call, if an inmate completes

13   the actual request and -- because the supervisors respond to

14   the inmate actual request.  So they to have pull the folder

15   and -- and they'll have to investigate and see, you know, if

16   a person's being detained longer than they should be.

17   **Q.**   Okay.

18   **A.**   So they could be the -- the first person of

19   contact.

20   **Q.**   If a -- if a -- if the problem is brought to the

21   records division attention by an outside third party --

22   **A.**   Uh-huh.

23   **Q.**   -- they could be?

24   **A.**   Right.

25   **Q.**   But, if it is something that is determined just

1 from the records available to the records division, that's

2 typically an SCT that discovers that?

3      **A.**   Yeah.  Right.

4      **Q.**   And is -- and they are expected to bring that to

5 their supervisor's attention?

6      **A.**   Yes.  And, also, during the time outs, like I said

7 a little bit earlier, we implemented a process whereas we

8 checked, we conduct our own internal audit for the --

9 amounts.

10          **THE REPORTER:**  So that -- I'm sorry.  We check

11 our own audits --

12      **A.**   Uh-huh.  For time outs.  For the time out

13 releases.  Once the SCT processes the time outs, then the --

14 they have to be verified by a supervisor, the third-shift

15 supervisor.

16      **Q.**   **(BY MR. BELZLEY)** Okay.  Are SCTs required to

17 notify their supervisors of over detentions?

18      **A.**   Yes.

19      **Q.**   Is it --

20          **MR. BELZLEY:**  You want to take a break.  You

21 doing okay.

22          **THE REPORTER:**  No.  I'm not doing okay but I'm

23 okay.

24          **MR. BELZLEY:**  Okay.  I'm sorry.

25      **Q.**   **(BY MR. BELZLEY)** Is that -- is that requirement

1  written down somewhere in a policy?

2       **A.**    Well, it -- it's not in the records policy but in

3  the code of conduct and ethic's policy it -- it talks about

4  how we're supposed to report any -- you know, report

5  anything that's unethical or -- or whatever.

6       **Q.**    Okay.

7       **A.**    It don't specify releases but, I mean, that's

8  just --

9       **Q.**    Are you aware of any SCT's failing to report to

10  their supervisors over detentions?

11       **A.**    No.  I'm not aware.

12       **Q.**    Where is your department located?

13       **A.**    400 South Sixth Street.

14       **Q.**    Okay.  Are you part of the -- are you within the

15  security perimeter?

16       **A.**    No.

17       **Q.**    Outside.  Where -- where is Director Bolton's

18  office in relation to your department?

19       **A.**    Third floor, same building.

20       **Q.**    Okay.  And you're on which floor?

21       **A.**    First.

22       **Q.**    First floor.  How about Mr. Clark's office?

23       **A.**    Third floor.

24       **Q.**    How often do you see Director Bolton?

25       **A.**    Not that -- well, I'm not going to say not that

1   often.  Maybe once every week -- I mean, every other week or

2   so sometimes more.

3        **Q.**   And maybe a better question would -- would have

4   been, how often does Director Bolton come down and visit

5   your -- your division, your department?

6        **A.**   Not often.

7        **Q.**   Can you remember the last time he did it?

8        **A.**   Before Christmas I want to say.

9        **Q.**   How about Mr. Clark, how often does he come down

10  and -- and visit in -- in your department?

11       **A.**   He comes down almost every day.

12       **Q.**   Almost every day.  Okay.  We've talked about

13  the -- the -- the written documentation that governs the

14  work that's done in the -- the records division, these

15  policies and -- and various iterations of them.

16          How often is an employee of the records department

17  expected to -- to review and rereview these policies?

18       **A.**   How often are they expected?  As often as it takes

19  for it to sink in, for it to -- them to get it.

20       **Q.**   Are they tested on it to see whether it's sunk in

21  and that they get it?

22       **A.**   I throw out pop quizzes to them.  I ask them

23  various questions often, encourage the supervisors to do the

24  same.

25       **Q.**   Now, the pop quizzes, are those in writing or just

1  kind of --

2     **A.**   Sometimes there in writing, sometimes I'll just go

3  out there and throw a question to them, you know, regarding

4  the policy and just to see what the response is.

5     **Q.**   Do you have any of the written pop -- copies of

6  any of the written pop quizzes you -- you've distributed?

7     **A.**   Yeah.

8     **Q.**   Okay.  We'd like -- can you turn what you have

9  over to Mr. Ogburn and we'd make a request for those.

10         Now, the record -- the -- the records department

11  where you work and you -- and what you gave us a -- a floor

12  plan of, is that -- if -- if I walk into 400 South Street

13  and I walk up to one of those public windows, can I see the

14  records department?

15     **A.**   Yeah.  It's back there.

16     **Q.**   Okay.  So it's -- it's -- it's visible to the

17  public?

18     **A.**   Yes.  The records area is but not intake and

19  release and booking.

20     **Q.**   Okay.  All right.  Let's switch gears here a

21  little bit.

22            **MR. BELZLEY:**  Do you have another exhibit --

23            **THE REPORTER:**  I sure do.

24            **MR. BELZLEY:**  -- thingy?  Because I'm going to

25  mark a bunch here.

```
1                    *   *   *   *   *

2              (Off-the-record conversation.)

3                    *   *   *   *   *

4        Q.   (BY MR. BELZLEY)  Okay.  And what we may want to do

5    is just kind of set these exhibits all out so that you can

6    kind of be looking at them all at the same time.

7        A.   Okay.

8              MR. BELZLEY:  We'll mark this 8.

9                    *   *   *   *   *

10       (Whereupon, a document was marked Exhibit No. 8.)

11                   *   *   *   *   *

12       Q.   (BY MR. BELZLEY)  There you go, ma'am.

13             MR. BALLINGER:  Is this all of it?

14             MR. BELZLEY:  Okay.

15                   *   *   *   *   *

16       (Whereupon, a document was marked Exhibit No. 9.)

17                   *   *   *   *   *

18             MR. BELZLEY:  There's 9.  Denis.  Jim.

19                   *   *   *   *   *

20       (Whereupon, a document was marked Exhibit No. 10.)

21                   *   *   *   *   *

22             MR. BELZLEY:  There's 10.  Denis.  There you

23   go, Jim.  Yeah, there's two more.  Be 11.

24                   *   *   *   *   *

25       (Whereupon, a document was marked Exhibit No. 11.)
```

1                    *    *    *    *    *

2              **MR. BELZLEY:** Denis.  Jim.  And last but not

3    least, Number 12.

4                        *    *    *    *    *

5        **(Whereupon, a document was marked Exhibit No. 12.)**

6                        *    *    *    *    *

7              **MR. BELZLEY:**  Okay.  There's number 12 for

8    you, ma'am.  Denis.  Jim.

9        **Q.**  **(BY MR. BELZLEY)** All righty.  You want to take

10   a -- I know you've been looking at that a while.  You want

11   to take a second just to look these over --

12       **A.**   Uh-huh.

13       **Q.**   -- before I start asking you about them?

14       **A.**   Yeah.  You can ask.

15       **Q.**   All righty.  You ready?

16       **A.**   Uh-huh.

17       **Q.**   Have you seen these before?

18       **A.**   This spreadsheet?

19       **Q.**   Yeah.  Which I've got them marked Exhibits 8, 9,

20   10, 11, and 12, have you seen them all before?

21       **A.**   No.

22       **Q.**   Okay.  Which ones have you seen?

23       **A.**   I haven't seen any of these.

24       **Q.**   Okay.  Okay.  Do you know who prepared these

25   spreadsheets?

1      **A.**    No.

2      **Q.**    Do you know -- but you didn't have any

3  participation in them?

4      **A.**    Not in creating this spreadsheet.

5      **Q.**    Okay.  Okay.  I was -- it looks like Exhibit 11,

6  which is entitled, HIP Late Releases Spreadsheet, that looks

7  to be a spreadsheet of HIP late releases, do you know

8  whether that's correct or not?

9      **A.**    Not right offhand, no, I don't.

10     **Q.**    Okay.  The Exhibit 12, which is Main Jail Late

11  Releases, this appears to be late releases from the main

12  jail, do you know whether that's accurate or not?

13     **A.**    David Reyes.

14     **Q.**    Yeah.  Well, I --

15     **A.**    I remember that case.

16     **Q.**    Yeah.  We all do.

17     **A.**    That's about the only one that I remember.

18     **Q.**    Okay.  Okay.  If you look at Exhibit 9 and Exhibit

19  12, does it look to you like these are the same lists except

20  they're just in a different order, one goes from shorter

21  time to longer time and the other goes from longest delayed

22  down to the shortest delay?

23     **A.**    It looks like the order is different.

24     **Q.**    Yeah.  It's -- it -- the order is different

25  because I think Exhibit 9 is listed from the longest delay

1    to the shortest delay.

2        **A.**    Okay.

3        **Q.**    And then Exhibit 12 is -- is listed from the

4    shortest to delay to the longest delay.

5        **A.**    Okay.

6        **Q.**    And it looks like Exhibit 10 is the same as

7    Exhibit 12.  Exhibit 10s just prettier than 12.  Let me

8    double-check that.  Yeah.  That's what it is.  Yeah.  Okay.

9    Those are essentially the same.  And it looks like Exhibits

10   11 -- 8 and 11 are the same.  Yeah.

11            Do you know how the names that are on these lists

12   came to be there?

13       **A.**    No.  I didn't create the list.  I don't know.

14       **Q.**    Okay.  Now, let's -- let's look at Exhibit 8.  You

15   have that there.  There's one entry on this exhibit in which

16   you were the reporting officer and that's for the lady at

17   the very top, Sherry Danita Davis, you see that?

18       **A.**    Yes.

19       **Q.**    Okay.  And the cause of the delay is indicated

20   good-time credit was not applied to the sentence.

21            I take it that -- was that considered a -- a error

22   in the records department?

23       **A.**    Yes.  Apparently, the good-time credit, whoever

24   processed the sentence calculation, they made a mistake and

25   didn't apply the good-time credit like they were supposed

1   to.

2       **Q.**   And what happened to that person?

3       **A.**   To Ms. Davis or the SCT?

4       **Q.**   Who -- who failed to apply the good-time credit?

5       **A.**   I don't know.

6       **Q.**   Is there a system of sanctions or penalties of

7   some kind that's in place for discouraging people from

8   making mistakes of that nature?  I mean, this was -- a

9   length of delay with regard to Ms. Davis that you reported

10  here was 32 days.

11          What -- what's typically -- what typically happens

12  to the -- the SCT that's responsible for a mistake of

13  that -- that nature?

14      **A.**   Well, generally, I -- I conference with the SCT to

15  find out why they made the mistake.  And then talk to Mr.

16  Clark to see if he wants a disciplinary issued.  And he'll

17  let me know if a disciplinary's to be issued or if he wants

18  it applied -- I mean, if he wants it -- it used as a

19  training tool.

20      **Q.**   Okay.  And who is it that you talk to about that?

21      **A.**   Mr. Clark.

22      **Q.**   Okay.  Let's look at Exhibit 10 and it appears --

23  let me look through here.  You're the reporting officer on

24  one, two, three, four, five, six, seven, eight -- eight late

25  releases from the main jail.

1        Do you recall in any of these eight reports that

2   you prepared concerning late releases from the main jail,

3   the responsible employee receiving any kind of refresher

4   training or any kind of penalty or sanction or discipline?

5        **A.**   No.  I don't recall.

6        **Q.**   Now, I note, looking at the first page of Exhibit

7   10 for Mr. Travis J. Riddle, the cause of the delay was that

8   records failed to process the release from custody.  What --

9   what does that mean?

10       **A.**   You said Exhibit 10, which one?

11       **Q.**   Exhibit 10, next -- next to the last on that page,

12  Travis J. Riddle?

13       **A.**   On Mr. Riddle?  Okay.

14       **Q.**   Records failed to process release from custody.

15  What -- what -- what does that mean?

16       **A.**   Records failed to process the release for whatever

17  reason.  I don't know if the release was printed and --

18  because I don't recall these cases -- so I don't know if the

19  release was printed and placed inside the folder by mistake

20  or if the release was not printed from the computer.  I

21  don't know.

22       **Q.**   Okay.  The incident report may provide us more

23  information on that?

24       **A.**   Yeah.  It could.  Yeah.

25       **Q.**   Okay.  If you would look at the second page of

1    Exhibit 10, that appears under the name Justin Smith, fourth

2    from the bottom.

3        **A.**   Okay.

4        **Q.**   The reason for that delay is indicated as division

5    six clerk had not sent order modifying conditions of

6    probation.  That would have appeared to have been a court

7    related problem, not a records division problem?

8        **A.**   Uh-huh.

9        **Q.**   Do you know why that is -- why an incident report

10   was prepared for that?

11       **A.**   No.

12       **Q.**   Or why that was included in this list?

13       **A.**   Huh-uh.

14       **Q.**   Okay.  And the last page of Exhibit --

15              **THE REPORTER:**   And your answer was?

16       **A.**   No.

17       **Q.**   **(BY MR. BELZLEY)** The last page of Exhibit 10,

18   second from the top, it appears that there was a report in

19   which you were the reporting officer but the report was

20   blank.  Do you know why that was?

21       **A.**   No.  I don't.

22       **Q.**   Okay.

23       **A.**   There's something written after the semicolon.  I

24   don't know what that says, possibly something.  I don't

25   know.

1    **Q.**   All right.

2    **A.**   And it could have been where I was trying to view

3    an incident report and accidentally started an incident

4    report --

5    **Q.**   Got you.

6    **A.**   -- for that.

7    **Q.**   Does anyone keep a spreadsheet in the records

8    division or a database of late releases?

9    **A.**   Not that I'm aware of.

10   **Q.**   Okay.  As between the -- the reports of late

11   releases from the HIP program and the reports of late

12   releases from the main jail, I see that nine of -- in nine

13   of those, you were the reporting officer, and that included

14   the -- the blank report.  Bear with me here.

15   **A.**   Is it in the HIP report?

16   **Q.**   Okay.

17   **A.**   I count nine.

18         **THE REPORTER:**  I'm sorry.

19   **A.**   I count nine.

20   **Q.**   **(BY MR. BELZLEY)** And, in the incident reports

21   we've been produced, I made copies of eight in which you

22   were the reporting officer.  I don't think I made a copy of

23   the blank one because it was blank.  Okay.

24         Do you have any knowledge of why that -- the named

25   plaintiffs in this case, for example, Mr. Healey would not

1    be identified in any of these databases or these

2    spreadsheets?

3        **A.**    No.   I didn't create the spreadsheets.   I don't

4    know.

5        **Q.**    Would an explanation for that possibly be that no

6    incident report was prepared concerning his over detention?

7        **A.**    That's possible.

8        **Q.**    Can you think of any other explanation?

9        **A.**    No.   No.

10       **Q.**    Okay.

11              **THE WITNESS:**   Excuse me.   Before you -- before

12   we go on, can I take a bathroom break?

13              **MR. BELZLEY:**   Oh, absolutely, ma'am.

14   Absolutely.   I'm sorry.   I should have asked you.

15                    *    *    *    *    *

16                    (Break taken.)

17                    *    *    *    *    *

18       **(Whereupon, a document was marked Exhibit No. 13.)**

19                    *    *    *    *    *

20              **MR. BELZLEY:**   Back on the record.

21       **Q.**    **(BY MR. BELZLEY)** And let me show you what I've

22   marked Exhibit 13.   Have you ever seen that document before?

23       **A.**    No, I have not.

24       **Q.**    Do you recognize the people that are listed on

25   this document as senior corrections technicians?

1      **A.**    Yes.

2      **Q.**    Now, it indicates that -- this document indicates

3   that some of these senior corrections technicians have been

4   disciplined, do you know what discipline that was?

5      **A.**    Not right off, no.

6      **Q.**    As I understand it, supervisor one and twos become

7   aware of an over detention, either if it's brought to your

8   attention by a SCT or by a third party, an attorney or a

9   family member, something of that nature?

10     **A.**    Yes.  Yes.

11     **Q.**    Would you say that accounts for all of the over

12  detentions that the supervisors are made aware of or is

13  there some other means of being -- being informed of an over

14  detention that's not included in one of those two

15  categories?

16     **A.**    No.  It -- it can be found during a sentence

17  calculation.

18     **Q.**    And who would find it in that circumstance?

19     **A.**    Either the SCT or the supervisor.

20     **Q.**    Okay.  Do -- do you know what percentage of over

21  detentions are reported by SCTs?

22     **A.**    No, not right off.

23     **Q.**    Or what percentage are brought to the attention of

24  the records division by outside third parties?

25     **A.**    No, I don't.

1    **Q.**    Would those outside third parties also include

2    judges and their staffs?

3    **A.**    Whereas they're reporting someone staying in

4    custody too long?

5    **Q.**    Yes.

6    **A.**    I'm trying to think if I can recall where it's --

7    whereas this happened and right off the top of my head, I --

8    I don't recall.

9    **Q.**    Is there -- if I wanted to know how many people

10   didn't get released for more than four hours after they were

11   supposed to be released, how would I find that out?

12   **A.**    You'd have to find out all the people that were

13   released that day and then look to see what time the release

14   came and what time they were released from custody.

15   **Q.**    Is there any source of that information other than

16   each individual's inmate file?

17   **A.**    No.  We don't keep record of that, no.

18   **Q.**    Is there -- is there any indicator or flag that

19   would be put in an inmate's inmate file that would -- that

20   would show -- or that would indicate that that inmate was

21   over detained?

22   **A.**    No.  Only the release.

23   **Q.**    And -- and you'd have to go to the release and

24   look -- look at times, look at the -- look at when the

25   release documents were entered, when the person was actually

1   released, et cetera, et cetera?

2       **A.**   That's correct.

3       **Q.**   And with RORs, we might be able to show -- we

4   might be able to figure out where the bottle neck was or

5   where the delay was but not so much with regular releases

6   from circuit or district court, correct?

7       **A.**   Correct.

8       **Q.**   Has anybody suggested that there be that kind of

9   an audit?

10      **A.**   Can you elaborate on what -- what do you mean?

11      **Q.**   Going -- going back say through the inmate's

12   records who were released in the last 18 months.

13      **A.**   Uh-huh.

14      **Q.**   And finding out how many were not released within

15   four hours -- within that four-hour goal we talked before

16   lunch?

17      **A.**   No.

18      **Q.**   Do you believe that all of the -- the late

19   releases or over detentions are captured in the incident

20   reports?

21      **A.**   When we're instructed to complete an incident

22   report, yes.

23          **THE REPORTER:**   You're instructed to?

24      **A.**   Complete an incident report.

25      **Q.**   **(BY MR. BELZLEY)** Okay.  When -- when you're told

1    to -- when you're told to prepare an incident report

2    concerning an over detention, that over detention is

3    captured in an incident report?

4       **A.**   Yes.  Yes.

5       **Q.**   But do you believe that all the over detentions

6    have had an incident report prepared for them?

7       **A.**   Unless it's a court -- a court error or the

8    mistake that the court made then, no, we don't complete a

9    incident report.

10      **Q.**   But -- okay.  But -- but when it comes to a

11   records division mistake --

12      **A.**   Uh-huh.

13      **Q.**   -- is an incident report prepared for over -- over

14   detentions that are a result of a records division mistake?

15      **A.**   Yes, it should be.  Yes.

16      **Q.**   Well, I -- I know -- I know it should be and I

17   think -- am I correct that you base that upon your

18   understanding of the LMDC's ethics policy?

19      **A.**   Yes.

20      **Q.**   And that, I take it, is a policy that requires

21   employees to report to their supervisors when they've made a

22   mistake?

23      **A.**   Yes.

24      **Q.**   But, again, that puts it on the SCTs to

25   essentially, for lack of a better word, rat themselves out

1    to their supervisors, right?

2         **A.**    Well, I mean, if -- if you make a mistake, then

3    you report that you made a mistake.

4         **Q.**    You're supposed to?

5         **A.**    Yes.

6         **Q.**    Do -- has there ever been any kind of a study or a

7    determination of how often that actually occurs?

8         **A.**    No.  But it has occurred.

9         **Q.**    Where -- that people have made a mistake and

10    reported it?

11        **A.**    Yes.

12        **Q.**    Has it all -- are you aware of instances in which

13    people have made a mistake and not reported it?

14        **A.**    No, I'm not.

15        **Q.**    Okay.  Let's see, I'm on 14, I think.

16                        *    *    *    *    *

17        **(Whereupon, a document was marked Exhibit No. 14.)**

18                        *    *    *    *    *

19        **Q.**    Let me show you Exhibit 14, look at this for a

20    minute.  And let me know when you're ready to talk about

21    this.

22        **A.**    Okay.

23        **Q.**    Okay.  Do you remember this incident?

24        **A.**    No, I don't.

25        **Q.**    Okay.  Well, let's look at the narrative, first of

1   all -- well, let's -- let me go through this form.

2           Do you know why the inmate -- the name of the

3   inmate who was involved is not listed under the -- under the

4   section for that?

5       **A.**   They could have been an XJail glitch.

6               **THE REPORTER:**   It could have been what?

7       **A.**   An XJail glitch.

8       **Q.**   **(BY MR. BELZLEY)** Is there -- well, let's talk

9   about that for a second.  Tell me your experience with the

10  XJail system.

11      **A.**   I mean, I -- I can maneuver around it and do an

12  incident report.  But sometimes, when you put the inmate's

13  name in there and you complete it, the name doesn't come

14  out.

15      **Q.**   Why is that?

16      **A.**   I don't know.

17      **Q.**   How long has that been the case?

18      **A.**   It's not all the time but it -- it does -- or it

19  did -- back during this period, it did happen periodically.

20      **Q.**   Okay.  Anyway, down -- looking at the narrative,

21  it indicates that supervisor by the name of Marylea Bates

22  called you at night after receiving a call from district

23  court.

24      **A.**   Uh-huh.

25      **Q.**   About a one-day late release.  And it turned out

1   that the -- the late release was a consequence of Roneshia

2   Merritt calculating the bail credit as a RIP, which was

3   incorrect, and I'm quoting from this report.

4          When asked why she calculated incorrectly, she

5   said that she was rushing and trying to keep up with the

6   work.  She was informed not to rush, accuracy before speed.

7          Now, why -- why was this not reported by Ms.

8   Merritt?

9      **A.**    Well, she -- it's a late release, a one-day late

10   release so she would not have known about it.

11      **Q.**    Okay.

12      **A.**    And according to Ms. Bates -- or Supervisor

13   Bates -- and what had happened -- well, Roneshia would have

14   calculated the sentence in the RIP or the bail credit one

15   day.  And then the court gives a call because when they --

16   they have to fill out a form, a bail credit or a RIP form

17   and send up to the court whenever they give the bail

18   credit -- calculate bail credit for someone.

19      **Q.**    Okay.

20      **A.**    So I don't know what the -- the details of that

21   conversation that Marylea had with the court.

22      **Q.**    But it appears from this that -- that the court

23   becomes, in -- in some instances, the court can become aware

24   of a late release before the -- the responsible SCT, right?

25      **A.**    Well, according to this incident report, yeah.

1    **Q.**   It appears though that Ms. Merritt knew she'd

2    made -- made an incorrect calculation and that she explained

3    it as a consequence of her rushing to try to keep up with

4    the work.

5          Do you know or did you -- were you able to

6    determine whether Ms. Merritt knew at the time she made the

7    calculation or should have known at the time she made the

8    calculation that it was incorrect?

9    **A.**   No.  When she's -- during the calculation, she's

10   believing that she's doing the calculation correctly.  And

11   then it's found out later that she's made a mistake and

12   that's why she says that she was trying to rush and keep up

13   with the work, that's why she made the mistake.

14   **Q.**   Now, it says at the -- there's a blank line down

15   at the bottom for employee's signature.

16   **A.**   Uh-huh.

17   **Q.**   Who is supposed to sign there?

18   **A.**   That would be -- that would be me, the person

19   reporting the incident but it doesn't say.

20   **Q.**   Do you -- do you sign these documents when you

21   prepare them?

22   **A.**   No.  It's supposed to be electronically signed --

23   **Q.**   Okay.

24   **A.**   -- in XJail.

25          **THE REPORTER:**  Electronically signed what?

1      **A.**    In XJail.

2                        *    *    *    *    *

3      **(Whereupon, a document was marked Exhibit No. 15.)**

4                        *    *    *    *    *

5      **Q.**    **(BY MR. BELZLEY)** Let me show what I'll mark

6    Exhibit 15.  There you go, Ma'am.

7                **MR. BELZLEY:**  Denis.  Jim.

8      **Q.**    **(BY MR. BELZLEY)** This appears to be an incident

9    report concerning a late release reported by an attorney,

10   Jeff Skora, you see that there?

11     **A.**    Uh-huh.  Yes.

12     **Q.**    And this is the one that I think where the

13   division six clerk forgot to send records -- the order

14   modifying the conditions?

15     **A.**    Yes.

16     **Q.**    Okay.  And this appears to have been a court type

17   problem?

18     **A.**    Yes.

19     **Q.**    That was brought to your all's attention by an

20   attorney?  Okay.

21     **A.**    Yes.

22                        *    *    *    *    *

23     **(Whereupon, a document was marked Exhibit No. 16.)**

24                        *    *    *    *    *

25     **Q.**    Okay.  Let me show you Exhibit 16.

1          **MR. BELZLEY:**  There you go Denis.  Jim.

2     **Q.   (BY MR. BELZLEY)** This is a incident report by you.

3  It says -- and this is dated October -- February 20, 2017.

4  And this would have been soon after our lawsuit was filed.

5  It says, during metro corrections internal audit of

6  releases, as directed by director Mark Bolton, who's

7  discovered on this date, 2/20/17, 1115 hours, that 55 days,

8  good-time credit was not applied to inmate Sherry Danita

9  Davis' sentence of 365 days on HIP.

10         She should have been released on January 19 and

11  instead was not released until February 20.  Was that -- why

12  was that not discovered until the audit?

13     **A.**   It was a sentence.

14     **Q.**   Well, who -- who was responsible for getting that

15  right and instead got it wrong?

16     **A.**   Don't -- don't look like the employee's name is in

17  here.

18     **Q.**   And why is that?

19     **A.**   It looks like I didn't put -- put it in there.

20     **Q.**   In -- in any event, this was not something that

21  was brought to your attention by an SCT, correct?

22     **A.**   Let's see, it was brought to me -- it doesn't say

23  who -- who brought it to me, whether it was a SCT or if it

24  was a -- a supervisor but, apparently, it was more than

25  likely discovered when -- during the time outs.

1      **Q.**    Okay.

2      **A.**    The time outs were processed.

3      **Q.**    Now, it says, during metro corrections internal

4    audit of releases as directed by director Mark Bolton.

5    What -- what was that audit and how -- and -- and how was it

6    conducted?

7      **A.**    That -- that's our the -- the -- one of the

8    internal audits that we were talking about --

9      **Q.**    Uh-huh.

10      **A.**    -- with the time outs, Mr. Bolton wanted something

11    in place to help capture the release errors.  A lot of the

12    release errors come from sentencing, from the sentences.

13         So when the SCT processes a release -- I mean, he

14    processes a sentence, like -- like I said they put it in a

15    time out book and it's also in the computer.

16         So, when third shift processes the time outs, the

17    SCT reviews the paperwork and recalculates the sentence.

18    And then there's a verifier that does the same thing, they

19    follow the same process with the time out.

20         Then the supervisor -- if there's a supervisor on

21    duty -- and they have to go through and recalculate that

22    sentence as well.

23      **Q.**    Okay.  So, in any event, there was an internal

24    audit of releases that was taking place --

25      **A.**    Uh-huh.

1    **Q.**   -- in February of 2017.  Do you know what that

2   audit involved, what they were -- how they were performing

3   the audit, what they were looking at?

4    **A.**   The orders.

5    **Q.**   Okay.  And they were comparing those orders to the

6   release times?

7    **A.**   It would have to be -- no, it would have to be a

8   sentence.  It was a sentence -- apparently there was --

9   there was a sentence that they were recalculating.  And,

10   when they recalculated the sentence, they saw that good-time

11   credit was not applied to this person.

12    **Q.**   Okay.  With regard to this internal audit of

13   releases, is that something that occurs regularly in the

14   records division?

15    **A.**   Is what?

16    **Q.**   It's talking here, during metro corrections

17   internal audit of releases --

18    **A.**   Uh-huh.

19    **Q.**   -- as directed by director Mark Bolton.

20    **A.**   Uh-huh.

21    **Q.**   Is there an internal audit of releases directed by

22   director Mark Bolton that occurs regularly?

23    **A.**   Yeah.  We to it every day now.

24    **Q.**   You do it every day?

25    **A.**   Yes.

1      **Q.**   And -- and tell me what that audit of releases is,

2    how do you do that?

3      **A.**   Well, that -- that's the -- basically, it's --

4    it's the -- I can't think of it right -- we're auditing the

5    sentences, the time outs that we're releasing from custody.

6           Like I said, the time -- with the time outs, time

7    out book lists all of the sentences for the people that's to

8    be released on a certain day.  Okay.

9           So the third shift, they'll process those, they'll

10   go back and recheck the file, the inmate file, recalculate

11   the sentence and make sure that that person is -- sentenced

12   has been calculated correctly.

13          In this instance, good-time credit was not

14   applied.  The person that was recalculating the sentence on

15   third shift, they saw that whenever this sentence was

16   actually calculated originally, good-time credit wasn't

17   applied.  That's what made her a late release.

18     **Q.**   Okay.  I -- I understand that.  I'm -- I'm going

19   back to this -- this reference in -- in your report that

20   says during metro corrections, internal audit of releases as

21   directed by director Mark Bolton.  So this is an audit that

22   occurs every day?

23     **A.**   Yeah.  The time outs.

24     **Q.**   And what is the purpose of the audit, as you

25   understand it?

1       **A.**    It's to help to prevent release errors.

2       **Q.**    Okay.  Was -- now, we filed this lawsuit on

3    February 3, 2017.  Was that audit in place before we filed

4    this lawsuit?

5       **A.**    Time outs?  The time outs has -- every since I've

6    been working records, time outs, that's been part of the

7    process.

8              As far as a supervisor checking -- I'm trying to

9    think when we started that -- that process, it was sometime

10   in, I believe, in late 2016, early 2017, somewhere around in

11   there.

12      **Q.**    Okay.  Could it have been after this lawsuit was

13   filed, you know, on February 3rd, 2017?

14      **A.**    It could have been.  I don't know.  I don't know

15   the exact date right offhand.

16      **Q.**    Okay.  So where -- when you referring -- when you

17   are referencing in this incident report and metro

18   corrections internal audit of releases as directed by

19   director Mark Bolton, you're talking about the requirement

20   that supervisor that also look at the -- the time out sheets

21   to make sure things are being done correctly?

22      **A.**    Right.

23      **Q.**    Prior to this -- and you recall that process

24   beginning sometime in late 2016 early 2017?

25      **A.**    Yes.

1    **Q.**   Prior to early 2016 -- prior to late 2016 early

2    2017, had supervisors performed that function?

3    **A.**   Prior to supplementing this?

4    **Q.**   Yeah.

5    **A.**   No.

6    **Q.**   And why not?

7    **A.**   It just -- it had never been a -- a practice to do

8    that.

9    **Q.**   Has the -- as a result of instituting that process

10   with this review by the supervisor that we're discussing,

11   has that reduced the incidents of over detentions?

12   **A.**   I believe it has.

13   **Q.**   Do you know why that process wasn't implemented

14   before?

15   **A.**   No, I do not.

16   **Q.**   Had -- had somebody previous -- previous to

17   that -- that supervision process being implemented in late

18   2016 early 2017, had somebody recommended that that

19   supervision process be put in place?

20   **A.**   No.  Mr. Bolton just told me that he wanted me to

21   do something about the release errors.

22   **Q.**   That he wanted you all to do something about the

23   release errors?

24   **A.**   Yes.  He wanted me to do something about it, to

25   fix it.

1    **Q.**   And --

2    **A.**   And --

3    **Q.**   -- did he tell you how to fix it?

4    **A.**   No.  I -- I made the suggestion on how we could

5    fix it.

6    **Q.**   Okay.

7    **A.**    And this was one of the ways of fixing it.  This,

8    along with the daily audit that we do -- we have the time

9    outs and then we have the audits whereas once a -- an SCT

10   calculates a sentence on a daily basis, then that folder

11   goes inside a basket that's located next to the time out

12   book.

13          It goes into the basket and then the following

14   morning, first shift, an SCT recalculates that sentence.

15   And then after they -- the SCT recalculates the sentence,

16   then the supervisor, one of the supervisors will recalculate

17   the sentence as well.

18   **Q.**   Okay.  So the supervisor essentially double

19   checks --

20   **A.**   The SCT --

21   **Q.**   -- the SCT's calculation?

22   **A.**   Yes.

23   **Q.**   And that began in late 2016 early 2017 after

24   Director Bolton came to you and told you that you needed to

25   do something to reduce the late releases?

1      **A.**    Yes.

2      **Q.**    Had he come to you before then and told you that

3    you needed to do something to correct the late releases?

4      **A.**    Yeah.  We had discussions about the late releases

5    but what -- there wasn't a remedy or -- or anything put in

6    place at that time.

7      **Q.**    Okay.  When did you -- when did you discuss --

8    when did you have this discussion about the late releases?

9    Was that -- is it fair to say that those discussions have

10   sort of been ongoing ever since you came back in 2011?

11     **A.**    I'm not going to say that it was in 2011, probably

12   around 2016 or so.

13     **Q.**    So am I -- am I understanding your testimony

14   correctly that the -- the first discussion you recall about

15   late releases occurred in 2016?

16     **A.**    No.  Okay.  He would ask me about late releases,

17   like I said, I report the late releases to my supervisor.

18   And --

19     **Q.**    And that's Mr. Clark?

20     **A.**    Yes.  And oftentimes Mr. Clark will want me to go

21   into Mr. Bolton's office with him to explain how the late

22   release happened, how it occurred.

23     **Q.**    Okay.

24     **A.**    And he would make a comment, you know, Arnetta, we

25   got to do better with these, you know, got to do something

1   or whatever.

2        **Q.**    Okay.  So when do you recall the first

3   conversation of that nature occurring with -- between you

4   and Mr. Bolton?

5        **A.**    I don't recall.

6        **Q.**    Did -- was it prior to 2016?

7        **A.**    Well, I'm sure that we've had -- we had a

8   conversation about the releases before 2016 at some point

9   when I had to go in and explain to him that we had a late

10  release.

11       **Q.**    Okay.

12       **A.**    Yes.

13       **Q.**    You think you probably --

14       **A.**    I don't remember the time, no.

15       **Q.**    Do -- do -- do you think you probably had an

16  occasion to go in and meet with Dr. -- Director Bolton about

17  a late release in 2014?

18       **A.**    Probably so.

19       **Q.**    How about 2013?

20       **A.**    I would say so.

21       **Q.**    How about 2012?

22       **A.**    Probably so.

23       **Q.**    And, on each of these occasions he would say -- he

24  would express to you, we need to -- we need to do what we

25  need to do to prevent this from happening, essentially?

1      **A.**   He would say something along that line.

2      **Q.**   Okay.  But would he ever tell you what he believed

3    needed to be done?

4      **A.**   No.

5      **Q.**   Would he ever ask you for your recommendations of

6    what you believe could prevent it from happening?

7      **A.**   Not really, no.

8      **Q.**   Is it fair to say --

9      **A.**   In detail.

10     **Q.**   -- basically until late 2016 early 2017 when you'd

11   go in and you'd talk to Director Bolton about these

12   problem -- a late release, he'd essentially say, that's not

13   good, let's -- don't let that happen again?

14     **A.**   Well, I mean, he wasn't nonchalant about it.  He

15   was concerned about the late releases and he wanted --

16   wanted them to stop.

17     **Q.**   Yeah.

18     **A.**   You know, he wanted it fixed.

19            **THE REPORTER:**  I'm sorry.  He wanted --

20     **A.**   He wanted it fixed.

21     **Q.**   **(BY MR. BELZLEY)** And -- and -- okay.  But what,

22   other than telling you he wanted fixed, did he do before

23   late 2016 early 2017?

24     **A.**   He didn't give me any kind of instruction.

25     **Q.**   And -- and he didn't ask you --

1    **A.**    Well -- well, I -- let me take that back.  He did

2    want me to do some kind of a incentive thing with the staff

3    if they didn't have any kind of late releases or release

4    errors or whatever then -- for a whole month, then they

5    would get a pizza party or hamburger party or something like

6    that.

7    **Q.**    Do you recall when he suggested that?

8    **A.**    That was around 2012, '13.

9    **Q.**    And did you ever put that in place?

10   **A.**    Yes.

11   **Q.**    How did that work?  I mean, did -- I mean, did it

12   work or did it help?

13   **A.**    Not really.

14   **Q.**    So the problem wasn't that the employees weren't

15   incentivized to avoid making mistakes, the problem was there

16   was a problem somewhere in the system that was causing the

17   mistakes?

18   **A.**    Well, I'm not going to --

19           **MR. OGBURN:**  Objection to form.

20   **Q.**    **(BY MR. BELZLEY)** Go ahead.  Go ahead.

21   **A.**    I'm not going to say that it was a system problem,

22   it was the individual.

23   **Q.**    An individual problem?

24   **A.**    Uh-huh.

25   **Q.**    Kind of came down to the individual employees?

1        **A.**    Uh-huh.

2        **Q.**    Well, were there particular employees who are

3    identified as problem employees that were causing these over

4    detentions and --

5        **A.**    We had some that were making more mistakes than

6    others.

7        **Q.**    And what happened to them?

8        **A.**    They would get -- some of them received

9    retraining, some people received retaining; some people

10   bidded out, out of the records department; some received

11   disciplinary, I mean, they were conferenced, that's about

12   it.

13       **Q.**    Was there anything that was put into -- well,

14   aside from the pizza parties and -- and aside from the --

15   the -- the supervisor double checking the sentence

16   calculations that began in late 2016 early 2017, were there

17   any other efforts made to -- that you can recall -- any

18   other processes put in place over and above the usual in an

19   effort to reduce the late releases?

20       **A.**    Just the retraining, the retraining of staff.

21       **Q.**    Okay.  And was staff as a whole retained or was --

22       **A.**    Individuals.

23       **Q.**    -- just individuals who -- who over time had

24   developed something of a problematic record?

25       **A.**    Uh-huh.

1    **Q.**    And what would the retraining be that they would

2    get?

3    **A.**    The retraining consisted of with a supervisor,

4    one-on-one training for about a month, they would receive

5    that retraining on whatever areas, whether it was sentences

6    or processing releases, whatever their problem area was.

7    **Q.**    Were any of these people ever just fired,

8    terminated, transferred?

9    **A.**    Yes.  One was.  One person was terminated that I

10   can recall.  One person was demoted and eventually bidded

11   out, most of them bid out.

12   **Q.**    Okay.

13   **A.**    And go into another -- work in another area.

14   **Q.**    Do you remember the name of the person that was

15   fired?

16   **A.**    Pamela Spanyer, I believe.

17   **Q.**    How do you spell that last name?

18   **A.**    S-P-A-N-Y-E-R, I believe.

19   **Q.**    Okay.  How about the --

20   **A.**    As best I can recall.

21   **Q.**    Was anybody other than her fired?

22   **A.**    She's the only one that comes to mind.

23   **Q.**    Okay.  How about demotions, do you remember

24   anybody being demoted because of developing a bad record in

25   terms of late releases?

1    **A.**    Yeah.  Krista Lee.

2    **Q.**    Chris?

3    **A.**    Krista.

4    **Q.**    Krista?

5    **A.**    Uh-huh.

6    **Q.**    And what was her last name?

7    **A.**    Lee.

8    **Q.**    L-E-E?

9    **A.**    Uh-huh.

10   **Q.**    Krista Lee.  Okay.

11   **A.**    One of our employees that we have now, he's still

12   a probationary employee.  He was demoted from a SCT.  And

13   he's training now to be a CT, corrections technician, doing

14   the visits.

15            **THE REPORTER:**  Doing?

16   **A.**    Uh?

17            **THE REPORTER:**  Doing what?

18   **A.**    Doing visits.

19   **Q.**    **(BY MR. BELZLEY)** What's his name?

20   **A.**    Avery Dorsey.  Those are the -- only ones that I

21   can think of off the top of my head.

22   **Q.**    Okay.  Is it fair to say that despite the pizza

23   program and the -- and the training, the -- the -- the

24   retraining of certain individuals, the -- the late release

25   problems persisted until Director Bolton came to you in late

1    2016 early 2017 and said, again, this has to stop?

2              **MR. OGBURN:**  Objection to form; you can go

3    ahead and answer.

4        **A.**    Was there -- can you repeat the question.

5        **Q.**    **(BY MR. BELZLEY)** Sure.  Is it fair to say that

6    despite the -- the pizza incentive program and the

7    retraining --

8        **A.**    Uh-huh.

9        **Q.**    -- the late release problem persisted until late

10   2016 early 2017 --

11       **A.**    Yes.

12       **Q.**    -- when Director Bolton came to you and said,

13   this -- we got to do something to get this stopped?

14       **A.**    Yes.

15             **MR. OGBURN:**  Same objection.

16       **Q.**    **(BY MR. BELZLEY)** And, in your experience, has

17   anything been as effective in getting it stopped as the

18   supervisors themselves double-checking the calculation of

19   the sentences and -- and the release?

20       **A.**    Well, this seems to be working more.

21       **Q.**    Do you know why that precaution or that recheck

22   was not put into place before late 2016 early 2017?

23       **A.**    No.

24       **Q.**    Had any -- had you ever heard anybody suggest

25   prior to late 2016 early 2017 that the supervisors ought to

1    be rechecking those figures?

2         **A.**    No.  And -- and let -- let me just say, yes, that

3    the supervisors are checking and -- which is helpful, okay.

4             But I think that what helps the most is the fact

5    that there -- the releases -- I mean, the sentences are

6    being checked on a daily basis, first with a SCT and then by

7    the supervisor.

8         **Q.**    Okay.  And tell me again what you said is being

9    checked on a daily basis?

10        **A.**    The sentences.

11        **Q.**    The sentences?

12        **A.**    Sentences the staff processes on a daily basis.

13   Any sentence that's -- that's processed today, they're

14   placed in a basket and they're going to be checked tomorrow

15   morning by a first shift SCT.

16        **Q.**    Okay.

17        **A.**    And then from there, she'll send -- she or he will

18   send an e-mail to all of the supervisors and to -- and

19   including Mr. Clark in that e-mail, letting us know if the

20   sentence was good or if was not good.

21        **Q.**    Okay.

22        **A.**    And what the problem was.  They put a copy of that

23   e-mail inside -- we have a audit book that we keep -- a

24   sentence audit book.  Every day they put that in the -- in

25   the sentence audit book.

1          Then that -- after the -- the SCT checks, then the

2     supervisor checks the folder, checks the sentence and make

3     sure that it's correct.

4          **Q.**   So, in any event, beginning in late 2016 early

5     2017 there were put into place, a bunch more checks of

6     sentence calculation?

7          **A.**   Uh-huh.

8          **Q.**   And that has proven to you to be the most

9     effective means of reducing to the -- to the extent it has

10    been, the late releases?

11         **A.**   Yes.

12         **Q.**   Now, you mentioned the sentence audit book, what's

13    that?

14         **A.**   It's a -- what you call it, a binder.

15         **Q.**   Okay.

16         **A.**   That we just keep our copies of the e-mails that

17    the SCT sends and we put those e-mails inside the sentence

18    audit book.

19         **Q.**   And -- and --

20         **A.**   We just hold onto it.

21              **THE REPORTER:**   I'm sorry.  Inside the audit

22    book?

23         **A.**   Yeah, we put it inside the audit book.

24         **Q.**   **(BY MR. BELZLEY)** And why do you do that?

25         **A.**   Just for a paper trail, just so that when I come

1   in and so that Mr. Clark will know, too, that it's being

2   done.  I come in and I can look through the book and -- and

3   see that the audits been done, see if they were good, if

4   they were bad audits, if there was a problem, then I can at

5   it and see so I can know who I need to go and -- I can pull

6   that folder and see who sentenced it for myself and go and

7   talk to the employee that's sentenced.

8       **Q.**   Okay.  So that sentence audit book would -- would

9   kind of red flag late releases?

10      **A.**   Uh-huh.

11      **Q.**   And how -- and is that sentence audit book being

12  kept up to the present time?

13      **A.**   Yes.

14      **Q.**   And when was -- did it start?

15      **A.**   I believe it was last year, last year sometime.

16      **Q.**   Okay.  And last year meaning 2017?

17      **A.**   Yes.

18      **Q.**   You think it started after this lawsuit was filed

19  in February?

20      **A.**   Yes.

21      **Q.**   Okay.

22              **MR. BELZLEY:**  We -- we'd like to request

23  production of -- of the sentence audit book.

24      **Q.**   **(BY MR. BELZLEY)** When Director Bolton came to you

25  in late 2016 early 2017 and said we've got a -- we got to

1    stop these late releases, did he say that to you verbally or

2    did he say that to you in an e-mail?

3         **A.**    No.  It was verbal.

4         **Q.**    Was verbal.  Is there any documentation you could

5    look at that would give you an indication of when you had

6    that conversation with Director Bolton?

7         **A.**    No.  It was -- it wasn't formal.  It was informal.

8    And I was in his office, okay.

9         **Q.**    And when he said we need to stop this --

10        **A.**    I'm not -- that's --

11        **Q.**    Or we need to --

12        **A.**    -- may not be the exact words that he used, I

13   mean, but that was the gist of the meaning of it.

14        **Q.**    Okay.  Did he personally have any suggestions for

15   you as to how to stop it?

16        **A.**    Other than the -- you mean 2016, after the

17   party -- incentive thing, the pizza thing?

18        **Q.**    Well, this is two thous -- when he came to you

19   in -- late 2016 early 2017 and told you whatever it was

20   about the late releases, we've got to fix it --

21        **A.**    Uh-huh.

22        **Q.**    -- or stop it or whatever.

23        **A.**    Yeah.

24        **Q.**    Did he have specific suggestions of his own that

25   he gave you?

1      **A.**    No.   He -- no, he asked me what the -- what can we

2   do, Arnetta, what can we do to fix this problem.

3      **Q.**    Okay.  And what we've been discussing with the

4   double checking and the sentence audit book and all that,

5   those were all your ideas?

6      **A.**    Well, I mean, I -- yeah, I suggested it to him.

7      **Q.**    Why had those not been implemented before?

8      **A.**    No reason.  I don't have a reason that they were.

9      **Q.**    Did you need to hire additional staff in order to

10  implement those -- those changes?

11     **A.**    Not specifically for the changes, no.

12     **Q.**    Or pay -- pay your SCTs any more money?

13     **A.**    No.

14     **Q.**    So you're -- you were able to implement these

15  changes that have -- had a beneficial affect on late

16  releases with the same staff at the same compensation level?

17     **A.**    Well, like I said, some -- sometimes we have to

18  utilize overtime.

19     **Q.**    Yeah.

20     **A.**    Okay.

21     **Q.**    Okay.

22     **A.**    But those things have to be done on daily and

23  staff knows that.

24     **Q.**    All right.

25              **MR. BALLINGER:**  Can we take a break just for a

1   couple minutes?

2                **MR. BELZLEY:** Yeah.  Sure.  Yeah.

3                        *   *   *   *   *

4                    (Break taken.)

5                        *   *   *   *   *

6        **Q.   (BY MR. BALLINGER)** Do you recall anybody coming

7   and telling you about this lawsuit in particular?

8        **A.**   I recall receiving open records request and

9   seeing, I guess, a motion to get some information for

10  Healey.

11       **Q.**   Healey ver -- yeah.

12       **A.**   Yeah.

13       **Q.**   Okay.  Probably a request for production of

14  documents?

15       **A.**   Yeah.  I guess that's what it was.

16       **Q.**   Okay.  That's the first you heard about it?

17       **A.**   Yeah.

18       **Q.**   Did you accompany Director Bolton to any of

19  his presentations on the release issue to the metro counsel?

20       **A.**   I went to one.  Let's see, what did --

21               **MR. OGBURN:**  Note objection to form.

22       **Q.   (BY MR. BELZLEY)** Go ahead.

23       **A.**   Oh, okay.  I believe it may have been early last

24  month I went over there with Director Bolton, Mr. Durham,

25  Eric Troutman, there was a councilwoman there -- I forgot

1   what her name was -- and one of the auditors, Mae Porter.

2              **THE REPORTER:**  Mae Porter?

3       **A.**   Mae Porter.

4       **Q.**   **(BY MR. BELZLEY)** Now, did you -- did you testify

5   at all to the metro counsel about this?

6       **A.**   No.

7       **Q.**   You were just there in attendance?

8       **A.**   Yes.

9       **Q.**   Now, am I correct that, when an inmate begins a

10  sentence, the time that he begins the sentence is -- is

11  electronically recorded somewhere?

12      **A.**   In XJail.

13      **Q.**   Okay.  In XJail?

14      **A.**   In -- in our jail management system.

15      **Q.**   Okay.  And, when he's supposed to be released,

16  that also gets put into the XJail system?

17      **A.**   It's already -- the release date calculates --

18  well, it calculates the release date and it's there.  Yeah.

19      **Q.**   Okay.  The XJail system calculates the release

20  date?

21      **A.**   Yes.

22      **Q.**   Okay.  So the XJail system has sort of a beginning

23  date and then a release date, correct?

24      **A.**   Yes.

25      **Q.**   And does the XJail system then also have the

1  actual date and time of release?

2      **A.**   Yes.  They put that in there.

3      **Q.**   And that's all electronically recorded, that's all

4  in a -- in a electronically accessible database somewhere?

5      **A.**   Yeah.  In XJail.

6      **Q.**   In XJail.

7      **A.**   When the person's released from custody,

8  physically released from custody, property enters that

9  release time in the system.

10      **Q.**   Okay.  So, if somebody wanted to they could go

11  into the XJail system and find out how long it was after the

12  person was supposed to be released that they were actually

13  released?

14      **A.**   Yes.

15      **Q.**   Has anybody done that to your knowledge?

16      **A.**   Done that for what?

17      **Q.**   Over a period of time, say a month or six months

18  or two months or three months?

19      **A.**   With our ROR reports, we do that.

20      **Q.**   Okay.

21      **A.**   I mean, we put -- we plug in the times and the ROR

22  report calculates those times.

23      **Q.**   Now, the late releases that Director Bolton came

24  to you and said had to stop, are -- is it your understanding

25  that it's the -- the --

1          **MR. OGBURN:**  Objection to form.

2          **Q.   (BY MR. BELZLEY)** -- the late releases that are --

3    are in these spreadsheets or do you know?

4          **A.**   He was just speaking in general.

5          **Q.**   Where did that conversation take place?

6          **A.**   It would have happened -- taken place either in

7    his office or inside Mr. Clark's office.

8          **Q.**   Do you remember what the occasion for that

9    conversation was?

10         **A.**   When I had went to report a late release or one of

11   the supervisors had reported a late release and we went up

12   to discuss it with Mr. Clark and he would report it to

13   Director Bolton.

14         **Q.**   Now, on this occasion direct -- you came up -- or

15   soon there -- soon after this -- this conversation, you came

16   up with these recommendations for how to address the

17   problem, correct?

18         **A.**   Yeah.  It was during the audit period, yeah, the

19   first audit.

20         **Q.**   Okay.  And this -- and when you talk about the

21   audit period, you're talking about the audit period

22   referenced in Exhibit 16?

23         **A.**   The two thousand -- the January 2016 through

24   February 2017 I believe it was, that audit.  I think that's

25   the one.

1       **Q.**   Well, we've -- we've -- we've, unfortunately,

2    there's been a whole bunch of audits.

3       **A.**   Okay.

4       **Q.**   Okay.  There's ACA audits, there was a 2012

5    operational report, there was a January 2018 audit, you --

6    you've mentioned internal audits.

7            I'm trying -- when you say, it was -- it was

8    during this audit, I'm trying to figure out what -- what

9    that audit was, which audit it was?

10      **A.**   The audit that was conducted with -- at the

11   request of metro counsel.

12      **Q.**   Okay.  It was -- it was during that period of the

13   audit requested by metro counsel that you had this

14   conversation with Director Bolton --

15      **A.**   Uh-huh.

16      **Q.**   -- is that right?

17      **A.**   At which conversation?

18      **Q.**   Where he -- where he said something needs to be

19   done, this needs to stop, something needs to be fixed,

20   whatever it was that --

21      **A.**   Well, he's always said that, I mean, he's always

22   told me that.

23      **Q.**   Okay.  Well, it -- the -- the conversation I'm

24   interested in is the one where he said that and then you

25   came up with recommendations that we've been discussing

1    about how to fix it, the doublechecks, the sentence audit

2    book, that?

3         **A.**    This was during --

4              **MR. OGBURN:**  Objection; asked and answered.

5              **MR. BELZLEY:**  Okay.

6              **MR. OGBURN:**  You said 2016, 2017.

7         **Q.**    **(BY MR. BELZLEY)** Okay.  When did that conversation

8    occur?

9         **A.**    It was some time during that audit period.

10        **Q.**    And that audit period was --

11        **A.**    Of the metro counsel.

12        **Q.**    Okay.

13        **A.**    The metro counsel had replaced it.

14        **Q.**    Okay.  The conversation you had with Director

15   Bolton that resulted in the recommendations you made and put

16   into place to address late releases, that occurred during

17   the audit that had been ordered by metro counsel?

18        **A.**    That's correct.

19        **Q.**    Okay.  Was it -- did that conversation occur after

20   the audit report for the audit that was ordered by metro

21   counsel came out?

22        **A.**    Are you taking about Exhibit 7?

23        **Q.**    Yes, ma'am.

24        **A.**    I don't know.  I haven't -- this is my first time

25   seeing this report.

1    **Q.**   Okay.  Okay.  But just so we're clear, the

2    conversation you had with Direct Bolton that -- that led you

3    to make the recommendations we've been discussing, that you

4    believe have been most efficacious in addressing late

5    releases, that occurred during the audit that had been

6    ordered by metro counsel?

7    **A.**   That's correct.

8    **Q.**   Okay.

9                    *   *   *   *   *

10   **(Conversation held out of the hearing of the reporter.)**

11                   *   *   *   *   *

12   **(Whereupon, a document was marked Exhibit No. 17.)**

13                   *   *   *   *   *

14   **Q.**   I show you Exhibit 17.  There you go, ma'am.

15          **MR. BELZLEY:**  Denis.  Jim.

16   **Q.   (BY MR. BELZLEY)** Okay.  Now, this concerns a late

17   release reported by SCT Anna Wheeler.  Okay.  And are you --

18   are you talking here about an error you made or Ms. Wheeler

19   made?

20   **A.**   No.  I'm -- I'm still reading it.

21   **Q.**   Oh, okay.

22   **A.**   This is where she -- she came to me with the

23   folder and said that there may be a problem.

24   **Q.**   Well, it says here instead of giving it to the SCT

25   trainee to review and release, I must have filed it on the

1    active wheel --

2         **A.**    Uh-huh.

3         **Q.**    -- as this is where Anna found it.  Who -- who was

4    it that put it on the active wheel?

5         **A.**    Okay.  I say that I -- I was.

6         **Q.**    Okay.

7         **A.**    So that -- that must have been my mistake.

8         **Q.**    Okay.

9         **A.**    Yeah.

10        **Q.**    What is the active wheel?

11        **A.**    Where the folders go, people that's in custody,

12   currently in custody, their folders go on the wheel.  People

13   that's released, their folders go back in the back, what we

14   call archives, and it's located back where the -- where

15   intake and release is.

16        **Q.**    Okay.  So, essentially, SCT Anna Wheeler brought

17   to your attention an error that you had made?

18        **A.**    Uh-huh.

19        **Q.**    And -- and you filled this out and I -- I take it

20   this went to Mr. Clark?

21        **A.**    Yes.

22        **Q.**    And do you -- what -- what happened as a

23   consequence?

24        **A.**    I don't recall.

25        **Q.**    Were --

1        **A.**   I did not -- go ahead.

2        **Q.**   Were there any precautions or policies or

3    procedures written to prevent this sort of thing from

4    happening again?

5        **A.**   No.  There's -- we have policies and procedures in

6    place but, as I said, I was doing -- conducting interviews

7    and checking new employees work at the time and I must have

8    switched the folders, the folders must have gotten confused

9    and got filed back so that's happened with that.

10       **Q.**   Okay.  Did you get any discipline for this?

11       **A.**   No, I didn't.

12       **Q.**   Okay.  Well, was anybody disciplined over this?

13       **A.**   I don't believe so.

14       **Q.**   Okay.  That's the same thing.

15                      *   *   *   *   *

16       **(Whereupon, a document was marked Exhibit No. 18.)**

17                      *   *   *   *   *

18       **Q.**   Let me show you what I marked Exhibit 18.  There

19    you go, ma'am.

20              **MR. BELZLEY:**  Denis.  Jim.

21       **Q.**   **(BY MR. BELZLEY)** This -- this is a report that

22    indicates that a SCT named Joseph Brock failed to process a

23    release and, as a consequence, a fella was released two days

24    late, is that fair to say?

25       **A.**   Yes.

1     Q.   Was SCT Joseph Brock, why was he no longer

2  employed with LMDC at that time?

3     A.   He found other employment.

4     Q.   He -- I'm sorry.

5     A.   He found other employment.

6     Q.   Okay.  And, when Director Bolton was -- is

7  notified of these incidents, is that noted as it was on this

8  incident report?  It says at the bottom, on the second page,

9  director Mark Bolton was notified of this incident?

10    A.   Mr. Bolton, I don't know if he's notified of every

11 release error that we have.

12    Q.   No.  I know.

13    A.   Apparently, I -- I notified him of this one.

14    Q.   Okay.  What -- what my question was is, if he is

15 notified, is it put on the report?

16    A.   Uh-huh.

17    Q.   Okay.  That's a yes?

18    A.   Yes.

19    Q.   Okay.

20    A.   I'm sorry.  Uh-huh.

21    Q.   Let me show you 19.

22                    *    *    *    *    *

23       **(Whereupon, a document was marked Exhibit No. 19.)**

24                    *    *    *    *    *

25    A.   Before I say -- excuse me, I should say, it should

1    be, you know.

2         **Q.**    Okay.

3         **A.**    I'm not going to say it's always.

4         **Q.**    Here's Exhibit 19.

5              **MR. BELZLEY:**  Denis and Jim.

6         **Q.**    **(BY MR. BELZLEY)** This is a fellow that was -- this

7    is a lady that was released three days late because the ROR

8    report had not been updated by the records supervisors, is

9    that correct?

10        **A.**    Yes, it was.

11        **Q.**    When was it that incidents reports started to be

12   prepared for late releases?

13        **A.**    Compared to late release?

14        **Q.**    Prepared?

15        **A.**    Prepared?

16        **Q.**    Prepared, yes, ma'am.

17        **A.**    Ideally, we try to get it done that day, as soon

18   as we know about it.

19        **Q.**    Okay.

20        **A.**    Sometimes it may not be done until the day after.

21        **Q.**    Okay.  Well, the -- the earliest I have an

22   incident report of a late release for is May 11, 2016.  Were

23   incident reports of late releases prepared prior to May 11

24   of 2016?

25        **A.**    Yes.

1            **MR. BALLINGER:**  That's all we have.

2            **MR. BELZLEY:**  Okay.  We just ask for --

3            **MR. OGBURN:**  That's for the parameters you

4    requested.

5            **MR. BALLINGER:**  From -- to February 2016.

6            **MR. BELZLEY:**  Okay.

7       **Q.   (BY MR. BELZLEY)** Well, according to -- according

8    to the -- well, never mind.

9                    *    *    *    *    *

10      **(Whereupon, a document was marked Exhibit No. 20.)**

11                   *    *    *    *    *

12      **Q.**   Okay.  Let me show you what's been marked Exhibit

13   20, ma'am.

14           **MR. BELZLEY:**  There you go, Denis.  Jim.

15      **Q.   (BY MR. BELZLEY)** This incident report prepare by

16   you concerning a Michael Belskis and he -- he was released

17   three days late.  And, in any event, the narrative describes

18   a series of -- of -- it's a -- it's a detailed narrative of

19   how apparently that occurred.  I really don't have anything

20   to ask you about that, ma'am.  Let me take a quick look

21   here.  Okay.

22           To your knowledge, has -- other than the

23   individual -- the individuals you identified to us that have

24   been fired or demoted, has there been any adverse employment

25   action taken against anybody for incorrectly calculating

1    release dates or for late releases?

2        **A.**    Yeah.  They received -- people received

3    disciplinary action.  And --

4        **Q.**    And --

5        **A.**    -- you say that they were fired or demoted, some

6    have quit --

7        **Q.**    Okay.

8        **A.**    -- as well.

9        **Q.**    Well, you identified for us a person that had been

10   fired and another person or people that had been demoted,

11   other people have -- have received refresher training?

12       **A.**    Yes.  We've had people receive refresher training,

13   the one-on-on training from the supervisors, yeah, there

14   was -- some have.

15       **Q.**    Now, these processes and procedures that -- that

16   you put into place --

17       **A.**    Uh-huh.

18       **Q.**    -- that you believe have been effective in

19   reducing in late releases, have those been made a part of

20   your recommendations to -- for revisions to the draft

21   release policies?

22       **A.**    I don't know if they are or not because I'm not

23   done -- I'm not finished revising so . . .

24       **Q.**    So you still have proposed revisions for the draft

25   that you've not yet brought to the attention of --

1     **A.**   To put --

2     **Q.**   -- the administration?

3     **A.**   To put in procedural form.  They got the policy

4  but the procedural form, some of -- some of them I still

5  have to divide with the audits just knowing where to put it.

6     **Q.**   All right.  We've talked about the understaffing,

7  do -- when it comes to this process, the process between the

8  courts, the records division, CCC, HIP, the main jail

9  effecting releases, another problem just too much paperwork?

10    **A.**   Yeah, we get a lot of paperwork.

11    **Q.**   Has there been any investigation, study,

12 examination of how to reduce the amount of paperwork that

13 you all have to deal with to --

14    **A.**   Well, just --

15    **Q.**   -- effectuate a release?

16    **A.**   Well, just when the auditors come and they -- Mae

17 Porter had made a recommendation or -- or whatever that the

18 system needed to talk to one another or -- or something to

19 that affect.

20    **Q.**   Has any -- any -- have any been -- have any steps

21 been taken in that regard?

22    **A.**   No.  We are -- Deputy Director Troutman is working

23 on a share point where we can share the information with the

24 courts and all other agencies, attorneys but it's -- it's

25 not ready yet.

1    **Q.**    You've indicated that you -- you've had

2    discussions with Director Bolton about over detentions or

3    late releases since -- going back as far as 2012.  How about

4    Assistant Director Clark?

5    **A.**    Uh-huh.  Yes.

6    **Q.**    Have you had discussions with him going back to --

7    to 2012?

8    **A.**    Yes.

9    **Q.**    How often do over detentions occur, is there one

10   every day?

11   **A.**    No.

12   **Q.**    Once -- one a week?

13   **A.**    No.  No.

14   **Q.**    Have you been interviewed by anyone with regard to

15   the late release/over detention problem that's not -- other

16   than Director Bolton, Mr. Clark?

17            **MR. OGBURN:**  Objection to form; go ahead.

18   **Q.**    **(BY MR. BELZLEY)** And -- and your -- -- and

19   counsel?

20   **A.**    Interviewed?

21   **Q.**    Yeah.  Has -- has anybody ever sat down like we've

22   kind of done here today and said, tell me about how this

23   process works?

24   **A.**    Okay.

25   **Q.**    Tell me about the history that you've had, what's

1    the extent of this problem, what's been done to -- to fix

2    it, anybody done that before today?

3              **MR. OGBURN:**   Same objection; form.

4        **A.**    During the audit for the metro counsel.

5        **Q.**    **(BY MR. BELZLEY)** And -- and --

6        **A.**    We talked to the auditors, the auditors --

7        **Q.**    -- an auditor did that with you?

8        **A.**    Yeah.   We talked them.

9        **Q.**    Do you remember who -- do you remember who that

10   was?

11       **A.**    Mae Porter for one, and her two associates, I

12   can't remember what their names are but we did talk to the

13   three of them.

14       **Q.**    Prior to your conversations with them, had you had

15   that type of detailed discussion with anyone --

16       **A.**    No.

17       **Q.**    -- before that --

18       **A.**    No.

19       **Q.**    Have you spoken with any judges about late

20   releases or over detentions?

21       **A.**    Not that I can recall.

22       **Q.**    Do you know whether any of the supervisor ones

23   have or any of the -- the SCTs?

24       **A.**    Not that I can recall, no.

25       **Q.**    Now, let -- let me ask you about the -- the -- the

1   XJail system, is that system searchable?

2       **A.**   What do you mean is it searchable, can we conduct

3   searches on it?

4       **Q.**   Yeah.

5       **A.**   Yes.

6       **Q.**   Can -- do you know whether that system can print

7   out the -- the sentence information, the release information

8   on all the inmates that were released within a one-month

9   period of time?

10      **A.**   I don't know.

11      **Q.**   Who is it that -- that has the -- the most

12  knowledge about how the jail-X system works?

13      **A.**   The XJail?

14      **Q.**   The XJail, yes, ma'am.

15      **A.**   Well, we have an XJail team, so that would be

16  somewhere from XJail, would be Betsy Helm --

17              **THE REPORTER:**   I'm sorry.  XJail --

18      **A.**   XJail team and the person's name is

19  Betsy, B-E-T-S-Y, Helm, Maurice Steptoe, Christina Banks,

20  Brittany Jackson.

21      **Q.**   **(BY MR. BELZLEY)** And these are the people that are

22  on the XJail team?

23      **A.**   Yes.  And that takes care of the XJail system,

24  computer people.

25      **Q.**   Is one -- are -- are one of those folks you've

1   just named in charge or the head person of the team?

2       **A.**   Well, actually, Betsy Helm, she doesn't work for

3   metro corrections, she works for Arch -- Archonics, or

4   whatever the name that place, the XJail computer people.

5       **Q.**   Okay.  She's employed by the company that has

6   XJail?

7       **A.**   Yes.

8       **Q.**   But who is it that works at the jail for the jail

9   that you regard as the head of the XJail team?

10      **A.**   That would Maurice Steptoe.

11      **Q.**   Marie Steptoe?

12      **A.**   Uh-huh.

13      **Q.**   Do you know what her title is or --

14      **A.**   It's a guy.

15      **Q.**   It's a guy?  Oh.

16      **A.**   Uh-huh.

17      **Q.**   And his first name is Marie?

18      **A.**   No, Maurice.

19          **MR. BALLINGER:**  Maurice.

20      **Q.**   **(BY MR. BELZLEY)** Maurice.  I'm sorry.

21      **A.**   Maurice.

22      **Q.**   Okay.  If you wanted to know something about the

23  XJail system, would it probably be Mr. Steptoe that'd you go

24  to?

25      **A.**   I'd probably go to Betsy.

1     Q.   Betsy.  Okay.  Now, does -- does Betsy have an

2   office at the jail?

3     A.   Yes.

4     Q.   Okay.  But she's employed by the -- the XJail

5   people?

6     A.   Yes.

7     Q.   But she has her own -- an office at the jail?

8     A.   At the jail.

9     Q.   Okay.  Okay.  Give us just a second.  I may be

10  done.  Hopefully, I am.

11                    *   *   *   *   *

12                    **(Off-the-record.)**

13                    *   *   *   *   *

14            **MR. BELZLEY:**  Okay.  Back on the record.

15     Q.   **(BY MR. BELZLEY)** Now, do -- in -- in the records

16  division, do SCTs and supervisors, do people share desks?

17     A.   Yes.

18     Q.   Do they get their -- are there instances in which

19  they get their -- their documents mixed up with the others

20  that they're sharing the desk with?

21     A.   No.  It is one person to the desk on each shift

22  but they share the desk.

23     Q.   Okay.  So --

24     A.   They don't have their own desk.

25     Q.   There's not more than one person working at a desk

1  per shift?

2      **A.**   Per shift, correct.

3      **Q.**   Okay.  But somebody that comes in on the next

4  shift uses a desk that somebody's been using?

5      **A.**   Right.

6      **Q.**   Okay.  Now, given that -- that there can be a

7  variety of print outs on these printers --

8      **A.**   Uh-huh.

9      **Q.**   -- are -- are there instances in which somebody

10  goes up to pick out -- pick up something they've printed out

11  and pick up -- end up picking up something that somebody

12  else printed out by mistake?

13      **A.**   Yes, that could happen.

14      **Q.**   And what precautions are put into place to -- to

15  prevent that?

16      **A.**   The -- the staff been told to set the printers up

17  to where it -- and they print, it'll go -- it'll store the

18  document until they're ready to print it.

19      **Q.**   Okay.

20      **A.**   Just like when I print, my name is stored in the

21  computer.  So when I'm ready to print, I go up and I put in

22  my code and then I'll print.

23      **Q.**   Okay.  And you put your --

24      **A.**   I just --

25      **Q.**   You put your code in into the printer?

1     **A.**   Uh-huh.

2     **Q.**   Okay.  So the printer basically you've -- you've

3    got a bunch of stuff to print?

4     **A.**   Yes.

5     **Q.**   But the printer doesn't print it out until you go

6    up to the printer and put your code in?

7     **A.**   That's correct.

8     **Q.**   Okay.  So you can be standing right there when

9    your stuff prints off?

10    **A.**   Right.

11    **Q.**   Now, we've -- we've been told in responses to

12   discovery that -- that in the course of the -- the

13   effectuating a release, there is communication among the

14   people that are involved in a release through e-mails,

15   faxes, phone calls and tubes?

16    **A.**   Tubes?

17    **Q.**   Tubes.  Have -- do you -- are you --

18    **A.**   A pneumatic tube?

19    **Q.**   Yeah.

20    **A.**   Now, we do send the tube system -- as a matter of

21   fact, I didn't put it on this little diagram either.

22   There's a tube in the records area --

23    **Q.**   Why don't you go ahead and --

24    **A.**   -- and there's one in the booking area.  I think

25   the records area, I guess it would be someplace like over

1    here.

2        **Q.**    Okay.  You want to just put a circle there and

3    write tubes or tube.

4        **A.**    (Witness complies with request.)  Excuse me.  And

5    then in -- in the booking area it looks like booking sits

6    like kind of up and then the tube is -- is still inside the

7    booking area, but there's a tube on the wall.

8        **Q.**    Okay.

9        **A.**    And that's the tube that intake and release uses

10   to tube over the releases over to the booking floor.

11   Records uses the tube to tube over the property copy of the

12   release to property.

13       **Q.**    Okay.

14       **A.**    Okay.  And property uses the tubes to send us any

15   releases, the signed copies of the releases.

16       **Q.**    Okay.

17       **A.**    Where the inmate has been released from custody.

18       **Q.**    Okay.  But, in any event, in effectuating any

19   given release, there may be information that is communicated

20   via -- via the pneumatic tube, via e-mails, via faxes, via

21   phone?

22       **A.**    Can you repeat that?

23       **Q.**    Yeah.

24       **A.**    Okay.  I'm sorry.

25       **Q.**    When it comes to getting inmate Smith released,

1    information pertaining to his release may be transmitted via

2    a tube, an e-mail, a fax and a phone?

3              **MR. OGBURN:**  Are you talking from the court or

4    within the Louisville Metro?

5        **Q.**   **(BY MR. BELZLEY)** I'm -- I'm talking about

6    generally.  I mean, do -- in -- in getting an inmate

7    released and --

8        **A.**   Uh-huh.

9        **Q.**   -- getting -- and collecting and distributing the

10   information to get that inmate released, are -- are tubes

11   used?

12       **A.**   No.

13       **Q.**   The tubes aren't used for that?

14       **A.**   Well, from records to send to property or to

15   booking -- to the booking floor.

16       **Q.**   Okay.

17       **A.**   So they need that paperwork so, yeah.

18       **Q.**   Yeah.  So the tubes are used, e-mails obviously

19   are used?

20       **A.**   Correct.

21       **Q.**   Faxes, are faxes used?

22       **A.**   Not so much anymore except for if it's another

23   county.

24       **Q.**   Okay.

25       **A.**   Another county release and they'll fax us their

1   release -- to release a person.

2       **Q.**   Okay.  If you need information from another

3   county, that may came -- come in via fax?

4       **A.**   Via fax.  Uh-huh.

5       **Q.**   How about phone calls?

6       **A.**   We don't take phone calls to -- we don't release

7   somebody off of a phone call.

8       **Q.**   Okay.  But you might call somebody for

9   clarification or -- of something?

10      **A.**   Yeah.

11      **Q.**   If you make a call of that nature, is that

12  documented somewhere?

13      **A.**   On the front of the folder.

14      **Q.**   Okay.  Of the inmate's folder?

15      **A.**   Yes.

16      **Q.**   Okay.  When -- when somebody is released late,

17  when an inmate's released later than they should be, are

18  they told?

19      **A.**   The inmate?

20      **Q.**   Yeah.

21      **A.**   Oh, I don't know.

22      **Q.**   You -- you don't know?

23      **A.**   No.

24      **Q.**   Who would?  Who would know if they're told?

25      **A.**   I don't know.  It wouldn't -- wouldn't be records.

1    Q.   Okay.  Now in -- in -- LMDC's got an ethics policy

2    that you've told us basically would require an SCT to tell

3    their supervisor if they screwed something up, is that

4    correct?

5    A.   Uh-huh.  Uh-huh.

6    Q.   That's -- that's a yes?

7    A.   Yes.  I'm sorry.

8    Q.   Would you regard that same ethics policy as

9    requiring somebody with LMDC to inform an inmate that they

10   screwed up?

11   A.   I would imagine that, yes.

12   Q.   But you don't know whether they do that or not?

13   A.   But I don't know, no.

14   Q.   Okay.

15        MR. BELZLEY:  All right.  No further

16   questions.  Thank you, ma'am.  I know it's been a long day.

17   You've been very patent and you've been very, very, very

18   helpful.  I -- I'm delighted we took your deposition first.

19   A.   Okay.

20

21   (Whereupon, the deposition concluded at 5:13 p.m.)

22

23                    *   *   *   *   *

24

25

1  STATE OF KENTUCKY )
                    ) SS:
2  COUNTY OF OLDHAM  )

3          I, Linda A. Fox, Notary Public in and for the

4  State of Kentucky at Large, hereby certify that the

5  foregoing deposition was taken at the time and place stated

6  in the caption; that the appearances are as set forth in the

7  caption; that prior to giving the testimony the witness was

8  first duly sworn by me.

9          That said testimony was reported by me in

10 stenographic notes and transcribed under my personal

11 direction and supervision; and that said typewritten

12 transcript is a true and correct transcript, to the best of

13 my ability and understanding.

14         I further certify that I am not related by blood

15 or marriage to any of the parties hereto and that I have no

16 interest in the outcome of the captioned case.

17         My Commission as Notary Public expires

18 February 23, 2019.  My notary ID is 527505.

19         Given under my hand this the 17th day of

20 October, 2018.

21

22

23

24         _____
           LINDA A. FOX, CCR
25         CCR NO. 20042030

191

**'** | 100/15 106/16 152/10 152/11
**'13 [1]**   155/8

**0**

**09 [1]**   3/9

**1**

**10 [12]**   3/9 3/13 127/20
127/22 128/20 130/6 131/22
132/7 132/10 132/11 133/1
133/17
**10:01 [1]**   2/5
**10s [1]**   130/7
**11 [11]**   3/14 23/25 24/1
127/23 127/25 128/20 129/5
130/10 130/10 175/22 175/23
**1115 [1]**   145/7
**112 [1]**   3/11
**113 [1]**   3/12
**115 [1]**   3/21
**117 [1]**   3/21
**118 [3]**   3/22 3/22 3/23
**11:30 p.m [1]**   23/24
**12 [11]**   3/11 3/14 128/3 128/5
128/7 128/20 129/10 129/19
130/3 130/7 130/7
**126 [1]**   3/23
**127 [4]**   3/12 3/13 3/13 3/14
**128 [1]**   3/14
**13 [5]**   3/15 3/21 3/23 135/18
135/22
**130 [3]**   40/2 40/3 41/23
**135 [1]**   3/15
**14 [4]**   3/15 140/15 140/17
140/19
**140 [2]**   3/15 41/23
**144 [2]**   3/16 3/16
**15 [10]**   3/16 24/17 42/15
61/15 62/13 109/5 110/10
110/11 144/3 144/6
**15-minute [2]**   62/4 109/8
**15-minutes [1]**   62/2
**16 [4]**   3/16 144/23 144/25
168/22
**160 [3]**   40/7 40/18 40/22
**162 [1]**   3/24
**163 [1]**   40/7
**17 [4]**   3/17 145/7 171/12
171/14
**171 [1]**   3/17
**173 [1]**   3/17
**174 [1]**   3/18
**176 [1]**   3/18
**17th [1]**   190/19
**18 [4]**   3/17 138/12 173/16
173/18
**19 [5]**   3/18 145/10 174/21
174/23 175/4
**1998 [1]**   9/19
**1:30 [4]**   79/24 87/20 88/9
88/11

**2**

**2/04/10 [1]**   3/9
**2/20/17 [1]**   145/7
**20 [8]**   1/21 2/5 3/18 3/21
145/3 145/11 176/10 176/13
**2000 [1]**   62/17
**20042030 [1]**   190/25
**2009 [3]**   9/17 9/17 9/19
**2011 [12]**   9/14 9/14 9/20 49/3
49/14 50/7 50/19 50/23

**2012 [7]**   100/15 112/13 153/21
155/8 169/4 179/3 179/7
**2013 [1]**   153/19
**2014 [1]**   153/17
**2015 [7]**   62/18 63/4 76/18
76/22 104/5 107/19 107/21
**2016 [26]**   149/10 149/24 150/1
150/1 150/18 151/23 152/12
152/15 153/6 153/8 154/10
154/23 156/16 159/1 159/10
159/22 159/25 161/4 162/25
163/16 163/19 168/23 170/6
175/22 175/24 176/5
**2017 [26]**   6/24 6/25 8/3
117/18 145/3 147/1 149/3
149/10 149/13 149/24 150/2
150/18 151/23 154/10 154/23
156/16 159/1 159/10 159/22
159/25 161/5 162/16 162/25
163/19 168/24 170/6
**2018 [5]**   1/21 2/5 3/12 169/5
190/20
**2019 [1]**   190/18
**21 [1]**   113/19
**22 [1]**   3/24
**23 [1]**   190/18
**24 [2]**   24/6 33/2
**24-hour [1]**   24/3
**25 [1]**   62/3
**278 [1]**   2/10
**2:30 [2]**   41/6 41/8

**3**

**30 [2]**   66/5 66/8
**32 [2]**   68/4 131/10
**3610 [1]**   2/14
**365 [1]**   145/9
**3:17-CV-71-RGJ-RSE [1]**   1/8
**3:30 p.m [2]**   23/20 23/21
**3rd [1]**   149/13

**4**

**400 [2]**   124/13 126/12
**40059 [1]**   2/11
**40202 [1]**   2/19
**40207 [1]**   2/14
**43 [1]**   69/3
**44 [1]**   69/3
**45 [2]**   33/20 57/6
**463 [1]**   99/20
**4940 [1]**   1/22

**5**

**502 [1]**   1/22
**52,000 [1]**   67/25
**527505 [1]**   190/18
**531 [2]**   2/3 2/18
**55 [2]**   101/15 145/7
**593-4940 [1]**   1/22
**5:13 [1]**   189/21

**6**

**6/15/12 [1]**   3/11
**6:30 [1]**   33/7

**7**

**7 a.m [1]**   23/20
**70 [1]**   42/3
**74 [1]**   3/9
**77 [1]**   3/9
**78 [1]**   3/10
**7:30 [2]**   24/1 68/20

**8**

**8/24/09 [1]**   3/9
**80 [1]**   42/3
**8:30 [1]**   68/20

**9**

**900 [2]**   2/4 2/18
**96 [1]**   3/10
**97 [1]**   3/11
**9:30 [3]**   87/16 88/8 90/9

**A**

**a.m [2]**   2/5 23/20
**ability [1]**   190/13
**able [7]**   6/19 67/5 90/16
138/3 138/4 143/5 164/14
**about [113]**   4/25 5/4 5/23
6/12 6/13 12/2 19/19 22/4
22/6 24/8 24/14 24/19 27/23
31/17 37/21 40/12 41/25
44/16 46/24 49/8 51/20 56/19
57/6 58/10 58/14 63/15 64/2
64/18 67/21 68/9 68/20 69/4
69/9 72/19 73/23 75/16 75/24
75/25 76/4 76/18 76/19 77/21
78/21 80/20 84/13 85/13 89/9
92/16 97/24 104/16 108/16
111/13 114/3 114/18 116/14
116/22 117/19 119/5 119/17
120/7 124/3 124/22 125/9
125/12 128/13 129/17 131/20
140/20 141/9 141/25 142/10
146/8 149/19 150/21 150/22
150/24 152/4 152/8 152/14
152/16 153/8 153/16 153/19
153/21 154/11 154/14 154/15
156/11 157/4 157/19 157/23
163/20 165/7 165/16 166/5
168/20 168/21 170/1 170/22
171/18 175/18 176/20 178/6
179/2 179/3 179/22 179/25
180/19 180/25 181/12 182/22
187/5 188/5
**about it [1]**   150/24
**above [4]**   8/20 8/20 109/7
156/18
**absolutely [2]**   135/13 135/14
**ACA [2]**   116/10 169/4
**access [2]**   20/12 92/21
**accessed [1]**   21/16
**accessible [1]**   167/4
**accessing [1]**   26/11
**accidentally [1]**   134/3
**accompanied [1]**   35/5
**accompany [1]**   165/18
**according [6]**   103/12 103/18
142/12 142/25 176/7 176/7
**account [1]**   22/24
**accounts [1]**   136/11
**accuracy [3]**   67/10 67/12
142/6
**accurate [2]**   98/5 129/12
**accurately [1]**   67/6
**achieved [1]**   88/14
**acknowledge [1]**   88/3
**acronyms [1]**   6/12
**action [9]**   1/7 3/21 113/18
113/21 114/7 114/14 115/13
176/25 177/3
**actions [2]**   117/3 117/10
**active [3]**   172/1 172/4 172/10
**actual [6]**   28/24 35/7 66/13

## A

**actual... [3]**  122/13 122/14
167/1
**actually [21]**  5/5 14/7 19/25
24/10 30/3 30/23 35/24 44/12
49/10 50/10 52/4 53/18 56/20
61/18 62/14 117/10 137/25
140/7 148/16 167/12 182/2
**add [1]**  22/23
**added [10]**  11/3 11/5 11/5
11/7 70/2 70/8 77/9 77/10
100/9 107/6
**addition [1]**  45/25
**additional [1]**  164/9
**address [3]**  91/13 168/16
170/16
**addressing [1]**  171/4
**administer [1]**  13/14
**administration [3]**  75/7 104/3
178/2
**admissibility [1]**  80/21
**adverse [1]**  176/24
**affect [3]**  16/15 164/15
178/19
**after [20]**  41/2 41/8 49/3
101/7 116/19 117/18 133/23
137/10 141/22 145/4 149/12
151/15 151/23 161/1 162/18
163/16 167/11 168/15 170/19
175/20
**again [10]**  54/20 62/20 65/25
117/13 118/6 139/24 154/13
159/1 160/8 173/4
**against [4]**  25/4 36/23 36/23
176/25
**agencies [4]**  87/23 92/24
95/24 178/24
**agency [2]**  11/6 35/1
**ago [6]**  5/3 51/2 62/19 76/17
89/23 100/14
**ahead [15]**  14/16 24/23 54/23
66/19 86/5 110/2 110/4
117/21 155/20 155/20 159/3
165/22 173/1 179/17 185/23
**AL [12]**  1/20 2/1 3/4 4/1 4/8
78/6 79/21 83/24 84/13 112/4
112/11 117/15
**AL-AMIN [11]**  1/20 2/1 3/4 4/1
4/8 78/6 79/21 84/13 112/4
112/11 117/15
**Al-Amin's [1]**  83/24
**all [131]**  1/6 5/22 5/22 6/14
6/17 6/23 11/2 14/5 15/1
15/2 15/17 16/2 18/21 21/10
21/14 22/12 22/14 24/25 25/5
25/11 25/15 26/23 28/3 28/12
28/13 28/15 29/12 29/25 30/8
31/8 31/9 31/10 31/17 34/10
34/17 38/4 38/17 40/23 41/12
41/13 41/20 41/20 42/5 42/19
43/16 44/1 44/13 46/11 53/13
53/14 54/8 56/4 56/8 56/17
57/7 57/9 58/20 58/24 59/15
60/23 62/4 67/1 68/11 68/21
70/4 71/19 72/1 76/22 84/7
85/5 86/6 86/10 87/2 93/8
96/12 97/17 99/2 99/4 99/4
99/21 100/1 100/7 101/3
101/9 102/11 102/17 102/19
103/13 108/14 108/21 108/25
109/1 109/18 111/11 112/6
115/1 115/10 117/8 117/20
118/17 125/20 127/5 127/6
127/13 128/9 128/15 128/20
129/16 134/1 136/11 137/12
138/18 139/5 140/12 141/1
141/18 148/7 150/22 160/18
164/4 164/5 164/24 166/5
167/3 167/3 176/1 178/6
178/13 178/24 181/8 189/15
**all's [1]**  144/19
**ALLEN [1]**  1/5
**allowed [1]**  13/3
**almost [2]**  125/11 125/12
**alone [1]**  40/11
**along [7]**  94/17 103/14 103/17
103/19 109/16 151/8 154/1
**already [4]**  29/15 89/3 89/4
166/17
**also [18]**  14/13 30/14 38/23
45/6 45/12 70/25 82/8 82/14
103/8 115/1 118/9 118/13
123/6 137/1 146/15 149/20
166/16 166/25
**alter [1]**  85/21
**always [5]**  33/3 120/21 169/21
169/21 175/3
**am [10]**  81/7 89/14 119/7
122/1 139/17 152/13 152/13
166/9 183/10 190/14
**amendments [1]**  80/21
**American [1]**  116/10
**AMIN [11]**  1/20 2/1 3/4 4/1
4/8 78/6 79/21 84/13 112/4
112/11 117/15
**Amin's [1]**  83/24
**among [4]**  12/25 47/13 65/12
185/13
**amount [4]**  48/7 48/8 120/13
178/12
**amounts [1]**  123/9
**and/or [1]**  110/23
**ankle [1]**  90/17
**anklet [1]**  92/7
**Anna [3]**  171/17 172/3 172/16
**another [25]**  11/6 13/4 15/4
31/8 35/1 39/1 44/24 45/15
81/1 86/3 88/2 89/11 94/5
94/5 95/5 98/1 126/22 157/13
157/13 177/10 178/9 178/18
187/22 187/25 188/2
**answer [5]**  63/23 110/3 117/22
133/15 159/3
**answered [1]**  170/4
**answering [2]**  19/14 96/2
**Anthony [1]**  5/8
**any [121]**  6/5 10/7 11/18
14/12 16/14 19/2 20/18 20/25
20/25 21/9 24/22 27/9 31/1
36/17 40/17 41/16 42/7 47/11
48/4 51/4 52/6 56/1 56/1
56/12 60/7 60/11 60/11 61/1
61/17 61/17 62/23 63/12
64/16 70/23 71/3 73/1 73/9
74/2 76/25 77/2 77/3 77/8
77/14 80/20 80/20 80/21
88/13 89/10 89/19 90/25 92/2
96/1 101/2 103/19 110/12
111/15 112/16 112/23 113/11
113/24 114/4 114/5 114/6
114/7 114/13 114/13 114/13
114/23 115/11 115/24 117/9
119/1 119/1 119/2 119/13
120/6 124/4 124/9 126/5
128/6 128/23 129/2 132/1
132/3 132/4 134/24 135/1
135/8 137/15 137/18 140/6
145/20 146/23 154/24 155/3
156/17 156/17 157/7 159/24
160/13 161/4 163/4 163/14
164/12 165/18 173/2 173/10
176/17 176/24 178/11 178/20
178/20 178/20 178/20 180/19
180/22 180/23 186/14 186/18
186/18 190/15
**anybody [29]**  9/25 21/9 53/6
57/19 57/24 58/14 63/2 63/3
63/9 65/4 69/8 69/9 74/1
74/3 96/11 108/10 113/24
115/23 120/3 138/8 157/21
157/24 159/24 165/6 167/15
173/12 176/25 179/21 180/2
**anybody's [1]**  111/3
**anymore [2]**  33/6 187/22
**anyone [3]**  134/7 179/14
180/15
**anything [21]**  14/14 21/13
24/23 33/21 41/8 55/13 70/10
70/18 70/19 71/4 71/5 73/17
84/25 85/21 85/25 118/4
124/5 152/5 156/13 159/17
176/19
**anytime [2]**  101/2 120/15
**anyway [2]**  92/2 141/20
**anywhere [2]**  48/10 62/5
**apart [2]**  87/1 87/2
**apologize [1]**  115/10
**apparently [5]**  130/23 145/24
147/8 174/13 176/19
**appear [6]**  25/13 62/5 81/8
81/9 104/13 106/2
**appearances [1]**  190/6
**appeared [1]**  133/6
**appearing [1]**  26/21
**appears [11]**  59/17 82/5 97/25
129/11 131/22 133/1 133/18
142/22 143/1 144/8 144/16
**applied [12]**  9/23 50/13 55/20
56/3 82/8 100/14 130/20
131/18 145/8 147/11 148/14
148/17
**applies [1]**  97/2
**apply [3]**  100/23 130/25 131/4
**appropriate [5]**  16/25 55/14
55/21 56/3 110/20
**approval [1]**  63/8
**approved [6]**  62/23 104/3
106/10 109/11 109/19 111/22
**approving [1]**  108/5
**approximately [1]**  2/5
**April [2]**  105/4 105/4
**April or [1]**  105/4
**Arch [1]**  182/3
**archive [1]**  11/19
**archives [4]**  11/17 11/18
11/25 172/14
**Archonics [1]**  182/3
**are [158]**  4/10 4/18 6/5 7/21
7/21 9/1 9/5 10/12 11/9
11/24 12/8 12/12 13/3 13/5
13/19 14/5 14/6 15/17 16/14
16/16 17/3 17/3 17/18 17/22
19/10 22/3 22/15 22/20 22/22
22/23 23/15 24/2 26/23 28/4
29/4 33/5 33/5 33/6 33/9
34/9 34/22 40/22 40/23 42/17

**A**

**are... [114]** 45/4 45/6 45/6 45/9 45/18 46/12 47/11 48/4 53/11 53/16 53/17 53/18 53/18 56/7 56/17 57/14 58/1 58/24 64/17 67/4 67/8 71/12 71/23 72/25 72/25 75/16 76/4 81/3 82/2 86/21 86/25 95/20 96/9 97/1 100/1 100/1 100/7 100/8 100/8 102/2 102/6 102/10 102/17 102/19 102/23 105/16 106/7 106/25 107/3 107/10 109/5 110/7 110/8 110/12 110/13 110/23 114/11 115/3 116/10 116/13 116/13 116/15 123/4 123/16 124/9 124/14 124/14 125/18 125/20 125/25 129/19 130/9 130/10 130/11 135/24 136/12 136/21 136/23 138/19 139/14 140/12 149/17 149/21 156/2 158/20 160/3 160/5 167/24 168/2 168/3 170/22 171/17 171/18 177/22 178/22 180/12 181/21 181/21 181/25 181/25 183/18 184/9 184/9 184/14 185/14 185/17 187/3 187/10 187/10 187/18 187/19 187/21 188/17 190/6

**area [22]** 9/2 9/3 10/13 10/16 22/6 22/16 23/15 40/11 93/3 93/9 95/1 95/7 111/23 112/1 126/18 157/6 157/13 185/22 185/24 185/25 186/5 186/7

**areas [3]** 10/11 22/10 157/5

**aren't [2]** 102/1 187/13

**ARNETTA [8]** 1/20 2/1 3/4 4/1 4/8 10/1 152/24 164/2

**around [15]** 33/7 51/2 58/19 62/18 68/16 69/15 70/2 94/11 94/17 94/25 95/3 141/11 149/10 152/12 155/8

**arraignment [9]** 28/10 44/21 45/2 45/3 94/20 94/23 95/17 105/13 105/14

**arrange [1]** 13/14

**arrest [2]** 70/3 105/13

**arrests [3]** 28/9 105/11 105/11

**as [103]** 4/4 4/19 5/8 8/5 8/8 9/7 10/19 13/18 15/14 17/9 17/22 18/8 18/19 27/8 27/12 27/15 33/20 33/21 35/2 36/9 36/9 42/2 42/12 42/21 44/25 50/19 52/22 52/23 52/23 54/25 55/19 55/19 60/3 61/17 63/9 65/24 83/18 84/4 86/2 86/2 90/25 92/23 95/20 96/18 96/19 100/9 101/15 103/9 104/1 104/9 106/19 108/15 108/23 111/18 115/21 117/25 117/25 118/8 119/8 120/23 121/20 125/18 125/18 130/6 131/18 133/4 134/10 135/25 136/6 142/2 143/3 145/6 146/4 146/22 147/19 148/20 148/24 149/8 149/8 149/18 150/9 151/17 156/3 156/21 157/20 159/17 159/17 163/15 172/3 172/22 173/6 173/23 174/7 175/17 175/18 177/8 179/3 179/3 182/9 185/20

**Ashby [1]** 90/17

**aside [2]** 156/14 156/14

**ask [25]** 4/9 6/5 12/2 58/23 67/23 78/24 79/16 81/19 83/2 83/6 84/19 88/1 92/16 93/7 93/8 108/16 118/13 125/22 128/14 152/16 154/5 154/25 176/2 176/20 180/25

**asked [13]** 34/1 49/20 49/22 63/15 64/2 104/6 111/11 114/15 115/10 135/14 142/4 164/1 170/4

**asking [4]** 35/1 64/14 64/17 128/13

**assigned [14]** 21/19 24/11 33/3 33/14 45/8 71/6 91/12 95/23 96/4 104/19 104/25 105/1 105/16 109/4

**ASSISTANT [5]** 2/17 50/24 51/12 108/11 179/4

**associated [1]** 78/17

**associates [1]** 180/11

**Association [1]** 116/11

**attach [1]** 72/11

**attachment [10]** 34/25 35/5 35/7 35/10 35/13 36/15 42/25 44/4 61/1 106/8

**attachments [4]** 34/22 34/22 34/23 42/21

**attendance [1]** 166/7

**attention [8]** 122/21 123/5 136/8 136/23 144/19 145/21 172/17 177/25

**attitudes [1]** 67/21

**attorney [9]** 2/9 2/13 2/16 2/17 89/25 96/6 136/8 144/9 144/20

**attorneys [2]** 2/10 178/24

**audit [75]** 3/11 3/22 3/24 112/12 112/17 112/18 112/23 113/7 113/10 113/12 113/14 113/17 114/2 114/5 114/18 114/25 115/2 115/3 115/5 115/12 116/16 116/18 116/21 117/17 117/24 118/2 123/8 138/9 145/5 145/12 146/4 146/5 146/24 147/2 147/3 147/12 147/17 147/21 148/1 148/20 148/21 148/24 149/3 149/18 151/8 160/23 160/24 160/25 161/12 161/18 161/21 161/23 162/8 162/11 162/23 164/4 168/18 168/19 168/21 168/21 168/24 169/5 169/8 169/9 169/9 169/10 169/13 170/1 170/9 170/10 170/17 170/20 170/20 171/5 180/4

**auditing [1]** 148/4

**auditor [1]** 180/7

**auditors [10]** 3/21 113/15 114/2 114/20 115/3 115/18 166/1 178/16 180/6 180/6

**audits [10]** 116/10 123/11 146/8 151/9 162/3 162/4 169/2 169/4 169/6 178/5

**automated [2]** 58/6 111/9

**automatic [1]** 111/8

**automatically [1]** 58/8

**automating [2]** 57/25 58/14

**automation [1]** 58/10

**available [3]** 9/22 74/7 123/1

**average [3]** 40/18 41/23 46/15

**Avery [1]** 158/20

**avoid [1]** 155/15

**awarded [1]** 9/24

**aware [15]** 48/5 52/3 62/7 85/23 92/15 101/4 115/4 117/9 124/9 124/11 134/9 136/7 136/12 140/12 142/23

**B**

**Baby [1]** 67/20

**Baby-sitting [1]** 67/20

**back [65]** 8/3 9/22 10/1 12/21 14/21 16/2 16/24 17/2 25/1 25/2 29/25 36/12 37/24 39/2 43/18 49/14 50/19 50/23 54/6 54/10 54/15 54/19 55/1 55/6 56/13 59/10 59/14 61/3 66/21 70/21 76/14 76/18 76/22 79/23 80/16 80/18 82/1 84/20 87/9 94/17 94/22 95/1 103/1 104/5 105/4 108/21 112/6 112/13 116/8 117/18 126/15 135/20 138/11 141/19 148/10 148/19 152/10 155/1 172/13 172/13 172/14 173/9 179/3 179/6 183/14

**bad [2]** 157/24 162/4

**bail [12]** 21/9 21/9 28/2 82/8 82/11 99/11 100/13 142/2 142/14 142/16 142/17 142/18

**balances [1]** 15/14

**BALLINGER [3]** 2/12 2/13 33/25

**Banks [1]** 181/19

**base [1]** 139/17

**Based [1]** 120/12

**basement [1]** 13/5

**basic [3]** 19/16 105/12 106/16

**basically [18]** 7/18 11/18 18/15 28/3 28/8 29/12 49/19 49/23 50/5 73/16 104/9 105/5 106/15 120/25 148/3 154/10 185/2 189/2

**basis [6]** 6/7 120/13 151/10 160/6 160/9 160/12

**basket [6]** 38/18 70/5 70/13 151/11 151/13 160/14

**baskets [1]** 58/22

**Bates [4]** 17/11 141/21 142/12 142/13

**bathroom [1]** 135/12

**be [184]** 5/19 6/6 6/19 8/1 9/10 12/7 15/13 15/15 15/21 19/23 20/19 21/1 23/1 25/17 25/22 25/24 26/16 26/18 26/23 27/1 27/4 27/5 27/6 27/10 27/12 28/24 29/5 29/9 30/1 30/12 30/12 30/21 31/1 31/11 31/14 34/25 35/3 38/17 38/18 38/25 39/20 40/18 42/19 43/1 43/11 45/21 46/2 46/10 47/7 47/15 47/19 48/13 49/23 50/9 53/6 53/9 53/9 54/16 56/1 59/2 59/7 59/12 59/23 65/25 67/5 68/13 69/24 69/25 70/5 70/10 70/19 71/3 71/4 71/13 72/14 76/11 77/3 78/16 78/17 78/25 79/1 79/21 82/5 82/17 83/21 84/17 86/23 86/23 86/24 87/1 87/2 87/19 88/4 88/9 89/3 89/4 89/4 90/1 90/16 90/19 92/6 93/6 96/14 96/18 96/19 97/25

# B

**be... [78]** 101/15 103/5 103/18 104/3 104/6 104/8 106/6 108/9 110/13 110/20 111/16 111/17 111/22 112/2 116/22 120/9 120/18 120/19 120/20 121/24 122/3 122/12 122/16 122/18 122/23 123/14 127/6 127/23 129/7 129/11 130/12 131/17 135/1 135/5 136/16 137/11 137/19 138/3 138/4 138/8 139/15 139/16 143/18 143/18 143/22 144/8 147/7 147/7 148/8 150/19 154/3 157/1 158/13 159/20 160/1 160/14 161/8 163/12 164/22 166/15 167/12 169/18 169/19 171/23 175/1 175/11 175/20 181/15 181/16 182/23 183/9 184/6 185/8 185/25 186/19 187/1 188/17 188/25
**bear [2]** 108/14 134/14
**became [1]** 9/16
**because [52]** 5/22 6/6 6/19 8/25 17/24 24/3 26/20 28/8 29/8 29/14 33/9 33/19 35/1 38/18 38/19 40/7 40/24 46/10 64/9 66/9 67/13 68/23 69/16 69/18 69/23 69/25 70/23 71/10 72/8 73/17 79/12 79/12 85/6 86/16 87/5 88/21 91/2 92/1 92/2 92/3 102/12 102/17 104/5 122/13 126/24 129/25 132/18 134/23 142/15 157/24 175/7 177/22
**become [2]** 136/6 142/23
**becomes [1]** 142/23
**becoming [1]** 52/3
**been [104]** 4/3 4/19 9/13 26/6 36/17 36/18 41/13 47/15 49/8 49/20 49/21 50/22 52/6 57/19 57/20 61/17 62/23 63/3 64/16 70/11 70/14 70/15 75/5 76/1 77/4 80/24 81/9 83/3 83/3 88/13 89/10 90/8 90/15 91/1 91/5 91/7 92/1 98/23 100/16 104/2 105/2 106/9 106/10 107/19 107/24 112/2 113/6 114/7 115/9 116/9 122/2 125/4 128/10 133/6 134/2 134/21 136/3 140/6 141/5 141/6 141/17 144/16 145/4 145/10 148/12 149/6 149/6 149/12 149/14 150/7 152/10 159/17 161/10 162/3 164/3 164/7 165/23 169/2 169/25 170/17 171/3 171/4 171/5 172/7 175/8 176/12 176/24 176/24 177/9 177/10 177/18 177/19 178/11 178/20 178/21 179/14 180/1 184/4 184/16 185/11 186/17 189/16 189/17 189/17
**before [51]** 2/2 5/2 5/9 9/15 14/7 36/16 41/11 41/12 43/12 43/13 43/14 47/15 47/16 47/20 54/6 56/13 59/16 61/22 63/14 68/13 68/15 82/20 85/12 95/4 100/7 4 111/13 112/6 112/21 113/8 113/22 115/11 125/8 128/13 128/17 128/20 135/11 135/11 135/22

138/15 142/5 142/24 149/3 150/14 152/23 153/8 154/22 159/22 164/7 174/25 180/2 180/17
**began [2]** 151/23 156/16
**beginning [5]** 15/2 52/2 149/24 161/4 166/22
**begins [4]** 60/6 113/19 166/9 166/10
**behalf [1]** 1/6
**behind [3]** 94/19 94/22 119/7
**being [22]** 4/18 10/20 49/2 49/10 49/16 88/14 89/4 101/7 106/17 108/23 117/10 120/8 122/16 136/13 136/13 149/21 150/17 157/24 160/6 160/8 162/1 162/11
**believe [22]** 9/18 12/18 31/22 68/4 82/8 105/3 112/18 116/16 116/23 138/18 139/5 149/10 150/12 154/6 157/16 157/18 162/15 165/23 168/24 171/4 173/13 177/18
**believed [1]** 154/2
**believing [1]** 143/10
**Belskis [1]** 176/16
**BELZLEY [4]** 2/9 3/5 4/5 4/13
**BELZLEYBATHURST [1]** 2/10
**beneficial [1]** 164/15
**best [3]** 49/4 157/20 190/12
**Betsy [5]** 181/16 182/2 182/25 183/1 183/1
**Betsy, [1]** 181/19
**Betsy, B-E-T-S-Y [1]** 181/19
**better [3]** 125/3 139/25 152/25
**BETTY [1]** 1/5
**between [16]** 7/15 15/10 19/2 25/24 41/23 42/3 49/9 52/25 68/18 82/22 86/17 94/21 106/3 134/10 153/3 178/7
**bid [1]** 157/11
**bidded [2]** 156/10 157/10
**big [2]** 47/6 111/23
**biggest [1]** 10/6
**Bill [1]** 99/20
**bin [4]** 70/2 70/3 70/8 70/9
**binder [2]** 101/9 161/14
**bins [1]** 72/18
**bird's [1]** 93/12
**bit [6]** 4/14 6/19 66/4 76/17 123/7 126/21
**black [1]** 107/1
**blank [5]** 133/20 134/14 134/23 134/23 143/14
**blood [1]** 190/14
**blown [1]** 17/18
**blue [7]** 107/1 107/1 107/5 107/7 107/8 107/14 107/21
**Bolton [36]** 50/22 65/13 108/10 108/11 116/19 117/17 124/24 125/4 145/6 146/4 146/10 147/19 147/22 148/21 149/19 150/20 151/24 153/4 153/16 154/11 158/25 159/12 162/24 163/6 165/18 165/24 167/23 168/13 169/14 170/15 171/2 174/6 174/9 174/10 179/2 179/16
**Bolton's [3]** 34/14 124/17 152/21
**bolts [1]** 69/5

**bond [8]** 21/4 21/8 27/25 28/3 88/18 88/19 88/21 89/23
**book [22]** 3/24 10/14 30/7 30/8 31/7 31/14 146/15 148/7 151/12 160/23 160/24 160/25 161/12 161/18 161/22 161/23 162/2 162/8 162/11 162/23 164/4 170/2
**booking [30]** 10/9 10/13 11/24 14/17 14/18 14/18 16/17 16/22 22/10 52/20 54/2 54/15 56/16 59/16 72/22 78/10 78/16 86/8 86/11 90/12 95/1 95/13 126/19 185/24 186/5 186/5 186/7 186/10 187/15 187/15
**both [7]** 13/19 29/8 66/4 83/1 96/9 104/8 106/7
**bottle [1]** 138/4
**bottom [17]** 30/19 36/19 37/10 37/12 37/13 37/21 38/13 46/24 47/18 47/25 85/15 95/15 109/2 110/19 133/2 143/15 174/8
**box [84]** 2/10 20/2 20/2 20/3 20/3 20/7 20/17 20/20 21/2 21/3 21/4 21/11 21/12 24/11 24/12 24/20 25/4 26/11 26/20 27/12 27/15 27/23 27/24 28/19 28/23 28/23 28/24 32/3 32/12 33/15 35/2 36/10 36/11 39/23 40/1 40/19 41/3 41/22 42/1 42/4 42/8 42/15 42/18 42/21 44/12 44/17 44/19 44/20 44/20 45/2 45/3 45/8 45/12 45/13 45/15 45/16 45/18 45/20 45/25 46/1 48/6 59/25 60/13 60/15 60/17 61/14 61/22 70/24 70/25 78/15 78/17 78/17 87/16 88/21 88/24 89/2 90/9 95/23 96/4 96/5 105/22 105/23 109/4 109/5
**boxes [19]** 20/13 20/24 21/16 21/19 24/9 24/15 25/6 25/14 25/18 26/4 31/18 32/9 33/4 33/13 34/20 45/7 61/18 72/19 110/11
**break [17]** 6/1 73/10 73/11 78/22 78/25 79/2 79/22 80/14 84/19 85/9 116/2 116/6 123/20 135/12 135/16 164/25 165/4
**breaks [3]** 33/19 39/10 73/9
**bridge [1]** 80/22
**bring [11]** 11/7 14/20 47/4 47/5 54/15 56/16 59/14 70/21 73/23 121/18 123/4
**bringing [1]** 56/17
**Brittany [1]** 181/20
**Brock [2]** 173/22 174/1
**broke [1]** 85/12
**brought [13]** 85/22 98/13 102/4 102/5 122/20 136/7 136/23 144/19 145/21 145/22 145/23 172/16 177/25
**building [3]** 2/17 52/21 124/19
**bunch [7]** 36/4 36/5 39/14 126/25 161/5 169/2 185/3
**busyness [1]** 87/23

**C**

**calculated [6]**  30/3 110/20
142/4 142/14 148/12 148/16
**calculates [7]**  29/20 58/9
151/10 166/17 166/18 166/19
167/22
**calculating [2]**  142/2 176/25
**calculation [12]**  110/22
110/25 130/24 136/17 143/2
143/7 143/8 143/9 143/10
151/21 159/18 161/6
**calculations [3]**  110/23
110/23 156/16
**call [21]**  4/17 5/13 17/8
17/23 27/11 30/6 32/17 44/21
88/17 88/19 101/5 101/8
119/15 122/12 141/22 142/15
161/14 172/14 188/7 188/8
188/11
**called [5]**  4/2 5/17 12/11
70/15 141/22
**callers [1]**  95/24
**calling [3]**  22/6 89/22 89/25
**calls [9]**  19/14 23/8 64/13
88/4 88/18 96/6 185/15 188/5
188/6
**came [23]**  21/5 36/11 36/14
49/20 49/22 50/14 50/23
130/12 137/14 151/24 152/10
155/25 158/25 159/12 162/24
163/18 167/23 168/14 168/15
169/25 170/21 171/22 188/3
**Campos [1]**  106/23
**can [76]**  7/15 13/6 15/9 29/8
29/8 30/13 34/25 38/25 51/11
54/16 60/2 63/6 66/9 75/9
76/15 77/2 78/25 78/25 79/20
80/10 81/2 81/2 83/15 83/15
84/6 84/10 84/15 85/7 90/13
90/14 92/23 93/8 93/11
100/25 102/11 108/15 115/22
116/2 118/9 118/12 121/16
122/12 125/7 126/8 126/13
127/5 128/14 135/8 135/12
136/16 137/6 138/10 141/11
142/23 156/17 157/10 157/20
158/21 159/2 159/4 162/2
162/4 162/5 162/5 164/1
164/2 164/25 178/23 180/21
180/24 181/2 181/6 181/6
184/6 185/8 186/22
**can' [1]**  74/5
**can't [8]**  64/9 69/8 69/9 72/5
93/7 107/15 148/4 180/12
**candidates [2]**  66/5 66/6
**cannot [2]**  31/13 31/14
**caption [2]**  190/6 190/7
**captioned [1]**  190/16
**capture [1]**  146/11
**captured [2]**  138/19 139/3
**care [10]**  11/14 11/18 19/13
38/3 70/10 71/3 71/4 73/1
96/8 181/23
**carried [1]**  7/21
**carries [1]**  25/8
**case [13]**  4/14 14/5 15/16
15/16 46/11 75/6 89/6 120/7
121/18 129/15 134/25 141/17
190/16
**cases [4]**  40/5 40/6 40/8
132/18
**catch [1]**  20/4

**categories [1]**  136/15
**caught [1]**  133/19
**cause [3]**  109/10 130/19 132/7
**causing [2]**  155/16 156/3
**CCC [16]**  14/20 14/24 16/23
16/25 27/5 51/24 54/16 54/24
55/7 69/20 69/24 90/12 90/14
90/18 92/7 178/8
**CCR [3]**  1/22 190/24 190/25
**Central [1]**  27/7
**certain [7]**  13/10 27/10 57/17
58/2 67/5 148/8 158/24
**certainly [1]**  84/14
**Certified [1]**  2/2
**certify [2]**  190/4 190/14
**cetera [2]**  138/1 138/1
**chain [1]**  50/21
**change [1]**  79/12
**changed [1]**  51/13
**changes [5]**  82/2 82/7 164/10
164/11 164/15
**Chapter [1]**  75/7
**charge [5]**  70/2 70/8 77/9
77/10 182/1
**charges [8]**  11/3 11/4 11/5
11/7 14/5 15/17 31/12 46/11
**chart [8]**  3/10 3/12 3/13 3/13
78/8 78/8 102/17 102/18
**check [45]**  10/23 10/23 14/11
14/12 14/13 24/14 25/4 33/3
46/16 54/5 54/13 54/14 56/15
61/14 61/18 61/19 62/13
69/15 69/16 70/2 70/3 70/8
70/8 70/9 70/17 71/20 71/22
71/25 72/5 72/22 72/22 72/22
72/23 72/23 86/9 87/11 88/20
88/21 90/25 91/17 91/18
109/8 110/11 123/10 130/8
**checked [5]**  32/12 123/8 160/6
160/9 160/14
**checking [26]**  15/15 15/21
24/19 36/20 36/21 42/14
44/12 45/7 45/11 45/13 45/18
45/20 45/24 46/1 48/5 72/5
72/17 72/18 73/8 90/24 149/8
156/15 159/18 160/3 164/4
173/7
**checklist [9]**  3/23 73/13 74/4
111/1 111/13 111/17 111/18
111/19 118/14
**checklists [1]**  74/3
**checks [10]**  15/13 16/13 58/21
69/13 86/21 151/19 161/1
161/2 161/2 161/5
**chief [14]**  8/2 8/5 8/9 9/10
34/9 48/24 50/17 78/12 83/1
106/8 118/17 120/22 121/22
121/25
**choice [1]**  63/24
**Chris [1]**  158/2
**Christina [1]**  181/19
**Christmas [1]**  125/8
**CID [1]**  12/17
**CIN [1]**  30/10
**circle [1]**  186/2
**circuit [34]**  20/2 20/6 20/24
20/25 25/13 25/18 25/23 26/4
26/6 27/15 28/19 28/23 33/13
41/25 42/2 44/20 45/8 45/13
45/16 45/18 50/14 53/2 53/10
57/12 57/15 57/21 61/10 71/6
89/16 94/18 94/19 95/17

105/20 138/6
**circulated [1]**  109/12
**circumstance [1]**  136/18
**CIVIL [1]**  1/7
**clarification [1]**  188/9
**clarify [2]**  21/25 117/8
**clarifying [1]**  8/19
**clarity [1]**  51/14
**Clark [25]**  8/4 9/11 34/8
50/19 50/22 63/17 68/12
78/13 83/2 106/8 108/10
108/11 121/22 121/25 125/9
131/16 131/21 152/19 152/20
160/19 162/1 168/12 172/20
179/4 179/16
**Clark's [2]**  124/22 168/7
**class [2]**  105/7 105/7
**clear [2]**  104/12 171/1
**clerk [9]**  5/18 20/22 31/22
31/23 31/24 70/23 87/15
133/5 144/13
**click [2]**  35/12 35/13
**client [1]**  89/25
**close [1]**  24/4
**closet [1]**  35/23
**code [4]**  124/3 184/22 184/25
185/6
**coding [1]**  85/6
**coffee [1]**  6/18
**collecting [1]**  187/9
**college [1]**  97/3
**color [7]**  81/8 84/7 84/9
84/10 84/14 84/20 85/6
**columns [1]**  52/17
**come [44]**  9/22 10/24 14/1
14/2 14/2 25/1 25/2 27/12
28/18 36/12 38/5 39/23 40/24
41/3 41/17 41/22 43/18 48/16
51/1 59/13 68/12 68/17 69/13
70/1 70/15 84/20 87/1 89/20
92/6 92/23 94/16 94/25 95/3
95/19 114/12 125/4 125/9
141/13 146/12 152/2 161/25
162/2 178/16 188/3
**comes [28]**  12/4 12/21 15/24
16/24 19/25 21/10 26/20
28/10 29/25 31/5 35/4 43/3
46/18 52/24 55/1 55/11 55/23
73/18 88/1 89/18 101/10
104/19 125/11 139/10 157/22
178/7 184/3 186/25
**comfort [1]**  6/2
**comfortable [1]**  36/7
**coming [11]**  19/23 21/5 21/15
28/8 32/1 37/24 40/12 87/23
92/24 115/12 165/6
**command [1]**  50/21
**comment [1]**  152/24
**comments [3]**  119/13 119/13
119/14
**Commission [1]**  190/17
**commitment [1]**  29/10
**commitments [2]**  11/3 69/15
**common [1]**  65/11
**communicate [1]**  39/16
**communicated [2]**  50/17 186/19
**communication [2]**  67/14
185/13
**comp [1]**  68/25
**company [1]**  182/5
**compare [1]**  31/6
**Compared [1]**  175/13

**C**

**comparing [1]** 147/5
**compensation [1]** 164/16
**complained [1]** 67/21
**complete [4]** 138/21 138/24 139/8 141/13
**completed [4]** 29/25 36/13 51/19 114/2
**completes [3]** 56/15 59/8 122/12
**complex [1]** 16/19
**complicated [3]** 33/20 55/13 56/1
**complies [1]** 186/4
**composed [1]** 97/25
**computer [10]** 29/13 81/13 81/14 81/15 83/24 132/20 146/15 181/24 182/4 184/21
**concern [2]** 64/17 64/18
**concerned [1]** 154/15
**concerning [8]** 4/17 44/4 112/25 132/2 135/6 139/2 144/9 176/16
**concerns [4]** 44/3 54/25 73/19 171/16
**concluded [1]** 189/21
**conditions [2]** 133/5 144/14
**conduct [10]** 10/23 11/11 11/13 12/25 19/10 51/17 105/2 105/6 123/8 124/3 181/2
**conducted [8]** 13/5 54/13 86/9 105/7 116/10 116/16 146/6 169/10
**conducting [3]** 11/12 56/15 173/6
**conducts [2]** 14/10 87/11
**conference [1]** 131/14
**conferenced [1]** 156/11
**confused [2]** 8/25 173/8
**consequence [5]** 52/23 142/1 143/3 172/23 173/23
**considered [3]** 68/24 110/13 130/21
**consist [1]** 104/7
**consisted [1]** 157/3
**constantly [1]** 71/23
**contact [2]** 13/9 122/19
**contacted [1]** 9/25
**contains [1]** 112/23
**contributed [1]** 75/10
**convenient [1]** 93/5
**conversation [6]** 127/2 142/21 153/3 153/8 163/6 168/5 168/9 168/15 169/14 169/17 169/23 170/7 170/14 170/19 171/2 171/10
**conversations [1]** 180/14
**coordinator [1]** 7/20
**copier [10]** 25/2 37/24 94/8 94/9 94/16 95/13 95/13 95/14 95/15 95/16
**copies [5]** 81/9 126/5 134/21 161/16 186/15
**copy [27]** 14/17 14/18 46/20 46/21 46/22 70/25 72/11 76/11 81/8 81/11 81/12 82/24 83/12 84/3 92/25 103/7 103/8 111/12 112/14 115/21 118/10 118/12 118/14 119/22 134/22 160/22 186/11
**corner [1]** 94/22

**correct [47]** 2/1 22/1 29/1 42/22 50/11 50/12 56/21 57/18 60/7 60/22 61/16 62/24 75/22 76/2 76/7 76/9 78/2 81/7 89/14 99/25 100/6 101/23 103/25 104/15 108/24 109/6 109/21 114/6 122/1 129/8 138/2 138/6 138/7 139/17 145/21 152/3 161/3 166/9 166/23 168/17 170/18 171/7 175/9 184/2 185/7 187/20 189/4 190/12
**correction [5]** 43/3 44/2 64/23 114/6 116/12
**Correctional [1]** 116/11
**corrections [68]** 3/15 3/15 3/16 3/16 3/17 3/17 3/18 3/18 11/9 11/25 12/24 13/13 18/25 19/1 19/3 19/3 19/7 19/9 19/9 19/17 19/24 20/14 21/17 21/19 21/20 22/15 22/20 22/21 22/22 23/2 23/14 24/10 26/10 29/18 32/6 34/17 35/16 35/19 36/2 37/15 38/5 39/24 42/14 43/8 44/11 45/11 45/19 45/24 48/13 51/20 52/3 68/2 68/3 68/6 74/2 75/6 92/17 106/20 112/13 135/25 136/3 145/5 146/3 147/16 148/20 149/18 158/13 182/3
**corrective [8]** 3/21 113/18 113/18 113/21 114/14 115/13 117/3 117/10
**correctly [5]** 100/18 143/10 148/12 149/21 152/14
**could [42]** 4/6 5/23 27/4 27/5 27/6 27/12 27/12 35/2 41/20 43/11 43/11 44/24 45/21 46/2 46/15 46/15 57/6 59/2 83/2 83/7 84/2 84/22 88/4 89/3 89/3 89/4 106/12 111/12 111/23 122/18 122/23 132/24 134/2 141/5 141/6 149/12 149/14 151/4 154/6 163/4 167/10 184/13
**Councilman [1]** 116/23
**councilwoman [1]** 165/25
**counsel [12]** 4/2 165/19 166/5 169/11 169/13 170/11 170/13 170/17 170/21 171/6 179/19 180/4
**count [3]** 71/18 134/17 134/19
**counties [5]** 10/8 11/5 70/9 70/15 70/16
**county [6]** 1/9 2/17 187/23 187/25 188/3 190/2
**couple [5]** 62/19 66/18 71/15 114/1 165/1
**course [4]** 14/1 52/8 55/16 185/12
**court [115]** 1/1 2/2 2/4 2/17 2/18 5/9 5/13 5/17 5/17 6/3 10/6 10/7 11/3 14/2 20/1 20/2 20/2 20/17 20/18 20/20 21/1 21/1 21/15 22/7 25/13 25/18 25/23 26/4 26/6 26/21 27/3 27/3 27/15 27/17 28/10 28/17 28/19 28/21 28/21 28/23 28/23 29/4 31/20 31/22 31/23 31/24 32/1 34/25 39/23 40/1 40/2 40/5 40/23 40/24 41/25 42/2 42/3 42/13 42/15

43/22 44/19 44/21 44/21 45/2 45/3 45/8 45/12 45/13 45/16 45/18 45/20 45/24 48/6 50/14 53/2 53/2 53/10 53/10 55/23 55/25 57/11 57/12 57/14 57/15 57/21 57/22 61/11 61/22 72/9 72/10 87/16 88/20 88/22 88/23 89/6 89/16 102/22 121/2 121/4 121/12 121/17 121/20 133/6 138/6 139/7 139/7 139/8 141/23 142/15 142/17 142/21 142/22 142/23 144/16 187/3
**court's [1]** 41/19
**courts [8]** 28/11 28/20 33/5 33/6 33/9 72/8 178/8 178/24
**cover [1]** 18/1
**covered [4]** 14/6 15/16 15/17 46/12
**cracks [1]** 90/5
**create [2]** 130/13 135/3
**created [3]** 74/4 74/6 111/6
**creating [1]** 129/4
**credit [29]** 21/9 28/2 28/2 51/14 70/13 80/25 82/9 82/12 99/11 99/11 100/13 100/14 110/22 110/24 110/25 111/8 130/20 130/23 130/25 131/4 142/2 142/14 142/16 142/18 142/18 145/8 147/11 148/13 148/16
**credits [2]** 82/8 82/11
**crime [1]** 27/21
**cross [1]** 80/22
**CST [2]** 59/18 122/3
**CT [3]** 13/11 94/5 158/13
**CT's [4]** 69/15 69/16 69/25 94/3
**CTs [2]** 11/9 11/12
**cue [5]** 90/15 90/15 90/24 90/25 91/3
**current [10]** 62/9 75/12 77/23 77/24 98/5 99/23 100/5 100/9 100/16 101/22
**currently [3]** 75/12 75/21 172/12
**custody [30]** 5/12 10/10 10/14 10/24 10/25 11/8 12/5 21/6 27/6 28/9 30/22 31/12 31/14 49/23 52/21 58/9 70/1 90/20 91/6 92/1 132/8 132/14 137/4 137/14 148/5 167/7 167/8 172/11 172/12 186/17
**CV [1]** 1/8
**CYNTHIA [1]** 1/5

**D**

**daily [13]** 7/19 7/21 9/8 18/16 18/19 90/24 120/13 151/8 151/10 160/6 160/9 160/12 164/22
**Danita [2]** 130/17 145/8
**database [2]** 134/8 167/4
**databases [1]** 135/1
**date [32]** 1/21 27/3 27/3 29/7 29/13 29/15 29/20 29/23 30/4 30/9 30/11 30/17 30/18 30/21 60/18 60/20 62/22 64/7 69/22 80/22 107/15 111/10 119/21 119/21 145/7 149/15 166/17 166/18 166/20 166/23 166/23 167/1
**dated [1]** 145/3

**D**

**dates [2]**  30/8 177/1
**David [1]**  129/13
**Davis [3]**  130/17 131/3 131/9
**Davis' [1]**  145/9
**DAWN [1]**  1/5
**day [51]**  6/7 6/7 20/19 21/1
 21/6 23/1 24/6 26/21 26/24
 30/1 31/2 31/3 33/2 40/2
 40/3 40/23 41/21 42/5 42/12
 42/13 43/22 44/15 57/5 57/8
 69/12 69/20 71/8 71/22 71/25
 72/20 72/21 73/9 91/25 101/7
 118/22 125/11 125/12 137/13
 141/25 142/9 142/15 147/23
 147/24 148/8 148/22 160/24
 175/17 175/20 179/10 189/16
 190/19
**day-to-day [1]**  6/7
**days [12]**  22/24 23/3 23/8
 30/10 32/17 101/5 131/10
 145/7 145/9 173/23 175/7
 176/17
**deal [5]**  6/7 28/13 70/19
 120/13 178/13
**dealing [1]**  10/8
**decides [1]**  121/23
**decisions [4]**  21/5 21/8 27/25
 28/3
**dedicated [2]**  92/20 96/6
**defendant [7]**  2/16 4/20 5/13
 5/18 5/19 5/19 5/20
**defendants [2]**  1/11 5/12
**definitely [1]**  121/2
**delay [12]**  63/10 88/4 129/22
 129/25 130/1 130/4 130/4
 130/19 131/9 132/7 133/4
 138/5
**delayed [1]**  129/21
**delighted [1]**  189/18
**demoted [6]**  157/10 157/24
 158/12 176/24 177/5 177/10
**demotions [1]**  157/23
**DENIS [14]**  2/16 79/9 80/5
 118/7 127/18 127/22 128/2
 128/8 144/7 145/1 171/15
 173/20 175/5 176/14
**department [14]**  22/1 22/5
 75/6 105/25 112/13 124/12
 124/18 125/5 125/10 125/16
 126/10 126/14 130/22 156/10
**Departmental [2]**  3/11 75/7
**depend [1]**  111/24
**Depending [1]**  71/8
**depends [7]**  36/6 40/4 43/15
 46/8 57/5 66/17 87/22
**deposition [7]**  1/16 2/1 5/2
 5/23 189/18 189/21 190/5
**Deputy [2]**  108/12 178/22
**describe [5]**  58/17 69/12 75/9
 104/18 119/6
**described [3]**  8/5 25/7 58/18
**describes [1]**  176/17
**description [2]**  13/17 17/17
**desk [38]**  25/2 39/19 39/20
 43/19 58/22 69/14 69/16
 69/16 69/17 69/18 69/25 71/6
 94/3 94/18 94/18 94/19 94/19
 94/20 94/20 94/23 94/23
 95/17 95/24 95/25 96/7 96/9
 105/13 105/14 105/15 105/16
 105/17 105/20 183/20 183/21

**desks [7]**  183/22 183/24 183/25 184/4
 94/5 94/21 95/2
 95/11 95/17 95/20 183/16
**despite [2]**  158/22 159/6
**detail [5]**  4/25 5/23 6/20
 93/19 154/9
**detailed [2]**  176/18 180/15
**details [1]**  142/20
**detained [3]**  120/15 122/16
 137/21
**detention [8]**  122/2 122/11
 135/6 136/7 136/14 139/2
 139/2 179/15
**detentions [14]**  4/18 120/8
 123/17 124/10 136/12 136/21
 138/19 139/5 139/14 150/11
 156/4 179/2 179/9 180/20
**determination [6]**  50/8 52/6
 120/23 121/11 121/19 140/7
**determine [2]**  37/17 143/6
**determined [1]**  122/25
**developed [1]**  156/24
**developing [1]**  157/24
**device [1]**  90/17
**diagram [7]**  3/10 93/11 96/16
 96/20 96/21 96/22 185/21
**did [56]**  9/25 31/3 48/16 51/1
 62/16 64/1 64/6 89/7 89/22
 100/17 107/13 108/1 112/16
 113/11 114/17 114/18 114/23
 115/23 118/1 118/1 118/13
 120/3 120/4 125/7 141/19
 141/19 143/5 151/3 152/7
 152/7 152/8 153/6 154/22
 155/1 155/9 155/11 155/11
 155/11 155/12 162/14 163/1
 163/2 163/14 163/24 164/9
 165/18 165/20 166/4 166/4
 168/5 170/7 170/19 173/1
 173/10 180/7 180/12
**didn't [14]**  71/18 98/21 105/6
 129/2 130/13 130/25 135/3
 137/10 145/19 154/24 154/25
 155/3 173/11 185/21
**difference [8]**  7/15 15/10
 18/3 19/2 82/22 86/14 86/24
 106/3
**different [13]**  8/6 10/11
 13/23 27/17 27/19 56/19
 71/19 81/8 98/14 111/5
 129/20 129/23 129/24
**direct [10]**  3/5 7/18 8/1 9/10
 48/5 50/24 115/24 121/15
 168/14 171/2
**directed [8]**  49/16 116/21
 145/6 146/4 147/19 147/21
 148/21 149/18
**direction [1]**  190/11
**directly [1]**  78/12
**director [40]**  34/14 50/22
 50/25 51/12 65/13 108/10
 108/11 108/11 108/12 116/18
 117/17 119/24 124/17 124/24
 125/4 145/6 146/4 147/19
 147/22 148/21 149/19 151/24
 153/16 154/11 158/25 159/12
 162/24 163/6 165/18 165/24
 167/23 168/13 169/14 170/14
 174/6 174/9 178/22 179/2
 179/4 179/16
**directs [1]**  35/8
**discharge [1]**  71/5

**disciplinary [3]**  131/16
 156/11 177/3
**disciplinary's [1]**  131/17
**discipline [3]**  132/4 136/4
 173/10
**disciplined [2]**  136/4 173/12
**discouraging [1]**  131/7
**discovered [3]**  145/7 145/12
 145/25
**discovers [1]**  123/2
**discovery [1]**  185/12
**discuss [7]**  70/18 70/20 73/20
 73/20 79/20 152/7 168/12
**discussed [5]**  48/23 49/1 49/2
 49/6 113/24
**discussing [4]**  150/10 164/3
 169/25 171/3
**discussion [5]**  80/2 80/11
 152/8 152/14 180/15
**discussions [5]**  114/19 152/4
 152/9 179/2 179/6
**distinguish [1]**  37/18
**distributed [1]**  126/6
**distributing [1]**  187/9
**district [48]**  1/1 1/1 20/1
 20/6 20/17 25/13 25/18 25/19
 25/20 26/3 26/6 26/11 28/19
 28/23 31/20 33/13 39/23 40/1
 40/19 41/22 42/13 42/15
 44/16 44/19 44/20 45/12
 45/20 45/24 48/6 50/14 53/2
 53/10 55/23 55/25 57/11
 57/14 57/21 61/10 61/22
 87/16 88/23 89/16 94/19
 94/20 95/16 105/15 138/6
 141/22
**divide [1]**  178/5
**division [51]**  1/2 3/23 9/4
 10/5 10/10 11/2 11/24 11/25
 13/19 15/24 16/8 16/24 16/24
 18/20 19/20 22/1 22/4 22/9
 28/13 29/6 58/19 93/8 93/21
 93/22 94/9 97/2 97/7 100/2
 100/8 100/25 101/12 103/22
 106/10 111/17 111/23 112/25
 120/11 122/21 123/1 125/5
 125/14 133/4 133/7 134/8
 136/24 139/11 139/14 144/13
 147/14 178/8 183/16
**divisions [1]**  13/18
**do [228]**
**document [39]**  20/23 35/12
 37/19 37/20 39/3 53/19 53/20
 53/21 55/14 55/21 56/3 59/3
 59/10 61/7 74/22 76/9 77/17
 78/4 96/24 97/22 112/9 113/4
 127/10 127/16 127/20 127/25
 128/5 135/18 135/22 135/25
 136/2 140/17 144/3 144/23
 171/12 173/16 174/23 176/10
 184/18
**documentation [7]**  5/16 39/1
 56/24 58/25 59/18 125/13
 163/4
**documented [2]**  118/2 188/12
**documents [14]**  15/15 36/25
 37/16 37/25 38/1 38/6 38/23
 56/17 58/2 106/4 137/25
 143/20 165/14 183/19
**does [49]**  11/14 11/18 13/23
 15/11 15/11 15/21 25/12
 28/12 28/12 29/17 36/2 36/2

**D**

**does... [37]**   46/3 46/4 46/23
46/23 51/4 52/7 53/23 57/1
61/3 62/4 63/7 70/6 72/16
74/1 74/3 81/9 83/19 85/21
91/23 98/2 99/12 103/4
104/13 107/1 109/10 118/17
125/4 125/9 129/19 132/9
132/15 134/7 141/18 146/18
166/25 183/1 183/1
**doesn't [10]**   42/2 62/14 106/2
106/14 120/16 141/13 143/19
145/22 182/2 185/5
**doing [21]**   33/20 36/7 44/10
45/25 57/3 73/13 90/23 95/22
100/3 100/7 101/15 103/5
105/21 123/21 123/22 143/10
158/13 158/15 158/17 158/18
173/6
**don't [126]**   6/9 14/7 24/3
26/8 28/7 31/22 33/12 42/6
42/11 45/3 53/5 53/5 53/5
55/7 55/15 56/7 60/14 60/23
63/24 64/7 64/12 64/15 65/1
65/24 66/7 66/18 67/11 68/4
68/5 68/22 68/23 69/6 69/7
70/5 72/9 74/19 74/19 74/19
77/13 78/21 79/11 79/12
79/23 80/4 82/20 84/7 84/15
84/18 84/18 84/25 85/4 89/5
91/6 93/1 94/10 94/11 97/8
97/13 97/16 97/16 102/13
102/13 102/24 106/15 106/18
107/15 108/6 108/8 111/3
112/18 113/1 114/8 114/8
114/20 116/20 117/7 118/19
120/12 121/2 121/4 121/6
124/7 129/9 130/13 131/5
132/5 132/17 132/18 132/18
132/21 133/21 133/24 133/24
134/22 135/3 136/25 137/8
137/17 139/8 140/24 141/16
142/20 145/16 145/16 149/14
149/14 153/5 153/14 154/13
164/8 170/24 172/24 173/13
174/10 176/19 177/22 181/10
183/24 185/23 188/6 188/6
188/21 188/22 188/25 189/12
189/13
**done [35]**   10/5 33/9 33/23
43/1 51/24 57/11 61/10 62/11
63/5 71/7 71/10 71/11 72/25
73/17 84/15 91/21 108/23
112/7 113/7 125/14 149/21
154/3 162/2 162/3 164/22
167/15 167/16 169/19 175/17
175/20 177/23 179/22 180/1
180/2 183/10
**door [6]**   14/8 94/2 94/4 95/3
95/4 95/5
**Dorsey [1]**   158/20
**double [5]**   130/8 151/18
156/15 159/18 164/4
**double-check [1]**   130/8
**double-checking [1]**   159/18
**doublechecks [1]**   170/1
**down [14]**   6/20 48/10 56/22
92/6 112/2 124/1 125/4 125/9
125/11 129/22 141/20 143/14
155/25 179/21
**downs [2]**   39/21 70/19
**Dr [1]**   153/16

**draft [14]**   57/25 81/3 82/6
82/6 98/1 98/4 99/7 99/22
100/10 101/25 102/8 106/12
177/20 177/24
**drafts [1]**   111/16
**draw [1]**   93/11
**drawer [1]**   93/13
**drop [1]**   90/15
**due [5]**   30/11 30/12 30/21
39/10 99/20
**duly [2]**   4/3 190/8
**Durham [4]**   50/25 51/12 108/12
165/24
**during [31]**   13/4 24/10 36/11
36/14 38/17 38/20 40/17
40/24 41/17 57/7 69/1 73/9
79/1 115/19 123/6 136/16
141/19 143/9 145/5 145/25
146/3 147/16 148/20 168/18
169/8 169/12 170/3 170/9
170/16 171/5 180/4
**duties [5]**   12/25 15/10 19/2
19/16 44/15 53/5
**duty [4]**   11/12 32/7 32/20
146/21
**Dwayne [5]**   8/4 34/8 78/13
83/2 106/8

**E**

**e-mail [103]**   14/24 17/1 20/1
20/2 20/2 20/3 20/3 20/7
20/12 20/17 20/20 20/24 21/2
21/3 21/4 21/12 24/9 24/19
24/21 25/4 25/6 25/13 25/18
26/4 26/11 27/15 28/19 28/23
28/23 28/24 31/18 32/3 32/9
32/12 33/4 33/13 34/20 34/21
34/24 34/25 35/1 35/5 36/10
36/11 36/23 36/24 37/10
37/23 37/23 39/23 40/1 40/19
41/3 41/22 41/25 42/15 42/17
42/20 42/25 43/4 43/8 43/17
43/17 43/19 44/3 46/19 51/21
52/10 52/17 52/18 59/25 60/7
60/9 60/12 60/13 60/14 60/15
60/19 60/20 61/1 61/4 61/4
61/14 61/21 61/22 72/2 72/6
72/9 72/10 72/12 72/13 84/24
87/16 88/21 96/1 96/4 101/3
101/6 160/18 160/19 160/23
163/2 187/2
**e-mail's [1]**   72/3
**e-mailed [2]**   71/10 71/11
**e-mails [44]**   24/22 25/1 25/2
25/3 25/4 25/5 31/21 33/7
33/11 37/2 37/5 37/7 39/22
40/3 40/12 40/18 40/23 41/11
41/13 41/13 41/14 41/17
41/24 42/19 43/16 43/20
48/11 58/21 61/3 61/25 70/21
70/22 70/24 71/2 72/5 72/7
92/17 106/7 109/4 161/16
161/17 185/14 186/20 187/18
**each [16]**   13/23 21/18 21/19
21/20 24/11 24/12 24/14 25/3
36/24 39/21 41/5 57/7 90/22
137/16 153/23 183/21
**earlier [3]**   97/14 111/2 123/7
**earliest [1]**   175/21
**early [18]**   88/19 149/10
149/24 150/1 150/1 150/18
151/23 154/10 154/23 156/16
159/1 159/10 159/22 159/25

**easier [2]**   84/13 109/16
**eat [1]**   79/24
**edited [1]**   77/5
**education [2]**   97/3 97/3
**effect [2]**   83/9 100/15
**effecting [1]**   178/9
**effective [3]**   159/17 161/9
177/18
**effectuate [2]**   51/6 178/15
**effectuating [2]**   185/13
186/18
**efficacious [1]**   171/4
**effort [3]**   36/17 37/17 156/19
**efforts [2]**   9/8 156/11
**eight [6]**   4/11 4/12 131/24
131/24 132/1 134/21
**either [16]**   6/11 14/24 27/5
28/18 31/24 54/16 54/24
56/16 81/11 81/12 107/25
121/18 136/7 136/19 168/6
185/21
**elaborate [1]**   138/10
**electronic [1]**   67/14
**electronically [5]**   143/22
143/25 166/11 167/3 167/4
**eligible [3]**   21/9 31/11
110/23
**eliminating [1]**   58/11
**else [7]**   12/14 28/2 38/19
74/1 84/20 108/10 184/12
**elsewhere [1]**   48/17
**employed [3]**   174/2 182/5
183/4
**employee [6]**   105/1 119/15
125/16 132/3 158/12 162/7
**employee's [2]**   143/15 145/16
**employees [8]**   105/5 139/21
155/14 155/25 156/2 156/3
158/11 173/7
**employees' [1]**   67/21
**employment [3]**   174/3 174/5
176/24
**encounter [1]**   67/18
**encourage [1]**   125/23
**end [4]**   39/4 39/13 90/22
184/11
**ends [1]**   55/1
**enforced [1]**   109/19
**enough [3]**   65/1 105/6 111/23
**entered [2]**   26/6 137/25
**enters [1]**   167/8
**entire [2]**   22/9 74/14
**entitled [1]**   129/6
**entrance [2]**   93/24 93/25
**entry [3]**   11/10 19/8 130/15
**entry-level [1]**   19/8
**Eric [2]**   108/12 165/25
**error [16]**   121/1 121/2 121/4
121/7 121/12 121/12 121/17
121/17 121/20 121/20 121/17
130/21 139/7 171/18 172/17
174/11
**errors [6]**   146/11 146/12
149/1 150/21 150/23 155/4
**escort [1]**   27/11
**ESQUIRE [3]**   2/9 2/12 2/16
**essentially [12]**   9/7 29/6
34/14 103/21 103/23 103/23
130/9 139/25 151/18 153/25
154/12 172/16
**et [2]**   138/1 138/1

**D**

**draft [14]**

161/4 162/25 163/19 165/23

**E**

ethic's [1]  124/3
ethics [3]  139/18 189/1 189/8
evaluate [1]  119/24
evaluation [5]  27/7 118/24
119/2 119/8 119/16
even [6]  32/15 40/11 66/18
74/19 74/19 100/5
evening [1]  68/20
event [5]  145/20 146/23 161/4
176/17 186/18
eventually [1]  157/10
ever [22]  5/2 9/15 28/7 53/6
57/19 57/24 58/14 68/21
112/20 112/21 113/8 113/21
118/23 135/22 140/6 152/10
154/2 154/5 155/9 157/7
159/24 179/21
every [23]  24/17 42/15 42/17
42/20 61/15 62/13 72/6 91/25
97/16 110/11 118/22 120/19
125/1 125/1 125/11 125/12
147/23 147/24 148/22 149/5
160/24 174/10 179/10
everybody [1]  4/9
everybody's [1]  96/2
everything [8]  15/19 15/20
16/12 36/3 36/10 36/13
109/17 119/25
everything's [1]  58/24
eWarrants [1]  14/12
exact [2]  149/15 163/12
exactly [4]  56/25 66/11 66/14
97/8
examination [3]  3/5 4/2
178/12
examined [1]  4/3
example [5]  37/6 48/6 51/11
72/17 134/25
except [3]  61/2 129/19 187/22
excuse [5]  20/11 81/16 135/11
174/25 186/4
exhibit [118]  3/9 3/9 3/10
3/10 3/11 3/11 3/12 3/12
3/13 3/13 3/14 3/14 3/15
3/15 3/16 3/16 3/17 3/17
3/18 3/18 74/22 74/25 75/21
76/1 76/5 76/21 76/25 77/17
77/19 77/24 78/4 78/7 82/5
82/21 82/24 83/18 84/4 84/11
96/19 96/24 97/22 97/25
97/25 100/12 101/15 101/16
101/20 101/22 103/5 103/6
103/7 103/12 103/16 103/18
103/24 103/24 104/1 104/7
104/8 104/9 104/9 104/10
104/11 104/13 104/13 106/1
106/17 107/7 110/8 110/8
110/16 112/9 112/12 112/21
113/4 113/7 126/22 127/10
127/16 127/20 127/25 128/5
129/5 129/10 129/18 129/18
129/25 130/3 130/6 130/7
130/7 130/14 130/15 131/22
132/6 132/10 132/11 133/1
133/14 133/17 135/18 135/22
140/17 140/19 144/3 144/6
144/23 144/25 168/22 170/22
171/12 171/14 173/16 173/18
174/23 175/4 176/10 176/12
Exhibit 1 [12]  75/21 76/1
76/5 76/21 76/25 101/16

101/20 102/25 103/6 104/9
104/10 110/8

Exhibit 3 [1]  78/7
Exhibit 4 [2]  82/5 96/19
Exhibit 5 [11]  82/24 83/18
97/25 97/25 103/5 104/9
104/11 104/13 106/1 110/8
110/16
Exhibit 55 [1]  101/15
Exhibit 6 [2]  112/12 112/21
Exhibit 7 [1]  170/22
Exhibit 9 [1]  129/25
exhibits [7]  79/2 82/23 102/1
102/19 127/5 128/19 130/9
exist [1]  14/13
expect [2]  87/18 88/8
expected [4]  29/6 123/4
125/17 125/18
experience [4]  10/2 106/22
141/9 159/16
experiences [1]  110/6
expires [1]  190/17
explain [5]  15/9 43/13 119/18
152/21 153/9
explained [1]  143/2
explanation [2]  135/5 135/8
express [1]  153/24
extent [2]  161/9 180/1
eye [1]  91/13 93/12
eyebrows [1]  65/6

**F**

fact [6]  5/8 65/24 111/18
119/8 160/4 185/21
factors [1]  121/1
fail [1]  66/6
failed [5]  131/4 132/8 132/14
132/16 173/22
failing [1]  124/9
fair [11]  18/8 44/1 45/22
64/25 69/8 103/20 152/9
154/8 158/22 159/5 173/24
fall [1]  78/4
family [4]  28/21 88/18 89/23
136/9
far [4]  36/9 117/25 149/8
179/3
fax [7]  70/9 70/10 72/17
187/2 187/25 188/3 188/4
faxes [4]  185/15 186/20
187/21 187/21
FBI [1]  12/18
February [13]  6/23 7/1 8/3
117/18 145/3 145/11 147/1
149/3 149/13 162/19 168/24
176/5 190/18
February 20 [1]  145/3
February 2017 [1]  168/24
February 23 [1]  190/18
February 3 [1]  6/23
February 3rd [1]  149/13
February of [2]  8/3 117/18
feel [2]  36/6 65/1
fella [1]  173/23
fellow [1]  175/6
few [1]  88/4
Fifteen [1]  24/16
Fifty [3]  4/11 4/12 67/25
Fifty-eight [2]  4/11 4/12
Fifty-two [1]  67/25
figure [2]  138/4 169/8
figures [1]  160/1
file [9]  47/18 53/19 55/21

5673 90/4 137/16 137/19
148/10 148/10
filed [11]  4/17 6/23 116/19
117/18 145/4 149/2 149/3
149/13 162/18 171/25 173/9
files [5]  11/22 85/14 85/22
85/24 117/25
filing [2]  11/14 19/13
fill [3]  52/16 65/22 142/16
filled [3]  65/23 118/10
172/19
final [1]  115/17
find [8]  4/22 5/13 82/19
131/15 136/18 137/11 137/12
167/11
finding [1]  138/14
findings [1]  121/16
finds [1]  11/6
fine [2]  80/6 80/8
fingerprints [2]  12/11 12/19
finish [4]  51/24 54/12 87/13
112/2
finished [2]  11/12 177/23
fired [6]  157/7 157/15 157/21
176/24 177/5 177/10
first [52]  4/3 12/4 17/6 17/9
22/17 23/6 23/19 24/10 32/23
36/21 37/10 37/11 38/3 40/17
40/19 40/24 41/2 41/5 44/9
49/1 49/6 54/9 58/23 58/25
59/17 60/6 62/17 62/18 69/16
69/17 72/23 79/11 86/1
121/14 122/2 122/11 122/18
124/21 124/22 132/6 140/25
151/14 152/14 153/2 160/6
160/15 165/16 168/19 170/24
182/17 189/18 190/8
first-shift [1]  17/6
FISCAL [1]  2/17
five [21]  10/11 10/12 11/23
22/18 22/19 23/2 23/11 23/13
32/15 36/12 37/9 66/8 66/9
66/15 66/17 67/9 71/19 72/21
103/16 105/4 131/24
fix [7]  150/25 151/3 151/5
163/20 164/2 170/1 180/1
fixed [4]  154/18 154/20
154/22 169/19
fixing [1]  151/7
flag [5]  29/24 90/3 90/4
137/18 162/9
float [1]  96/22
floor [18]  14/18 16/17 16/22
52/20 54/15 56/16 59/16 86/9
86/11 90/12 96/22 124/19
124/20 124/22 124/23 126/11
186/10 187/15
flowing [1]  58/19
fluctuates [1]  42/11
folder [13]  5/17 43/20 46/6
46/10 46/20 122/14 132/19
151/10 161/2 162/6 171/23
188/13 188/14
folders [9]  11/19 53/14 53/15
105/17 172/11 172/12 172/13
173/8 173/8
folks [1]  181/25
follow [4]  46/7 73/16 120/4
146/19
following [5]  31/3 110/7
110/7 110/21 151/13
follows [2]  4/4 46/8

## F

**force [2]** 75/21 109/19
**forced [2]** 23/9 32/24
**forecast [1]** 4/15
**foregoing [1]** 190/5
**forget [2]** 82/20 82/20
**forgive [2]** 4/9 8/25
**forgot [2]** 144/13 165/25
**forgotten [1]** 54/9
**form [19]** 39/2 109/22 110/2
 114/3 115/14 115/15 117/21
 119/7 141/1 142/16 142/16
 155/19 159/2 165/21 168/1
 178/3 178/4 179/17 180/3
**formal [5]** 6/19 61/20 117/6
 118/23 163/7
**format [1]** 35/11
**forth [1]** 190/6
**Forty [2]** 23/16 23/17
**Forty-one [2]** 23/16 23/17
**found [8]** 9/21 25/17 67/22
 136/16 143/11 172/3 174/3
 174/5
**four [31]** 7/6 7/8 7/9 7/11
 9/5 17/3 17/20 18/12 23/2
 25/6 32/9 32/20 37/9 48/9
 49/15 49/24 49/25 50/10
 51/19 51/25 52/25 72/21
 86/17 87/20 95/19 98/8 105/4
 131/24 137/10 138/15 138/15
**four-hour [1]** 138/15
**fourth [2]** 20/7 133/1
**FOX [4]** 1/22 2/2 190/3 190/24
**frequently [1]** 116/11
**fresh [5]** 28/9 70/3 105/11
 105/11 105/12
**Friday [1]** 68/12
**front [14]** 5/16 11/15 94/18
 95/25 96/3 96/3 96/7 99/7
 105/25 106/3 106/14 106/25
 108/17 188/13
**full [2]** 4/6 17/18
**full-blown [1]** 17/18
**function [3]** 11/11 19/13
 150/2
**functions [2]** 90/24 90/24
**furlough [1]** 27/9
**furloughed [1]** 27/10
**further [2]** 189/15 190/14
**future [1]** 27/3

## G

**gatekeeper [1]** 66/12
**gave [3]** 119/19 126/11 163/25
**gears [1]** 126/20
**general [6]** 19/16 50/6 68/18
 96/8 96/8 168/4
**generally [14]** 23/3 23/5 23/7
 32/14 33/6 52/25 68/13 92/2
 105/1 120/10 121/9 121/9
 131/14 187/6
**generated [1]** 58/2
**generates [1]** 91/3
**get [90]** 10/9 12/16 13/6 16/5
 21/4 22/16 27/7 28/15 29/2
 31/13 32/24 33/19 35/2 35/25
 35/25 36/3 36/4 36/5 40/3
 40/7 40/18 42/5 42/7 42/18
 42/20 43/12 43/14 45/1 46/4
 46/19 46/19 46/20 46/21
 46/22 46/22 48/8 50/10 51/19
 53/23 56/4 63/21 67/24 68/1

 68/7 68/15 68/18 68/22 68/23
 68/25 69/7 69/9 73/10 79/23
 80/1 80/4 84/10 84/13 84/14
 84/15 84/22 84/24 85/7 86/17
 88/5 88/17 89/7 89/10 90/8
 95/4 103/7 103/8 103/22
 104/10 112/3 112/6 118/10
 125/19 125/21 137/10 155/5
 156/8 157/2 159/13 165/9
 173/10 175/17 178/10 183/18
 183/19 187/10
**gets [13]** 15/24 16/8 16/16
 16/21 16/21 29/19 29/20
 30/24 37/20 51/24 54/19 55/6
 166/16
**getting [18]** 19/20 28/24 33/6
 37/6 38/16 39/4 40/7 52/4
 61/24 65/23 66/2 88/5 108/5
 145/14 159/17 186/25 187/6
 187/9
**gist [1]** 163/13
**give [19]** 4/14 14/23 39/21
 51/11 63/7 79/24 82/15
 108/14 111/10 111/10 119/11
 119/12 119/18 119/22 121/19
 142/17 154/24 163/5 183/9
**given [8]** 5/2 28/1 29/15 44/1
 91/16 184/6 186/19 190/19
**gives [3]** 142/15
**giving [3]** 108/21 171/24
 190/7
**glitch [2]** 141/5 141/7
**glitches [1]** 89/19
**go [96]** 5/14 11/13 14/16
 24/21 24/23 25/1 25/3 29/8
 30/9 31/10 34/2 35/25 36/3
 36/5 36/12 37/12 37/25 38/7
 38/10 40/22 41/11 41/12
 43/23 46/23 46/23 51/7 51/22
 54/23 54/24 61/3 66/19 66/21
 70/2 70/3 70/16 70/21 80/16
 80/18 81/21 84/24 85/4 86/5
 90/11 90/16 92/10 93/1 93/1
 93/14 94/11 97/18 99/5 102/9
 102/9 102/11 102/22 109/16
 110/2 110/4 117/21 118/24
 126/2 127/12 127/23 135/12
 137/23 141/1 144/6 145/1
 146/21 148/10 152/20 153/9
 153/16 154/11 155/20 155/20
 157/13 159/2 162/5 162/6
 165/22 167/10 171/14 172/11
 172/12 172/13 173/1 173/19
 176/14 179/17 182/23 182/25
 184/17 184/21 185/5 185/23
**goal [15]** 48/8 48/14 48/20
 48/22 49/5 49/7 49/13 50/7
 50/8 51/18 64/19 86/16 86/17
 88/14 138/15
**goals [1]** 110/12
**goes [22]** 4/25 16/13 17/25
 28/10 35/8 37/16 38/6 51/22
 51/22 51/23 51/23 78/12
 90/10 91/24 103/14 103/17
 103/19 129/20 129/21 151/11
 151/13 184/10
**going [76]** 4/15 4/24 5/23
 14/1 14/2 20/19 21/1 23/7
 26/16 26/18 26/23 27/1 30/17
 30/18 32/20 36/16 38/17
 38/18 39/5 40/3 40/24 40/25
 42/2 43/14 47/4 59/13 59/23

 64/3 64/4 65/25 69/14 70/18
 70/22 71/2 71/12 71/13 72/12
 72/21 79/10 80/4 80/19 83/21
 83/23 86/22 86/23 86/25
 87/22 88/5 88/23 89/11 91/11
 93/6 93/7 96/17 96/17 96/18
 103/7 103/8 103/18 104/6
 104/7 104/8 104/10 120/20
 124/25 126/24 138/11 138/11
 148/18 152/11 155/18 155/21
 160/14 175/3 179/3 179/6
**gone [1]** 63/2
**good [21]** 51/14 61/24 70/13
 82/17 82/18 96/16 110/24
 111/7 120/16 130/20 130/23
 130/25 131/4 145/8 147/10
 148/13 148/16 154/13 160/20
 160/20 162/3
**good-time [12]** 51/14 70/13
 110/24 111/7 130/20 130/23
 130/25 131/4 145/8 147/10
 148/13 148/16
**GOODFLEISCH [1]** 1/5
**got [45]** 5/15 6/19 8/16 8/25
 10/2 12/18 16/3 18/8 33/2
 33/18 37/10 39/17 43/19
 44/11 47/14 65/1 71/7 82/10
 82/12 83/10 88/7 91/21 95/19
 98/10 99/2 99/7 103/5 106/2
 108/3 108/20 110/19 111/20
 128/19 134/5 145/15 152/25
 152/25 159/13 162/25 162/25
 163/20 173/9 178/3 185/3
 189/1
**gotten [2]** 90/5 173/8
**government [3]** 1/10 11/20
 120/6
**governs [1]** 125/13
**grade [1]** 119/19
**great [2]** 79/21 96/14
**Greg [1]** 4/13
**GREGORY [1]** 2/9
**group [2]** 86/22 105/8
**guess [6]** 85/1 94/10 117/5
 165/9 165/15 185/25
**guidance [1]** 73/24
**guide [1]** 106/16
**guides [1]** 100/10
**guy [3]** 34/15 182/14 182/15

## H

**had [76]** 5/5 5/11 5/12 9/15
 20/7 40/4 40/6 40/8 47/15
 57/5 63/7 66/9 83/3 89/19
 97/3 99/17 100/15 100/18
 105/2 105/4 105/6 106/8
 106/9 106/10 106/10 107/3
 110/6 110/9 114/20 114/21
 115/11 115/16 117/17 133/5
 139/6 142/13 142/21 150/2
 150/7 150/16 150/16 150/18
 152/2 152/4 153/7 153/7
 153/9 153/9 153/15 156/5
 156/23 159/24 159/24 163/5
 164/7 164/15 167/24 168/10
 168/11 169/13 170/13 170/14
 170/17 171/2 171/5 172/17
 175/8 177/9 177/10 177/12
 178/17 179/1 179/6 179/25
 104/14 180/14
**half [1]** 87/2
**Hall [1]** 13/5
**hamburger [1]** 155/5

## H

**hand [6]**   34/14 77/12 77/19
78/6 78/6 190/19
**handling [1]**   73/13
**hands [1]**   54/4
**hanging [1]**   69/25
**happen [5]**   91/23 120/16
141/19 154/13 184/13
**happened [9]**   5/19 131/2 137/7
142/13 152/22 156/7 168/6
172/22 173/9
**happening [3]**   153/25 154/6
173/4
**happens [3]**   14/15 29/23
131/11
**happy [1]**   6/1
**hard [3]**   46/20 46/21 46/22
**has [78]**   11/6 12/17 13/10
14/2 17/24 20/12 27/25 29/14
30/8 44/4 44/9 46/1 46/10
49/4 49/20 52/6 52/17 53/6
56/22 57/19 57/19 57/24
60/17 61/17 63/2 63/9 64/16
64/16 69/22 70/11 75/5 78/15
81/18 83/12 87/24 88/13 89/9
90/5 90/8 91/1 91/7 92/1
95/13 95/14 96/4 100/25
104/1 104/2 106/22 108/4
113/24 114/12 138/8 140/6
140/8 140/12 141/17 148/12
149/5 150/9 150/11 150/12
159/1 159/16 161/8 161/9
166/22 167/15 176/22 176/24
178/11 178/20 179/21 179/21
181/11 182/5 183/7 186/17
**hasn't [2]**   62/22 107/24
**hassle [1]**   74/19
**have [317]**
**haven't [9]**   33/25 39/14 63/4
64/8 92/6 110/9 114/8 128/23
170/24
**having [2]**   4/3 107/19
**he [84]**   29/19 29/19 29/20
29/20 30/1 30/12 34/14 34/21
37/16 43/9 44/13 51/1 51/4
51/14 59/25 60/8 63/6 63/7
64/1 64/5 64/6 68/15 68/17
83/6 118/19 118/20 118/20
125/7 125/9 125/11 131/16
131/17 131/18 146/13 150/20
150/22 150/24 151/3 152/2
152/16 152/24 153/23 153/23
154/1 154/2 154/2 154/5
154/14 154/14 154/15 154/18
154/19 154/20 154/22 154/22
154/24 154/25 155/1 155/7
158/12 160/17 163/1 163/2
163/9 163/12 163/14 163/18
163/24 163/25 164/1 164/1
166/10 168/4 168/12 169/18
169/18 169/24 174/1 174/3
174/4 174/5 174/14 176/16
176/16
**he'd [1]**   154/12
**he'll [4]**   63/7 120/2 120/22
131/16
**he's [13]**   29/25 30/11 33/25
34/10 38/6 43/9 121/1 158/11
158/13 166/15 169/21 169/21
174/10
**head [5]**   77/15 137/7 158/21
182/1 182/9

**heads [1]**   158/8
**HEALEY [4]**   1/4 134/25 165/10
165/11
**heard [6]**   57/24 58/14 64/16
117/19 159/24 165/16
**hearing [2]**   117/16 171/10
**held [2]**   92/1 171/10
**Helm [3]**   181/16 181/19 182/2
**help [5]**   96/11 96/11 146/11
149/1 155/12
**helpful [2]**   160/3 189/18
**helps [1]**   160/4
**her [15]**   17/22 81/19 82/15
84/2 96/5 96/7 102/3 143/3
148/17 157/21 158/6 166/1
180/11 182/13 183/7
**here [45]**   4/15 10/1 37/5 49/8
63/21 76/9 78/9 82/12 82/20
93/24 94/2 94/8 94/22 95/1
95/8 95/11 95/14 96/7 99/1
99/9 101/15 102/3 102/4
102/9 102/9 102/10 102/11
104/2 106/25 107/7 108/15
114/21 120/7 126/20 126/25
131/10 131/23 134/14 145/17
147/16 171/18 171/24 176/21
179/22 186/1
**here's [5]**   37/5 47/7 82/25
95/5 175/4
**hereby [1]**   190/4
**hereto [1]**   190/15
**hesitate [1]**   6/9
**hey [1]**   63/3
**HI [1]**   55/7
**HIBBS [1]**   1/4
**high [3]**   97/3 97/5 97/6
**highlight [1]**   82/16
**highlighted [13]**   3/11 81/20
99/10 99/21 100/12 104/13
105/25 106/1 107/10 107/18
108/20 110/15 110/21
**highlighting [1]**   99/13
**him [15]**   8/5 51/7 64/2 83/2
83/2 83/6 85/2 106/9 115/22
118/14 152/21 153/9 164/6
174/13 179/6
**HIP [24]**   3/14 14/19 14/20
14/24 16/23 16/25 21/8 27/5
28/1 51/24 54/16 54/24 55/7
69/20 90/12 90/14 90/16 92/4
129/6 129/7 134/11 134/15
145/9 178/8
**hire [7]**   66/16 66/20 68/1
101/10 101/19 103/4 164/9
**hired [1]**   67/17
**hires [2]**   103/21 104/16
**his [13]**   5/8 12/17 30/1 30/1
34/9 135/6 158/19 163/8
163/24 165/19 168/7 182/17
187/1
**his presentations [1]**   165/19
**history [1]**   179/25
**hit [2]**   35/24 36/3
**hold [5]**   16/7 88/2 102/12
112/4 161/20
**holding [1]**   65/25
**holds [2]**   15/19 46/14
**home [1]**   14/19
**hopefully [2]**   66/1 183/10
**hour [13]**   24/3 43/11 43/14
44/5 47/15 47/20 49/15 57/6
73/10 83/21 87/1 87/2 138/15

**hours [17]**   24/6 33/2 48/9
49/24 49/25 50/10 51/19
51/25 52/25 69/1 69/3 86/18
87/1 87/20 137/10 138/15
145/7
**house [2]**   14/19 99/20
**housed [4]**   16/18 16/19 54/18
90/14
**how [126]**   4/10 4/22 8/25 9/1
9/13 13/22 13/22 21/20 23/14
24/14 24/20 27/23 28/15
28/15 31/12 36/20 39/16
39/22 40/4 40/4 41/21 41/25
42/4 42/10 42/10 42/10 43/7
44/10 46/3 46/4 46/8 46/9
46/10 46/17 49/8 49/22 51/14
51/17 52/7 52/12 52/23 53/23
55/7 55/9 57/3 57/5 58/9
58/19 61/18 61/21 66/15
66/16 67/23 67/23 68/6 68/9
68/19 69/1 71/25 72/19 73/24
81/19 84/15 85/13 89/9 91/6
91/23 97/11 97/11 100/14
100/14 100/23 100/23 103/4
103/9 104/1 104/1 104/2
105/11 105/12 105/23 108/8
115/4 118/17 119/11 119/12
124/4 124/22 124/24 125/4
125/9 125/9 125/16 125/18
130/11 137/9 137/11 138/14
140/7 141/17 146/5 146/5
147/2 148/2 151/3 151/4
152/21 152/22 153/19 153/21
155/11 157/17 157/19 157/23
162/11 163/15 167/11 168/16
170/1 176/19 178/12 179/3
179/9 179/22 181/12 188/5
**How's [1]**   84/21
**however [2]**   16/23 29/16
**HR [2]**   66/5 119/23
**huh [100]**   4/23 5/25 6/8 6/18
7/10 12/6 16/10 17/19 18/10
19/15 19/22 21/7 23/18 24/12
24/18 26/12 27/16 27/22 29/3
31/19 32/4 32/10 33/1 34/19
35/17 36/22 37/3 37/8 39/15
42/16 42/23 45/5 46/13 47/3
47/10 48/15 48/25 49/12
53/22 55/18 57/9 60/5 62/21
64/5 66/25 71/21 72/17 73/22
74/7 74/10 79/4 87/17 89/17
91/20 92/5 92/19 100/21
101/13 101/21 107/9 117/5
122/22 123/12 128/12 128/16
133/8 133/13 138/13 139/12
141/24 143/16 144/11 146/9
146/25 147/18 147/20 155/24
156/1 156/25 158/5 158/9
159/8 161/7 162/10 163/21
169/15 172/2 172/18 174/16
174/20 177/17 179/5 182/12
182/16 184/8 185/1 187/8
188/4 189/5 189/5
**Huh-uh [1]**   133/13
**human [1]**   120/17
**hundred [1]**   41/23
**hungry [2]**   78/21 78/22

## I

**I'd [5]**   33/18 41/23 42/3
83/18 182/25
**I'll [17]**   4/14 6/11 6/11
74/18 74/24 84/19 85/7 93/13

**I**

**I'll... [9]**  96/18 119/18 119/18 119/22 121/13 121/19 126/2 144/5 184/22

**I'm [105]**  8/17 18/2 18/15 18/15 22/6 26/10 35/13 37/6 37/21 39/13 40/21 47/4 51/2 51/20 55/16 58/10 59/22 63/19 63/20 63/21 63/21 64/14 64/23 68/8 68/10 68/13 70/22 71/2 71/15 72/2 72/5 72/5 72/12 72/12 73/10 74/16 75/2 75/3 75/3 75/5 78/21 78/22 79/8 79/10 80/19 84/17 85/23 92/15 93/6 93/13 94/11 94/15 95/18 96/13 96/17 96/17 99/6 99/12 99/12 104/12 104/24 109/1 120/20 123/10 123/22 123/22 123/24 124/11 124/25 126/24 134/9 134/18 135/14 137/6 140/14 140/15 142/3 148/18 148/18 149/8 152/11 153/7 154/19 155/18 155/21 161/21 163/10 169/7 169/8 169/23 171/20 171/20 174/4 174/20 175/3 177/22 177/23 181/17 182/20 184/21 186/24 187/5 187/5 189/7 189/18

**I've [23]**  16/3 28/7 33/23 39/13 39/17 48/11 49/21 62/11 63/3 73/17 77/19 77/24 82/5 82/12 82/21 91/15 105/2 112/11 113/1 116/9 128/19 135/21 149/5

**ID [1]**  190/18

**idea [1]**  82/18

**Ideally [1]**  175/17

**ideas [1]**  164/5

**identified [7]**  12/7 25/7 83/11 135/1 156/3 176/23 177/9

**identifiers [1]**  5/10

**identifies [1]**  10/19

**II [1]**  7/24

**illuminated [2]**  111/21 111/22

**imagine [1]**  189/11

**implement [6]**  114/15 114/16 115/24 120/4 164/10 164/14

**implementation [1]**  100/11

**implemented [12]**  76/1 83/3 104/4 107/24 108/5 109/11 109/19 114/7 123/7 150/13 150/17 164/7

**implementing [1]**  113/24

**important [1]**  85/6

**in-box [1]**  60/17

**incarceration [1]**  14/20

**incentive [3]**  155/2 159/6 163/17

**incentivized [1]**  155/15

**incident [39]**  3/15 3/16 3/16 3/17 3/17 3/18 3/18 120/18 120/23 121/3 121/5 121/6 121/23 122/22 133/9 134/3 134/3 134/20 135/6 138/19 138/21 138/24 139/1 139/3 139/6 139/9 139/13 140/23 141/12 142/25 143/19 144/8 145/2 149/17 174/8 174/9 175/22 175/23 176/15

**incidents [3]**  150/11 174/7

---

175/11 include [2]  28/5 137/1

**included [7]**  40/13 40/14 99/14 113/17 133/12 134/13 136/14

**includes [5]**  22/10 30/10 77/25 107/24 117/3

**including [2]**  102/15 160/19

**incoming [1]**  109/8

**incorrect [3]**  142/3 143/2 143/8

**incorrectly [2]**  142/4 176/25

**indicate [5]**  29/8 30/4 99/13 107/2 137/20

**indicated [3]**  130/19 133/4 179/1

**indicates [7]**  43/1 60/8 78/12 136/2 136/2 141/21 173/22

**indication [1]**  163/5

**indicator [2]**  60/11 137/18

**individual [8]**  10/19 10/20 90/4 92/3 155/22 155/23 155/25 176/23

**individual's [1]**  137/16

**Individually [1]**  1/6

**individuals [4]**  156/22 156/23 158/24 176/23

**inform [3]**  109/4 121/21 189/9

**informal [3]**  117/5 117/6 163/7

**information [22]**  13/10 35/3 42/24 44/5 46/4 46/9 46/18 46/23 52/23 60/23 60/25 113/15 132/23 137/15 165/9 178/23 181/7 181/7 186/19 187/1 187/10 188/2

**information's [1]**  30/6

**informed [2]**  136/13 142/6

**initials [1]**  30/5

**inmate [51]**  5/5 5/6 10/6 12/4 13/6 14/1 19/18 20/18 20/25 27/3 27/4 27/10 28/1 28/1 28/8 28/10 30/21 31/11 31/14 35/3 35/4 40/4 40/5 40/6 40/8 49/23 52/4 52/11 52/20 53/14 71/9 78/9 78/16 88/19 90/18 122/12 122/14 137/16 137/19 137/20 141/2 141/3 145/8 148/10 166/9 186/17 186/25 187/6 187/10 188/19 189/9

**inmate's [9]**  12/17 30/10 46/9 54/18 137/19 138/11 141/12 188/14 188/17

**inmates [19]**  3/12 3/13 3/13 10/8 10/10 10/14 10/24 13/3 13/15 13/20 21/5 26/21 26/23 27/7 31/1 40/2 40/22 70/15 181/8

**inordinately [1]**  90/6

**input [1]**  84/25

**inquired [2]**  63/9 63/13

**inside [10]**  46/9 101/8 132/19 151/11 160/23 161/17 161/21 161/23 168/7 186/6

**insofar [1]**  54/25

**instance [1]**  148/13

**instances [4]**  140/12 142/23 183/18 184/9

**instead [6]**  29/2 40/7 103/5 145/11 145/15 171/24

**instituting [1]**  150/9

---

instructed [2]  138/21 138/23

**instruction [5]**  100/13 100/21 101/2 103/8 154/24

**instructional [1]**  106/16

**instructions [1]**  109/15

**intake [43]**  10/16 11/24 12/21 13/18 14/10 14/10 14/16 16/13 22/10 43/10 44/6 51/23 52/19 54/2 54/5 54/11 54/12 54/19 55/1 55/9 55/9 56/14 56/14 59/9 59/14 72/22 78/9 78/15 85/18 85/20 85/21 87/10 87/10 90/10 93/1 95/7 95/8 95/14 101/4 108/22 126/18 172/15 186/9

**intake/release [2]**  52/19 54/19

**intentionally [1]**  120/16

**interest [1]**  190/16

**interested [1]**  169/24

**internal [14]**  90/3 114/18 115/2 123/8 145/5 146/3 146/8 146/23 147/12 147/17 147/21 148/20 149/18 169/6

**interrupts [1]**  88/1

**intervals [1]**  109/8

**interview [3]**  66/8 66/13 66/18

**interviewed [3]**  9/23 179/14 179/20

**interviews [2]**  65/25 173/6

**introducing [1]**  96/18

**investigate [1]**  122/15

**investigation [2]**  61/17 178/11

**involved [9]**  13/19 28/20 53/9 112/18 117/20 117/24 141/3 147/2 185/14

**involvement [2]**  51/4 112/16

**involves [1]**  67/13

**involving [1]**  120/8

**is [431]**

**is what's [1]**  75/11

**issue [2]**  35/8 165/19

**issued [2]**  131/16 131/17

**issues [6]**  51/5 51/10 67/18 67/20 119/17 119/18

**it [523]**

**it applied [1]**  131/18

**it'll [6]**  59/12 111/9 111/10 112/2 184/17 184/17

**it's [147]**  7/7 8/17 12/4 12/13 12/14 12/18 13/6 13/9 13/9 14/2 17/23 21/15 26/16 26/18 26/21 27/17 28/17 31/22 32/1 35/12 35/21 39/4 39/19 39/19 46/25 47/21 48/22 52/25 53/25 57/4 57/10 57/10 57/10 58/17 59/23 60/14 60/15 60/18 61/22 62/2 62/2 62/9 62/10 65/7 66/2 66/3 66/3 66/4 66/24 67/1 68/4 69/23 69/23 71/8 71/10 72/13 73/7 73/7 73/16 73/20 74/12 74/12 74/14 74/16 77/4 81/11 81/12 81/14 82/13 82/13 82/13 83/14 83/20 84/24 87/5 89/2 90/9 91/25 91/25 92/1 92/3 93/5 96/4 96/16 97/15 98/16 99/14 99/19 99/14 99/17 100/5 100/14 101/5 101/8 103/9

**I**

it's... [52]  104/8 104/20
106/16 107/16 109/18 109/18
110/17 111/6 111/8 111/8
112/2 114/20 119/7 119/8
120/12 120/16 121/2 124/2
125/20 126/15 126/16 126/16
126/16 129/24 136/7 137/6
139/7 141/18 142/9 143/11
143/22 146/15 147/16 148/3
148/4 149/1 161/3 161/14
162/1 166/17 166/18 167/25
172/14 175/3 176/18 176/18
178/24 178/24 182/14 182/15
187/22 189/16
items [2]  3/20 114/6
iterations [1]  125/15
its [2]  29/7 52/7
itself [3]  60/19 60/20 113/9

**J**

Jackson [1]  181/20
JACOB [1]  1/4
jail [25]  3/14 6/24 16/19
27/2 27/5 30/15 30/15 34/11
69/20 69/24 99/11 100/14
129/10 129/12 131/25 132/2
134/12 166/14 178/8 181/12
182/8 182/8 183/2 183/7
183/8
jail-X [1]  181/12
jails [1]  27/1
JAMES [3]  1/4 2/12 116/23
January [6]  3/12 9/17 113/8
145/10 168/23 169/5
January 19 [1]  145/10
January 2009 [1]  9/17
JARVIS [1]  1/4
Jeff [1]  144/10
JEFFERSON [2]  1/9 2/17
Jim [12]  83/21 112/13 127/18
127/23 128/2 128/8 144/7
145/1 171/15 173/20 175/5
176/14
job [5]  44/15 65/2 90/18 92/7
97/2
jobs [1]  67/22
Joseph [2]  173/22 174/1
JR [2]  1/4 1/5
judge [10]  14/3 20/22 26/7
27/10 27/25 29/8 29/14 31/23
31/24 87/15
judge's [1]  87/15
judges [2]  137/2 180/19
judgment [1]  5/11
judgments [1]  5/10
July [1]  9/14
jumps [1]  108/16
just [94]  5/11 16/7 16/7
17/23 20/15 20/16 21/13
22/13 27/2 27/17 29/13 34/22
34/25 37/24 38/16 40/11
42/13 53/5 55/13 55/20 56/2
64/5 64/15 67/1 67/3 67/22
68/4 70/22 71/11 71/12 71/19
71/23 71/24 73/7 73/16 74/18
78/7 80/9 82/19 83/15 83/23
84/2 84/5 91/17 92/3 96/7
97/14 99/5 99/5 100/15
104/12 104/12 106/16 106/17
108/14 111/24 113/7 115/18
116/2 117/8 120/10 122/25

124/8 125/6 125/6 126/2 126/4
127/5 128/7 128/11 129/20 130/7
150/7 150/20 156/20 156/23
157/7 160/2 161/16 161/20
161/25 161/25 164/25 166/7
168/4 171/1 176/2 178/5
178/9 178/14 178/16 182/1
183/9 184/20 184/24 186/2
Justice [1]  13/5
Justin [1]  133/1
juvenile [1]  28/21

**K**

keep [13]  58/19 60/14 60/23
60/25 89/12 91/13 134/7
137/17 142/5 143/3 143/12
160/23 161/16
keeping [2]  66/3 67/19
KENTUCKY [9]  1/1 1/9 2/3 2/4
2/11 2/14 2/19 190/1 190/4
KEO [1]  104/20
kept [2]  92/9 162/12
keyboard [2]  67/14 67/15
kind [37]  4/15 4/21 9/7 10/7
11/18 27/9 55/1 68/23 69/21
70/22 70/23 72/6 73/13 81/2
92/12 92/25 96/21 101/2
106/16 114/23 118/2 119/1
126/1 127/5 127/6 131/7
132/3 132/4 138/8 140/6
154/24 155/2 155/3 155/25
162/9 179/22 186/6
knew [3]  113/9 143/1 143/6
know [133]  4/24 6/13 6/20
23/14 25/16 31/22 34/23
35/11 37/21 42/11 46/24 47/7
53/5 53/5 55/7 55/9 57/3
60/17 61/13 61/21 62/25
63/22 63/22 64/1 64/14 64/15
67/8 67/11 68/4 68/5 69/6
75/4 77/13 78/21 79/11 79/12
79/20 82/22 83/2 83/15 84/7
84/15 84/22 85/20 85/24 89/7
89/7 89/23 90/3 91/6 94/11
94/12 97/6 97/8 97/16 101/14
103/4 105/23 106/9 108/6
108/8 111/3 111/20 112/23
113/1 114/9 114/20 116/19
116/20 117/7 118/19 121/16
122/15 124/4 126/3 128/10
128/24 129/2 129/7 129/12
130/11 130/13 131/5 131/17
132/17 132/18 132/21 133/9
133/20 133/24 133/25 135/4
136/4 136/20 137/9 139/16
139/16 140/20 141/2 141/16
142/20 143/5 147/1 149/13
149/14 149/14 150/13 152/24
152/25 154/18 159/21 160/19
162/1 162/5 168/3 170/24
174/10 174/12 175/1 175/18
177/22 180/22 181/6 181/10
182/13 182/22 188/21 188/22
188/24 188/25 189/12 189/13
189/16
knowing [1]  178/5
knowledge [12]  47/22 65/12
74/1 86/4 107/23 112/20
114/5 118/1 134/24 167/15
172/20 181/12
known [2]  142/10 143/7
knows [4]  69/4 69/9 84/3
164/23

Krista [4]  158/1 158/3 158/4
158/10
KSR [1]  5/5

**L**

L-E-E [1]  158/8
lack [1]  139/25
lady [2]  130/16 175/7
Large [2]  2/3 190/4
LARRY [1]  1/4
last [19]  33/20 64/6 71/15
98/1 98/23 113/7 116/16
125/7 128/2 132/11 133/14
133/17 138/12 157/17 158/6
162/15 162/15 162/16 165/23
late [76]  3/14 3/14 129/6
129/7 129/10 129/11 131/24
132/2 134/8 134/10 134/11
138/18 141/25 142/1 142/9
142/9 142/24 144/9 148/17
149/10 149/24 150/1 150/17
151/23 151/25 152/3 152/4
152/8 152/12 152/16 152/17
152/21 153/9 153/17 154/10
154/12 154/15 154/23 155/3
156/16 156/19 157/25 158/24
158/25 159/9 159/9 159/22
159/25 161/4 161/10 162/9
162/25 163/1 163/19 163/20
164/15 167/23 168/2 168/10
168/11 170/16 171/4 171/16
173/24 175/7 175/12 175/13
175/22 175/23 176/17 177/1
177/19 179/3 179/15 180/19
188/16
later [9]  80/22 87/20 87/20
88/10 88/11 88/12 109/16
143/11 188/17
latest [1]  68/17
LAW [1]  2/13
lawsuit [11]  4/17 4/19 6/23
116/19 117/18 145/4 149/2
149/4 149/12 162/18 165/7
laying [1]  69/15
layout [1]  3/10
leading [1]  95/3
learn [4]  103/22 103/23
105/12 105/12
learning [2]  105/11 105/18
least [8]  23/13 32/20 32/20
39/25 40/3 42/15 61/15 128/3
leave [1]  65/17
leaves [3]  41/2 52/11 52/20
led [2]  9/20 171/2
Lee [3]  158/1 158/7 158/10
left [1]  94/25
legislation [1]  51/13
legislature [1]  51/13
length [1]  131/9
less [1]  100/2
let [75]  4/12 4/14 12/2 16/2
17/2 20/4 20/15 21/25 21/25
22/14 26/9 26/9 40/16 47/7
58/23 64/17 64/17 66/21
67/23 67/23 68/4 74/8 74/16
74/17 74/24 77/8 77/12 77/19
78/6 78/24 79/16 79/16 79/20
80/18 80/19 81/2 82/4 82/4
82/14 82/19 82/19 82/20
82/21 82/24 83/2 89/7 92/16
96/12 102/7 104/5 104/5
108/14 112/11 113/6 115/20
119/16 130/7 131/17 131/23

203

**L**

**let... [16]** 135/21 140/19 140/20 141/1 144/5 144/25 154/13 155/1 160/2 160/2 173/18 174/21 176/12 176/20 180/25 180/25
**Let' [1]** 97/18
**let's [36]** 20/16 33/18 34/2 40/17 42/13 47/8 47/16 66/21 78/22 78/22 79/21 79/22 80/16 80/16 84/19 87/16 96/5 97/24 97/24 99/5 101/11 102/2 104/16 105/3 112/3 126/20 130/14 130/14 131/22 140/15 140/25 141/1 141/8 145/22 154/13 165/20
**letting [2]** 106/9 160/19
**level [4]** 11/10 19/8 27/19 164/16
**levels [1]** 8/17
**LEXINGTON [1]** 2/14
**light [1]** 83/14
**like [58]** 7/20 11/5 15/19 17/17 19/7 25/16 33/18 37/22 43/18 46/6 49/10 51/13 58/18 64/10 64/19 65/1 66/4 81/1 83/10 83/18 85/5 86/16 87/1 87/8 90/8 91/25 92/3 92/24 93/12 105/3 105/4 115/16 116/13 117/5 117/13 118/7 123/6 126/8 129/5 129/19 129/23 130/6 130/9 130/25 145/16 145/19 146/14 146/14 148/6 152/17 155/5 162/22 164/17 179/21 184/20 185/25 186/5 186/6
**likely [1]** 145/25
**limitations [1]** 110/12
**LINDA [4]** 1/22 2/2 190/3 190/24
**line [13]** 3/21 3/21 3/22 3/22 3/23 3/23 3/24 18/18 18/23 18/24 78/12 143/14 154/1
**list [9]** 3/15 30/23 31/2 31/6 31/7 37/6 57/16 130/13 133/12
**listed [5]** 114/20 129/25 130/3 135/24 141/3
**listen [1]** 63/21
**lists [3]** 129/19 130/11 148/7
**little [10]** 4/14 6/19 43/12 57/4 66/4 76/17 93/6 123/7 126/21 185/21
**live [5]** 10/18 10/22 12/3 12/11 12/17
**LMD [7]** 3/15 3/16 3/16 3/17 3/17 3/18 3/18
**LMDC [21]** 7/2 7/3 20/3 20/6 21/12 25/24 33/14 42/8 70/24 70/25 88/21 88/23 90/9 95/23 96/4 96/5 105/22 114/6 114/14 174/2 189/9
**LMDC's [3]** 115/12 139/18 189/1
**located [4]** 95/9 124/12 151/11 172/14
**long [24]** 9/13 44/10 46/3 46/4 46/17 49/8 49/22 52/7 52/24 55/7 55/9 61/21 68/19 73/17 90/6 91/6 104/1 104/1 104/2 120/15 137/4 141/17 167/11 189/16

**longer [7]** 3/3 78/25 92/2 109/5 122/16 129/21 174/1
**longest [3]** 129/21 129/25 130/4
**look [34]** 8/8 24/22 24/22 39/25 61/4 63/3 79/10 79/19 91/10 101/20 108/17 109/20 109/25 110/15 119/25 128/11 129/18 129/19 130/14 131/22 131/23 132/25 137/13 137/24 137/24 137/24 137/24 140/19 140/25 145/16 149/20 162/2 163/5 176/20
**looked [1]** 21/17
**looking [12]** 70/22 72/13 75/5 99/6 105/24 116/25 121/1 127/6 128/10 132/6 141/20 147/3
**looks [15]** 17/17 24/9 24/9 31/18 47/23 81/1 83/10 93/12 129/5 129/6 129/23 130/6 130/9 145/19 186/5
**lose [2]** 97/11 97/13
**lost [2]** 90/5 97/14
**lot [10]** 4/24 4/25 5/23 58/18 66/6 83/20 84/12 84/14 146/11 178/10
**LOUIS [1]** 1/4
**LOUISVILLE [8]** 1/2 1/10 2/4 2/14 2/19 75/6 112/12 187/4
**lower [1]** 19/8
**lunch [6]** 78/23 79/1 80/14 85/12 111/13 138/16

**M**

**ma'am [17]** 4/6 7/1 21/23 80/24 93/14 127/12 128/8 135/13 144/6 170/23 171/14 173/19 175/16 176/13 176/20 181/14 189/16
**machine [3]** 12/11 70/9 72/18
**made [39]** 5/16 50/9 52/6 56/20 64/8 76/24 81/4 82/7 107/3 107/4 107/19 107/21 117/4 118/7 130/24 131/15 134/21 134/22 136/12 139/8 139/21 140/3 140/9 140/13 143/2 143/2 143/6 143/7 143/11 143/13 148/17 151/4 156/17 170/15 171/18 171/19 172/17 177/19 178/17
**Mae [5]** 166/1 166/2 166/3 178/16 180/11
**Mae Porter [1]** 180/11
**mail [104]** 14/24 17/1 20/1 20/2 20/2 20/3 20/3 20/7 20/12 20/17 20/20 20/24 21/2 21/3 21/4 21/12 24/9 24/19 24/21 25/4 25/6 25/13 25/18 26/4 26/11 27/15 28/19 28/23 28/23 28/24 31/18 32/3 32/9 32/12 33/4 33/13 34/20 34/21 34/24 34/25 35/1 35/5 36/10 36/11 36/23 36/24 37/10 37/23 37/23 39/23 40/1 40/19 41/3 41/22 41/25 42/15 42/17 42/20 42/25 43/4 43/8 43/17 43/17 43/19 44/3 46/19 51/21 52/10 52/17 52/18 59/25 60/7 60/9 60/12 60/13 60/14 60/15 60/19 60/20 61/1 61/4 61/4 61/14 61/21 61/22 72/2 72/6 72/9 72/10 72/12 72/13 84/24

87/16 88/21 96/1 98/4 101/3 101/6 109/8 160/18 160/19 160/23 163/2 187/2
**mail's [1]** 72/3
**mailbox [1]** 109/3
**mailed [2]** 71/10 71/11
**mails [44]** 24/22 25/1 25/2 25/3 25/4 25/5 31/21 33/7 33/11 37/2 37/5 37/7 39/22 40/3 40/12 40/18 40/23 41/11 41/13 41/13 41/14 41/17 41/24 42/19 43/16 43/20 48/11 58/21 61/3 61/25 70/21 70/22 70/24 71/2 72/5 72/7 92/17 106/7 109/4 161/16 161/17 185/14 186/20 187/18
**main [10]** 3/14 11/11 16/19 19/17 129/10 129/11 131/25 132/2 134/12 178/8
**maintenance [3]** 98/4 98/18 98/20
**major [2]** 77/1 108/13
**make [62]** 7/21 11/19 14/5 15/13 15/16 16/3 25/5 31/3 31/7 31/13 33/24 36/17 36/18 37/17 37/19 38/8 39/1 40/16 41/13 43/19 46/11 46/14 56/23 62/16 69/13 69/14 69/22 69/22 70/3 70/4 70/6 70/11 70/13 70/14 71/7 71/9 71/10 71/17 72/23 72/25 84/4 84/12 86/14 91/17 91/21 92/25 104/12 107/13 109/14 114/15 115/20 119/13 120/17 120/23 126/9 140/2 148/11 149/21 152/24 161/2 171/3 188/11
**makes [3]** 31/3 109/16 121/11
**making [13]** 3/21 15/13 36/24 56/2 57/10 57/16 71/6 71/11 71/12 115/19 131/8 155/15 156/5
**man [1]** 33/12
**management [4]** 30/15 39/12 68/24 166/14
**manager [1]** 63/6
**maneuver [1]** 141/11
**manual [1]** 110/22
**manually [5]** 53/24 53/25 55/20 56/23 58/12
**many [20]** 6/6 21/20 23/14 33/23 33/23 39/22 40/4 40/5 41/21 42/2 42/4 42/10 57/5 66/15 66/16 69/1 73/12 97/11 137/9 138/14
**Marie [2]** 182/11 182/17
**mark [20]** 59/2 74/18 74/25 78/7 82/4 82/14 82/21 83/18 96/17 96/19 126/25 127/8 144/5 145/6 146/4 147/19 147/22 148/21 149/19 174/9
**marked [35]** 74/22 75/20 77/12 77/17 77/24 78/4 82/5 96/24 97/22 102/1 102/19 104/2 110/7 110/8 112/9 112/11 113/4 113/6 127/10 127/16 127/20 127/25 128/5 128/19 135/18 135/22 140/17 144/3 144/23 171/12 173/16 173/18 174/23 176/10 176/12
**marriage [1]** 190/15
**Marylea [3]** 17/11 141/21

# M

**Marylea... [1]**  142/21
**match [2]**  43/17 43/20
**matching [2]**  37/25 44/13
**material [1]**  99/23
**matter [6]**  5/8 65/11 65/24
  111/18 119/8 185/20
**Maurice [6]**  181/19 182/10
  182/18 182/19 182/20 182/21
**may [36]**  6/6 6/12 6/12 6/13
  22/23 23/1 23/9 28/24 32/23
  32/24 37/12 40/7 45/12 54/9
  66/8 66/17 73/24 77/3 89/5
  92/24 93/6 93/18 105/4 106/6
  127/4 132/22 163/12 165/23
  171/23 175/20 175/22 175/23
  183/9 186/19 187/1 188/3
**May 11 [1]**  175/23
**may add [1]**  22/23
**may also [1]**  45/12
**may be [1]**  93/6
**may have [4]**  66/8 77/3 92/24
  165/23
**may need [1]**  93/18
**may not [2]**  6/13 89/5
**may provide [1]**  132/22
**may want [1]**  127/4
**May we [1]**  105/4
**maybe [12]**  15/1 23/1 43/12
  62/2 84/10 88/2 88/18 89/5
  97/15 117/6 125/1 125/3
**me [120]**  4/9 4/12 4/14 5/17
  5/18 7/15 8/25 9/5 12/2
  13/22 15/9 16/2 16/5 17/2
  20/4 20/11 20/15 21/25 21/25
  22/14 25/7 26/9 26/9 27/14
  34/23 40/16 43/13 49/4 51/11
  58/18 58/23 64/17 64/17
  67/23 67/23 68/4 68/13 68/17
  69/12 71/19 74/16 74/17
  74/24 75/9 76/13 77/8 77/12
  77/19 78/6 78/24 79/16 80/18
  80/19 81/3 81/16 82/4 82/4
  82/14 82/19 82/19 82/20
  82/21 82/24 92/16 93/7 93/11
  96/12 102/7 104/5 104/18
  108/14 108/14 108/14 108/16
  112/11 113/6 115/20 119/5
  119/6 121/19 130/7 131/17
  131/23 134/14 135/11 135/21
  140/19 140/20 141/1 141/9
  143/18 144/5 144/25 145/22
  145/23 148/1 150/20 150/20
  150/24 152/16 152/20 154/24
  155/1 155/2 160/2 160/8
  164/1 169/22 171/22 173/18
  174/21 174/25 176/12 176/20
  179/22 179/25 180/25 186/4
  190/8 190/9
**mean [51]**  13/2 26/20 28/20
  28/21 29/13 35/12 38/16
  38/20 41/11 43/13 49/7 49/19
  54/11 58/4 58/6 58/8 63/12
  64/14 64/22 65/18 73/5 73/7
  73/18 83/20 84/16 89/15
  103/16 115/4 120/15 124/7
  125/1 131/8 131/18 132/9
  132/15 138/10 140/2 141/11
  146/13 154/14 155/11 155/11
  156/11 160/5 163/13 163/16
  164/6 167/21 169/21 181/2
  187/6

**meaning [2]**  162/16 163/13
**means [3]**  109/18 136/13 161/9
**meet [2]**  64/19 153/16
**meeting [1]**  73/18
**meetings [2]**  114/2 115/19
**Melis [1]**  106/21
**Melissa [1]**  106/23
**MELLOAN [1]**  1/5
**member [3]**  88/18 89/23 136/9
**members [1]**  104/3
**mentioned [4]**  21/13 34/8
  161/12 169/6
**Merritt [4]**  142/2 142/8 143/1
  143/6
**method [1]**  30/13
**metro [21]**  1/10 11/20 112/13
  120/6 145/5 146/3 147/16
  148/20 149/17 165/19 166/5
  169/11 169/13 170/11 170/13
  170/17 170/20 171/6 180/4
  182/3 187/4
**Metropolitan [1]**  75/6
**MICHAEL [3]**  1/4 108/13 176/16
**middle [1]**  95/18
**might [13]**  16/15 39/23 40/18
  40/18 44/4 46/17 55/8 85/2
  98/23 98/23 138/3 138/4
  188/8
**mind [3]**  79/23 157/22 176/8
**mine [1]**  102/6
**minute [7]**  62/4 67/5 67/9
  82/24 83/16 109/8 140/20
**minutes [17]**  24/16 24/17
  33/20 42/15 46/16 47/16 57/6
  61/15 62/2 62/3 62/13 71/19
  88/4 109/5 110/10 110/12
  165/1
**mirror [2]**  31/8 75/19
**mirrors [1]**  106/17
**mistake [16]**  130/24 131/12
  131/15 132/19 139/8 139/11
  139/14 139/22 140/2 140/3
  140/9 140/13 143/11 143/13
  172/7 184/12
**mistakes [5]**  120/17 131/8
  155/15 155/17 156/5
**misunderstood [1]**  18/4
**mix [1]**  102/13
**mixed [1]**  183/19
**modifying [2]**  133/5 144/14
**Monday [2]**  68/12 71/8
**money [1]**  164/12
**monitor [5]**  13/7 13/10 13/14
  90/17 109/3
**month [7]**  97/12 97/14 155/4
  157/4 165/24 167/17 181/8
**month's [1]**  97/13
**months [5]**  62/19 138/12
  167/17 167/18 167/18
**more [26]**  7/20 33/11 36/15
  40/4 43/12 44/5 47/20 55/13
  56/1 56/1 65/9 69/4 69/9
  74/12 93/5 93/18 125/2
  127/23 132/22 137/10 145/24
  156/5 159/20 161/5 164/12
  183/25
**morning [6]**  69/13 87/18 88/7
  88/20 151/14 160/15
**mornings [1]**  72/23
**most [18]**  25/16 25/17 34/24
  36/6 36/19 37/18 38/12
  106/20 106/22 107/12 157/11

**motion [3]**  27/1 27/2 165/9
**move [4]**  84/19 105/13 105/14
  105/22
**MR [18]**  3/5 4/5 33/24 50/22
  50/22 68/12 79/17 80/2 125/9
  126/9 131/15 131/21 132/7
  132/13 134/25 146/10 152/21
  182/23
**Mr. [21]**  9/11 50/19 63/17
  108/10 108/11 111/12 115/21
  118/9 124/22 150/20 152/19
  152/20 153/4 160/19 162/1
  165/24 168/7 168/12 172/20
  174/10 179/16
**Mr. Bolton [3]**  150/20 153/4
  174/10
**Mr. Clark [12]**  9/11 50/19
  63/17 108/10 108/11 152/19
  152/20 160/19 162/1 168/12
  172/20 179/16
**Mr. Clark's [2]**  124/22 168/7
**Mr. Durham [1]**  165/24
**Mr. Ogburn [3]**  111/12 115/21
  118/9
**Ms [15]**  17/20 78/6 79/21
  83/24 84/13 112/4 112/11
  117/14 131/3 131/9 142/7
  142/12 143/1 143/6 171/18
**much [14]**  32/8 43/7 46/8 46/9
  46/10 57/3 58/9 67/13 67/23
  85/13 86/24 138/5 178/9
  187/22
**Mucker [2]**  17/5 17/5
**multiple [1]**  5/12
**must [4]**  171/25 172/7 173/7
  173/8
**my [43]**  4/12 5/16 6/6 6/17
  9/2 39/13 47/4 48/22 48/23
  49/3 63/16 63/24 70/19 70/21
  72/2 72/2 77/15 81/14 82/2
  84/24 84/25 89/25 91/15
  91/16 94/21 103/1 103/1
  119/11 119/12 121/19 137/7
  152/17 158/21 170/24 172/7
  174/14 184/20 184/22 190/10
  190/13 190/17 190/18 190/19
**myself [3]**  73/14 75/3 162/6

# N

**name [25]**  4/6 5/8 5/12 12/17
  30/10 78/16 91/3 91/7 91/8
  91/24 133/1 141/2 141/13
  141/13 141/21 145/16 157/14
  157/17 158/6 158/19 166/1
  181/18 182/4 182/17 184/20
**name's [1]**  4/12
**named [3]**  134/24 173/22 182/1
**names [10]**  31/7 31/8 31/10
  66/5 90/25 91/13 92/10 92/14
  130/11 180/12
**narrative [4]**  140/25 141/20
  176/17 176/18
**nature [9]**  5/1 10/2 85/25
  90/1 131/8 131/13 136/9
  153/3 188/11
**NCIC [4]**  10/23 14/13 54/14
  95/5
**necessary [1]**  51/23
**neck [1]**  138/4
**need [37]**  6/1 6/12 6/16 10/1
  33/12 35/25 39/18 42/5 46/4
  46/8 58/11 62/13 70/10 70/18

**N**

**need... [23]**  73/4 73/19 73/20
73/24 74/20 92/25 93/18 97/2
97/4 101/15 102/22 109/20
109/25 119/13 153/24 153/24
153/25 162/5 163/9 163/11
164/9 187/17 188/2
**needed [7]**  70/20 72/13 120/4
151/24 152/3 154/3 178/18
**needs [15]**  27/7 30/1 38/23
39/20 43/1 54/24 61/14 71/3
71/4 73/1 96/11 112/4 169/18
169/19 169/19
**never [5]**  73/5 113/1 113/2
150/7 176/8
**new [15]**  24/22 68/1 68/2
99/14 101/3 101/10 101/19
103/4 103/21 104/16 104/19
105/1 105/4 105/8 173/7
**newer [1]**  70/5
**newest [1]**  47/24
**next [7]**  35/23 39/16 65/25
132/11 132/11 151/11 184/3
**night [3]**  21/6 31/2 141/22
**nine [5]**  68/18 134/12 134/12
134/17 134/19
**no [196]**
**nod [1]**  6/18
**nonchalant [1]**  154/14
**none [2]**  15/12 100/2
**noon [3]**  68/13 68/15 68/16
**normally [1]**  105/10
**not [166]**  4/18 4/19 4/19 6/13
8/9 11/8 12/13 14/15 16/13
16/16 18/18 23/7 26/23 32/11
32/12 33/6 35/13 38/15 38/18
39/5 40/3 40/11 40/23 47/5
47/12 50/13 51/2 53/4 57/11
57/15 61/10 62/2 62/9 63/11
63/21 66/2 68/2 68/8 68/10
75/4 75/14 76/1 76/13 77/1
77/25 80/19 81/9 81/11 81/12
83/3 84/2 85/23 86/15 86/25
88/22 89/5 89/7 92/1 92/2
92/15 93/13 94/15 95/25 96/5
96/16 97/15 98/2 99/14 99/23
100/5 100/8 100/16 102/23
103/24 104/7 104/13 105/15
106/10 106/12 107/1 109/10
110/8 110/23 111/3 111/4
113/9 114/21 115/14 117/9
118/4 118/25 120/8 120/16
120/19 120/20 120/20 120/24
121/23 123/22 124/2 124/11
124/25 124/25 124/25 125/6
126/18 128/2 129/4 129/8
129/9 129/12 130/20 132/20
133/5 133/7 134/9 134/25
135/23 136/5 136/14 136/22
138/5 138/14 140/13 140/14
141/3 141/18 142/6 142/7
142/10 145/8 145/11 145/12
145/20 147/11 148/13 150/6
150/15 152/11 154/7 154/12
155/13 155/18 155/21 159/22
160/20 163/10 163/12 164/7
164/11 173/1 175/3 175/8
175/20 177/22 177/22 177/23
177/25 178/25 179/15 180/21
180/24 183/25 187/22 189/12
190/14
**notary [4]**  2/3 190/3 190/17

190/18
**note [4]**  31/13 110/19 132/6
165/21
**noted [1]**  174/7
**notes [1]**  190/10
**notice [1]**  71/5
**notification [2]**  28/15 89/19
**notified [6]**  122/11 174/7
174/9 174/10 174/13 174/15
**notify [3]**  89/6 122/8 123/17
**now [83]**  7/15 7/23 8/5 12/24
13/17 17/2 18/21 22/22 23/14
23/19 24/2 26/3 28/22 31/17
32/5 33/5 34/17 35/15 36/2
36/15 37/12 38/10 46/17 47/8
50/19 53/1 53/16 61/13 62/10
71/18 73/12 74/8 75/4 75/19
76/3 76/17 85/12 89/9 90/13
99/4 99/18 100/3 100/11
100/17 101/17 105/24 106/24
108/12 108/23 110/25 112/1
112/1 112/3 113/17 115/20
115/23 116/25 125/25 126/10
130/14 132/6 136/2 142/7
143/14 146/3 147/23 149/2
158/11 158/13 161/12 166/4
166/9 167/23 168/14 171/16
177/15 180/25 183/1 183/15
184/6 185/11 185/20 189/1
**number [10]**  12/18 12/18 15/16
22/14 30/10 30/10 42/6 67/5
128/3 128/7
**number's [1]**  15/16
**numbers [5]**  14/5 22/9 22/23
46/11 111/9
**nuts [1]**  69/4

**O**

**o'clock [2]**  23/22 33/7
**object [2]**  80/19 80/20
**objection [12]**  64/11 109/22
110/2 117/21 155/19 159/2
159/15 165/21 168/1 170/4
179/17 180/3
**obligated [1]**  63/23
**observing [1]**  118/19
**obtain [1]**  79/2
**obviously [2]**  120/7 187/18
**occasion [3]**  153/16 168/8
168/14
**occasions [1]**  153/23
**occur [3]**  170/8 170/19 179/9
**occurred [6]**  140/8 152/15
152/22 170/16 171/5 176/19
**occurring [1]**  153/3
**occurs [4]**  140/7 147/13
147/22 148/22
**October [2]**  145/3 190/20
**off [33]**  22/24 23/3 23/8
32/17 34/2 34/5 39/13 44/23
54/4 61/1 68/13 77/13 80/10
81/21 81/24 85/4 90/15 90/17
92/7 92/17 92/22 97/18 97/20
111/2 120/2 127/2 136/5
136/22 137/7 158/21 183/12
185/9 188/7
**Off-the-record [5]**  34/5 81/24
97/20 127/2 183/12
**offhand [3]**  69/9 129/9 149/15
**office [19]**  3/10 11/14 18/19
19/16 35/21 70/21 72/2 73/23
87/23 93/2 94/21 124/18
124/22 152/21 163/8 168/7

168/7 183/2 183/7
**officer [7]**  12/10 119/23
130/16 131/23 133/19 134/13
134/22
**often [17]**  24/14 61/18 71/25
72/19 91/23 118/20 124/24
125/1 125/4 125/6 125/9
125/16 125/18 125/18 125/23
140/7 179/9
**oftentimes [1]**  152/20
**OGBURN [7]**  2/16 79/17 80/2
111/12 115/21 118/9 126/9
**oh [23]**  5/7 23/23 58/13 63/19
71/17 75/3 80/12 81/15 83/11
95/18 96/14 102/9 102/16
102/21 102/25 104/24 109/1
117/23 135/13 165/23 171/21
182/15 188/21
**okay [559]**
**old [2]**  4/10 99/14
**older [2]**  70/4 70/6
**oldest [6]**  36/19 37/19 37/20
38/11 47/24 86/12
**OLDHAM [1]**  190/2
**once [21]**  11/11 12/16 14/8
24/25 30/3 30/17 43/16 54/3
55/6 65/9 67/17 71/22 84/20
86/9 87/13 105/12 112/2
123/13 125/1 151/9 179/12
**one [129]**  4/21 7/5 7/16 7/18
8/6 8/9 8/17 8/20 9/2 9/2
9/18 9/18 11/13 13/4 15/3
17/20 17/23 17/24 18/8 18/11
21/18 23/1 23/16 23/17 24/10
25/7 28/7 28/11 31/8 32/2
33/3 34/20 36/3 36/15 37/9
37/9 38/12 44/24 46/16 47/24
47/25 48/22 54/1 54/2 57/7
64/8 68/9 74/6 75/17 76/14
81/16 81/17 81/18 82/25
83/19 86/3 86/6 87/1 89/11
91/15 91/16 93/8 94/4 95/23
97/14 98/1 98/14 98/24 99/5
99/5 105/7 106/5 106/5
106/12 106/13 106/14 106/15
109/17 109/20 109/25 112/19
114/12 114/17 116/3 119/8
119/16 119/16 120/25 122/7
126/13 129/17 129/20 130/15
131/24 132/10 134/23 136/6
136/14 141/25 142/9 142/14
144/12 146/7 151/7 151/16
157/4 157/4 157/9 157/9
157/10 157/22 158/11 165/20
166/1 168/10 168/25 169/24
174/13 177/13 178/18 179/9
179/12 180/11 181/8 181/25
181/25 183/21 183/25 185/24
**one-day [2]**  141/25 142/9
**one-month [1]**  181/8
**one-on-on [1]**  177/13
**one-on-one [1]**  157/4
**one-year [1]**  119/8
**ones [18]**  7/11 8/12 8/21 9/5
9/8 17/2 17/17 18/12 18/18
18/22 22/6 36/21 65/12 74/2
119/3 128/22 158/20 180/22
**ongoing [2]**  73/8 152/10
**ongoing checking [1]**  73/8
**only [16]**  6/3 18/3 18/11
18/18 33/14 50/13 66/9 88/17
89/18 109/20 109/24 112/14

**O**

**only... [4]**  129/17 137/22 157/22 158/20
**open [10]**  9/22 24/24 27/23 35/2 37/13 39/25 43/19 44/3 91/13 165/8
**opened [2]**  41/14 61/23
**opening [1]**  43/4
**opens [7]**  31/18 34/20 35/14 51/21 60/8 60/12 60/19
**operate [1]**  105/23
**operates [1]**  4/22
**operation [1]**  24/3
**operational [3]**  3/11 112/12 169/5
**operations [6]**  7/19 7/21 18/16 18/19 34/10 71/12
**opinion [1]**  119/11
**opposed [1]**  101/16
**oral [1]**  4/2
**order [39]**  16/12 26/6 26/15 26/18 26/18 27/2 27/4 27/6 27/8 27/11 27/11 28/17 29/9 29/19 29/21 30/5 35/7 36/17 36/18 37/1 37/4 37/19 38/12 43/4 49/9 69/15 72/11 72/12 85/21 85/25 87/15 88/7 114/16 129/20 129/23 129/24 133/5 144/13 164/9
**ordered [7]**  47/14 47/15 47/19 89/16 170/17 170/20 171/6
**orders [19]**  10/6 10/7 27/9 28/5 28/24 38/23 40/4 41/21 42/4 42/7 45/1 50/14 58/24 69/18 69/19 69/21 92/18 147/4 147/5
**organizational [4]**  3/10 78/7 102/15 102/18
**original [2]**  107/8 107/13
**originally [1]**  148/16
**originating [2]**  47/23 48/5
**other [51]**  1/6 10/8 11/5 11/14 13/15 13/24 15/19 16/14 17/24 17/25 21/13 22/10 26/20 28/11 28/20 31/12 44/2 67/21 67/22 70/8 70/14 70/16 76/25 76/25 80/5 87/23 90/23 92/21 92/22 92/23 92/24 95/24 110/10 110/12 118/19 125/1 129/21 135/8 136/13 137/15 154/22 156/17 156/18 157/21 163/16 174/3 174/5 176/22 177/11 178/24 179/15
**others [4]**  77/8 77/14 156/6 183/19
**otherwise [1]**  121/10
**ought [2]**  62/13 159/25
**our [27]**  6/18 6/23 11/9 14/9 15/1 15/2 19/25 30/15 35/23 41/9 44/21 48/8 62/9 63/6 75/12 76/19 86/16 86/16 95/8 123/8 123/11 145/4 146/7 158/11 161/16 166/14 167/19
**ourself [1]**  114/22
**ourselves [1]**  114/19
**out [91]**  4/22 5/13 6/14 7/21 9/21 10/1 14/8 24/24 24/25 30/7 30/8 30/22 30/23 30/23 31/2 31/6 31/6 31/7 31/13 31/14 33/12 35/16 35/20 36/5 36/15 36/18 37/4 37/14 37/17

38/7 38/7 41/17 42/20 42/21 43/6 43/24 44/13 48/9 52/16 66/8 66/17 82/20 86/17 90/18 90/18 92/7 94/10 96/11 101/3 102/12 103/9 105/5 106/11 108/16 109/16 112/3 115/9 118/10 123/12 125/22 126/3 127/5 131/15 137/11 137/12 138/4 138/14 139/25 141/14 141/25 142/16 143/11 146/15 146/19 148/7 149/20 151/11 156/10 156/10 157/11 157/11 167/11 169/8 170/21 171/10 172/19 181/7 184/10 184/10 184/12 185/5
**outcome [1]**  190/16
**outs [15]**  123/6 123/12 123/13 145/25 146/2 146/10 146/16 148/5 148/6 148/23 149/5 149/5 149/6 151/9 184/7
**outside [6]**  94/9 114/25 122/21 124/17 136/24 137/1
**outstanding [3]**  11/6 14/13 16/14
**over [70]**  4/18 11/13 14/9 14/18 26/10 33/6 34/10 41/3 41/19 54/5 54/7 54/10 54/14 54/15 56/13 56/16 56/17 59/9 72/21 72/23 84/7 86/8 86/10 87/9 87/14 88/2 90/10 93/1 93/1 94/2 94/8 94/17 95/8 95/11 95/14 102/4 120/8 122/2 122/11 123/17 124/10 126/9 128/11 135/6 136/7 136/11 136/13 136/20 137/21 138/19 139/2 139/2 139/5 139/13 139/13 150/11 156/3 156/18 156/23 165/24 167/17 173/12 179/2 179/9 179/15 180/20 185/25 186/10 186/10 186/11
**overall [1]**  71/12
**overlap [1]**  39/8
**overlooked [1]**  92/3
**overtime [7]**  23/6 23/9 32/19 68/21 68/22 68/23 164/18
**own [10]**  29/7 45/12 45/15 46/1 49/17 123/8 123/11 163/24 183/7 183/24

**P**

**P-O-R-T-W-O-O-D [1]**  17/15
**p.m [7]**  23/20 23/21 23/24 23/24 23/25 24/1 189/21
**P.O [1]**  2/10
**page [15]**  3/3 98/3 99/8 106/25 108/17 108/18 109/2 113/19 113/19 132/6 132/11 132/25 133/14 133/17 174/8
**paid [3]**  67/24 68/1 68/7
**painting [1]**  112/1
**Pamela [1]**  157/16
**paper [6]**  36/23 39/17 56/7 58/19 111/24 161/25
**papers [2]**  39/17 80/1
**paperwork [53]**  10/8 10/9 14/4 14/9 15/24 16/8 16/9 16/11 16/12 16/16 16/21 19/18 19/21 19/23 20/1 20/19 21/1 21/10 22/7 22/16 24/6 25/8 25/12 25/17 26/5 26/14 26/20 35/8 39/3 39/20 43/18 43/20 46/9 46/10 47/14 52/4 57/16

7074 70/4 70/6 70/8 92/25 105/15 105/17 105/18 105/19 117/25 120/13 146/17 178/9 178/10 178/12 187/17
**parameters [2]**  67/4 176/3
**paramount [1]**  6/2
**part [6]**  14/9 106/18 114/19 124/14 149/6 177/19
**participation [3]**  113/11 113/14 129/3
**particular [9]**  25/8 40/5 46/12 50/2 88/5 93/9 105/16 156/2 165/7
**parties [4]**  136/24 137/1 156/14 190/15
**party [7]**  4/19 89/20 122/21 136/8 155/5 155/5 163/17
**pass [9]**  39/7 39/21 44/5 44/7 66/9 66/22 70/19 119/24 121/15
**passed [2]**  38/25 39/2
**passes [1]**  44/13
**passing [3]**  44/23 44/23 87/7
**patent [1]**  189/17
**pay [3]**  19/8 164/12 164/12
**pdf [2]**  34/23 35/10
**pen [4]**  5/14 71/5 71/7 74/20
**penalties [1]**  131/6
**penalty [1]**  132/4
**pending [3]**  15/19 31/12 46/14
**people [50]**  3/23 4/18 13/15 15/9 32/17 32/20 42/2 43/22 49/16 51/5 58/21 65/1 65/17 65/24 66/2 66/19 67/20 69/19 70/1 80/5 92/21 92/23 97/11 105/8 110/6 115/9 118/14 120/8 131/7 135/24 137/9 137/12 140/9 140/13 148/7 156/9 156/9 157/7 172/11 172/12 177/2 177/10 177/11 177/12 181/21 181/24 182/4 183/5 183/16 185/14
**per [4]**  13/3 106/20 184/1 184/2
**percentage [2]**  136/20 136/23
**perform [1]**  119/12
**performance [3]**  118/23 119/2 119/9
**performed [3]**  116/22 119/11 150/2
**performing [1]**  147/2
**perimeter [1]**  124/15
**period [16]**  27/10 36/10 36/11 36/14 57/20 90/6 101/7 141/19 167/17 168/18 168/21 168/21 169/12 170/9 170/10 181/9
**periodically [3]**  71/24 71/25 141/19
**periods [1]**  92/2
**persisted [2]**  158/25 159/9
**person [57]**  7/25 11/6 12/8 12/13 12/13 14/8 15/3 15/4 15/6 15/7 15/11 15/11 15/12 15/14 15/20 28/2 29/5 29/9 30/11 39/3 44/14 45/20 46/7 47/19 49/10 49/19 50/9 58/9 69/4 87/18 87/24 90/13 91/7 97/1 97/14 104/19 104/20 106/22 120/15 122/1 122/18 131/2 137/25 143/18 147/11 148/11 148/14 157/9 157/10

**P**

**person... [8]** 157/14 167/12 177/9 177/10 182/1 183/21 183/25 188/1
**person's [9]** 11/8 14/19 16/15 16/18 88/22 91/5 122/16 167/7 181/18
**personal [1]** 190/10
**personally [1]** 163/14
**persons [1]** 92/14
**pertaining [1]** 187/1
**phone [9]** 88/17 96/5 122/12 185/15 186/21 187/2 188/5 188/6 188/7
**phones [1]** 96/2
**physical [1]** 13/9
**physically [3]** 61/4 90/16 167/8
**pick [5]** 69/21 70/15 184/10 184/10 184/11
**picking [2]** 36/16 184/11
**picks [4]** 37/16 38/6 41/9 87/10
**picture [1]** 51/1
**pilot [1]** 62/18
**pizza [5]** 155/5 156/14 158/22 159/6 163/17
**place [28]** 2/4 2/18 30/5 57/17 58/3 69/23 75/23 75/24 89/11 122/10 131/7 146/11 146/24 149/3 150/19 152/6 155/9 156/18 159/22 161/5 168/5 168/6 170/16 173/6 177/16 182/4 184/14 190/5
**placed [5]** 38/18 74/4 101/8 132/19 160/14
**Plaintiff [1]** 4/3
**plaintiffs [6]** 1/7 1/16 2/9 2/13 4/13 134/25
**plan [5]** 96/22 113/18 113/21 114/7 126/12
**plans [2]** 114/14 115/13
**please [1]** 4/7
**plenty [1]** 79/24
**PLLC [1]** 2/13
**plug [2]** 111/9 167/21
**pneumatic [2]** 185/16 186/20
**point [3]** 85/16 153/8 178/23
**policies [18]** 48/4 62/10 76/25 77/3 80/25 81/3 83/3 99/23 105/25 106/10 109/14 110/8 112/24 125/15 125/17 173/2 173/5 177/21
**policy [73]** 3/9 3/9 3/11 24/14 48/17 48/18 62/8 62/9 62/13 62/14 62/23 63/4 63/6 64/4 64/9 64/10 69/6 74/8 74/9 74/11 74/15 74/16 74/25 75/7 75/9 75/11 75/12 75/15 75/17 75/21 75/24 77/4 77/6 77/9 77/10 77/20 77/22 77/23 77/25 77/25 79/11 82/6 82/12 98/1 98/2 98/4 98/5 98/9 99/7 99/15 99/24 100/5 100/9 100/10 100/16 101/22 101/25 106/1 106/9 106/24 107/24 110/7 110/16 114/15 124/1 124/2 124/3 126/4 139/18 139/20 178/3 189/1 189/8
**pop [5]** 3/23 125/22 125/25 126/5 126/6
**population [1]** 71/10

**Porter [5]** 166/1 166/2 166/3 178/17 180/11
**Portwood [2]** 17/13 17/15
**position [9]** 6/24 7/23 9/15 9/21 9/23 9/24 11/10 11/17 19/8
**possible [5]** 47/13 47/20 47/21 79/1 135/7
**possibly [2]** 133/24 135/5
**posted [6]** 88/18 88/19 88/22 100/24 101/7 111/22
**posting [1]** 89/23
**practice [1]** 150/7
**precaution [1]** 159/21
**precautions [2]** 173/2 184/14
**prepare [3]** 139/1 143/21 176/15
**prepared [16]** 3/23 111/2 118/14 120/18 121/24 128/24 132/2 133/10 135/6 139/6 139/13 175/12 175/14 175/15 175/16 175/23
**present [2]** 62/14 162/12
**presentations [1]** 165/19
**pretrial [19]** 14/2 20/2 20/9 20/10 21/3 21/4 21/10 21/11 25/25 27/23 27/24 27/25 28/5 28/24 33/14 42/4 52/10 61/4 61/7
**prettier [1]** 130/7
**pretty [2]** 32/8 61/24
**prevent [5]** 149/1 153/25 154/6 173/3 184/15
**previous [2]** 150/16 150/16
**previously [2]** 107/3 111/12
**primarily [1]** 49/16
**primary [2]** 19/12 19/12
**print [36]** 24/24 30/22 33/11 35/16 35/24 36/3 36/4 36/5 36/9 36/12 36/15 37/4 37/13 41/16 42/17 42/20 42/21 43/16 84/11 87/5 92/17 92/22 92/23 107/1 107/1 107/2 118/12 181/6 184/7 184/17 184/18 184/20 184/21 184/22 185/3 185/5
**printed [24]** 24/25 25/3 36/18 36/21 37/17 37/23 38/7 38/7 38/20 39/13 41/8 42/19 59/25 59/25 84/11 84/23 87/5 89/3 111/2 132/17 132/19 132/20 184/10 184/12
**printer [12]** 35/18 36/16 37/16 84/9 92/16 92/20 92/21 93/3 184/25 185/2 185/5 185/6
**printers [4]** 84/7 93/2 184/7 184/16
**printing [11]** 35/20 36/9 41/5 41/12 43/6 43/16 44/12 44/12 60/7 84/14 84/21
**prints [11]** 12/12 30/23 31/2 38/22 59/3 59/18 59/22 60/9 60/12 61/1 185/9
**prior [13]** 59/8 86/2 107/21 108/21 149/23 150/1 150/1 150/3 153/6 159/25 175/23 180/14 190/7
**prioritize [6]** 38/1 38/8 38/11 43/23 84/1 86/3
**prioritized [1]** 47/11
**prioritizing [1]** 44/13

**priority [1]** 85/25
**probably [25]** 6/2 25/24 26/15 33/7 33/25 37/10 46/15 47/12 51/2 57/4 62/2 62/3 62/19 69/3 72/21 97/15 111/11 152/11 153/13 153/15 153/18 153/22 165/13 182/23 182/25
**probation [1]** 133/6
**probationary [1]** 158/12
**problem [27]** 66/2 66/3 97/9 110/9 120/10 120/12 122/20 133/7 133/7 144/17 154/12 155/14 155/15 155/16 155/21 155/23 156/3 157/6 159/9 160/22 162/4 164/2 168/17 171/23 178/9 179/15 180/1
**problematic [1]** 156/24
**problems [2]** 72/8 73/19 109/10 158/25
**procedural [2]** 178/3 178/4
**procedure [9]** 48/18 55/24 90/10 90/11 101/3 103/14 103/15 103/16 103/19
**procedures [7]** 48/4 101/9 109/14 112/24 173/3 173/5 177/15
**process [69]** 4/25 6/7 6/13 10/9 11/2 14/6 15/2 36/13 38/19 38/23 39/5 42/5 42/24 44/5 46/7 47/1 48/7 51/6 51/19 51/24 52/7 52/24 53/17 55/7 55/12 55/15 55/25 56/12 56/19 57/25 60/4 60/6 69/5 74/2 75/19 85/19 86/6 87/6 87/24 87/25 89/3 89/4 89/19 90/6 91/2 104/18 105/11 105/18 118/24 119/2 119/5 120/4 123/7 132/8 132/14 132/16 146/19 148/9 149/7 149/9 149/23 150/9 150/13 150/17 150/19 173/22 178/7 178/7 179/23
**processed [16]** 14/21 38/16 38/17 38/19 39/14 39/20 43/9 52/18 70/5 87/19 89/4 89/5 90/8 130/24 146/2 160/13
**processes [16]** 15/3 15/4 15/6 15/14 22/7 51/21 54/3 90/9 91/2 123/13 146/13 146/14 146/16 156/18 160/12 177/15
**processing [21]** 10/6 10/7 15/11 15/20 19/18 24/5 38/21 39/18 43/6 43/24 44/25 46/7 47/1 54/13 86/20 87/7 90/23 105/18 108/19 108/22 157/6
**processor [2]** 15/25 16/11
**produce [1]** 116/11
**produced [2]** 75/5 134/21
**production [4]** 115/21 117/14 162/23 165/13
**program [4]** 62/18 134/11 158/23 159/6
**promoted [1]** 108/13
**properly [1]** 7/22
**property [5]** 167/8 186/11 186/12 186/14 187/14
**proposal [2]** 62/12 62/16
**proposed [21]** 75/25 76/11 76/18 76/21 76/22 77/3 78/1 79/2 80/21 97/25 98/2 98/3 98/4 99/22 100/9 101/1 101/24 109/11 110/13 111/15

## P

**proposed... [1]**  177/24
**PROSPECT [1]**  2/11
**protocol [1]**  108/19
**proven [1]**  161/8
**provide [8]**  76/15 79/17
  111/12 111/16 115/22 118/9
  118/13 132/22
**provided [4]**  51/14 80/24
  81/10 114/12
**Providing [1]**  113/15
**provision [1]**  109/2
**public [12]**  2/3 11/15 13/6
  19/14 49/22 94/3 94/5 95/19
  126/13 126/17 190/3 190/17
**published [1]**  62/10
**pull [3]**  43/24 122/14 162/5
**pulling [3]**  105/15 105/17
  117/25
**purpose [2]**  92/21 148/24
**purposes [1]**  96/8
**put [55]**  26/9 29/13 30/9 37/4
  58/12 58/25 59/25 60/13
  62/23 64/4 69/19 84/11 85/14
  85/24 86/12 87/15 94/10
  103/9 106/11 109/15 118/2
  119/14 137/19 141/12 145/19
  145/19 146/14 150/19 152/5
  155/9 156/13 156/18 159/22
  160/22 160/24 161/5 161/17
  161/23 166/16 167/2 167/21
  170/15 172/4 174/15 177/16
  178/1 178/3 178/5 184/14
  184/21 184/23 184/25 185/6
  185/21 186/2
**puts [4]**  20/22 47/24 58/7
  139/24
**putting [2]**  5/9 32/2

## Q

**quad [1]**  95/19
**question [12]**  4/10 26/8 35/1
  84/13 103/2 104/6 109/23
  115/11 125/3 126/3 159/4
  174/14
**questioning [1]**  80/20
**questions [9]**  6/5 6/17 12/2
  33/25 51/8 51/12 63/24
  125/23 189/16
**quick [2]**  84/17 176/20
**quickly [2]**  84/15 97/13
**quit [1]**  177/6
**quizzes [4]**  3/23 125/22
  125/25 126/6
**quote [1]**  108/20
**quoting [1]**  142/3

## R

**raised [1]**  65/6
**range [1]**  86/24
**rat [1]**  139/25
**rate [2]**  97/6 97/8
**rather [1]**  37/20
**ratings [1]**  119/12
**reached [1]**  10/1
**read [4]**  101/5 109/13 109/15
  114/8
**reading [1]**  171/20
**ready [7]**  30/24 70/16 128/15
  140/20 178/25 184/18 184/21
**real [1]**  28/2
**realize [1]**  122/2

**really [11]**  5/12 29/14 35/13
  68/8 77/15 93/1 97/15 101/15
  154/7 155/13 176/19
**reason [10]**  63/10 64/9 65/20
  65/21 65/24 67/12 132/17
  133/4 164/8 164/8
**reasons [1]**  64/8
**recalculate [3]**  146/21 148/10
  151/16
**recalculated [2]**  70/14 147/10
**recalculates [3]**  146/17
  151/14 151/15
**recalculating [2]**  147/9
  148/14
**recall [23]**  64/7 77/2 107/15
  107/19 117/16 132/1 132/5
  132/18 137/6 137/8 149/23
  152/14 153/2 153/5 155/7
  156/17 157/10 157/20 165/6
  165/8 172/24 180/21 180/24
**receive [7]**  13/25 19/25 28/2
  52/10 72/9 157/4 177/12
**received [15]**  25/5 37/2 37/5
  39/4 52/18 89/6 100/13
  100/18 118/4 156/8 156/9
  156/10 177/2 177/2 177/11
**receiving [5]**  39/3 49/9 132/3
  141/22 165/8
**recent [4]**  36/19 37/18 38/12
  107/12
**recently [2]**  63/11 108/12
**recheck [2]**  148/10 159/21
**rechecking [1]**  160/1
**recite [1]**  16/2
**recognizance [1]**  49/17
**recognize [1]**  135/24
**recollection [1]**  49/5
**recommendation [3]**  62/22
  117/6 178/17
**recommendations [26]**  3/21
  3/21 76/24 81/4 81/7 82/7
  112/24 113/25 114/3 114/5
  114/11 114/13 115/12 115/17
  115/18 115/23 115/24 116/12
  117/3 117/9 154/5 168/16
  169/25 170/15 171/3 177/20
**recommended [2]**  99/6 150/18
**recommending [1]**  63/3
**record [32]**  4/7 7/2 34/2 34/5
  54/10 56/20 56/23 57/10 58/1
  70/25 80/7 80/17 80/19 81/21
  81/24 82/1 85/5 90/22 92/9
  92/12 97/18 97/20 109/3
  116/8 126/10 127/2 135/20
  137/17 156/24 157/24 183/12
  183/14
**record's [3]**  9/4 9/13 10/5
**recorded [3]**  61/9 166/11
  167/3
**records [121]**  3/23 7/2 7/3
  7/5 7/11 7/16 7/16 7/24 9/16
  9/22 10/10 11/2 11/7 11/8
  11/23 11/24 13/19 13/25 14/4
  14/9 14/21 15/3 15/24 16/8
  16/24 16/24 19/19 19/20 20/3
  21/22 22/1 22/1 22/3 22/4
  22/4 22/6 22/13 22/16 23/15
  28/12 29/6 35/2 35/21 49/21
  52/18 54/1 54/3 54/7 54/15
  54/19 55/1 55/6 55/10 56/12
  56/17 57/15 58/1 58/19 59/14
  75/8 78/9 78/15 86/22 91/2

  9372 93/3 93/8 93/21 93/25
  94/9 97/2 97/7 98/5 100/2
  100/8 100/24 101/4 101/11
  103/22 111/7 111/17 111/22
  112/25 120/11 121/1 121/7
  121/12 121/17 121/20 122/21
  123/1 123/1 124/2 125/14
  125/16 126/10 126/14 126/18
  130/22 132/8 132/14 132/16
  133/7 134/7 136/24 138/12
  139/11 139/14 144/13 147/14
  149/6 156/10 165/8 175/8
  178/8 183/15 185/22 185/25
  186/11 187/14 188/25
**records/intake [1]**  78/15
**records/intake/inmate [1]**  78/9
**red [8]**  90/4 91/8 91/14 91/24
  91/25 92/10 92/14 162/9
**reduce [3]**  151/25 156/19
  178/12
**reduced [1]**  150/11
**reducing [2]**  161/9 177/19
**refer [1]**  100/25
**reference [3]**  35/19 113/17
  148/19
**referenced [2]**  111/2 168/22
**referencing [2]**  117/15 149/17
**referring [3]**  75/1 77/21
  149/16
**reflect [1]**  60/20
**refresher [3]**  132/3 177/11
  177/12
**regard [10]**  8/1 32/5 106/19
  108/9 131/9 147/12 178/21
  179/14 182/9 189/8
**regarding [3]**  51/10 51/14
  126/3
**Regardless [1]**  37/15
**regards [1]**  79/13
**registering [1]**  13/11
**regular [5]**  88/15 88/16 89/15
  89/18 138/5
**regularly [2]**  147/13 147/22
**regulations [1]**  80/21
**related [2]**  133/7 190/14
**relates [1]**  26/5
**relation [1]**  124/18
**relative [1]**  86/22
**Relax [1]**  6/1
**release [208]**
**release/inmate [1]**  78/16
**release/over [1]**  179/15
**released [55]**  4/18 10/24
  26/23 29/5 29/9 30/2 30/12
  30/12 30/22 31/1 31/11 31/14
  47/15 47/19 49/10 49/17
  49/23 50/9 50/10 52/4 52/21
  87/19 88/9 90/1 90/16 90/19
  91/1 120/8 120/19 137/10
  137/11 137/13 137/14 138/1
  138/12 138/14 145/10 145/11
  148/8 166/15 167/7 167/8
  167/12 167/13 172/13 173/23
  175/7 176/16 181/8 186/17
  186/25 187/7 187/10 188/16
  188/17
**releases [137]**  3/22 10/7 11/3
  15/2 21/8 28/13 38/3 38/8
  38/10 38/11 40/12 43/24
  43/25 44/23 44/24 46/12 47/1
  47/1 47/4 47/7 47/24 48/7
  48/9 50/5 50/5 51/6 51/6

**R**

**releases... [110]**  53/1 53/6 53/10 53/11 55/23 55/25 56/4 56/23 57/5 57/12 57/12 57/21 57/22 58/4 59/5 61/11 70/23 71/3 75/8 75/19 80/25 81/1 82/6 85/19 86/1 86/2 86/5 86/12 86/17 86/20 86/21 87/6 87/24 87/25 88/15 88/15 88/16 88/23 89/15 89/15 89/18 98/1 98/2 98/16 98/17 99/7 99/23 106/2 106/24 108/17 108/21 108/25 109/1 115/7 117/17 123/13 124/7 129/6 129/7 129/11 129/11 131/25 132/2 134/8 134/11 134/12 138/5 138/19 145/6 146/4 146/24 147/13 147/17 147/21 148/1 148/20 149/18 151/25 152/3 152/4 152/8 152/15 152/16 152/17 153/8 154/15 155/3 156/19 157/6 157/25 160/5 161/10 162/9 163/1 163/20 164/16 167/23 168/2 170/16 171/5 175/12 175/23 177/1 177/19 178/9 179/3 180/20 186/10 186/15 186/15
**releasing [4]**  13/20 28/1 35/4 148/5
**relentless [1]**  73/5
**relief [2]**  17/8 18/6
**remaining [2]**  41/17 66/19
**remedy [1]**  152/5
**remember [18]**  6/16 32/16 49/2 76/19 85/18 89/12 109/25 125/7 129/15 129/17 140/23 153/14 157/14 157/23 168/8 180/9 180/9 180/12
**remind [1]**  109/15
**reminded [1]**  116/9
**reminds [1]**  29/25
**removed [1]**  101/8
**repeat [3]**  60/2 159/4 186/22
**rephrase [1]**  6/11
**replaced [1]**  170/13
**report [73]**  3/12 3/15 3/16 3/16 3/17 3/17 3/18 3/18 52/16 52/17 58/6 69/19 69/22 70/11 71/9 71/11 90/23 113/9 114/23 114/24 116/24 116/25 117/4 118/3 118/7 120/18 120/22 120/24 121/3 121/5 121/6 121/23 124/4 124/4 124/9 132/22 133/9 133/18 133/19 134/3 134/4 134/14 134/15 135/6 138/22 138/24 139/1 139/3 139/6 139/9 139/13 139/21 140/3 141/12 142/3 142/25 144/9 145/2 148/19 149/17 152/17 167/22 168/10 168/12 169/5 170/20 170/25 173/21 174/8 174/15 175/8 175/22 176/15
**reported [10]**  120/21 131/9 136/21 140/10 140/13 142/7 144/9 168/11 171/17 190/9
**reporter [4]**  1/22 2/2 102/22 171/10
**reporter's [1]**  6/3
**reporting [9]**  69/20 69/24 130/16 131/23 133/19 134/13

134/22 135/8 143/19
**reports [101]**  72/24 72/25 132/1 134/10 134/11 134/20 138/20 167/19 175/11 175/23
**reposted [1]**  112/2
**representing [1]**  4/13
**request [11]**  35/2 115/20 117/14 122/13 122/14 126/9 162/22 165/8 165/13 169/11 186/4
**requested [6]**  3/20 113/16 116/18 117/17 169/13 176/4
**require [2]**  111/16 189/2
**required [1]**  123/16
**requirement [4]**  24/13 67/10 123/25 149/19
**requirements [2]**  67/8 97/1
**requires [1]**  139/20
**requiring [1]**  189/9
**rereview [1]**  125/17
**rescheduling [1]**  27/2
**respond [1]**  122/13
**response [3]**  6/17 49/24 126/4
**responses [1]**  185/11
**responsibilities [5]**  7/16 17/22 34/9 44/2 45/13
**responsibility [3]**  19/18 91/16 108/4
**responsible [9]**  19/12 61/15 96/1 96/2 110/11 131/12 132/3 142/24 145/14
**result [3]**  114/23 139/14 150/9
**resulted [1]**  170/15
**results [2]**  3/22 118/2
**retained [1]**  156/21
**retaining [1]**  156/9
**retention [2]**  11/19 11/20
**retire [1]**  9/20
**retired [3]**  9/17 9/17 9/19
**retraining [8]**  156/9 156/20 156/20 157/1 157/3 157/5 158/24 159/7
**retrial [1]**  20/8
**retrieve [6]**  10/18 10/22 25/1 36/12 37/23 43/18
**retrieved [1]**  36/13
**retrieving [1]**  61/24
**return [2]**  49/3 90/20
**returned [4]**  20/19 49/14 50/7 55/10
**review [12]**  14/4 46/6 69/21 118/23 119/2 119/16 119/24 121/14 121/19 125/17 150/10 171/25
**reviewed [3]**  15/25 16/11 46/10
**reviewing [2]**  15/15 108/4
**reviews [2]**  16/9 146/17
**revised [9]**  62/10 74/12 75/14 75/15 75/17 76/12 77/3 77/5 111/16
**revising [1]**  177/23
**revision [2]**  76/18 76/25
**revisions [34]**  75/25 76/4 76/4 76/21 77/1 78/1 79/2 81/4 81/8 98/1 98/2 98/3 98/4 99/6 99/22 100/9 101/1 101/24 104/10 104/11 107/3 107/4 107/8 107/11 107/13 107/14 107/18 107/21 107/25 109/11 112/24 114/15 177/20

177/24
**revisions in [1]**  101/1
**Reyes [1]**  129/13
**RGJ [1]**  1/8
**Riddle [3]**  132/7 132/12 132/13
**right [85]**  5/22 5/22 6/23 16/2 16/3 18/21 21/14 22/1 27/22 29/22 31/9 31/17 33/10 34/14 34/17 37/12 38/4 38/9 41/20 41/20 43/2 44/17 44/18 45/14 49/11 54/8 55/2 55/22 57/13 59/15 62/4 62/10 68/11 68/21 69/11 69/23 72/4 73/7 77/13 78/1 78/9 81/5 93/3 93/24 94/2 94/17 94/21 94/22 95/4 96/12 96/15 97/17 99/4 99/4 101/24 102/3 102/11 108/14 110/1 111/11 112/1 115/3 115/10 117/8 122/24 123/3 126/20 129/9 134/1 136/5 136/22 137/7 140/1 142/24 145/15 148/4 149/15 149/22 164/24 169/16 178/6 184/5 185/8 185/10 189/15
**right-hand [1]**  34/14
**righty [5]**  99/21 103/13 118/17 128/9 128/15
**ringing [1]**  88/3
**RIP [4]**  21/10 142/2 142/14 142/16
**RIPS [1]**  21/9
**ROAD [1]**  2/14
**ROCHELLE [5]**  1/20 2/1 3/4 4/1 4/8
**role [1]**  95/5
**roll [3]**  101/5 101/8 101/8
**Roneshia [2]**  142/1 142/13
**ROR [26]**  3/22 21/8 26/2 28/1 49/16 52/17 53/17 55/17 55/21 56/19 56/22 57/5 58/2 58/4 59/18 61/2 61/2 62/18 88/15 89/10 89/12 90/23 118/10 167/19 167/21 175/7
**RORs [12]**  50/2 50/13 52/9 52/24 53/7 53/11 55/1 55/12 57/1 89/9 108/24 138/3
**rough [2]**  93/11 94/15
**round [1]**  107/11
**routine [2]**  73/16 73/17
**RSE [1]**  1/8
**rule [5]**  24/13 38/22 61/14 62/4 110/10
**run [4]**  10/23 52/7 71/5 71/7
**running [1]**  86/20
**runs [1]**  78/17
**rush [2]**  142/6 143/12
**rushing [2]**  142/5 143/3

**S**

**S-P-A-N-Y-E-R [1]**  157/18
**said [48]**  10/1 12/24 15/1 15/20 17/3 19/7 20/6 32/5 35/15 37/22 43/18 46/6 59/5 63/3 64/15 65/9 65/18 74/8 86/16 87/8 88/17 90/8 91/25 100/17 106/17 115/1 123/6 132/10 142/5 146/14 148/6 152/17 159/1 159/12 160/8 162/25 163/9 164/17 167/24 169/18 169/21 169/24 170/6 171/23 173/6 179/22 190/9 190/11

| | | |
|---|---|---|

**S**

**same [35]** 5/12 15/13 15/22
17/22 23/6 46/7 50/23 53/1
55/24 55/25 56/2 82/25 86/11
86/23 87/2 104/9 105/5
105/20 106/6 109/2 124/19
125/24 127/6 129/19 130/6
130/9 130/10 146/18 146/19
159/15 164/16 164/16 173/14
180/3 189/8
**sanction [1]** 132/4
**sanctions [1]** 131/6
**Sandria [1]** 17/5
**Sandy [1]** 17/5
**sat [1]** 179/21
**satisfy [1]** 64/10
**Saturday [1]** 68/14
**save [1]** 84/14
**savvy [1]** 35/13
**saw [2]** 147/10 148/15
**say [78]** 6/1 6/9 12/7 12/8
12/13 16/7 18/8 22/3 23/2
25/19 39/4 40/1 40/1 40/6
40/17 40/22 41/23 42/3 44/1
45/22 46/15 46/25 47/16
48/20 49/19 54/9 62/13 62/14
63/6 64/21 64/25 65/11 66/4
66/5 68/4 69/8 72/8 74/5
75/15 86/25 87/16 88/19 90/7
97/11 97/16 100/18 101/11
103/20 107/15 108/1 120/20
124/25 125/8 136/11 138/11
143/19 145/22 152/9 152/11
153/20 153/23 154/1 154/8
154/12 155/21 158/22 159/5
160/2 163/1 163/2 167/17
169/7 172/5 173/24 174/25
174/25 175/3 177/5
**saying [5]** 6/21 6/21 38/5
89/22 89/25
**says [14]** 63/4 88/18 108/19
109/7 110/20 133/24 143/12
143/14 145/3 145/5 146/3
148/20 171/24 174/8
**scan [7]** 10/18 10/22 12/3
12/11 12/17 14/24 17/1
**schedule [5]** 11/20 11/20
22/23 23/8 68/11
**scheduled [6]** 20/18 20/25
31/1 32/16 40/2 40/22
**school [3]** 97/3 97/5 97/6
**screen [1]** 30/19
**screwed [2]** 189/3 189/10
**SCT [63]** 14/24 30/4 31/2
33/12 34/17 36/6 45/17 47/23
48/5 59/3 59/19 59/20 59/22
59/25 60/12 60/19 61/1 61/14
66/5 71/6 88/1 88/2 88/20
90/9 96/3 104/20 104/23
104/24 104/25 105/1 109/4
109/7 121/14 122/4 122/5
122/7 123/2 123/13 131/3
131/12 131/14 136/8 136/19
142/24 145/21 145/23 146/13
146/17 151/9 151/14 151/15
151/20 158/12 160/6 160/15
161/1 161/17 171/17 171/24
172/16 173/22 174/1 189/2
**SCT's [4]** 39/19 105/6 124/9
151/21
**SCTs [18]** 23/7 30/22 32/15
45/5 60/7 64/23 65/13 85/17

95/20 104/08/20 110/11
123/16 135/21 139/24 164/12
180/23 183/16
**search [3]** 89/1 90/19 92/7
**searchable [2]** 181/1 181/2
**searches [1]** 181/3
**seat [1]** 88/2
**second [29]** 6/2 17/11 22/18
23/2 23/5 23/21 23/22 25/22
30/23 32/5 32/12 32/14 32/25
34/3 41/2 41/9 41/16 59/12
75/7 81/22 97/18 107/11
116/3 128/11 132/25 133/18
141/9 174/8 183/9
**second-shift [1]** 17/11
**secondarily [1]** 25/22
**section [5]** 13/19 75/8 81/1
110/15 141/4
**sections [1]** 11/23
**security [2]** 95/4 124/15
**see [60]** 14/12 14/14 26/13
27/24 31/11 34/21 66/21
69/14 70/9 70/17 71/2 72/6
72/13 79/20 81/17 82/24 83/4
83/15 84/6 85/7 89/1 89/1
91/1 91/11 93/21 96/4 96/5
96/12 102/2 102/7 103/3
105/3 106/11 106/24 107/7
108/15 108/15 109/1 111/23
112/3 118/8 121/13 121/16
122/15 124/24 125/20 126/4
126/13 130/17 131/16 134/12
137/13 140/15 144/10 145/22
162/3 162/3 162/5 162/6
165/20
**seeing [4]** 58/21 99/9 165/9
170/25
**seems [1]** 159/20
**seen [14]** 28/7 112/21 113/2
113/8 113/18 113/21 115/11
115/15 117/2 128/17 128/20
128/22 128/23 135/22
**sees [3]** 34/21 43/8 121/14
**seldom [1]** 73/11
**select [1]** 37/13
**semicolon [1]** 133/23
**send [29]** 5/11 5/18 14/8 14/9
14/17 14/17 54/14 54/23
56/16 59/12 59/16 66/15 69/16
70/24 86/8 86/10 86/10 87/14
88/23 89/8 101/2 119/22
142/17 144/13 160/17 160/18
185/20 186/14 187/14
**sending [2]** 72/7 87/9
**sends [6]** 16/25 31/20 55/6
70/24 90/10 161/17
**senior [55]** 3/15 18/25 19/3
19/8 19/9 19/17 19/23 20/14
21/17 21/18 21/20 22/15
22/20 22/22 23/2 23/14 24/10
26/10 29/18 32/6 34/17 35/15
35/19 36/2 37/15 38/5 39/24
40/17 42/14 43/3 43/8 44/2
44/11 45/11 45/19 45/23
48/13 51/20 52/2 63/7 64/23
68/2 68/2 68/6 73/2 74/2
92/17 104/2 106/19 106/20
108/6 108/9 122/6 135/25
136/3
**sense [8]** 31/3 39/22 41/21
43/7 52/22 62/1 70/6 72/16
**sent [23]** 5/5 5/18 12/12

167/16 16/21 43/9 48/19 48/11
48/16 54/16 60/20 60/21 61/7
72/14 83/1 83/6 85/2 90/9
90/12 101/3 106/8 106/9
133/5
**sentence [53]** 3/24 27/4 29/2
29/7 29/14 29/19 29/20 30/1
30/4 30/18 80/25 82/12 109/7
110/20 110/22 110/25 130/20
130/24 136/16 142/14 145/9
145/13 146/14 146/17 146/22
147/8 147/8 147/9 147/10
148/11 148/14 148/15 151/10
151/14 151/15 151/17 156/15
160/13 160/20 160/24 160/25
161/2 161/6 161/12 161/17
162/8 162/11 162/23 164/4
166/10 166/10 170/11 181/7
**sentenced [4]** 30/11 148/11
162/6 162/7
**sentences [13]** 29/15 29/16
70/14 115/5 146/12 148/5
148/7 157/5 159/19 160/5
160/10 160/11 160/12
**sentencing [14]** 27/4 51/10
77/4 77/6 77/20 77/21 77/23
77/25 80/25 98/3 98/15 98/17
110/16 146/12
**separate [4]** 15/9 46/25 98/8
110/17
**separation [1]** 13/23
**SEPTEMBER [2]** 1/21 2/5
**series [1]** 176/18
**set [3]** 127/5 184/16 190/6
**sets [1]** 107/25
**seven [5]** 22/17 23/7 23/20
33/7 131/24
**seven's [1]** 23/7
**shade [1]** 84/3
**shading [4]** 83/12 83/19 83/20
83/24
**shake [1]** 6/18
**shall [1]** 110/20
**share [4]** 178/23 178/23
183/16 183/22
**sharing [1]** 183/20
**Sharonda [1]** 17/8
**sharpy [2]** 93/17 93/19
**she [26]** 11/18 17/9 17/24
17/25 34/21 84/3 96/4 142/4
142/4 142/5 142/6 142/9
142/10 143/2 143/6 143/7
143/12 143/12 143/13 145/10
160/17 171/22 171/22 182/2
182/3 183/7
**she'd [1]** 143/1
**she'll [1]** 160/17
**she's [15]** 6/19 17/5 17/8
18/6 30/12 37/16 38/7 96/5
143/9 143/9 143/10 143/11
157/22 182/5 183/4
**sheet [9]** 3/14 3/22 12/4
12/17 89/13 105/25 106/3
106/14 110/17
**sheets [2]** 118/10 149/20
**Sherry [2]** 130/17 145/8
**shift [64]** 17/6 17/9 17/11
17/13 17/18 17/25 18/1 21/18
21/21 22/17 22/18 22/18 23/3
23/4 23/5 23/6 23/19 23/21
23/22 23/25 24/10 30/22
30/23 30/24 31/5 32/13 32/14

# S

**shift... [37]** 32/16 32/23 32/25 33/5 33/12 33/17 38/20 38/20 38/22 38/23 39/1 39/5 39/13 39/16 39/21 39/24 40/17 40/19 40/24 41/2 41/2 41/5 41/5 41/9 41/16 41/17 90/22 123/14 146/16 148/9 148/15 151/14 160/15 183/21 184/1 184/2 184/4
**shifts [3]** 24/2 32/6 39/9
**shirt [1]** 32/13
**shop [1]** 6/18
**short [7]** 33/19 64/20 64/21 64/23 65/16 65/19 105/2
**shorter [1]** 129/20
**shortest [3]** 129/22 130/1 130/4
**Shortly [1]** 49/3
**should [28]** 15/1 15/13 15/13 15/15 15/21 29/5 48/13 49/9 50/9 63/22 64/1 69/25 86/23 87/2 111/11 120/9 120/9 120/19 120/20 122/16 135/14 139/15 139/16 143/7 145/10 174/25 174/25 188/17
**shouldn't [3]** 69/24 86/24 87/1
**show [20]** 13/11 30/19 66/7 66/18 74/24 82/5 82/21 83/19 112/11 113/6 135/21 137/20 138/3 140/19 144/5 144/25 171/14 173/18 174/21 176/12
**showed [1]** 83/24
**shown [1]** 115/4
**sick [2]** 23/8 32/17
**side [6]** 31/20 44/19 44/21 47/7 94/4 94/17
**sign [5]** 119/21 119/21 120/2 143/17 143/20
**signature [1]** 143/15
**signed [3]** 143/22 143/25 186/15
**similar [2]** 53/7 119/1
**similarly [1]** 1/6
**Simmons [2]** 17/8 17/21
**simplified [3]** 83/1 83/6 98/11
**since [9]** 50/23 50/23 63/4 66/16 96/18 105/1 149/5 152/10 179/3
**sink [1]** 125/19
**sit [3]** 47/6 56/22 83/21
**sits [3]** 94/6 94/21 186/5
**sitting [5]** 6/17 67/20 69/18 70/10 94/3
**situated [1]** 1/6
**situation [1]** 79/13
**six [8]** 66/8 66/9 66/15 66/17 131/24 133/5 144/13 167/17
**Sixth [1]** 124/13
**skim [1]** 108/15
**Skora [1]** 144/10
**slash [1]** 67/12
**smiling [1]** 65/6
**Smith [2]** 133/1 186/25
**so [181]** 5/18 5/21 6/1 6/9 6/14 6/20 8/8 9/7 9/23 10/22 12/10 13/9 13/12 13/13 13/13 14/8 14/12 15/23 16/3 17/16 18/3 19/19 21/16 22/3 22/9 23/1 23/10 23/11 24/5 27/1

28/9 28/12 28/18 29/19 30/12 30/17 31/15 32/19 32/19 32/23 33/2 33/11 33/12 33/13 35/2 35/24 38/3 38/21 40/6 40/10 40/16 40/16 41/2 41/8 42/12 42/20 43/23 44/1 44/19 44/19 44/23 45/4 45/10 46/8 46/14 46/22 47/4 47/8 47/13 49/19 50/7 50/21 51/18 54/3 54/15 54/25 55/6 56/22 57/5 59/17 60/19 62/12 65/9 66/18 67/6 67/13 68/16 69/6 69/21 71/2 72/5 73/7 73/12 73/17 74/18 75/20 75/20 76/9 79/14 80/5 80/8 83/6 84/24 86/20 86/22 88/4 88/6 88/22 89/1 89/13 91/5 91/10 93/3 93/5 99/21 101/4 103/1 103/20 104/10 104/12 104/12 105/5 105/6 105/22 107/5 109/19 111/23 111/23 112/1 112/6 114/8 117/2 118/4 122/14 122/18 123/10 125/2 126/16 127/5 132/18 138/5 142/10 142/20 146/13 146/16 146/23 148/9 148/21 149/16 151/18 152/12 152/13 153/2 153/18 153/20 153/22 155/14 161/4 161/25 162/1 162/5 162/8 164/14 166/22 167/10 171/1 172/7 172/16 173/9 173/13 177/23 177/24 181/15 183/23 184/21 185/2 185/8 187/17 187/17 187/18 187/22
**solely [1]** 92/20
**some [54]** 6/12 12/2 12/2 12/3 27/1 27/5 36/9 36/11 39/8 39/17 47/7 51/11 57/25 67/20 67/21 73/13 73/24 83/10 83/12 83/19 85/14 85/15 85/16 85/25 92/12 92/24 92/24 96/18 100/14 104/10 106/25 114/3 114/19 115/16 118/2 119/17 131/7 136/3 136/13 142/23 153/8 155/2 156/5 156/8 156/9 156/9 156/10 164/17 165/9 170/9 177/5 177/14 178/4 178/4
**somebody [29]** 12/14 28/25 32/11 32/23 33/3 33/14 35/3 38/19 45/23 47/14 53/24 56/22 67/17 88/8 89/22 91/10 91/12 101/11 120/19 150/16 150/18 167/10 184/3 184/9 184/11 188/7 188/8 188/16 189/9
**somebody's [1]** 184/4
**somehow [1]** 58/11
**someone [8]** 45/6 45/10 49/21 88/1 88/17 92/1 137/3 142/18
**someplace [1]** 185/25
**something [46]** 6/20 8/6 10/2 16/5 26/5 35/25 48/17 73/20 73/24 82/20 84/19 85/17 90/5 90/19 99/17 100/24 106/11 108/15 111/5 114/21 117/19 122/25 133/23 133/24 136/9 145/20 146/10 147/13 150/21 150/22 150/24 151/25 152/3 152/25 154/1 155/5 156/24 159/13 169/18 169/19 178/18 182/22 184/10 184/11 188/9

189/3
**sometime [5]** 51/7 88/9 149/9 149/24 162/15
**sometimes [8]** 38/25 70/23 125/2 126/2 126/2 141/12 164/17 175/20
**somewhere [10]** 29/24 85/17 100/24 124/1 149/10 155/16 166/11 167/4 181/16 188/12
**soon [5]** 117/17 145/4 168/15 168/15 175/17
**sorry [28]** 18/2 59/22 63/19 63/20 71/15 75/2 75/3 79/8 95/18 96/13 99/12 99/12 104/24 109/1 112/13 122/5 123/10 123/24 134/18 135/14 154/19 161/21 174/4 174/20 181/17 182/20 186/24 189/7
**sort [5]** 36/17 107/10 152/10 166/22 173/3
**sounds [2]** 13/18 58/18
**source [2]** 76/9 137/15
**South [2]** 124/13 126/12
**Spanyer [1]** 157/16
**speaking [2]** 120/10 168/4
**special [1]** 27/9
**specific [1]** 163/24
**specifically [5]** 33/3 91/12 114/13 114/21 164/11
**specify [1]** 124/7
**speculation [1]** 64/13
**speed [1]** 142/6
**spell [1]** 157/17
**spend [1]** 57/3
**spent [5]** 33/20 52/19 52/19 58/9 71/19
**spoken [1]** 180/19
**spreadsheet [17]** 3/14 57/13 58/7 58/8 110/22 111/1 111/6 115/16 115/22 116/15 117/2 117/14 128/18 129/4 129/6 129/7 134/7
**spreadsheets [6]** 116/12 116/13 128/25 135/2 135/3 168/3
**SS [1]** 190/1
**stack [8]** 37/20 38/6 38/13 46/23 46/24 47/6 47/19 87/10
**Stacy [2]** 17/13 17/14
**staff [44]** 7/19 8/2 8/5 8/8 9/11 18/19 18/23 18/24 34/9 48/24 50/17 63/7 69/19 72/6 72/7 73/2 73/18 74/4 78/12 83/2 83/4 100/13 100/18 101/4 106/8 106/11 108/6 108/9 109/12 109/13 111/7 111/17 118/18 120/22 121/22 121/25 155/2 156/20 156/21 160/12 164/9 164/16 164/23 184/16
**staff's [1]** 69/13
**staffed [6]** 64/20 64/22 64/23 65/16 65/19 105/2
**staffing [1]** 64/18
**staffs [1]** 137/2
**stamp [23]** 53/12 53/13 53/24 53/25 54/1 54/6 54/10 54/14 55/20 56/2 56/4 56/13 56/15 58/25 59/7 59/9 59/13 59/13 59/17 60/11 86/10 87/13 108/21
**stamped [7]** 53/18 53/18 54/20

**S**

**stamped... [4]** 56/5 56/18 58/1 58/24
**stamping [4]** 55/12 55/13 55/19 87/9
**stamps [8]** 52/13 53/13 53/16 53/23 56/7 56/20 57/11 57/14
**standard [2]** 49/24 97/15
**standing [1]** 185/8
**stapled [2]** 98/23 99/1
**start [10]** 5/9 41/12 43/24 51/24 64/17 65/23 105/5 105/10 128/13 162/14
**started [7]** 62/17 114/18 116/16 134/3 149/9 162/18 175/11
**starting [1]** 101/11
**starts [1]** 60/25
**state [11]** 2/3 4/6 10/18 10/19 12/12 12/12 27/7 71/4 71/9 190/1 190/4
**stated [1]** 190/5
**states [2]** 1/1 109/3
**stay [4]** 42/13 65/24 66/1 68/19
**staying [1]** 137/3
**stays [1]** 11/14
**stenographic [1]** 190/10
**steps [1]** 178/20
**Steptoe [4]** 181/19 182/10 182/11 182/23
**Steve [2]** 85/1 108/12
**sticker [1]** 30/9
**still [9]** 31/11 39/20 40/24 107/23 158/11 171/20 177/24 178/4 186/6
**stop [9]** 16/5 154/16 159/1 163/1 163/9 163/15 163/22 167/24 169/19
**stopped [2]** 159/13 159/17
**stops [2]** 41/5 73/6
**store [1]** 184/17
**stored [1]** 184/20
**strange [1]** 93/6
**Street [2]** 124/13 126/12
**study [7]** 62/6 61/17 61/20 88/13 89/10 140/6 178/11
**stuff [5]** 32/2 39/14 44/13 185/3 185/9
**subdivision [1]** 19/20
**subject [1]** 118/7
**submitted [3]** 62/11 62/12 62/20
**subsequently [1]** 29/4
**such [1]** 38/11
**sued [1]** 4/19
**sufficient [2]** 6/20 64/19
**suggest [3]** 57/24 83/23 159/24
**suggested [5]** 53/6 76/18 138/8 155/7 164/6
**suggestion [1]** 151/4
**suggestions [2]** 163/14 163/24
**Suite [2]** 2/4 2/18
**Sunday [1]** 68/14
**sunk [1]** 125/20
**super [1]** 68/9
**supervise [7]** 7/14 7/19 9/8 18/11 18/16 18/22 118/18
**supervises [1]** 8/11
**supervision [5]** 50/21 51/5 150/17 150/19 190/11

**supervisor [85]** 7/2 7/3 7/5 7/16 7/17 7/18 7/19 7/20 7/24 8/1 8/6 8/9 8/9 8/11 8/17 8/18 8/20 8/21 8/23 9/1 9/5 9/7 9/8 9/10 9/13 9/16 9/18 9/18 17/2 17/6 17/9 17/11 17/13 17/17 17/21 17/23 17/24 18/6 18/9 18/12 18/15 18/18 18/21 48/23 57/15 57/20 58/7 58/12 61/3 63/16 65/12 65/13 68/9 74/2 109/3 119/3 119/15 120/22 121/15 121/15 121/18 121/21 122/8 122/10 123/14 123/15 136/6 136/19 141/21 142/12 145/24 146/20 146/20 149/8 149/20 150/10 151/16 151/18 152/17 156/15 157/3 160/7 161/2 180/22 189/3
**supervisor's [2]** 94/23 123/5
**supervisors [37]** 7/11 17/18 17/25 52/13 52/16 57/2 61/19 63/22 65/12 70/17 70/19 71/1 90/22 91/15 91/17 91/18 105/2 105/7 118/11 121/13 122/13 123/17 124/10 125/23 136/12 139/21 140/1 150/2 151/16 159/18 159/25 160/3 160/18 168/11 175/8 177/13 183/16
**supplementing [1]** 150/3
**supposed [21]** 5/13 24/14 29/5 47/5 51/17 65/2 71/13 72/11 73/10 90/1 103/5 120/18 121/8 124/4 130/25 137/11 140/4 143/17 143/22 166/15 167/12
**sure [51]** 7/21 11/19 14/5 15/16 16/3 25/5 26/25 28/22 31/7 33/24 36/18 36/24 37/19 40/16 41/13 43/19 46/11 46/14 51/3 56/2 68/8 68/10 69/14 69/22 69/23 70/3 70/4 70/11 70/13 70/14 71/6 71/7 71/9 71/10 71/11 71/12 71/17 72/25 84/17 91/17 91/21 109/14 116/4 116/4 126/23 148/11 149/21 153/7 159/5 161/3 165/2
**switch [1]** 126/20
**switched [1]** 173/8
**sworn [3]** 4/3 63/23 190/8
**system [28]** 4/22 29/24 30/15 30/15 47/22 48/2 79/13 90/3 122/10 131/6 141/10 155/16 155/21 166/14 166/16 166/19 166/22 166/25 167/9 167/11 178/18 181/1 181/1 181/6 181/12 181/23 182/23 185/20

**T**

**take [58]** 5/23 6/20 11/3 11/4 11/4 11/12 12/10 12/10 22/24 31/6 33/19 41/3 43/11 44/4 46/3 46/5 46/15 46/15 47/8 49/9 49/10 49/22 50/10 51/12 52/7 54/7 54/10 55/8 56/13 57/6 66/6 66/7 73/11 78/22 78/22 78/25 79/21 79/22 80/10 84/18 85/17 88/2 89/15 90/14 90/17 116/2 123/20 128/9 128/11 130/21 135/12 139/20 155/16 144/25 168/5

**taken [16]** 2/2 70/10 71/3 71/4 85/9 92/7 112/2 114/22 116/6 117/10 135/16 165/4 168/6 176/25 178/21 190/5
**takes [8]** 11/14 43/7 52/24 54/4 57/4 89/10 125/18 181/23
**taking [10]** 19/13 38/3 58/11 59/8 73/1 90/6 95/22 96/8 146/24 170/22
**talk [24]** 5/23 6/11 19/19 24/19 33/24 47/8 58/14 73/19 73/23 75/24 97/24 104/16 118/20 119/15 119/17 131/15 131/20 140/20 141/8 154/11 162/7 168/20 178/18 180/12
**talked [12]** 24/8 31/17 76/17 77/21 114/1 114/2 114/17 125/12 138/15 178/6 180/6 180/8
**talking [27]** 4/25 6/13 22/4 37/21 40/12 44/16 49/8 51/20 58/10 72/19 74/17 75/3 75/16 75/25 76/4 76/19 85/13 116/14 116/22 120/7 146/8 147/16 149/19 168/21 171/18 187/3 187/5
**talks [1]** 124/3
**team [5]** 181/15 181/18 181/22 182/1 182/9
**technician [28]** 12/24 19/24 21/19 24/11 26/10 29/18 34/18 35/16 35/19 36/3 37/15 38/6 39/24 40/17 43/4 43/8 44/11 45/11 45/19 45/24 48/13 51/21 52/3 68/2 68/3 68/7 106/20 158/13
**technicians [28]** 3/15 11/10 11/25 13/13 18/25 19/1 19/3 19/4 19/7 19/9 19/10 19/10 19/17 20/14 21/17 22/15 22/20 22/21 22/22 23/2 23/15 42/14 44/2 64/24 74/3 92/17 135/25 136/3
**telephone [3]** 19/14 95/23 96/1
**telephone's [1]** 88/3
**tell [22]** 4/12 4/14 7/15 13/22 34/23 49/4 63/23 64/1 64/6 93/7 109/13 109/25 119/5 120/3 141/9 148/1 151/3 154/2 160/8 179/22 179/25 189/2
**telling [5]** 28/25 59/24 71/19 154/22 165/7
**temporary [1]** 70/11
**ten [13]** 46/15 47/5 47/6 47/9 47/11 47/13 47/15 47/18 47/18 68/18 85/17 85/19 87/7
**terminated [2]** 157/8 157/9
**terms [7]** 12/3 26/4 26/13 37/1 37/13 67/10 157/25
**test [12]** 66/6 66/7 66/8 66/10 66/21 66/22 66/23 66/24 67/1 67/2 67/4 67/13
**tested [1]** 125/20
**testified [3]** 4/4 61/13 85/16
**testify [1]** 166/4
**testimony [3]** 152/13 190/7 190/9
**than [34]** 19/8 21/13 36/15

214

**T**

**than... [31]**    37/20 55/13 56/1
62/3 65/9 69/5 69/10 74/14
76/25 81/8 81/8 87/20 88/11
88/12 93/19 98/14 109/5
110/10 122/16 130/7 137/10
137/15 145/24 154/22 156/5
157/21 163/16 176/22 179/16
183/25 188/17
**thank [3]**    8/19 83/18 189/16
**that [1036]**
**that'd [3]**    82/17 84/14 182/23
**that's [165]**    6/22 10/5 10/6
11/10 12/1 13/23 15/20 18/3
20/18 20/18 20/25 21/5 21/9
21/13 21/19 22/23 23/20
24/23 25/4 26/6 26/15 28/3
28/4 29/1 30/14 31/1 31/7
32/2 32/12 35/20 36/10 36/20
39/8 39/10 39/10 39/12 40/13
40/14 40/20 41/8 41/9 43/22
45/6 45/11 48/17 48/20 49/19
50/12 50/22 54/2 57/11 58/25
61/9 61/9 61/10 61/16 62/7
62/7 62/9 62/24 65/11 68/17
69/16 69/19 70/15 70/18
71/11 75/21 75/23 78/2 78/11
78/11 80/6 80/8 81/19 82/2
82/18 84/3 87/24 88/22 91/10
92/20 94/4 94/12 94/16 95/5
95/7 95/15 95/16 95/16 95/23
96/3 96/14 97/15 98/7 99/7
101/11 103/9 104/15 105/11
105/20 106/1 106/2 107/8
108/3 108/23 109/6 111/4
112/15 113/19 115/3 115/9
116/24 116/25 120/6 120/6
122/6 123/1 124/5 124/7
125/14 129/8 129/12 129/17
130/8 130/16 131/7 131/12
135/7 136/14 138/2 143/12
143/13 146/7 148/3 148/7
148/17 149/6 151/11 152/19
154/12 156/11 160/13 160/13
162/7 163/10 165/15 165/16
167/3 167/3 168/24 170/18
171/7 172/11 172/13 173/9
173/14 174/17 176/1 176/3
179/15 185/7 186/9 189/6
189/6
**the inmates [1]**    10/8
**The per [1]**    106/20
**the release [1]**    19/20
**the sentence [1]**    110/22
**their [54]**    11/10 12/11 12/25
13/22 15/10 18/1 18/15 19/12
19/17 20/19 21/1 23/3 30/5
32/16 41/17 45/12 45/15 46/1
48/13 49/17 54/13 56/15
58/22 59/23 67/13 69/18 74/5
86/9 87/25 90/11 90/23 92/6
101/6 114/2 119/9 119/12
121/14 121/16 123/5 123/17
124/10 137/2 139/21 140/1
157/6 172/12 172/13 180/12
183/18 183/19 183/19 183/24
187/25 189/3
**them [83]**    7/8 7/9 17/3 24/19
25/15 36/9 36/11 38/16 38/21
38/24 43/1 44/4 46/5 47/5
47/6 47/9 48/11 48/12 48/16
50/10 57/7 57/9 66/3 66/5

66/20 67/15 69/22 70/18
70/20 71/7 72/3 73/21 73/23
79/11 84/10 84/11 84/19 86/6
86/8 86/10 86/10 87/6 87/7
87/7 88/1 88/1 88/4 88/6
89/7 96/3 97/13 102/13
109/15 109/17 109/25 114/8
114/15 114/16 115/4 119/16
119/16 119/18 119/19 119/22
125/15 125/19 125/22 125/22
126/3 127/6 128/13 128/19
128/20 129/3 139/6 143/21
154/16 156/7 156/8 157/11
178/4 180/8 180/13 180/14
**them's [1]**    27/1
**themselves [5]**    38/11 45/7
119/17 139/25 159/18
**then [131]**    9/10 10/16 11/11
11/17 12/16 14/6 14/7 14/9
14/15 14/16 14/20 15/4 16/12
16/16 16/21 23/5 23/21 23/25
24/25 29/4 29/12 29/23 30/5
30/14 31/5 31/5 31/13 35/16
35/24 37/25 38/10 39/2 39/24
40/6 40/7 40/23 41/16 42/24
43/16 43/17 43/20 43/23
43/24 44/13 45/8 50/22 51/22
51/23 54/1 54/4 54/7 54/14
54/23 56/15 58/1 58/8 59/5
59/7 59/12 59/13 62/19 66/15
67/17 70/2 70/21 72/11 72/24
73/1 73/17 81/1 84/10 86/8
86/9 87/6 87/7 87/8 87/13
88/20 88/22 89/14 90/19 91/5
91/7 94/4 94/5 94/16 94/18
94/19 95/3 95/25 96/3 96/7
98/3 105/13 105/22 109/14
109/20 111/9 119/22 121/2
121/21 122/7 123/13 130/3
131/15 137/13 139/8 140/2
142/15 143/11 146/18 146/20
151/9 151/10 151/13 151/15
151/16 152/2 155/4 155/4
160/6 160/17 161/1 161/1
162/4 166/23 166/25 169/24
184/22 186/5 186/6
**there [157]**    7/5 8/23 9/1 9/1
9/5 9/25 11/23 12/18 14/14
15/12 16/14 16/16 17/3 19/2
20/6 21/25 23/1 23/15 24/2
24/13 25/7 26/13 27/24 29/24
30/5 32/11 32/12 33/2 38/7
40/18 42/10 47/19 48/4 53/23
55/11 55/12 56/1 56/2 56/8
57/19 58/1 58/18 59/24 60/7
60/11 61/17 61/22 64/16
64/16 65/20 66/3 66/22 67/1
67/19 68/13 68/15 68/18 69/4
69/22 70/24 71/3 72/23 78/16
79/11 83/21 84/8 88/13 89/2
89/9 90/3 91/7 91/7 91/12
92/9 92/9 92/12 93/3 93/14
94/10 95/2 96/1 96/1 98/22
100/10 100/24 106/18 106/25
107/23 108/20 110/12 113/25
115/17 119/14 126/2 126/3
126/15 127/12 127/22 130/12
130/15 131/6 133/18 136/13
137/9 137/15 137/18 137/18
138/8 140/6 141/8 141/13
143/17 144/6 144/10 145/1
145/19 146/23 147/8 147/9

147/21 149/11 152/5 155/15
156/2 156/13 156/16 159/4
160/5 160/17 161/5 162/4
163/4 165/24 165/25 165/25
166/7 166/18 167/2 168/15
169/4 169/5 171/14 171/23
173/2 173/18 176/14 176/24
177/13 178/11 179/9 183/18
184/6 184/9 185/8 185/13
186/2 186/19
**there's [69]**    7/6 7/9 7/11
10/10 10/16 13/9 13/10 14/14
14/15 15/6 15/19 18/11 22/17
22/18 22/18 23/4 24/10 28/20
29/13 32/6 32/9 33/11 39/8
40/2 41/14 42/14 46/14 47/22
48/2 52/3 56/20 57/15 61/14
61/19 65/20 69/14 70/9 70/17
71/3 72/11 72/13 88/21 90/7
94/5 95/3 95/13 109/2 109/7
113/17 119/13 121/13 122/2
122/10 127/18 127/22 127/23
128/7 130/15 133/23 143/14
146/18 146/20 169/2 169/4
173/5 183/25 185/22 185/24
186/7
**thereafter [1]**    88/9
**these [70]**    13/17 13/18 22/23
24/9 31/18 33/4 34/20 39/17
45/4 47/23 51/5 70/16 71/19
72/18 74/18 80/20 81/3 83/1
96/9 98/16 99/5 99/22 100/25
102/1 102/3 102/6 102/19
106/3 106/4 106/7 106/7
107/3 108/5 109/11 111/15
111/16 112/3 115/11 115/11
115/23 115/23 116/15 125/14
125/17 127/5 128/11 128/17
128/23 128/24 129/19 130/11
132/1 132/18 135/1 135/1
136/3 143/20 152/25 153/23
154/11 156/3 157/7 163/1
164/14 168/3 168/16 174/7
177/15 181/21 184/7
**they [269]**
**they'll [39]**    14/6 14/12 14/17
14/17 14/20 14/22 24/23
24/24 25/1 30/5 31/5 31/6
31/10 35/24 35/24 38/7 39/7
43/18 43/24 47/6 54/14 56/15
59/12 66/1 70/25 86/8 86/10
87/13 89/8 93/1 102/19
102/22 105/22 119/23 121/15
122/15 148/9 148/9 187/25
**they're [77]**    8/17 10/24 13/11
14/20 16/18 16/23 19/12
24/14 28/3 28/9 32/19 36/20
36/20 37/24 37/24 38/3 38/16
38/17 38/17 38/18 38/21 39/5
43/15 43/16 44/23 44/25 45/8
46/1 47/5 53/7 61/15 61/24
64/3 64/4 68/8 69/24 71/13
73/18 85/22 86/20 86/22
86/23 87/6 88/5 89/1 90/13
90/23 90/24 92/3 92/7 95/22
95/22 95/25 101/4 103/4
103/7 103/8 103/9 103/18
104/10 104/19 104/21 104/25
105/15 105/16 105/18 105/21
110/11 112/1 122/7 129/20
137/3 160/13 160/14 183/22
184/18 188/24

**T**

**they've [9]**  24/25 25/5 43/19
71/7 89/2 90/15 119/11
139/21 184/10
**thing [18]**  10/7 15/22 39/12
56/1 56/2 73/12 82/25 105/20
109/20 109/25 114/17 120/16
146/18 155/2 163/17 163/17
173/3 173/14
**things [23]**  4/21 5/1 6/13
16/14 36/4 36/5 71/20 72/1
73/8 73/12 85/13 90/1 92/22
98/8 100/1 100/2 100/8
106/25 108/5 116/13 120/25
149/21 164/22
**thingy [1]**  126/24
**think [30]**  9/19 25/24 28/7
32/15 62/17 69/8 69/9 80/4
85/2 96/14 98/7 119/23
120/12 120/25 129/25 134/22
135/8 137/6 139/17 140/15
144/12 148/4 149/9 153/13
153/15 158/21 160/4 162/18
168/24 185/24
**thinking [1]**  8/19
**third [25]**  17/13 22/18 23/3
23/4 23/25 30/22 30/24 31/5
32/6 33/5 33/12 33/17 59/13
89/20 108/17 122/21 123/14
124/19 124/23 136/8 136/24
137/1 146/16 148/9 148/15
**third-shift [2]**  17/13 123/14
**Thirty [1]**  67/9
**Thirty-five [1]**  67/9
**this [203]**
**those [90]**  10/12 11/7 11/9
12/12 13/4 20/12 21/16 22/20
22/22 24/15 24/25 25/3 26/21
29/16 31/8 31/10 33/13 34/23
36/24 37/25 38/1 41/13 43/22
43/22 47/11 47/13 47/23 52/9
53/6 53/12 53/13 53/14 53/17
53/18 53/23 61/18 61/25
66/15 66/17 66/19 67/8 69/21
70/1 70/13 71/2 72/1 72/5
76/22 80/1 84/22 85/5 85/24
94/21 95/20 100/2 100/9
102/12 102/12 102/12 102/17
102/23 107/25 112/6 114/7
115/24 116/11 116/13 117/9
119/18 125/25 126/9 126/13
130/9 134/13 136/14 137/1
147/5 148/9 152/9 158/20
160/1 161/17 164/5 164/7
164/10 164/10 164/22 167/22
177/19 181/25
**though [5]**  28/3 32/15 58/10
100/5 143/1
**thought [2]**  33/25 78/11
**thous [1]**  163/18
**thousand [1]**  168/23
**three [20]**  8/23 17/17 23/4
23/5 23/22 24/2 32/6 37/9
40/6 40/8 51/2 93/2 95/11
101/5 101/7 131/24 167/18
175/7 176/17 180/13
**three-day [1]**  101/7
**through [33]**  20/1 20/16 25/3
27/12 31/10 38/7 38/10 41/11
41/12 43/23 47/23 51/22
66/20 67/14 68/12 70/3 70/22
71/2 72/12 90/10 90/11 99/5

108/15 112/20 114/8 118/24
131/23 135/11 141/1 146/21
162/2 168/23 185/14
**throughout [3]**  42/12 42/13
49/20
**throw [2]**  125/22 126/3
**Thursday [2]**  2/4 71/9
**till [1]**  23/20
**time [177]**  4/18 6/24 11/13
27/5 27/11 30/6 30/8 30/23
31/6 31/6 31/7 31/13 34/24
36/4 38/18 38/21 39/5 39/12
43/7 43/7 43/9 44/3 47/5
47/6 47/9 48/7 49/1 49/15
51/14 51/20 52/9 52/10 52/13
52/17 52/18 52/18 52/19
52/19 52/20 53/12 53/13
53/13 53/16 53/17 54/1 54/6
54/10 54/14 54/20 55/11
55/13 55/19 55/20 56/2 56/4
56/4 56/7 56/13 56/15 56/17
56/20 56/23 57/3 57/11 57/14
57/20 58/1 58/7 58/9 58/12
58/24 58/24 58/25 59/1 59/1
59/2 59/7 59/9 59/12 59/13
59/17 59/18 60/8 60/11 60/18
60/21 60/25 61/5 61/9 62/19
63/12 68/25 70/13 79/24
84/15 85/13 85/17 85/19 86/6
86/10 86/11 86/24 87/3 87/5
87/7 87/9 87/13 87/25 89/10
90/6 92/2 97/14 98/21 99/5
99/6 100/14 100/16 105/5
108/21 109/17 110/12 110/12
110/24 111/7 120/19 123/6
123/12 123/12 123/13 125/7
127/6 129/21 129/21 130/20
130/23 130/25 131/4 137/13
137/14 141/18 143/6 143/7
145/8 145/25 146/2 146/10
146/15 146/16 146/19 147/10
148/5 148/6 148/6 148/6
148/13 148/16 148/23 149/5
149/5 149/6 149/20 151/8
151/11 152/6 153/14 156/23
162/12 166/10 167/1 167/9
167/17 170/9 170/24 173/7
174/2 181/9 190/5
**timed [1]**  115/9
**timely [1]**  57/4
**times [8]**  52/14 53/18 58/7
72/21 137/24 147/6 167/21
167/22
**title [5]**  75/8 77/20 98/3
106/2 182/13
**to early [1]**  150/1
**to Mr [1]**  79/17
**today [12]**  4/15 7/23 25/17
58/18 79/21 100/11 101/12
104/2 115/11 160/13 179/22
180/2
**today's [1]**  30/1
**together [2]**  57/9 79/23
**told [25]**  5/17 5/18 9/5 27/14
29/4 48/12 48/12 65/4 91/15
91/16 111/13 114/14 121/10
138/25 139/1 150/20 151/24
152/2 163/19 169/22 184/16
185/11 188/18 188/24 189/2
**tomorrow [1]**  160/14
**too [4]**  120/15 137/4 162/1
178/9

**took [3]**  85/13 115/1 189/18
**tool [1]**  131/19
**tools [1]**  118/19
**top [18]**  36/19 37/12 37/13
37/20 38/12 46/23 47/24 70/5
70/6 77/15 78/9 85/15 86/13
106/2 130/17 133/18 137/7
158/21
**total [1]**  23/14
**towards [2]**  39/4 49/16
**track [7]**  52/9 52/13 53/1
53/7 53/17 56/7 58/20
**tracked [3]**  52/12 53/7 53/11
**tracking [10]**  3/22 52/23
53/10 54/25 55/12 55/25 60/4
60/6 89/12 118/10
**trail [1]**  161/25
**trained [4]**  103/9 103/10
103/18 104/6
**trainee [1]**  171/25
**training [19]**  100/18 103/21
104/7 104/16 104/18 104/20
105/3 105/6 105/10 119/23
119/23 131/19 132/4 157/4
158/13 158/23 177/11 177/12
177/13
**transcribed [1]**  190/10
**transcript [2]**  190/12 190/12
**transferred [2]**  30/6 157/8
**transmitted [1]**  187/1
**transport [1]**  27/11
**Travis [2]**  132/7 132/12
**tried [1]**  57/21
**trigger [1]**  91/10
**trouble [1]**  63/22
**Troutman [3]**  108/12 165/25
178/22
**true [2]**  27/14 190/12
**truth [1]**  63/23
**try [5]**  6/16 72/6 93/13 143/3
175/17
**trying [10]**  4/21 65/22 94/11
134/2 137/6 142/5 143/12
149/8 169/7 169/8
**tube [12]**  185/18 185/20
185/22 186/3 186/6 186/7
186/9 186/10 186/11 186/11
186/20 187/2
**tubes [8]**  185/15 185/16
185/17 186/3 186/14 187/10
187/13 187/18
**turn [2]**  91/13 126/8
**turned [1]**  141/25
**turnover [2]**  97/7 97/9
**turns [1]**  91/8
**two [36]**  7/2 7/3 7/17 7/20
8/18 9/7 9/13 9/16 11/12
13/3 18/9 37/9 48/9 49/15
49/24 49/25 50/10 51/19
51/25 52/25 57/20 67/25
86/17 87/1 94/21 95/1 106/3
106/4 127/23 131/24 136/14
163/18 167/18 168/23 173/23
180/11
**twos [3]**  9/1 65/13 136/6
**type [4]**  67/5 96/8 144/16
180/15
**typewritten [1]**  190/11
**typical [1]**  69/12
**typically [22]**  25/8 25/13
26/13 27/24 32/6 32/12 35/5
35/10 36/4 45/17 45/18 45/22

216

**T**

**typically... [10]**  45/25 46/5
52/7 61/22 66/16 68/16 69/1
123/2 131/11 131/11
**typing [8]**  66/6 66/7 66/7
66/23 66/24 67/2 67/3 67/12

**U**

**uh [101]**  4/23 5/25 6/8 6/18
7/10 12/6 16/10 17/19 18/10
19/15 19/22 21/7 23/18 24/12
24/18 26/12 27/16 27/22 29/3
31/19 32/4 32/10 33/1 34/19
35/17 36/22 37/3 37/8 39/15
42/16 42/23 43/5 46/13 47/3
47/10 48/15 48/25 49/12
53/22 55/18 57/9 60/5 62/21
64/5 66/25 71/21 72/17 73/22
74/7 74/10 79/4 87/17 89/17
91/20 92/5 92/19 100/21
101/13 101/21 107/9 117/5
122/22 123/12 128/12 128/16
133/8 133/13 138/13 139/12
141/24 143/16 144/11 146/9
146/25 147/18 147/20 155/24
156/1 156/25 158/5 158/9
158/16 159/8 161/7 162/10
163/21 169/15 172/2 172/18
174/16 174/20 177/17 179/5
182/12 182/16 184/8 185/1
187/8 188/4 189/5 189/5
**uh-huh [99]**  4/23 5/25 6/8
6/18 7/10 12/6 16/10 17/19
18/10 19/15 19/22 21/7 23/18
24/12 24/18 26/12 27/16
27/22 29/3 31/19 32/4 32/10
33/1 34/19 35/17 36/22 37/3
37/8 39/15 42/16 42/23 43/5
46/13 47/3 47/10 48/15 48/25
49/12 53/22 55/18 57/9 60/5
62/21 64/5 66/25 71/21 72/17
73/22 74/7 74/10 79/4 87/17
89/17 91/20 92/5 92/19
100/21 101/13 101/21 107/9
117/5 122/22 123/12 128/12
128/16 133/8 138/13 139/12
141/24 143/16 144/11 146/9
146/25 147/18 147/20 155/24
156/1 156/25 158/5 158/9
159/8 161/7 162/10 163/21
169/15 172/2 172/18 174/16
174/20 177/17 179/5 182/12
182/16 184/8 185/1 187/8
188/4 189/5 189/5
**un [1]**  9/20
**un-retire [1]**  9/20
**unclear [2]**  6/6 72/11
**under [8]**  46/12 65/19 108/19
133/1 141/3 141/3 190/10
190/19
**underneath [1]**  106/1
**understaffing [1]**  178/6
**understand [18]**  26/8 28/22
37/22 38/4 40/16 42/12 55/15
55/19 60/3 65/17 65/19 72/9
81/3 100/17 108/23 136/6
148/18 148/25
**understanding [10]**  33/24 49/5
50/16 65/15 65/21 108/4
139/18 152/13 167/24 190/13
**understood [3]**  18/4 49/13
50/8

**undertake [1]**  55/24
**unethical [1]**  124/5
**unfamiliarity [1]**  6/6
**unfortunately [1]**  169/1
**UNITED [1]**  1/1
**unless [3]**  93/16 121/9 139/7
**unopened [3]**  24/23 41/14
109/5
**until [18]**  9/19 23/24 36/12
41/19 52/20 68/20 83/9 88/9
90/15 90/20 145/11 145/12
154/10 158/25 159/9 175/20
184/18 185/5
**untimely [1]**  122/3
**up [55]**  17/2 20/4 33/19 35/14
35/25 36/3 36/5 36/12 36/16
37/16 37/25 38/6 41/9 43/11
44/13 49/20 52/20 60/12 66/7
66/18 69/21 70/15 70/21 72/3
73/18 78/9 83/25 87/10 91/7
102/14 104/5 106/18 119/22
126/13 142/5 142/17 143/3
143/12 162/12 168/11 168/14
168/16 169/25 183/19 184/10
184/10 184/11 184/11 184/11
184/16 184/21 185/6 186/6
189/3 189/10
**updated [5]**  70/12 77/5 83/3
100/16 175/8
**upon [4]**  4/2 114/22 115/1
139/17
**us [23]**  29/15 40/7 75/5 76/15
79/2 79/20 81/2 93/5 101/15
111/10 111/10 111/13 114/24
115/19 126/11 132/22 160/19
176/23 177/9 183/9 186/14
187/25 189/2
**use [13]**  3/23 6/12 23/9 52/13
67/13 74/3 74/5 83/7 93/5
106/12 106/12 111/7 118/15
**used [14]**  5/11 12/3 53/16
92/20 95/7 95/16 111/17
131/18 163/12 187/11 187/13
187/18 187/19 187/21
**uses [6]**  54/2 118/20 184/4
186/9 186/11 186/14
**using [2]**  111/3 184/4
**usual [1]**  156/18
**usually [3]**  28/9 68/19 104/20
**utility [1]**  35/23
**utilize [4]**  23/6 32/19 119/1
164/18
**utilizing [1]**  110/21

**V**

**vacancies [2]**  65/22 65/23
**vacation [1]**  17/25
**variety [1]**  184/7
**various [5]**  13/18 72/18 72/24
125/15 125/23
**ver [1]**  165/11
**verbal [3]**  6/16 163/3 163/4
**verbally [1]**  163/1
**verified [4]**  14/22 44/9 47/7
123/14
**verifier [25]**  14/23 15/21
15/25 16/12 44/7 44/8 44/10
44/14 45/10 45/12 45/23
45/25 46/1 46/3 46/18 46/19
47/2 47/9 51/22 54/4 54/4
59/8 87/8 87/8 146/18
**verifier's [1]**  44/15
**verifiers [1]**  45/4

**verifies [3]**  15/4 15/7 15/12
**verify [5]**  11/8 44/24 46/4
46/5 87/8
**verifying [4]**  15/11 45/10
45/19 45/23
**version [3]**  83/1 83/6 98/11
**very [10]**  73/10 83/14 86/24
94/15 96/16 130/17 189/17
189/17 189/17 189/17
**via [10]**  20/19 46/19 186/20
186/20 186/20 186/20 186/20
187/1 188/3 188/4
**view [2]**  93/12 134/2
**visible [1]**  126/16
**visit [5]**  13/6 13/12 85/5
125/4 125/10
**visitation [2]**  78/10 78/16
**visitation/booking [2]**  78/10
78/16
**visitor [1]**  13/10
**visits [11]**  11/11 11/12 11/13
12/25 13/3 13/5 13/14 19/10
72/23 158/14 158/18

**W**

**wait [2]**  82/24 95/18
**waiting [1]**  104/3
**walk [5]**  20/16 81/2 82/21
126/12 126/13
**wall [3]**  69/25 94/17 186/7
**want [19]**  22/9 22/14 33/23
82/15 84/6 93/16 97/16
108/15 108/16 110/10 122/3
123/20 125/8 127/4 128/9
128/10 152/20 155/2 186/2
**wanted [16]**  9/22 55/24 106/11
137/9 146/10 150/20 150/22
150/24 154/15 154/16 154/18
154/19 154/20 154/22 167/10
182/22
**wanting [1]**  35/3
**wants [8]**  27/10 68/13 68/15
68/17 72/10 131/16 131/17
131/18
**warrant [8]**  10/23 11/7 14/11
54/5 54/13 86/9 86/21 87/11
**warrants [5]**  10/9 10/23 14/13
16/14 86/21
**was [271]**
**wasn't [8]**  114/3 115/17
148/16 150/13 152/5 154/14
155/14 163/7
**water [1]**  59/2
**watermark [1]**  59/23
**way [13]**  26/9 47/11 53/1 53/7
53/11 57/25 59/24 60/7 71/12
75/19 77/3 94/25 112/4
**ways [2]**  29/8 151/7
**we [221]**
**we'd [8]**  6/18 85/5 89/6
117/13 118/7 126/8 126/9
162/22
**we'll [24]**  6/11 6/14 12/16
14/8 14/9 23/11 30/9 30/9
31/13 33/13 54/23 54/23
66/19 66/19 66/20 80/22 84/4
84/20 88/20 112/6 115/20
121/19 121/21 127/8
**we're [32]**  4/13 4/15 4/21
4/24 5/22 11/19 23/7 24/3
33/6 40/2 44/16 51/7 64/20
65/22 65/25 74/17 80/4 86/25
96/18 99/9 105/24 112/7

**W**

**we're... [10]**   116/24 120/7
120/17 120/23 124/4 138/21
148/4 148/5 150/10 171/1
**we've [26]**   24/8 30/3 31/17
33/20 44/11 49/8 81/9 103/5
105/2 114/1 125/12 134/21
153/7 162/25 163/20 164/3
169/1 169/1 169/1 169/25
171/3 177/12 178/6 179/21
185/11 185/11
**week [7]**   13/3 23/1 65/25 69/2
125/1 125/1 179/12
**weekday [1]**   13/4
**weekend [1]**   13/4
**well [157]**   5/5 5/16 6/6 7/18
9/2 9/21 13/3 14/22 17/5
17/9 18/13 18/19 21/25 22/17
24/21 24/22 25/16 26/9 27/8
27/13 27/15 30/23 32/15
34/10 35/2 35/21 39/19 40/1
41/20 42/21 43/15 44/7 44/16
44/25 48/8 48/11 48/22 49/8
49/15 50/5 50/19 50/24 53/12
59/2 60/14 61/19 62/9 63/6
63/12 64/17 66/17 68/2 69/6
69/16 70/24 72/2 72/22 72/22
72/24 74/4 74/12 75/11 77/4
79/10 79/16 79/21 80/6 80/12
81/2 81/11 81/17 82/10 82/17
83/1 83/10 83/18 84/6 84/12
85/1 85/4 86/16 90/7 90/14
90/25 91/15 92/23 93/18 94/4
94/22 95/4 95/13 95/20 97/13
99/12 100/7 101/10 101/25
103/7 103/9 104/19 104/22
104/25 109/13 111/8 111/20
114/24 115/21 116/24 117/8
118/6 118/8 119/7 121/13
121/14 124/2 124/25 129/14
131/14 139/16 140/2 140/25
141/1 141/8 142/9 142/13
142/25 145/14 146/22 148/3
151/17 153/7 154/14 155/1
155/1 155/18 156/2 156/13
159/20 163/18 164/6 164/17
166/18 169/1 169/21 169/23
171/24 173/12 175/21 176/7
176/8 177/8 177/9 178/14
178/16 181/15 182/2 187/14
**went [12]**   40/5 40/19 83/9
85/14 92/14 100/15 113/9
165/20 165/24 168/10 168/11
172/20
**were [63]**   3/21 6/17 38/20
49/16 58/2 72/18 72/19 75/1
76/22 77/21 85/13 85/14
104/6 106/7 106/25 107/8
107/21 109/18 110/6 115/18
115/18 117/4 117/20 117/24
118/1 130/16 130/25 133/19
134/13 134/22 137/10 137/12
137/14 137/25 138/12 138/14
143/5 146/2 146/8 147/2
147/2 147/3 147/5 147/9
156/2 156/3 156/5 156/11
156/16 157/7 161/5 162/3
162/4 164/5 164/8 164/14
166/7 167/12 172/25 173/2
175/22 177/5 181/8
**weren't [1]**   155/14
**WESTERN [1]**   1/1

**what [242]**
**what's [33]**   12/3 21/3 21/16
36/17 36/18 43/14 56/19
58/22 60/9 67/18 74/11 75/11
75/20 87/22 91/11 98/12
100/11 101/15 103/6 103/24
104/13 104/22 106/3 106/17
107/10 110/21 113/6 131/11
158/19 161/12 176/12 179/25
180/1
**whatever [21]**   23/8 42/25 64/9
65/24 73/1 73/4 73/25 92/8
98/13 122/3 124/5 132/16
153/1 155/4 157/5 157/6
163/19 163/22 169/20 178/17
182/4
**wheel [4]**   172/1 172/4 172/10
172/12
**Wheeler [3]**   171/17 171/18
172/16
**when [144]**   6/20 6/21 10/23
10/24 12/4 13/11 13/25 15/2
19/19 22/3 24/19 28/10 29/2
29/5 29/9 29/19 29/20 31/5
34/17 35/4 37/15 37/23 37/23
38/5 43/3 46/3 46/17 46/18
46/18 46/22 46/25 49/1 49/1
49/6 49/13 50/7 50/8 51/1
51/13 52/24 54/3 54/12 54/12
54/19 55/1 55/9 55/11 55/23
56/14 56/14 57/16 57/16 58/2
59/7 59/14 59/18 59/24 60/8
60/12 60/13 62/16 62/17
63/17 64/2 64/6 64/21 65/23
68/15 70/23 70/24 72/2 75/15
75/24 77/21 87/5 87/18 89/18
90/23 91/2 91/13 94/25 95/19
100/14 101/10 107/13 111/7
114/2 115/20 116/10 120/9
120/19 137/24 137/25 138/21
138/25 138/25 139/1 139/10
139/21 140/20 141/12 142/4
142/15 143/9 143/20 145/25
146/13 146/16 147/10 149/9
149/16 149/16 152/7 152/7
152/8 153/2 153/9 154/10
155/7 159/12 161/25 162/14
162/24 163/5 163/9 163/18
166/9 166/15 167/7 168/10
168/20 169/7 170/7 174/6
175/11 178/7 178/16 184/20
184/21 185/8 186/25 188/16
188/16 188/17
**whenever [4]**   51/7 109/4
142/17 148/15
**where [46]**   5/1 27/25 35/18
35/19 41/9 53/17 53/17 53/18
56/24 57/21 69/19 73/24 78/8
84/3 85/14 88/17 88/22 91/1
92/16 94/11 95/8 102/2
124/12 124/17 124/17 126/11
134/2 137/6 138/4 138/5
140/9 144/12 149/16 168/5
169/18 169/18 169/24 171/22
172/3 172/11 172/14 172/14
178/5 178/23 184/17 186/17
**whereas [6]**   7/20 91/1 123/7
137/3 137/7 151/9
**Whereupon [21]**   74/22 77/17
78/4 96/24 97/22 112/9 113/4
127/10 127/16 127/20 127/25
128/5 135/18 140/17 144/3

144/23 171/12 173/16 174/23
176/10 189/21
**wherever [2]**   54/18 54/24
**whether [23]**   16/13 64/18
79/20 85/14 85/21 85/24
86/12 88/13 111/3 112/23
120/23 121/11 121/20 121/23
125/20 129/8 129/12 143/6
145/23 157/5 180/22 181/6
189/12
**which [35]**   5/13 5/18 14/19
16/13 37/1 37/5 37/18 37/18
47/23 57/25 61/1 76/1 81/4
82/6 89/6 110/6 112/12 113/7
122/10 124/20 128/19 128/22
129/6 129/10 130/15 132/10
133/19 134/21 140/12 142/2
160/3 169/9 169/17 183/18
184/9
**while [11]**   5/24 11/13 57/20
57/20 74/17 89/22 90/14 91/6
91/6 91/7 128/10
**who [69]**   7/25 8/3 8/3 8/11
9/25 12/8 17/3 17/18 18/21
20/12 24/8 29/17 31/17 31/18
31/20 33/3 39/2 44/14 45/4
45/4 45/24 47/14 47/14 47/19
48/5 52/12 57/1 60/17 60/20
63/15 63/15 84/22 97/2
106/19 107/25 108/3 108/6
108/9 108/9 116/21 116/21
119/24 121/11 121/23 128/24
131/4 131/4 131/20 136/18
138/12 141/3 143/17 145/14
145/14 145/23 145/23 156/2
156/23 156/23 162/5 162/6
172/3 172/3 180/9 180/9
181/11 182/8 188/24 188/24
**who's [3]**   45/10 45/23 145/6
**whoever [4]**   14/21 14/22 20/22
130/23
**whole [7]**   51/19 51/24 93/22
111/23 155/4 156/21 169/2
**whose [1]**   92/14
**why [40]**   24/2 31/14 38/15
39/8 53/4 62/25 63/4 64/8
65/15 65/17 79/23 84/18
84/18 85/4 85/4 86/15 94/10
119/18 131/15 133/9 133/9
133/12 133/20 134/24 141/2
141/15 142/4 142/7 142/7
143/12 143/13 145/11 145/18
150/6 150/13 159/21 161/24
164/7 174/1 185/23
**will [43]**   11/8 11/13 12/10
12/12 14/4 14/16 14/24 21/4
25/17 25/17 30/4 30/22 35/16
36/4 36/9 36/12 39/3 41/16
56/12 60/20 63/22 66/5 88/1
88/2 88/21 90/4 96/14 96/19
108/20 109/3 109/8 119/24
120/22 121/18 121/21 121/24
122/2 122/3 122/7 151/16
152/20 160/17 162/1
**will take [1]**   12/10
**Williams [1]**   5/9
**window [7]**   11/15 19/13 94/3
94/3 94/5 94/5 95/19
**windows [1]**   126/13
**within [12]**   10/10 11/19 48/7
48/8 86/23 86/23 87/2 124/14
138/14 138/15 181/8 187/4

**W**

**witness [5]**  1/20 3/3 4/2
 186/4 190/7
**won't [2]**  90/14 90/19
**word [1]**  139/25
**words [5]**  67/5 67/9 71/16
 78/15 163/12
**work [39]**  6/14 8/11 10/5
 18/11 21/20 28/5 28/7 28/10
 28/13 28/16 28/18 32/25
 38/25 39/2 45/19 45/23 45/25
 67/13 68/16 68/19 68/21 69/1
 73/5 76/14 90/18 92/7 96/9
 101/11 118/18 125/14 126/11
 142/6 143/4 143/13 155/11
 155/12 157/13 173/7 182/2
**workflow [2]**  71/17 71/17
**working [5]**  22/15 149/6
 159/20 178/22 183/25
**workload [1]**  67/20
**works [6]**  13/22 17/9 179/23
 181/12 182/3 182/8
**would [93]**  6/16 9/10 19/23
 25/19 25/22 25/22 25/24 27/7
 28/5 28/18 39/24 41/3 42/4
 48/20 49/22 50/9 53/9 53/9
 53/12 53/14 55/25 59/7 65/11
 66/4 71/25 78/16 78/17 78/24
 79/1 79/12 79/21 84/12 84/24
 85/1 87/18 87/19 88/8 89/9
 89/19 91/17 91/18 97/11
 109/20 110/15 125/3 125/3
 132/25 133/6 134/25 135/5
 136/11 136/18 137/1 137/11
 137/19 137/19 137/20 137/20
 142/10 142/13 143/18 143/18
 145/4 147/7 147/7 152/16
 152/24 153/20 153/23 153/24
 154/1 154/2 154/5 155/5
 156/8 157/1 157/1 157/4
 162/8 162/8 163/5 168/6
 168/12 181/15 181/16 182/10
 182/23 185/25 188/24 188/24
 189/2 189/8 189/11
**wouldn't [6]**  84/16 86/14 88/9
 111/24 188/25 188/25
**Wow [2]**  23/19 41/25
**write [1]**  186/3
**writing [6]**  62/5 74/14 100/10
 109/12 125/25 126/2
**written [18]**  48/10 48/17
 48/17 62/8 62/23 63/4 64/9
 100/21 107/24 114/23 114/24
 115/12 124/1 125/13 126/5
 126/6 133/23 173/3
**wrong [5]**  5/6 5/19 5/20 16/5
 145/15
**wrote [5]**  69/6 74/8 74/9
 74/11 75/25

**X**

**X-amount [2]**  48/7 48/8
**XJail [30]**  30/14 30/18 141/5
 141/7 141/10 143/24 144/1
 166/12 166/13 166/16 166/19
 166/22 166/25 167/5 167/6
 167/11 181/1 181/13 181/14
 181/15 181/16 181/17 181/18
 181/22 181/23 182/4 182/6
 182/9 182/23 183/4

**Y**

**YATES [1]**  1/5
**yeah [132]**  12/9 12/23 16/18
 16/20 17/22 18/5 18/7 19/25
 22/14 24/16 25/16 25/21
 26/22 27/18 27/20 28/14 30/3
 32/8 32/18 32/22 34/13 34/16
 35/12 36/20 37/22 40/15
 40/21 44/9 45/16 47/17 47/21
 48/22 50/1 50/3 50/3 52/25
 53/25 56/10 58/23 59/6 60/3
 60/14 68/25 70/7 72/15 72/17
 73/15 80/8 80/12 80/18 82/13
 83/15 83/17 85/3 85/3 86/1
 86/19 89/12 89/14 89/14
 89/24 90/2 91/22 94/14 98/9
 98/19 98/22 98/22 99/1 99/3
 100/19 101/2 102/13 102/19
 102/24 104/25 106/6 106/15
 107/12 111/14 114/25 117/1
 118/12 121/9 123/3 126/7
 126/15 127/23 128/14 128/19
 129/14 129/16 129/24 130/8
 130/8 130/10 132/24 132/24
 142/25 147/23 148/23 150/4
 152/4 154/17 158/1 161/23
 163/23 164/6 164/19 165/2
 165/2 165/11 165/12 165/15
 165/17 166/18 167/5 168/18
 168/18 172/9 177/2 177/13
 178/10 179/21 180/8 181/4
 185/19 186/23 187/17 187/18
 188/10 188/20
**year [9]**  30/8 67/25 116/16
 119/8 119/12 119/12 162/15
 162/15 162/16
**years [4]**  5/3 33/23 49/21
 51/2
**yellow [6]**  82/2 83/25 99/10
 99/22 100/1 107/4
**yes [162]**  6/21 7/1 7/4 7/6
 7/12 8/2 8/7 8/15 8/22 9/6
 9/9 9/12 13/1 13/16 13/21
 15/8 16/1 17/1 18/13 18/25
 19/5 21/18 21/23 22/2 24/1
 24/7 24/12 28/20 35/6 35/9
 36/1 42/9 42/9 42/19 50/15
 50/18 50/20 50/24 52/1 52/5
 55/3 55/5 58/5 59/21 59/23
 60/10 62/6 63/14 63/18 63/20
 65/3 65/5 65/8 65/10 65/14
 67/7 67/16 67/16 74/20 76/6
 76/8 76/10 76/16 76/20 76/23
 77/4 77/7 77/11 77/23 78/14
 78/19 79/6 79/7 79/8 81/6
 81/11 82/8 84/1 89/21 93/10
 95/18 97/10 100/4 107/20
 107/22 108/1 108/2 109/9
 110/5 111/6 113/13 117/19
 118/16 119/4 122/9 123/6
 123/18 126/18 130/18 130/23
 136/1 136/10 136/10 137/5
 138/22 139/4 139/4 139/15
 139/15 139/19 139/23 140/5
 140/11 144/11 144/15 144/18
 144/21 147/25 149/25 150/24
 151/22 152/1 152/20 153/12
 155/10 157/9 159/11 159/14
 160/2 161/11 162/13 162/17
 162/20 166/8 166/21 166/24
 167/2 167/14 170/23 172/21
 173/25 174/17 174/18 175/10

 175/16 175/25 177/12 179/5
 179/8 181/5 181/14 181/23
 182/7 183/3 183/6 183/17
 184/13 185/4 188/15 189/6
 189/7 189/11
**yet [9]**  63/5 76/1 83/4 89/5
 89/6 92/6 106/11 177/25
 178/25
**you [597]**
**you under [1]**  65/19
**you'd [10]**  42/5 79/19 83/21
 108/16 109/20 109/24 137/12
 137/23 154/10 154/11
**you'll [1]**  51/12
**you're [40]**  6/13 6/21 6/21
 8/20 24/5 24/5 38/4 40/11
 47/1 47/2 48/4 62/7 63/23
 63/23 64/21 65/2 65/6 65/15
 65/18 68/23 68/24 72/19
 73/12 75/25 76/4 83/21
 116/14 116/21 117/9 121/7
 124/20 131/23 138/23 138/25
 139/1 140/4 140/20 149/19
 164/14 168/21
**you've [41]**  4/19 8/5 10/2
 47/14 48/12 48/12 48/12
 57/20 58/17 62/12 65/1 65/9
 65/9 67/17 74/6 75/10 76/21
 78/1 82/7 89/19 98/13 100/9
 108/20 110/13 111/20 113/2
 115/1 117/2 126/6 128/10
 169/6 177/25 179/1 179/1
 179/25 181/25 185/2 185/2
 189/2 189/17 189/17
**your [84]**  4/6 6/2 6/24 7/23
 8/1 8/8 9/3 9/10 9/15 13/17
 17/16 26/8 39/19 47/22 49/5
 49/5 50/21 63/22 65/6 65/13
 65/20 68/11 68/16 69/12
 71/15 74/1 74/20 79/2 81/7
 81/8 81/15 82/7 86/3 91/18
 96/19 96/21 96/22 100/11
 100/11 106/19 107/8 107/10
 107/10 107/11 107/13 107/23
 108/3 109/12 112/20 113/14
 114/4 118/1 118/18 119/2
 124/12 124/18 125/5 125/5
 125/5 125/10 133/15 136/7
 139/17 141/9 144/19 145/21
 148/19 152/13 154/5 159/16
 164/5 164/12 167/15 167/24
 172/17 176/22 177/20 179/18
 180/14 184/23 184/25 185/6
 185/9 189/18
**yours [2]**  96/15 102/23
**yourself [1]**  120/5
**yourselves [1]**  115/1