**FILED**

JAMES J. VILT, JR. - CLERK

MAY 2 4 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00071-RGJ-RSE

JACOB HEALEY, et al.                                    PLAINTIFFS

v.

LOUISVILLE METRO GOVERNMENT, et al.                    DEFENDANTS

## AFFIDAVIT OF C. CLEVELAND GAMBILL

Comes the Affiant, C. Cleveland Gambill, being duly sworn, states as follows:

1. That the Affiant has carefully read the Order of the Court, dated May 16, 2022, directing the undersigned to file an affidavit concerning any possible conflict of interest, prior to his potential appointment as a Special Master in the above styled case.

2. That the Affiant has read, reviewed, and carefully considered each of the provisions of 28 U.S.C. §455, which provides that judicial officers must disqualify themselves from all matters in which their impartiality might reasonably be questioned.

3. That the Affiant has reviewed the pleadings, and the named parties and attorneys in the above-styled matter and states his true belief that he has no personal, financial, professional, or other interest, relationship, or connection to the matter which would give rise to an actual, potential, or apparent conflict with any duty of impartiality in the matter.

1

4. That the Affiant understands the duty to disclose a conflict is a continuing obligation.  Further, upon any future discovery of facts or circumstances which give rise to a potential or real conflict, the Affiant will promptly disclose the existence of such immediately to the Court and to the parties.

5. That pursuant to 28 U.S.C. §1746, the Affiant states, "I declare under penalty of perjury the foregoing is true and correct."

6. Further the Affiant sayeth naught.

Dated this 23rd day of May, 2022.

_C. Cleveland Gambill_
C. Cleveland Gambill, Affiant

STATE OF KENTUCKY　　　　)
　　　　　　　　　　　　　　)
COUNTY OF FAYETTE　　　　)

SUBSCRIBED and SWORN to before me this 23rd day of May, 2022.

_____
Notary Public, State-at-Large

My Commission expires: 12-21-2024

NICOLE RASHID
Notary Public
Commonwealth of Kentucky
Commission Number KYNP20370
My Commission Expires Dec 21, 2024

**FILED**
JAMES J. VILT, JR. - CLERK

MAY 24 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MICHELLE L. GOETZINGER
FOR FILING
CIVIL ACTION NO. 3:17-CV 00071 - RGJ-RSE