UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JACOB HEALEY, et al., | ) | CASE NO.: 3:17-CV-00071-RGJ-RSE |
| | ) | |
| Plaintiffs, | ) | JUDGE: REBECCA GRADY JENNINGS |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFERSON COUNTY KENTUCKY | ) | |
| LOUISVILLE METRO GOVERNMENT, et | ) | |
| al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## REPORT OF SPECIAL MASTER NO. 3

Now comes C. Cleveland Gambill, Special Master herein, and for his third Report to the Court, states as follows:

The Special Master and the Parties have received a progress report from Dr. Cowan pursuant to the Agreed Order for Data Collection & Analysis (Doc. 125) with respect to Analytic Focus, LLC's ongoing collection and analysis of data. The Special Master held a telephone conference with the Parties' counsel with respect to that report and the issues and concerns of the parties and the Special Master with respect to the report and the status of the data collection and analysis.

Plaintiff counsel expressed a desire for interim data to review and for an understanding of when the review and analysis of the "Plaintiff sample" period of data would be completed. Defense counsel has spoken with Dr. Cowan who has indicated his intention to address these concerns with sample data as part of his November report to be produced shortly. The completion of the "Plaintiff sample" period data will be completed by the end of December as more fully discussed below, along with a discussion of the current state of the data review and analysis.

Dr. Cowan's report indicates that he has made substantial progress in the review of the sample months of documents that Plaintiff counsel had reviewed as part of its Motion for Class Certification, but that review of data for the sample of months is continuing.  As of October 31, 2022, review of the "Release Reports," "Conditions of Release and Judicial Decision," and "Release from Custody" documents had been completed.  The process of correlating the emails to LMDC and the attachments to those emails to the various categories of inmates or detainees is currently being performed.  While the emails and attachments have been reviewed and correlated to the inmate documents, the process of taking the email meta data to determine when a given order was transmitted and matching it to the order and inmate is ongoing.  This process has been completed for persons released on their own recognizance (RORs).  This process will be completed in the near term for persons released on bond.  By the end of December this process will have been completed for all release types.

Analytic Focus is also working to determine the timeliness of discontinuing the monitoring of Home Incarceration Program inmates/detainees.  They are working with LMDC to obtain data from the current monitoring vendor and from LMDC for these inmates for this analysis.  The current vendor only covers a portion of the class period.   Defendants have recently received a subpoena response from the prior monitoring vendor and will be sending that data to plaintiff and Dr. Cowan.  Defendants are also following up with that vendor for additional data.

An interim report is expected in the first or second week of January outlining data results for the "Plaintiff sample" period.  In January Analytic Focus will also be reviewing any data outliers or anomalies to determine their cause and resolve them.

The interim report will also provide guidance on whether the "Plaintiff sample" months of data can be extrapolated across the class period or whether additional sampling is needed for appropriate extrapolation across the class period.

Dated this 4th day of December 2022.


Respectfully submitted,

_C. Gambill_

C. Cleveland Gambill
Special Master



cc: Counsel of Record