UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

[Filed Electronically]

JACOB HEALEY, et al., individually )
and on behalf of all others similarly situated, )
)
PLAINTIFFS )
)
v. ) Case 3:17-cv-71-RGJ-RSE
)
LOUISVILLE METRO GOVERNMENT, )
et al., )
)
DEFENDANTS )

## THE SPECIAL MASTER'S FOURTH REPORT TO THE COURT

Now comes C. Cleveland Gambill, Special Master herein, and for his Fourth Report to the Court, states as follows:

1. Dr. Charles Cowan and Analytic Focus, LLC ("Analytic") circulated to the parties on January 12, 2023, a 20-page Interim Report on "Time to Release for Inmates at the Louisville Metro Department of Corrections' ("the Report").

2. A review of the Report has generated a number of issues for discussion among the parties. The Report indicates that there may be missing documentation or information that may never be found.

3. The Special Master has tentatively scheduled a Zoom conference for the afternoon of February 8, 2023, at 2:00 p.m. EST, for the Special Master and the parties to have the opportunity to ask Dr. Cowan about the conclusions reached and other statements made in the body of the Report. It is anticipated that there will also be a discussion of the following:

1

      a.    Whether the Defendant parties have now provided or made available, in useable format, to the Plaintiff Class and to Dr. Cowan, all existing data, emails, documents, and other material relating to the claims herein; whether additional data, records and material exist in the possession of third parties; and whether there is need to establish court-ordered procedures and deadlines for the production of same;

      b.    Whether the agreed upon initial sample period has statistical and probative significance relative to the entire class period, and whether there are other sampling techniques which should be employed herein; and

      c.    When Dr. Cowan will provide a final and complete report.

4.    The Special Master restates that Plaintiff Class remains free to engage its own experts herein to analyze the available data, and to evaluate the progress and conclusions of Dr. Cowan and Analytic. The Plaintiff Class likewise remains free to move the Court for appointment of an expert under Rule 706, Federal Rules of Evidence.

5.    Finally, the Special Master advises the Court that, as the data analysis has progressed, counsel for the parties have raised the possibilities of early settlement discussions herein. Given that a new administration under Louisville Mayor Craig Greenburg is now taking office, Defendants have requested 30 days to determine whether they are prepared to engage in settlement discussions at this time. Absent direction, the undersigned leaves such prospects to the parties and to the Court.

Respectfully submitted,

*/s/ C. Cleveland Gambill*
C. Cleveland Gambill, Special Master

cc. Counsel of Record

2