UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

[Filed Electronically]

| | |
|---|---|
| JACOB HEALEY and LARRY LOUIS HIBBS, JR., individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS<br><br>v.<br><br>LOUISVILLE METRO GOVERNMENT, et al.,<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:17-CV-71-RGJ-RSE<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER FOR EXTENSION ON
DUE DATES FOR REPORTS ON DATA COLLECTION**

Pursuant to the agreement of the parties, and having been reviewed by the Special Master, as indicated by their signatures below, it is hereby **ORDERED** as follows:

1. Analytic Focus LLC ("Analytic") is the entity the parties have agreed to utilize to extract, analyze and provide data to the parties. For purposes other than this Analytic Focus LLC remains the expert of Defendants.

2. The parties originally agreed in writing that Analytic's Final Report on the initial four-month sample period (February and March 2016 and June through July 2017) utilized by Plaintiffs in their Motion for Class Certification would be due March 3, 2023. The parties now agree to extend the time to **no later than March 17, 2023** for Analytic to provide to the parties its Final Report on the initial four-month sample period cited above.

1

3. Analytic shall also provide to the parties a Final Report **no later than May 17, 2023**, which integrates two additional previously agreed upon months (January 2021 and October 2022), which take into account COVID.

4. For complete transparency purposes, the parties agree that Analytic shall provide the reports referenced herein simultaneously to the parties, and neither party shall receive, review or discuss any edits of drafts of said reports with Analytic before they are simultaneously provided to the parties. Defendants are however, free to discuss progress of reports or data collection and its import to the litigation with Analytic Focus, LLC

5. Nothing in this Agreement shall constrain or limit Defendants' confidential communications with Analytic concerning revisions, amendments, or improvements to the process by which Defendants release inmates from custody. The parties also agree Analytic may deal directly with Defendants, including LMDC personnel to obtain needed records and information. However, Analytic shall inform all parties and the Special Master of information and records obtained and upon request produce copies of such communications with respect to the collection of records or needed information, records and information to the requesting entity.

6. Defendants shall be responsible to inform and provide Analytic with a copy of this Agreed Order.

**IT IS SO ORDERED** this ____ day of March, 2023.

_____
Hon. Rebecca G. Jennings, United States District Judge

**AGREED:**

/s/ James D. Ballinger
James D. Ballinger
**Louisville Lawyer, PLLC**
3610 Lexington Road
Louisville, Ky 40207
(502) 426-3215
jim@louisvillelawyer.com

Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY 40059
(502) 292-2452
*Counsel for Plaintiff*


/s/ John T. McLandrich
John T. McLandrich
**Mazanec, Raskin & Ryder Co., LPA**
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com

/s/ John F. Carroll
John F. Carroll
Assistant Jefferson County Attorney
200 S. Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-6321
john.carroll2@louisvilleky.gov
*Counsel for Defendants*


**SEEN AND REVIEWED:**

/s/ C. Cleveland Gambill
C. Cleveland Gambill, Special Master

3