## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

*Filed Electronically*

| | |
|---|---|
| **JACOB HEALEY,** *et al.* | ) ) ) |
| **PLAINTIFFS** | ) ) |
| v. | ) ) Case No. 3:17-CV-00071-RGJ-RSE |
| **LOUISVILLE METRO GOVERNMENT,** *et al.,* | ) ) ) ) |
| **DEFENDANTS.** | ) |

## ENTRY OF APPEARANCE

Comes the undersigned and hereby enters her appearance as counsel of record for the Plaintiffs in the above-referenced matter.

Respectfully submitted,

/s/ *Laura E. Landenwich*
GARRY R. ADAMS
LAURA E. LANDENWICH
ADAMS LANDENWICH LAY, PLLC
517 West Ormsby Avenue
Louisville, KY  40203
garry@justiceky.com
laura@justiceky.com
Ph.:  (502) 561-0085
Fax:  (502) 415-7505

And

Gregory A. Belzley
P.O. Box 278
Prospect, KY  40059
Ph.:  (502) 292-2452
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on July 20, 2023, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action.

      /s/ *Laura E. Landenwich*
      LAURA E. LANDENWICH