UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

[FILED ELECTRONICALLY]

| | |
|---|---|
| JACOB HEALEY, et al., | )<br>) |
| PLAINTIFFS | )<br>) |
| vs. | )   CASE NO. 3:17-CV-RGJ-RSE<br>) |
| JEFFERSON COUNTY KENTUCKY<br>LOUISVILLE METRO GOVERNMENT,<br>et al., | )<br>)<br>) |
| DEFENDANTS | )<br>) |

## SPECIAL MASTER'S EIGHTH REPORT TO THE COURT

Comes C. Cleveland Gambill, Special Master herein, and for his Eighth Report to the Court, states as follows:

1. Pursuant to the Court's prior Order (DN 135), Analytic Focus, LLC produced its report to the parties and the Special Master on August 7, 2023;

2. The Special Master held a conference call with the counsel for the parties and Dr. Cowan with Analytic Focus, LLC on August 9, 2023 to discuss the parties' initial thoughts and concerns regarding Analytic Focus LLC's report and to discuss next steps;

3. As a result of that conference call the Special Master has set a Zoom conference with counsel and Dr. Cowan for August 21, 2023 at 2:00 p.m.;

4. Consistent with the Court's Order (DN 135), Plaintiffs' counsel currently believe they can still make a settlement demand within 30 days of the August 7,

2023 report date, but will inform the Special Master and Defendants if they encounter any difficulty meeting that deadline and need a brief extension.

Dated this 11th day of August, 2023

                              Respectfully submitted,

                              /s/ C. Cleveland Gambill
                              C. Cleveland Gambill, Special Master

cc:    Counsel of Record