UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

[Filed Electronically]

| | |
|---|---|
| JACOB HEALEY and LARRY LOUIS HIBBS, JR., Individually and on behalf of all others similarly situated, <br><br> PLAINTIFFS <br><br> v. <br><br> LOUISVILLE METRO GOVERNMENT, et al., <br><br> DEFENDANTS. | Case 3:17-cv-71-RGJ |

## THE NINTH REPORT OF THE SPECIAL MASTER

Special Master C. Cleveland Gambill, for his Ninth Report to the Court, states as follows:

1. By prior agreement of the parties, the Plaintiff Class served on Defendants its settlement demand in this case on September 6, 2023.

2. By prior agreement of the parties, Defendants had 45 days in which to respond to the demand of the Plaintiff Class and anticipate serving their response on October 21, 2023.

3. The parties then anticipate engaging in mediation in a good-faith effort to settle this class action litigation, but a date for mediation has not yet been set.

4. During a telephonic status conference on October 5, 2023, the Special Master inquired of the parties whether his work as a Special Master in this case has now come to an end. (See DE 123). The Special Master believes that the essential tasks of compiling the relevant data for the class period utilizing appropriate analytical processes and agreed upon sampling techniques, has been achieved herein, as set forth in the final report presented to counsel on or

about August 7, 2023, by Dr. Cowan/Analytic Focus. (By agreement of the parties, the report has not been filed in the record herein.)

5. The undersigned does not believe he should be involved in the mediation of this case given his role for the Court. Although the parties have stated that they currently believe the Special Master's continued involvement in this litigation could play a constructive role in its administration toward resolution, the undersigned recommends that the Court set a status conference with counsel for the parties to enter such orders as necessary to advance the litigation or achieve a resolution of the case, and to determine whether the undersigned should now be relieved of his role herein.

Respectfully submitted,

*C. Gambill*

C. Cleveland Gambill, Special Master

cc: Counsel of Record