**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**[Filed Electronically]**

| | |
|---|---|
| **JACOB HEALEY, et al.,** ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | |
| v. ) | Case 3:17-cv-71-RGJ-RSE |
| ) | |
| **LOUISVILLE METRO GOVERNMENT,** ) | |
| **et al.,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## ORDER

On motion of the Plaintiff Class for a status conference in this case for the purpose of setting pretrial deadlines and a trial date, and the Court being well-advised, it is hereby

**ORDERED** that a status conference in this matter will be take place on _November 28, 2023 at 11:30 a.m.

November 7, 2023

Rebecca Grady Jennings, District Judge
United States District Court