UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| JACOB HEALEY, et al., | ) CASE NO.: 3:17-CV-00071-RGJ-RSE |
| Plaintiffs, | ) JUDGE: REBECCA GRADY JENNINGS |
| vs. | ) |
| JEFFERSON COUNTY KENTUCKY LOUISVILLE METRO GOVERNMENT, et al., | ) |
| Defendants. | ) |

**MOTION TO RESCHEDULE STATUS CONFERENCE
OF NOVEMBER 28, 2023 AT 11:30 AM DUE TO CONFLICT**

Now come Defendants, Jefferson County Kentucky Louisville Metro Government, et al., by and through counsel, and hereby move the court for an order continuing the Status Conference set for November 28, 2023 to another date of the Court's convenience. When the Court set this matter for a Status Conference on that date the undersigned counsel already had a Court of Appeals Oral Argument set in the Eighth District Court of Appeals for the State of Ohio at 10:30 am. Counsel in unable to attend the November 28, 2023 Status Conference, even if the Court were to allow attendance by Zoom. Therefore, counsel requests the court reset the conference. Counsel would be willing to work with other counsel to arrange an agreeable date with the Court should the court desire. If the court does not want to reset the date, counsel would ask to be excused from attending the conference and allow attorney Carroll to attend alone.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
100 Franklin's Row
34305 Solon Road

Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jmclandrich@mrrlaw.com

*Co-Counsel for Defendants Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin*


MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ *John F. Carroll*
John F. Carroll
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-6321
John.carroll2@louisvilleky.gov
***Counsel for Defendants, Louisville/Jefferson County Metro Government, et al.***


Jan M. West
Goldberg & Simpson, LLC
9301 Dayflower Street
Prospect, KY 40059
(502) 585-8532
jwest@goldbergsimpson.com
***Co-Counsel for Defendants***

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2023, a copy of the foregoing Motion to Reschedule Status Conference of 11/28/23 was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          *s/John T. McLandrich*
                                          JOHN T. MCLANDRICH  (0021494)

                                          *Co-Counsel for Defendants Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin*