**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**[Filed Electronically]**

| | |
|---|---|
| JACOB HEALEY, et al., ) | |
|     PLAINTIFFS ) | |
| ) | |
| v. ) | Case 3:17-cv-71-RGJ-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| et al., ) | |
|     DEFENDANTS. ) | |

## JOINT STATUS REPORT

Pursuant to Magistrate Judge Regina S. Edwards' Order entered December 14, 2023 (DN 151), counsel for the Plaintiff Class and Defendants have conferred and provide herewith their joint status report.

On November 29, 2023, an in-person hearing was held in this matter before the Honorable Rebecca Grady Jennings, United States District Judge, with counsel for the Plaintiff Class and Defendants present. The Court, as part of its Memorandum Hearing and Order (DN 149) filed December 11, 2023, ordered as follows: "(1) Discovery as to the named plaintiffs, including depositions, shall be completed by March 1, 2024" and "dispositive motions shall be filed on or before May 1, 2024." The Court also referred this matter to Magistrate Judge Edwards for the purposes of conducting telephonic status conferences and additional scheduling if needed, and directed the parties to file certain status reports every 30 days.

### Written Discovery Filed and Parameters of Factual Discovery

On December 3, 2023, the Plaintiff Class propounded to Defendants by email their Fifth Set of Discovery Requests. On December 13, 2023, the Plaintiff Class propounded to Defendants by email their Sixth Set of Discovery Requests. Counsel for Defendants anticipate responding

with their objections and responses to these two sets of discovery requests no later than the close of business on January 8, 2024. The parties are attempting to negotiate an Agreed Protective Order regarding certain items that are requested in discovery that Defendants believe are highly confidential and proprietary in nature.

On December 15, 2023, the Plaintiff Class sent Defendants a general Request to Permit Entry pursuant to Federal Rule of Civil Procedure 34 to enter the premises of the Louisville Metro Department of Corrections to inspect, photograph and videotape the conditions in the cells class members were likely incarcerated while awaiting their release. Defendants believe Plaintiffs' request implicates significant security and privacy interests of Metro Government and its jail facilities that will have to be addressed and resolved prior to any such inspection.

On January 3, 2024, Defendants propounded interrogatories, requests for production of documents and request for admission to named Plaintiff, Jacob Healey. Further interrogatories, requests for production of documents and request for admission to the remaining four named Class Plaintiffs in the Third Amended Complaint were served on January 4, 2024.

Factual depositions are also expected to be taken of the named Class Plaintiffs, the current director of the LMDC, and perhaps others. Defendants believe there is a need for extending the deadline for discovery from March 1, 2024 to a later date. The Plaintiff Class disagrees.

The parties' have also conferred regarding software recently purchased by Metro Government that is in the process of being installed at the jail, and which may afford a cutoff date for the class.

## Data Analysis

Analytics Focus continues its work pursuant to the Agreed Order for Data Collection and Analysis (DN 126). Plaintiffs have requested that Defendants arrange a conference call with Dr.

Charles D. Cowan to gain a better understanding of Analytic Focus' process, timeline, and technological needs, and that conference call is being arranged. Defendants are still working with Dr. Cowan regarding complexities and issues that have arisen in completing the work assigned by the Agreed Order and what methodology will be most efficient to address those potential class members' information. This process is also being discussed with Plaintiffs' counsel and the parties intend to continue to collaborate on these issues.

## Mediation Issues

Defendants have also proposed a resumption of settlement discussions. There is a conceptual willingness on both sides to mediate if the conditions for a productive mediation can be arranged. The parties believe this may warrant modifying the case schedule to allow the parties to focus their efforts on resolution. There exist significant coverage issues for Defendants and the two excess carriers and LAGIT and Metro Government have all engaged coverage counsel.

/s/ Gregory A. Belzley
Gregory A. Belzley
P.O. Box 278
Prospect, KY 40059
gbelzley3b@gmail.com
**Counsel for Plaintiffs**

/s/ John F. Carroll** by permission
John F. Carroll
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-6321
John.carroll2@louisvilleky.gov
**Counsel for Defendants, Louisville/Jefferson County Metro Government, et al.**

/s/ Garry R. Adams** by permission
Garry R. Adams
Laura Landenwich
Adams Landenwich Walton, PLLC
517 West Ormsby Avenue
Louisville, KY  40203
garry@justiceky.com
laura@justiceky.com
**Co-Counsel for Plaintiffs**

/s/ John T. McLandrich** by permission
John T. McLandrich
Mazanec Raskin & Ryder Co., LPA
100 Franklin's Row
34505 Solon Road, Suite 100
Cleveland, OH 44139
(440) 248-7906
jmclandrich@mrrlaw.com
**Co-Counsel for Defendants**