UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**[Filed Electronically]**

| | |
|---|---|
| JACOB HEALEY, et al., ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | Case 3:17-cv-71-RGJ-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## JOINT STATUS REPORT

Pursuant to Magistrate Judge Regina S. Edwards' Order entered January 18, 2024 (DN 157), counsel for the Plaintiff Class and Defendants have conferred and provide herewith their joint status report:

1. The parties continue to work cooperatively on all discovery issues.

2. Defendants have responded to the Class's written discovery requests.

3. The Class is scheduled to depose the current director of the Louisville Metro Department of Corrections ("LMDC"), Jerry Collins, on February 27, 2024, and LMDC's Mane Martirosyan on March 14, 2024.

4. The responses of named Plaintiff Jacob Healey to Defendants' written discovery requests have been delayed by his work schedule. The responses of named Plaintiff Betty Melloan have been delayed by her illness. Class counsel is exercising their best efforts to respond promptly to Defendants' written discovery requests while acknowledging they are now past due. Plaintiffs Healey and Melloan will be deposed after Defendants have received their responses to Defendants' written discovery requests.

5. Named Plaintiff Cynthia Yates has passed away, and named Plaintiff James Jarvis cannot be found. Class counsel are meeting with class members and anticipate moving for leave to amend the Class's complaint to add additional named class representatives. The additional named class representatives, once identified, will promptly respond to Defendants' written discovery requests and be produced for deposition. Defendants are not in agreement to the proposed amendment and reserve their position on this issue.

6. Counsel for the parties are currently engaged in discussions to resolve their differences concerning: (a) the deposition of Jennifer Moss, the paralegal of late Class counsel Jim Ballinger; (b) the inspection and photographing of certain premises of the LMDC; and (c) a conference with Dr. Charles D. Cowan of Analytics Focus concerning the process, timeline, technological needs, complexities, and issues that have arisen in completing the work assigned by the Agreed Order for Data Collection and Analysis (DN 126).

7. LMDC remains on schedule to implement new software and processing systems in June or July 2024, this year, that will afford a date for closing the Class.

8. The parties have agreed to mediate this case and are engaged in discussions to select a mediator and schedule a mediation to take place within the next 60-90 days.

9. As indicated above, the parties will not be able to complete discovery before the March 1, 2024 deadline set by the Court. DN 149. However, the parties may achieve a closing date for the class and a mediated resolution of this case by mid-summer and are working diligently and in good faith to do so. For these reasons, the parties jointly and respectfully request that the Court extend the discovery deadline in this case to August 1, 2024 and the dispositive motion deadline to October 1, 2024, and attach an agreed order for the Court's consideration for entry.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
P.O. Box 278
Prospect, KY 40059
gbelzley3b@gmail.com
***Counsel for Plaintiffs***

/s/ John F. Carroll** by permission
John F. Carroll
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-6321
john.carroll2@louisvilleky.gov
***Counsel for Defendants, Louisville/Jefferson County Metro Government, et al.***

/s/ Garry R. Adams** by permission
Garry R. Adams
Laura Landenwich
Adams Landenwich Walton, PLLC
517 West Ormsby Avenue
Louisville, KY 40203
garry@justiceky.com
laura@justiceky.com
***Co-Counsel for Plaintiffs***

/s/ John T. McLandrich** by permission
John T. McLandrich
Mazanec Raskin & Ryder Co., LPA
100 Franklin's Row
34505 Solon Road, Suite 100
Cleveland, OH 44139
(440) 248-7906
jmclandrich@mrrlaw.com
***Co-Counsel for Defendants***