# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**[Filed Electronically]**

| | |
|---|---|
| JACOB HEALEY, et al., ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | Case 3:17-CV-71-RGJ-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## THE RESPONSE OF THE PLAINTIFF CLASS TO DEFENDANTS' MOTION TO DISMISS THE CLAIMS OF NAMED CLASS REPRESENTATIVE CYNTHIA YATES

The Plaintiff Class has no objection to the dismissal of the claims of deceased named class representative Cynthia Yates.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY  40059
(502) 292-2452

Garry Adams
garry@justiceky.com
Laura Landenwich
laura@justiceky.com
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
502/561-0085

*Counsel for the Plaintiff Class*

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on counsel for Defendants via email on May 15, 2024.

                                                    /s/ Gregory A. Belzley
                                                    ***Counsel for the Plaintiff Class***