**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**CASE ACTION NO. 3:17-cv-0071-RGJ-RSE**

**JACOB HEALEY,** *et al.*                                                                                   **PLAINTIFFS**

**vs.**

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,** *et al*.   **DEFENDANTS**

**NOTICE OF WITHRAWAL AND**
**SUBSTITUTION PURSUANT TO LR 83.6**

Please take notice that attorney John F. Carroll voluntarily withdraws as counsel of record due to retirement. Pursuant to LR 83.6 (b), the client has been notified of the withdrawal, multiple attorneys are attorneys of record for the client, and at least one of those attorneys remains attorney of record in this matter.

Further, pursuant to LR 83.6 (c), the undersigned hereby enters his appearance as counsel of record for defendants Louisville/Jefferson County Metropolitan Government, Mark Bolton, Arnetta Al-Almin, and Dwayne Clark, replacing John F. Carroll. All other attorneys of record remain. As grounds for the substitution, the undersigned states that he is employed by the Office of the Jefferson County Attorney, which is the same office from which Mr. Carroll recently retired. The undersigned states that Mr. Carroll is unavailable to join in this motion as required by LR 83.6 (c) due to his sudden retirement. The undersigned further states that the aforementioned clients have consented to the substitution. All future pleadings and correspondence in this matter should be served on the undersigned, at the email/address shown below.

**WHEREFORE,** counsel respectfully requests this Court to withdraw John F. Carroll as counsel of record and substitute the undersigned.

Respectfully submitted,

        MICHAEL J. O'CONNELL,
        JEFFERSON COUNTY ATTORNEY

        /s/ Richard Elder
        RICHARD ELDER
        Assistant Jefferson County Attorney
        First Trust Centre
        200 S. 5th St., Ste. 300N
        Louisville, KY  40202
        (502) 574-3493
        richard.elder@louisvilleky.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically send copies to all counsel of record.

        /s/ Richard Elder
        RICHARD ELDER