UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**[Filed Electronically]**

| | |
|---|---|
| JACOB HEALEY, et al.,          ) | |
| )                              | |
| PLAINTIFFS         ) | |
| )                              | |
| v.                             ) | Case 3:17-CV-71-RGJ-RSE |
| )                              | |
| LOUISVILLE METRO GOVERNMENT,   ) | |
| et al.,                        ) | |
| )                              | |
| DEFENDANTS.        ) | |

## THE PLAINTIFF CLASS'S SUPPLEMENT TO ITS THIRD AMENDED COMPLAINT

The Plaintiff Class hereby supplements its Third Amended Complaint (DN 37) as follows:

1. The caption of the case is supplemented to add Joshua Yates[1] and Paula Thompson as named Plaintiffs.

2. Paragraph 1 of the Complaint is supplemented to add Joshua Yates and Paula Thompson to the list of current and former named class representatives therein.

3. Paragraph 19 of the Complaint, which concerns named class representative Betty Melloan, is renumbered as Paragraph "19A."

4. The Complaint is supplemented with a new Paragraph 19B, which states as follows:

    19B. **Plaintiff Joshua Yates ("Yates")** spent approximately three weeks in the Jail after being ordered released by a Judge.

5. The Complaint is supplemented with a new Paragraph 19C, which states as follows:

    19C. **Plaintiff Paula Thompson ("Thompson")** completed a court-ordered sentence the morning of Saturday, July 16, 2018, but was not released from the Jail until the morning of Monday, July 18, 2018, because it was only then that she was able to reach her counsel and he intervened on her behalf.

---

[1] Mr. Yates is no relation to the deceased and recently dismissed named class representative Cynthia Yates.

All other provisions of the Third Amended Complaint remain unchanged.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY  40059
(502) 292-2452

Garry Adams
garry@justiceky.com
Laura Landenwich
laura@justiceky.com
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
502/561-0085

***Counsel for the Plaintiff Class***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for Defendants via email on June 4, 2024.

/s/ Gregory A. Belzley
***Counsel for the Plaintiff Class***