**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**[Filed Electronically]**

| | |
|---|---|
| **JACOB HEALEY, et al.,** )  ) | |
| PLAINTIFFS ) ) | |
| v.                                                    ) ) | Case 3:17-CV-71-RGJ-RSE |
| **LOUISVILLE METRO GOVERNMENT,** ) **et al.,** ) ) | |
| DEFENDANTS.            ) | |

## ORDER

The Plaintiff Class having moved for leave to supplement its Third Amended Complaint (DN 37) to add as named class representatives Joshua Yates and Paula Thompson and to describe the circumstances under which their claims arose, and the Court being well-advised, it is hereby

**ORDERED** that the Plaintiff Class's motion is granted.

1