UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **JACOB HEALEY. et al.**         )<br>          **PLAINTIFFS**         )<br>                                                   )<br>**v.**                                             )<br>                                                   )<br>**LOUISVILLE/ METRO GOVERNMENT,** )<br>**et al.**                                     )<br>          **DEFENDANTS**         ) | **CASE NO. 3:17-CV-71-RGJ-RSE** |

### DEFENDANTS' RESPONSE IN OPPOSITION
### TO THE PLAINTIFF CLASS'S MOTION TO SUPPLEMENT
### THIRD AMENDED COMPLAINT

The Defendants, Louisville-Jefferson County Metro Government ("Metro Government"), former LMDC Director Mark Bolton ("Bolton"), Dwayne Clark ("Clark") and Arnetta Al-Amin ("Al-Amin") (collectively "Individual Defendants"), by counsel, for their Response in Opposition to the Plaintiff Class's Motion to Supplement Third Amended Complaint state as follows:

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleadings once as a matter of course no later than 21 days after serving it. Additionally, CR 15 provides that in all other cases, a party may amend its pleadings only with the opposing party's written consent or the court leave.

Here, the Plaintiff Class filed their Motion to Supplement Third Amended Complaint on June 4th, 2024, to add two additional class representatives Joshua Yates, and Paula Thompson as Plaintiffs. (DN 171-1). This Motion was filed over 5 years since the Plaintiff Class filed their Third Amended Class Action Complaint on November 28th, 2018. (DN 37 and DN 171-1). Furthermore, the Plaintiff Class fails to allege a reason in their Motion as to why their Third Amended Complaint should be amended pursuant to CR 15 to allow additional class representatives. The Plaintiff

1

Class's original Complaint was filed over seven years ago on February 3rd, 2017. (DN 1). The Plaintiff Class has previously identified adequate class representatives and additional representatives are not necessary to pursue their class action lawsuit. Ergo the Plaintiff Class lacks a legal basis to supplement their Third Amended Complaint.

For the foregoing reasons stated above, the Defendants respectfully request the Plaintiff Class's Motion to Supplement Third Amended Complaint be denied.

Respectfully submitted,
/s/Jan M. West_____
Jan M. West
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
jwest@goldbergsimpson.com
*Co-Counsel for Defendants*

Richard D. Elder
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisvilleky.gov
*Counsel for Defendants, Louisville/Jefferson County Metro Government, et al.*

John T. McLandrich
Mazanec Raskin & Ryder Co., LPA
100 Franklin's Row
34505 Solon Road, Suite 100
Cleveland, OH 44139
(440) 248-7906
jmclandrich@mrrlaw.com
*Co-Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June 2024, the foregoing Defendants' Response in Opposition to Plaintiff Class's Motion to Supplement Third Amended Complaint was filed

electronically and will be sent by operation of the Court's electronic filing system upon the following counsel of record:

/s/Jan M. West
Jan M. West
*Co-Counsel for Defendants*

Gregory A. Belzley
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY 40059
gbelzley3b@gmail.com
*Counsel for Plaintiffs*

Garry R. Adams
Laura Landenwich
Adams Landenwich Walton, PLLC
517 West Ormsby Avenue
Louisville, KY 40203
garry@justiceky.com
laura@justiceky.com
*Counsel for Plaintiffs*