**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **JACOB HEALEY. et al.** | ) | |
| **PLAINTIFFS** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:17-CV-71-RGJ-RSE** |
| | ) | |
| **LOUISVILLE/ METRO GOVERNMENT,** | ) | |
| **et al.** | ) | |
| **DEFENDANTS** | ) | |

## ORDER

This matter is before the Court on the Plaintiff Class's Motion to Supplement Third Amended Complaint, the Defendants having responded in opposition to the Plaintiff Class's Motion, the Court having reviewed and considered the parties' respective submissions, and the Court being well-advised;

IT IS HEREBY ORDERED that the Plaintiff Class's Motion is DENIED.

_____
JUDGE REBECCA G. JENNINGS


_____
Date

1