UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**[Filed Electronically]**

| | |
|---|---|
| **JACOB HEALEY, et al.,** ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | Case 3:17-CV-71-RGJ-RSE |
| ) | |
| **LOUISVILLE METRO GOVERNMENT,** ) | |
| **et al.,** ) | |
| ) | |
| DEFENDANTS. ) | |

## THE PLAINTIFF CLASS'S MOTION FOR LEAVE
## TO FILE REPLY IN SUPPORT OF MOTION TO SUPPLEMENT

The Plaintiff Class moves the Court for leave to file the following reply in support of its motion to supplement its Third Amended Complaint outside the time permitted by the Local Rules, and would respectfully show as follows:

1.   The Plaintiff Class has sought leave to supplement the allegations of their Third Amended Complaint to add as named class representatives Joshua Yates and Paula Thompson and to describe the circumstances under which their claims arose.

2.   Defendants have identified in their response no prejudice they would suffer were the Plaintiff Class permitted to supplement its Third Amended Complaint.

3.   Defendants are correct that the currently-named class representatives are adequate to represent the interests of the Plaintiff Class in these proceedings.  However, with a mediation of this matter scheduled to take place on August 5, 2024, counsel for the Plaintiff Class believe that the responsibilities for settling litigation of this scope and importance should not rest upon the shoulders of just the two current named class representatives, and that permitting the addition of

1

two more named class representatives would promote the interests of justice and the integrity and fairness of the upcoming efforts to resolve this matter.

4. The Plaintiff Class's failure to file this reply within the seven (7) days required by the Local Rules is solely the fault of the undersigned who became distracted by another matter that arose unexpectedly and required that he travel yesterday to and from London, Kentucky for a client conference. The undersigned's oversight was inadvertent, and he apologizes for any inconvenience caused to the Court or opposing counsel.

**WHEREFORE,** the Plaintiff Class respectfully requests that it be granted leave to file this reply, and that the Court permit the requested supplementation of its Third Amended Complaint.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY  40059
(502) 292-2452

Garry Adams
garry@justiceky.com
Laura Landenwich
laura@justiceky.com
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
502/561-0085

***Counsel for the Plaintiff Class***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served on counsel for Defendants via email on July 2, 2024.

                                      /s/ Gregory A. Belzley
                                      ***Counsel for the Plaintiff Class***