**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**[Filed Electronically]**

| | |
|---|---|
| JACOB HEALEY, et al., )<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>LOUISVILLE METRO GOVERNMENT, )<br>et al., )<br>)<br>DEFENDANTS. ) | Case 3:17-CV-71-RGJ-RSE |

**ORDER**

On motion by the Plaintiff Class for leave to file a reply in support of its motion to supplement its Third Amended Complaint outside the time permitted by the Local Rules, and the Court being well-advised, it is hereby

**ORDERED** that the motion is granted and the reply shall be filed ON OR BEFORE
.
JULY 15, 2024.

July 8, 2024

Rebecca Grady Jennings, District Judge
United States District Court

1