**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*Electronically Filed*

| | |
|---|---|
| JACOB HEALEY, *et al.*, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Case No. 3:17-CV-71-RGJ-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| *et al.*, ) | |
| ) | |
| DEFENDANTS. ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE UNTIL THE COURT'S SCHEDULED STATUS CONFERENCE ON NOVEMBER 19, 2024 AND HOLD THE DISPOSITIVE MOTION DEADLINE IN ABEYANCE**

The Defendants, Louisville/Jefferson Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin, and the Plaintiffs, Jacob Healey, *et al.*, jointly request that the Court amend the current discovery and dispositive motions deadlines set forth in the most recent Scheduling Order dated February 26, 2024 (DN 164). More specifically, the parties ask that the Court extend the discovery deadline until the scheduled Status Conference on November 19, 2024 (DN 180). At that time, the parties will update the Court on settlement negotiations and address any further discovery needs. As previously mentioned in joint status reports, the parties are scheduled to mediate this case on August 5, 2024. The current discovery deadline is set to expire *before* the parties begin mediation. Additionally, the Court recently granted Plaintiffs' request to add two additional named class representatives (DN 178), which requires further discovery.

In addition to extending the discovery deadline, the parties respectfully request that the Court hold the current dispositive motion deadline of October 1, 2024 in abeyance until the scheduled Status Conference. At that time, the parties will request the Court set a new deadline relative to any outstanding discovery issues.

In sum, the parties ask that the Court extend the current discovery deadline to November 19, 2024 to allow the parties to mediate the case and conduct necessary discovery. The parties also request that the Court hold the current dispositive motion deadline in abeyance until the scheduled Status Conference. As the Court noted in its recent Order (DN 178, PageID #: 3064), the parties will be in a better position after the mediation to determine how much additional time is necessary to complete discovery and submit dispositive motions.

Respectfully submitted,

/s/ *William H. Brammell, Jr.*
William H. Brammell, Jr.
Kayla M. Campbell
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

and

Richard Elder
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisville.gov

and

John T. McLandrich
Mazanec Raskin & Ryder Co., LPA
100 Franklin's Row

        34505 Solon Road, Suite 100
Cleveland, OH 44139
(440) 248-7906
jmclandrich@mrrlaw.com

*Counsel for Defendants*

/s/ *Gregory A. Belzley (w/permission)*
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY 40059
(502) 292-2452

and

Garry R. Adams
garry@justiceky.com
Laura Landenwich
laura@justiceky.com
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
(502) 561-0085

*Counsel for the Plaintiff Class*

## **CERTIFICATE OF SERVICE**

    This is to certify that a true copy of the foregoing has been served on this 31st day of July, 2024, via the Court's ECF system, which will send electronic notice to counsel of record.

        /s/ *William H. Brammell, Jr.*
William H. Brammell, Jr.