

Gregory Belzley <gbelzley3b@gmail.com>

## Healey v. LMDC
1 message

**Gregory Belzley** <gbelzley3b@gmail.com>  Wed, Dec 14, 2022 at 2:28 PM
To: "gambillmediation@aol.com" <gambillmediation@aol.com>, Jim Ballinger <jim@louisvillelawyer.com>
Cc: John McLandrich <jmclandrich@mrrlaw.com>, "Carroll, John F." <john.carroll2@louisvilleky.gov>, Charles Cowan <c.cowan@analyticfocus.com>

Judge Gambill -- Jim and I, as class counsel, are growing increasingly frustrated with the work of Analytic Focus.  Analytic's monthly reports lack any real substance, we're being provided just "raw data gathered from the documents" with no analysis (and in a format we cannot access), and Dr. Cowan is not speaking to the parties or the Special Master directly.  Instead, his communications are coming exclusively through Mr. McLandrich's office.  While we are not suggesting any misconduct on Mr. McLandrich's part, we read the agreed order entered by the Court to indicate that Dr. Cowan himself will be communicating directly with the parties and the Special Master concerning the matters made the subject of the agreed order, and that those communications should provide an analysis of the raw data, not just the raw data itself.  While Analytic is not KPMG, the nature and substance of the information Analytic is providing is a far cry from what you and I came to expect from KPMG in the EGT litigation. The class's faith in Analytic's ability to provide an objective, transparent, and reliable result is rapidly diminishing.

We believe it essential that, effective immediately:

1.  Dr. Cowan begin communicating with the parties and the Special Master directly instead of through the offices of Mr. McLandrich.
2.  That Analytic's reports and spreadsheets be provided the parties in readily-accessible formats like .xlsx (Excel), not unfamiliar formats like .mdb that require a monthly purchase of an app for opening them.
3.  That Analytic's monthly reports and spreadsheets include a regularly-updated report of confirmed overdetentions and the length of such overdetentions (comparable to attached), as well as a regularly-updated projection of compensable overdetentions over the class period, contingent upon the variables that are known month-to-month.

The sooner we can start estimating the likely number of compensable overdetentions over the class period (which still has no closing date), the sooner we can begin real settlement discussions.  It was our understanding that, toward this goal, Analytic would initially concentrate its work on the four months of records reviewed by Jim and his paralegal, which demonstrated the numerosity warranting class certification.  I would note that it took Jim and his paralegal just two months to ***manually*** review all the inmate files in that four-month period and to put all the collected data in a readily-understandable format addressing the critical issue of overdetention, which was provided the Court and Defendants in support of our motion for class certification (example attached). It's now been 2 1/2 months since entry of the agreed order, and we have nothing from Analytic to indicate whether the results of its review of those files appear to indicate that we significantly overestimated *or underestimated* the likely size of the class.

We welcome the thoughts of Defendants' counsel and your Honor in response to this email, and would be happy to participate in a telephonic conference to discuss these matters further.

--

# Greg Belzley

**Police Misconduct - Inmates' Rights - Abuse of Power**
P.O. Box 278   Prospect, KY 40059   502.292.2452   gbelzley3b@gmail.com

This e-mail is: 1) confidential; 2) protected by the attorney-client, work product, or other applicable privileges; 3) non-public information and/or trade secrets; and 4) protected under the Electronic Communications Privacy Act;  and 5) intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, notify the sender immediately.  Do not forward this message without express approval of the sender.  Unauthorized use, dissemination, distribution, or reproduction of this email is strictly prohibited.

📄 **2017 late releases.pdf**
8795K