1          UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF KENTUCKY

3              LOUISVILLE DIVISION

4          CASE 3:17-CV-71-RGJ-RSE

5

6

7          JACOB HEALEY AND LARRY LOUIS

8      HIBBS, JR., INDIVIDUALLY AND ON BEHALF

9        OF ALL OTHERS SIMILARLY SITUATED,

10                Plaintiffs

11

12                   V.

13

14      LOUISVILLE METRO GOVERNMENT, ET AL.,

15                Defendants

16

17

18

19    AGREED ORDER FOR EXTENSION ON DUE DATES FOR

20        REPORTS ON DATA COLLECTION

21

22

23

24  DATE:      APRIL 24, 2023

25  REPORTER:  BETHANY BELLOFATTO

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that we need -- that we needed for what you're

2  doing. And that's really, when did LMDC get notices

3  so-and-so was supposed to be released?

4      DR. COWAN:  Right.

5      MR. BALLINGER:  Because we didn't have that

6  information years ago, before we ever knew you, the

7  e- mails.

8      DR. COWAN:  Yeah.  Those come off the e-mails,

9  right.

10     MR. BALLINGER:  But out of those 10,886 of

11 them, you only had that information, best I could

12 tell, on 3,418 of them.  After I sorted it, I'm

13 like, "He only had that critical information for

14 3,418 out of 10,886."  So that's only 32 percent of

15 the time where you've had all the information, and

16 68 percent, or almost seven out of ten times, you

17 did not have the information yet.  We'll talk a

18 little bit more about your statistical imputations

19 and all of that, but how can we rely upon any of

20 that?  It just appears that a lot of information is

21 missing, and that's not your fault.  You know, and

22 you're a statistician, and your imputation methods,

23 I'm not really questioning that per se, but there's

24 a lot of information that was missing.

25     DR. COWAN:  Oh, I agree.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   bullet point.  It says, "A calculation in the

2   elapsed time between LMDC beginning a release report

3   and the class member's actual release in the absence

4   of other information triggering a duty to release."

5   Is that what you're referring to?

6        MR. BELZLEY:  Yeah.  And the last bullet point

7   says, "Nothing herein shall impose on doctor count

8   or analytics any duty or obligation to search for

9   explanations of delay that are not readily apparent

10  on the face of the available documentation review."

11  Now that's not to say he can't.  That's not to say

12  you-all can't ask him to do it if you want to pay

13  him for that, but I think that emphasizes that the

14  Court is looking for facts, documents, not

15  imputations.  Now, my next question is, the

16  imputation, having a statistical exercise by which

17  there is an imputation that somebody was not over

18  detained or was only possibly over detained when

19  there is no document to support that assumption.

20  You understand what I'm saying?  I mean, you're

21  using a statistical imputation to make certain

22  predictions or assumptions, where there is no

23  documentation, where all we have is a creation time

24  of a release report.

25       DR. COWAN:  Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  be checking with the union." We need to get some

2  people involved because if we sit down and try to

3  resolve this tomorrow, it's going to take a little

4  bit of time.  That doesn't have to take forever.

5      MR. MCLANDRICH:  Yeah.

6      MR. BALLINGER:  But --

7      MR. MCLANDRICH:  Yeah.

8      MR. BALLINGER:  What needs to happen to be able

9  to be in a position to give injunctive relief?

10     JUDGE GAMBILL:  Well, I'll --

11     MR. CARROLL:  Well, they're not an easy union

12  to deal with, believe me.

13     MR. MCLANDRICH:  So just a couple of thoughts

14  in that regard.  So right now the case has been sort

15  of, you know, parked, for lack of a better word,

16  while we do the statistical work.  And as I've been

17  thinking about it, and I know you're very cognizant

18  of this, Judge, you know, as I started thinking to

19  myself and I just thinking, well, you know, so this

20  is probably now let's just say 60 days from when it

21  really starts to peter out, you know?  Maybe there's

22  still some nuances and things that need to be done,

23  but we can see when the data analysis collection

24  part is going to end. We're not there, but we can

25  see it from here.  So then what's going to happen?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    end back up in front of the Court.  You guys are

2    going to lose patience with us and so forth and so

3    on.  My only point is, you know, this is -- you

4    know, pick your number -- 50 percent of the case,

5    40 percent of the case, 60 percent of the case.

6    But that other part?  To -- resolution to the

7    inmates, to us, and to the Court is, you know, just

8    as important.  And the case can't get resolved

9    without solving both parts of that problem.

10        MR. BELZLEY:  Well, I -- I'm -- I think we're

11   in agreement.  I would only add that my

12   understanding - - Dr. Cowan's going to continue to

13   do his work with the addition that he's going to be

14   producing reports for what he's already done and

15   with regard to the COVID that shows the results

16   relying just on release report creation times when

17   there's no other documentation that indicates a

18   notification.  And -- but, yeah.  The sooner

19   we can -- when we have that information, my

20   understanding -- you-all will be open to a demand.

21   You think that as the -- we can have constructive

22   conversations then?  Not that we're going to settle

23   at them, but we can have constructive conversations

24   and go from there.

25        MR. MCLANDRICH:  Yeah.  This is not a case that



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      JUDGE GAMBILL:  Well, assuming you were able to
2   accomplish your COVID months' sample by May 17th, do
3   you envision there will be another where you are
4   going to take those six months, the sample period,
5   then impute it to the full?  Or is that something
6   that's going to happen by May 17?  I'm just -- I
7   know, regardless of whether there's an extension for
8   that, what is --
9      DR. COWAN:  I was --
10     JUDGE GAMBILL:  What is the May 17th, the next
11  report, going to look like?
12     DR. COWAN:  Okay.  May 17th report will do what
13  you were alluding to, which is it's going to take
14  the first four months.  We'll combine the last two
15  months, put them all together, and then there'll be,
16  within that same report, an extrapolation to the
17  population.
18     JUDGE GAMBILL:  Okay.
19     DR. COWAN:  Okay?  Because that's really what
20  you want, or I'm assuming it's really what you want.
21     JUDGE GAMBILL:  Well, it's not what I want.
22  I think it's what the parties have agreed to here.
23     MR. BELZLEY:  Well, it's -- I want to be very
24  clear about this.  There's going to be two reports,
25  one for the four-month sample and the two COVID

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    months that produces a result based upon Dr. Cowan's

2    statistical imputations.  The other that does not

3    involve a statistical imputation and just simply

4    shows release times, release dates, based on the

5    available documentation, and where there is no other

6    available documentation, the notification is going

7    to be the date and time of the creation of the

8    release report.

9        Because I understand the basis and the reason

10   for the statistical imputation.  But if there was a

11   person that came in, for example, and you tried a

12   case of a person who is over detained.  And they

13   said, "I was over detained eight days, ten days,"

14   whatever, and the available documentation supported

15   that, and the defendants then came in and tried to

16   introduce evidence based on a statistical imputation

17   that, no, that probably didn't happen.  With no

18   supporting documentation, I wonder whether that

19   evidence would be allowed.  You know, as a practical

20   matter, I would certainly be moving in limine to

21   keep that out.  I don't know whether the judge would

22   allow the jury to consider that.  That's why it's

23   important because we have, ultimately, here a legal

24   question: What is the legal significance of that

25   imputation?  I understand the damages significance,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 184-3   Filed 08/23/24   Page 8 of 21 PageID #: 3117
MEETING, taken on April 24, 2023
100

1   last time, we --

2       JUDGE GAMBILL:  Let's talk about how that gets

3   resolved.  I mean, do you need to do some motion

4   practice here to --

5       MR. BALLINGER:  Well --

6       DR. COWAN:  This is --

7       MR. CARROLL:  I don't even know which -- I

8   don't know yet.  I mean, whether you want to tell me

9   privately which box is still left at the time,

10  or which one is it?

11      DR. COWAN:  No, I'll tell you.  It's the

12  biggest one, of course.  It's records.

13      JUDGE GAMBILL:  Because, you know, it's not

14  going to be -- this is the time to talk, or we

15  should have been before, you know.  What does the

16  Court need to do because it's not -- you know, at

17  some point it's going to come back to --

18      MR. BALLINGER:  But you shouldn't have to

19  subpoena from your own.

20      MR. CARROLL:  I can get a subpoena.

21      JUDGE GAMBILL:  Yeah.  This is -- you-all are

22  the -- you-all are a party.

23      MR. CARROLL:  Well --

24      MR. BALLINGER:  I know.  It's crazy.

25      MR. CARROLL:  I mean, we just kept going back

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

101

1   to this guy and saying, "Hey, look.  You know, we

2   got this time, and you got to get this to us."

3   Well, the next thing I know from him, we -- I don't

4   hear from this guy.  So then I go to him again.  I

5   said, "What have you done?  What have you done?"

6   "Well, I got busy doing other stuff."  "Well,

7   wait a -- wait, wait, wait, wait.  That's not an

8   answer."

9        JUDGE GAMBILL:  Well --

10       MR. CARROLL:  "That's not an answer."  So then

11  we went to the supervisors.  And basically, then he

12  was -- he just happened to be out, you know, so

13  somebody else did some of the work because he still

14  hadn't done it.  He was telling us he did, but he

15  wrote he didn't do it.

16       JUDGE GAMBILL:  Well, look.  But we're just

17  talking about sample period.  What about later when

18  they --

19       MR. CARROLL:  No, that's -- that is for what

20  we're talking about here with the mailboxes.

21  We're talking about they run the mailbox --

22       JUDGE GAMBILL:  It's for the whole thing.

23       MR. CARROLL:  -- for the -- well, for -- they

24  ran it up to a certain point the first time.

25       JUDGE GAMBILL:  Well, for the period

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    that --
 2         MR. CARROLL:  So it's the period from then
 3    forward all the way up to the present, okay?  So
 4    what he's saying is that they still believe one of
 5    these mailboxes doesn't have everything they need.
 6         JUDGE GAMBILL:  Okay.
 7         MR. CARROLL:  It doesn't.  They didn't get all
 8    the attachments.
 9         JUDGE GAMBILL:  And I'm also -- back to Dr.
10    Cowan.
11         DR. COWAN:  Yes, sir.
12         JUDGE GAMBILL:  At some point, if there is a
13    process or a claims made process for the entire
14    seven years, you're going need these records --
15         DR. COWAN:  Oh, absolutely.
16         JUDGE GAMBILL:  -- to process these claims.
17    And that ought to all be in place if only, you know,
18    so that, you know, part of your class, you'll need
19    records for your class just to process your claims.
20         MR. BALLINGER:  Uh-huh.
21         MR. MCLANDRICH:  Correct.
22         JUDGE GAMBILL:  And that needs to be in place
23    and because --
24         DR. COWAN:  Yes, sir.
25         JUDGE GAMBILL:  You may be participating in
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   whether there's one file -- it just seemed to me

2   that when we sat here on August the 10th, I

3   envisioned a kind of a collaboration, an open

4   dialogue, that they would pick up the phone, call

5   you, or get you on the phone.  And we don't want to

6   burden you, Dr. Cowan, too much, but if there

7   is -- it just seems to me there should be a more

8   open, kind of like, "Hey, this is the date of

9   creation of these release reports."  Are you looking

10  at that, that we shouldn't wait until ten months

11  later to discover that -- you know what I'm saying?

12       DR. COWAN:  Yes, Judge.

13       JUDGE GAMBILL:  I'm just saying if there is a

14  way that we could avoid that and have a more open

15  dialogue going on, so that you're not going to get

16  caught short and discover that months later they

17  didn't know or couldn't read, you didn't have the

18  software to read your stuff.  And I don't know,

19  I just think that there was a better way to have

20  done this.  I'm not throwing blame at anybody.

21  I'm just saying, you know, at some point I'm going

22  to have to go back to court and say, "Hey, we've now

23  come up on a year," and I don't want Judge

24  Jennings -- now, she's not said anything to say to

25  me, "Hey, how long did it take you guys to go

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    they're saying that, you know, we're trying to
 2    communicate better and provide what it is that you
 3    guys want.  At the same time, I do feel that
 4    sometimes I'm getting, you know, mixed messages in
 5    the sense that I know that the end result is to take
 6    these six months and make a real estimate for the
 7    full population.  And I think sometimes that part of
 8    it -- and you know, Mr. Belzley raised an
 9    interesting point earlier that I'd never thought
10    about, but part of the reason I never thought about
11    it was because he was concerned that we would have
12    an imputation and somebody would say, "All right,
13    for this guy, there's a problem," and that we'd be
14    bringing about the -- we'd be bringing in an
15    amputation to say, "Well no, that couldn't have
16    happened."  And my problem is that the imputation is
17    to get to an average, that nobody would rely on an
18    individual imputation for one single person, because
19    it's meaningless.  So it's just a means of dealing
20    with getting to a mean.  So while I understood the
21    point you're raising, it's a legal point, and it
22    didn't occur to me because, of course, that's a
23    circumstance that would be a legal issue, not a
24    statistical issue.  But if you came back to me, I'd
25    say, "Why are you relying on this individual
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE  Document 184-3  Filed 08/23/24  Page 13 of 21 PageID #:
3122
MEETING, taken on May 24, 2023
113

1    about it in a month than --

2        JUDGE GAMBILL:  Well, I'd rather do that than

3    make you fly all the way up there from San Antonio.

4    I mean, we reached a point where we needed to get

5    back in the same room here and have a chat, you

6    know?

7        DR. COWAN:  Yes, I know.  But what I was going

8    to say was that, so every time that there's some

9    type of production, so I'm about to hand over this

10   flash drive, then I still don't have all of the data

11   as we just discussed, to be able to do the review

12   and finish it up by May 17th.  So we're going to ask

13   for a little bit more time.  But once that's done

14   and we hit that date, then I'm going to produce

15   another report, and we ought have another discussion

16   after that.  Now, the only other concern that you

17   may have, Your Honor, is that maybe you want to

18   know, you know, did I get the data, am I happy?

19       JUDGE GAMBILL:  Well, if you say that you can't

20   do the, I'm calling it the May 17th report because

21   you don't have all the data, we need to do something

22   right now to make sure you get it.  So can you --

23       DR. COWAN:  I do want to give you some hope for

24   the future.  Actually, Mr. Carroll has provided me

25   with all of the paper that came from the warehouse,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE  Document 184-3  Filed 08/23/24  Page 14 of 21 PageID #:
3123
MEETING, taken on March 24, 2023
114

1    for everybody in those two months.  So we're working

2    on it. The problem that we have all discussed and

3    agreed to was, we need the e-mails to be able to

4    tell you when did LMDC actually get the

5    notification?  So it's not like we're not working on

6    it, it's just I can't finish it by this date.

7         MR. BALLINGER:  Okay.  Seems to me like you

8    need to talk to the top of the top of the top over

9    IT. So these people aren't -- all we're asking

10   them --

11        JUDGE GAMBILL:  Well, maybe you need a

12   document.

13        MR. CARROLL:  Ultimately, this last time, I did

14   put in the person's name is Robin Berry.

15        DR. COWAN:  Yeah.

16        MR. CARROLL:  And that's who we went to, okay?

17   So we produced it, but he's saying there's still a

18   problem, okay?  That's what he told me this morning.

19   Again, we didn't get this until --

20        DR. COWAN:  We only got it --

21        MR. CARROLL:  It wasn't until -- it was last

22   week, right?

23        DR. COWAN:  It was Wednesday evening.  So we

24   started to look at it Thursday, and I said, "Are we

25   anywhere close?"  And Dr. Malone, he's one of my

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 guys, said, "It's short of some records, let me

2 analyze it a little bit further." And then Friday

3 afternoon he said, "Hey, we figured out the problem

4 is that the rest of them are all full. But with

5 records, we've only got two e-mails." Well, you

6 know, the records is like two thirds of the

7 detention. So we need to get that last piece. And

8 somebody over there needs to, you know, wake up and

9 do this properly. So you may be right, Your Honor,

10 I mean, maybe if you issued an order that is

11 something John could take to much more senior people

12 and say, "Here's an order. You got to do this.

13 This isn't an option."

14     MR. MCLANDRICH: What's a reasonable period of

15 time for an order, John, if we can give you an order

16 to deliver to the LMDC IT people, what do you think?

17 I mean, since we can give them an order they can't

18 comply with, but we also don't want to make it so

19 long they don't feel any pressure. Two weeks, a

20 week? I mean, I don't know. You tell me.

21     DR. COWAN: I can partly answer this because

22 I've been working with John and we've been going

23 back and forth, back and forth. A week is plenty.

24 I mean, they have the program to do it. They're

25 just not loading up the right spots.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        MR. CARROLL:  And again, I don't know IT stuff,
 2   so I'm blessed with --
 3        DR. COWAN:  No, my computer guys have been
 4   talking to these folks.  I even offered to fly my IT
 5   staff, one of my IT staff, out here to do this for
 6   them.  But of course, they don't want outsiders in
 7   their system.
 8        JUDGE GAMBILL:  I read the Court order
 9   appointing me on page 2.
10        MR. BALLINGER:  You need two weeks?
11        DR. COWAN:  Two weeks to unpack.
12        MR. BALLINGER:  That's what I mean, to do your
13   analysis.
14        DR. COWAN:  Well, to do the analysis is
15   probably like a month from the time I get the
16   e-mail, but that's two weeks to unpack it and then
17   two weeks -- because remember, there are individual
18   attachments, so we have to convert every single one
19   of those.  And some of that is being done by hand.
20   But then once we've got that, then it's like another
21   two weeks and we're done. So it's not that long a
22   time.  And we started asking for this data when we
23   all agreed to what the two sample months were.
24   I said, "Okay, well" -- and so, got the paper, don't
25   have the e-mail, and I need the XJail files, too.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    JUDGE GAMBILL:  I think do it by a letter to

2    them or something.

3    MR. MCLANDRICH:  Yeah.  And the Court hasn't

4    waited on the 21 days in the past, probably because

5    everything we submitted has been agreed upon.  And

6    so then we can do that, and then we just need to set

7    a date to modify the existing order, which I guess

8    we can incorporate in here to petition the Court to

9    modify the May 17th to, what, Chuck?

10    DR. COWAN:  I'd say one month from the time

11    that we actually get the e-mails, just to be safe.

12    MR. MCLANDRICH:  But theoretically, for

13    discussion's sake then, let's just say 45 days from

14    May 17th to the end of June?

15    DR. COWAN:  Yep.

16    MR. MCLANDRICH:  I'll draft it that way.

17    I'll circulate it.

18    DR. COWAN:  To Louisville Metro.

19    MR. MCLANDRICH:  Yeah, that's why we're here,

20    right?

21    JUDGE GAMBILL:  And John, I'm going to ask you

22    to prepare this draft for my next report.

23    MR. MCLANDRICH:  Okay.

24    JUDGE GAMBILL:  Okay?  And in it, you'll put

25    that the date, the May 17th date has, I don't know,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  can we agree upon what the date that's going to be?

2  Do you know?  Can you commit to a date for a final

3  report?

4        DR. COWAN:  Well --

5        JUDGE GAMBILL:  For the COVID months?

6        DR. COWAN:  I did previously and then I didn't

7  get the date.  So what I was told John was that a

8  month from the time we get the date, and he

9  suggested the end of June, because he has high hopes

10  that we'll get this date.

11        JUDGE GAMBILL:  Okay.

12        DR. COWAN:  Your Honor, I need to suggest one

13  other thing.

14        JUDGE GAMBILL:  Okay.  Go ahead.

15        DR. COWAN:  I apologize.  I do want you to

16  understand that we gave them written instructions as

17  to what it is we want.  It's not like we're just

18  playing phone tag here.  So we will give the written

19  instructions to Mr. McLandrich.

20        JUDGE GAMBILL:  Okay.

21        DR. COWAN:  But the point is, is that they're

22  not following something that is written and prepared

23  directly for them in response to a series of

24  questions and discussions that we had.  And we know

25  what it was that they did the previous time.  So

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  creation of the release orders?

2       MR. BELZLEY:  Let me be very clear about this.

3  Dr. Cowan, his report that we're talking about, may

4  be done at the end of June, or somewhere in there,

5  30 days after he gets the final e-mails.  It's going

6  to concern the same issues, it's going to concern

7  the very same periods of time, and so on.  But

8  there's going to be two reports.  One is going to

9  show his results with the statistical imputation

10  he's applying, that shows possible over detent,

11  probable, not over detained, blah blah blah.  The

12  second report is not going to contain any

13  statistical imputations at all.  It is simply going

14  to show whether people were over detained based upon

15  the available documents.  And when there are no

16  other available documents, the jail will be presumed

17  to have been notified on the date of creation of the

18  release report.

19       DR. COWAN:  I just need time.

20       JUDGE GAMBILL:  Okay.

21       MR. BELZLEY:  Yeah.

22       MS. ROSE:  But we have the dates.

23       DR. COWAN:  Our problem is that we have the

24  dates, we don't have the time.  So it's the date and

25  time of the creation of the release report.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      MR. BELZLEY:  Yeah.  The date and time of the

2  creation of the release report.  Jim said there were

3  times.

4      JUDGE GAMBILL:  Greg --

5      MR. BALLINGER:  Yeah.

6      DR. COWAN:  No, I'm not disagreeing with what

7  he said, it's just that you only used the

8  word date --

9      MR. BELZLEY:  Oh, date and time.

10      DR. COWAN:  Yes, the date and time.

11      MR. BALLINGER:  But would you still in the same

12  report -- I get what you're saying, but if that's

13  what you use, would it say out there, would you have

14  a column saying, "I didn't have other information"?

15      DR. COWAN:  I can add that.

16      MR. BALLINGER:  Yeah.

17      DR. COWAN:  Yeah, I can add it.

18      MR. BALLINGER:  Because I'd like to be able to

19  see that, that, look, he was missing information,

20  so he went with that guy.

21      DR. COWAN:  Correct.  I can add a flag.

22  I believe that we have those flags.

23      MR. BALLINGER:  Okay.  That would be helpful.

24      DR. COWAN:  I could see to this.  I'll take a

25  look.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00071-RGJ-RSE   Document 184-3   Filed 08/23/24   Page 21 of 21 PageID #:
3130
MEETING, taken on April 24, 2023

154

1       MR. MCLANDRICH:  Well, I've already been told,

2  you know, when I was -- trying to think what was the

3  context of it.  Might have been about that -- it was

4  probably about that time when the plaintiff said,

5  "Hey, are you interested in having this dialogue?"

6  And my lady said, sort of very politely to me,

7  "Well, you know, I need -- I need names of people,

8  I need to know how long those names were over

9  detained, I need to know how many of them there

10  are."  And I thought to myself, "Oh, that's right.

11  It's an insurance company."  I mean it's an

12  actuarial world over at the insurance company,

13  right?

14       JUDGE GAMBILL:  Sure.

15       MR. MCLANDRICH:  You tell me how many,

16  how -- when, you know, and I've got to count all my

17  beans. And so that's just what, you know, it's just

18  something I'm going to have to be able to reasonably

19  satisfy them with.  And it's never going to be, you

20  know, every single person just because what we're

21  talking about, it's going to be projection.  But

22  here's the sample, here's the projection, you know,

23  here's where we are. And now, my carrier is, you

24  know, pretty well abreast of things.  I don't

25  know -- the other access carrier doesn't have an

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com