```
 1                UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF KENTUCKY
 2                      LOUISVILLE DIVISION

 3

 4   JACOB HEALEY and LARRY LOUIS     )
     HIBBS, JR., JAMES MICHAEL JARVIS )
 5   JR., ALLEN GOODFLEISCH, CYNTHIA  )
     DAWN YATES and BETTY MELLOAN,    )
 6   Individually and on behalf of all)
     other similarly situated         )
 7                                    )
          PLAINTIFFS                  ) CIVIL ACTION NO.
 8                                    ) 3:17-CV-71-RGJ-RSE
     v.                               )
 9                                    )
     JEFFERSON COUNTY, KENTUCKY,      )
10   LOUISVILLE METRO GOVERNMENT,     )
                                      )
11        DEFENDANTS                  )

12

13

14

15

16              **DEPOSITION FOR PLAINTIFFS**

17

18                 ***     ***     ***

19

20        WITNESS:   ARNETTA ROCHELLE AL-AMIN

21        DATE:      SEPTEMBER 20, 2018

22        REPORTER:  LINDA A. FOX, CCR
                     (502)593-4940
23

24

25
```

```
 1   to cover for their shift.
 2        Q.   I'm sorry.
 3        A.   So that -- that's the only difference.
 4        Q.   I -- I understood you -- I misunderstood.
 5        A.   Yeah.
 6        Q.   She's the relief supervisor?
 7        A.   Yeah.
 8        Q.   Got you.  Okay.  Is it fair to say that as the one
 9   supervisor two, you --
10        A.   Uh-huh.
11        Q.   -- there's only one of you, you supervise the work
12   of the -- the four supervisor ones?
13        A.   Yes.  Well --
14        Q.   Okay.
15        A.   -- I'm -- I'm their supervisor.  Basically, I -- I
16   supervise the -- the daily operations.
17        Q.   Okay.
18        A.   Not only the supervisor ones but with the -- line
19   staff as well is the daily operations of the office, the
20   division.
21        Q.   All right.  Now, who is it that the supervisor
22   ones supervise?
23        A.   The line staff.
24        Q.   The line staff?
25        A.   Yes.  The senior corrections technicians and the
```

1  corrections technicians.
2  **Q.**  Is there any difference between the duties of the
3  senior corrections technicians and the corrections
4  technicians?
5  **A.**  Yes.
6  **Q.**  What -- what is that?
7  **A.**  The corrections technicians, like I said, is an
8  entry-level position.  The pay is lower than the senior
9  corrections technicians.  The senior -- the corrections
10 technicians are the technicians that conduct the visits.
11 **Q.**  Okay.
12 **A.**  They're responsible -- their primary -- primary
13 function is the filing, taking care of the window of -- with
14 the public, answering telephone calls.
15 **Q.**  Uh-huh.
16 **A.**  Basic general office duties.
17     The senior corrections technicians, their main
18 responsibility is processing inmate paperwork.
19 **Q.**  Okay.  So, when we talk about the -- the records
20 subdivision of the records division, getting the release
21 paperwork --
22 **A.**  Uh-huh.
23 **Q.**  -- that paperwork would be coming to a senior
24 corrections technician?
25 **A.**  Yeah.  Actually, it comes to -- we receive our

1  court paperwork through e-mail, okay.  We have a district
2  court e-mail box, a circuit court e-mail box, pretrial
3  e-mail box, and an LMDC records e-mail box.
4     **Q.**   Okay.  Let me catch up with you.
5     **A.**   Okay.
6     **Q.**   You said district, circuit, LMDC, and there was a
7  fourth e-mail box you had.
8           **MR. BALLINGER:**   Pretrial.
9     **A.**   Pretrial.
10    **Q.**   **(BY MR. BELZLEY)** Pretrial.  Okay.
11    **A.**   Excuse me.
12    **Q.**   Okay.  And -- and who has access to those e-mail
13 boxes?
14    **A.**   The senior corrections technicians.
15    **Q.**   Okay.  And -- and what is it -- let me just --
16 let's just walk through this.  What is it that is in the
17 district court e-mail box?
18    **A.**   Any inmate that's in -- that's scheduled for court
19 that day, their paperwork is going to be returned via that
20 e-mail box from the court.
21    **Q.**   Okay.
22    **A.**   From the clerk or the judge or whoever puts that
23 document in.
24    **Q.**   Okay.  What is in the circuit e-mail boxes?
25    **A.**   Circuit -- any -- any inmate that's scheduled for

```
 1   court that day, their court paperwork is going to be in that
 2   e-mail box.
 3        Q.   What's in the pretrial e-mail box?
 4        A.   The pretrial e-mail box will get the bond
 5   decisions for inmates that's coming into -- that came into
 6   custody that day or that night --
 7        Q.   Uh-huh.
 8        A.   -- ROR releases, HIP, bond decisions, if they have
 9   any RIPS or bail -- anybody that's -- bail credit eligible,
10   RIP, all of that paperwork comes from pretrial into the
11   pretrial box.
12        Q.   And what is in the LMDC e-mail box?
13        A.   That's anything other than what I just mentioned.
14        Q.   All right.
15        A.   And it's coming from the court.
16        Q.   Okay.  So what's in those boxes is accessed and
17   looked at by the senior corrections technicians?
18        A.   Yes.  On each shift, we have one senior
19   corrections technician that's assigned to each of the boxes.
20        Q.   Okay.  How many senior corrections work in each
21   shift?
22        A.   In records?
23        Q.   Yes, ma'am.
24        A.   Okay.
25        Q.   Well, let me -- let me clarify.  There is a
```

1    **A.**   Yes.

2    **Q.**   Beginning with the -- the -- the senior

3 corrections technician becoming aware that there's release

4 paperwork and the inmate actually getting released?

5    **A.**   Yes.

6    **Q.**   Okay.  Has any study or determination been made of

7 typically how long it does take for that process to run its

8 course?

9    **A.**   With the RORs, we track those from the time that

10 we receive the e-mail from pretrial to the time that the

11 inmate leaves.

12   **Q.**   Okay.  And who -- how is that tracked?

13   **A.**   The supervisors.  We use time stamps to track the

14 times.

15   **Q.**   Okay.

16   **A.**   And the supervisors, they fill the report out, the

17 ROR report and it has columns, the e-mail -- the time the

18 e-mail was received, time it was processed in records, time

19 that it -- time spent in intake/release, time spent on the

20 booking floor, up until the time that inmate leaves the

21 building, was released from custody.

22   **Q.**   Okay.  And do you have a sense as -- or

23 information as a consequence of that tracking, as to how

24 long that process takes when it comes to RORs?

25   **A.**   Yeah, generally, it's between two to four hours.

```
 1      Q.   Okay.  Now, do you track, in the same way releases
 2   from circuit court or district court?
 3      A.   No.
 4      Q.   Why not?
 5      A.   I don't know, we just don't.  I don't know.
 6      Q.   Has anybody ever suggested that those releases be
 7   track similar to the way they're tracked for RORs?
 8      A.   No.
 9      Q.   What would be -- what would be involved in
10   tracking the district court releases and the circuit court
11   releases in the way that the RORs are tracked?
12      A.   Well, we would have to have those time stamp --
13   the time stamp -- all of those time stamps, we have to have
14   in the folders, we would have to have all of those inmate
15   folders.
16      Q.   Now, the time stamps that -- that are used to
17   track the ROR process, where -- where are those time --
18   where are those times actually stamped, are they stamped on
19   a document, on the file?
20      A.   On the document.
21      Q.   On the document.
22      A.   Uh-huh.
23      Q.   And -- and how do those stamps get there, does
24   somebody manually have to stamp it or is it --
25      A.   Yeah.  We have to manually stamp but it's a -- we
```

1  have a time stamp.  We have one in records and then we have
2  one that's in booking that intake and release uses.
3          So once -- when records processes the release and
4  then hands it off to the verifier, the verifier takes it
5  over to intake and release for the warrant check.  But,
6  before they do, they time stamp the back of the release and
7  then they take it over to records.
8      **Q.**   All right.
9      **A.**   And I may have forgotten to say that at first.
10 But they time stamp the back, take it over to record -- I
11 mean to intake and release.
12         When intake and release, when they finish
13 processing, the -- conducted their warrant check and the
14 NCIC check, then they'll time stamp it and send it over to
15 the booking floor or bring it back over to records so that
16 it can be sent to either HIP or CCC --
17     **Q.**   Okay.
18     **A.**   -- wherever the inmate's housed.
19     **Q.**   When it gets back to records from intake/release,
20 is it time stamped again?
21     **A.**   No.
22     **Q.**   Okay.
23     **A.**   Then we'll go ahead and -- and we'll send it to
24 either CCC or HIP, wherever it needs to go.
25     **Q.**   Okay.  So the tracking, insofar as it concerns the

```
 1   RORs, kind of ends when it comes back to records from intake
 2   and release, is that right?
 3        A.    Yes.
 4        Q.    Okay.
 5        A.    Yes.
 6        Q.    So once records gets it back and -- and sends it
 7   to CCC and HI -- or HIP, we don't know how long that process
 8   might take?
 9        A.    No.  We know how long intake and -- when intake
10   and release returned it to records.
11        Q.    Okay.  Is there -- when it comes to this time
12   stamping process, in the -- in tracking the RORs, is there
13   anything more complicated to that than just time stamping
14   the appropriate document?
15        A.    I don't understand.
16        Q.    Okay.  If -- if -- if I'm in the -- in the course
17   of the ROR process --
18        A.    Uh-huh.
19        Q.    -- the time stamping, as -- as I understand it, is
20   just a time stamp that is -- is manually applied to the
21   appropriate document in the -- in the ROR file?
22        A.    Right.
23        Q.    When it comes to the district court releases, if
24   you wanted to -- to undertake that same procedure or that
25   same tracking process for the district court releases, would
```

```
 1   blue print and not black print.  What -- what does the blue
 2   print indicate?
 3        A.    These are the revisions that I had made previously
 4   before I made the yellow revisions.
 5        Q.    Okay.  So the blue --
 6        A.    And we added.
 7        Q.    The blue -- what we see here on this exhibit
 8   that's in blue were your original revisions?
 9        A.    Uh-huh.
10        Q.    And what's highlighted are sort of your -- your --
11   your second round of revisions?
12        A.    The most recent, yeah.
13        Q.    When did you make your original revisions, the
14   blue revisions?
15        A.    I can't say the date.  I don't recall.
16        Q.    But it's the --
17        A.    It was --
18        Q.    But is it the highlighted revisions that -- that
19   you recall having been made in 2015?
20        A.    Yes.
21        Q.    The blue revisions were made prior to 2015?
22        A.    Yes.
23        Q.    And we -- and, to your knowledge, there still
24   hasn't been a written policy implemented that includes
25   either of those sets of revisions?  Who --
```

1     **THE REPORTER:** Did you say yes?

2     **A.** Yes.

3     **Q.** **(BY MR. BELZLEY)** Who is that's got the -- to your
4  understanding, has the responsibility for reviewing,
5  approving and getting these things implemented?

6     **A.** Senior staff, don't know who.

7     **Q.** Okay.

8     **A.** Don't know how to --

9     **Q.** Who -- who do you regard to be senior staff, is
10 that Mr. Clark, Director Bolton, anybody else?

11    **A.** Mr. Clark, Director Bolton, Assistant Director
12 Steve Durham, Deputy Director Eric Troutman and now recently
13 promoted Major Michael Ashby.

14    **Q.** All right.  Let me just -- give me -- bear with me
15 as I skim through here, I want to see if I can see something
16 that jumps out at me that I want to ask you about.  If you'd
17 look at the -- the third page of the releases with the front
18 page.

19         It says, under protocol, processing a release,
20 you've got highlighted there that -- and I quote, SCTs will
21 time stamp the back of all releases prior to giving to
22 intake and release for processing.

23         As I understand it, that's being done now for
24 RORs, correct?

25    **A.** For all releases.

1  **Q.** Oh, for all releases. I'm sorry. Okay. I see at
2  the bottom of that same page there's a provision that
3  states, the record supervisor will monitor the mailbox and
4  inform the SCT that is assigned to the box whenever e-mails
5  are in the box unopened longer than 15 minutes.
6  **A.** That's correct.
7  **Q.** There's a sentence above that that says the SCT
8  will check for incoming mail at 15-minute intervals?
9  **A.** Yes.
10 **Q.** Do you -- what problems does it cause you to not
11 have these proposed revisions approved, implemented in
12 writing and circulated to your staff?
13 **A.** Well, that I -- I tell the staff to read the
14 policies and procedures, then I have to make sure that I
15 remind them that you have read the instructions that I put
16 out later to go along with it. This makes it easier for
17 them to have everything at one time.
18 **Q.** It's all -- it -- it's -- it means if this were in
19 force or -- or approved, enforced, implemented and so on,
20 you would have only one thing you'd need then to look at,
21 correct?
22         **MR. OGBURN:** Objection to form of the
23 question.
24 **Q.** **(BY MR. BELZLEY)** And -- and you'd only have to
25 remember to tell them, you need to look at that one thing,

Linda A. Fox, CCR
(502) 593-4940 e-mail: 2254linda@gmail.com