Monday, August 19, 2024 at 15:53:49 Eastern Daylight Time

**Subject:** RE: Cowan's work
**Date:** Monday, December 4, 2023 at 12:19:54 PM Eastern Standard Time
**From:** John McLandrich
**To:** Gregory Belzley, Carroll, John F.
**CC:** Garry Adams, Laura Landenwich, gambillmediation@aol.com, cleve.gambill

Greg:

Our intention is to continue with the process to develop the data necessary to complete this case. We have asked Dr. Cowan to provide us alternative methods by which the data can be harvested for the remainder of the class period. When we receive his alternative proposals we will reach out to you and Garry to discuss next steps. The court was clear at our status conference that the referral to the special master has terminated. Dr. Cowan has been provided XJail data for the class period and has been or is going to be provided the email data for that period as well. As you know the email does not cover the entire class period. That is also a complicating factor. This segment of the data is roughly 11 times the size of the sample period in terms of inmate releases.

If you want that raw data, please advise and we will provide it to you.

Our intention is to keep the data collection process as collaborative and transparent as possible and by agreement. Seemingly the points as structured below may or may not make sense as that process moves forward, but we are ready to have that dialogue with you as well. This portion of the data is much larger than the sample period. I believe we should have a dialogue about the time that process will take and how that time factors in with the timeframe the court now envisions on the litigation track. The litigation track is likely to move quicker than the data harvesting.

Other than addressing the injunctive relief the remaining litigation may just be a waste of time and money, but that may be unavoidable.

Since the Order that is the source of the bullet points was part of the process of working with the Special Master one could questions whether that Order remains in effect. However, fighting about that is not productive either. Let's have a collegial professional dialogue about what makes sense to move this litigation forward to resolution.

John

**John T. McLandrich**
Partner
Direct: 440.287.8298
jmclandrich@mrrlaw.com

---

**From:** Gregory Belzley <gbelzley3b@gmail.com>
**Sent:** November 29, 2023 6:28 PM

**To:** John McLandrich <jmclandrich@mrrlaw.com>; Carroll, John F. <john.carroll2@louisvilleky.gov>
**Cc:** garry@justiceky.com; laura@justiceky.com; gambillmediation@aol.com; cleve.gambill <cleve.gambill@gmail.com>
**Subject:** Cowan's work

In light of the return of this case to active litigation, I'm attaching the Agreed Order for Data Collection and Analysis entered by the Court.  We will expect Dr. Cowan's strict adherence to the terms of this Order, including but not limited to:

1.  His duty to disclose and discuss with the parties beforehand the processes and procedures he uses to extract, analyze and present such data and to obtain our written approval for same;
2.  His duty to report in writing to the Plaintiff Class the progress of the Work in intervals of no more than 30 days;
3.  His duty to make the Plaintiff Class aware of all issues and questions that arise during the Work that could materially affect the results of the Work;
4.  His duty to make himself reasonably available to answer all questions and concerns of the Plaintiff Class; and
5.  His duty to keep the process by which Analytic performs the work open and transparent,
and available for inspection by the Plaintiff Class at any time during regular business hours, subject to reasonable advance notice, taking into due consideration the other business necessities and security issues at Analytic.

Advise us immediately of when we might expect Dr. Cowan's next 30-day report.

In reviewing the Court's Order, and in light of the work that remains to be done by Dr. Cowan, Judge Gambill may need to continue to be involved given the disputes that may arise.  As a consequence, I have taken the liberty of copying Judge Gambill on this email.  If you believe we should notify the Court of a continued need for Judge Gambill's services, please advise.
--

# Greg Belzley
**Police Misconduct - Inmates' Rights - Abuse of Power**
P.O. Box 278   Prospect, KY 40059   502.292.2452   gbelzley3b@gmail.com

This e-mail is: 1) confidential; 2) protected by the attorney-client, work product, or other applicable privileges; 3) non-public information and/or trade secrets; and 4) protected under the Electronic Communications Privacy Act;  and 5) intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, notify the sender immediately.  Do not forward this message without express approval of the sender.  Unauthorized use, dissemination, distribution, or reproduction of this email is strictly prohibited.