Monday, August 19, 2024 at 16:27:01 Eastern Daylight Time

**Subject:** Healey
**Date:** Thursday, January 18, 2024 at 1:48:04 PM Eastern Standard Time
**From:** Gregory Belzley
**To:** John McLandrich, Carroll, John F.
**CC:** Garry Adams, Laura Landenwich

Counsel -- Just a quick question:  where do we stand on setting up a conference so we can talk with Cowan about what he's doing?

--
# Greg Belzley
**Police Misconduct - Inmates' Rights - Abuse of Power**
P.O. Box 278   Prospect, KY 40059   502.292.2452   gbelzley3b@gmail.com

This e-mail is: 1) confidential; 2) protected by the attorney-client, work product, or other applicable privileges; 3) non-public information and/or trade secrets; and 4) protected under the Electronic Communications Privacy Act;  and 5) intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, notify the sender immediately. Do not forward this message without express approval of the sender.  Unauthorized use, dissemination, distribution, or reproduction of this email is strictly prohibited.

Monday, August 19, 2024 at 16:26:29 Eastern Daylight Time

**Subject:** RE: Conference with Cowan
**Date:** Friday, March 29, 2024 at 12:26:28 PM Eastern Daylight Time
**From:** Carroll, John
**To:** Gregory Belzley
**CC:** Garry Adams, Laura Landenwich, John McLandrich

Greg: He is currently out of the office until mid next week . John

**From:** Gregory Belzley <gbelzley3b@gmail.com>
**Sent:** Friday, March 29, 2024 12:18 PM
**To:** Carroll, John <John.Carroll2@louisvilleky.gov>; John McLandrich <jmclandrich@mrrlaw.com>
**Cc:** garry@justiceky.com; laura@justiceky.com
**Subject:** Conference with Cowan

**CAUTION: This email came from outside of Louisville Metro. Do not click links, open attachments, or give away private information unless you recognize the sender's email address and know the content is safe.**

Johns -- where do we stand with our request for a Zoom conference with Cowan?

--

# Greg Belzley
**Police Misconduct - Inmates' Rights - Abuse of Power**
P.O. Box 278   Prospect, KY 40059   502.292.2452   gbelzley3b@gmail.com

This e-mail is: 1) confidential; 2) protected by the attorney-client, work product, or other applicable privileges; 3) non-public information and/or trade secrets; and 4) protected under the Electronic Communications Privacy Act;  and 5) intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, notify the sender immediately. Do not forward this message without express approval of the sender.  Unauthorized use, dissemination, distribution, or reproduction of this email is strictly prohibited.

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

Monday, August 19, 2024 at 16:26:00 Eastern Daylight Time

**Subject:** RE: Healey overdetention class action litigation
**Date:** Tuesday, June 25, 2024 at 3:15:21 PM Eastern Daylight Time
**From:** John McLandrich
**To:** Gregory Belzley, richard.elder@louisvilleky.gov
**CC:** Garry Adams, Laura Landenwich

Greg:

I hope to be able to send you data on the sentenced subclass soon. We can then arrange a call with Cowan to discuss that report.

John

**From:** Gregory Belzley <gbelzley3b@gmail.com>
**Sent:** Tuesday, June 25, 2024 1:16 PM
**To:** richard.elder@louisvilleky.gov
**Cc:** garry@justiceky.com; laura@justiceky.com; John McLandrich <jmclandrich@mrrlaw.com>
**Subject:** Re: Healey overdetention class action litigation

Richard -- see below. Can you get back to me on this, please.

On Tue, Jun 4, 2024 at 1:22 PM Gregory Belzley <gbelzley3b@gmail.com> wrote:

> Richard -- when can we all get on the phone or on a Zoom with Dr. Cowan and find out what he's doing and where things stand? Thanks!
>
> --
> # Greg Belzley
> **Police Misconduct - Inmates' Rights - Abuse of Power**
> P.O. Box 278   Prospect, KY 40059   502.292.2452   **gbelzley3b@gmail.com**
>
> This e-mail is: 1) confidential; 2) protected by the attorney-client, work product, or other applicable privileges; 3) non-public information and/or trade secrets; and 4) protected under the Electronic Communications Privacy Act;  and 5) intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, notify the sender immediately. Do not forward this message without express approval of the sender.  Unauthorized use, dissemination, distribution, or reproduction of this email is strictly prohibited.

--
# Greg Belzley

**Police Misconduct - Inmates' Rights - Abuse of Power**
P.O. Box 278   Prospect, KY 40059   502.292.2452   gbelzley3b@gmail.com

This e-mail is: 1) confidential; 2) protected by the attorney-client, work product, or other applicable privileges; 3) non-public information and/or trade secrets; and 4) protected under the Electronic Communications Privacy Act;  and 5) intended to be conveyed only to the designated recipient(s).  If you are not an intended recipient of this message, notify the sender immediately. Do not forward this message without express approval of the sender.  Unauthorized use, dissemination, distribution, or reproduction of this email is strictly prohibited.