| Release Month | Sentence Release Count | Overdetention Count | Hours Overdetained | | | Hours Overdetained for Person "x" | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Median | Average | Total | 1 | 2 | 3 | 4 |
| 2/2016 | 41 | 2 | 0.73 | 0.73 | 1.47 | 0.72 | 0.75 | | |
| 3/2016 | 60 | 6 | 2.95 | 5.61 | 33.68 | 1.12 | 1.48 | 2.85 | 3.05 |
| 4/2016 | 67 | 0 | N/A | N/A | 0.00 | | | | |
| 5/2016 | 91 | 6 | 3.61 | 6.65 | 39.90 | 1.97 | 2.00 | 2.77 | 4.45 |
| 6/2016 | 94 | 12 | 3.21 | 7.35 | 88.17 | 1.28 | 1.48 | 2.05 | 2.15 |
| 7/2016 | 72 | 15 | 2.55 | 2.46 | 36.93 | 0.23 | 0.45 | 0.82 | 0.95 |
| 8/2016 | 94 | 16 | 2.08 | 2.95 | 47.13 | 0.15 | 0.33 | 0.38 | 0.98 |
| 9/2016 | 91 | 13 | 10.05 | 108.70 | 1413.08 | 0.83 | 0.95 | 1.20 | 2.72 |
| 10/2016 | 64 | 12 | 1.92 | 3.94 | 47.33 | 0.57 | 0.87 | 1.13 | 1.35 |
| 11/2016 | 71 | 9 | 2.80 | 2.48 | 22.28 | 0.52 | 0.77 | 1.67 | 2.00 |
| 12/2016 | 55 | 9 | 3.50 | 6.77 | 60.93 | 1.50 | 2.73 | 2.83 | 3.17 |
| 1/2017 | 64 | 11 | 2.13 | 2.08 | 22.87 | 0.37 | 0.77 | 1.23 | 1.65 |
| 2/2017 | 60 | 4 | 6.57 | 7.79 | 31.17 | 0.42 | 0.88 | 12.25 | 17.62 |
| 3/2017 | 78 | 6 | 1.68 | 3.39 | 20.37 | 0.57 | 1.25 | 1.38 | 1.98 |
| 4/2017 | 70 | 8 | 3.69 | 6.69 | 53.55 | 1.83 | 2.87 | 3.45 | 3.48 |
| 5/2017 | 68 | 15 | 2.45 | 3.15 | 47.27 | 0.20 | 0.52 | 0.88 | 1.02 |
| 6/2017 | 53 | 8 | 7.73 | 6.13 | 49.00 | 0.87 | 1.67 | 4.35 | 7.53 |
| 7/2017 | 66 | 7 | 3.63 | 4.97 | 34.78 | 3.02 | 3.58 | 3.60 | 3.63 |
| 8/2017 | 79 | 17 | 3.18 | 3.86 | 65.67 | 0.20 | 0.32 | 0.43 | 0.68 |
| 9/2017 | 74 | 16 | 3.71 | 11.56 | 184.88 | 0.48 | 0.50 | 0.72 | 1.18 |
| 10/2017 | 71 | 15 | 3.50 | 16.53 | 247.97 | 0.48 | 0.58 | 1.63 | 1.75 |
| 11/2017 | 64 | 10 | 2.12 | 9.37 | 93.70 | 0.32 | 0.68 | 0.92 | 0.92 |
| 12/2017 | 60 | 7 | 2.47 | 4.48 | 31.37 | 1.08 | 1.30 | 1.87 | 2.47 |
| 1/2018 | 55 | 4 | 2.85 | 33.61 | 134.45 | 1.57 | 2.35 | 3.35 | 127.18 |
| 2/2018 | 55 | 8 | 2.67 | 4.50 | 36.02 | 0.82 | 1.22 | 1.72 | 1.83 |
| 3/2018 | 66 | 8 | 4.21 | 8.68 | 69.45 | 1.43 | 2.02 | 2.77 | 3.23 |
| 4/2018 | 64 | 6 | 3.11 | 5.81 | 34.83 | 2.25 | 2.40 | 2.55 | 3.67 |
| 5/2018 | 80 | 13 | 3.45 | 3.60 | 46.83 | 1.17 | 1.60 | 1.70 | 2.87 |
| 6/2018 | 66 | 9 | 2.90 | 4.21 | 37.87 | 0.93 | 1.42 | 2.00 | 2.08 |
| 7/2018 | 62 | 9 | 4.33 | 53.70 | 483.33 | 1.22 | 2.38 | 3.23 | 3.52 |
| 8/2018 | 66 | 10 | 3.57 | 3.35 | 33.47 | 0.23 | 0.78 | 1.43 | 3.02 |
| 9/2018 | 63 | 9 | 4.08 | 20.84 | 187.58 | 1.95 | 1.97 | 2.37 | 3.18 |
| 10/2018 | 57 | 6 | 4.75 | 6.09 | 36.53 | 3.12 | 3.87 | 4.15 | 5.35 |
| 11/2018 | 64 | 13 | 4.32 | 6.30 | 81.92 | 0.07 | 0.57 | 0.75 | 1.13 |
| 12/2018 | 59 | 9 | 3.12 | 5.52 | 49.67 | 0.97 | 1.57 | 1.93 | 2.32 |
| 1/2019 | 79 | 10 | 3.05 | 6.41 | 64.08 | 0.47 | 1.08 | 1.32 | 1.93 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2/2019 | 50 | 4 | 1.96 | 6.82 | 27.28 | 0.43 | 0.70 | 3.22 | 22.93 |
| 3/2019 | 60 | 8 | 1.65 | 3.06 | 24.52 | 1.27 | 1.37 | 1.63 | 1.63 |
| 4/2019 | 66 | 14 | 4.03 | 9.30 | 130.13 | 0.55 | 1.50 | 2.08 | 2.63 |
| 5/2019 | 66 | 14 | 3.36 | 4.67 | 65.32 | 0.43 | 0.73 | 1.65 | 1.83 |
| 6/2019 | 52 | 6 | 3.73 | 3.76 | 22.55 | 0.60 | 2.28 | 3.33 | 4.13 |
| 7/2019 | 68 | 8 | 2.73 | 3.89 | 31.12 | 0.60 | 2.02 | 2.23 | 2.65 |
| 8/2019 | 84 | 9 | 4.03 | 6.58 | 59.23 | 1.23 | 1.83 | 2.97 | 3.45 |
| 9/2019 | 89 | 12 | 2.72 | 3.18 | 38.13 | 0.08 | 0.85 | 1.90 | 1.95 |
| 10/2019 | 56 | 8 | 3.04 | 5.27 | 42.18 | 0.85 | 1.25 | 1.57 | 2.50 |
| 11/2019 | 64 | 11 | 2.78 | 3.26 | 35.83 | 0.43 | 0.92 | 1.02 | 1.15 |
| 12/2019 | 53 | 9 | 2.53 | 2.61 | 23.50 | 0.17 | 0.33 | 0.93 | 1.68 |
| 1/2020 | 68 | 15 | 4.05 | 12.03 | 180.45 | 0.67 | 0.73 | 1.27 | 1.28 |
| 2/2020 | 49 | 11 | 4.12 | 7.45 | 81.90 | 0.30 | 2.48 | 3.03 | 3.03 |
| 3/2020 | 50 | 10 | 2.07 | 3.73 | 37.35 | 0.05 | 0.23 | 1.07 | 1.10 |
| 4/2020 | 23 | 4 | 2.97 | 2.51 | 10.03 | 0.08 | 2.77 | 3.17 | 4.02 |
| 5/2020 | 35 | 7 | 4.42 | 18.80 | 131.62 | 1.28 | 3.70 | 3.72 | 4.42 |
| 6/2020 | 13 | 2 | 2.76 | 2.76 | 5.52 | 1.87 | 3.65 | | |
| 7/2020 | 15 | 1 | 2.18 | 2.18 | 2.18 | 2.18 | | | |
| 8/2020 | 15 | 2 | 1.45 | 1.45 | 2.90 | 0.62 | 2.28 | | |
| 9/2020 | 11 | 3 | 2.20 | 2.79 | 8.37 | 1.88 | 2.20 | 4.28 | |
| 10/2020 | 12 | 2 | 6.53 | 6.53 | 13.05 | 4.48 | 8.57 | | |
| 11/2020 | 23 | 5 | 3.40 | 2.59 | 12.97 | 0.75 | 0.78 | 3.40 | 4.02 |
| 12/2020 | 22 | 6 | 2.71 | 16.74 | 100.43 | 1.25 | 1.57 | 1.58 | 3.83 |
| 1/2021 | 19 | 3 | 1.05 | 1.89 | 5.68 | 0.48 | 1.05 | 4.15 | |
| 2/2021 | 16 | 2 | 4.48 | 4.48 | 8.97 | 4.32 | 4.65 | | |
| 3/2021 | 23 | 7 | 2.63 | 16.89 | 118.23 | 0.43 | 1.72 | 2.00 | 2.63 |
| 4/2021 | 19 | 5 | 3.95 | 3.18 | 15.92 | 0.08 | 3.12 | 3.95 | 4.05 |
| 5/2021 | 25 | 6 | 2.04 | 2.54 | 15.27 | 0.80 | 1.02 | 2.02 | 2.07 |
| 6/2021 | 26 | 6 | 6.01 | 6.56 | 39.35 | 0.70 | 0.73 | 5.55 | 6.47 |
| 7/2021 | 22 | 3 | 6.82 | 7.44 | 22.33 | 5.22 | 6.82 | 10.30 | |
| 8/2021 | 23 | 6 | 3.24 | 3.11 | 18.63 | 1.87 | 2.75 | 3.15 | 3.33 |
| 9/2021 | 25 | 2 | 4.13 | 4.13 | 8.26 | 3.49 | 4.77 | | |
| 10/2021 | 22 | 4 | 4.99 | 12.26 | 49.02 | 3.08 | 3.61 | 6.38 | 35.95 |
| 11/2021 | 29 | 4 | 2.88 | 2.94 | 11.75 | 1.98 | 2.10 | 3.67 | 4.00 |
| 12/2021 | 18 | 4 | 3.08 | 3.00 | 11.98 | 1.72 | 2.25 | 3.92 | 4.10 |
| 1/2022 | 19 | 4 | 1.91 | 2.06 | 8.23 | 0.90 | 1.87 | 1.95 | 3.52 |
| 2/2022 | 15 | 5 | 3.47 | 3.81 | 19.05 | 2.32 | 2.38 | 3.47 | 4.55 |
| 3/2022 | 23 | 5 | 1.72 | 2.36 | 11.78 | 0.63 | 0.70 | 1.72 | 2.07 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/2022  | 18 | 2 | 1.21  | 1.21  | 2.42  | 0.92 | 1.50  |       |       |
| 5/2022  | 23 | 3 | 2.90  | 3.63  | 10.90 | 0.78 | 2.90  | 7.22  |       |
| 6/2022  | 23 | 4 | 5.11  | 6.01  | 24.05 | 4.27 | 5.05  | 5.17  | 9.57  |
| 7/2022  | 23 | 4 | 8.50  | 9.80  | 39.20 | 7.62 | 8.48  | 8.52  | 14.58 |
| 8/2022  | 26 | 4 | 1.53  | 1.90  | 7.58  | 0.05 | 0.18  | 2.88  | 4.47  |
| 9/2022  | 19 | 3 | 5.23  | 4.35  | 13.05 | 2.53 | 5.23  | 5.28  |       |
| 10/2022 | 33 | 5 | 1.85  | 1.98  | 9.92  | 0.25 | 0.85  | 1.85  | 2.25  |
| 11/2022 | 22 | 3 | 5.53  | 4.70  | 14.10 | 1.38 | 5.53  | 7.18  |       |
| 12/2022 | 18 | 5 | 5.23  | 4.98  | 24.90 | 1.65 | 4.15  | 5.23  | 5.87  |
| 1/2023  | 15 | 2 | 7.26  | 7.26  | 14.52 | 6.35 | 8.17  |       |       |
| 2/2023  | 21 | 3 | 3.90  | 3.69  | 11.08 | 2.97 | 3.90  | 4.22  |       |
| 3/2023  | 27 | 3 | 1.70  | 5.86  | 17.57 | 0.18 | 1.70  | 15.68 |       |
| 4/2023  | 12 | 2 | 0.59  | 0.59  | 1.19  | 0.58 | 0.60  |       |       |
| 5/2023  | 20 | 2 | 0.96  | 0.96  | 1.92  | 0.07 | 1.85  |       |       |
| 6/2023  | 30 | 2 | 10.12 | 10.12 | 20.23 | 3.78 | 16.45 |       |       |
| 7/2023  | 24 | 4 | 3.20  | 3.84  | 15.37 | 0.52 | 1.41  | 4.98  | 8.47  |
| 8/2023  | 25 | 6 | 3.55  | 4.58  | 27.47 | 0.60 | 0.63  | 3.02  | 4.08  |
| 9/2023  | 16 | 1 | 4.87  | 4.87  | 4.87  | 4.87 |       |       |       |
| 10/2023 | 22 | 1 | 2.22  | 2.22  | 2.22  | 2.22 |       |       |       |
| 12/2023 | 18 | 2 | 4.40  | 4.40  | 8.81  | 3.84 | 4.97  |       |       |

| 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.23 | 21.95 | | | | | | | | | | |
| | | | | | | | | | | | |
| 8.13 | 20.58 | | | | | | | | | | |
| 2.15 | 2.77 | 3.65 | 3.82 | 10.03 | 11.50 | 23.43 | 23.85 | | | | |
| 1.32 | 1.55 | 1.80 | 2.55 | 3.02 | 3.07 | 3.10 | 3.58 | 3.85 | 4.67 | 5.98 | |
| 1.47 | 1.58 | 1.72 | 1.82 | 2.35 | 2.57 | 2.88 | 3.43 | 3.88 | 4.57 | 7.35 | 11.67 |
| 3.70 | 5.70 | 10.05 | 20.95 | 42.00 | 60.35 | 378.35 | 432.85 | 453.43 | | | |
| 1.58 | 1.70 | 2.13 | 2.17 | 3.10 | 3.50 | 8.50 | 20.73 | | | | |
| 2.80 | 3.15 | 3.32 | 3.55 | 4.52 | | | | | | | |
| 3.50 | 3.60 | 8.12 | 13.82 | 21.67 | | | | | | | |
| 1.97 | 2.13 | 2.42 | 2.62 | 2.65 | 2.77 | 4.30 | | | | | |
| | | | | | | | | | | | |
| 2.70 | 12.48 | | | | | | | | | | |
| 3.90 | 7.18 | 8.32 | 22.52 | | | | | | | | |
| 1.47 | 1.72 | 2.15 | 2.45 | 2.78 | 3.65 | 4.38 | 4.57 | 5.75 | 6.00 | 9.73 | |
| 7.93 | 8.65 | 8.70 | 9.30 | | | | | | | | |
| 4.97 | 5.45 | 10.53 | | | | | | | | | |
| 0.70 | 0.90 | 0.90 | 1.27 | 3.18 | 3.45 | 3.85 | 4.30 | 4.83 | 5.38 | 6.28 | 11.07 |
| 2.55 | 2.80 | 2.92 | 3.35 | 4.07 | 4.32 | 4.32 | 9.67 | 10.32 | 18.98 | 32.30 | 86.42 |
| 1.90 | 2.17 | 3.38 | 3.50 | 3.53 | 4.45 | 4.72 | 7.63 | 10.72 | 28.68 | 172.83 | |
| 1.37 | 2.87 | 3.98 | 11.18 | 12.52 | 58.95 | | | | | | |
| 3.22 | 4.55 | 16.88 | | | | | | | | | |
| | | | | | | | | | | | |
| 3.50 | 3.92 | 10.37 | 12.65 | | | | | | | | |
| 5.18 | 11.37 | 14.15 | 29.30 | | | | | | | | |
| 4.75 | 19.22 | | | | | | | | | | |
| 3.12 | 3.40 | 3.45 | 3.80 | 4.07 | 4.33 | 4.62 | 5.18 | 7.53 | | | |
| 2.90 | 3.20 | 5.47 | 9.30 | 10.57 | | | | | | | |
| 4.33 | 7.82 | 15.58 | 37.03 | 408.22 | | | | | | | |
| 3.10 | 4.03 | 4.18 | 4.77 | 5.85 | 6.07 | | | | | | |
| 4.08 | 8.75 | 12.22 | 71.82 | 81.25 | | | | | | | |
| 6.35 | 13.70 | | | | | | | | | | |
| 3.42 | 3.90 | 4.32 | 4.57 | 4.75 | 9.60 | 10.98 | 14.67 | 23.20 | | | |
| 3.12 | 3.28 | 4.23 | 7.63 | 24.62 | | | | | | | |
| 2.63 | 3.47 | 4.18 | 7.88 | 13.95 | 27.17 | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.67 | 2.23 | 5.92 | 8.80 | | | | | | | |
| 2.97 | 3.23 | 3.33 | 4.72 | 5.02 | 6.00 | 6.87 | 28.33 | 31.30 | 31.60 | |
| 2.18 | 2.67 | 3.30 | 3.42 | 3.92 | 4.00 | 5.48 | 7.77 | 8.28 | 19.65 | |
| 5.78 | 6.42 | | | | | | | | | |
| 2.80 | 3.08 | 3.80 | 13.93 | | | | | | | |
| 4.03 | 4.55 | 8.68 | 14.07 | 18.42 | | | | | | |
| 2.07 | 2.62 | 2.82 | 3.02 | 3.08 | 3.47 | 5.62 | 10.67 | | | |
| 3.58 | 4.42 | 6.05 | 21.97 | | | | | | | |
| 2.73 | 2.78 | 3.08 | 3.32 | 3.68 | 4.23 | 12.48 | | | | |
| 2.53 | 3.35 | 3.38 | 4.63 | 6.48 | | | | | | |
| 2.43 | 2.75 | 3.30 | 4.05 | 4.38 | 5.22 | 6.73 | 6.73 | 15.22 | 19.88 | 105.80 |
| 3.15 | 4.12 | 4.33 | 6.18 | 10.25 | 19.33 | 25.68 | | | | |
| 2.05 | 2.08 | 3.15 | 3.42 | 9.82 | 14.38 | | | | | |
| | | | | | | | | | | |
| 19.17 | 36.63 | 62.70 | | | | | | | | |

| | | |
|---|---|---|
| 4.02 | | |
| 6.60 | 85.60 | |

| | | |
|---|---|---|
| 2.88 | 3.85 | 104.72 |
| 4.72 | | |
| 5.07 | 4.30 | |
| 9.92 | 15.98 | |

| | |
|---|---|
| 3.35 | 4.18 |

6.33
6.67

4.72

8.00

7.03     12.10

**17**

17.92