# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*Filed Electronically*

| | |
|---|---|
| **JACOB HEALEY,** *et al.* | ) ) ) |
| **PLAINTIFFS** | ) ) |
| v. | ) ) Case No. 3:17-CV-00071-RGJ-RSE |
| **LOUISVILLE METRO GOVERNMENT,** *et al.,* | ) ) ) ) |
| **DEFENDANTS.** | ) |

## NOTICE OF FILING

Please take notice that the Plaintiffs hereby file their Proposed Order to their Motion for Sanctions (DN 184) that was inadvertently omitted from the original filing.

Respectfully submitted,

/s/ *Laura E. Landenwich*
GARRY R. ADAMS
LAURA E. LANDENWICH
ADAMS LANDENWICH LAY, PLLC
517 West Ormsby Avenue
Louisville, KY  40203
garry@justiceky.com
laura@justiceky.com
(502) 561-0085


Gregory A. Belzley
P.O. Box 278
Prospect, KY  40059
(502) 292-2452
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that on August 28, 2024, the above was electronically filed with the Clerk of the Court by using the CM/ECF filing system and copied to all registered CM/ECF participants in the above-styled action.

                                        /s/ *Laura E. Landenwich*
                                        LAURA E. LANDENWICH