**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*Filed Electronically*

| | |
|---|---|
| **JACOB HEALEY,** *et al.* ) | |
| ) | |
| **PLAINTIFFS** ) | |
| ) | |
| v. ) | Case No. 3:17-CV-00071-RGJ-RSE |
| ) | |
| **LOUISVILLE METRO GOVERNMENT,** *et al.*, ) | |
| ) | |
| **DEFENDANTS.** ) | |

**ORDER**

The motion having been made, and this Court being otherwise sufficiently advised, the Plaintiff Class's Motion for Sanctions is **GRANTED**. Pursuant to Fed. R. Civ. P. 16(f), 27(b), 28 U.S.C. §1927, as well as the Court's inherent authority **IT IS HEREBY ORDERED** that _____ is appointed to carry out the Court's September 27, 2022 Order, DN 126. Defendants shall bear the cost of this audit. **IT IS FURTHER ORDERED** that Plaintiffs are granted an interim award of costs and attorneys' fees. Within 14 days of the entry of this Order, Plaintiffs' counsel shall submit affidavits regarding the reasonable costs and attorney fees expended in this matter to date.