1       UNITED STATES DISTRICT COURT

2       WESTERN DISTRICT OF KENTUCKY

3       LOUISVILLE DIVISION

4       CASE 3:17-CV-71-RGJ-RSE

5

6

7       JACOB HEALEY AND LARRY LOUIS

8       HIBBS, JR., INDIVIDUALLY AND ON BEHALF

9       OF ALL OTHERS SIMILARLY SITUATED,

10      Plaintiffs

11

12      V.

13

14      LOUISVILLE METRO GOVERNMENT, ET AL.,

15      Defendants

16

17

18

19      AGREED ORDER FOR EXTENSION ON DUE DATES FOR

20      REPORTS ON DATA COLLECTION

21

22

23

24      DATE:       APRIL 24, 2023

25      REPORTER:  BETHANY BELLOFATTO

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFFS, JACOB HEALEY AND LARRY

 4   LOUIS HIBBS, JR., INDIVIDUALLY AND ON BEHALF OF ALL

 5   OTHERS SIMILARLY SITUATED:

 6   Gregory A. Belzley, Esquire

 7   Belzley, Bathurst & Bentley

 8   PO Box 278

 9   Prospect, Kentucky 40059

10   Telephone No.: (502) 292-2452

11   E-mail: gbelzley3b@gmail.com

12

13   AND

14

15   James D. Ballinger, Esquire

16   Louisville Lawyer, PLLC

17   3610 Lexington Road

18   Louisville, Kentucky 40207

19   Telephone No.: (502) 426-3215

20   E-mail: jim@louisvillelawyer.com

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE DEFENDANTS, LOUISVILLE METRO

 4   GOVERNMENT, ET AL.:

 5   John F. Carroll, Esquire

 6   Assistant Jefferson County Attorney

 7   County Attorney's Office

 8   200 South Fifth Street

 9   Suite 300N

10   Louisville, Kentucky 40202

11   Telephone No.: (502) 574-6321

12   E-mail: john.carroll2@louisvilleky.gov

13

14   AND

15   John T. McLandrich, Esquire

16   Mazanec, Raskin & Ryder Co., LPA

17   100 Franklin's Row

18   34305 Solon Road

19   Cleveland, Ohio 44139

20   Telephone No.: (440) 248-7906

21   E-mail: jmclandrich@mrrlaw.com

22

23   Also Present:  Cleveland Gambill, Special Master; Gale

24   Rose, Assistant to Mr. Gambill; Dr. Charles Cowan,

25   Expert Witness
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

4

1                          INDEX

2                                        Page

3   PROCEEDINGS                          6

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1                        STIPULATION

2

3    The meeting was taken at the County Attorney's Office,

4    200 South Fifth Street, Suite 300N, Louisville, Kentucky

5    40202 on Monday the 24th day of April 2023 at 9:37 a.m.

6    (ET); said meeting was taken pursuant to the FEDERAL

7    Rules of Civil Procedure.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

PROCEEDINGS

JUDGE GAMBILL:  I've been -- appreciate the opportunity to meet with you-all again.  We last met on August the 10th, and as I -- I've reviewed the records that I have, and Dr. Cowan's final report is due May the 17th.  Hopefully it will be something that will be useful to all the parties here.  So the purpose that we have that you agreed to use Dr. Cowan was to advance this litigation, okay?  And I think we were doing pretty well until the filing of the, "final report" on the -- I -- what I'm calling the final report on this - - on the first sample.  And then at that point, it seemed like there were some issues that arose.  So that's one thing that I know you'll want to talk about. So I do thank you, John, for -- and the county attorney's office for having us here this morning.  I don't know how long this is going to take, but we appreciate the hospitality, appreciate those who have traveled distances.  And that would be you, Dr. Cowan, for coming all the way from San Antonio.  I do thank Plaintiff's counsel for preparing the agenda.  It looks pretty simple here, but I'm sure there's some details that you'll want to get into.  So I'm really



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   going to just kind of turn it over to the lawyers,
 2   and let's see what it is you hope to accomplish
 3   here.  My next report is due to the Court
 4   in -- around May the 12th is what I'm shooting for.
 5   I hope I'll be able to report that we are about to
 6   conclude this -- at least Dr. Cowan's work at that
 7   time.  So let's talk -- I don't know. Maybe I should
 8   just turn it over to you since you -- Jim --
 9        MR. BALLINGER:  Sir?
10        JUDGE GAMBILL:  You want to just say where you
11   think we ought to start?  And then certainly
12   John --
13        MR. BALLINGER:  Sure.  Yes, sir.
14        JUDGE GAMBILL:  -- if there's something you
15   want to say, break right in, and then -- because
16   I do want to use your time the best way I can here.
17   I don't want to have a round-robin that goes on and
18   on and on, but there are some certain things that I
19   have some questions myself.  But, you know, let's
20   just see where you -- where you stand.  So Jim, take
21   it away.
22        MR. BALLINGER:  Okay.  Dr. Cowan, thanks for
23   coming down.  Good to see you.
24        DR. COWAN:  Good to see you.
25        MR. BALLINGER:  John M. -- just call you-all
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   John M. and John C.  I've got some questions for
 2   you, Dr. Cowan.  You may have very good answers for
 3   it.  You know, as you know, you've sort of -- at
 4   least with what you've been doing since August,
 5   you've sort of supposedly been working for both
 6   sides here in a transparent way.  And, you know,
 7   we've had questions, and you came back and you
 8   answered them, but one thing that really kind of
 9   hopped out at me is, after we got your -- what we'll
10   call the final report on March 17th, we had
11   requested, "Hey, where's the data points?"  And I
12   was able to open up and look at -- you had this data
13   set and that -- you know, all the different data
14   sets backing up what was behind this final report
15   that you finaled in and that it doesn't have the
16   COVID stuff in it.  And, you know, we requested that
17   you produce us a report that has all the data points
18   that we had agreed to in one report so we could see
19   it, and you did it, and I saved it.  I called it an
20   integrated report.  And I'm -- why did you send that
21   to us in a PDF?  Is there a reason?  Because it
22   clearly came from some spreadsheet style or format.
23        DR. COWAN:  Well, it -- it's also a convertible
24   form.
25        MR. BALLINGER:  Well, I converted it.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1          DR. COWAN:  Yeah.  Okay.

2          MR. BALLINGER:  Well, I'm just wondering why

3    it -- it's like you had to pick, to choose to send

4    that in a PDF, because I'm just telling you, from my

5    perspective right off the bat, it sort of seemed

6    like, hey, that kind of makes it a little harder for

7    us to sort, because some things I'm going to ask you

8    about jumped right out at me right away just looking

9    at it --

10          DR. COWAN:  Okay.

11          MR. BALLINGER:  -- without sorting it.

12          DR. COWAN:  I don't think there was any

13    particular reason other than it's portable across

14    all computers and it's easy to convert.  So I didn't

15    think about whether or not, you know, it should be,

16    you know, PDF, Excel, whatever.

17          MR. BALLINGER:  Okay.  Well, I converted.

18    I was able to sort it.

19          DR. COWAN:  Sure.

20          MR. BALLINGER:  And there were certain things I

21    wanted to see, and I noticed that you looked

22    at -- there's 10,886 records --

23          DR. COWAN:  Yeah.

24          MR. BALLINGER:  -- of inmates on there, and I

25    noticed that you only had times, the critical times

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

10

1    that we need -- that we needed for what you're

2    doing. And that's really, when did LMDC get notices

3    so-and-so was supposed to be released?

4        DR. COWAN:  Right.

5        MR. BALLINGER:  Because we didn't have that

6    information years ago, before we ever knew you, the

7    e- mails.

8        DR. COWAN:  Yeah.  Those come off the e-mails,

9    right.

10       MR. BALLINGER:  But out of those 10,886 of

11   them, you only had that information, best I could

12   tell, on 3,418 of them.  After I sorted it, I'm

13   like, "He only had that critical information for

14   3,418 out of 10,886."  So that's only 32 percent of

15   the time where you've had all the information, and

16   68 percent, or almost seven out of ten times, you

17   did not have the information yet.  We'll talk a

18   little bit more about your statistical imputations

19   and all of that, but how can we rely upon any of

20   that?  It just appears that a lot of information is

21   missing, and that's not your fault.  You know, and

22   you're a statistician, and your imputation methods,

23   I'm not really questioning that per se, but there's

24   a lot of information that was missing.

25       DR. COWAN:  Oh, I agree.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

```
 1          MR. BALLINGER:  And, I mean, I think
 2    that -- would you -- is that something we can all
 3    agree upon, that it's just -- how are we ever going
 4    to be able to tell?
 5          DR. COWAN:  Well, first of all, I agree with
 6    you.  There's a lot of missing information, and in
 7    particular with respect to the e-mails.  The e-mails
 8    -- now, one of the problems is we're going back a
 9    ways to 2016 --
10          MR. BALLINGER:  Yeah.
11          DR. COWAN:  -- and then 2017, so we did much
12    better with the 2017 sample in terms of retrieval of
13    e- mails.
14          MR. BALLINGER:  Yeah, I was trying to sort it
15    that way, and it's a little bit more complicated to
16    sort it --
17          DR. COWAN:  Sure.
18          MR. BALLINGER:  -- sort it that way.  But it
19    looked to me like, just sort of looking at it, that
20    it was interspersed, that you were missing -- you
21    know, for -- it was '16 and '17.
22          DR. COWAN:  Yeah.  Oh, no, I --
23          MR. BALLINGER:  And that was me looking at it.
24          DR. COWAN:  I agree with that.
25          MR. BALLINGER:  You know?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1         DR. COWAN:  Yeah.  No.  Well, the -- I agree

 2   with you.  There are a lot of missing e-mails, and

 3   the thing is that -- and so I raised this in a

 4   conversation I had with Mr. Belzley, which was that

 5   back then, there were also a lot of -- there was a

 6   lot of use of the fax machine, so in the files -- in

 7   the files you get from the warehouse -- that's what

 8   I'm talking about -- the - - those -- that's where

 9   the faxes are recorded.  So we don't know whether

10   it's transmitted by e-mail or fax until we actually

11   open up the file.  But in particular, if there's an

12   e-mail missing, then the next thing we looked for

13   was the fax.  So I get what you're saying about the

14   times that are missing and not having the e- mails,

15   but the fact is that there were three methods for

16   transmitting information.  So e-mail was one of

17   them, fax machine was one of them, and one of my

18   recommendations later would be to get rid of the fax

19   machine.  And --

20         JUDGE GAMBILL:  What was the third?

21         DR. COWAN:  It's that they actually hand-carry

22   them over.

23         JUDGE GAMBILL:  Okay.  Hard copy?

24         DR. COWAN:  Yeah.  And so we found those, too.

25   Now if it's a hard copy and it was carried over,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  then we have a real problem because we have no idea

2  when it was carried over, when it made it in, you

3  know, to the system in LMDC.  We just know that

4  eventually it kind of showed up, but we don't know

5  when LMDC would've checked and found it.

6  So there -- so there are these three ways.  I did

7  expect there to be more e-mail traffic given that

8  it's, you know, mid-2010s.  You know, things would

9  move along to more and more electronic.  But that

10 wasn't the case.

11      MR. BALLINGER:  But a lot of them, we just had

12 no time.

13      DR. COWAN:  So --

14      MR. BALLINGER:  Why -- that doesn't matter,

15 whether it came by fax, hand-carried, or e-mail.  It

16 just -- there was no time.  So in other words, when

17 I'm reading that, after sorting it where I can see

18 what -- what's what, I'm like, "They don't know.

19 They just don't know."  You know?

20      DR. COWAN:  Well, we don't know when that

21 occurred.  Now there is information in XJail also

22 that we were able to get, okay?  And we used that.

23 But your question is about, why is all this

24 information missing? Well, it's because it's not

25 there.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    MR. BALLINGER:  But even if it came from XJail

2  though, Dr. -- or XJail, Dr. Cowan, if you got it

3  from XJail, you'd have a time in there.

4    DR. COWAN:  If the -- if that was reported in

5  XJail, yes.  So XJail doesn't go back to 2016.  It

6  only goes back to 2017, so that's another issue.

7    MR. BALLINGER:  And --

8    MR. MCLANDRICH:  And when you -- just for

9  clarity, when you say the time, you're talking about

10  the time that an order to release is issued?  Is

11  that what you're talking about?

12    MR. BALLINGER:  I'm talking about the time at

13  which -- after the judge rules and says, "John,

14  you're out of jail today," the time that the jail

15  found out from the Court system --

16    MR. MCLANDRICH:  Yeah, when the jail received

17  the release order.

18    MR. BALLINGER:  Yes.

19    MR. MCLANDRICH:  Okay.  So just --

20    MR. BALLINGER:  Yes.

21    MR. MCLANDRICH:  So just for clarity -- and the

22  other thing I just want to clarify, when you say

23  "missing information," you're not suggesting the

24  information existed and wasn't transmitted?  You're

25  just saying there's an absence of information with

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   respect to when LMDC received a particular release

2   order?

3        MR. BALLINGER:  Yes.  And had you-all can't

4   make -- I'm just making sure that I understand what

5   is going on.

6        MR. MCLANDRICH:  Just trying to -- trying to

7   make sure I understand what you're saying.  And so

8   we also understand that for 2016, there wouldn't be

9   any e- mail at all for any of those releases because

10  they weren't doing e-mail transmission at that

11  point, right?

12       MR. BALLINGER:  Oh, actually, I'm going to

13  disagree.  There were some.

14       MR. MCLANDRICH:  They're random.  They --

15       DR. COWAN:  They've got -- there's not a bunch,

16  but there's -- there are some.

17       MR. MCLANDRICH:  Yeah.

18       MR. BALLINGER:  But I don't think they were

19  necessarily tracking that back then.  That's

20  something that we hope comes about from this

21  litigation, that all that's tracked so they can keep

22  track of, "Hey, we got a court order to follow-up."

23       DR. COWAN:  I agree with you.

24       MR. BALLINGER:  You know?  Okay.  So I didn't

25  read that wrong?  There was a lot of missing times?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on March 24, 2023

1      DR. COWAN:  Right.  And just so that we have

2  consistency, and since you have this very nice lady

3  taking notes, what we call this in our system was

4  duty to release notification.  That's the title,

5  okay?  So as we talk about it further, if we talk

6  about the duty to release, that's the time that they

7  got the notification --

8      MR. BALLINGER:  And then --

9      DR. COWAN:  -- as opposed to the release time,

10 which is when they actually did it.

11     MR. BALLINGER:  That's when they actually

12 walked out the door?

13     DR. COWAN:  Yeah.

14     MR. BALLINGER:  Right.  So -- all right.

15 So I did read that correctly.  Lot of missing

16 information. There's nothing you can do about

17 that, again.

18     DR. COWAN:  Yeah.

19     MR. BALLINGER:  So without specifically -- you

20 know, you did statistical imputations on this, and

21 I'm not sure -- we can debate whether that was your

22 job or not.  I kind of sort of thought what we were

23 going to get from you was nothing but the facts,

24 man.  You know, "Here's the facts.  Here's these

25 four months."  And you took it a step further, and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  in your report that we're looking at -- we're going

2  to talk about this in a second, but you sort

3  of -- you've got these probabilities, probability,

4  not probable that they were over-detained, such and

5  such percent probability that they were over-

6  detained.  And when you make those statistical

7  imputations like that, is it important -- was it

8  important to you when you did that to factor in

9  everything that could affect those probabilities?

10      DR. COWAN:  Yeah.  I mean, so here, do you want

11  me to give a little bit more color on this?

12      MR. BALLINGER:  Well, I can get right to the

13  point without kind of beating around the bush --

14      DR. COWAN:  Sure.  Go ahead.

15      MR. BALLINGER:  -- of what I've got a problem

16  with your statistical imputations.  Did you know,

17  for instance, for all these inmates that you looked

18  at for these four months, how many people were

19  working on each shift down there at Louisville Metro

20  in a release department?

21      DR. COWAN:  No.

22      MR. BALLINGER:  And I'll share with you -- I

23  don't know how much you have read with the stuff

24  that's been filed with the Court with this, just

25  that --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1        DR. COWAN:  I read the complaint.  Sure.

2        MR. BALLINGER:  Not just the complaint.

3   I'm talking about, like, when we moved to certify

4   the class and all that.  But we filed -- like, there

5   was a big union thing that was an attachment to what

6   we filed with our motion for class certification.

7   And one of the big -- what we see as one of the big

8   reasons -- and I'm just talking of -- but we think

9   one of the big reasons for people being over-

10  detained down there is staffing.  They don't have

11  enough people.  And I did look through all the

12  staffing records, okay?  And I've got records of it.

13  And each shift is supposed to have the records

14  department where they release people 24 hours a day.

15  They're supposed to have so many people on each

16  shift, five I think on first, five on second, and I

17  think it's three.  I'll have to go back and review,

18  but many, many times, we saw there were zero on

19  certain shifts.  Nobody's working, because we had

20  the sheets, the staffing sheets.  Even on first

21  shift, we saw some instances where nobody was

22  working that day. So that's something that you

23  didn't factor into imputing.  "Hey, this person may

24  or may not have been over" -- so I just want you to

25  sort of answer that yes or no, and then I've got a



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    similar follow-up question.

2        DR. COWAN:  Okay.

3        MR. BALLINGER:  And I'm not --

4        DR. COWAN:  So I need to establish one ground

5    rule --

6        MR. BALLINGER:  Sure.

7        DR. COWAN:  -- which is I'm not going to say

8    yes or no to anything.

9        MR. BALLINGER:  Okay.

10        DR. COWAN:  Okay?  I've been involved in like

11   200 depositions, and that is not the rule under

12   which we operate.  If you'd like to have a fulsome

13   discussion, happy to do that.

14        MR. BALLINGER:  I'm not -- I'm happy to have a

15   discussion with the work.  I'm not deposing you, but

16   I'm asking you -- we're supposed to be getting to

17   something that we can rely upon.  I don't rely upon

18   this because I'm sitting there thinking, "Dr. Cowan,

19   he didn't know how many people were working, and

20   that's a major problem of understaffing."  And the

21   other big major problem that we have seen through

22   this litigation is that they pull people -- that

23   records area where they release people, that is a

24   job, it's a civil -- what do you call it?  A

25   civilian job.  And when people hire in over there,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 20 of 181 PageID #:
3224
MEETING, taken on March 24, 2023
20

```
 1   even when Metro government had an audit done, they
 2   found that people bid out of that apartment
 3   they -- that department because it's a -- I guess a
 4   stressful job.  It doesn't pay much money.  And the
 5   instant they can bid out and go to some other area
 6   that's a little better working conditions or
 7   whatever, they're out.  And so they pull people from
 8   other areas constantly over there, and maybe they
 9   haven't worked in records for two years, so they're
10   rusty.  And we've seen that that has brought about a
11   lot of over detentions.  Nobody's on staff, or they
12   pull people from other areas.  And when you
13   statistically impute and try to extrapolate numbers,
14   and for us to try and figure out how many people
15   truly were over-detained, it doesn't appear to me
16   that you had factored in and got that information or
17   would even know, hey, that's a major problem over
18   there.  So --
19        MR. MCLANDRICH:  When you're talking about
20   imputing a number, you're talking about taking the
21   data from -- and correct me if I'm wrong -- you're
22   talking about taking the data from other releases
23   and projecting its impact on a given inmate.
24   So the -- to the extent that people aren't working
25   or shifts aren't fully staffed, that's obviously
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    impacted the releases of other people.  So to the

2    extent that the releases of other people are the

3    source of the imputation, I would submit to you that

4    the staffing problems are baked in to the release

5    data for the people that he's using as the

6    foundational data to project on the other people.

7         MR. BALLINGER:  I think I understand what

8    you're saying, but I think it's something more.  And

9    really, I mean, I'm not trying be adversarial, but

10   I'm like, how can we trust this?  He doesn't -- you

11   know, we're supposed to get a data set we can rely

12   upon. We've already --

13        MR. MCLANDRICH:  Well --

14        MR. BALLINGER:  We're missing a ton of

15   data and --

16        MR. MCLANDRICH:  But if you were asking him to

17   bake that kind of thing in, now you'd be asking him

18   to not do statistical work.  You'd be talking --

19   asking him to make value judgements.  So like say in

20   your example, if he was to look at a given shift,

21   and it was supposed to have a complement of five,

22   and now it's got a complement of two or three,

23   you're asking him to ascribe a statistical value to

24   that and put it into his calculus --

25        MR. BALLINGER:  So --



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    MR. MCLANDRICH:  -- of the likelihood of an

2    over-detention.  And that would require him to not

3    only be a statistical expert, to now become

4    essentially a time study corrections expert and

5    evaluate whether that given release on a given day

6    is going to be more delayed.

7        MR. BALLINGER:  You're saying it's baked in

8    because if somebody was over-detained or not, the

9    factor of their staffing was still sort of lurking

10   within all these numbers that he looked at?

11       MR. MCLANDRICH:  Well, I'm saying two things.

12   I'm saying that, and I'm also saying to try and do

13   the other of what you're suggesting, which would be

14   to look at the staffing and see how it affected a

15   given release would require him not only to engage

16   in quantitative analysis, which he's qualified to

17   do, but engage in qualitative analysis about, how

18   busy were they on that shift?  How many people did

19   they have?  How many releases did they have to

20   process that day?  Which is not something that he's

21   been hired to do or, frankly, is likely competent to

22   do because it would be well outside the statistical

23   realm and would now require him to make qualitative

24   judgements about how the given SCTs on that given

25   shift worked and how much work they had to do.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      MR. BALLINGER:  Okay.  Do you agree with this?

2      DR. COWAN:  Yeah.  I think --

3      MR. BALLINGER:  With what he said?

4      DR. COWAN:  So I think John's first point --

5  John M. -- first point was very salient.  The fact

6  is that everything that you just described is, you

7  know, part of all of the observations where we do

8  know whether or not there was an over-detention.

9  And in fact, what we're looking for is being able to

10  calculate that whole distribution, you know, so that

11  we can then make an extrapolation to those people

12  for whom we're missing that one piece of

13  information.  So I do agree that it's baked in.

14  It's not as if we completely ignored it.  What

15  you're - so - but I also understand what you're

16  saying.  So for me, statistically, I would say that

17  that contributes to the noise in the distribution.

18  So, you know, you got a probability distribution,

19  but it itself is an estimate.  So, you know, maybe

20  it's a little high and maybe it's a little low, but

21  it's based only on whatever it is we've seen. So

22  could I refine that a little bit and come up with

23  three different distributions depending on the

24  shift? Maybe.  I don't know that.

25      MR. BALLINGER:  Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1        DR. COWAN:  But the other thing is that what we

2  did use is the amalgam of those three.  So the -- so

3  the average is always an average.  So if there is

4  some variability by the -- let's say the time of the

5  shift, whichever of the three shifts we're talking

6  about, then that adds to the variability, but it

7  doesn't change the estimate.

8        MR. BALLINGER:  Got you.

9        MR. MCLANDRICH:  You know, the other thing, it

10  seems to me, Jim, is we all knew going into this

11  that we weren't going to have perfect data for him

12  to start with in doing his analysis, right?  I mean,

13  we all knew that there was a data problem going in,

14  and so if we have to work through a data problem to,

15  you know, try and increase everyone's comfort level

16  about the data set that we end up with, you know,

17  we're more than ready to do that.

18        MR. BALLINGER:  Greg's going to talk about that

19  towards the end.  I just really had -- I agree with

20  you.  I don't think we can ever get something that,

21  100 percent, that's the number, how many

22  people -- you know, we're not.  It's --

23        MR. MCLANDRICH:  No.  We know they weren't

24  recording and capturing the data that we would have

25  all asked them to record and capture if we'd have

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on March 24, 2023

1  known we were going to be here having this dialogue,

2  right?

3       MR. BALLINGER:  Yeah.  We may not be in this

4  litigation if we'd been tracking it, you know?  We

5  had followed up with you, Dr. Cowan, and

6  asked -- and if this is just miscommunication or

7  whatever, but you -- we thought that you were going

8  to look at, say, four months we looked at, which

9  necessarily included the same people.  And in your

10 report here, on page 89, you said -- and I just want

11 to make sure I say this so that you hear me say

12 this, you said you presented 27 people.

13      JUDGE GAMBILL:  Are you talking about his March

14 17th report?

15      MR. BALLINGER:  Yes.  Yes, sir.

16      JUDGE GAMBILL:  Okay.

17      MR. BALLINGER:  You say that, "The plaintiffs

18 presented a number of alleged examples of times that

19 inmates were released late.  Of the full number they

20 presented, 27 were longer than 24 hours.  We

21 reviewed" -- you say "each."  I underlined -- "each

22 of these 27 to determine what the release times are

23 following your paradigm."  And first, we didn't

24 ever -- I think that you did.  We didn't -- like,

25 when we turned in that spreadsheet that was an

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on August 24, 2023

```
1   attachment to an exhibit to our motion for class
2   certification, we just happened to sort it to show
3   the worst to the last, because the overwhelming
4   majority -- there were a lot that were well within
5   the boundaries.
6       DR. COWAN:  Yeah.
7       MR. BALLINGER:  And that was for the Court had
8   ruled 12 hours and four hours, but that's just the
9   way it was sorted.  And so we weren't trying to make
10  a big point with that other than to show, here's
11  this.  But you say that you reviewed each of them,
12  and then when you go to your chart, one of your
13  charts here on page 10, you see where some of them -
14  - and we've asked you about this.  It says, "No
15  inmate records."  In this one, we had shown that
16  they were Tammy J. Hall, 25.48 records, and you've
17  got, "Not applicable.  Not applicable."  So it
18  appears that you've thrown out, some of what we
19  thought, some of the higher ones.  And how did you
20  review each of them?  It says, "No inmate records."
21  You know what I mean?
22      DR. COWAN:  You're correct.  I tried to review
23  each of the top 27 to be able to present them,
24  but I -- that was in our fault.  I didn't think
25  about the fact that I was missing a few.  I didn't
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 27 of 181 PageID #:
3231
MEETING, taken on April 24, 2023
27

 1   throw them out.  They just weren't ever provided to

 2   us, so I went and got them.  And I'm ready to talk

 3   about those seven because they seem to be of such

 4   great concern.

 5        MR. BALLINGER:  Well, we wanted to see apples

 6   to apples.  Here's what we show --

 7        DR. COWAN:  Right.

 8        MR. BALLINGER:  We should have been able to

 9   compare, you know --

10        DR. COWAN:  Right.  I got that for you.

11   I got that for you.

12        MR. BALLINGER:  -- our report with yours.

13        DR. COWAN:  I got that for you, and I brought

14   it along with me.

15        MR. BALLINGER:  Okay.  Were you going to

16   provide that to us also electronically?

17        DR. COWAN:  I brought you a flash drive.

18        MR. BALLINGER:  Oh, thank you.  No, we just

19   wanted to be able to --

20        DR. COWAN:  I get it.

21        MR. BALLINGER:  -- cut and paste them and say,

22   "Here's what Dr. Cowan found."

23        DR. COWAN:  Yeah.

24        MR. BALLINGER:  And which could say, "You guys,

25   we were wrong with them," because we didn't have all

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    the information.
 2         DR. COWAN:  Right.  So --
 3         MR. BALLINGER:  You know?
 4         DR. COWAN:  There's 8,437.
 5         MR. BALLINGER:  That's what we have.
 6         JUDGE GAMBILL:  Wait.  Say that again.
 7         DR. COWAN:  8,437.
 8         MR. BALLINGER:  That's exactly how many we
 9    looked at.
10         DR. COWAN:  That's -- well, that's why it's
11    exactly the same, because I picked yours.
12         MR. BALLINGER:  Thank you.
13         DR. COWAN:  Okay?  Now, I have more than that
14    amount, but as you pointed out with, and you were
15    correct in pointing it out -- we do have more.  But
16    you had 8,437, so I brought you a flash drive --
17         MR. BALLINGER:  With those?
18         DR. COWAN:  -- with those 8,437 --
19         MR. BALLINGER:  What you found?
20         DR. COWAN:  And what we found over and above
21    that, that is like just a -- no.  Wait a minute.
22    I took -- I didn't give you the extra stuff because
23    you already have it.  But for the 8,437, I now have
24    a sheet that has on the left -- and it's an Excel
25    spreadsheet - - on the left, it's exactly what you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   had in your 50-5 or 50-6 form.

2          MR. BALLINGER:  Right.

3          DR. COWAN:  And on the right it's exactly what

4   we found, so that you can make a direct comparison.

5          MR. BALLINGER:  Exactly what -- that's what

6   we've been wanting.  Thank you so much.

7          DR. COWAN:  Good.  Okay.  I got that later as I

8   was going through, but there's also kind of an

9   interesting story about not getting the seven, and

10  so we can talk about that in a minute.

11         MR. BALLINGER:  I really don't -- you know,

12  I just wanted to make a couple of point -- I mean,

13  to me, what jumps out is we are missing a lot of

14  data, guys. I -- you know, at least going back to

15  '16, it's just not there.  And we -- we'll end up

16  talking about, well, how do we handle that if we

17  resolve this case. Whatever.  That's something more

18  for the lawyers, I guess, to talk about it at some

19  point, but I -- you know, when you're missing so

20  doggone much data --

21         DR. COWAN:  Yeah.  Well, I think it speaks to

22  the basic issue that's in front of us.  You know,

23  there's a lot of missing information, so how do you

24  know what happened in 2016 or 2017?  And the fact is

25  that we both agree that there's some over-detention.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Sorry.  There's other things that are happening.
 2   So I don't think we're that far apart in terms of
 3   saying, "Look, there's some over-detentions."  We
 4   know some reasons why there's some over-detentions.
 5   In other cases, we don't know, and in other cases
 6   we're not sure because we don't have every bit of
 7   information, even though, you know, we've now gone
 8   through three sets of data.  We've gone through
 9   files that are in the warehouse.  We've gone through
10   XJail, where -- when it existed.  We've gone through
11   SCRAM, which is another system.  And they're about
12   to put in, you know, another system, and there's
13   some other places where you can go get data, and
14   we've pursued this.  So I agree with Mr. Ballinger
15   that, you know, there are some over- detentions
16   when -- I'm not trying to say that they're not.
17   What I'm trying -- but I am agreeing with you and
18   saying, "Well, there are places where we don't know
19   exactly."  Now, it might be better for your purposes
20   if we just throw away the imputations, okay?
21   I -- we do those because we're trying to provide,
22   like, an estimate of, if we don't have information,
23   what do we know?  But maybe it's just better to say
24   we don't have the information, so --
25        MR. BALLINGER:  That's what I had hoped for and
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on March 24, 2023

```
1   how I started out when I started asking him a couple
2   questions.
3          DR. COWAN:  So I'm not --
4          MR. BALLINGER:  I said we thought we were
5   getting nothing but the facts, and if you did not
6   have the key info -- the key data points that you
7   were supposed to try to find, if they existed,
8   should have just said you don't have it.  You know,
9   no information available.
10         DR. COWAN:  Well --
11         MR. BALLINGER:  And then --
12         DR. COWAN:  I had -- I had a bad upbringing,
13  sir.
14         MR. BALLINGER:  Well, you're a statistician.
15         DR. COWAN:  Well, I grew up at the Census
16  Bureau, and when we don't have something, we, you
17  know, at the Census Bureau, we make it up.
18         MR. BALLINGER:  Right.
19         DR. COWAN:  And because, you know, we still
20  have to estimate the unemployment rate or whatever
21  it is.  So it, you know, it's a -- it is a common
22  statistical procedure to use.  However, I don't
23  think the imputation -- it kind of gives you good
24  averages, okay?  But if it detracts from determining
25  that part of the problem is not having information,
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 32 of 181 PageID #:
3236
MEETING, taken on April 24, 2023
32

1  then we should just throw the imputations away.

2  They're something that I do, but there are other

3  ways to deal with this problem.

4      MR. MCLANDRICH:  The ultimate problem though,

5  in that regard, is something that still needs to be

6  addressed.  And it's one of the primary reasons we

7  hired you, right?  Because --

8      MR. BALLINGER:  Well, it's one of the reasons

9  we hired you.

10      MR. MCLANDRICH:  Because whether we're going to

11  resolve the litigation or we're not, we have the

12  sample periods that you looked at, and which we

13  agreed to have him start with, right?  Then we have

14  the remainder of the class period.  So unless we're

15  going to look at every inmate within the class

16  period, we're going to end up doing this imputation,

17  if you want to call it that, in the larger sense of

18  trying to figure out outside the sample period,

19  what's the likelihood that a given inmate was over

20  detained without physically handling every inmate's

21  file, without analyzing every inmate's file?

22      MR. BALLINGER:  But he has set up shop over the

23  last year or so.  I mean, before, you know, you got

24  involved with us, you were looking at things.

25  But I -- you're sort of, you know, so to speak, set

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 33 of 181 PageID #:
3237
MEETING, taken on 32-51 24, 2023

33

1  up shop.  If -- what if -- what if we had to ask

2  you, Dr. Cowan, we need the same information on

3  everybody going back to February 3, 2016, how hard

4  would it be to do that?

5      DR. COWAN:  You mean to actually study it, as

6  opposed to --

7      MR. BALLINGER:  No.  We don't need the

8  imputations.  Go through it and tell us, what do the

9  records show?  And then we'll find out.  I mean,

10  this record, how hard would that be?  How long would

11  that take?

12      DR. COWAN:  So I've had this conversation with

13  Mr. McLandrich, because of the fact that I recognize

14  that at some point, you know, that we need to take

15  care of the class.  We -- it's not just the four

16  months what we've looked at.  So, you know, that's

17  always been in the back of my head.  But one of the

18  things that we've tried to do is learn about the

19  processes.  So when we look at the processes, for

20  example, you have the files, okay?  But then we

21  added XJail.  We added SCRAM.  We added the e-mails.

22  So there's a lot of stuff you can do electronically.

23  And if you get the stuff electronically and

24  the -- and the records have improved, in terms of

25  collection of information, then what happens is that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

34

```
 1   you can come up with a funneling system.  And the
 2   funneling system is, I know that I know the start
 3   time.  And I know the release time from XJail, and I
 4   can take out a lot of the ones that are really
 5   obvious where -- like released on own recognition is
 6   usually about two hours.  Okay.  So I'd look at that
 7   and say, you know, "Is there something funny about
 8   this one?  Because it's released on own
 9   recognition."  And so I wouldn't have to go look at
10   the files to do anything further.  As long as we all
11   agree that, you know, that electronic check, by
12   combining three different databases, is sufficient
13   to be able to weed out the majority.  Because as you
14   pointed out just a few minutes ago, the majority of
15   these are not over detentions.  What we're looking
16   for are the anomalies that are over detentions.  So
17   you start with ones that are clearly not over
18   detentions, and then you come up with some squishy
19   ones.  Squishy being the technical term we use and
20   then finally some, "Yeah, that's an over detention.
21   I don't even need to pull a file." Okay?  Except
22   that I would pull the file to figure out why it was
23   an over detention.  But you know, so that would cut
24   it down, because you had a lot in your files of not
25   over detentions, because you clearly found it
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

35

1    wasn't.  There are some that are like people who are
2    AWOL.  I'm not sure how you compensate them.
3    They're not there anyway.  So that -- but that gets
4    rid of like 80 percent right there.  So then -- so
5    that it cuts down the review process that you have
6    to do.
7          MR. BALLINGER:  And we're looking at 12 hours
8    and four hours also, which throws out a lot.
9          DR. COWAN:  I'm sorry?
10         MR. BALLINGER:  We're looking at 12 hours and
11   four hours also.
12         DR. COWAN:  Oh, yeah, yeah.
13         MR. BALLINGER:  That throws out a lot.
14         DR. COWAN:  No, you'd set up like two systems
15   and figure out who are the timeouts, and you'd do
16   one test on them.  You'd do a different test on the
17   12-hour ones.  But I agree -- I agree with you.
18   That makes a big difference.
19         MR. BALLINGER:  Yeah.
20         MR. MCLANDRICH:  But even -- just for -- even
21   for my clarity, when you're talking about
22   segregating, if you will, people that are in the ROR
23   category, that in and of itself is the sort of
24   statistical imputation that you're talking about.
25   In other words, you're talking about the experience

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    that you gained from reviewing RORs and projecting

2    it onto this group of RORs, and therefore

3    determining the likelihood that any given one was

4    actually over detained unless you see something

5    anomalous in that particular ROR; is that true?

6         DR. COWAN:  Not quite, because I think

7    Mr. Ballinger would agree, because he's seen these

8    too, there's some, where it's just obvious that

9    they're not over detention.  So to put it in the

10   terms you just used, it's 100 percent probability

11   they weren't over detained.  And then later, you get

12   to other stuff which is a little bit more -- you

13   don't have quite as much information or maybe, you

14   know, you've got a couple of questions, so you go

15   look at those.  But the goal here is to cut it down

16   to something that's manageable.

17        MR. MCLANDRICH:  Right, but somewhere --

18        MR. BALLINGER:  Otherwise, it's 186,000

19   records.

20        MR. MCLANDRICH:  Right.  But somewhere between

21   a hundred and zero, there's going to have to be a

22   cutoff of a likelihood or a percentage that they're

23   saved either way, over detained or not over

24   detained, where there's going to have to be

25   agreement that it pick a number, 60 percent, 70

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1   percent likelihood that they're not over detained.

2   But now we're going to start to look at hard time.

3           DR. COWAN:  Sure.  And we could present to the

4   Court some recommendations on that.  So I know, you

5   know, Mr. Ballinger is familiar with the

6   imputations. So he would tell you that within the

7   imputations we did, we've got some that are 94

8   percent likely to be over detained.  I would

9   definitely look at those, and then I've got some

10  that are less than one percent likely to be over

11  detained.  And I probably would save -- you know,

12  I'd save those for last, or just not look at them,

13  because it's less than one percent.  So you know,

14  the goal here is to provide you with, not just the

15  numbers, but also a manageable system going forward,

16  for determining how to do this in the full

17  population, as opposed to just doing this in

18  standard.

19          MR. BALLINGER:  I know about this to know that

20  he's got some questions, but I appreciate you, here

21  recently, you've sent us, "Hey, this person was held

22  over eight days."  And I popped it up and looked at

23  it, and I'm like, "Yeah, that's -- that is their

24  fault on that, you know, on that one."  But are we

25  getting all those?  Because -- and I'm not sure, and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 38 of 181 PageID #:
3242
MEETING, taken on April 24, 2023
38

1    I appreciate you doing that.  I will so that.

2    They're --

3         MR. CARROLL:  I'll tell you, on these recent

4    ones, they are trying the best they can to determine

5    when they have somebody who's over the tank.  So

6    they basically want -- they're running to checks or

7    they'll hear from a lawyer that tells them stuff.

8    That's how some of them are.  We -- there's one of

9    these ones that you've got that bizarrely enough,

10   the lady changed -- she had multiple names, and that

11   was part of the problem is that factored in because

12   she had had so many different aliases.

13        MR. BALLINGER:  I just had somebody --

14        MR. CARROLL:  But, yes, you're getting all the

15   ones that that we're getting.  Yes.

16        MR. BALLINGER:  I appreciate it.  But like,

17   I've got e-mail from somebody out of the blue, and

18   I've got to delve into it.  But just, you know, a

19   month or so ago they were held, they claimed, 80 or

20   90 days past when they were supposed to be released.

21   And I'm like, "Are we getting" -- you know, you

22   don't try to get --

23        MR. CARROLL:  We're trying to get everyone that

24   I know of.

25        MR. BALLINGER:  You can walk up to any criminal

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

 1  defense lawyer in the city and ask them, "Hey, do
 2  you -- have you had people over detained over there
 3  at LMDC?"  And they laugh.  They say, "Yes."  That's
 4  the way that they sort of find out a lot of times.
 5      MR. MCLANDRICH:  So we're getting --
 6      MR. BALLINGER:  The lawyer or family member
 7  calls and said, "Hey, so and so is supposed to be
 8  released."
 9      MR. MCLANDRICH:  Yeah.  We're sending you the
10  ones that they send us.  Now, so those are ones that
11  they're identifying internally that may be the
12  result of the lawyer calling.  I know at least one
13  that I recall, the lawyer called, and that's how
14  they found it.  So I'm not going to suggest to you
15  that they're all the people that are being over
16  detained.  I don't think that they're monitoring at
17  the four or 12 hour, you know, standard at the
18  courts and fine.  And so I don't know, you know, how
19  it is that they're choosing those to review, other
20  than they're coming to their attention.  Does it
21  mean that it's, you know, all- inclusive?  I'm sure
22  it doesn't mean that.  Yeah, I think it's the more
23  egregious ones that are coming to their attention.
24      MR. BALLINGER:  I got you.
25      MR. MCLANDRICH:  Probably more in akin to what

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  you saw that they, you know, produced at the

2  beginning of the litigation.  But I'm sure with more

3  vigilance now than they had then.  But I'm not

4  suggesting to you that it's all them.  It's just the

5  ones that we're receiving.

6      MR. BALLINGER:  Well, it seems -- I'm just

7  going to say this, but it -- you know, I think, you

8  know, the response that we got at the beginning of

9  the litigation with whatever it was, 51 people over

10  three years, clearly we found it.

11      MR. MCLANDRICH:  Well, let's stick to the

12  question.

13      MR. CARROLL:  And again, that's the answer,

14  okay?  And I can tell you this much, Jim, I'm not

15  going to be that way, okay?

16      MR. BALLINGER:  No, no, no.

17      MR. CARROLL:  And that's all I can tell you.

18  I wasn't involved in this case.

19      MR. BALLINGER:  Oh, no, you didn't let me

20  finish my point.  I think that a problem -- this is

21  me voicing my opinion.  Instead of a lot of times,

22  the only way that they knew about it was of a lawyer

23  or a family member calling in.  Otherwise, the

24  higher ups or whatever, where there will be an

25  incident report, they weren't written up, because

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  they didn't -- it wasn't brought to their attention.

 2  Because for an incident report to be written up,

 3  almost somebody has a title on themselves.  You

 4  know, "Hey, I missed the boat here."

 5      MR. CARROLL:  I don't -- I don't even think in

 6  the old administration that they even did

 7  the -- this kind of a review like they're trying to

 8  do now.  Now, they're trying to do a review.  If

 9  they get one that they think is a problem, they go

10  and do a review on it. That -- I don't even think

11  that was the case back under the old administration,

12  unfortunately.

13      MR. BELZLEY:  Okay.  Well, let me ask some

14  questions.  Dr. Cowan, I think I've got -- I -- I've

15  printed off the first page of the PDF that I think

16  you sent us, and I don't know if you have a copy of

17  that with you.

18      DR. COWAN:  No.

19      JUDGE GAMBILL:  All right.  Help me here. We're

20  on the March 17th report?

21      MR. BELZLEY:  No, this was a --

22      JUDGE GAMBILL:  Oh, Okay.

23      MR. BELZLEY:  -- a 142-page spreadsheet.

24      JUDGE GAMBILL:  Okay.

25      MR. BELZLEY:  It was PDF'd to us.  And I just

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    have some -- a couple of questions about this for

2    clarification.  Did the PDF that you sent us -- did

3    it reflect the information that was in the release

4    reports?

5         DR. COWAN:  Yes.  If it -- well, if it was in

6    the release reports, then yes.

7         MR. BELZLEY:  And where is that reflected in

8    here?

9         DR. COWAN:  Well, it depends on what the field

10   is.  So release reports have a lot of different

11   information.  So if there was information from the

12   release report, then we put it in.  If there was

13   information from a different source, like XJail, we

14   put it in.  If there was information from the e-

15   mails, we put it in.  So we don't have a separate

16   set that only has release reports.  We have a

17   combined set, because we're trying to use the best

18   information we've got.

19        MR. BELZLEY:  I understand.  All I'm

20   just -- all I'm trying to find out and I'm happy to

21   let you look at this.  Do you have a copy or did you

22   bring a --

23        DR. COWAN:  I didn't -- no, I didn't bring a

24   copy.

25        MR. BELZLEY:  Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     DR. COWAN:  But go ahead, ask questions.

2     MR. BELZLEY:  But anyway, it has at the top,

3  "Inmate number, booking number, finding, release

4  type, release time, notification: duty to release

5  time, if over detained, expected hours over

6  detained, standard, release time day, release time

7  hour, release notification time day."  You know,

8  maybe it'd be easier if we just copied this.  It's

9  got my notes on it, but I don't care.

10     DR. COWAN:  Actually, I mean, you gave me

11  enough information I can answer questions.

12     MR. BALLINGER:  Well --

13     MR. BELZLEY:  Well, I can make a copy of it.

14     MR. BALLINGER:  Yeah.

15     MR. CARROLL:  Make six or seven of them or

16  whatever, make, you know --

17     MR. BELZLEY:  One, two, four, five, six, seven,

18  eight.

19     MR. CARROLL:  Eight?

20     MR. BELZLEY:  Yeah.  Well, just seven.  The

21  court reporter doesn't need --

22     DR. COWAN:  No, no, give one to Becky.

23  Don't -- let's not be too -- Becky deserves

24  one, too.

25     MR. BALLINGER:  Bethany, Bethany.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      DR. COWAN:  Bethany.  Oh, I'm sorry.

2      COURT REPORTER:  That's okay.

3      DR. COWAN:  I could at least get your name

4  right if I'm trying to help you out here.  Okay.

5      MR. BALLINGER:  I can look, and you've got all

6  these 27.  You said you've got the 8,437 for us,

7  which would necessarily include answers for these

8  form words that no inmate records found?

9      DR. COWAN:  Yes.  Now there's one inmate whose

10  records are still missing, because the inmate got

11  his records expunged.

12      MR. BELZLEY:  He's not in the 8,437.

13      MR. BALLINGER:  Oh, he's an addition?

14      MR. BELZLEY:  Oh no, maybe --

15      MR. MCLANDRICH:  I thought -- I'm sorry.

16  He's -- no, no.  He's one of the 86.

17      MR. BELZLEY:  One of the 86?

18      MR. BALLINGER:  Yeah.

19      MR. MCLANDRICH:  So were you going to update

20  this table?

21      MR. BALLINGER:  I can if you like.  Sure.

22      MR. MCLANDRICH:  I'd sort of like to see it.

23      MR. BALLINGER:  Yeah, sure.  I'd be happy to.

24      MR. MCLANDRICH:  Don't matter.

25      MR. BELZLEY:  Okay.  Now it -- I'm just trying

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 45 of 181 PageID #:
3249
MEETING, taken on August 24, 2023
45

1   to find out, and I -- because I don't want to assume

2   this is something that it's not, is this the PDF you

3   sent us of the -- of your database?  Does this look

4   like it?

5        DR. COWAN:  Yes, it does.

6        MR. BELZLEY:  Okay.  And you say that the

7   information in this report does reflect what is in

8   the release reports, in the absence, if there

9   is -- in the absence of other information?  If

10  that's -- am I correct about that?

11       DR. COWAN:  Yes.

12       MR. BELZLEY:  Okay.  And where is that

13  reflected?

14       DR. COWAN:  Well, it'll be under, for example,

15  release time.

16       MR. BELZLEY:  Okay.

17       DR. COWAN:  So -- but I'm going to repeat what

18  I said before, which is, you know, there's a release

19  time for each of these individuals.  And when

20  there's a release time for each of these

21  individuals, most of the time that comes from the

22  release report, but some of the times it comes from

23  XJail.  So I can't tell you based only on the

24  release report, because I didn't maintain the data

25  that way.  Is that your question?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      MR. BELZLEY:  Well, the release report, it's my

2   understanding, when we reviewed the file when Jim

3   and Jennifer reviewed the files, they looked at it.

4   If there was something in there that indicated when

5   the jail was notified as to the release or notified

6   that an inmate should be released, they took that

7   time.  If there was nothing like that, they took the

8   time on the release report, right?

9      DR. COWAN:  Yes.

10      MR. BELZLEY:  And so what is it in the release

11   report that indicates that the time that is

12   different from the actual release time?

13      MR. BALLINGER:  We -- there's a printout or

14   something of time that we could see when they did

15   the release report.  I think it was when they

16   printed it out and we said, "That's the benefit of

17   the doubt. We're going to say, you know, that's when

18   they found out."  But we know that there were e-

19   mails and stuff. I said it would have to be worse

20   than what we saw, because we've had those e-mails.

21      MR. BALLINGER:  Well, the --

22      MR. MCLANDRICH:  The way you've characterized

23   it in the past, and you tell me if this is what you

24   meant -- the way you characterized it in the past

25   was you used the time when the release report was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  created. I don't know how you knew that was the time

2  that was created.

3       MR. BALLINGER:  Yeah, somehow that works

4  for --

5       MR. MCLANDRICH:  But that was the way it was

6  characterized.  And --

7       DR. COWAN:  It appears to have a time stamp.

8       MR. BALLINGER:  Yeah.

9       MR. BELZLEY:  Okay.  Okay.

10      MR. BALLINGER:  Yes.

11      MR. BELZLEY:  Okay.  So is --

12      DR. COWAN:  Well, wait a minute.

13 Mr. McLandrich wasn't done.

14      MR. MCLANDRICH:  I -- no, I was just going to

15 say, I mean, I don't know where it fits but I'm just

16 going to say it now, I guess.  So, you know, you'd

17 asked Dr. Cowan to tabulate the data and put it on

18 your 50-5 or whatever it was, your exhibit that you

19 submitted to the Court, in the columns next to it,

20 right?

21      MR. BALLINGER:  Yes.

22      MR. MCLANDRICH:  And I just, you know, and then

23 there was the comment that Greg made in his e-mail

24 about that, you know, like for the 27, where at the

25 time he didn't have the data that those people were

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   undisputed.  And I just want to make it clear

2   between us, that I dispute all that data, right?

3   I don't think that that data that was submitted to

4   the Court is at all evidentiary.  I mean, I

5   appreciate the efforts that you guys made at the

6   warehouse, and it was sufficient to get the case

7   certified.  But I don't acknowledge that any of

8   that's evidentiary, because you know, it's like you

9   guys have talked about transparency.  I mean, for

10  us, there's no transparency with that, right? We've

11  got the naked affidavit.  The affidavit says that

12  the information was recorded and observed.  We don't

13  have any of that.  And as I understand it, Jennifer,

14  whatever --

15       MR. CARROLL:  Moss.

16       MR. MCLANDRICH:  -- Moss is --

17       MR. BALLINGER:  We did it under your-all's

18  supervision.

19       MR. MCLANDRICH:  I don't care if there's

20  somebody standing there.

21       MR. BELZLEY:  Can I try and make the point I'm

22  trying to make here?  The next question is, we

23  called this the release report creation time create,

24  right? That's what you -- that was the time that you

25  relied on, if there were no other documents to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   indicate when the jail release report --

2       MR. MCLANDRICH:  The release report, it had a

3   time on it.

4       MR. BELZLEY:  Okay.  Let's call that the

5   release report creation time.  Now, Dr. Cowan, in

6   this chart, is there any statement or column that

7   specifies the release report creation type?

8       DR. COWAN:  No.

9       MR. BELZLEY:  Okay.  Now looking at this, there

10  are some notifications.  Why do some notifications

11  not have time and hour?  And what I'm looking

12  at is -- or date.  Yeah.  It's the one, two, three,

13  fourth column from the right.  It's a note -- you

14  see there, "Notification time, hour"?

15      DR. COWAN:  Yes.

16      MR. BELZLEY:  We've got date in the column next

17  to it.  There is notification time, day.  And we

18  have a notification time, day for every release.

19  But why do some -- why do we have days of

20  notification, but not time?

21      DR. COWAN:  It's because in many situations

22  the -- what's recorded is the day with no time field

23  filled in at all.

24      MR. BELZLEY:  Okay.

25      DR. COWAN:  And I -- and excuse me,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Mr. Belzley, I just wanted to point out that that's

2   actually true both on the release reports,

3   I'm some -- I'm sure Mr. Ballinger saw that.  It's

4   also true sometimes in XJail, just so you know, that

5   the date is put in, but not the time.  So this is an

6   exact reflection of whatever information was either

7   on the release report, because it's within an hour

8   or a specific hour.  Or the same is true for XJail.

9   So if it's missing, it just means that it was never

10  recorded.

11       MR. BELZLEY:  Okay.  Did you ever see a release

12  report that had no creation time on it?

13       MR. BALLINGER:  No.  I mean, there were release

14  reports in most all the files that we looked at

15  under their supervision, but there --

16       MR. BELZLEY:  No.  My question was not whether

17  there was a release report in every file.  My

18  question is, in all the release reports that you saw

19  during your review, did you ever see a release

20  report that did not have a creation time?

21       MR. BALLINGER:  Yeah.  We're going back to

22  years, but I don't remember if we call it creation

23  time or whatever.  But if there was a release report

24  in there, Greg --

25       MR. BELZLEY:  It's the time we're talking

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   about --
 2        MR. BALLINGER:  There was the time on there.
 3        MR. BELZLEY:  -- if you relied on to specify a
 4   time of notice when there was no other document in
 5   the record.
 6        MR. BALLINGER:  I never saw a release report.
 7   If there was release reports in all files, I never
 8   saw a release report that didn't have a time on it.
 9        MR. BELZLEY:  Okay.
10        MR. BALLINGER:  Okay?
11        MR. BELZLEY:  All right.
12        MR. BALLINGER:  Because that's what we used to
13   calculate, you know.
14        MR. BELZLEY:  Okay.  So in these -- in this
15   column where there is no notification time hour, but
16   a date, why is that when there's a release report
17   that should have a date and a creation time?
18        DR. COWAN:  Well, you're assuming that we
19   relied on the release report creation time.  But
20   that court's against you, because the actual time is
21   that you -- that is the time that Ellen Beasley was
22   notified, is on the e-mail, okay?  So let's say that
23   they get an e-mail, and they ignore it for three
24   hours, and then start working on it, and then have a
25   release report creation.  Well, the inmate has been
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   there for an additional three hours that has not

2   been documented, which is why we went to the

3   e-mails, not to the release report creation times.

4          MR. BALLINGER:  Yeah, and that's what --

5          MR. BELZLEY:  Okay.  So as I understand

6   it -- and let me just read you something from an

7   e-mail you sent us, because I think it's saying the

8   same thing you're saying now.

9          DR. COWAN:  Okay.

10          MR. BELZLEY:  And I just want to be sure.  You

11   said, "The data points document made an assumption,

12   namely that all information for the calculation of

13   time to release exists and is available.  The truth

14   is that there are records we received where the

15   documentation is insufficient to make a

16   determination of the time to release.  Judge Gambill

17   noted that there would be gray areas in our first

18   meeting.  To deal with these, we instituted a

19   statistical imputation methodology that allows us to

20   indicate the likelihood that there is an over

21   detention when we do not have the information and do

22   not believe the information exists."  Is that

23   basically the same thing --

24          DR. COWAN:  Yeah.

25          MR. BELZLEY:  -- as what you're saying?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1          DR. COWAN:  Yeah.  Yeah.
 2          MR. BELZLEY:  Now, here's the problem.
 3   Under the agreed order, and the data points, and we
 4   have spent all morning to this point, talking about
 5   missing data and the problems created by missing
 6   data, and imputations because of the missing data
 7   and all of that.  Here's the problem.  The problem
 8   of missing data was anticipated by the agreed order
 9   and was directly addressed in the agreed order.
10   The data point says which -- and the agreed order
11   referenced these data points.  The fourth bullet
12   point says, "A calculation" and this is the data
13   point, the questions that the Court wants answered.
14   "A calculation of the elapsed time between duty to
15   release upon expiration of sentence for LMDC's
16   receipt of court order of release or payment of bond
17   and the class member's actual release from custody."
18   And now here's the key provision,
19   "In the absence of information indicating expiration
20   of sentence or LMDC's receipt of court order of
21   release or pavement of -- or payment of bond, the
22   duty," I quote, "the duty to release will be deemed
23   to have arisen when LMDC began a release report."
24   Now, my next question is --
25          MR. MCLANDRICH:  You're talking about the fifth
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    bullet point.  It says, "A calculation in the

2    elapsed time between LMDC beginning a release report

3    and the class member's actual release in the absence

4    of other information triggering a duty to release."

5    Is that what you're referring to?

6         MR. BELZLEY:  Yeah.  And the last bullet point

7    says, "Nothing herein shall impose on doctor count

8    or analytics any duty or obligation to search for

9    explanations of delay that are not readily apparent

10   on the face of the available documentation review."

11   Now that's not to say he can't.  That's not to say

12   you-all can't ask him to do it if you want to pay

13   him for that, but I think that emphasizes that the

14   Court is looking for facts, documents, not

15   imputations.  Now, my next question is, the

16   imputation, having a statistical exercise by which

17   there is an imputation that somebody was not over

18   detained or was only possibly over detained when

19   there is no document to support that assumption.

20   You understand what I'm saying?  I mean, you're

21   using a statistical imputation to make certain

22   predictions or assumptions, where there is no

23   documentation, where all we have is a creation time

24   of a release report.

25         DR. COWAN:  Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1        MR. BELZLEY:  Okay?  And so when you make that

2   imputation and that release report says whatever it

3   says, but in the absence of any available

4   documentation, the time between the creation of the

5   release report and the actual time of release, is

6   the over detention.  Now what you are doing, is

7   you've created a -- you've got a statistical model

8   or an exercise by which you're taking that situation

9   and you're saying, "Based on other data, I think

10  that -- I either think that really was an over

11  detention for that period of time or it was

12  probably, or maybe possibly, or not an over

13  detention."  Is that right?

14        DR. COWAN:  Yeah.

15        MR. BELZLEY:  Okay.  And that is a statistical

16  model and a statistical imputation.  And I'm not

17  casting aspersions here.  I'm just talking back.

18  That favors the defendants, not the plaintiffs.

19        MR. MCLANDRICH:  But you don't know that.

20        MR. BELZLEY:  Well, I think we do.  When you've

21  got a -- when you have a release report, or at

22  least, I'd like to see that.  I'd like to see what

23  we have when there's no available documentation

24  other than a release report creation time.  I'd like

25  to see that, because at least --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

56

1        MR. MCLANDRICH:  Well, why don't we do this?

2   Why don't we do this, Greg, to try and satisfy your

3   question.  Why don't we run -- if you can, I presume

4   you can, why don't we run a report that runs

5   his -- as -- his determination of whether someone's

6   over detained or not, against your list of release

7   reports only and see how they correlate.  Because

8   obviously in your work that you've done previously,

9   you've made the determination based on the release

10  report only whether you believe a given person was

11  over detained or not, right?

12        MR. BELZLEY:  Uh-huh.

13        MR. MCLANDRICH:  And so if we isolate those

14  from your list and he runs a report that matches up

15  his findings for those people against your findings,

16  then we'll at least know whether it's a real

17  problem, and the imaginary problem, favors me,

18  favors you, needs to be dealt with, doesn't need to

19  be dealt with, whatever.

20        MR. BELZLEY:  I think that sounds -- that's a

21  great idea.  Can you --

22        JUDGE GAMBILL:  Well --

23        MR. BELZLEY:  Can you do that?

24        DR. COWAN:  Sure.

25        JUDGE GAMBILL:  Did you-all -- you-all agreed

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 57 of 181 PageID #:
3261
MEETING, taken on March 24, 2023
57

```
 1   on this, these words, right?
 2        MR. BELZLEY:  Yes.
 3        JUDGE GAMBILL:  Okay.
 4        MR. BELZLEY:  Absolutely.
 5        MR. MCLANDRICH:  Yeah.
 6        MR. BELZLEY:  But let me just throw something
 7   out, okay?  I -- because look, I -- it -- I was -- I
 8   was over the weekend, I was trying to think about,
 9   honest to God, whether any of this -- whether we're
10   fighting over how many angels depends on the head of
11   the pen.  Because if you -- if the defendants think
12   the numbers of over detentions or the extent of them
13   is too high, is unrealistically high, you know,
14   that's going to reflect itself in just on whatever
15   you would be willing to pay an hour, okay?  For an
16   hour of over detention.  If we think it's
17   unrealistically low, we're going to be fighting for
18   a bigger payment per hour.  I mean, that's just the
19   nature of it.  We could fight that all day.  When
20   ultimately isn't simply the question, what are the
21   defendants willing to pay to resolve this litigation
22   and stop this problem?  We know -- I mean, we know
23   that there's thousands of people that have been over
24   detained, whether it's low thousands, high
25   thousands, who knows?  Thousands of people that have
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  been over detained.  We don't know whether the
 2  Court's going to say direct payment or proof of
 3  claim, process, or whatever, but it is likely that
 4  whatever sum is put in a common fund to take care of
 5  this case is probably not all going to be
 6  distributed to class members.  If it's a proof of
 7  claim process, we all know.  You know -- you know,
 8  John.  A ten percent response rate would be unusual.
 9  It's typically lower than that.  So effectively this
10  is money that is being set aside.  If it comes back,
11  we can't find the person, it comes back and goes to
12  the county, and it's dedicated to curing the problem
13  and stopping the over detentions because nobody's
14  interests are served.  I mean, ideally this case
15  would be settled today.  We can go around and keep
16  pushing these papers around and fussing with one
17  another and all that when, ultimately, I think we
18  ought to try to reach an accord on the amount
19  available to resolve the litigation, fix the
20  problem, and then make everything else work within
21  that.  Just that simple.  Because every day there's
22  being more people over detained, whether it's
23  14 hours or whether it's eight days or whatever.
24  I mean, there's still problems.  And we all agree
25  that problem needs to be stopped to the extent
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 59 of 181 PageID #:
3263
MEETING, taken on March 24, 2023
59

```
 1   possible.  It's going to cost the defendant's money
 2   to fix that problem, to stop the chronic over
 3   detentions.  Why not address that now?  I think
 4   we've been trying to.  Everybody, everybody here in
 5   good faith, has been trying to figure out, you know,
 6   well, you know, how many people were over detained
 7   during this period?  And that to some -- that to
 8   some degree will drive our discussions by necessity.
 9   But I have no illusions if the numbers are box car
10   that the city will be -- have the money to fully
11   compensate that.  The city has money devoted
12   to -- has a sense, I think, of the money it can
13   afford to pay to resolve this and to fix the
14   problem.  And we may be fighting about nothing.
15        MR. MCLANDRICH:  Yeah.  So let me respond
16   briefly.  I think that, you know, the likelihood is
17   that this is a case that will ultimately resolve
18   itself by settlement.  That seems to be the
19   appropriate trajectory for it.  Okay.  Assuming
20   that's the case, then the work that's being done is
21   not only informative for the reasons that you've
22   talked about, but we need to deal with all the other
23   people that are outside those samples.  So, you
24   know, that is sort of to the point that Jim was
25   raising before, there's going to be two ways to do
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    that.  One, we keep cranking through all the files

2    and looking at all the files and analyzing all the

3    files, or to the point that Judge Jennings raised

4    many months ago now when we were there in court, do

5    we take the samples and use that to create a process

6    by which we can try and identify who's likely going

7    to have a proof of claim that satisfies criterion to

8    actually be a class member and get paid?  So I think

9    that's a critical piece.  What I believe I'm

10   learning in this case, and to be things for us to

11   discuss when we sit down and start to really have

12   these conversations in earnest, and I mentioned this

13   to the good doctor the other day.  So the Court's

14   order certifying the class was a class of people

15   that are over detained as a result of systemic

16   failures or systemic deficiencies at LMDC.  As I

17   thought about that, I thought to myself, I don't

18   know that I fully understand what amounts to a

19   systemic deficiency and what doesn't.  I know

20   there's certain things we could probably all agree

21   on fall within that rubric and certain things that

22   don't.  I don't know that we'll ever get to a point,

23   nice if we could, where there were zero over

24   detentions and the system would be perfect. I don't

25   think we're going to achieve perfection, but -- so

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 61 of 181 PageID #:
3265
MEETING, taken on April 24, 2023
61

1  we've been all spending our time and energy on these

2  numbers and they're important and this study's

3  important.  Then there's the sort of more

4  qualitative, let's call it, side of this case, which

5  is, you know, the compensation of the class is one

6  thing, but what does it look like?  What does it

7  take, what has to be done to rectify the problems at

8  the LMDC level?  And that's what I've been sort of

9  spending the last couple of weeks starting to try to

10  wrap my mind around a little bit.  And you gentlemen

11  know from the depositions that you took and from the

12  studies that were done prior to the litigation, but

13  particularly the depositions that these problems are

14  nettlesome and not completely within the control of

15  LMDC.

16       MR. BALLINGER:  The union.

17       MR. MCLANDRICH:  The union.  That's why we

18  asked for the mayor to be here and for David James

19  to be here because that's going to factor in on

20  this.

21       MR. BALLINGER:  Yes.

22       MR. MCLANDRICH:  And one of the things that

23  I've, you know, and I don't mind just telling you,

24  I've asked John to start to talk to people at LMDC

25  and I don't, you know, I'm going to try and find the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  answer out assuming there is an answer, right?

2  Like, I talked to a colleague that I know in Ohio

3  who's in labor lawyer and says, "Is there anything

4  in federal law, is there anything in labor law that

5  would allow us to compel the union to split this

6  bargaining unit so that we can take records out of

7  the rest of this bargaining unit so that we can try

8  and address the wages piece, which can help address

9  the turnover and the staffing," which is obviously

10  part of what you were talking about earlier and that

11  you saw it.  And he said, you know, "There's nothing

12  in federal law, that's going to be a state law

13  question."  Well, not being a Kentucky lawyer, I

14  thought before I start spending time trying to learn

15  Kentucky labor law, let me try to start with

16  somebody who already knows some of it and can tell

17  me you're crazy or, you know, here's a place to

18  start looking at.  I don't have that answer back

19  yet, but I think that's a critical piece of, to me,

20  what sounds like part of an answer.  I think another

21  piece of that answer, and the doctor has offered

22  observations to me in this regard and, you know,

23  we'll again, get to this, but there are pieces over

24  at the Court system that are a problem with respect

25  to the orders and the way the orders come and when

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    they come and so forth, LMDC the clarity or lack of
2    clarity in order, the fact that orders aren't
3    standardized in any way and how in their content and
4    so forth.  So that's another piece. There's the
5    systems themselves at LMDC, whether, you know,
6    as I understand it, XJail's on the way out to be
7    replaced by yet a new system.  So you know, what is
8    that system?  How can technology help us with that?
9    So there's people problems, there's structural
10   problems, there's staffing problems, there's
11   technological problems or potential solutions that
12   all need to be cranked into an ultimate resolution.
13   You know, part of your case and appropriately so,
14   ask for injunctive relief.  Well, if we're not going
15   to go to adjudication and we're going to go to a
16   resolution and agreed upon resolution, which the
17   Court will have to, in fact, bless, then, you know,
18   the money piece in some ways is almost the easier
19   side of it, as difficult as it is, you know?  And
20   the problem that we have to deal with collectively
21   and you know, sort of in some ways us as an initial
22   matter is what does that side of resolution look
23   like?  And so you know, I don't know if you
24   gentlemen have thought about it, and obviously
25   you've seen some of the problems, but, you know,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 64 of 181 PageID #:
3268
MEETING, taken on April 24, 2023
64

1   knowing the problems isn't the same as knowing the

2   answers and what are those answers?  And so, you

3   know, that's part of what I think that collectively

4   as this piece starts to come into sharper focus

5   needs to become the other focus so that we can try

6   to solve both have halves of that.

7        MR. BALLINGER:  Somebody -- excuse me.  I mean

8   it seems to me, I mean everything that Greg said and

9   you know, Dr. Cowan, I mean all that about how many

10  angels, you know, the fact is everybody that's

11  looked at this whole thing has said there's over

12  detentions that are going on.  It's just a matter of

13  how many, you know?  How many would we think are

14  happening.  But it's going on every, you know, when

15  Metro appointed somebody look at it, they couldn't

16  even look at the number of records they wanted to

17  look at because they said it was such a mess over

18  there.  But it seems to me that somebody needs to

19  make some noise with, you know, that hey, union

20  people, I -- and I -- that's beyond my forte, but

21  that's why we need some --

22        MR. MCLANDRICH:  Well, and unfortunately --

23        MR. BALLINGER:  Authority that they can say,

24  "Look, union, we're going to get sued every other

25  year by another Dragon Jim, you know, unless we fix

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   this damn problem."  You know, because we don't have

2   enough staffing.  We're not paying people enough.

3       MR. MCLANDRICH:  But it's -- if they were a

4   defendant at the table and had an exposure, then you

5   can have a different conversation with them.  If

6   they're insulated, you know, because their answer

7   is, you heard the deposition, their answer to pay

8   the records people more is, "Well, that's fine, just

9   pay everybody more.  Not just records people, the

10  entire bargaining unit."

11      MR. BALLINGER:  Right.

12      MR. MCLANDRICH:  I don't even know how many

13  people that is.  I don't know how much money that

14  would cost.

15      MR. BALLINGER:  Right.

16      MR. MCLANDRICH:  And, you know, now is that an

17  available solution to -- oh sure they could pay

18  everybody more, but I'm presuming they don't want to

19  do that or they would've done it already.  I don't

20  know if they can afford it.

21      MR. BALLINGER:  Do you know other cities?

22      MR. MCLANDRICH:  Or not afford it.  I haven't

23  yet.  I'm going to probably get a, you know, maybe

24  talk to an expert on that topic.  But I'd like to

25  know whether they can be -- can be sort of brought

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  to heel and you know, it seems to me that, again,

2  I can't probably make the Court a party.  I mean,

3  maybe I could, you know, not from getting money in

4  damages, injunctive relief perhaps or something.

5  But the other stakeholders need to be part of the

6  dialogue to get to an effective solution.  To put it

7  all on LMDC is not -- I don't -- doesn't seem to me

8  from what I know, a practical solution.

9       MR. BELZLEY:  Well, I think that's -- I think

10  that's the core of the problem because one of the

11  things I've thought of is why can't you -- God, you

12  know -- they do have, you know, John, you click

13  something on your e-mail feed this morning and

14  you're going to have -- there's an algorithm out

15  there that's going to start sending you ads based on

16  that.  Surely there are algorithms that can be

17  written where in terms of calculation of sentence,

18  it's all digital.  Now, the -- and doing that, doing

19  that is -- it would seem to me is most efficient

20  done at the source, which is when the judge says

21  release them now.  That data ought to be entered by

22  the judge's clerk who is going to be covered by, I

23  think I'm right about this, judicial immunity. The

24  immunity afforded the offices of, administrative

25  office, of the courts and all that.  Instead of you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   folks sitting there having to add shit up and when

2   the -- when you know, they -- if they -- if the

3   courts do it right and it comes to you, the folks

4   over in the jail get a flag that says, "We show this

5   guy needs to be released," and that then triggers

6   the jail to do what seems to me its duty.  Which

7   isn't the question of confinement.  Is there an

8   outstanding warrant?  Do they need to go somewhere

9   else?  Is this or that?  But that's all they need to

10   do.

11        MR. MCLANDRICH:  Yeah.  The where it seems to

12   really, and Chuck's probably in the best position to

13   speak to this, but you know, so I was looking at a

14   few of the files that got sent over to me and I

15   think they may have been part of your seven, which

16   is why they came to me separately.  Because you

17   know, these more recent disclosure anyway.  So I'm

18   looking at some of these files and you know, if it

19   was just like, you know, guy got arrested one time,

20   he got his sentence for so many days, I don't think

21   we'd have nearly so many.  But what we get is that

22   guy's got these charges, then he is out on bond, he

23   gets arrested again, then he's out on bond again.

24   This, actually, was one of the people I looked at,

25   got arrested, bonded out, got arrested, bonded out,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1    got arrested, bonded out, and he's in jail and he's
2    got four different sets of charges going at the same
3    time while he is in LMDC.  So this judge issues a
4    release order says release him. Only he's still in
5    on the three other charges and then another release
6    order comes in for another one of the charges and
7    he's still on that two more charges.  And so I think
8    it's when they get those people where they got all
9    these things going on and then they're calling the
10   Court and saying, "You know, what about this charge?
11   They don't have a disposition on this charge." And
12   that's when a file ends up getting put on the desk
13   and covered with another file or skipping somebody's
14   brain.  And then that person that, you know, that
15   order then does come in because somebody's waiting
16   for it and then they end up over detained, but -- so
17   there's a lot of sort of ingrained in the system.
18   And I don't know exactly what the answer is.  I get
19   what you're saying, and I like it.  But there needs
20   to be a way to try and, you know, deal with those
21   really complicated inmates. Like the one that John
22   referred to.  Not only did she have, like, three
23   aliases, when she came in, she wouldn't even give
24   them a name.  So she came in as, like, Jane Doe and
25   then, you know, at some period of time before they

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   even figured out who she is.  And again, you know,

2   none of that absolves them of their constitutional

3   duty to kick them out, you know, when their sentence

4   is up.  But it's --

5       MR. BALLINGER:  I was in state court the other

6   day --

7       MR. MCLANDRICH:  -- is the problem.

8       MR. BALLINGER:  And the judge released this guy

9   and they're waiting to be called up for the case I

10  was on.  And Judge released this guy that she

11  reminded him, "You know, you've got several other

12  cases here. I'm releasing you off these charges, but

13  you'll have to deal with those separately."  But

14  John, you know, this case, we filed it six and a

15  half years ago, but the class as it stands right now

16  is from February of '16 until this case ends.

17      MR. MCLANDRICH:  Yep.

18      MR. BALLINGER:  I mean I -- in my opinion, we

19  need to start talking.

20      MR. MCLANDRICH:  Oh, I'm happy to start

21  talking.  Don't get me wrong.

22      MR. BALLINGER:  We need to put something in

23  place and let's try to resolve this because it's

24  still going on and all money, you know, that --

25  that's being paid to analytic focus and Dr. Cowan

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   and we're going to need that if we -- if we resolve

2   this, that somebody's going to have -- if somebody

3   submits a proof of claim, somebody's going to have

4   to be able to check that.  You know, not

5   statistically yes or no, they were or not over

6   detained, but all this money that is being spent and

7   all this time that we keep droning on could be used

8   to fix the problem.

9        MR. MCLANDRICH:  And I --

10       MR. BALLINGER:  You know?

11       MR. MCLANDRICH:  I understand that.  And you

12   know, it's what you're saying is like, is

13   essentially like a truism, right?  I can't argue any

14   of that and I'm not interested in arguing any of

15   that, but the devil's in the details, right?  So I

16   understand what you're saying.

17       MR. BALLINGER:  Well, we got to start

18   somewhere.

19       MR. MCLANDRICH:  No, we do.  And I think this

20   is a start, you know, but -- so the data, right?  As

21   far as it's gotten so far, we're going to have to

22   agree on a methodology.  And it's probably like the

23   algorithm that you've talked about and we talked

24   about this already, right?  We're going to use the

25   samples to create a mechanism where we can project

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  over the entire class not only for negotiating

 2  purposes so we know, like, how many people we're

 3  negotiating, but we also have to be able to identify

 4  people.  So when we get to our notice requirement,

 5  we can give actual notice to as many people as we

 6  can.  We may have to give notice by publication at

 7  some point, but even if we give notice by

 8  publication, they're going to have to be proof of

 9  claim people are going to have to send in.  We're

10  going to have to be able to form some judgment about

11  whether a given individual gets paid or not,

12  presumably.  And then we're going to have to be able

13  to deal with the remediation part.  The other thing

14  about the data piece is that -- so I was hired by an

15  excess carrier, as I understand it, if there's

16  another excess carrier, and I'm not conversant with

17  exactly what period of time they have, right?  But -

18  - so there's an underlying piece that belongs to

19  LMDC to Louisville Metro Regional government that's

20  probably exhausted by now I would certainly think.

21  Then there's a piece that belongs to Legit and they

22  cap out at I think two and a half million dollars.

23  Then there's my excess policy in this other excess

24  policy, which I presume just have different time

25  periods and different limits, right?  So I get this

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1  sort of, you know, does it make sense to keep
2  crunching the data?  But I also know that when I
3  talk with my lady, you know, insurance companies,
4  you've all dealt with them, you know how they are.
5  They require certain kinds of data before they're
6  willing to give me any money.  And so a certain
7  amount of this data analysis needs to be completed
8  so that I can package it up and say to them, "Okay.
9  So here are those people, here's how long they were
10 over detained, here's how much money that sort of
11 equates to or the people are thinking that equates
12 to."  And the same is going to have to happen with
13 Legit and the same is going to have to happen with
14 that other excess carrier. And I'm happy to have
15 those dialogues.  I'm going to have them, right?
16 The only question is when do we start having them?
17 I think we're on the cusp of that. We're going to
18 get the COVID data.  And unfortunately what he's
19 going to tell you and let him tell you is that's
20 going to take more than May 17th it looks like.
21 Because in part we spent time, you know, correlating
22 this back to the 50-5 or whatever it is.  And
23 there's only so many people there to do this work.
24 So -- but we're going to get that data then I think
25 we're in a position for him to opine with respect to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  a methodology to project across the class group.

2  Then we can have a dialogue at the same time, if you

3  will, about any questions that you guys have in

4  terms of, "Well, should this be in, should that be

5  out, should be looking at this, should be looking at

6  that?"  To try and come to an understanding as to

7  not only the sample period, but the entire class

8  period.  We can be talking at the same time about,

9  you know, what the value of a given claim is.  And

10  we can be talking at the same time about these

11  remediation pieces.  And so what I'm trying to start

12  to do on my side while he does this, because there's

13  really not much help I can be there, is start to

14  explore some of these remediation pieces.  And, you

15  know, currently my sort of focus is on the labor

16  union and I need to also start to get my mind around

17  and turn my focus to the courts.  And now, you know,

18  for some of that I'm going to need the assistance of

19  the Louisville Metro government because, you know,

20  they're in control of not only their government but

21  they have the contact with the courts and stuff.

22  Not like I could just call some Judge up on the

23  phone, "Judge, you know, the way you're doing these

24  orders isn't right."  So you know, what's that

25  mechanism to get those people into the dialogue and



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   what's their piece of the dialogue?  And so I think

2   to get, you know, because I think we all want to get

3   a real solution, right?  The worst thing for Metro

4   is to settle this claim with YouPayYou (phonetic)

5   and still have a system that's generating more

6   potential claimants for some new class action.

7         MR. BELZLEY:  Still -- having chronic over

8   detentions.

9         MR. MCLANDRICH:  Yeah.

10        MR. BELZLEY:  Yeah.  That doesn't -- that

11  doesn't make any sense.

12        MR. MCLANDRICH:  And it's not, and you know,

13  and it's not right for the people that are in the

14  system, right?  So I'm all about solving the

15  problem. I, you know, if I knew what the solution

16  was, I'd have brought it to you already.

17  I mean I don't need to wait.

18        MR. BALLINGER:  Washington DC got hit twice,

19  just a few years apart.

20        MR. MCLANDRICH:  Right.  Well, they were

21  brought back in.  They were going to the injunction,

22  they were brought back in because they weren't

23  compliant.  And so the money piece is actually the

24  easier piece unfortunately at the end of the day.

25        MR. BELZLEY:  Well if -- so if Dr. Cowan does

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on June 24, 2023

1   the COVID stuff and with regard to this work he's

2   already done and with regard to the COVID stuff,

3   he's also going to reflect or prepare a report that

4   shows the release report creation, creation date in

5   the absence of other documentation, what impact that

6   has. I think if he has that, we can see whether it

7   makes a difference.  If it does, you-all will be

8   operating on the low side.  We'd probably be

9   operating on the high side, but we can sit down and

10  start to talk at that point.  Is that fair to say?

11       MR. MCLANDRICH:  Yeah, I think that --

12       MR. BELZLEY:  Is that what you-all like to do?

13       MR. MCLANDRICH:  Yeah, I think so.  And I think

14  that, you know, the other sort of piece of that,

15  which I think is implicit, but you didn't say, is so

16  then he takes that, he creates his algorithm, he

17  applies it across the entire class population, gives

18  us an idea of how much of that population is, I

19  understand it's only going to be likely, but you

20  know, here's the probability ranges of numbers of

21  people in the outside the sample period that I think

22  are likely over detained X hours, Y hours.  And

23  obviously we're going to have to separate them into

24  the two subclasses of, you know, timeouts versus

25  orders, pretrial releases and so forth. So then we

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   have those two subclasses, we'll have numbers we can

 2   talk about.  Hopefully we come to an agreed set of

 3   numbers.  If we don't come to an agreed set of

 4   numbers, at least I think as you say, we'll have

 5   parameters of the range of dispute.

 6        MR. BALLINGER:  Yeah.

 7        MR. MCLANDRICH:  And we'll have to, you know,

 8   ultimately come to an understanding if we got to a

 9   resolution as to when people come in, you know, what

10   criteria is a class administrator going to apply to

11   that proof of claim to decide they're in or they're

12   out?  And as I've seen many times, you know, with

13   perhaps some sort of appeal process that if, you

14   know, the class administrator rules them out, but

15   they really think they were over detained, then it

16   comes to us and we look at it.  And if we don't

17   agree, the Court or, you know, somebody, or special

18   master, somebody has to decide whether their proof

19   of claim is good or not good.  But --

20        MR. BELZLEY:  We did that in the strip search

21   cases, Judge.  And there's was --

22        JUDGE GAMBILL:  Was it a panel?

23        MR. BELZLEY:  And we let -- we actually told

24   the people, "If you want to object you come into the

25   Court and make your objection," and four people

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

```
 1  showed up.
 2       JUDGE GAMBILL:  Yeah, because I don't remember
 3  that.
 4       MR. BELZLEY:  Yeah.
 5       JUDGE GAMBILL:  I mean I don't --
 6       MR. BELZLEY:  Four people showed up.  We did
 7  the same thing in the Franklin County strip search
 8  case, and nobody showed up to make an objection and
 9  the Court just, you know, ruled from the bench.
10  Those objections were denied.  Well, and obviously a
11  report, the report that operates on the basis of the
12  release report creation dates, that doesn't require
13  an algorithm.  You can just --
14       MR. MCLANDRICH:  No.
15       MR. BELZLEY:  -- extrapolate that out.
16       MR. MCLANDRICH:  Yeah.
17       MR. BALLINGER:  It just sounds to me like, and
18  I appreciate everything that you just said about all
19  the different aspects to try, if we settle this
20  case, which I'm hopeful that we do, that maybe
21  together we should -- even Clay has said, Judge
22  Gambill has said, excuse me, has said, "Talk with
23  John.  Talk with John about this."  And we've been
24  able to talk, but maybe we should maybe formulate
25  some sort of path, you know, that "Look, you need to
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   be checking with the union." We need to get some

2   people involved because if we sit down and try to

3   resolve this tomorrow, it's going to take a little

4   bit of time.   That doesn't have to take forever.

5           MR. MCLANDRICH:  Yeah.

6           MR. BALLINGER:  But --

7           MR. MCLANDRICH:  Yeah.

8           MR. BALLINGER:  What needs to happen to be able

9   to be in a position to give injunctive relief?

10          JUDGE GAMBILL:  Well, I'll --

11          MR. CARROLL:  Well, they're not an easy union

12  to deal with, believe me.

13          MR. MCLANDRICH:  So just a couple of thoughts

14  in that regard.  So right now the case has been sort

15  of, you know, parked, for lack of a better word,

16  while we do the statistical work.  And as I've been

17  thinking about it, and I know you're very cognizant

18  of this, Judge, you know, as I started thinking to

19  myself and I just thinking, well, you know, so this

20  is probably now let's just say 60 days from when it

21  really starts to peter out, you know?  Maybe there's

22  still some nuances and things that need to be done,

23  but we can see when the data analysis collection

24  part is going to end. We're not there, but we can

25  see it from here.  So then what's going to happen?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Is the case going to go back to Judge Jennings?  If
 2   it goes back to Judge Jennings, if it doesn't go
 3   back to Judge Jennings, their needs, in my way of
 4   thinking, to be a period of time for, you know, us,
 5   but primarily our side in many respects, to figure
 6   out how to solve the actual problem because we've
 7   been so focused on this.  That part hasn't been the
 8   focus, but now the focus is going to start to shift
 9   away from this data collection piece.  Maybe it's
10   thinking about what it's worth, but it's going to
11   focus, it's going to start to shift away from that.
12   And it's going to shift the focus in my mind anyway,
13   to the side of how do I make this system work?  And
14   you know, if we thought this was herding cats, you
15   know, that's really going to be a herding of cat's
16   exercise. And one of the sort of preliminary things
17   I learned in this regard, so this union, one of the
18   lawyers told us, and I don't think this is any
19   secret, so I'm just going to say it, you know, they
20   just extended their contract for another year.  So
21   they're not in negotiations with these people.  So
22   it's like -- so I can't negotiate it because that
23   contract's going to sit for another year.
24          MR. BELZLEY:  Already done.
25          MR. MCLANDRICH:  So that's not on the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    negotiating table now.  We can't have that

2    discussion. And quite frankly, from my thinking,

3    it's really not something that's well suited to

4    negotiation.  It's going to have to be more

5    something of, you know, you don't really have a

6    choice about this.  We're going to either do it

7    unilaterally -- I don't know if that's like an

8    unfair labor practice in Kentucky, to say, "You

9    know, this bargaining unit isn't the proper

10    constituency.  It needs to be split in two units,

11    and here's the reasons."  And there's a legal

12    mechanism to make that happen and force it to

13    happen.  And if there is, I think that's, frankly,

14    the way to go as I sit here now.  I don't even know

15    if that's possible.  If it's not possible, you know,

16    now, is it a pure dollar and cents thing where you

17    have to pay the bounty to get the bargaining unit,

18    get the union, to let go of this subgroup, which can

19    be its own bargaining unit?  We have to pay them a

20    king's ransom?  I don't know those answers.  But, to

21    me, from what I read in the depositions, that seems

22    to be a necessary part of a solution.  Quite

23    frankly, I just -- because I'm thinking out loud,

24    one of the things that struck me about it, again, in

25    the depositions, was, once upon a time, that was a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    sworn population, you know.  Would that be a way to

2    take it out of a bargaining unit, to make those

3    people sworn again?  And would that freak the

4    administrators and, you know, the counsel and the

5    mayor out and say, "Oh, my God.  I'm not -- no,

6    dude. I'm not doing that"?  And I don't even know

7    what those potentialities are.  But I know it's

8    incumbent on me to start to figure them out.  But

9    I'm going to need some time to figure them out.  It

10   doesn't make sense for us to be back on the docket

11   with the judge saying -- you know, and maybe she'd

12   be completely understanding.  She may well be

13   because she seems to be understanding.

14        JUDGE GAMBILL:  Well, part of this -- can this

15   be a -- would you have a consent decree, a consent,

16   as part of your resolution of the underlying

17   litigation?

18        MR. MCLANDRICH:  It probably would be.

19   It probably would be, but --

20        JUDGE GAMBILL:  Well, then it becomes something

21   that's crammed down on everybody, isn't it?

22        MR. MCLANDRICH:  Well, the people that are

23   within the scope of the order.  But, like, the

24   union's not part of the order.  The Court's not a

25   part of the order.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1          JUDGE GAMBILL:  Well, but it's -- the jail is.

 2     The --

 3          MR. MCLANDRICH:  The jail is, sure, but --

 4          MR. BALLINGER:  But they're not going to -- I

 5     don't see why they would do that, Judge.

 6     They know --

 7          MR. MCLANDRICH:  But just not a --

 8          MR. BALLINGER:  But they know that they can't

 9     do it because they got to --

10          JUDGE GAMBILL:  Well, I spent a whole career up

11     there as the magistrate doing consent -- you know,

12     releases on overpopulation.  And that's -- there was

13     no argument about it.  I did that every day for ten

14     years, signed -- Judge Moyer and I.  Do you remember

15     that? The --

16          MR. BELZLEY:  But that was -- that old consent

17     decree?

18          JUDGE GAMBILL:  Yeah.  It was like you had to

19     keep it at 925 people.

20          MR. MCLANDRICH:  Sure.

21          MR. BALLINGER:  You're talking about an agreed?

22          JUDGE GAMBILL:  Well, that's what I'm talking

23     about.

24          MR. BALLINGER:  Talking here I think

25     is what --



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1          MR. MCLANDRICH:  Yeah, but I don't know that
2     the Court would have the authority to order the
3     union to split the bargaining unit into two pieces
4     for this.
5          JUDGE GAMBILL:  No, I'm not -- it wouldn't go
6     that deep.
7          MR. BELZLEY:  Well --
8          MR. MCLANDRICH:  Or to order the district court
9     to write orders that are consistent and have all the
10    information that LMDC needs.  You know, I mean, and
11    those -- I mean, yeah, I know my people got to fix
12    their part.  But they don't own 100 percent of the
13    answer.  That's the whole problem.
14         MR. BELZLEY:  Well, it -- first of all, you've
15    corrected me.  And I understand it's not the city
16    has a number they'll pay.  You're dealing with
17    insurers and thank you for reminding me of that.
18    There's a tension in that, ideally, a system would
19    be put in place that would stomp all over
20    detentions, and that would be the termination date,
21    the end date of the class.  And we know we take care
22    of -- those people don't have anybody else.  I think
23    that's going to be hard in this case. At the same
24    time, you know, I don't think we want to necessarily
25    delay the resolution of this case while the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  plaintiff's lawyers sit down with you guys and the
2  city and the jail and the union sits down with you
3  and these people sit down.  You -- you're going to
4  need -- I don't have any desire to do that.
5  We didn't do that in the EGT case.  It was --
6  it -- that was -- fixing that system was the KDOC's
7  problem.  They're the experts. I'd only muck it up
8  or waste people's time.  And I think that's the same
9  thing here.  So I think the consent decree is kind
10  of the injunctive relief in the sense of we are
11  going to do this, and it doesn't necessarily have to
12  say, you know, we are going to do this.  It's going
13  to be done by a certain period of time.  But it
14  gives a -- it articulates a path going forward.
15  Maybe the best -- maybe what we're looking at here
16  because I don't -- the over detention issues will
17  never be completely eradicated.  There's -- because
18  it's humans.  It's a system operated by humans.  God
19  Almighty, there's electronic glitches that wipe out
20  data.
21      MR. MCLANDRICH:  Sure.  Yeah, yeah.
22      MR. BELZLEY:  But doing this in a way that
23  provides -- that helps remediate, and we'd be
24  looking -- you know, be relying on you-all for
25  the language that will help you get the problem

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  remediated.

2      JUDGE GAMBILL:  And maybe you need some people

3  in these empty chairs here at meetings like this,

4  which -- you know, I'd leave that open to you-all.

5      MR. BALLINGER:  That's one of the only reasons

6  why we suggested bringing David James and Mayor for

7  them to hear what -- what's all at -- kind of at

8  play here, that we can be sitting here months and

9  months from now, saying, "Well, we got the union,

10  but we've got the AOC to deal with and this and

11  that," and we're just chasing tails.

12      MR. MCLANDRICH:  Look -- and I -- and I

13  understand that, but I just think it was premature,

14  and I -- and I still do, but that's our job.

15  It's -- I mean, and that's kind of what Greg's

16  getting at.  At the end of the day, you guys can't

17  fix it.  We got to fix it.  And I get that.  And I

18  get that, you know, in a way, you can't hold the

19  case resolution up forever because you can end up

20  chasing the horizon if you're looking to solve all

21  these problems of such long standing.  On the other

22  hand, you know, it's -- again, it -- I get it's

23  incumbent on us, but we need some space and time to

24  figure out what that piece looks like so that it can

25  get embedded into a settlement agreement.  Or even

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   if the settlement agreement and the Court's order,

2   because it's all ultimately going to be an order, is

3   as general as, you know -- if it was just as general

4   as "Fix it," right, we still have to have some idea

5   of what we're going to do when the order comes down

6   because now we're going to be bound by the order.

7   So we need to get our ducks in a row.  The money

8   piece is part of it, right?  So let's just take it

9   this way.  So let's just say the doctor finishes his

10  work.  We have a dialogue about it.  We have some

11  understanding of what the numbers are, whether it's

12  a complete understanding or, you know, there's some

13  margin between the numbers and some continuing level

14  of disagreement.  You're going to make a demand.

15  Presumably, the focus is largely going to be on the

16  monetary side, recognizing that there's going to

17  have to be a injunctive/consent decree piece to it,

18  right? At that point, that starts to change the

19  dynamic because, right now -- you know how it is.

20  This is one of ten pieces of litigation or 20 pieces

21  or five pieces that the Louisville Metro government

22  has.  And I -- you know, I'm up in Ohio, but I see

23  the news where, all of a sudden, they got a consent

24  decree with the police department, right?  So they

25  got some things on their plate, right?  But when we

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   come to them and we say, "Look, you know.  Okay.

2   Now, it's time to start to have those meetings.

3   Here's the demand.  Here's the number that they

4   want.  And by the way, guys, you've got to fix this

5   -- the system.  Here's what we've seen. Here's what

6   we're starting to recommend, or here's the dimension

7   of those problems," now it's a much more concrete,

8   immediate discussion than trying to motivate

9   somebody to think about it in the conceptual,

10  theoretical world.  You know, it's hard sometimes to

11  get the attention of the political people when

12  they've got a Breonna Taylor, or a consent decree,

13  or the shooting at the bank down the way, or

14  whatever it is. You know?  And we're just one more

15  piece of, you know, litigation on a list of

16  litigation.

17          MR. BELZLEY:  Yeah.

18          MR. MCLANDRICH:  But -- and again, that's -- I

19  know that's incumbent on us.  It's our job, but it's

20  still a practical reality between the group of us

21  because, you know, we got to bring all those people

22  to bear.  Now, admittedly, if they're going to drag

23  their feet, you know, forever, and I'm not saying

24  they are, but if they're going to drag their feet

25  and be non- cooperative, then, yeah, we're going to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

 1   end back up in front of the Court.  You guys are

 2   going to lose patience with us and so forth and so

 3   on.  My only point is, you know, this is -- you

 4   know, pick your number -- 50 percent of the case,

 5   40 percent of the case, 60 percent of the case.

 6   But that other part?  To -- resolution to the

 7   inmates, to us, and to the Court is, you know, just

 8   as important.  And the case can't get resolved

 9   without solving both parts of that problem.

10          MR. BELZLEY:  Well, I -- I'm -- I think we're

11   in agreement.  I would only add that my

12   understanding - - Dr. Cowan's going to continue to

13   do his work with the addition that he's going to be

14   producing reports for what he's already done and

15   with regard to the COVID that shows the results

16   relying just on release report creation times when

17   there's no other documentation that indicates a

18   notification.  And -- but, yeah.  The sooner

19   we can -- when we have that information, my

20   understanding -- you-all will be open to a demand.

21   You think that as the -- we can have constructive

22   conversations then?  Not that we're going to settle

23   at them, but we can have constructive conversations

24   and go from there.

25          MR. MCLANDRICH:  Yeah.  This is not a case that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 89 of 181 PageID #:
3293
MEETING, taken on April 24, 2023
89

```
 1   we're going to settle over a weekend, you know?
 2        MR. BELZLEY:  No.
 3        MR. MCLANDRICH:  I mean -- right?  This isn't
 4   the rear-ender.
 5        MR. BELZLEY:  Let me know how we go.
 6        MR. MCLANDRICH:  Yeah.  Well, I'm all for that
 7   part, but so --
 8        JUDGE GAMBILL:  Before you-all -- I have some
 9   questions, meanwhile, back at the ranch.
10        MR. MCLANDRICH:  Sure.
11        JUDGE GAMBILL:  You know, I know we're talking
12   about settlement and I'm loath to get involved in
13   that because I'm reading the Court appointing the
14   special master.  That's --
15        MR. MCLANDRICH:  Sure.
16        JUDGE GAMBILL:  That's my lane of traffic here,
17   fellas.  And I don't want to disrupt that. That's a
18   productive conversation, and I'm all for it. You
19   know, I make -- you know, I -- that's the way this
20   case is probably going to get resolved.  But,
21   meanwhile, we do have this issue about sampling
22   periods and so forth and Dr. Cowan, you know,
23   I really appreciate the work you're doing here.
24   I want to make sure that we do not leave this room
25   until we understand exactly -- you know, there are a
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

```
 1  couple things I want to ask about, but I don't want
 2  to take you off the primary topic, which is trying
 3  to get the thing resolved.  But that's really not my
 4  role here.  You know, I understand that, and I'm not
 5  going to arrogate myself into a role that this Court
 6  has not put me in. So this is -- these are topics
 7  you-all are free -- you got phones and texts and
 8  e-mails.
 9       MR. BELZLEY:  Yeah.
10       JUDGE GAMBILL:  You can talk about that.  But
11  if there is anything I can do, if only to resolve
12  this, to require people to be here that maybe need
13  to be. You know, the first time we met in here
14  was -- we had a lady.  I can't remember her name.
15       MR. MCLANDRICH:  Mane.
16       DR. COWAN:  Mane.
17       JUDGE GAMBILL:  Mendez?
18       MR. MCLANDRICH:  You know, one thing in that
19  regard -- the due date for the COVID sample is in
20  order.
21       JUDGE GAMBILL:  Yeah?
22       MR. MCLANDRICH:  And so that order is going to
23  need to be amended.
24       JUDGE GAMBILL:  Yeah.  Yeah.  We're going to
25  have to talk about that because I just picked up on
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on March 24, 2023

91

```
 1    that.
 2         MR. MCLANDRICH:  Yeah.  Yeah.
 3         JUDGE GAMBILL:  I don't -- but there are -- do
 4    you-all agree that the four months of the -- of the
 5    plaintiff's sample plus the two months of the
 6    COVID -- do you-all agree that that's -- and with
 7    Dr. Cowan's advice on this, is that going to be a
 8    sufficient sampling period to get the whole picture?
 9    Do you-all agree on that?
10         MR. BELZLEY:  So long as we get a result that
11    shows, with the Dr. Cowan's statistical imputation,
12    and a result that shows no statistical imputation
13    and is based on the creation time of the release
14    report when there is no other available
15    documentation.
16         JUDGE GAMBILL:  Okay.  Well, let me just turn
17    to Dr. Cowan.  Dr. Cowan, do you think that those
18    six months are going to -- if from a -- it's your
19    professional opinion that is something that
20    everybody should feel comfortable with as reliable,
21    those -- if you've got a snapshot of those six
22    months, is that a pretty good indicator of what the
23    six or seven years looks like?
24         DR. COWAN:  The short answer is yes.
25    The -- now, I brought in some outside information,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 92 of 181 PageID #:
3296
                    MEETING, taken on April 24, 2023
                                                                        92

1   okay, that Mr. Carroll provided me, which told me

2   how many releases there were every single month,

3   okay?  And when I looked at that, that's what told

4   me that, you know, these -- the four months we've

5   already looked at might be good for up until COVID,

6   but that's why we needed the additional two.

7       JUDGE GAMBILL:  Okay.  But with those two COVID

8   months in 2021 and 2022, or --

9       DR. COWAN:  Yeah.  So as long as there's not a

10  specific standard for the range of reliability, you

11  know, the confidence interval, yeah.  I mean,

12  I think we're in good shape and that we can go

13  forward.

14      JUDGE GAMBILL:  Okay.

15      DR. COWAN:  Although you -- you've asked me a

16  question, so I just want to put in one little

17  advertisement, which is my understanding was to do

18  exactly what you're saying, which was not only

19  review the six months but then take the six months

20  and project to the full population.  So that's part

21  of the reason why we're looking at the imputations.

22  If we use something other than imputations, that's

23  fine, too. I've got other methods, but, you know,

24  part of my job is to think about all the months, not

25  just the samples.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1          JUDGE GAMBILL:  Well, assuming you were able to

 2   accomplish your COVID months' sample by May 17th, do

 3   you envision there will be another where you are

 4   going to take those six months, the sample period,

 5   then impute it to the full?  Or is that something

 6   that's going to happen by May 17?  I'm just -- I

 7   know, regardless of whether there's an extension for

 8   that, what is --

 9          DR. COWAN:  I was --

10          JUDGE GAMBILL:  What is the May 17th, the next

11   report, going to look like?

12          DR. COWAN:  Okay.  May 17th report will do what

13   you were alluding to, which is it's going to take

14   the first four months.  We'll combine the last two

15   months, put them all together, and then there'll be,

16   within that same report, an extrapolation to the

17   population.

18          JUDGE GAMBILL:  Okay.

19          DR. COWAN:  Okay?  Because that's really what

20   you want, or I'm assuming it's really what you want.

21          JUDGE GAMBILL:  Well, it's not what I want.

22   I think it's what the parties have agreed to here.

23          MR. BELZLEY:  Well, it's -- I want to be very

24   clear about this.  There's going to be two reports,

25   one for the four-month sample and the two COVID

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   months that produces a result based upon Dr. Cowan's
2   statistical imputations.  The other that does not
3   involve a statistical imputation and just simply
4   shows release times, release dates, based on the
5   available documentation, and where there is no other
6   available documentation, the notification is going
7   to be the date and time of the creation of the
8   release report.

9        Because I understand the basis and the reason
10  for the statistical imputation.  But if there was a
11  person that came in, for example, and you tried a
12  case of a person who is over detained.  And they
13  said, "I was over detained eight days, ten days,"
14  whatever, and the available documentation supported
15  that, and the defendants then came in and tried to
16  introduce evidence based on a statistical imputation
17  that, no, that probably didn't happen.  With no
18  supporting documentation, I wonder whether that
19  evidence would be allowed.  You know, as a practical
20  matter, I would certainly be moving in limine to
21  keep that out.  I don't know whether the judge would
22  allow the jury to consider that.  That's why it's
23  important because we have, ultimately, here a legal
24  question: What is the legal significance of that
25  imputation?  I understand the damages significance,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  and I understand that the imputation is valuable to

2  the insurer's analysis of what the potential

3  exposure might be.  But at the same time,

4  I believe -- and I may be wrong about this, but I

5  believe and I suspect that, just based on the purely

6  available documentation with no imputation,

7  statistical imputation, the numbers are likely to be

8  larger in terms of the number of people over

9  detained and perhaps even significantly larger.

10  We need to capture that.  I think the agreed order

11  at least requires that that information be

12  tabulated.  So with that addition, yeah.

13      JUDGE GAMBILL:  Okay.

14      MR. BALLINGER:  When you do your May report,

15  Dr. Cowan, are you just going to show what you saw

16  for those two COVID months?

17      DR. COWAN:  No, I'll fold in the first four

18  months.

19      MR. BALLINGER:  Is there any way that you can

20  do it, though, showing us --

21      DR. COWAN:  Oh, I can do it separately.

22      MR. BALLINGER:  -- separately --

23      DR. COWAN:  Oh, yeah.

24      MR. BALLINGER:  -- from whatever we agree upon.

25  When did COVID start?  March of 2020?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

 1          DR. COWAN:  Well --

 2          MR. BALLINGER:  You know -- and for how many?

 3     Two years?

 4          DR. COWAN:  Right.

 5          MR. BALLINGER:  Year and a half?  Whatever.

 6     Because, obviously, you can't take it backwards,

 7     you know.

 8          DR. COWAN:  No, and I didn't sample it that

 9     way.  But let me -- let me --

10          MR. BALLINGER:  I'd like to see it just

11     separate because it seems like you --

12          DR. COWAN:  Well, let me remind you I actually

13     have to do it that way.  Separate, okay?

14          MR. BALLINGER:  Yeah.

15          DR. COWAN:  The reason is because the sample of

16     the four is from that period up to COVID, okay?

17          MR. BALLINGER:  I was going to ask you that.

18          DR. COWAN:  Right.  And then the sample --

19          MR. BALLINGER:  It only went up to COVID,

20     right?

21          DR. COWAN:  Up to COVID.  And then I drew a

22     separate sample that, you know, I shared with you

23     guys for the period after COVID started.  So

24     mathematically, the first four can only go with that

25     first time period, and the last two can only go with

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   the last time period. So you're going to see the two

2   separate leads to begin with.

3           MR. BALLINGER:  Got you.

4           DR. COWAN:  And then I have to weigh the two

5   together to get the proper number.

6           MR. BALLINGER:  Got you.

7           DR. COWAN:  Okay.

8           JUDGE GAMBILL:  Do you have all the data? Have

9   the Defense given you all the data that you need to

10  do a sample, the two different samples?

11          DR. COWAN:  It -- so yes.

12          JUDGE GAMBILL:  You've gotten all the

13  information?  You need --

14          MR. MCLANDRICH:  Some of that's ongoing.

15          DR. COWAN:  Yeah.

16          MR. MCLANDRICH:  Some of that's ongoing because

17  we've been trying to get him all the e-mail mailbox

18  data for the COVID months.  But some of that,

19  they're still having struggles with extracting and

20  getting to them --

21          JUDGE GAMBILL:  Is there anything the Court

22  needs to do to -- do we need to have a date to bring

23  the documents, the data, into you?  Do we need

24  subpoenas?  Do you need a hearing date?

25  Do you need --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 98 of 181 PageID #:
3302
MEETING, taken on April 24, 2023
98

```
 1          MR. CARROLL:  Well, here's -- we went back to
 2    try to get this COVID period, and the guy who was
 3    with IT evidently didn't do what he was supposed to
 4    do.  He -- you know, he's not with LMDC.  He just
 5    basically, I guess, didn't put in all the
 6    attachments.  So there was a period in which there
 7    was an overlap with the old period and the new
 8    period.  And the analytic focus said, "Hey, we don't
 9    have everything.  We got a problem here.  You're
10    going to have to run this again."  So we had to run
11    it again, and he gives it to us and does the same
12    doggone thing.  So then we had somebody else run it
13    this last time, basically.  And that's what I was
14    telling you when we came here this morning is that
15    we just got that very recently on that piece, and
16    they were -- analytic was still checking now.  You
17    know, when I talked to -- when I heard from
18    Dr. Malone last week in an e-mail, he said,
19    "Hey, you know, we think we got -- at least for some
20    of these e-mail boxes, we've got what we need now."
21    But he didn't want to tell me that it was for
22    all -- with -- now, this is five e-mail boxes.
23    At one time, there was a lesser number.  So he was
24    not finished yet with what he -- to give me a yay or
25    a no, whether they had everything.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1        DR. COWAN:  He gave me instructions.  We're
2   still missing one box.  So we're already talking to
3   people.  But the truth is that this has been -- no
4   disrespect, but this is a human problem with
5   somebody who isn't paying full attention.  And so
6   it'd be better if you had brass knuckles than a
7   subpoena because I think we've -- I'm kind of at the
8   point where we've talked to different people at
9   different times, and it's just like you got to shake
10  them to get them to read the entire set of
11  instructions.
12       JUDGE GAMBILL:  So I'm -- do you-all understand
13  what he's saying here?
14       MR. BELZLEY:  Uh-huh.
15       DR. COWAN:  Oh, yeah.  They lived through it.
16       MR. BELZLEY:  That's --
17       DR. COWAN:  And this is same problem you guys
18  had.
19       MR. CARROLL:  And essentially, what -- this is
20  somebody from IT at Metro who -- I think what he's
21  saying is that this person wasn't doing their job
22  right, which doesn't surprise me, because
23  that's -- I mean, I got pissed off one time at him.
24       JUDGE GAMBILL:  Well, I mean, how --
25       MR. CARROLL:  But, you know, and so, then, this

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 100 of 181 PageID #:
MEETING, taken on 3304 24, 2023
100

```
 1   last time, we --
 2        JUDGE GAMBILL:  Let's talk about how that gets
 3   resolved.  I mean, do you need to do some motion
 4   practice here to --
 5        MR. BALLINGER:  Well --
 6        DR. COWAN:  This is --
 7        MR. CARROLL:  I don't even know which -- I
 8   don't know yet.  I mean, whether you want to tell me
 9   privately which box is still left at the time,
10   or which one is it?
11        DR. COWAN:  No, I'll tell you.  It's the
12   biggest one, of course.  It's records.
13        JUDGE GAMBILL:  Because, you know, it's not
14   going to be -- this is the time to talk, or we
15   should have been before, you know.  What does the
16   Court need to do because it's not -- you know, at
17   some point it's going to come back to --
18        MR. BALLINGER:  But you shouldn't have to
19   subpoena from your own.
20        MR. CARROLL:  I can get a subpoena.
21        JUDGE GAMBILL:  Yeah.  This is -- you-all are
22   the -- you-all are a party.
23        MR. CARROLL:  Well --
24        MR. BALLINGER:  I know.  It's crazy.
25        MR. CARROLL:  I mean, we just kept going back
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    to this guy and saying, "Hey, look.  You know, we

2    got this time, and you got to get this to us."

3    Well, the next thing I know from him, we -- I don't

4    hear from this guy.  So then I go to him again.  I

5    said, "What have you done?  What have you done?"

6    "Well, I got busy doing other stuff."  "Well,

7    wait a -- wait, wait, wait, wait.  That's not an

8    answer."

9          JUDGE GAMBILL:  Well --

10         MR. CARROLL:  "That's not an answer."  So then

11   we went to the supervisors.  And basically, then he

12   was -- he just happened to be out, you know, so

13   somebody else did some of the work because he still

14   hadn't done it.  He was telling us he did, but he

15   wrote he didn't do it.

16         JUDGE GAMBILL:  Well, look.  But we're just

17   talking about sample period.  What about later when

18   they --

19         MR. CARROLL:  No, that's -- that is for what

20   we're talking about here with the mailboxes.

21   We're talking about they run the mailbox --

22         JUDGE GAMBILL:  It's for the whole thing.

23         MR. CARROLL:  -- for the -- well, for -- they

24   ran it up to a certain point the first time.

25         JUDGE GAMBILL:  Well, for the period

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

```
 1   that --
 2       MR. CARROLL:  So it's the period from then
 3   forward all the way up to the present, okay?  So
 4   what he's saying is that they still believe one of
 5   these mailboxes doesn't have everything they need.
 6       JUDGE GAMBILL:  Okay.
 7       MR. CARROLL:  It doesn't.  They didn't get all
 8   the attachments.
 9       JUDGE GAMBILL:  And I'm also -- back to Dr.
10   Cowan.
11       DR. COWAN:  Yes, sir.
12       JUDGE GAMBILL:  At some point, if there is a
13   process or a claims made process for the entire
14   seven years, you're going need these records --
15       DR. COWAN:  Oh, absolutely.
16       JUDGE GAMBILL:  -- to process these claims.
17   And that ought to all be in place if only, you know,
18   so that, you know, part of your class, you'll need
19   records for your class just to process your claims.
20       MR. BALLINGER:  Uh-huh.
21       MR. MCLANDRICH:  Correct.
22       JUDGE GAMBILL:  And that needs to be in place
23   and because --
24       DR. COWAN:  Yes, sir.
25       JUDGE GAMBILL:  You may be participating in
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  process or something.  I don't know what
 2  you're -- at what point you're going to be exiting
 3  the scene, but --
 4       DR. COWAN:  I'm hoping it's going to be
 5  standing upright.
 6       JUDGE GAMBILL:  I'm sure you will.
 7  But I -- I'm just thinking you need to have in place
 8  all the records.  And then we have another issue
 9  about everything you've got needs to be to them in
10  readable form and back to maybe you're going to want
11  your own expert at some point to look at this stuff.
12       MR. BELZLEY:  I don't think so because --
13       JUDGE GAMBILL:  If you're happy, I'm happy.
14  You know, the --
15       MR. BELZLEY:  The doctor -- the doctor is
16  bringing his expertise to bear on the imputations,
17  the chart, the records that are produced or the
18  result that's produced that is based on -- that
19  isn't based on imputation, just says, "This is the
20  number of over detentions that we appear to have
21  when we don't impute and we just rely on the release
22  report creation date when we don't have any other
23  documentation indicating when LMPD was -- where LMDC
24  was notified."  And that's just --
25       JUDGE GAMBILL:  Well, okay.  So let's just say
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1    2019.

2         MR. BELZLEY:  That's simple arithmetic.

3         JUDGE GAMBILL:  Somebody -- it's out in the

4    newspaper.  Come make your claim.  Fill out this

5    form. And we find -- you-all find out we don't have

6    the records for 2019.  You know, they're -- there

7    are holes in those records?  We can't find this

8    guy's.

9         MR. BELZLEY:  Well, the -- Dr. Cowan doesn't

10   have to collect the information for everybody that

11   was in the jail.  He just needs to collect that for

12   people who were over detained within the four --

13   over the four hours in the four-hour class and over

14   the 12 hours in the 12-hour class.  That's all.

15        DR. COWAN:  Well, the -- forgive me for

16   interrupting, but I don't know in advance who those

17   people are.  So I believe what the judge is saying

18   is, you know, we should just line up a big old data

19   file so that, when those do come in --

20        MR. BALLINGER:  Yes.

21        DR. COWAN:  -- you know, because I -- because

22   I --

23        MR. BELZLEY:  Yeah.

24        DR. COWAN:  I mean, I agree with you.  I'd love

25   to be able to narrow it down to that.  But the fact

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   is, is that, when we finish our work, then the next

2   step is what we were talking about before, which is

3   figuring out who's over detained.  Well, I don't

4   know in advance who those are outside of our sample.

5   So I agree that we ought to -- it'd be a little bit

6   more work.  I don't think a whole lot, but more work

7   to get everything lined up and ready to go.  And

8   there's some cleanup to do, too.  I mean, so, you

9   know, receiving the data is not the same as being

10  able to use it.  There's got to be some cleanup

11  because you got to get the attachments off, you got

12  to read the attachments to get -- figure out, you

13  know, which inmate each one goes with.

14  So there -- and I think that the setup to get that

15  done is a little bit time consuming.  But there'll

16  obviously be time to be doing that while these guys

17  are, I mean, having their discussion.

18          MR. BELZLEY:  We'll keep going.  I don't have a

19  super-human bladder.

20          JUDGE GAMBILL:  Well, we need you.  We --

21          MR. BALLINGER:  Well, I think that what you're

22  saying -- and I agree with Dr. Cowan.  Like I say,

23  we need to have a data set.  Ultimately, one way or

24  another, that needs to be done.

25          DR. COWAN:  Yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      MR. BALLINGER: And I -- that's terrible that

2  your own people, you're having trouble getting

3  it to --

4      DR. COWAN: Yeah, I've been working --

5      MR. BALLINGER: You know what? We should not

6  have to go to Judge Jennings to sign it.

7      JUDGE GAMBILL: Well, maybe you can prepare an

8  agreed order --

9      MR. BALLINGER: You can sign an order.

10      JUDGE GAMBILL: An order from the special

11  master that orders a date certain. You bring it

12  here to this room or whatever. Is that a way to do

13  that?

14      MR. BALLINGER: Do we have a bureau fee?

15      MR. CARROLL: Well, they -- I don't know how

16  long it runs for, but I don't have a problem with

17  what you're saying, Judge, I don't. I mean, and

18  have we had problems internally with this guy?

19      MR. BALLINGER: I mean, would that help

20  you --

21      MR. CARROLL: The answer is yes. We've had

22  problems with him.

23      MR. BALLINGER: -- if we did that?

24      MR. CARROLL: And then he was not -- I don't

25  think he was forthright with me, personally,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  when I was able to get in touch with him.

2       MR. BALLINGER:  Well, but there obviously are

3  other people who can do this work.

4       MR. CARROLL:  There are, yeah.  Now, we were

5  told initially that it was going to be this guy and

6  he's the same one that did it before, which made

7  sense, you know?

8       MR. BALLINGER:  Well, let's do an agreed order.

9       MR. CARROLL:  But then he wasn't doing it

10  right.

11       MR. BALLINGER:  Yeah.  Like he said, so you can

12  put that out there.

13       DR. COWAN:  Well, I think that the better thing

14  would be if the supervisor, I'm sorry, I'm talking

15  about this from my perspective of trying to manage

16  people.  Why deal with this guy?  If somebody else

17  is perfectly capable to do it, then what you need to

18  do is get the supervisor to say, "We need to get

19  this done, move this guy over here and get it done."

20       JUDGE GAMBILL:  I'm sorry, who was this lady

21  who was here before, Mane?

22       MR. CARROLL:  She works for LMDC.

23       MS. ROSE:  Yeah, I don't know.

24       MR. CARROLL:  She doesn't, again, have any

25  control over who at IT's doing it.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

 1          JUDGE GAMBILL:  Oh, okay.

 2          MR. CARROLL:  I mean, other than Mane was

 3    saying the same thing to these people, "Hey, you

 4    can't wait anymore.  You need to do this now."

 5          MR. MCLANDRICH:  IT's at Louisville Metro, not

 6    at LMDC; is that right?

 7          MR. BELZLEY:  Yes.  Now, I mean that isn't true

 8    of -- if we went to LMPD, they have their own IT

 9    department.

10          MR. MCLANDRICH:  But for what we're talking

11    about --

12          MR. BELZLEY:  But this is actually, LMDC does

13    not have their own IT department, so they have

14    Louisville Metro is doing it for them.

15          JUDGE GAMBILL:  Well, it kind of --

16          MR. BELZLEY:  In other words, they don't have

17    any control over these folks doing it.

18          JUDGE GAMBILL:  And if I have any kind of

19    suggestion, just having observed this process, I do

20    think that, I want to make sure going forward that

21    they are able -- because I think we've gotten a

22    little bit too far to discover this issue and then

23    say, "Oh wait a minute, we were talking about

24    booking files and we haven't even talked about this

25    yet."  Booking files versus release files and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 109 of 181 PageID #:
3313
MEETING, taken on April 24, 2023
109

1  whether there's one file -- it just seemed to me

2  that when we sat here on August the 10th, I

3  envisioned a kind of a collaboration, an open

4  dialogue, that they would pick up the phone, call

5  you, or get you on the phone.  And we don't want to

6  burden you, Dr. Cowan, too much, but if there

7  is -- it just seems to me there should be a more

8  open, kind of like, "Hey, this is the date of

9  creation of these release reports."  Are you looking

10  at that, that we shouldn't wait until ten months

11  later to discover that -- you know what I'm saying?

12       DR. COWAN:  Yes, Judge.

13       JUDGE GAMBILL:  I'm just saying if there is a

14  way that we could avoid that and have a more open

15  dialogue going on, so that you're not going to get

16  caught short and discover that months later they

17  didn't know or couldn't read, you didn't have the

18  software to read your stuff.  And I don't know,

19  I just think that there was a better way to have

20  done this.  I'm not throwing blame at anybody.

21  I'm just saying, you know, at some point I'm going

22  to have to go back to court and say, "Hey, we've now

23  come up on a year," and I don't want Judge

24  Jennings -- now, she's not said anything to say to

25  me, "Hey, how long did it take you guys to go

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 110 of 181 PageID #:
3314
MEETING, taken on April 24, 2023
110

1   through four months?  You know, why is it that it's
2   taken all this time?"  Well, because we were doing
3   it by e-mail and then we were doing it -- I
4   just -- is there anything that you would prefer that
5   we are doing that we could avoid you getting
6   blindsided by objections, late objections to stuff
7   that you thought --
8       DR. COWAN:  I don't feel blindsided by
9   anything.
10      JUDGE GAMBILL:  Okay.
11      DR. COWAN:  However, I have learned from the
12  process.  So just as we've learned, you know, we
13  started with the files in the warehouse, and then we
14  learned about the e-mails, then we learned about
15  extra, you know, over time, it's still part of the
16  reason it's taken a while, because we've had to
17  learn about all these other systems that all feed
18  together.  So in the same way, you know, I've had to
19  learn how to work with Mr. Belzley and Mr.
20  Ballinger, but you notice that today I brought a
21  flash drive with an Excel file to hand to Mr.
22  Ballinger so that he doesn't actually go through all
23  this agony and I don't have to do, you know, secure,
24  password protected, all sorts of stuff that just
25  slows down the system.  So hopefully, you know,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   they're saying that, you know, we're trying to
2   communicate better and provide what it is that you
3   guys want.  At the same time, I do feel that
4   sometimes I'm getting, you know, mixed messages in
5   the sense that I know that the end result is to take
6   these six months and make a real estimate for the
7   full population.  And I think sometimes that part of
8   it -- and you know, Mr. Belzley raised an
9   interesting point earlier that I'd never thought
10  about, but part of the reason I never thought about
11  it was because he was concerned that we would have
12  an imputation and somebody would say, "All right,
13  for this guy, there's a problem," and that we'd be
14  bringing about the -- we'd be bringing in an
15  amputation to say, "Well no, that couldn't have
16  happened."  And my problem is that the imputation is
17  to get to an average, that nobody would rely on an
18  individual imputation for one single person, because
19  it's meaningless.  So it's just a means of dealing
20  with getting to a mean.  So while I understood the
21  point you're raising, it's a legal point, and it
22  didn't occur to me because, of course, that's a
23  circumstance that would be a legal issue, not a
24  statistical issue.  But if you came back to me, I'd
25  say, "Why are you relying on this individual

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 112 of 181 PageID #:
3316
MEETING, taken on April 24, 2023
112

1   imputation?  The individual number is meaningless.

2   It's the totality of it that tells you what the

3   average is."  So there's stuff like that that I'd

4   like to be able to answer if I heard about it,

5   but --

6        JUDGE GAMBILL:  Okay.  Well, do we need to have

7   more regular Zoom meetings, or is there any need for

8   you to --

9        DR. COWAN:  I was going to suggest two things.

10       JUDGE GAMBILL:  Okay.

11       DR. COWAN:  One is, I'm about to give

12   Mr. Ballinger a file that matches up your data

13   exactly with the data we've got for the 8,437.

14       MR. BALLINGER:  Did you throw imputations in

15   there?

16       DR. COWAN:  No, I took them out.

17       MR. BALLINGER:  Okay.

18       DR. COWAN:  I didn't think that they were

19   helpful, so I just didn't want them wanted for the

20   comparison, so I took them out.  Okay.  The second

21   thing is, so I'm giving it to him, you know, he

22   should have a little time to look at it, but if you

23   want to have a call in a month where both attorneys

24   would be able to raise the types of questions they

25   raised today, that'd be great.  And I'd rather hear

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   about it in a month than --
 2        JUDGE GAMBILL:  Well, I'd rather do that than
 3   make you fly all the way up there from San Antonio.
 4   I mean, we reached a point where we needed to get
 5   back in the same room here and have a chat, you
 6   know?
 7        DR. COWAN:  Yes, I know.  But what I was going
 8   to say was that, so every time that there's some
 9   type of production, so I'm about to hand over this
10   flash drive, then I still don't have all of the data
11   as we just discussed, to be able to do the review
12   and finish it up by May 17th.  So we're going to ask
13   for a little bit more time.  But once that's done
14   and we hit that date, then I'm going to produce
15   another report, and we ought have another discussion
16   after that.  Now, the only other concern that you
17   may have, Your Honor, is that maybe you want to
18   know, you know, did I get the data, am I happy?
19        JUDGE GAMBILL:  Well, if you say that you can't
20   do the, I'm calling it the May 17th report because
21   you don't have all the data, we need to do something
22   right now to make sure you get it.  So can you --
23        DR. COWAN:  I do want to give you some hope for
24   the future.  Actually, Mr. Carroll has provided me
25   with all of the paper that came from the warehouse,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 114 of 181 PageID #:
3318
MEETING, taken on April 24, 2023
114

1   for everybody in those two months.  So we're working

2   on it. The problem that we have all discussed and

3   agreed to was, we need the e-mails to be able to

4   tell you when did LMDC actually get the

5   notification?  So it's not like we're not working on

6   it, it's just I can't finish it by this date.

7       MR. BALLINGER:  Okay.  Seems to me like you

8   need to talk to the top of the top of the top over

9   IT. So these people aren't -- all we're asking

10  them --

11      JUDGE GAMBILL:  Well, maybe you need a

12  document.

13      MR. CARROLL:  Ultimately, this last time, I did

14  put in the person's name is Robin Berry.

15      DR. COWAN:  Yeah.

16      MR. CARROLL:  And that's who we went to, okay?

17  So we produced it, but he's saying there's still a

18  problem, okay?  That's what he told me this morning.

19  Again, we didn't get this until --

20      DR. COWAN:  We only got it --

21      MR. CARROLL:  It wasn't until -- it was last

22  week, right?

23      DR. COWAN:  It was Wednesday evening.  So we

24  started to look at it Thursday, and I said, "Are we

25  anywhere close?"  And Dr. Malone, he's one of my

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  guys, said, "It's short of some records, let me

2  analyze it a little bit further."  And then Friday

3  afternoon he said, "Hey, we figured out the problem

4  is that the rest of them are all full.  But with

5  records, we've only got two e-mails."  Well, you

6  know, the records is like two thirds of the

7  detention.  So we need to get that last piece.  And

8  somebody over there needs to, you know, wake up and

9  do this properly.  So you may be right, Your Honor,

10  I mean, maybe if you issued an order that is

11  something John could take to much more senior people

12  and say, "Here's an order.  You got to do this.

13  This isn't an option."

14      MR. MCLANDRICH:  What's a reasonable period of

15  time for an order, John, if we can give you an order

16  to deliver to the LMDC IT people, what do you think?

17  I mean, since we can give them an order they can't

18  comply with, but we also don't want to make it so

19  long they don't feel any pressure.  Two weeks, a

20  week?  I mean, I don't know.  You tell me.

21      DR. COWAN:  I can partly answer this because

22  I've been working with John and we've been going

23  back and forth, back and forth.  A week is plenty.

24  I mean, they have the program to do it.  They're

25  just not loading up the right spots.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE  Document 186-1  Filed 09/13/24  Page 116 of 181 PageID #:
MEETING, taken on ~~May~~ 3320 24, 2023
116

```
 1        MR. CARROLL:  And again, I don't know IT stuff,
 2   so I'm blessed with --
 3        DR. COWAN:  No, my computer guys have been
 4   talking to these folks.  I even offered to fly my IT
 5   staff, one of my IT staff, out here to do this for
 6   them.  But of course, they don't want outsiders in
 7   their system.
 8        JUDGE GAMBILL:  I read the Court order
 9   appointing me on page 2.
10        MR. BALLINGER:  You need two weeks?
11        DR. COWAN:  Two weeks to unpack.
12        MR. BALLINGER:  That's what I mean, to do your
13   analysis.
14        DR. COWAN:  Well, to do the analysis is
15   probably like a month from the time I get the
16   e-mail, but that's two weeks to unpack it and then
17   two weeks -- because remember, there are individual
18   attachments, so we have to convert every single one
19   of those.  And some of that is being done by hand.
20   But then once we've got that, then it's like another
21   two weeks and we're done. So it's not that long a
22   time.  And we started asking for this data when we
23   all agreed to what the two sample months were.
24   I said, "Okay, well" -- and so, got the paper, don't
25   have the e-mail, and I need the XJail files, too.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    But those will go way faster.

2        JUDGE GAMBILL:  Well, first, he has to get the

3    data.

4        MR. BELZLEY:  Well, why don't you -- I'm just

5    throwing out an idea, Judge, why don't you enter an

6    order yourself, recommending the judge that this

7    information be provided --

8        JUDGE GAMBILL:  Well, I think this order,

9    paragraph two, says, "Any order, report, or

10   recommendation made by the special master shall be

11   subject to review," implicit in that seems to be

12   that the special master can order.

13       MR. BELZLEY:  Give them two weeks and --

14       JUDGE GAMBILL:  So who's going to prepare that

15   order?

16       MR. MCLANDRICH:  We'll do it.

17       JUDGE GAMBILL:  You'll do it?

18       MR. BELZLEY:  And what I was thinking was, say

19   it shall be done in two weeks, or they shall have,

20   you know, 10 days to show cause why they

21   should --

22       JUDGE GAMBILL:  Well, it can be given to

23   Dr. Cowan through counsel, or can be

24   produced -- maybe we could have it produced at the

25   office, you know, here.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        MR. BELZLEY:  So I'm looking --

2        JUDGE GAMBILL:  At the date and time, sir.

3        MR. BALLINGER:  It's just crazy that we got to

4    do this.

5        MR. MCLANDRICH:  I'm looking at 56F, which is

6    the paragraph she refers to in that paragraph that

7    you're talking about.

8        JUDGE GAMBILL:  53F.

9        MR. MCLANDRICH:  53F, I'm sorry, it's 53F.

10   And it gives the parties an opportunity to object,

11   "In acting on a master's order, report,

12   recommendation, the Court must give the parties

13   notice and opportunity to be heard, may receive

14   evidence," blah, blah blah, blah, blah.  So we can

15   put in the order that the parties are in agreement

16   that we waive any opportunity to do that. And maybe

17   what makes sense too is I'll start preparing the

18   order, but John, I think, can go to the IT people

19   and say, "Look, order's coming.  If you don't give

20   it to me in three days or whatever, then the order's

21   going to come be coming down from the Court.

22   Meanwhile I'll be circulating it, plaintiffs, and to

23   yourself.  And then if they don't have the docs by

24   then, we can submit it to the Court.  The Court

25   actually had --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 119 of 181 PageID #:
3323
MEETING, taken on March 24, 2023
119

1      JUDGE GAMBILL:  I think do it by a letter to

2  them or something.

3      MR. MCLANDRICH:  Yeah.  And the Court hasn't

4  waited on the 21 days in the past, probably because

5  everything we submitted has been agreed upon.  And

6  so then we can do that, and then we just need to set

7  a date to modify the existing order, which I guess

8  we can incorporate in here to petition the Court to

9  modify the May 17th to, what, Chuck?

10      DR. COWAN:  I'd say one month from the time

11  that we actually get the e-mails, just to be safe.

12      MR. MCLANDRICH:  But theoretically, for

13  discussion's sake then, let's just say 45 days from

14  May 17th to the end of June?

15      DR. COWAN:  Yep.

16      MR. MCLANDRICH:  I'll draft it that way.

17  I'll circulate it.

18      DR. COWAN:  To Louisville Metro.

19      MR. MCLANDRICH:  Yeah, that's why we're here,

20  right?

21      JUDGE GAMBILL:  And John, I'm going to ask you

22  to prepare this draft for my next report.

23      MR. MCLANDRICH:  Okay.

24      JUDGE GAMBILL:  Okay?  And in it, you'll put

25  that the date, the May 17th date has, I don't know,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  can we agree upon what the date that's going to be?

2  Do you know?  Can you commit to a date for a final

3  report?

4       DR. COWAN:  Well --

5       JUDGE GAMBILL:  For the COVID months?

6       DR. COWAN:  I did previously and then I didn't

7  get the date.  So what I was told John was that a

8  month from the time we get the date, and he

9  suggested the end of June, because he has high hopes

10 that we'll get this date.

11      JUDGE GAMBILL:  Okay.

12      DR. COWAN:  Your Honor, I need to suggest one

13 other thing.

14      JUDGE GAMBILL:  Okay.  Go ahead.

15      DR. COWAN:  I apologize.  I do want you to

16 understand that we gave them written instructions as

17 to what it is we want.  It's not like we're just

18 playing phone tag here.  So we will give the written

19 instructions to Mr. McLandrich.

20      JUDGE GAMBILL:  Okay.

21      DR. COWAN:  But the point is, is that they're

22 not following something that is written and prepared

23 directly for them in response to a series of

24 questions and discussions that we had.  And we know

25 what it was that they did the previous time.  So

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

121

```
 1   this is not a shot in the dark where you're
 2   submitting an order and saying, "We'd like you to do
 3   this."  This is going to be an order that your
 4   vision is that it says, "This is what you were asked
 5   to do."
 6        JUDGE GAMBILL:  And so you'll work with
 7   John to --
 8        DR. COWAN:  Yes, sir.
 9        JUDGE GAMBILL:  Okay.
10        DR. COWAN:  That's right.
11        JUDGE GAMBILL:  Get precisely --
12        MS. ROSE:  What I was going to say, in the
13   event they do not produce the, I think in the order
14   for the judge to do, if you have a date, say May
15   17th, that if LMDC has not produced the appropriate,
16   that we will immediately have a Zoom meeting and do
17   something.  It can't just go to the 18th and he
18   still doesn't have it, and then the 19th.  He needs
19   at least 30 days after he gets it, and if they drag
20   their feet and we don't get it until the middle of
21   June, we're --
22        MR. MCLANDRICH:  Yeah, maybe the way to do it
23   would be, because this is going to have to be an
24   order that the judge puts on and then Judge Jennings
25   will review and bless.  So maybe since it'll be
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   ultimately an order from Judge Jennings, what we
 2   could do is put in a sentence, paragraph, whatever
 3   for a show of cause if they don't produce it by X
 4   date, then they got to show cause to
 5   Judge Jennings --
 6        JUDGE GAMBILL:  There you go.
 7        MR. MCLANDRICH:  -- as to why they haven't been
 8   able to produce it.  And that usually gets people's
 9   attention.
10        MS. ROSE:  Oh yeah.  Well, it just needs a
11   hammer.
12        MR. MCLANDRICH:  Right.  I think that's a good
13   hammer.  Because rather than us doing it,
14   because -- right?
15        MS. ROSE:  Well, no, it'll be for her.
16        DR. COWAN:  Yeah, it'll be for her.  Yeah.
17        MS. ROSE:  But we're going to be the ones that
18   put it in there.
19        DR. COWAN:  I'm with you.  No, I think that's
20   great.
21        MS. ROSE:  By an agreement.
22        DR. COWAN:  Yeah.
23        MS. ROSE:  You don't like it?
24        MR. BALLINGER:  No, I want to, again, shake my
25   head that we're having to do that for Louisville
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Metro.

2      MS. ROSE:  Well, I think it's just -- it's

3  human.  I mean why do I have to go to McDonald's,

4  and I can't get --

5      MR. BALLINGER:  That's why I asked, "Hey,

6  somebody ought to talk to the top person."

7      MS. ROSE:  -- more than one cream with my

8  coffee.  People can't follow directions.

9      MR. BELZLEY:  We had physical conversations,

10 and that's when she got me somebody else.  She had

11 somebody else.

12     MR. BALLINGER:  Is that her name, Robin, who

13 runs it?

14     MR. BELZLEY:  Robin Berry is her name.

15     MR. BALLINGER:  She runs all IT?  Louisville

16 Metro IT?

17     MR. MCLANDRICH:  It doesn't matter, folks --

18     MR. BELZLEY:  I don't know that answer, but I

19 know that she was over the top of this guy.

20     DR. COWAN:  Sorry about that

21     MS. ROSE:  No, it's all right.

22     DR. COWAN:  Yeah, and I agree with you.

23     MS. ROSE:  I know, I appreciate that.

24     JUDGE GAMBILL:  Did you get what -- you were

25 going to redo part of your analysis for the date of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1   creation of the release orders?

 2        MR. BELZLEY:  Let me be very clear about this.

 3   Dr. Cowan, his report that we're talking about, may

 4   be done at the end of June, or somewhere in there,

 5   30 days after he gets the final e-mails.  It's going

 6   to concern the same issues, it's going to concern

 7   the very same periods of time, and so on.  But

 8   there's going to be two reports.  One is going to

 9   show his results with the statistical imputation

10   he's applying, that shows possible over detent,

11   probable, not over detained, blah blah blah.  The

12   second report is not going to contain any

13   statistical imputations at all.  It is simply going

14   to show whether people were over detained based upon

15   the available documents.  And when there are no

16   other available documents, the jail will be presumed

17   to have been notified on the date of creation of the

18   release report.

19        DR. COWAN:  I just need time.

20        JUDGE GAMBILL:  Okay.

21        MR. BELZLEY:  Yeah.

22        MS. ROSE:  But we have the dates.

23        DR. COWAN:  Our problem is that we have the

24   dates, we don't have the time.  So it's the date and

25   time of the creation of the release report.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

 1        MR. BELZLEY:  Yeah.  The date and time of the
 2   creation of the release report.  Jim said there were
 3   times.
 4        JUDGE GAMBILL:  Greg --
 5        MR. BALLINGER:  Yeah.
 6        DR. COWAN:  No, I'm not disagreeing with what
 7   he said, it's just that you only used the
 8   word date --
 9        MR. BELZLEY:  Oh, date and time.
10        DR. COWAN:  Yes, the date and time.
11        MR. BALLINGER:  But would you still in the same
12   report -- I get what you're saying, but if that's
13   what you use, would it say out there, would you have
14   a column saying, "I didn't have other information"?
15        DR. COWAN:  I can add that.
16        MR. BALLINGER:  Yeah.
17        DR. COWAN:  Yeah, I can add it.
18        MR. BALLINGER:  Because I'd like to be able to
19   see that, that, look, he was missing information,
20   so he went with that guy.
21        DR. COWAN:  Correct.  I can add a flag.
22   I believe that we have those flags.
23        MR. BALLINGER:  Okay.  That would be helpful.
24        DR. COWAN:  I could see to this.  I'll take a
25   look.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 126 of 181 PageID #: 3330
MEETING, taken on August 24, 2023
126

 1          MR. BALLINGER:  Okay.

 2          JUDGE GAMBILL:  Greg, I think at, after our

 3    Zoom meeting in February, you prepared a points of

 4    agreement.  Do you remember that?  Can you do that

 5    for today?

 6          MR. BELZLEY:  Yeah, I'm happy to do that.

 7    And that's why we wanted her.

 8          JUDGE GAMBILL:  Okay.  So you'll do that, and

 9    this time it's going to -- will you get that to

10    Dr. Cowan as well?

11          MR. BELZLEY:  Yeah, I'll send it to everybody.

12          JUDGE GAMBILL:  All right.

13          MR. BELZLEY:  Thank you.

14          JUDGE GAMBILL:  Now, going forward, is there

15    any particular procedure for contacting Dr. Cowan,

16    or was there -- Ken, do you-all have any need to

17    talk directly with Dr. Cowan?  Plaintiff?

18          DR. COWAN:  I've tried to be responsive to --

19          JUDGE GAMBILL:  I know you have.

20          DR. COWAN:  Within the same day.

21          JUDGE GAMBILL:  Yeah.  And I've noticed, I've

22    been copied on those e-mails.

23          DR. COWAN:  Yes sir.

24          JUDGE GAMBILL:  But it is said that -- all

25    right, so, you-all will --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

MEETING, taken on March 24, 2023

 1          MR. BALLINGER:  I'll tell you what would be
 2    helpful for me.
 3          JUDGE GAMBILL:  What?
 4          MR. BALLINGER:  Just since we're sitting here
 5    talking about this.  The issue that I raised about
 6    sending that report in a PDF.
 7          DR. COWAN:  Yeah.
 8          MR. BALLINGER:  I converted, but could you
 9    please send it to me in your own -- just convert it
10    to an Excel?
11          DR. COWAN:  Oh sure, yeah.
12          MR. BALLINGER:  Because every time I go to try
13    to sort it, it sends me through this thing that says
14    all the cells have to be the same size if I want to
15    sort by a certain --
16          DR. COWAN:  Oh, that's interesting.
17          MR. BALLINGER:  You know?  And I've had to
18    Google and figure out how to do that, but it sends
19    me through a bunch of rigamarole.
20          DR. COWAN:  I'll send it to you.
21          MR. BELZLEY:  Bethany, when do you think you
22    can get us a transcript?
23          COURT REPORTER:  When do you need it?
24          MR. BELZLEY:  Oh, that's a -- in normal course,
25    what would normal course be?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on July 24, 2023

1    COURT REPORTER:  Typically seven to ten

2   business days.  But if you need it, you know,

3   Wednesday, Thursday, Friday this week, that's fine.

4    MR. BELZLEY:  Can you get it to me by the end

5   of the week?

6    COURT REPORTER:  Yeah, absolutely.

7    MR. BELZLEY:  And then I'll have the points of

8   agreement out within -- I'll prepare that over the

9   weekend for, give me three -- give me five days to

10  do that.  I've got to prepare a motion for summary

11  judgment this week.

12   JUDGE GAMBILL:  Okay.

13   MR. BELZLEY:  But I have that on Friday, and

14  then I'll get that out.

15   JUDGE GAMBILL:  I don't know if this is a fair

16  question, but I'm going to ask Dr. Cowan, do you

17  have an estimate, even a range of what the over

18  detentions are based on your -- right now, I don't

19  know if you've changed your opinion from your final,

20  what I call the final report.  Is that a good

21  question?  Would you-all be interested in this?

22   MR. BELZLEY:  Well, are you talking about over

23  detentions generally, Judge, or are you talking

24  about the compensable over detentions?  The people

25  in the four-hour class, over four hours?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        JUDGE GAMBILL:  Well, maybe you can break it
 2   down, I don't know.
 3        MR. BELZLEY:  Yeah.
 4        DR. COWAN:  I'm sorry, is --
 5        MR. BELZLEY:  That's the only way you did look
 6   at it, I think, did you?
 7        DR. COWAN:  Yeah, I believe I've only looked at
 8   the compensable because I don't really understand
 9   what you mean by non-compensable.  There are
10   some -- are you talking about like when they're
11   holding somebody and --
12        MR. BELZLEY:  Somebody was only two hours held
13   over, the judge ruled.  So that would mean
14   compensable. If everything was final.
15        DR. COWAN:  Yeah.
16        MR. BELZLEY:  The judge had four hours for
17   timeout and 12 hours for others --
18        JUDGE GAMBILL:  And --
19        MR. BELZLEY:  So they were only held over eight
20   hours.  And they weren't on timeout, that's not
21   compensable.
22        DR. COWAN:  Oh, I see, okay.
23        JUDGE GAMBILL:  And I know from your
24   March -- no, not your March, I think it was your
25   January interim report, you had said 7.3 percent.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE  Document 186-1  Filed 09/13/24  Page 130 of 181 PageID #:
3334
MEETING, taken on March 24, 2023
130

1      DR. COWAN:  I'm still in -- well, I'm a little

2  below that because there was some other cleanup that

3  we did.

4      JUDGE GAMBILL:  Okay.  But I know that you had

5  projected that, or that had been one of your interim

6  findings.

7      DR. COWAN:  Yeah.

8      JUDGE GAMBILL:  Had been 7.3 percent, and maybe

9  that's changed by March.

10      DR. COWAN:  I'd say it's somewhere between

11  4 and 5 percent based on the cleanup.  Because we

12  found some other information about HIP and AWOL.

13  But other than that, I think that the loosest part

14  would be the part that Mr. Belzley has been

15  discussing about, which basis do you use for making

16  a determination about whether they are over detained

17  or not.

18      JUDGE GAMBILL:  Okay.

19      DR. COWAN:  But I can address that question,

20  you know, well before we get to the final report

21  with the COVID stuff.  Because he's asking about,

22  and as I understood it, you would like that, too.

23      MR. BELZLEY:  Yeah.

24      JUDGE GAMBILL:  All right.  So if there

25  were -- how many people -- I did have another

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE  Document 186-1  Filed 09/13/24  Page 131 of 181 PageID #:
3335
MEETING, taken on April 24, 2023
131

1    question about -- are you saying that there were

2    8,437 people that went through the jail?  I'm not

3    sure whether they were received in the jail or

4    released from the jail.

5         DR. COWAN:  These are the releases that they

6    reported in their two --

7         JUDGE GAMBILL:  All right.

8         DR. COWAN:  They've got two large piles.

9         JUDGE GAMBILL:  So right now, as we sit here

10   today, it may be between four and five percent of

11   those 8,500 were over detained?

12        DR. COWAN:  Yeah.  So let me point out that I

13   found a few more than they did.

14        JUDGE GAMBILL:  Really?  Okay.

15        DR. COWAN:  Well, I mean, they're funny things

16   like, you know, you open a file, you pull out a

17   record, and it turns out that the person was

18   incarcerated twice in the same month.  So both of

19   those should have been in, but you picked up one.

20   But they're two separate booking numbers.  So that

21   would explain some difference, so I've got a few

22   more than they do.  So it's based on my larger

23   study.

24        JUDGE GAMBILL:  All right.  So would it be

25   maybe 400 or 500 people may have been over detained,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  in those four months?

2      DR. COWAN:  Yes.

3      JUDGE GAMBILL:  Okay.  Is that a surprise to

4  you-all or --

5      MR. BELZLEY:  No.

6      JUDGE GAMBILL:  Do you think it's more than

7  that?

8      MR. BELZLEY:  Probably.  We think.  We'll see,

9  and that's what these two reports will identify, is

10  whether the imputation makes any difference.  And if

11  it does, what difference does it make, as opposed to

12  just going basically on just the documents.  What do

13  the documents say?  If there's no documents

14  indicating when the jail was notified and you go on

15  the basis of the creation date of the release

16  report, which is basically biased towards the jail,

17  because you assume they were notified before the

18  creation of the police report. What do those numbers

19  say?  So with the imputation, without the

20  imputation, and --

21      JUDGE GAMBILL:  Okay.  So if there were 84

22  months in these seven or eight years -- well, what

23  are the rough numbers?  Just us talking here, what

24  are we kind of talking about?  I'm sure you guys

25  have drunk coffee and thought about it.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

MEETING, taken on April 24, 2023

1      MR. BELZLEY:  And here's another thing, too.
2  There comes a point in time when there's not that
3  many people in the jail.  The numbers probably go in
4  about 50 percent what they were at one time.  So
5  obviously --
6      JUDGE GAMBILL:  So with COVID, they were down.
7      MR. BELZLEY:  Oh, significantly.
8      JUDGE GAMBILL:  Okay.
9      MR. BELZLEY:  Yeah.  Now there's more people
10  during that period are in HIP.  And then there's
11  also, at least I certainly believe that there's been
12  some change where the percentages would go down.
13  But again, that's dependent upon what the
14  information shows.  But there is a significant
15  period when the numbers are, you know, they --
16  they're real high and then it dips down lower.  And
17  then I think now it's actually starting to rise
18  again as far as how many people they actually detain
19  in a month or release --
20      MR. BALLINGER:  It is.
21      MR. BELZLEY:  -- those numbers would be going
22  up again some, but they're not anywhere near, I
23  think, what they were at their peak.
24      JUDGE GAMBILL:  Well, if there were a --
25  is -- am I hearing you-all right?  That there were

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    maybe 186,000 people released during the --

2         DR. COWAN:  There was.

3         JUDGE GAMBILL:  -- class period?

4         DR. COWAN:  That is correct.  It's a little

5    over 186,000.

6         JUDGE GAMBILL:  Okay.  So at worst, I mean,

7    the non-COVID period, pre-COVID period, if there

8    were five percent -- help me here.  What are we

9    talking about?

10        MR. BELZLEY:  Wait, no, no.  Equals 9,300.

11        DR. COWAN:  I was going to say --

12        JUDGE GAMBILL:  Yeah, that's what I got.

13        DR. COWAN:  -- you were over 50 percent there

14   that --

15        MR. BELZLEY:  Yeah.

16        JUDGE GAMBILL:  But you say, I mean, if the

17   numbers from the first sample period are correct and

18   are imputed to that 186,000 people, there would be

19   9,300 people over detained.  Now, you say, "but wait

20   a minute, we had COVID so it's going to be less than

21   that, so this" --

22        MR. CARROLL:  As far as numbers of people.  Then

23   we have -- and then we have -- we, obviously, from

24   the start of this year too, we have a new

25   administration, you know, so that's another thing.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    I mean, I think the numbers -- the numbers of people
2    who actually are detained significantly changes
3    during COVID.
4         DR. COWAN:  It did.  It dropped -- it
5    dropped --
6         JUDGE GAMBILL:  Okay.  But you're going to tell
7    us what you think about those COVID -- what COVID
8    has done with this --
9         DR. COWAN:  Yes, I am --
10        JUDGE GAMBILL:  -- over-detention.
11        DR. COWAN:  -- I am and, you know, if you just
12   did it as straight percentage on sheer volume, that
13   number would drop, and it would be a bigger drop
14   than what I've shown in my numbers so far.  But on
15   the other hand, it may not be that number's the
16   problem.  It could be that if they have fewer people
17   that they're dealing with in the jails to begin
18   with, then they can do a better job of tracking.
19   So it could be a -- you know, trouble -- double
20   effect.
21        JUDGE GAMBILL:  Okay.
22        MR. BALLINGER:  Yeah.  But they might have
23   also --
24        DR. COWAN:  I mean based on my fine work trying
25   to get the -- this data out of Metro IT, you're

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  saying that they might have even gotten it worse?
 2  I can't imagine that, Mr. Ballinger.
 3          MR. BALLINGER:  Thank you.
 4          DR. COWAN:  You're welcome.
 5          MR. BALLINGER:  What I was going to say is
 6  during COVID, yeah, there were less people in jail,
 7  but they may have also had less people actually
 8  working over there at the jail.
 9          DR. COWAN:  Well, yeah, that's true, too.
10  I hadn't thought about that.
11          MR. BALLINGER:  You know, and -- you know, so
12  it'd be interesting to see how it checks out.
13          JUDGE GAMBILL:  Okay.  Well, but we're --
14          MR. BALLINGER:  I don't know if we ever talked
15  about how long COVID -- you know, we picked a couple
16  months, but did we ever agree COVID ran from
17  here to --
18          MR. CARROLL:  I don't -- I mean, technically is
19  it over yet?
20          DR. COWAN:  Don't go there.  And the reason is
21  because then you'd need a third sample.  So I picked
22  one early and one late in the period just to
23  counterbalance that.  But if you go down that route,
24  then you're going to force me in the position of
25  saying, "Hey, I know I've only got a sample for
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on March 24, 2023

```
 1   these months," you know.
 2        MR. BALLINGER:  Right.
 3        DR. COWAN:  And then -- yeah.  So don't -- you
 4   don't always want to get what you -- you're hoping
 5   for.
 6        JUDGE GAMBILL:  Okay.  We'll probably be
 7   Zooming -- would it be good to -- what should we do
 8   next as far as a Zoom meeting?  And I would like
 9   Dr. Cowan to be on the next conference call or
10   whenever we -- and I don't need to -- I don't want
11   to do something that's needless, you know, just to
12   have -- to talk, but I -- you know, I --
13        MR. MCLANDRICH:  I mean the next one with
14   Dr. Cowan, just thinking out loud, would seem to be
15   when the next report comes out, you know, a week or
16   two after the next report.  You know, maybe
17   the -- and prior to that, you know, maybe just a
18   e-mail, phone call, whatever, you know, when he gets
19   the data that we're talking about for this order
20   just to, you know, let everybody know that he's
21   gotten the e-mail and now he's working on it.  But
22   in terms of, you know, this group all gets back
23   together, I would say after the next report comes
24   out.  So now, theoretically, mid- July, something
25   like that.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1        JUDGE GAMBILL:  Okay.

2        MR. BELZLEY:  Now, Dr. Cowan said, is

3    it -- he's pretty sure that he can have the final

4    report done 30 days after he gets the final batch of

5    documents.  So I think the only thing that could

6    come up before Dr. Cowan has issued his final report

7    is some glitch in getting him the remainder of the

8    documents where, you know, for some reason maybe

9    their parties want to consult about what to do about

10   that.  But if it's going to -- if the order's going

11   to include a show cause provision, I think that

12   pretty much takes care of it. So I think John's

13   right.

14        JUDGE GAMBILL:  Well, I guess you need to get

15   that message to the -- whoever -- whoever's going to

16   be given these documents that this is really holding

17   up the show here, right?

18        MR. MCLANDRICH:  And so hopefully we don't get

19   there, but if we put the order on with the show

20   cause provision, then I guess when the documents get

21   produced, we'll need to make some filing with the

22   Court, just so -- you know, because it'll be

23   tracking that show cause date, so that it can know

24   that that's satisfied and take it off the calendar.

25        JUDGE GAMBILL:  Okay.  Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. BELZLEY:  Okay.

2          JUDGE GAMBILL:  Are we done?  I sure thank

3    you-all.

4          MR. CARROLL:  Can I -- I've not said anything

5    this morning about HIP.

6          MR. BELZLEY:  No, we haven't.  We haven't

7    really even --

8          JUDGE GAMBILL:  Have you-all dropped that?

9          MR. BELZLEY:  Let -- why don't you give us five

10   days, and we'll let you know.  Think about this and

11   give you some kind of our thoughts on that.

12         JUDGE GAMBILL:  And you still are trying to

13   find -- your third-party people haven't given

14   you -- you're still trying to track records on the

15   home incarceration program, right?

16         MR. CARROLL:  No, no, no, no, no.  I got the

17   records --

18         JUDGE GAMBILL:  You got all that?

19         DR. COWAN:  Yeah, those are in a SCRAM.

20         MR. CARROLL:  We went back and got stuff.

21         JUDGE GAMBILL:  Oh, they are?  Okay.

22         MR. CARROLL:  I went back and they were -- they

23   were doing -- they did what I think they were

24   supposed to do.

25         DR. COWAN:  Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 140 of 181 PageID #:
3344
MEETING, taken on March 24, 2023
140

1      MR. BALLINGER:  So I don't know, you know,

2  John --

3      MR. MCLANDRICH:  Oh, you know one -- just

4  one -- I'm sorry, just one quick -- aside from the

5  HIP, the one other thing we got to think about

6  collectively, and it would work into any settlement

7  document, is what time are we tracking the --

8      MR. BALLINGER:  Midnight.

9      MR. MCLANDRICH:  The midnight for the

10  anniversary time, if you will, of their

11  incarceration? And you've been using the anniversary

12  time of their incarceration?  So just -- so you --

13      MR. BALLINGER:  Where did the midnight come

14  from, John C?

15      MR. MCLANDRICH:  I think it came from the fact

16  that there was a statute once upon a time --

17      MR. BALLINGER:  What statute?  I've been

18  looking for it.

19      MR. MCLANDRICH:  It's -- I got it here.

20  I think, even -- maybe I got it here.  No, that's

21  not the right one, but I might have it in -- there's

22  a statute that talked about if you serve a portion

23  of the day you're entitled to a good time credit.

24  And so they used the midnight time as the day of

25  incarceration for purposes of calculating that good

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 141 of 181 PageID #:
3345
MEETING, taken on April 24, 2023
141

```
 1   time credit.  And then I think it bled over into
 2   other uses.  Let me see if I have it here.  I got it
 3   in my computer.  I'm pretty sure, I should say.
 4   I think I have it, if I can find it.  And I'm not
 5   sure if the statute is current. I think it's been
 6   changed.  So the one I'm looking at, and so don't
 7   hold me to it, but --
 8        MR. BALLINGER:  That's fine.
 9        MR. MCLANDRICH:  441.127.
10        MR. BALLINGER:  441.127?
11        MR. MCLANDRICH:  Yeah.  I think there --
12        MR. BALLINGER:  Greg is the good time credit
13   guy.
14        MR. BELZLEY:  Not that good time credit.
15        MR. MCLANDRICH:  And then there's another
16   statute that's been cited to me here.  This one here
17   has to do with bond credit, which is 431.066.
18   See if there was something else.
19        JUDGE GAMBILL:  Are there -- this kind of
20   changing the subject, but are there, like, American
21   Correctional Association or something which has best
22   practices for the -- for something the jail should
23   be considering using?  Or is there, you know?
24        MR. MCLANDRICH:  I -- not that I know of
25   offhand, but I'm happy to inquire in that regard.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   You know, one of the other things that I think again
 2   should be a part of any resolution, but I know it's
 3   a little bit of a digression maybe, but it's
 4   something we've talked about a couple of times,
 5   so -- and it's kind of tied up with what we were
 6   just talking about.  You know, what time of day are
 7   we going to let people out? So just the fact that
 8   somebody's entitled to be released out at, you know,
 9   1:00 a.m. is it a good idea to release them at 1:00
10   a.m. or do we agree as part of an order that
11   releases will begin at 6:00 a.m.?  You know,
12   something that roughly corresponds with, you know,
13   safety and daytime or whatever?  Because I know that
14   there's people that are concerned about kicking
15   people out at 2:00, 3:00 a.m.
16        JUDGE GAMBILL:  Yeah.
17        MR. BALLINGER:  Yeah.  I've looked at the
18   statute before, John, and I don't see that
19   in the --
20        MR. MCLANDRICH:  And I may not have given
21   you --
22        MR. BALLINGER:  -- 441.127, but it may have
23   been in effect during, you know, the pendency of
24   this case.  So looks like it got amended in 2018.
25        JUDGE GAMBILL:  What is that statute?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

```
 1        MR. BALLINGER:  441.127.

 2        JUDGE GAMBILL:  KRS 441?

 3        MR. BALLINGER:  Yes, sir.

 4        JUDGE GAMBILL:  Do you know that?

 5        MR. BALLINGER:  Greg, you probably are familiar

 6   with this, with your EDT case because --

 7        MR. BELZLEY:  No, this is jail stuff.

 8        MR. BALLINGER:  Oh, I got you.

 9        MR. BELZLEY:  Yeah.

10        MR. BALLINGER:  Yeah.  Right.  Right, right,

11   right.  But you would think that it would.

12        JUDGE GAMBILL:  Do you think -- what about

13   the -- who controls what the Court does?  Is that

14   the -- is there a standing committee at the -- or is

15   there the chief judge of the Circuit Court?  I mean,

16   is he open to this?  It seems like I've read here

17   that there's some -- there was some dialogue that

18   was going on with the -- with the Court itself as to

19   how they were to uniformly send over e-mails or --

20        MR. MCLANDRICH:  Once upon a time in one of

21   those -- and I'd have to go back and look, but in

22   other studies that was produced prior to litigation.

23   I think there was like some working group that came

24   out.

25        JUDGE GAMBILL:  Yeah, that's -- I think I read
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on March 24, 2023

```
 1   that in the file here.
 2        MR. MCLANDRICH:  I don't know if that working
 3   group still exists or not.  I'll try to find out,
 4   and if it does, you know, it's probably a good place
 5   to start.  And if it doesn't, you know, maybe
 6   something like that needs to get resurrected to have
 7   some dialogue.  There's got to be, I would presume,
 8   an administrative judge at each one of those courts
 9   that, you know, could be a contact person.  They'd
10   probably have a functionary they'd delegate, but it
11   would seem like some -- something like that
12   was -- is appropriate and necessary to, you know,
13   try and get them on side and, you know, try and
14   understand from the LMDC people what exactly it is
15   they need from the Court in that regard.  But I
16   think that's how the e-mail system came apart out of
17   that, you know, working.
18        DR. COWAN:  Your Honor --
19        MR. BALLINGER:  Just --
20        JUDGE GAMBILL:  Well, wait.
21        MR. BALLINGER:  I'm sorry.
22        JUDGE GAMBILL:  Hang on.
23        DR. COWAN:  Oh, I'm sorry.  So I've done a lot
24   of work in this area where you're working with like
25   multiple entities.  The worst is when a bank buys
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1    another bank and you're trying to just push those
 2    together.  So I just want to point out that I really
 3    like Mr. Belzley's suggestion earlier, you know,
 4    there should be little screen that pops up, you push
 5    a couple of things and then you hit send, and it
 6    goes over to LMDC.  The problem is that -- so I
 7    thought that was a great idea.  The problem is that
 8    that would all have to be done in the cloud to get
 9    consistency between two systems if you wanted to do
10    it in a hurry.  If you wanted -- and that's a
11    security problem.  So if you wanted to do it in less
12    of a hurry, you'd have to convince the courts to
13    actually change their system, LMDC would have to
14    change its system, and then there's probably some
15    other group that's got to be, you know, Metro IT, of
16    course, would need to be involved.  So I'm -- the
17    reason I'm bringing this up is that this would be a
18    problem you'd like to resolve earlier rather than
19    later because it's going to require a bunch of IT
20    people communicating with one another and that
21    doesn't work well either.
22         JUDGE GAMBILL:  Right.  Right.
23         DR. COWAN:  Okay.  I'm sorry, Jim, what were
24    you going to say?
25         MR. BALLINGER:  Nothing, I was just -- we were
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on May 24, 2023

```
 1   trying to find something that talks about whether
 2   they should be released at midnight or --
 3          DR. COWAN:  Oh, yeah.
 4          MR. BALLINGER:  -- but that statute --
 5          MR. CARROLL:  The district court over here
 6   still does everything with signing and manual
 7   records. That's part of the problem.
 8          JUDGE GAMBILL:  Yeah.
 9          DR. COWAN:  Well, they may like us then because
10   we'd be giving them a solution that, you know, they
11   currently don't have.
12          MR. CARROLL:  Well, if you can convince them of
13   anything, you're doing better than me.
14          MR. ROSE:  And that's it.
15          MR. BALLINGER:  John, 431.066 is what I
16   was -- the one statutes that -- it's the one that
17   talks about bond, but it does say in there, as it
18   relates to bond that, "For purposes of this
19   subsection, a day or portion of the day means any
20   time spent in a detention facility following
21   booking."
22          MR. MCLANDRICH:  Yeah.  And I think that's how
23   they've --
24          MR. BALLINGER:  Any time.
25          MR. MCLANDRICH:  -- they were operating or may
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 147 of 181 PageID #:
MEETING, taken on April 24, 2023
3351
147

1  be still operating.  And so that, I think, then bled

2  over into how they were calculating the sentence.

3  And so any portion of the day that was being treated

4  as a sentence day, which, you know, in a way, makes

5  absolutely no sense, right?  Because if somebody

6  came in at, you know, 11:59, they'd get a day, and

7  then as soon as it turns 12:01, they get a day.  And

8  if they were sentenced to two days, they'd get out

9  and they've been there about ten minutes.

10         MR. BALLINGER:  Right.  Dr. Cowan, you need me

11  to get this back to you?

12         DR. COWAN:  No, it's a gift.

13         MR. BALLINGER:  How many gigs is that?

14         DR. COWAN:  I'm sorry?

15         MR. BALLINGER:  It doesn't say how many

16  gigabytes -- how big it is.

17         DR. COWAN:  Oh, it's an older one.  So you

18  know, it's probably, like, maybe half a gig.

19         MR. BALLINGER:  Yeah.

20         DR. COWAN:  I mean, nowadays, you buy these

21  things when you start at four.  So it's an oldie but

22  a goodie.

23         MR. MCLANDRICH:  So I guess, the first order of

24  business, aside from you doing the daily things is,

25  John, for you to reach out to the IT people telling

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 148 of 181 PageID #:
3352
MEETING, taken on April 24, 2023
148

```
 1  them that the orders coming unless they get the
 2  stuff to you.  And then, you know, if you let me
 3  know --
 4      MR. CARROLL:  Well, I need to sit down with
 5  Doc -- with him to find out exactly what the problem
 6  is too, as far as that goes.  But yes, I agree.  I
 7  need to go to them as soon as, you know, I'm not
 8  going to wait for an order, but --
 9      DR. COWAN:  You should talk to Sean.  They keep
10  me out of the IT stuff.
11      MR. CARROLL:  Okay.  I can call Sean.
12      JUDGE GAMBILL:  Here -- here's a question --
13      MR. CARROLL:  I've got his number, so that
14  isn't a problem.
15      JUDGE GAMBILL:  Do you-all envision that
16  Dr. Cowan's final report will be made -- filed with
17  the Court public and will it be an open document?
18      MR. MCLANDRICH:  I wouldn't -- not as an
19  initial matter.
20      JUDGE GAMBILL:  Okay.
21      MR. MCLANDRICH:  I actually think that would
22  be, I'm just thinking out loud, so you know -- I'm
23  thinking it could be counterproductive, right?
24  Because to the extent that we're going to have, you
25  know, negotiations with people, if it's out in the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 149 of 181 PageID #:
3353
MEETING, taken on April 24, 2023
149

1  public domain and there starts to be public

2  conversation about it could actually, you know,

3  be a deterrent to --

4       JUDGE GAMBILL:  Okay.

5       MR. MCLANDRICH:  -- resolution.

6       JUDGE GAMBILL:  You-all need to talk about how

7  you want to handle that, I guess.

8       MR. MCLANDRICH:  Yeah.  Yeah.

9       MR. BELZLEY:  Yeah, I'm not -- I -- you know,

10 I don't -- I don't -- I don't foresee a need for

11 that at this point.

12      JUDGE GAMBILL:  Okay.

13      MR. BELZLEY:  I don't think -- we're not -- I

14 don't think we're prepared to demand that it be made

15 part of the record.  At this point, I think

16 we're -- it's not something we need to worry about

17 right now. And we -- if it becomes an issue

18 we -- we'll talk about it.

19      JUDGE GAMBILL:  Okay.  At what point do you

20 think that I will be filing my report and saying the

21 parties have reached a point where it's now back to

22 litigation or just -- you-all need to kind of tell

23 me what my exit strategy will be here.

24      MR. BELZLEY:  Well, I don't know, Judge.

25 I mean I can't imagine that Judge Jennings would

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  have a -- that if the parties wanted your help in

2  getting this resolved and that you succeeded in

3  doing that, Judge Jennings would have any problem

4  with that all.

5      JUDGE GAMBILL:  Yeah.  Well, you know, I -- I'm

6  just -- this is like, you know, pays the plan ahead.

7  You need to -- and this thing is -- you're going to

8  get some pressure to -- what next?  You know, thank

9  you, and --

10      DR. COWAN:  Well, I've got a couple of class

11  reps that call me every two or three months.

12      JUDGE GAMBILL:  Yeah.

13      DR. COWAN:  You know, "what's going on? What's

14  going on?"  And you can imagine what I'm saying.

15      JUDGE GAMBILL:  And the Court may say, "I want

16  you to go -- I'm going to have a scheduling

17  conference. And one of the topics on the scheduling

18  order is possibility of settlement."  So -- you

19  know.

20      MR. BELZLEY:  Yeah.

21      JUDGE GAMBILL:  And, you know, this is an

22  old -- when was this case brought?

23      MR. BELZLEY:  2017.

24      JUDGE GAMBILL:  '17.  Okay.  So I'm -- this is

25  inside baseball for you guys.  This is what happens

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1   in a federal court.  The Sixth Circuit looks at old
 2   cases and, you know, this is probably one of those
 3   things that Judge Jennings has to report and it's
 4   one of our older cases, so, you know, they want to
 5   get it off the docket.  They want to move this case,
 6   so --
 7        MR. BELZLEY:  Yeah.
 8        JUDGE GAMBILL:  What happens up there in that
 9   Sixth and Broadway, they don't want these cases
10   hanging around growing moss, so
11        MR. BALLINGER:  You know, if it's --
12        MR. CARROLL:  I have one --
13        MR. BALLINGER:  -- talking, but it's like --
14        MR. CARROLL:  -- it's a 2007 case.
15        JUDGE GAMBILL:  Well, listen --
16        MR. CARROLL:  That's state court.
17        JUDGE GAMBILL:  -- I've had them 25 years.
18   They've -- so --
19        MR. BALLINGER:  We've got to start.  If we --
20   because it starts with one step and we need to
21   talk about resolving it.
22        MR. CARROLL:  Well, we've got a path forward
23   to --
24        MR. BELZLEY:  -- we've talked about.
25        MR. CARROLL:  -- to that demand.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 152 of 181 PageID #:
3356
MEETING, taken on May 24, 2023
152

1        JUDGE GAMBILL:  Okay.

2        MR. CARROLL:  We know where we go to get to the

3   point where we make the demand.

4        JUDGE GAMBILL:  Well, you notice I was not

5   discouraging you from talking about it.

6        MR. CARROLL:  Yeah.

7        JUDGE GAMBILL:  I know that, you know, Judge

8   Jennings probably the first time she meets with you

9   again, she's going to say, "Have you-all thought

10  about talking this thing out?"  And, you know,

11  it'll come up.

12       MR. BELZLEY:  Yeah.  Well, I anticipate that a

13  demand will probably be made within 30 days of

14  Dr. Cowan's final report.

15       JUDGE GAMBILL:  Okay.

16       MR. BELZLEY:  So if we can make that June 30,

17  probably by the end of July.

18       JUDGE GAMBILL:  Yeah.

19       MR. BELZLEY:  And I'm -- and it could be ten

20  days after.

21       JUDGE GAMBILL:  Well, you know, I put that in

22  one of my special master's reports, and I think it

23  was number three, but you know, Judge Jennings,

24  whenever we talk, she's going to say,

25  "Well, I noticed that you put in there, parties

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    wanted 30" -- you-all asked for 30 days to kind of

2    explore, so that's kind of like -- now it's -- what

3    ever happened to that?

4         MR. MCLANDRICH:  Well, I think we realized that

5    that was premature because that --

6         JUDGE GAMBILL:  Okay.  Well --

7         MR. MCLANDRICH:  -- that was in response

8    to -- the plaintiff was going to -- was -- had

9    reached out about settlement discussions and wanted

10   to know if we were interested.  We requested 30 days

11   to talk to our people about it, and I think within

12   that period of time was when we realized that we

13   needed to do the COVID sample.

14        JUDGE GAMBILL:  Okay.

15        MR. MCLANDRICH:  And so -- and then frankly,

16   the settlement in general was premature at that

17   point. And so that was kind of where that stopped.

18   But, you know, again, I -- I'm happy to have the

19   dialogue.  I just know there's some practicalities

20   to the successful dialogue that, you know, we

21   haven't been satisfying yet and --

22        JUDGE GAMBILL:  And your carriers are not going

23   to just --

24        MR. MCLANDRICH:  I've already --

25        JUDGE GAMBILL:  -- eagerly see --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

MEETING, taken on April 24, 2023

```
1        MR. MCLANDRICH:  Well, I've already been told,
2   you know, when I was -- trying to think what was the
3   context of it.  Might have been about that -- it was
4   probably about that time when the plaintiff said,
5   "Hey, are you interested in having this dialogue?"
6   And my lady said, sort of very politely to me,
7   "Well, you know, I need -- I need names of people,
8   I need to know how long those names were over
9   detained, I need to know how many of them there
10  are."  And I thought to myself, "Oh, that's right.
11  It's an insurance company."  I mean it's an
12  actuarial world over at the insurance company,
13  right?
14        JUDGE GAMBILL:  Sure.
15        MR. MCLANDRICH:  You tell me how many,
16  how -- when, you know, and I've got to count all my
17  beans. And so that's just what, you know, it's just
18  something I'm going to have to be able to reasonably
19  satisfy them with.  And it's never going to be, you
20  know, every single person just because what we're
21  talking about, it's going to be projection.  But
22  here's the sample, here's the projection, you know,
23  here's where we are. And now, my carrier is, you
24  know, pretty well abreast of things.  I don't
25  know -- the other access carrier doesn't have an
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on April 24, 2023

1    attorney that they've retained.  I don't know, you

2    know, how up to abreast they are.  I think that the

3    legit people, you know, as a result of reports that

4    John sends them, report up to that excess carrier.

5    But, you know, all those cats are going to have to

6    get herded as well as the part that's legit and the

7    part that's going to be Louisville Metro Government.

8         MR. BALLINGER:  What's your limits?

9         MR. MCLANDRICH:  I don't remember.  I think

10   it's two and a half, but it could be five.  I don't

11   know, I'd have to check.

12        MR. BELZLEY:  But then there's another

13   excess --

14        MR. MCLANDRICH:  I think it's two and a half.

15        MR. BELZLEY:  Okay.

16        MR. MCLANDRICH:  Yeah, yeah.  And, you know,

17   but the thing -- yeah, I mean, those, they're likely

18   different time periods.  I -- I'm guessing they're

19   different time periods.  I think my ladies actually

20   may be in the earlier time period for a couple, you

21   know, years or so, and then maybe the new one.

22   And I think at this point they don't even have one.

23        MR. BELZLEY:  Is that a declining balance?

24        MR. MCLANDRICH:  I think after the Breonna

25   Taylor thing, they don't have any excess.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on March 24, 2023

1       MR. BALLINGER:  Yeah, they don't.  Is yours a

2  declining balance?

3       MR. MCLANDRICH:  No, I mean, as an excess

4  policy, I don't think it would be a waste in policy.

5  Because as an excess policy, they have no duty to

6  defend, and they've just asked me to participate.

7       MR. BALLINGER:  Money's been on Dr. Cowan --

8       MR. MCLANDRICH:  Yeah, I didn't help

9  facilitate.

10      MR. BALLINGER:  -- you know?

11      MR. MCLANDRICH:  Yeah.  I don't -- he's not on

12 their nickel.  He's been on the legit nickel, I

13 think. Or, you know, exhausting the remainder of the

14 Louisville Metro self-insured retention and then

15 into the Legit player.

16      MR. BALLINGER:  Yeah.

17      MR. BELZLEY:  Well you know, we talked earlier

18 about -- or you may have mentioned John, about a

19 shot - - a shock, something that shocks the system.

20 And I'll just say that I'm surprised -- I'm not

21 aware of it happening if it has, and I'm surprised

22 that it hasn't happened.  Somebody being over

23 detained for eight days or so for -- in any --

24 they're being over detained. They're past -- well

25 past their release date and they get killed in the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  jail or they die of something in the jail or

2  something like that.  And the right circumstances --

3       JUDGE GAMBILL:  And they don't join the class.

4       MR. BELZLEY:  -- that could be a seven-figure

5  liability case right there because you say, you

6  know, "This man had a -- or this woman had a right

7  to be released when her -- and had she been, this

8  would not have happened."  So that's a dark day, but

9  it can happen.  And the exposure on something like

10 that could be extraordinarily significant.

11      MR. BALLINGER:  I've had a couple people

12 contact me that when I looked at it, yep, they

13 appeared to have been over-detained and one of them

14 said he got the, you know, the crap beat out him

15 because somebody was trying to steal his tennis

16 shoes and he's got scars on his head for the rest of

17 his life.  And it was during his over detention

18 period, so

19      MR. MCLANDRICH:  Yeah, I don't know how that

20 would work from a causation standpoint.  I'd have to

21 think on that one, but hopefully I won't have to

22 think on it too much.

23      JUDGE GAMBILL:  Okay.  Is there anything

24 further?

25      MR. BELZLEY:  I think we got it.  Bethany, just

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    send me a plain PDF and I'll send it to everybody

2    else.

3          COURT REPORTER:  All right.  Will do.

4            (MEETING CONCLUDED AT 12:35 P.M. (ET))

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1           CERTIFICATE OF REPORTER

2       COMMONWEALTH OF KENTUCKY AT LARGE

3

4    I do hereby certify that the meeting in the foregoing

5    transcript was taken on the date, and at the time and

6    place set out on the Title page hereof, by me and that

7    the said matter was recorded digitally by me and then

8    reduced to type written form under my direction, and

9    constitutes a true record of the transcript as taken,

10   all to the best of my skill and ability. I certify that

11   I am not a relative or employee of either counsel, and

12   that I am in no way interested financially, directly or

13   indirectly, in this action.

14

15

16

17

18

19

20   

21

22   BETHANY BELLOFATTO

23   COURT REPORTER/NOTARY

24   COMMISSION EXPIRES ON: 09/11/2025

25   SUBMITTED ON: 04/27/2023

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

---

**1**

**10** 26:13 117:20

**10,886** 9:22
10:10,14

**100** 24:21
36:10 83:12

**10th** 6:5 109:2

**11:59** 147:6

**12** 26:8 35:7,10
39:17 104:14
129:17

**12-hour** 35:17
104:14

**12:01** 147:7

**12:35** 158:4

**12th** 7:4

**14** 58:23

**142-page**
41:23

**16** 11:21 29:15
69:16

**17** 11:21 93:6
150:24

**17th** 6:7 8:10
25:14 41:20
72:20 93:2,10,
12 113:12,20
119:9,14,25
121:15

**186,000** 36:18
134:1,5,18

**18th** 121:17

**19th** 121:18

**1:00** 142:9

---

**2**

**2** 116:9

**20** 86:20

**200** 19:11

**2007** 151:14

---

**2016** 11:9 14:5
15:8 29:24 33:3

**2017** 11:11,12
14:6 29:24
150:23

**2018** 142:24

**2019** 104:1,6

**2020** 95:25

**2021** 92:8

**2022** 92:8

**21** 119:4

**24** 18:14 25:20

**25** 151:17

**25.48** 26:16

**27** 25:12,20,22
26:23 44:6
47:24

**2:00** 142:15

---

**3**

**3** 33:3

**3,418** 10:12,14

**30** 121:19 124:5
138:4 152:13,
16 153:1,10

**32** 10:14

**3:00** 142:15

---

**4**

**4** 130:11

**40** 88:5

**400** 131:25

**431.066** 141:17
146:15

**441** 143:2

**441.127** 141:9,
10 142:22
143:1

**45** 119:13

---

**5**

**5** 130:11

**50** 88:4 133:4
134:13

**50-5** 29:1 47:18
72:22

**50-6** 29:1

**500** 131:25

**51** 40:9

**53F** 118:8,9

**56F** 118:5

---

**6**

**60** 36:25 78:20
88:5

**68** 10:16

**6:00** 142:11

---

**7**

**7.3** 129:25
130:8

**70** 36:25

---

**8**

**8,437** 28:4,7,
16,18,23 44:6,
12 112:13
131:2

**8,500** 131:11

**80** 35:4 38:19

**84** 132:21

**86** 44:16,17

**89** 25:10

---

**9**

**9,300** 134:10,
19

**90** 38:20

---

**925** 82:19

**94** 37:7

---

**A**

**a.m.** 142:9,10,
11,15

**abreast** 154:24
155:2

**absence** 14:25
45:8,9 53:19
54:3 55:3 75:5

**absolutely**
57:4 102:15
128:6 147:5

**absolves** 69:2

**access** 154:25

**accomplish**
7:2 93:2

**accord** 58:18

**achieve** 60:25

**acknowledge**
48:7

**acting** 118:11

**action** 74:6

**actual** 46:12
51:20 53:17
54:3 55:5 71:5
79:6

**actuarial**
154:12

**add** 67:1 88:11
125:15,17,21

**added** 33:21

**addition** 44:13
88:13 95:12

**additional**
52:1 92:6

**address** 59:3
62:8 130:19

**addressed**
32:6 53:9

**adds** 24:6

---

**adjudication**
63:15

**administration**
41:6,11 134:25

**administrative**
66:24 144:8

**administrator**
76:10,14

**administrators**
81:4

**admittedly**
87:22

**ads** 66:15

**advance** 6:10
104:16 105:4

**adversarial**
21:9

**advertisement**
92:17

**advice** 91:7

**affect** 17:9

**affected** 22:14

**affidavit** 48:11

**afford** 59:13
65:20,22

**afforded** 66:24

**afternoon**
115:3

**agenda** 6:23

**agony** 110:23

**agree** 10:25
11:3,5,24 12:1
15:23 23:1,13
24:19 29:25
30:14 34:11
35:17 36:7
58:24 60:20
70:22 76:17
91:4,6,9 95:24
104:24 105:5,
22 120:1
123:22 136:16
142:10 148:6

**agreed** 6:9
8:18 32:13

---



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

53:3,8,9,10
56:25 63:16
76:2,3 82:21
93:22 95:10
106:8 107:8
114:3 116:23
119:5

**agreeing**
30:17

**agreement**
36:25 85:25
86:1 88:11
118:15 122:21
126:4 128:8

**ahead** 17:14
43:1 120:14
150:6

**akin** 39:25

**algorithm**
66:14 70:23
75:16 77:13

**algorithms**
66:16

**aliases** 38:12
68:23

**all-** 39:21

**alleged** 25:18

**allowed** 94:19

**alluding** 93:13

**Almighty**
84:19

**amalgam** 24:2

**amended**
90:23 142:24

**American**
141:20

**amount** 28:14
58:18 72:7

**amounts** 60:18

**amputation**
111:15

**analysis**
22:16,17 24:12
72:7 78:23 95:2
116:13,14
123:25

**analytic** 69:25
98:8,16

**analytics** 54:8

**analyze** 115:2

**analyzing**
32:21 60:2

**angels** 57:10
64:10

**anniversary**
140:10,11

**anomalies**
34:16

**anomalous**
36:5

**answers** 8:2
44:7 64:2 80:20

**anticipate**
152:12

**anticipated**
53:8

**Antonio** 6:22
113:3

**anymore**
108:4

**AOC** 85:10

**apartment**
20:2

**apologize**
120:15

**apparent** 54:9

**appeal** 76:13

**appeared**
157:13

**appears** 10:20
26:18 47:7

**apples** 27:5,6

**applicable**
26:17

**applies** 75:17

**apply** 76:10

**applying**
124:10

**appointed**
64:15

**appointing**
89:13 116:9

**appropriately**
63:13

**area** 19:23 20:5
144:24

**areas** 20:8,12
52:17

**argue** 70:13

**arguing** 70:14

**argument**
82:13

**arisen** 53:23

**arithmetic**
104:2

**arose** 6:15

**arrested**
67:19,23,25
68:1

**arrogate** 90:5

**articulates**
84:14

**ascribe** 21:23

**aspects** 77:19

**aspersions**
55:17

**assistance**
73:18

**Association**
141:21

**assume** 45:1
132:17

**assuming**
51:18 59:19
62:1 93:1,20

**assumption**
52:11 54:19

**assumptions**
54:22

**attachment**
18:5 26:1

**attachments**
98:6 102:8
105:11,12
116:18

**attention**
39:20,23 41:1
87:11 99:5
122:9

**attorney** 155:1

**attorney's**
6:17

**attorneys**
112:23

**audit** 20:1

**August** 6:5 8:4
109:2

**authority**
64:23 83:2

**average** 24:3
111:17 112:3

**averages**
31:24

**avoid** 109:14
110:5

**aware** 156:21

**AWOL** 35:2
130:12

———————

**B**

**back** 8:7 11:8
12:5 14:5,6
15:19 18:17
29:14 33:3,17
41:11 50:21
55:17 58:10,11
62:18 72:22
74:21,22 79:1,
2,3 81:10 88:1
89:9 98:1
100:17,25
102:9 103:10
109:22 111:24
113:5 115:23
137:22 139:20,
22 143:21
147:11 149:21

**backing** 8:14

**backwards**
96:6

**bad** 31:12

**bake** 21:17

**baked** 21:4
22:7 23:13

**balance**
155:23 156:2

**Ballinger** 7:9,
13,22,25 8:25
9:2,11,17,20,24
10:5,10 11:1,
10,14,18,23,25
13:11,14 14:1,
7,12,18,20
15:3,12,18,24
16:8,11,14,19
17:12,15,22
18:2 19:3,6,9,
14 21:7,14,25
22:7 23:1,3,25
24:8,18 25:3,
15,17 26:7
27:5,8,12,15,
18,21,24 28:3,
5,8,12,17,19
29:2,5,11
30:14,25 31:4,
11,14,18 32:8,
22 33:7 35:7,
10,13,19 36:7,
18 37:5,19
38:13,16,25
39:6,24 40:6,
16,19 43:12,14,
25 44:5,13,18,
21,23 46:13,21
47:3,8,10,21
48:17 50:3,13,
21 51:2,6,10,12
52:4 61:16,21
64:7,23 65:11,
15,21 69:5,8,
18,22 70:10,17
74:18 76:6
77:17 78:6,8
82:4,8,21,24
85:5 95:14,19,
22,24 96:2,5,
10,14,17,19
97:3,6 100:5,
18,24 102:20
104:20 105:21



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

106:1,5,9,14,
19,23 107:2,8,
11 110:20,22
112:12,14,17
114:7 116:10,
12 118:3
122:24 123:5,
12,15 125:5,11,
16,18,23 126:1
127:1,4,8,12,17
133:20 135:22
136:2,3,5,11,14
137:2 140:1,8,
13,17 141:8,10,
12 142:17,22
143:1,3,5,8,10
144:19,21
145:25 146:4,
15,24 147:10,
13,15,19
151:11,13,19
155:8 156:1,7,
10,16 157:11

**bank** 87:13
144:25 145:1

**bargaining**
62:6,7 65:10
80:9,17,19 81:2
83:3

**baseball**
150:25

**based** 23:21
45:23 55:9 56:9
66:15 91:13
94:1,4,16 95:5
103:18,19
124:14 128:18
130:11 131:22
135:24

**basic** 29:22

**basically** 38:6
52:23 98:5,13
101:11 132:12,
16

**basis** 77:11
94:9 130:15
132:15

**bat** 9:5

**batch** 138:4

**beans** 154:17

**bear** 87:22
103:16

**Beasley** 51:21

**beat** 157:14

**beating** 17:13

**Becky** 43:22,
23

**began** 53:23

**begin** 97:2
135:17 142:11

**beginning**
40:2,8 54:2

**belongs** 71:18,
21

**Belzley** 12:4
41:13,21,23,25
42:7,19,25
43:2,13,17,20
44:12,14,17,25
45:6,12,16
46:1,10 47:9,11
48:21 49:4,9,
16,24 50:1,11,
16,25 51:3,9,
11,14 52:5,10,
25 53:2 54:6
55:1,15,20
56:12,20,23
57:2,4,6 66:9
74:7,10,25
75:12 76:20,23
77:4,6,15 79:24
82:16 83:7,14
84:22 87:17
88:10 89:2,5
90:9 91:10
93:23 99:14,16
103:12,15
104:2,9,23
105:18 108:7,
12,16 110:19
111:8 117:4,13,
18 118:1 123:9,
14,18 124:2,21
125:1,9 126:6,
11,13 127:21,
24 128:4,7,13,
22 129:3,5,12,
16,19 130:14,
23 132:5,8
133:1,7,9,21

134:10,15
138:2 139:1,6,9
141:14 143:7,9
149:9,13,24
150:20,23
151:7,24
152:12,16,19
155:12,15,23
156:17 157:4,
25

**Belzley's**
145:3

**bench** 77:9

**benefit** 46:16

**Berry** 114:14
123:14

**Bethany** 43:25
44:1 127:21
157:25

**biased** 132:16

**bid** 20:2,5

**big** 18:5,7,9
19:21 26:10
35:18 104:18
147:16

**bigger** 57:18
135:13

**biggest** 100:12

**bit** 10:18 11:15
17:11 23:22
30:6 36:12
61:10 78:4
105:5,15
108:22 113:13
115:2 142:3

**bizarrely** 38:9

**bladder** 105:19

**blah** 118:14
124:11

**blame** 109:20

**bled** 141:1
147:1

**bless** 63:17
121:25

**blessed** 116:2

**blindsided**
110:6,8

**blue** 38:17

**boat** 41:4

**bond** 53:16,21
67:22,23
141:17 146:17,
18

**bonded** 67:25
68:1

**booking** 43:3
108:24,25
131:20 146:21

**bound** 86:6

**boundaries**
26:5

**bounty** 80:17

**box** 59:9 99:2
100:9

**boxes** 98:20,22

**brain** 68:14

**brass** 99:6

**break** 7:15
129:1

**Breonna** 87:12
155:24

**briefly** 59:16

**bring** 42:22,23
87:21 97:22
106:11

**bringing** 85:6
103:16 111:14
145:17

**Broadway**
151:9

**brought** 20:10
27:13,17 28:16
41:1 65:25
74:16,21,22
91:25 110:20
150:22

**bullet** 53:11
54:1,6

**bunch** 15:15
127:19 145:19

**blindsided**

**burden** 109:6

**bureau** 31:16,
17 106:14

**bush** 17:13

**business**
128:2 147:24

**busy** 22:18
101:6

**buy** 147:20

**buys** 144:25

———

**C**

**calculate**
23:10 51:13

**calculating**
140:25 147:2

**calculation**
52:12 53:12,14
54:1 66:17

**calculus** 21:24

**calendar**
138:24

**call** 7:25 8:10
16:3 19:24
32:17 49:4
50:22 61:4
73:22 109:4
112:23 128:20
137:9,18
148:11 150:11

**called** 8:19
39:13 48:23
69:9

**calling** 6:12
39:12 40:23
68:9 113:20

**calls** 39:7

**cap** 71:22

**capable**
107:17

**capture** 24:25
95:10

**capturing**
24:24

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**car** 59:9

**care** 33:15 43:9
48:19 58:4
83:21 138:12

**career** 82:10

**carried** 12:25
13:2

**carrier** 71:15,
16 72:14
154:23,25
155:4

**carriers**
153:22

**Carroll** 38:3,
14,23 40:13,17
41:5 43:15,19
48:15 78:11
92:1 98:1
99:19,25 100:7,
20,23,25
101:10,19,23
102:2,7 106:15,
21,24 107:4,9,
22,24 108:2
113:24 114:13,
16,21 116:1
134:22 136:18
139:4,16,20,22
146:5,12 148:4,
11,13 151:12,
14,16,22,25
152:2,6

**case** 13:10
29:17 40:18
41:11 48:6
58:5,14 59:17,
20 60:10 61:4
63:13 69:9,14,
16 77:8,20
78:14 79:1
83:23,25 84:5
85:19 88:4,5,8,
25 89:20 94:12
142:24 143:6
150:22 151:5,
14 157:5

**cases** 30:5
69:12 76:21
151:2,4,9

**casting** 55:17

**cat's** 79:15

**category**
35:23

**cats** 79:14
155:5

**caught** 109:16

**causation**
157:20

**cells** 127:14

**Census** 31:15,
17

**cents** 80:16

**certification**
18:6 26:2

**certified** 48:7

**certify** 18:3

**certifying**
60:14

**chairs** 85:3

**change** 24:7
86:18 133:12
145:13,14

**changed** 38:10
128:19 130:9
141:6

**changing**
141:20

**characterized**
46:22,24 47:6

**charge** 68:10,
11

**charges** 67:22
68:2,5,6,7
69:12

**chart** 26:12
49:6 103:17

**charts** 26:13

**chasing** 85:11,
20

**chat** 113:5

**check** 34:11
70:4 155:11

**checked** 13:5

**checking** 78:1
98:16

**checks** 38:6
136:12

**chief** 143:15

**choice** 80:6

**choose** 9:3

**choosing**
39:19

**chronic** 59:2
74:7

**Chuck** 119:9

**Chuck's** 67:12

**Circuit** 143:15
151:1

**circulate**
119:17

**circulating**
118:22

**circumstance**
111:23

**circumstance
s** 157:2

**cited** 141:16

**cities** 65:21

**city** 39:1 59:10,
11 83:15 84:2

**civil** 19:24

**civilian** 19:25

**claim** 58:3,7
60:7 70:3 71:9
73:9 74:4
76:11,19 104:4

**claimants** 74:6

**claimed** 38:19

**claims** 102:13,
16,19

**clarification**
42:2

**clarify** 14:22

**clarity** 14:9,21
35:21 63:1,2

**class** 18:4,6
26:1 32:14,15
33:15 53:17
54:3 58:6 60:8,
14 61:5 69:15
71:1 73:1,7
74:6 75:17
76:10,14 83:21
102:18,19
104:13,14
128:25 134:3
150:10 157:3

**Clay** 77:21

**cleanup** 105:8,
10 130:2,11

**clear** 48:1
93:24 124:2

**clerk** 66:22

**click** 66:12

**close** 114:25

**cloud** 145:8

**coffee** 123:8
132:25

**cognizant**
78:17

**collaboration**
109:3

**colleague** 62:2

**collect** 104:10,
11

**collection**
33:25 78:23
79:9

**collectively**
63:20 64:3
140:6

**color** 17:11

**column** 49:6,
13,16 51:15
125:14

**columns** 47:19

**combine** 93:14

**combined**
42:17

**combining**

34:12

**comfort** 24:15

**comfortable**
91:20

**comment**
47:23

**commit** 120:2

**committee**
143:14

**common** 31:21
58:4

**communicate**
111:2

**communicatin
g** 145:20

**companies**
72:3

**company**
154:11,12

**compare** 27:9

**comparison**
29:4 112:20

**compel** 62:5

**compensable**
128:24 129:8,
14,21

**compensate**
35:2 59:11

**compensation**
61:5

**competent**
22:21

**complaint**
18:1,2

**complement**
21:21,22

**complete**
86:12

**completed**
72:7

**completely**
23:14 61:14
81:12 84:17



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

compliant
74:23

complicated
11:15 68:21

comply 115:18

computer
116:3 141:3

computers
9:14

conceptual
87:9

concern 27:4
113:16 124:6

concerned
111:11 142:14

conclude 7:6

CONCLUDED
158:4

concrete 87:7

conditions
20:6

conference
137:9 150:17

confidence
92:11

confinement
67:7

consent 81:15
82:11,16 84:9
86:23 87:12

consistency
16:2 145:9

consistent
83:9

constantly
20:8

constituency
80:10

constitutional
69:2

constructive
88:21,23

consult 138:9

consuming
105:15

contact 73:21
144:9 157:12

contacting
126:15

content 63:3

context 154:3

continue 88:12

continuing
86:13

contract 79:20

contract's
79:23

contributes
23:17

control 61:14
73:20 107:25
108:17

controls
143:13

conversant
71:16

conversation
12:4 33:12 65:5
89:18 149:2

conversations
60:12 88:22,23
123:9

convert 9:14
116:18 127:9

converted
8:25 9:17 127:8

convertible
8:23

convince
145:12 146:12

cooperative
87:25

copied 43:8
126:22

copy 12:23,25
41:16 42:21,24
43:13

core 66:10

correct 20:21
26:22 28:15
45:10 102:21
125:21 134:4,
17

corrected
83:15

Correctional
141:21

corrections
22:4

correctly
16:15

correlate 56:7

correlating
72:21

corresponds
142:12

cost 59:1 65:14

counsel 6:23
81:4 117:23

count 54:7
154:16

counterbalanc
e 136:23

counterprodu
ctive 148:23

county 6:17
58:12 77:7

couple 29:12
31:1 36:14 42:1
61:9 78:13 90:1
136:15 142:4
145:5 150:10
155:20 157:11

court 7:3 14:15
15:22 17:24
26:7 37:4 43:21
44:2 47:19 48:4
53:13,16,20
54:14 60:4
62:24 63:17
66:2 68:10 69:5
76:17,25 77:9
83:2,8 88:1,7
89:13 90:5

97:21 100:16
109:22 116:8
118:12,21,24
119:3,8 127:23
128:1,6 138:22
143:13,15,18
144:15 146:5
148:17 150:15
151:1,16 158:3

court's 51:20
58:2 60:13
81:24 86:1

courts 39:18
66:25 67:3
73:17,21 144:8
145:12

covered 66:22
68:13

COVID 8:16
72:18 75:1,2
88:15 90:19
91:6 92:5,7
93:2,25 95:16,
25 96:16,19,21,
23 97:18 98:2
120:5 130:21
133:6 134:20
135:3,7 136:6,
15,16 153:13

Cowan 6:10,21
7:22,24 8:2,23
9:1,10,12,19,23
10:4,8,25 11:5,
11,17,22,24
12:1,21,24
13:13,20 14:2,4
15:15,23 16:1,
9,13,18 17:10,
14,21 18:1
19:2,4,7,10,18
23:2,4 24:1
25:5 26:6,22
27:7,10,13,17,
20,22,23 28:2,
4,7,10,13,18,20
29:3,7,21 31:3,
10,12,15,19
33:2,5,12 35:9,
12,14 36:6 37:3
41:14,18 42:5,
9,23 43:1,10,22
44:1,3,9 45:5,
11,14,17 46:9

47:7,12,17
49:5,8,15,21,25
51:18 52:9,24
53:1 54:25
55:14 56:24
64:9 69:25
74:25 89:22
90:16 91:17,24
92:9,15 93:9,
12,19 95:15,17,
21,23 96:1,4,8,
12,15,18,21
97:4,7,11,15
99:1,15,17
100:6,11
102:10,11,15,
24 103:4 104:9,
15,21,24
105:22,25
106:4 107:13
109:6,12 110:8,
11 112:9,11,16,
18 113:7,23
114:15,20,23
115:21 116:3,
11,14 117:23
119:10,15,18
120:4,6,12,15,
21 121:8,10
122:16,19,22
123:20,22
124:3,19,23
125:6,10,15,17,
21,24 126:10,
15,17,18,20,23
127:7,11,16,20
128:16 129:4,7,
15,22 130:1,7,
10,19 131:5,8,
12,15 132:2
134:2,4,11,13
135:4,9,11,24
136:4,9,20
137:3,9,14
138:2,6 139:19,
25 144:18,23
145:23 146:3,9
147:10,12,14,
17,20 148:9
150:10,13
156:7

Cowan's 6:6
7:6 88:12 91:7,
11 94:1 148:16
152:14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

crammed 81:21

cranked 63:12

cranking 60:1

crap 157:14

crazy 62:17
100:24 118:3

cream 123:7

create 48:23
60:5 70:25

created 47:1,2
53:5 55:7

creates 75:16

creation 48:23
49:5,7 50:12,
20,22 51:17,19,
25 52:3 54:23
55:4,24 75:4
77:12 88:16
91:13 94:7
103:22 109:9
124:1,17,25
125:2 132:15,
18

credit 140:23
141:1,12,14,17

criminal 38:25

criteria 76:10

criterion 60:7

critical 9:25
10:13 60:9
62:19

crunching
72:2

curing 58:12

current 141:5

cusp 72:17

custody 53:17

cut 27:21 34:23
36:15

cutoff 36:22

cuts 35:5

## D

daily 147:24

damages 66:4
94:25

damn 65:1

dark 121:1
157:8

data 8:11,12,
13,17 20:21,22
21:5,6,11,15
24:11,13,14,16,
24 29:14,20
30:8,13 31:6
45:24 47:17,25
48:2,3 52:11
53:3,5,6,8,10,
11,12 55:9
66:21 70:20
71:14 72:2,5,7,
18,24 78:23
79:9 84:20
97:8,9,18,23
104:18 105:9,
23 112:12,13
113:10,18,21
116:22 117:3
135:25 137:19

database 45:3

databases
34:12

date 49:12,16
50:5 51:16,17
75:4 83:20,21
90:19 94:7
97:22,24
103:22 106:11
109:8 113:14
114:6 118:2
119:7,25 120:1,
2,7,8,10 121:14
122:4 123:25
124:17,24
125:1,8,9,10
132:15 138:23
156:25

dates 77:12
94:4 124:22,24

David 61:18
85:6

day 18:14,22
22:5,20 43:6,7
49:17,18,22
57:19 58:21
60:13 69:6
74:24 82:13
85:16 126:20
140:23,24
142:6 146:19
147:3,4,6,7
157:8

days 37:22
38:20 49:19
58:23 67:20
78:20 94:13
117:20 118:20
119:4,13
121:19 124:5
128:2,9 138:4
139:10 147:8
152:13,20
153:1,10
156:23

daytime
142:13

DC 74:18

deal 32:3 52:18
59:22 63:20
68:20 69:13
71:13 78:12
85:10 107:16

dealing 83:16
111:19 135:17

dealt 56:18,19
72:4

debate 16:21

decide 76:11,
18

declining
155:23 156:2

decree 81:15
82:17 84:9
86:17,24 87:12

dedicated
58:12

deemed 53:22

deep 83:6

defend 156:6

defendant
65:4

defendant's
59:1

defendants
55:18 57:11,21
94:15

defense 39:1
97:9

deficiencies
60:16

deficiency
60:19

degree 59:8

delay 54:9
83:25

delayed 22:6

delegate
144:10

deliver 115:16

delve 38:18

demand 86:14
87:3 88:20
149:14 151:25
152:3,13

denied 77:10

department
17:20 18:14
20:3 86:24
108:9,13

dependent
133:13

depending
23:23

depends 42:9
57:10

deposing
19:15

deposition
65:7

depositions
19:11 61:11,13
80:21,25

deserves
43:23

desire 84:4

desk 68:12

details 6:25
70:15

detain 133:18

detained 17:6
18:10 32:20
36:4,11,23,24
37:1,8,11 39:2,
16 43:5,6 54:18
56:6,11 57:24
58:1,22 59:6
60:15 68:16
70:6 72:10
75:22 76:15
94:12,13 95:9
104:12 105:3
124:11,14
130:16 131:11,
25 134:19
135:2 154:9
156:23,24

detent 124:10

detention
34:20,23 36:9
52:21 55:6,11,
13 57:16 84:16
115:7 146:20
157:17

detentions
20:11 30:15
34:15,16,18,25
57:12 58:13
59:3 60:24
64:12 74:8
83:20 103:20
128:18,23,24

determination
52:16 56:5,9
130:16

determine
25:22 38:4

determining
31:24 36:3
37:16

deterrent
149:3

detracts 31:24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 166 of 181 PageID #:
3571
MEETING, taken on April 24, 2023

166

devil's 70:15

devoted 59:11

dialogue 25:1
66:6 73:2,25
74:1 86:10
109:4,15
143:17 144:7
153:19,20
154:5

dialogues
72:15

die 157:1

difference
35:18 75:7
131:21 132:10,
11

difficult 63:19

digital 66:18

digression
142:3

dimension
87:6

dips 133:16

direct 29:4
58:2

directions
123:8

directly 53:9
120:23 126:17

disagree 15:13

disagreeing
125:6

disagreement
86:14

disclosure
67:17

discouraging
152:5

discover
108:22 109:11,
16

discuss 60:11

discussed
113:11 114:2

discussing
130:15

discussion
19:13,15 80:2
87:8 105:17
113:15

discussion's
119:13

discussions
59:8 120:24
153:9

disposition
68:11

dispute 48:2
76:5

disrespect
99:4

disrupt 89:17

distances 6:21

distributed
58:6

distribution
23:10,17,18

distributions
23:23

district 83:8
146:5

Doc 148:5

docket 81:10
151:5

docs 118:23

doctor 54:7
60:13 62:21
86:9 103:15

document
51:4 52:11
54:19 114:12
140:7 148:17

documentatio
n 52:15 54:10,
23 55:4,23 75:5
88:17 91:15
94:5,6,14,18
95:6 103:23

documented
52:2

documents
48:25 54:14
97:23 124:15,
16 132:12,13
138:5,8,16,20

Doe 68:24

doggone
29:20 98:12

dollar 80:16

dollars 71:22

domain 149:1

door 16:12

double 135:19

doubt 46:17

draft 119:16,22

drag 87:22,24
121:19

Dragon 64:25

drew 96:21

drive 27:17
28:16 59:8
110:21 113:10

droning 70:7

drop 135:13

dropped
135:4,5 139:8

drunk 132:25

ducks 86:7

dude 81:6

due 6:7 7:3
90:19

duty 16:4,6
43:4 53:14,22
54:4,8 67:6
69:3 156:5

dynamic 86:19

_____

E

e- 10:7 11:13
12:14 15:9
42:14 46:18

e-mail 12:10,
12,16 13:7,15
15:10 38:17
47:23 51:22,23
52:7 66:13
97:17 98:18,20,
22 110:3
116:16,25
137:18,21
144:16

e-mails 10:8
11:7 12:2 33:21
46:20 52:3 90:8
110:14 114:3
115:5 119:11
124:5 126:22
143:19

eagerly 153:25

earlier 62:10
111:9 145:3,18
155:20 156:17

early 136:22

earnest 60:12

easier 43:8
63:18 74:24

easy 9:14
78:11

EDT 143:6

effect 135:20
142:23

effective 66:6

effectively
58:9

efficient 66:19

efforts 48:5

egregious
39:23

EGT 84:5

elapsed 53:14
54:2

electronic
13:9 34:11
84:19

electronically
27:16 33:22,23

Ellen 51:21

embedded
85:25

emphasizes
54:13

empty 85:3

end 24:16,19
29:15 32:16
68:16 74:24
78:24 83:21
85:16,19 88:1
111:5 119:14
120:9 124:4
128:4 152:17

ends 68:12
69:16

energy 61:1

engage 22:15,
17

enter 117:5

entered 66:21

entire 65:10
71:1 73:7 75:17
99:10 102:13

entities 144:25

entitled 140:23
142:8

envision 93:3
148:15

envisioned
109:3

Equals 134:10

equates 72:11

eradicated
84:17

essentially
22:4 70:13
99:19

establish 19:4

estimate 23:19
24:7 30:22
31:20 111:6
128:17

evaluate 22:5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | | | | |
|---|---|---|---|---|
| **evening** 114:23 | **expert** 22:3,4 65:24 103:11 | 18:23 22:9 61:19 | 35:15 59:5 79:5 81:8,9 85:24 105:12 127:18 | **finish** 40:20 105:1 113:12 114:6 |
| **event** 121:13 | **expertise** 103:16 | **factored** 20:16 38:11 | **figured** 69:1 115:3 | **finished** 98:24 |
| **eventually** 13:4 | **experts** 84:7 | **facts** 16:23,24 31:5 54:14 | **figuring** 105:3 | **finishes** 86:9 |
| **everyone's** 24:15 | **expiration** 53:15,19 | **failures** 60:16 | **file** 12:11 32:21 34:21,22 46:2 | **fits** 47:15 |
| **evidence** 94:16,19 118:14 | **explain** 131:21 | **fair** 75:10 128:15 | 50:17 68:12,13 104:19 109:1 110:21 112:12 | **fix** 58:19 59:2, 13 64:25 70:8 83:11 85:17 86:4 87:4 |
| **evidentiary** 48:4,8 | **explanations** 54:9 | **faith** 59:5 | 131:16 144:1 | **fixing** 84:6 |
| **evidently** 98:3 | **explore** 73:14 153:2 | **fall** 60:21 | **filed** 17:24 18:4,6 69:14 148:16 | **flag** 67:4 125:21 |
| **exact** 50:6 | **exposure** 65:4 95:3 157:9 | **familiar** 37:5 143:5 | **files** 12:6,7 30:9 33:20 | **flags** 125:22 |
| **examples** 25:18 | **expunged** 44:11 | **family** 39:6 40:23 | 34:10,24 46:3 50:14 51:7 60:1,2,3 67:14, | **flash** 27:17 28:16 110:21 113:10 |
| **Excel** 9:16 28:24 110:21 127:10 | **extended** 79:20 | **faster** 117:1 | 18 108:24,25 110:13 116:25 | **fly** 113:3 116:4 |
| **excess** 71:15, 16,23 72:14 155:4,13,25 156:3,5 | **extension** 93:7 | **fault** 10:21 26:24 37:24 | **filing** 6:11 138:21 149:20 | **focus** 64:4,5 69:25 73:15,17 79:8,11,12 86:15 98:8 |
| **excuse** 49:25 64:7 77:22 | **extent** 20:24 21:2 57:12 58:25 148:24 | **favors** 55:18 56:17,18 | **Fill** 104:4 | **focused** 79:7 |
| **exercise** 54:16 55:8 79:16 | **extra** 28:22 110:15 | **fax** 12:6,10,13, 17,18 13:15 | **filled** 49:23 | **fold** 95:17 |
| **exhausted** 71:20 | **extracting** 97:19 | **faxes** 12:9 | **final** 6:6,12,13 8:10,14 120:2 124:5 128:19, | **folks** 67:1,3 108:17 116:4 123:17 |
| **exhausting** 156:13 | **extraordinarily** 157:10 | **February** 33:3 69:16 126:3 | 20 129:14 130:20 138:3,4, 6 148:16 | **follow** 123:8 |
| **exhibit** 26:1 47:18 | **extrapolate** 20:13 77:15 | **federal** 62:4,12 151:1 | 152:14 | **follow-up** 15:22 19:1 |
| **existed** 14:24 30:10 31:7 | **extrapolation** 23:11 93:16 | **fee** 106:14 | **finaled** 8:15 | **force** 80:12 136:24 |
| **existing** 119:7 | | **feed** 66:13 110:17 | **finally** 34:20 | **foresee** 149:10 |
| **exists** 52:13,22 144:3 | **F** | **feel** 91:20 110:8 111:3 115:19 | **find** 31:7 33:9 39:4 42:20 45:1 58:11 61:25 | **forever** 78:4 85:19 87:23 |
| **exit** 149:23 | **face** 54:10 | **feet** 87:23,24 121:20 | 104:5,7 139:13 141:4 144:3 146:1 148:5 | **forgive** 104:15 |
| **exiting** 103:2 | **facilitate** 156:9 | **fellas** 89:17 | **finding** 43:3 | **form** 8:24 29:1 44:8 71:10 103:10 104:5 |
| **expect** 13:7 | **facility** 146:20 | **fewer** 135:16 | **findings** 56:15 130:6 | **format** 8:22 |
| **expected** 43:5 | **fact** 12:15 23:5, 9 26:25 29:24 33:13 63:2,17 64:10 104:25 140:15 142:7 | **field** 42:9 49:22 | **fine** 39:18 65:8 92:23 128:3 135:24 141:8 | **formulate** 77:24 |
| **experience** 35:25 | **factor** 17:8 | **fight** 57:19 | | **forte** 64:20 |
| | | **fighting** 57:10, 17 59:14 | | |
| | | **figure** 20:14 32:18 34:22 | | |



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**forthright** 106:25

**forward** 37:15
84:14 92:13
102:3 108:20
126:14 151:22

**found** 12:24
13:5 14:15 20:2
27:22 28:19,20
29:4 34:25
39:14 40:10
44:8 46:18
130:12 131:13

**foundational**
21:6

**four-hour**
104:13 128:25

**four-month**
93:25

**fourth** 49:13
53:11

**Franklin** 77:7

**frankly** 22:21
80:2,13,23
153:15

**freak** 81:3

**free** 90:7

**Friday** 115:2
128:3,13

**front** 29:22
88:1

**full** 25:19 37:16
92:20 93:5 99:5
111:7 115:4

**fully** 20:25
59:10 60:18

**fulsome** 19:12

**functionary**
144:10

**fund** 58:4

**funneling**
34:1,2

**funny** 34:7
131:15

**fussing** 58:16

**future** 113:24

---

**G**

**gained** 36:1

**Gambill** 6:3
7:10,14 12:20,
23 25:13,16
28:6 41:19,22,
24 52:16 56:22,
25 57:3 76:22
77:2,5,22 78:10
81:14,20 82:1,
10,18,22 83:5
85:2 89:8,11,16
90:10,17,21,24
91:3,16 92:7,14
93:1,10,18,21
95:13 97:8,12,
21 99:12,24
100:2,13,21
101:9,16,22,25
102:6,9,12,16,
22,25 103:6,13,
25 104:3
105:20 106:7,
10 107:20
108:1,15,18
109:13 110:10
112:6,10 113:2,
19 114:11
116:8 117:2,8,
14,17,22 118:2,
8 119:1,21,24
120:5,11,14,20
121:6,9,11
122:6 123:24
124:20 125:4
126:2,8,12,14,
19,21,24 127:3
128:12,15
129:1,18,23
130:4,8,18,24
131:7,9,14,24
132:3,6,21
133:6,8,24
134:3,6,12,16
135:6,10,21
136:13 137:6
138:1,14,25
139:2,8,12,18,
21 141:19
142:16,25
143:2,4,12,25

144:20,22
145:22 146:8
148:12,15,20
149:4,6,12,19
150:5,12,15,21,
24 151:8,15,17
152:1,4,7,15,
18,21 153:6,14,
22,25 154:14
157:3,23

**gave** 43:10
99:1 120:16

**general** 86:3
153:16

**generally**
128:23

**generating**
74:5

**gentlemen**
61:10 63:24

**get all** 102:7

**gift** 147:12

**gig** 147:18

**gigabytes**
147:16

**gigs** 147:13

**give** 17:11
28:22 43:22
68:23 71:5,6,7
72:6 78:9 98:24
112:11 113:23
115:15,17
117:13 118:12,
19 120:18
128:9 139:9,11

**giving** 112:21
146:10

**glitch** 138:7

**glitches** 84:19

**goal** 36:15
37:14

**God** 57:9 66:11
81:5 84:18

**good** 7:23,24
8:2 29:7 31:23
59:5 60:13
76:19 91:22

92:5,12 122:12
128:20 137:7
140:23,25
141:12,14
142:9 144:4

**goodie** 147:22

**Google** 127:18

**government**
20:1 71:19
73:19,20 86:21
155:7

**gray** 52:17

**great** 27:4
56:21 112:25
122:20 145:7

**Greg** 47:23
50:24 56:2 64:8
125:4 126:2
141:12 143:5

**Greg's** 24:18
85:15

**grew** 31:15

**ground** 19:4

**group** 36:2
73:1 87:20
137:22 143:23
144:3 145:15

**growing**
151:10

**guess** 20:3
29:18 47:16
98:5 119:7
138:14,20
147:23 149:7

**guessing**
155:18

**guy** 67:5,19
69:8,10 98:2
101:1,4 106:18
107:5,16,19
111:13 123:19
125:20 141:13

**guy's** 67:22
104:8

**guys** 27:24
29:14 48:5,9
73:3 84:1 85:16

87:4 88:1 96:23
99:17 105:16
109:25 111:3
115:1 116:3
132:24 150:25

---

**H**

**half** 69:15
71:22 96:5
147:18 155:10,
14

**Hall** 26:16

**halves** 64:6

**hammer**
122:11,13

**hand** 85:22
110:21 113:9
116:19 135:15

**hand-carried**
13:15

**hand-carry**
12:21

**handle** 29:16
149:7

**handling** 32:20

**Hang** 144:22

**hanging**
151:10

**happen** 72:12,
13 78:8,25
80:12,13 93:6
94:17 157:9

**happened**
26:2 29:24
101:12 111:16
153:3 156:22
157:8

**happening**
30:1 64:14
156:21

**happy** 19:13,
14 42:20 44:23
69:20 72:14
103:13 113:18
126:6 141:25
153:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

hard 12:23,25
33:3,10 37:2
83:23 87:10

harder 9:6

head 33:17
57:10 122:25
157:16

hear 25:11 38:7
85:7 101:4
112:25

heard 65:7
98:17 112:4
118:13

hearing 97:24
133:25

heel 66:1

held 37:21
38:19 129:12,
19

helpful 112:19
125:23 127:2

helps 84:23

herded 155:6

herding 79:14,
15

hey 8:11 9:6
15:22 18:23
20:17 37:21
39:1,7 41:4
64:19 98:8,19
101:1 108:3
109:8,22,25
115:3 123:5
136:25 154:5

high 23:20
57:13,24 75:9
120:9 133:16

higher 26:19
40:24

HIP 130:12
133:10 139:5
140:5

hire 19:25

hired 22:21
32:7,9 71:14

hit 74:18

113:14 145:5

hold 85:18
141:7

holding 129:11
138:16

holes 104:7

home 139:15

honest 57:9

Honor 113:17
115:9 120:12
144:18

hope 7:2,5
15:20 113:23

hoped 30:25

hopeful 77:20

hopes 120:9

hoping 103:4
137:4

hopped 8:9

horizon 85:20

hospitality
6:20

hour 39:17
43:7 49:11,14
50:7,8 51:15
57:15,16,18

hours 18:14
25:20 26:8 34:6
35:7,8,10,11
43:5 51:24 52:1
58:23 75:22
104:13,14
128:25 129:12,
16,17,20

human 99:4
123:3

humans 84:18

hundred 36:21

hurry 145:10,
12

—————————
I
—————————

idea 13:1 56:21

75:18 86:4
117:5 142:9
145:7

ideally 58:14
83:18

identify 60:6
71:3 132:9

identifying
39:11

ignore 51:23

illusions 59:9

imaginary
56:17

imagine 136:2
149:25 150:14

immediately
121:16

immunity
66:23,24

impact 20:23
75:5

impacted 21:1

implicit 75:15
117:11

important
17:7,8 61:2,3
88:8 94:23

impose 54:7

improved
33:24

imputation
10:22 21:3
31:23 32:16
35:24 52:19
54:16,17,21
55:2,16 91:11,
12 94:3,10,16,
25 95:1,6,7
103:19 111:12,
16,18 112:1
124:9 132:10,
19,20

imputations
10:18 16:20
17:7,16 30:20
32:1 33:8 37:6,
7 53:6 54:15

92:21,22 94:2
103:16 112:14
124:13

impute 20:13
93:5 103:21

imputed
134:18

imputing
18:23 20:20

incarcerated
131:18

incarceration
139:15 140:11,
12,25

incident 40:25
41:2

include 44:7
138:11

included 25:9

inclusive
39:21

incorporate
119:8

increase 24:15

incumbent
81:8 85:23
87:19

indicating
53:19 103:23
132:14

indicator
91:22

individual
71:11 111:18,
25 112:1
116:17

individuals
45:19,21

info 31:6

information
10:6,11,13,15,
17,20,24 11:6
12:16 13:21,24
14:23,24,25
16:16 20:16
23:13 28:1

29:23 30:7,22,
24 31:9,25
33:2,25 36:13
42:3,11,13,14,
18 43:11 45:7,9
48:12 50:6
52:12,21,22
53:19 54:4
83:10 88:19
91:25 95:11
97:13 104:10
117:7 125:14,
19 130:12
133:14

informative
59:21

ingrained
68:17

initial 63:21
148:19

initially 107:5

injunction
74:21

injunctive
63:14 66:4 78:9
84:10

injunctive/
consent 86:17

inmate 20:23
26:15,20 32:15,
19 43:3 44:8,9,
10 46:6 51:25
105:13

inmate's
32:20,21

inmates 9:24
17:17 25:19
68:21 88:7

inquire 141:25

inside 150:25

instance 17:17

instances
18:21

instant 20:5

instituted
52:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

instructions
99:1,11 120:16,
19

insufficient
52:15

insulated 65:6

insurance
72:3 154:11,12

insurer's 95:2

insurers 83:17

integrated
8:20

interested
70:14 128:21
153:10 154:5

interesting
29:9 111:9
127:16 136:12

interests
58:14

interim 129:25
130:5

internally
39:11 106:18

interrupting
104:16

interspersed
11:20

interval 92:11

introduce
94:16

involve 94:3

involved 19:10
32:24 40:18
78:2 89:12
145:16

isolate 56:13

issue 14:6
29:22 89:21
103:8 108:22
111:23,24
127:5 149:17

issued 14:10
115:10 138:6

issues 6:15
68:3 84:16
124:6

_____

**J**

jail 14:14,16
46:5 49:1 67:4,
6 68:1 82:1,3
84:2 104:11
124:16 131:2,3,
4 132:14,16
133:3 136:6,8
141:22 143:7
157:1

jails 135:17

James 61:18
85:6

Jane 68:24

January
129:25

Jennifer 46:3
48:13

Jennings 60:3
79:1,2,3 106:6
109:24 121:24
122:1,5 149:25
150:3 151:3
152:8,23

Jim 7:8,20
24:10 40:14
46:2 59:24
64:25 125:2
145:23

job 16:22
19:24,25 20:4
85:14 87:19
92:24 99:21
135:18

John 6:17 7:12,
25 8:1 14:13
23:5 58:8 61:24
66:12 68:21
69:14 77:23
115:11,15,22
118:18 119:21
120:7 121:7
140:2,14
142:18 146:15
147:25 155:4

156:18

John's 23:4
138:12

join 157:3

judge 6:3 7:10,
14 12:20,23
14:13 25:13,16
28:6 41:19,22,
24 52:16 56:22,
25 57:3 60:3
66:20 68:3
69:8,10 73:22,
23 76:21,22
77:2,5,21
78:10,18 79:1,
2,3 81:11,14,20
82:1,5,10,14,
18,22 83:5 85:2
89:8,11,16
90:10,17,21,24
91:3,16 92:7,14
93:1,10,18,21
94:21 95:13
97:8,12,21
99:12,24 100:2,
13,21 101:9,16,
22,25 102:6,9,
12,16,22,25
103:6,13,25
104:3,17
105:20 106:6,7,
10,17 107:20
108:1,15,18
109:12,13,23
110:10 112:6,
10 113:2,19
114:11 116:8
117:2,5,6,8,14,
17,22 118:2,8
119:1,21,24
120:5,11,14,20
121:6,9,11,14,
24 122:1,5,6
123:24 124:20
125:4 126:2,8,
12,14,19,21,24
127:3 128:12,
15,23 129:1,13,
16,18,23 130:4,
8,18,24 131:7,
9,14,24 132:3,
6,21 133:6,8,24
134:3,6,12,16
135:6,10,21

136:13 137:6
138:1,14,25
139:2,8,12,18,
21 141:19
142:16,25
143:2,4,12,15,
25 144:8,20,22
145:22 146:8
148:12,15,20
149:4,6,12,19,
24,25 150:3,5,
12,15,21,24
151:3,8,15,17
152:1,4,7,15,
18,21,23 153:6,
14,22,25
154:14 157:3,
23

judge's 66:22

judgements
21:19 22:24

judgment
71:10 128:11

judicial 66:23

July 137:24
152:17

jumped 9:8

jumps 29:13

June 119:14
120:9 121:21
124:4 152:16

jury 94:22

_____

**K**

KDOC's 84:6

Ken 126:16

Kentucky
62:13,15 80:8

key 31:6 53:18

kick 69:3

kicking 142:14

killed 156:25

kind 7:1 8:8 9:6
13:4 16:22
17:13 21:17
29:8 31:23 41:7

84:9 85:7,15
99:7 108:15,18
109:3,8 132:24
139:11 141:19
142:5 149:22
153:1,2,17

kinds 72:5

king's 80:20

knew 10:6
24:10,13 40:22
47:1 74:15

knowing 64:1

knuckles 99:6

KRS 143:2

_____

**L**

labor 62:3,4,15
73:15 80:8

lack 63:1 78:15

ladies 155:19

lady 16:2 38:10
72:3 90:14
107:20 154:6

lane 89:16

language
84:25

large 131:8

largely 86:15

larger 32:17
95:8,9 131:22

late 25:19
110:6 136:22

laugh 39:3

law 62:4,12,15

lawyer 38:7
39:1,6,12,13
40:22 62:3,13

lawyers 7:1
29:18 79:18
84:1

leads 97:2

learn 33:18
62:14 110:17,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

19

**learned** 79:17
110:11,12,14

**learning** 60:10

**leave** 85:4
89:24

**left** 28:24,25
100:9

**legal** 80:11
94:23,24
111:21,23

**legit** 71:21
72:13 155:3,6
156:12,15

**lesser** 98:23

**letter** 119:1

**level** 24:15
61:8 86:13

**liability** 157:5

**life** 157:17

**likelihood** 22:1
32:19 36:3,22
37:1 52:20
59:16

**limine** 94:20

**limits** 71:25
155:8

**lined** 105:7

**list** 56:6,14
87:15

**listen** 151:15

**litigation** 6:10
15:21 19:22
25:4 32:11
40:2,9 57:21
58:19 61:12
81:17 86:20
87:15,16
143:22 149:22

**lived** 99:15

**LMDC** 10:2
13:3,5 15:1
39:3 53:23 54:2
60:16 61:8,15,
24 63:1,5 66:7

**68:**3 71:19
83:10 98:4
103:23 107:22
108:6,12 114:4
115:16 121:15
144:14 145:6,
13

**LMDC's** 53:15,
20

**LMPD** 103:23
108:8

**loading** 115:25

**loath** 89:12

**long** 6:18 33:10
34:10 72:9
85:21 91:10
92:9 106:16
109:25 115:19
116:21 136:15
154:8

**longer** 25:20

**looked** 9:21
11:19 12:12
17:17 22:10
25:8 28:9 32:12
33:16 37:22
46:3 50:14
64:11 67:24
92:3,5 129:7
142:17 157:12

**loosest** 130:13

**lose** 88:2

**lot** 10:20,24
11:6 12:2,5,6
13:11 15:25
16:15 20:11
26:4 29:13,23
33:22 34:4,24
35:8,13 39:4
40:21 42:10
68:17 105:6
144:23

**loud** 80:23
137:14 148:22

**Louisville**
17:19 71:19
73:19 86:21
108:5,14
119:18 122:25

**123:**15 155:7
156:14

**love** 104:24

**low** 23:20
57:17,24 75:8

**lower** 58:9
133:16

**lurking** 22:9

———————

**M**

**machine** 12:6,
17,19

**made** 13:2
47:23 48:5
52:11 56:9
102:13 107:6
117:10 148:16
149:14 152:13

**magistrate**
82:11

**mail** 15:9

**mailbox** 97:17
101:21

**mailboxes**
101:20 102:5

**mails** 10:7
11:13 12:14
42:15 46:19

**maintain** 45:24

**major** 19:20,21
20:17

**majority** 26:4
34:13,14

**make** 15:4,7
17:6 21:19
22:23 23:11
25:11 26:9
29:4,12 31:17
43:13,15,16
48:1,21,22
52:15 54:21
55:1 58:20
64:19 66:2 72:1
74:11 76:25
77:8 79:13
80:12 81:2,10
86:14 89:19,24

**104:**4 108:20
111:6 113:3,22
115:18 132:11
138:21 152:3,
16

**makes** 9:6
35:18 75:7
118:17 132:10
147:4

**making** 15:4
130:15

**Malone** 98:18
114:25

**man** 16:24
157:6

**manage**
107:15

**manageable**
36:16 37:15

**Mane** 90:15,16
107:21 108:2

**manual** 146:6

**March** 8:10
25:13 41:20
95:25 129:24
130:9

**margin** 86:13

**master** 76:18
89:14 106:11
117:10,12

**master's**
118:11 152:22

**matches** 56:14
112:12

**mathematically**
96:24

**matter** 13:14
44:24 63:22
64:12 94:20
123:17 148:19

**mayor** 61:18
81:5 85:6

**Mcdonald's**
123:3

**Mclandrich**
14:8,16,19,21

**15:**6,14,17
20:19 21:13,16
22:1,11 24:9,23
32:4,10 33:13
35:20 36:17,20
39:5,9,25 40:11
44:15,19,22,24
46:22 47:5,13,
14,22 48:16,19
49:2 53:25
55:19 56:1,13
57:5 59:15
61:17,22 64:22
65:3,12,16,22
67:11 69:7,17,
20 70:9,11,19
74:9,12,20
75:11,13 76:7
77:14,16 78:5,
7,13 79:25
81:18,22 82:3,
7,20 83:1,8
84:21 85:12
87:18 88:25
89:3,6,10,15
90:15,18,22
91:2 97:14,16
102:21 108:5,
10 115:14
117:16 118:5,9
119:3,12,16,19,
23 120:19
121:22 122:7,
12 123:17
137:13 138:18
140:3,9,15,19
141:9,11,15,24
142:20 143:20
144:2 146:22,
25 147:23
148:18,21
149:5,8 153:4,
7,15,24 154:1,
15 155:9,14,16,
24 156:3,8,11
157:19

**meaningless**
111:19 112:1

**means** 50:9
111:19 146:19

**meant** 46:24

**mechanism**
70:25 73:25
80:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00071-RGJ-RSE   Document 186-1   Filed 09/13/24   Page 172 of 181 PageID #:
MEETING, taken on April 24, 2023
3370

172

meet 6:4

meeting 52:18
121:16 126:3
137:8 158:4

meetings 85:3
87:2 112:7

meets 152:8

member 39:6
40:23 60:8

member's
53:17 54:3

members 58:6

Mendez 90:17

mentioned
60:12 156:18

mess 64:17

message
138:15

messages
111:4

met 6:4 90:13

methodology
52:19 70:22
73:1

methods 10:22
12:15 92:23

Metro 17:19
20:1 64:15
71:19 73:19
74:3 86:21
99:20 108:5,14
119:18 123:1,
16 135:25
145:15 155:7
156:14

mid- 137:24

mid-2010s
13:8

middle 121:20

midnight
140:8,9,13,24
146:2

million 71:22

mind 61:10,23
73:16 79:12

minute 28:21
29:10 47:12
108:23 134:20

minutes 34:14
147:9

miscommunic
ation 25:6

missed 41:4

missing 10:21,
24 11:6,20
12:2,12,14
13:24 14:23
15:25 16:15
21:14 23:12
26:25 29:13,19,
23 44:10 50:9
53:5,6,8 99:2
125:19

mixed 111:4

model 55:7,16

modify 119:7,9

monetary
86:16

money 20:4
58:10 59:1,10,
11,12 63:18
65:13 66:3
69:24 70:6
72:6,10 74:23
86:7

Money's 156:7

monitoring
39:16

month 38:19
92:2 112:23
113:1 116:15
119:10 120:8
131:18 133:19

months 16:25
17:18 25:8
33:16 60:4
85:8,9 91:4,5,
18,22 92:4,8,
19,24 93:4,14,
15 94:1 95:16,
18 97:18
109:10,16
110:1 111:6
114:1 116:23

120:5 132:1,22
136:16 137:1
150:11

months' 93:2

morning 6:18
53:4 66:13
98:14 114:18
139:5

moss 48:15,16
151:10

motion 18:6
26:1 100:3
128:10

motivate 87:8

move 13:9
107:19 151:5

moved 18:3

moving 94:20

Moyer 82:14

muck 84:7

multiple 38:10
144:25

_____

N

naked 48:11

names 38:10
154:7,8

narrow 104:25

nature 57:19

necessarily
15:19 25:9 44:7
83:24 84:11

necessity 59:8

needed 10:1
92:6 113:4
153:13

needless
137:11

negotiate
79:22

negotiating
71:1,3 80:1

negotiation
80:4

negotiations
79:21 148:25

nettlesome
61:14

news 86:23

newspaper
104:4

nice 16:2 60:23

nickel 156:12

nobody's
18:19 20:11
58:13

noise 23:17
64:19

non- 87:25

non-
compensable
129:9

non-covid
134:7

normal 127:24,
25

note 49:13

noted 52:17

notes 16:3
43:9

notice 51:4
71:4,5,6,7
110:20 118:13
152:4

noticed 9:21,
25 126:21
152:25

notices 10:2

notification
16:4,7 43:4,7
49:14,17,18,20
51:15 88:18
94:6 114:5

notifications
49:10

notified 46:5
51:22 103:24

124:17 132:14,
17

nowadays
147:20

nuances 78:22

number 20:20
24:21 25:18,19
36:25 43:3
64:16 83:16
87:3 88:4 95:8
97:5 98:23
103:20 112:1
135:13 148:13
152:23

number's
135:15

numbers
20:13 22:10
37:15 57:12
59:9 61:2 75:20
76:1,3,4 86:11,
13 95:7 131:20
132:18,23
133:3,15,21
134:17,22
135:1,14

_____

O

object 76:24
118:10

objection
76:25 77:8

objections
77:10 110:6

obligation
54:8

observations
23:7 62:22

observed
48:12 108:19

obvious 34:5
36:8

occur 111:22

occurred
13:21

offered 62:21
116:4



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

offhand 141:25

office 6:17
66:25 117:25

offices 66:24

Ohio 62:2
86:22

older 147:17
151:4

oldie 147:21

ongoing
97:14,16

open 8:12
12:11 85:4
88:20 109:3,8,
14 131:16
143:16 148:17

operate 19:12

operated
84:18

operates
77:11

operating
75:8,9 146:25
147:1

opine 72:25

opinion 40:21
69:18 91:19
128:19

opportunity
6:4 118:10,13,
16

opposed 16:9
33:6 37:17
132:11

option 115:13

order 14:10,17
15:2,22 53:3,8,
9,10,16,20
60:14 63:2
68:4,6,15
81:23,24,25
83:2,8 86:1,2,5,
6 90:20,22
95:10 106:8,9,
10 107:8
115:10,12,15,
17 116:8 117:6,

8,9,12,15
118:11,15,18
119:7 121:2,3,
13,24 122:1
137:19 138:19
142:10 147:23
148:8 150:18

order's 118:19,
20 138:10

orders 62:25
63:2 73:24
75:25 83:9
106:11 124:1
148:1

outsiders
116:6

outstanding
67:8

over- 17:5 18:9
30:15

over-detained
17:4 20:15 22:8
157:13

over-detention
22:2 23:8 29:25
135:10

over-
detentions
30:3,4

overlap 98:7

overpopulatio
n 82:12

overwhelming
26:3

―――――――

P

P.M. 158:4

package 72:8

paid 60:8 69:25
71:11

panel 76:22

paper 113:25
116:24

papers 58:16

paradigm
25:23

paragraph
117:9 118:6
122:2

parameters
76:5

parked 78:15

part 23:7 31:25
38:11 62:10,20
63:13 64:3 66:5
67:15 71:13
72:21 78:24
79:7 80:22
81:14,16,24,25
83:12 86:8 88:6
89:7 92:20,24
102:18 110:15
111:7,10
123:25 130:13,
14 142:2,10
146:7 149:15
155:6,7

participate
156:6

participating
102:25

parties 6:8
93:22 118:10,
12,15 138:9
149:21 150:1
152:25

partly 115:21

parts 88:9

party 66:2
100:22

password
110:24

past 38:20
46:23,24 119:4
156:24,25

paste 27:21

path 77:25
84:14 151:22

patience 88:2

pavement
53:21

pay 20:4 54:12
57:15,21 59:13
65:7,9,17
80:17,19 83:16

paying 65:2
99:5

payment
53:16,21 57:18
58:2

pays 150:6

PDF 8:21 9:4,
16 41:15 42:2
45:2 127:6
158:1

PDF'D 41:25

peak 133:23

pen 57:11

pendency
142:23

people 17:18
18:9,11,14,15
19:19,22,23,25
20:2,7,12,14,24
21:1,2,5,6
22:18 23:11
24:22 25:9,12
35:1,22 39:2,15
40:9 47:25
56:15 57:23,25
58:22 59:6,23
60:14 61:24
63:9 64:20
65:2,8,9,13
67:24 68:8
71:2,4,5,9 72:9,
11,23 73:25
74:13 75:21
76:9,24,25 77:6
78:2 79:21
81:3,22 82:19
83:11,22 84:3
85:2 87:11,21
90:12 95:8
99:3,8 104:12,
17 106:2 107:3,
16 108:3 114:9
115:11,16
118:18 123:8
124:14 128:24
130:25 131:2,
25 133:3,9,18

134:1,18,19,22
135:1,16 136:6,
7 139:13 142:7,
14,15 144:14
145:20 147:25
148:25 153:11
154:7 155:3
157:11

people's 84:8
122:8

percent 10:14,
16 17:5 24:21
35:4 36:10,25
37:1,8,10,13
58:8 83:12
88:4,5 129:25
130:8,11
131:10 133:4
134:8,13

percentage
36:22 135:12

percentages
133:12

perfect 24:11
60:24

perfection
60:25

perfectly
107:17

period 32:14,
16,18 55:11
59:7 68:25
71:17 73:7,8
75:21 79:4
84:13 91:8 93:4
96:16,23,25
97:1 98:2,6,7,8
101:17,25
102:2 115:14
133:10,15
134:3,7,17
136:22 153:12
155:20 157:18

periods 32:12
71:25 89:22
124:7 155:18,
19

person 18:23
37:21 56:10
58:11 68:14



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

94:11,12 99:21
111:18 123:6
131:17 144:9
154:20

**person's**
114:14

**personally**
106:25

**perspective**
9:5 107:15

**peter** 78:21

**petition** 119:8

**phone** 73:23
109:4,5 120:18
137:18

**phones** 90:7

**phonetic** 74:4

**physical** 123:9

**physically**
32:20

**pick** 9:3 36:25
88:4 109:4

**picked** 28:11
90:25 131:19
136:15,21

**picture** 91:8

**piece** 23:12
60:9 62:8,19,21
63:4,18 64:4
71:14,18,21
74:1,23,24
75:14 79:9
85:24 86:8,17
87:15 98:15
115:7

**pieces** 62:23
73:11,14 83:3
86:20,21

**piles** 131:8

**pissed** 99:23

**place** 62:17
69:23 83:19
102:17,22
103:7 144:4

**places** 30:13,
18

**plain** 158:1

**plaintiff** 126:17
153:8 154:4

**plaintiff's** 6:23
84:1 91:5

**plaintiffs** 25:17
55:18 118:22

**plan** 150:6

**plate** 86:25

**play** 85:8

**player** 156:15

**playing** 120:18

**plenty** 115:23

**point** 6:14
15:11 17:13
23:4,5 26:10
29:12,19 33:14
40:20 48:21
50:1 53:4,10,
12,13 54:1,6
59:24 60:3,22
71:7 75:10
86:18 88:3 99:8
100:17 101:24
102:12 103:2,
11 109:21
111:9,21 113:4
120:21 131:12
133:2 145:2
149:11,15,19,
21 152:3
153:17 155:22

**pointed** 28:14
34:14

**pointing** 28:15

**points** 8:11,17
31:6 52:11
53:3,11 126:3
128:7

**police** 86:24
132:18

**policy** 71:23,24
156:4,5

**politely** 154:6

**political** 87:11

**popped** 37:22

**pops** 145:4

**population**
37:17 75:17,18
81:1 92:20
93:17 111:7

**portable** 9:13

**portion** 140:22
146:19 147:3

**position** 67:12
72:25 78:9
136:24

**possibility**
150:18

**possibly** 54:18
55:12

**potential** 63:11
74:6 95:2

**potentialities**
81:7

**practical** 66:8
87:20 94:19

**practicalities**
153:19

**practice** 80:8
100:4

**practices**
141:22

**pre-covid**
134:7

**precisely**
121:11

**predictions**
54:22

**prefer** 110:4

**preliminary**
79:16

**premature**
85:13 153:5,16

**prepare** 75:3
106:7 117:14
119:22 128:8,
10

**prepared**
120:22 126:3
149:14

**preparing** 6:23
118:17

**present** 26:23
37:3 102:3

**presented**
25:12,18,20

**pressure**
115:19 150:8

**presume** 56:3
71:24 144:7

**presumed**
124:16

**presuming**
65:18

**pretrial** 75:25

**pretty** 6:11,24
91:22 138:3,12
141:3 154:24

**previous**
120:25

**previously**
56:8 120:6

**primarily** 79:5

**primary** 32:6
90:2

**printed** 41:15
46:16

**printout** 46:13

**prior** 61:12
137:17 143:22

**privately** 100:9

**probabilities**
17:3,9

**probability**
17:3,5 23:18
36:10 75:20

**probable** 17:4
124:11

**problem** 13:1
17:15 19:20,21
20:17 24:13,14
31:25 32:3,4
38:11 40:20
41:9 53:2,7
56:17 57:22

58:12,20,25
59:2,14 62:24
63:20 65:1
66:10 69:7 70:8
74:15 79:6
83:13 84:7,25
88:9 98:9 99:4,
17 106:16
111:13,16
114:2,18 115:3
124:23 135:16
145:6,7,11,18
146:7 148:5,14
150:3

**problems** 11:8
21:4 53:5 58:24
61:7,13 63:9,
10,11,25 64:1
85:21 87:7
106:18,22

**procedure**
31:22 126:15

**PROCEEDING
S** 6:1

**process** 22:20
35:5 58:3,7
60:5 76:13
102:13,16,19
103:1 108:19
110:12

**processes**
33:19

**produce** 8:17
113:14 121:13
122:3,8

**produced** 40:1
103:17,18
114:17 117:24
121:15 138:21
143:22

**produces** 94:1

**producing**
88:14

**production**
113:9

**productive**
89:18

**professional**
91:19

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**program**
115:24 139:15

**project** 21:6
70:25 73:1
92:20

**projected**
130:5

**projecting**
20:23 36:1

**projection**
154:21,22

**proof** 58:2,6
60:7 70:3 71:8
76:11,18

**proper** 80:9
97:5

**properly** 115:9

**protected**
110:24

**provide** 27:16
30:21 37:14
111:2

**provided** 27:1
92:1 113:24
117:7

**provision**
53:18 138:11,
20

**public** 148:17
149:1

**publication**
71:6,8

**pull** 19:22 20:7,
12 34:21,22
131:16

**pure** 80:16

**purely** 95:5

**purpose** 6:9

**purposes**
30:19 71:2
140:25 146:18

**pursued** 30:14

**push** 145:1,4

**pushing** 58:16

**put** 21:24 30:12
36:9 42:12,14,
15 47:17 50:5
58:4 66:6 68:12
69:22 83:19
90:6 92:16
93:15 98:5
107:12 114:14
118:15 119:24
122:2,18
138:19 152:21,
25

**puts** 121:24

_____

**Q**

**qualified** 22:16

**qualitative**
22:17,23 61:4

**quantitative**
22:16

**question** 13:23
19:1 40:12
45:25 48:22
50:16,18 53:24
54:15 56:3
57:20 62:13
67:7 72:16
92:16 94:24
128:16,21
130:19 131:1
148:12

**questioning**
10:23

**questions**
7:19 8:1,7 31:2
36:14 37:20
41:14 42:1
43:1,11 53:13
73:3 89:9
112:24 120:24

**quick** 140:4

**quote** 53:22

_____

**R**

**raise** 112:24

**raised** 12:3
60:3 111:8

112:25 127:5

**raising** 59:25
111:21

**ran** 101:24
136:16

**ranch** 89:9

**random** 15:14

**range** 76:5
92:10 128:17

**ranges** 75:20

**ransom** 80:20

**rate** 31:20 58:8

**reach** 58:18
147:25

**reached** 113:4
149:21 153:9

**read** 15:25
16:15 17:23
18:1 52:6 80:21
99:10 105:12
109:17,18
116:8 143:16,
25

**readable**
103:10

**readily** 54:9

**reading** 13:17
89:13

**ready** 24:17
27:2 105:7

**real** 13:1 56:16
74:3 111:6
133:16

**reality** 87:20

**realized** 153:4,
12

**realm** 22:23

**rear-ender**
89:4

**reason** 8:21
9:13 92:21 94:9
96:15 110:16
111:10 136:20
138:8 145:17

**reasonable**
115:14

**reasons** 18:8,9
30:4 32:6,8
59:21 80:11
85:5

**recall** 39:13

**receipt** 53:16,
20

**receive** 118:13

**received** 14:16
15:1 52:14
131:3

**receiving** 40:5
105:9

**recent** 38:3
67:17

**recently** 37:21
98:15

**recognition**
34:5,9

**recognize**
33:13

**recognizing**
86:16

**recommend**
87:6

**recommendati
on** 117:10
118:12

**recommendati
ons** 12:18 37:4

**recommendin
g** 117:6

**record** 24:25
33:10 51:5
131:17 149:15

**recorded** 12:9
48:12 49:22
50:10

**recording**
24:24

**records** 6:6
9:22 18:12,13
19:23 20:9

26:15,16,20
33:9,24 36:19
44:8,10,11
52:14 62:6
64:16 65:8,9
100:12 102:14,
19 103:8,17
104:6,7 115:1,
5,6 139:14,17
146:7

**rectify** 61:7

**redo** 123:25

**referenced**
53:11

**referred** 68:22

**referring** 54:5

**refers** 118:6

**refine** 23:22

**reflect** 42:3
45:7 57:14 75:3

**reflected** 42:7
45:13

**reflection** 50:6

**regard** 32:5
62:22 75:1,2
78:14 79:17
88:15 90:19
141:25 144:15

**Regional**
71:19

**regular** 112:7

**relates** 146:18

**release** 14:10,
17 15:1 16:4,6,
9 17:20 18:14
19:23 21:4
22:5,15 25:22
34:3 42:3,6,10,
12,16 43:3,4,6,
7 45:8,15,18,
20,22,24 46:1,
5,8,10,12,15,25
48:23 49:1,2,5,
7,18 50:2,7,11,
13,17,18,19,23
51:6,7,8,16,19,
25 52:3,13,16
53:15,16,17,21,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

22,23 54:2,3,4,
24 55:2,5,21,24
56:6,9 66:21
68:4,5 75:4
77:12 88:16
91:13 94:4,8
103:21 108:25
109:9 124:1,18,
25 125:2
132:15 133:19
142:9 156:25

**released** 10:3
25:19 34:5,8
38:20 39:8 46:6
67:5 69:8,10
131:4 134:1
142:8 146:2
157:7

**releases** 15:9
20:22 21:1,2
22:19 75:25
82:12 92:2
131:5 142:11

**releasing**
69:12

**reliability**
92:10

**reliable** 91:20

**relied** 48:25
51:3,19

**relief** 63:14
66:4 78:9 84:10

**rely** 10:19
19:17 21:11
103:21 111:17

**relying** 84:24
88:16 111:25

**remainder**
32:14 138:7
156:13

**remediate**
84:23

**remediated**
85:1

**remediation**
71:13 73:11,14

**remember**
50:22 77:2

82:14 90:14
116:17 126:4
155:9

**remind** 96:12

**reminded**
69:11

**reminding**
83:17

**repeat** 45:17

**replaced** 63:7

**report** 6:6,12,
13 7:3,5 8:10,
14,17,18,20
17:1 25:10,14
27:12 40:25
41:2,20 42:12
45:7,22,24
46:1,8,11,15,25
48:23 49:1,2,5,
7 50:7,12,17,
20,23 51:6,8,
16,19,25 52:3
53:23 54:2,24
55:2,5,21,24
56:4,10,14
75:3,4 77:11,12
88:16 91:14
93:11,12,16
94:8 95:14
103:22 113:15,
20 117:9
118:11 119:22
120:3 124:3,12,
18,25 125:2,12
127:6 128:20
129:25 130:20
132:16,18
137:15,16,23
138:4,6 148:16
149:20 151:3
152:14 155:4

**reported** 14:4
131:6

**reporter** 43:21
44:2 127:23
128:1,6 158:3

**reports** 42:4,6,
10,16 45:8
50:2,14,18 51:7
56:7 88:14
93:24 109:9

124:8 132:9
152:22 155:3

**reps** 150:11

**requested**
8:11,16 153:10

**require** 22:2,
15,23 72:5
77:12 90:12
145:19

**requirement**
71:4

**requires** 95:11

**resolution**
63:12,16,22
76:9 81:16
83:25 85:19
88:6 142:2
149:5

**resolve** 29:17
32:11 57:21
58:19 59:13,17
69:23 70:1 78:3
90:11 145:18

**resolved** 88:8
89:20 90:3
100:3 150:2

**resolving**
151:21

**respect** 11:7
15:1 62:24
72:25

**respects** 79:5

**respond** 59:15

**response** 40:8
58:8 120:23
153:7

**responsive**
126:18

**rest** 62:7 115:4
157:16

**result** 39:12
60:15 91:10,12
94:1 103:18
111:5 155:3

**results** 88:15
124:9

**resurrected**
144:6

**retained** 155:1

**retention**
156:14

**retrieval** 11:12

**review** 18:17
26:20,22 35:5
39:19 41:7,8,10
50:19 54:10
92:19 113:11
117:11 121:25

**reviewed** 6:5
25:21 26:11
46:2,3

**reviewing** 36:1

**rid** 12:18 35:4

**rigamarole**
127:19

**rise** 133:17

**Robin** 114:14
123:12,14

**role** 90:4,5

**room** 89:24
106:12 113:5

**ROR** 35:22
36:5

**RORS** 36:1,2

**ROSE** 107:23
121:12 122:10,
15,17,21,23
123:2,7,21,23
124:22 146:14

**rough** 132:23

**roughly** 142:12

**round-robin**
7:17

**route** 136:23

**row** 86:7

**rubric** 60:21

**rule** 19:5,11

**ruled** 26:8 77:9
129:13

**rules** 14:13
76:14

**run** 56:3,4
98:10,12
101:21

**running** 38:6

**runs** 56:4,14
106:16 123:13,
15

**rusty** 20:10

———

**S**

**safe** 119:11

**safety** 142:13

**sake** 119:13

**salient** 23:5

**sample** 6:13
11:12 32:12,18
73:7 75:21
90:19 91:5
93:2,4,25 96:8,
15,18,22 97:10
101:17 105:4
116:23 134:17
136:21,25
153:13 154:22

**samples** 59:23
60:5 70:25
92:25 97:10

**sampling**
89:21 91:8

**San** 6:22 113:3

**sat** 109:2

**satisfied**
138:24

**satisfies** 60:7

**satisfy** 56:2
154:19

**satisfying**
153:21

**save** 37:11,12

**saved** 8:19
36:23

**scars** 157:16



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**scene** 103:3

**scheduling**
150:16,17

**scope** 81:23

**SCRAM** 30:11
33:21 139:19

**screen** 145:4

**SCTS** 22:24

**Sean** 148:9,11

**search** 54:8
76:20 77:7

**secret** 79:19

**secure** 110:23

**security**
145:11

**segregating**
35:22

**self-insured**
156:14

**send** 8:20 9:3
39:10 71:9
126:11 127:9,
20 143:19
145:5 158:1

**sending** 39:9
66:15 127:6

**sends** 127:13,
18 155:4

**senior** 115:11

**sense** 32:17
59:12 72:1
74:11 81:10
84:10 107:7
111:5 118:17
147:5

**sentence**
53:15,20 66:17
67:20 69:3
122:2 147:2,4

**sentenced**
147:8

**separate** 42:15
75:23 96:11,13,
22 97:2 131:20

**separately**
67:16 69:13
95:21,22

**series** 120:23

**serve** 140:22

**served** 58:14

**set** 8:13 21:11
24:16 32:22,25
35:14 42:16,17
58:10 76:2,3
99:10 105:23
119:6

**sets** 8:14 30:8
68:2

**settle** 74:4
77:19 88:22
89:1

**settled** 58:15

**settlement**
59:18 85:25
86:1 89:12
140:6 150:18
153:9,16

**setup** 105:14

**seven-figure**
157:4

**shake** 99:9
122:24

**shape** 92:12

**share** 17:22

**shared** 96:22

**sharper** 64:4

**she'd** 81:11

**sheer** 135:12

**sheet** 28:24

**sheets** 18:20

**shift** 17:19
18:13,16,21
21:20 22:18,25
23:24 24:5
79:8,11,12

**shifts** 18:19
20:25 24:5

**shit** 67:1

**shock** 156:19

**shocks** 156:19

**shoes** 157:16

**shooting** 7:4
87:13

**shop** 32:22
33:1

**short** 91:24
109:16 115:1

**shot** 121:1
156:19

**show** 26:2,10
27:6 33:9 67:4
95:15 117:20
122:3,4 124:9,
14 138:11,17,
19,23

**showed** 13:4
77:1,6,8

**showing** 95:20

**shown** 26:15
135:14

**shows** 75:4
88:15 91:11,12
94:4 124:10
133:14

**side** 61:4
63:19,22 73:12
75:8,9 79:5,13
86:16 144:13

**sides** 8:6

**sign** 106:6,9

**signed** 82:14

**significance**
94:24,25

**significant**
133:14 157:10

**significantly**
95:9 133:7
135:2

**signing** 146:6

**similar** 19:1

**simple** 6:24
58:21 104:2

**simply** 57:20
94:3 124:13

**single** 92:2
111:18 116:18
154:20

**sir** 7:9,13 25:15
31:13 102:11,
24 118:2 121:8
126:23 143:3

**sit** 60:11 75:9
78:2 79:23
80:14 84:1,3
131:9 148:4

**sits** 84:2

**sitting** 19:18
67:1 85:8 127:4

**situation** 55:8

**situations**
49:21

**Sixth** 151:1,9

**size** 127:14

**skipping** 68:13

**slows** 110:25

**snapshot**
91:21

**so-and-so**
10:3

**software**
109:18

**solution** 65:17
66:6,8 74:3,15
80:22 146:10

**solutions**
63:11

**solve** 64:6 79:6
85:20

**solving** 74:14
88:9

**somebody's**
68:13,15 70:2,3
142:8

**someone's**
56:5

**sooner** 88:18

**sort** 8:3,5 9:5,7,
18 11:14,16,18,
19 16:22 17:2
18:25 22:9 26:2
32:25 35:23
39:4 44:22
59:24 61:3,8
63:21 65:25
68:17 72:1,10
73:15 75:14
76:13 77:25
78:14 79:16
127:13,15
154:6

**sorted** 10:12
26:9

**sorting** 9:11
13:17

**sorts** 110:24

**sounds** 56:20
62:20 77:17

**source** 21:3
42:13 66:20

**space** 85:23

**speak** 32:25
67:13

**speaks** 29:21

**special** 76:17
89:14 106:10
117:10,12
152:22

**specific** 50:8
92:10

**specifically**
16:19

**specifies** 49:7

**spending**
61:1,9 62:14

**spent** 53:4
70:6 72:21
82:10 146:20

**split** 62:5 80:10
83:3

**spots** 115:25

**spreadsheet**
8:22 25:25
28:25 41:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

squishy 34:18, 19

staff 20:11 116:5

staffed 20:25

staffing 18:10, 12,20 21:4 22:9,14 62:9 63:10 65:2

stakeholders 66:5

stamp 47:7

stand 7:20

standard 37:18 39:17 43:6 92:10

standardized 63:3

standing 48:20 85:21 103:5 143:14

standpoint 157:20

stands 69:15

start 7:11 24:12 32:13 34:2,17 37:2 51:24 60:11 61:24 62:14,15, 18 66:15 69:19, 20 70:17,20 72:16 73:11,13, 16 75:10 79:8, 11 81:8 87:2 95:25 118:17 134:24 144:5 147:21 151:19

started 31:1 78:18 96:23 110:13 114:24 116:22

starting 61:9 87:6 133:17

starts 64:4 78:21 86:18 149:1 151:20

state 62:12

statement 49:6

statistical 10:18 16:20 17:6,16 21:18, 23 22:3,22 31:22 35:24 52:19 54:16,21 55:7,15,16 78:16 91:11,12 94:2,3,10,16 95:7 111:24 124:9,13

statistically 20:13 23:16 70:5

statistician 10:22 31:14

statute 140:16, 17,22 141:5,16 142:18,25 146:4

statutes 146:16

steal 157:15

step 16:25 105:2 151:20

stick 40:11

stomp 83:19

stop 57:22 59:2

stopped 58:25 153:17

stopping 58:13

story 29:9

straight 135:12

strategy 149:23

stressful 20:4

strip 76:20 77:7

struck 80:24

structural 63:9

struggles 97:19

studies 61:12 143:22

study 22:4 33:5 131:23

study's 61:2

stuff 8:16 17:23 28:22 33:22,23 36:12 38:7 46:19 73:21 75:1,2 101:6 103:11 109:18 110:6,24 112:3 116:1 130:21 139:20 143:7 148:2,10

style 8:22

subclasses 75:24 76:1

subgroup 80:18

subject 117:11 141:20

submit 21:3 118:24

submits 70:3

submitted 47:19 48:3 119:5

submitting 121:2

subpoena 99:7 100:19,20

subpoenas 97:24

subsection 146:19

succeeded 150:2

successful 153:20

sudden 86:23

sued 64:24

sufficient

34:12 48:6 91:8

suggest 39:14 112:9 120:12

suggested 85:6 120:9

suggesting 14:23 22:13 40:4

suggestion 108:19 145:3

suited 80:3

sum 58:4

summary 128:10

super-human 105:19

supervision 48:18 50:15

supervisor 107:14,18

supervisors 101:11

support 54:19

supported 94:14

supporting 94:18

supposed 10:3 18:13,15 19:16 21:11,21 31:7 38:20 39:7 98:3 139:24

supposedly 8:5

Surely 66:16

surprise 99:22 132:3

surprised 156:20,21

suspect 95:5

sworn 81:1,3

system 13:3 14:15 16:3 30:11,12 34:1,2

37:15 60:24 62:24 63:7,8 68:17 74:5,14 79:13 83:18 84:6,18 87:5 110:25 116:7 144:16 145:13, 14 156:19

systemic 60:15,16,19

systems 35:14 63:5 110:17 145:9

———— T ————

table 44:20 65:4 80:1

tabulate 47:17

tabulated 95:12

tag 120:18

tails 85:11

takes 75:16 138:12

taking 16:3 20:20,22 55:8

talk 6:16 7:7 10:17 16:5 17:2 24:18 27:2 29:10,18 61:24 65:24 72:3 75:10 76:2 77:22,23,24 90:10,25 100:2, 14 114:8 123:6 126:17 137:12 148:9 149:6,18 151:21 152:24 153:11

talked 48:9 59:22 62:2 70:23 98:17 99:8 108:24 136:14 140:22 142:4 151:24 156:17

talking 12:8 14:9,11,12



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

18:3,8 20:19,
20,22 21:18
24:5 25:13
29:16 35:21,24,
25 50:25 53:4,
25 55:17 62:10
69:19,21 73:8,
10 82:21,22,24
89:11 99:2
101:17,20,21
105:2 107:14
108:10,23
116:4 118:7
124:3 127:5
128:22,23
129:10 132:23,
24 134:9
137:19 142:6
151:13 152:5,
10 154:21

**talks** 146:1,17

**Tammy** 26:16

**tank** 38:5

**Taylor** 87:12
155:25

**technical**
34:19

**technically**
136:18

**technological**
63:11

**technology**
63:8

**telling** 9:4
61:23 98:14
101:14 147:25

**tells** 38:7 112:2

**ten** 10:16 58:8
82:13 86:20
94:13 109:10
128:1 147:9
152:19

**tennis** 157:15

**tension** 83:18

**term** 34:19

**termination**
83:20

**terms** 11:12
30:2 33:24
36:10 66:17
73:4 95:8
137:22

**terrible** 106:1

**test** 35:16

**texts** 90:7

**that'd** 112:25

**theoretical**
87:10

**theoretically**
119:12 137:24

**there'll** 93:15
105:15

**thing** 6:15 8:8
12:3,12 14:22
18:5 21:17
24:1,9 52:8,23
61:6 64:11
71:13 74:3 77:7
80:16 84:9
90:3,18 98:12
101:3,22
107:13 108:3
112:21 120:13
127:13 133:1
134:25 138:5
140:5 150:7
152:10 155:17,
25

**things** 7:18
9:7,20 13:8
22:11 30:1
32:24 33:18
60:10,20,21
61:22 66:11
68:9 78:22
79:16 80:24
86:25 90:1
112:9 131:15
142:1 145:5
147:21,24
151:3 154:24

**thinking** 19:18
72:11 78:17,18,
19 79:4,10
80:2,23 103:7
117:18 137:14
148:22,23

**third-party**
139:13

**thirds** 115:6

**thought** 16:22
25:7 26:19 31:4
44:15 60:17
62:14 63:24
66:11 79:14
110:7 111:9,10
132:25 136:10
145:7 152:9
154:10

**thoughts**
78:13 139:11

**thousands**
57:23,24,25

**throw** 27:1
30:20 32:1 57:6
112:14

**throwing**
109:20 117:5

**thrown** 26:18

**throws** 35:8,13

**Thursday**
114:24 128:3

**tied** 142:5

**time** 7:7,16
10:15 13:12,16
14:3,9,10,12,14
16:6,9 22:4
24:4 34:3 37:2
43:4,5,6,7
45:15,19,20,21
46:7,8,11,12,
14,25 47:1,7,25
48:23,24 49:3,
5,11,14,17,18,
20,22 50:5,12,
20,23,25 51:2,
4,8,15,17,19,
20,21 52:13,16
53:14 54:2,23
55:4,5,11,24
61:1 62:14
67:19 68:3,25
70:7 71:17,24
72:21 73:2,8,10
78:4 79:4 80:25
81:9 83:24
84:8,13 85:23

87:2 90:13
91:13 94:7 95:3
96:25 97:1
98:13,23 99:23
100:1,9,14
101:2,24
105:15,16
110:2,15 111:3
112:22 113:8,
13 114:13
115:15 116:15,
22 118:2
119:10 120:8,
25 124:7,19,24,
25 125:1,9,10
126:9 127:12
133:2,4 140:7,
10,12,16,23,24
141:1,12,14
142:6 143:20
146:20,24
152:8 153:12
154:4 155:18,
19,20

**timeout**
129:17,20

**timeouts** 35:15
75:24

**times** 9:25
10:16 12:14
15:25 18:18
25:18,22 39:4
40:21 45:22
52:3 76:12
88:16 94:4 99:9
125:3 142:4

**title** 16:4 41:3

**today** 14:14
58:15 110:20
112:25 126:5
131:10

**told** 76:23
79:18 92:1,3
107:5 114:18
120:7 154:1

**tomorrow** 78:3

**ton** 21:14

**top** 26:23 43:2
114:8 123:6,19

**topic** 65:24

90:2

**topics** 90:6
150:17

**totality** 112:2

**touch** 107:1

**track** 15:22
139:14

**tracked** 15:21

**tracking** 15:19
25:4 135:18
138:23 140:7

**traffic** 13:7
89:16

**trajectory**
59:19

**transcript**
127:22

**transmission**
15:10

**transmitted**
12:10 14:24

**transmitting**
12:16

**transparency**
48:9,10

**transparent**
8:6

**traveled** 6:20

**treated** 147:3

**triggering** 54:4

**triggers** 67:5

**trouble** 106:2
135:19

**true** 36:5 50:2,
4,8 108:7 136:9

**truism** 70:13

**trust** 21:10

**truth** 52:13
99:3

**turn** 7:1,8
73:17 91:16

**turned** 25:25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

MEETING, taken on March 24, 2023

turnover 62:9

turns 131:17
147:7

type 43:4 49:7
113:9

types 112:24

typically 58:9
128:1

_____

U

Uh-huh 56:12
99:14 102:20

ultimate 32:4
63:12

ultimately
57:20 58:17
59:17 76:8 86:2
94:23 105:23
114:13 122:1

underlined
25:21

underlying
71:18 81:16

understaffing
19:20

understand
15:4,7,8 21:7
23:15 42:19
48:13 52:5
54:20 60:18
63:6 70:11,16
71:15 75:19
83:15 85:13
89:25 90:4
94:9,25 95:1
99:12 120:16
129:8 144:14

understanding
46:2 73:6 76:8
81:12,13 86:11,
12 88:12,20
92:17

understood
111:20 130:22

undisputed
48:1

unemploymen
t 31:20

unfair 80:8

uniformly
143:19

unilaterally
80:7

union 18:5
61:16,17 62:5
64:19,24 73:16
78:1,11 79:17
80:18 83:3 84:2
85:9

union's 81:24

unit 62:6,7
65:10 80:9,17,
19 81:2 83:3

units 80:10

unpack
116:11,16

unrealistically
57:13,17

unusual 58:8

upbringing
31:12

update 44:19

upright 103:5

ups 40:24

_____

V

valuable 95:1

variability
24:4,6

versus 75:24
108:25

vigilance 40:3

vision 121:4

voicing 40:21

volume 135:12

_____

W

wages 62:8

wait 28:6,21
47:12 74:17
101:7 108:4,23
109:10 134:10,
19 144:20
148:8

waited 119:4

waiting 68:15
69:9

waive 118:16

wake 115:8

walk 38:25

walked 16:12

wanted 9:21
27:5,19 29:12
50:1 64:16
112:19 126:7
145:9,10,11
150:1 153:1,9

wanting 29:6

warehouse
12:7 30:9 48:6
110:13 113:25

warrant 67:8

Washington
74:18

waste 84:8
156:4

ways 11:9 13:6
32:3 59:25
63:18,21

Wednesday
114:23 128:3

weed 34:13

week 98:18
114:22 115:20,
23 128:3,5,11
137:15

weekend 57:8
89:1 128:9

weeks 61:9
115:19 116:10,
11,16,17,21
117:13,19

weigh 97:4

whichever
24:5

whoever's
138:15

wipe 84:19

woman 157:6

wondering 9:2

word 78:15
125:8

words 13:16
35:25 44:8 57:1
108:16

work 7:6 19:15
21:18 22:25
24:14 56:8
58:20 59:20
72:23 75:1
78:16 79:13
86:10 88:13
89:23 101:13
105:1,6 107:3
110:19 121:6
135:24 140:6
144:24 145:21
157:20

worked 20:9
22:25

working 8:5
17:19 18:19,22
19:19 20:6,24
51:24 106:4
114:1,5 115:22
136:8 137:21
143:23 144:2,
17,24

works 47:3
107:22

world 87:10
154:12

worry 149:16

worse 46:19
136:1

worst 26:3
74:3 134:6
144:25

worth 79:10

would've 13:5

65:19

wrap 61:10

write 83:9

written 40:25
41:2 66:17
120:16,18,22

wrong 15:25
20:21 27:25
69:21 95:4

wrote 101:15

_____

X

XJAIL 13:21
14:1,2,3,5
30:10 33:21
34:3 42:13
45:23 50:4,8
116:25

XJail's 63:6

_____

Y

yay 98:24

year 32:23
64:25 79:20,23
96:5 109:23
134:24

years 10:6 20:9
40:10 50:22
69:15 74:19
82:14 91:23
96:3 102:14
132:22 151:17
155:21

you-all 6:4
7:25 15:3 54:12
56:25 75:7,12
84:24 85:4
88:20 89:8 90:7
91:4,6,9 99:12
100:21,22
104:5 126:16,
25 128:21
132:4 133:25
139:3,8 148:15
149:6,22 152:9
153:1



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianacreporters.com
www.kentuckianacreporters.com

**Youpayyou**
74:4

**your-all's**
48:17

---

**Z**

---

**Zoom** 112:7
121:16 126:3
137:8

**Zooming**
137:7

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com