**William Brammell**

| | |
|---|---|
| **From:** | John McLandrich <jmclandrich@mrrlaw.com> |
| **Sent:** | Wednesday, July 3, 2024 2:56 PM |
| **To:** | Gregory Belzley; garry@justiceky.com; laura@justiceky.com |
| **Cc:** | Elder, Richard; William Brammell |
| **Subject:** | Healey |
| **Attachments:** | Overdetentions by Month 20240703.xlsx |
| | |
| **Categories:** | JACO - Healey (Jail) |

Hello Greg, Gary and Laura:

Attached you will find updated data for the sentenced class. I have requested a cover report for this data but will likely not have that until the end of the day Monday. I inquired last week about a call on this data and find that Dr. Cowan is in Spain for 3 weeks starting the end of last week.

This data represents data with respect to the sentenced subclass. This data is still undergoing review. Specifically, Analytic decided to review the individual files for anyone who showed an over detention over 24 hours to verify if that was correct. Some were found not to be over detained at all. We produced hard copy files to them for that group. We have recently produced an additional 18 hard copy files that were not previously provided. We will provide you the hard copies if you want them. As the review is completed on the additional 18 files we will update you with any data changes.

Please note that in reviewing the prior August 2023 report and the excel table that corresponds to the sample periods, I noticed that the sample periods include both pretrial detainees and sentenced persons (time outs). Therefore, the persons represented by this data were already part of the release sample months. This data provides the sentence class persons through 2023 calendar year. I have asked Analytic to update the pretrial projection through calendar year 2023 and will provide that data once I receive it. The projected over detention numbers for the class in the August 2023 report should be reduced by the data for sentenced persons to produce a projected pretrial detainee number.

Note also that the data in the August report is a projected number of over detentions that may or may not be persons who were actually over detained.

Please let me know if you would like to discuss this data.

John


**John T. McLandrich**
Partner



1

**Mazanec, Raskin & Ryder Co., L.P.A.**
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
Direct: 440.287.8298
Main:  440.248.7906
www.mrrlaw.com

**EMAIL CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged or confidential.  If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the above email address.**

Please consider the environment before printing this email