# William Brammell

| | |
|---|---|
| **From:** | John McLandrich <jmclandrich@mrrlaw.com> |
| **Sent:** | Thursday, July 18, 2024 6:48 PM |
| **To:** | Gregory Belzley; garry@justiceky.com; laura@justiceky.com |
| **Cc:** | William Brammell; Elder, Richard; Kayla Campbell |
| **Subject:** | Healey |
| **Attachments:** | Analytic Focus Memo 20240708.pdf; Monthly Summary of Sentence Subclass Overdetentions.xlsx; Analytic Focus Memo 20240709.pdf; Sentence Subclass Overdetentions.xlsx; Analytic Focus Memo 20240717.pdf |
| **Categories:** | JACO - Healey (Jail) |

Greg:

The below response was written before your last email. I still believe the response is appropriate. There is simply no downside to a mediation.

John


Hello Greg:

Attached you will find three reports from Analytic. The first relates to the creation of the sentence subclass data and the second relates to the questions raised about the apparent differences between the 2023 estimates and the 2024 estimates, the third describes Analytics' tasks, processes and thoughts regarding issues with data analysis .

With respect to the mediation, while it is your prerogative to pull out of the mediation we do not believe that is appropriate and hope you will not do so. Note that the issue with the sentence subclass data is only a small portion of the overall class. The issue you raise and the 2024 data does not concern the pre-trial subclass. Also as you will see in the new Analytic report the overall refinement of the data has not significantly impacted the overall projected over detention rate. The data has also been brought forward to include a projection through December 2023 for both subclasses.

Moreover, we view any issues with the data to be matters that are appropriate for discussion as part of the mediation process. In that regard, our suggestion is that a conference call be set up with Dr. Cowan and the mediator to begin the education of the mediator on these issues, during which you can raise any remaining questions your may have concerning the data.

Given the efforts made to date to get this matter to mediation and given the likelihood that more than one mediation session will be necessary, starting the process now, even if areas of disagreement exist, that include the data, to me makes sense. Frankly, I think the perceived differences with respect to the data issues are not that significant to overall resolution. We have thornier issues than that to resolve to get this case settled. I would encourage Plaintiffs to embrace that process.

John

**John T. McLandrich**
Partner



**Mazanec, Raskin & Ryder Co., L.P.A.**
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
Direct: 440.287.8298
Main:  440.248.7906
www.mrrlaw.com

**EMAIL CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged or confidential.  If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the above email address.**

Please consider the environment before printing this email