# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
Western District of Kentucky

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY — DUE DATE**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Gregory A. Belzley |
| 1b. Attorney Name (if different) | |
| 2a. Contact Phone Number | 502/292-2452 |
| 2b. Attorney Phone Number | |
| 3a. Contact E-mail Address | gbelzley3b@gmail.com |
| 3b. Attorney E-mail Address | |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | P.O. Box 278, Prospect, KY 40059 |
| 5. Name & Role of Party Represented | Plaintiff Jacob Healey |
| 6. Case Name | Healey, et al. v. Jefferson County/Louisville Metro Gov't, et al. |
| 7a. District Court Case Number | 3:17-cv-71 |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
[ ] DIGITALLY RECORDED   [✓] TRANSCRIBED BY A COURT REPORTER, NAME OF COURT REPORTER: April Dowell

9. THIS TRANSCRIPT ORDER IS FOR:
[ ] Appeal  [ ] Non-Appeal  [ ] Criminal  [✓] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis

10. TRANSCRIPT(S) REQUESTED:

| HEARING DATE | JUDGE (name) | Minute Order Docket# | PROCEEDING TYPE / PORTION | SELECT FORMAT(S) | | | | | | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS / WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | |
| 1/20/22 | Jennings | 115 | Full Hearing | ● | ○ | ○ | ○ | ○ | | 7-day |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: September 16, 2022

Signature: Gregory A. Belzley

G-120 (06/18)

# INSTRUCTIONS

Use this form to order the transcription of proceedings. *ciA counsel please complete an AUTH24 in CJA eVoucher.*

1. Complete a separate order form for each proceeding for which transcripts are ordered and for each court reporter w::: 10 reported the proceedings where needed.
2. You may contact the Court Reporter before filing if you need a cost estimate.
3. Complete Items 1-12.
4. E-mail or mail this form in the points of contact listed here.
5. Prepayment is required unless waived by the Court Reporter. Delivery time is computed from the date the court reporter receives the deposit, authorized CJA 24 Form, authorization from Federal Public Defender's Office or, for transcripts ordered by the U.S. government, from th0 date of receipt of the DCN number.
6. The deposit fee is an estimate. Any overage will be refunded; any shortage will be due from you.

## ITEM-BY-ITEM INSTRUCTIONS (ITEMS 1-12):

Items 1-3   In fields 1a, 2a & 3a, please provide the contact name and information for the person responsible for ordering the transcript. In a law office, this is usually a paralegal or administrative assistant, not the attorney. In fields 1b, 2b & 3b, provide the attorney name and contact info, if the attorney is not the contact person.

Items 5-6.  Only one case number may be listed per order.

Item 7.     Visit http://www.kywd.uscourts.gov/requests-transcripts-audio-recordings for instructions for determining the name of the court reporter who reported the proceeding or if the proceeding was audio recorded. If minutes have not been filed, contact juoge's couIrtroom deputy.

Item 8.     Check appeal OR non-appeal AND criminal OR civil. *In forma pauperis*: a court order specifically authorizing TRANSCRIPTS is required before transcripts may be ordered *in forma pauperis*.

Item 9a.    List specific date(s) of the proceedings 7or which transcript is requested. A transcript of only a portion of a proceeding may be ordered, if the description is clearly written to facilitate processing.

Item 9b.    Select desired **FORMAT**(s) for transcript. ECF access is included at no extra charge.

Item 9c.    There are 6 **DELIVERY TYPES** to choose from (times are computed from cate of receipt of the deposit fee or DCN number). **NOTE:** Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, the 14-day *delivery* rate would be charged. Transcript delivery times are not guaranteed, however, every *effort* is made to meet requested transcript deadlines.

    TRANSCRIPT DELIVERY TIMES:
    **ORDINARY**-30 calendar days.
    **14-DAY**-14 calendar days.
    **EKPEDITED** — 7 calendar days.
    **3 day** -- 3 calendar days
    **DAILY (NEXT** :0) -- Following adjournment and prior t_o the normal opening hour of the court 011 the following morning whether or not t actually is ::i court day.
    **HOURLY (SAME DAY)**-within two (2) hours.
    **REALTIME**-A draft unedited, uncertified transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment.

Item 10.    List specific requests relating to the transcript, such as an initial request in an MDL case to create a standing order.

Item 11.    Sign in this space to certify that you will pay all charges (the deposit plus any additional charges.) An electronic or conformed (/s/) signature is acceptable.

Item 12.    Enter the date of signing the order and certification.