**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

*Electronically Filed*

| | |
|---|---|
| JACOB HEALEY, *et al.*, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Case No. 3:17-CV-71-RGJ-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| *et al.*, ) | |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANTS' NOTICE TO THE COURT

Come the Defendants, Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin, and for their Notice to the Court state as follows:

Effective September 22, 2024, the Louisville Metropolitan Department of Corrections ("LMDC") has begun using its new jail management software – Jail Tracker. Jail Tracker showcases several features to help prevent over-detentions. These include the creation of "work queues" that will automatically notify and transmit information to every department involved in the release process as soon as a release is created and will eliminate the need for this information to be transmitted manually by LMDC personnel. Jail Tracker also allows LMDC to create "release timers" that will notify all departments in the release process that releases are upcoming and will signify whether further action needs to be taken to implement that release. Jail Tracker will also serve to help digitize LMDC's operations, both in terms of records keeping and how departments within LMDC communicate with each other.

While Jail Tracker is by no means the only measure taken by LMDC to alleviate overdetentions, Defendants notify the Court because the Court has previously suggested that the implementation of Jail Tracker may serve to cut off the class herein. *See Official Transcript of November 29, 2023 Hearing*, DN 147 at Page.ID. 2962. ("[A]t some point the world of overdetentions for this period is going to end because the process is different… when we implement a new computer system or whatever it is – I'm going to assume it's some form of technology – there's going to be a cutoff date to this litigation and then somebody wants to take it up on the next piece of technology, you know, that's not for this.")

Defendants therefore submit the foregoing to allow the Court and the Plaintiffs to consider this in advance of the upcoming status conference on November 19, 2024.

Respectfully submitted,

/s/ *Richard Elder*
Richard Elder
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisville.gov

and

William H. Brammell, Jr.
Kayla M. Campbell
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

and

John T. McLandrich
Mazanec Raskin & Ryder Co., LPA
100 Franklin's Row

34505 Solon Road, Suite 100
Cleveland, OH 44139
(440) 248-7906
jmclandrich@mrrlaw.com

and

Jan M. West
Goldberg & Simpson, LLC
9301 Dayflower Street
Prospect, KY 40059
502-589-4440
502-581-1344
jwest@goldbergsimpson.com
*Counsel for Defendants*

### **CERTIFICATE OF SERVICE**

  This is to certify that a true copy of the foregoing has been served on this 3rd day of October, 2024, via the Court's ECF system, which will send electronic notice to counsel of record.

            /s/ *Richard Elder*
            Richard Elder