UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JACOB HEALEY, et al., | ) | CASE NO.:  3:17-CV-00071-RGJ-RSE |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JEFFERSON COUNTY KENTUCKY | ) | |
| LOUISVILLE METRO GOVERNMENT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO DISMISS PLAINTIFF PAULA THOMPSON**

Come the parties herein, by counsel, and for their Joint Motion to Dismiss Plaintiff Paula

Thompson state as follows:

1. Plaintiff Paula Thompson was added as a representative of the Plaintiff Class through

   Plaintiffs' Supplement to their Third Amended Complaint. DN 0179.

2. However, since being added as a class representative, counsel for the Plaintiffs, despite

   their best efforts, have been unable to secure her further participation on this matter.

   Ms. Thompson has not answered written discovery in this matter, and Defendants have

   been unable to depose her.

3. Fact discovery closes on October 15, 2024. DN 182.

4. The parties therefore agree, in consultation with each other and with Magistrate Judge

   Regina Edwards, that Ms. Thompson cannot continue as a class representative in this

   matter.

5. The parties therefore respectfully request that the Court enter the attached Order dismissing Ms. Thompson.

Respectfully submitted,

*/s/ Richard Elder*
Richard Elder
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisville.gov

and

William H. Brammell, Jr.
Kayla M. Campbell
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

and

John T. McLandrich
Mazanec Raskin & Ryder Co., LPA
100 Franklin's Row
34505 Solon Road, Suite 100
Cleveland, OH 44139
(440) 248-7906
jmclandrich@mrrlaw.com
*Counsel for Defendants*

*/s/ Gregory A. Belzley (w/permission)*
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY 40059
(502) 292-2452
and

Garry R. Adams

2

garry@justiceky.com
Laura Landenwich
laura@justiceky.com
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
(502) 561-0085
*Counsel for the Plaintiff Class*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been served on this 14th day of October, 2024, via the Court's ECF system, which will send electronic notice to counsel of record.


/s/ *Richard Elder*
Richard Elder