UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JACOB HEALEY, et al., ) | CASE NO.: 3:17-CV-00071-RGJ-RSE |
| ) | |
| Plaintiffs, ) | JUDGE REBECCA GRADY JENNINGS |
| ) | |
| vs. ) | MAGISTRATE JUDGE REGINA S. |
| ) | EDWARDS |
| JEFFERSON COUNTY KENTUCKY ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to Magistrate Judge Regina S. Edwards' Order of October 8, 2024 (DN 193), counsel for the Plaintiff Class and Defendants have conferred and provide herewith their Joint Status Report:

1. The parties have submitted a joint motion and order to dismiss Plaintiff Paula Thompson as a class representative (DN 195), and that issue is therefore resolved.

2. Counsel for the Plaintiffs have disclosed one additional medical provider for Plaintiff Betty Melloan in accordance with the Court's Order. Counsel for the Defendants have issued a notice of intent to subpoena medical records from the two identified medical providers and will issue those subpoenas once the required objection period has expired.

3. Counsel for the Defendants will review the records once received, will provide copies to Plaintiffs' counsel, and will advise if further discovery is necessary.

Respectfully Submitted,

*s/ Gregory A. Belzley, with permission*
GREGORY A. BELZLEY
P.O. Box 278
Prospect, KY 40059
gbelzley3b@gmail.com
*Counsel for Plaintiffs*

*s/ Garry R. Adams, with permission*
Garry R. Adams
Laura Landenwich
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
(502) 561-0085
garry@justiceky.com
laura@justiceky.com
*Counsel for Plaintiffs*

*s/ Jan M. West*
JAN M. WEST
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
jan@goldbergsimpson.com
*Co-Counsel for Defendants*
*Louisville/Jefferson*
*County Metro Government, Mark Bolton,*
*Dwayne Clark and Arnetta Al-Amin*

*s/Richard Elder*
RICHARD ELDER
Assistant Jefferson County Attorney
First Trust Centre
200 S. 5th Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisvilleky.gov
*Counsel for Defendants Louisville/Jefferson*
*County Metro Government, Mark Bolton,*
*Dwayne Clark and Arnetta Al-Amin*

*s/John T. McLandrich*
JOHN T. MCLANDRICH (0021494)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com

*s/ William H. Brammell, Jr.*
William H. Brammell, Jr.
Kayla M. Campbell
Wicker / Brammell PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

*Co-Counsel for Defendants*
*Louisville/Jefferson County Metro*
*Government, Mark Bolton, Dwayne Clark and*
*Arnetta Al-Amin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, a copy of the foregoing Joint Status Report to Court was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Richard Elder*
RICHARD ELDER