

July 9, 2024

**Memo for the Record:  Healey et al. v. Louisville Metro Government et al.**

Sentence Subclass

Analytic Focus ("AF") developed a mathematical model (an algorithm) that used the data found in XJail to decide whether the inmate was to be considered a potential member of the Sentence Subclass, then determine if that individual was overdetained. AF applied this algorithm to the XJail dataset covering bookings from February 3, 2016 through 2023. Of over 4,278 inmates that had a sentence end date in XJail, the algorithm identified 704 inmates as likely overdetained. Of the 704, the 96 with the longest times of overdetention (more than 24 hours) were classified as requiring further review. After the manual review of these 96 files, the count of overdetentions was reduced to 646.

A listing of the 646 records associated with these overdetentions is provided in Appendix A and a monthly summary of overdetentions in the Sentence Subclass is provided in Appendix B.

Recently, AF conducted a review of 32 files with overdetention times less than 24 hours.  Out of 32 files reviewed, 27 (84%) were validated as overdetentions after manual review. Given the sample size, this review suggests that 66% to 94% of the overdetentions less than 24 hours would still be considered overdetentions after a manual review. Assuming that proportion is 84%, the expected size of the Sentence Subclass after a manual review of the remaining paper files would be 551.

Pre-Trial Subclass

AF has also calculated the estimated number of overdetentions in the Pre-Trial Subclass. The estimate is based on the previous review of Pre-Covid/Post-Covid samples and the algorithm based on XJail (which classifies individuals as Sentence Subclass, Pre-Trial Subclass, or as someone excluded from the potential Class). The method used to compute the estimate is the same as the one used in Table 2 of the report dated August 7, 2023, except the estimate is based on the total number of pre-trial releases for individuals not excluded from the Class (*e.g.*, Home Incarceration Program participants, Other Agency Releases, etc.). The estimate of overdetentions in the Pre-Trial

Subclass over the combined Pre-Covid and Post-Covid time periods is approximately 4,850. The table in Appendix C summarizes this computation.

## Total Class

The estimates of the Sentence and Pre-Trial Subclasses sum to 5,401. Based on the 191,388 bookings/releases between February 3, 2016 and December 31, 2023, the estimated overall overdetention rate was 2.82%.



**Appendix A – Sentence Subclass Overdetentions**

**[Native Excel File "Sentence Subclass Overdetentions.xlsx"]**

analyticfocus.com  |  210.641.2817  |  c.cowan@analyticfocus.com



**Appendix B – Monthly Summary of Sentence Subclass Overdetentions**

**[Native Excel File "Monthly Summary of Sentence Subclass Overdetentions.xlsx"]**



**Appendix C – Summary of Pre-Trial Subclass Size Computation**

| Pre-Trial Subclass Only | | | | | | |
|---|---|---|---|---|---|---|
| *(February 2016 - December 2023)* | | | | | | |
| *Post-Covid* | | | *Pre-Covid* | | | *Combined* |
| **Overdetention Status** | **Count** | **%** | **Overdetention Status** | **Count** | **%** | |
| Not Overdetained | 1,643 | 67.4% | Not Overdetained | 6,474 | 62.9% | |
| Excluded from Population | 731 | 30.0% | Excluded from Population | 3,332 | 32.4% | |
| Unable to Determine | 0 | 0.0% | Unable to Determine | 207 | 2.0% | |
| Overdetained | 65 | 2.6% | Overdetained | 281 | 2.73% | |
| Review Total - Post-Covid | 2,439 | 100.0% | Review Total - Pre-Covid | 10,294 | 100.0% | |
| | | | | | | |
| All Pre-Trial Releases Reported by LMDC Post-Covid | 63,477 | | All Pre-Trial Releases Reported by LMDC Pre-Covid | 123,139 | | 186,616 |
| Excluded from Population | 22,762 | | Excluded from Population | 43,133 | | 65,895 |
| | | | | | | |
| Number - No Overdetained | 1,538 | | Number - No Overdetained | 3,331 | | 4,869 |
| Number One: Rate, Without Unable to Determine and Excluded from Population | 3.78% | | Number One: Rate, Without Unable to Determine and Excluded from Population | 4.16% | | 4.03% |
| | | | | | | |
| Number - % of Overdetained | 1,538 | | Number - % of Overdetained | 3,297 | | 4,835 |

analyticfocus.com  |  210.641.2817  |  c.cowan@analyticfocus.com