**Kayla Campbell**

| | |
|---|---|
| **From:** | John McLandrich <jmclandrich@mrrlaw.com> |
| **Sent:** | Friday, November 8, 2024 12:15 PM |
| **To:** | Kayla Campbell |
| **Subject:** | Healey |

**Re: Healey, et. al. v. Jefferson Cnty Ky Louisville Metro Gov., et. al. (Claim No.: 1766537) Document: Order for Protection of Records & Resetting Analytic Focus Report Date (File #: 210029)**

Sent04/27/2023 11:58 AM
Fromjim <jim@louisvillelawyer.com>
Tojmclandrich <jmclandrich@mrrlaw.com>
CCGbelzley3b <Gbelzley3b@gmail.com>; john.carroll2 <john.carroll2@louisvilleky.gov>
John and John,

Greg and I have discussed this at length and have decided that we will not be pursuing HIP claims in this litigation. And at this time we do not have a class representative to adequately represent this potential subclass. In addition, we believe that pursuing such claims present complex legal issues that could tie up our two subclasses for a protracted period of time in litigation.

We are sending this notification to you in good faith with the hopes that you recognize the same, as we would like to resolve this case this year if possible, get closure on the growing seven plus years' old classes; and get the problems fixed.

Thanks,

Jim

**John T. McLandrich**
Partner



**Mazanec, Raskin & Ryder Co., L.P.A.**
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
Direct: 440.287.8298
Main:  440.248.7906
www.mrrlaw.com

**EMAIL CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged or confidential.  If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the above email address.**

Please consider the environment before printing this email