UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JACOB HEALEY, et al., | ) CASE NO.: 3:17-CV-00071-RGJ-RSE |
| Plaintiffs, | ) |
| vs. | ) |
| JEFFERSON COUNTY KENTUCKY LOUISVILLE METRO GOVERNMENT, et al., | ) |
| Defendants. | ) |

## ORDER DISMISSING PLAINTIFF PAULA THOMPSON

The parties having agreed, and the Court otherwise being sufficiently advised, IT IS ORDERED that the Joint Motion to Dismiss Plaintiff Paula Thompson [DE 195] is GRANTED and Plaintiff Paula Thompson is dismissed as a representative of the Plaintiff Class with prejudice. This order does not affect Ms. Thompson's continuing rights in this litigation as an unnamed class member.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

November 12, 2024