Daniel Harris - 00438259 - Main jail - Good time credit not applied by a New employee trying to learn the process. 5 day late release.

LMG005509