**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **JACOB HEALEY, et al.,** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | |
| **v.** | ) | **Case 3:17-CV-71-RGJ-RSE** |
| | ) | |
| **LOUISVILLE METRO GOVERNMENT,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**THE PLAINTIFF CLASS'S NOTICE**
**OF ITS CONTINUED MAINTENANCE OF ACTIONS**
**AGAINST THE INDIVIDUAL DEFENDANTS IN THEIR INDIVIDUAL CAPACITY**

Pursuant to the order of this Court, the Plaintiff Class hereby gives notice that the course

of proceedings in this litigation shows that the individual Defendants named herein have long been

on notice that the claims in Plaintiffs' Complaints were asserted against them in their individual

capacity, and that the Class shall therefore proceed accordingly. See *New Albany Main St.*

*Properties v. Watco Cos.*, 75 F. 4th 615, 632 (6th Cir. 2023); *Moore v. City of Harriman*, 272 F.

3d 769, 773-74 (6th Cir. 2001).

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY  40059
(502) 292-2452

Garry Adams
garry@justiceky.com
Laura Landenwich
laura@justiceky.com
Adams, Landenwich & Lay

517 West Ormsby Avenue
Louisville, KY 40203
502/561-0085

***Counsel for the Plaintiff Class***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served on counsel for Defendants via email on November 20, 2024.

/s/ Gregory A. Belzley
***Counsel for the Plaintiff Class***