UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JACOB HEALEY, et al., ) | CASE NO.: 3:17-CV-00071-RGJ-RSE |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| JEFFERSON COUNTY KENTUCKY ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER CLOSING THE PLAINTIFF CLASS

The parties having agreed, and the Court otherwise being sufficiently advised, IT IS HEREBY ORDERED that the class period in the above styled lawsuit is closed, effective September 22, 2024.

Accordingly, the Court's Order Certifying the Class, more specifically DE 72 at Page.ID. 2135-36, is hereby amended to define the Plaintiff Class as follows:

**Subclass A**: All persons who from February 3, 2016 to September 22, 2024 were imprisoned in the Louisville Metro Department of Corrections for more than four hours after satisfaction of their term of imprisonment set by prior court order due to the failure of Defendants to implement and maintain an adequate process for timely releasing imprisoned inmates.

**Subclass B**: All persons who from February 3, 2016 to September 22, 2024 were detained in the Metro Government Department of Corrections for more than twelve hours after receipt of an order directing their release due to the failure of Defendants to implement and maintain an adequate process for timely releasing detained inmates.

November 25, 2024

Rebecca Grady Jennings, District Judge
United States District Court