# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| JACOB HEALEY, *et al.*, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Case No. 3:17-CV-71-RGJ-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| *et al.*, ) | |
| ) | |
| DEFENDANTS. ) | |

## JOINT MOTION FOR EXTENSION
## OF DISPOSITIVE MOTIONS DEADLINE

Pursuant to LR 7.1(b), the Defendants, Louisville/Jefferson Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin, and the Plaintiffs, Jacob Healey, *et al.*, hereby jointly request that the Court extend the current dispositive motions deadline set forth in the Court's Memorandum of Hearing and Order dated December 5, 2024 (DN 209).

As noted in the recent joint status report (DN 212), the parties are actively collaborating to address the overdetention data collections issues. The parties have repeatedly met and conferred on this issue and engaged in discussions with potential vendors. Defendants are in the process of preparing sample files to share with vendors to obtain estimates. Given these ongoing efforts, the parties agree that extending the dispositive motions deadline would allow them to focus on resolving the data collection challenges.

Accordingly, the parties respectfully request a 30-day extension for all dispositive motions, moving the deadline to **February 10, 2025**.

        Respectfully submitted,

        /s/ *William H. Brammell, Jr.*
        William H. Brammell, Jr.
        Kayla M. Campbell
        WICKER / BRAMMELL PLLC
        323 West Main Street, 11th Fl.
        Louisville, Kentucky 40202
        (502) 780-6185
        bill@wickerbrammell.com
        kayla@wickerbrammell.com

        and

        Richard Elder
        Assistant Jefferson County Attorney
        200 South Fifth Street, Suite 300N
        Louisville, KY 40202
        (502) 574-3493
        richard.elder@louisville.gov

        and

        John T. McLandrich
        Mazanec Raskin & Ryder Co., LPA
        100 Franklin's Row
        34505 Solon Road, Suite 100
        Cleveland, OH 44139
        (440) 248-7906
        jmclandrich@mrrlaw.com

        *Counsel for Defendants*

        /s/ *Gregory A. Belzley (with permission)*
        Gregory A. Belzley
        gbelzley3b@gmail.com
        P.O. Box 278
        Prospect, KY 40059
        (502) 292-2452

        and

>Garry Adams
>garry@justiceky.com
>Laura Landenwich
>laura@justiceky.com
>Adams, Landenwich & Lay
>517 West Ormsby Avenue
>Louisville, KY 40203
>(502) 561-0085
>
>*Counsel for the Plaintiff Class*

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing has been served on this 6th day of January, 2025, via the Court's ECF system, which will send electronic notice to counsel of record.

>/s/ *William H. Brammell, Jr.*
>William H. Brammell, Jr.