UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JACOB HEALEY, ET AL.                                                                    Plaintiffs

v.                                                                      Civil Action No. 3:17CV-71-RGJ

JEFFERSON COUNTY,                                                                       Defendant
KENTUCKY/LOUISVILLE METRO
GOVERNMENT

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

An in-person hearing was held in this matter on January 28, 2025 before the Honorable Rebecca Grady Jennings, United States District Judge. The Court's official reporter was Dena Legg. The following counsel participated in the hearing:

For the United States: Garry Adams, Jr., and Laura E. Landenwich.

For the Defendant(s): John T. McLandrich via Zoom, Richard D. Elder, William Brammell, Jr., and Kayla Campbell all present in person.

The Court having heard updates from counsel on the proposals from vendors and data points. Based on the discussions and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1)  **The dispositive motions deadline is remanded and will be reset at the next status hearing.**

(2)  As discovery is ongoing, Plaintiffs' Motion for Sanctions [DE 184] is **ADMINISTRATIVELY REMANDED** from the Court's active docket, to be **REINSTATED** upon completion of discovery.

(3)  Defendants' Motion to Exceed Page Limit [DE 215] is **GRANTED**.

(4) Counsel shall file a status report **on or before February 28, 2025.**

(5) This matter is **CONTINUED** for a **further status hearing on April 22, 2025 at 2:30 p.m.** before Judge Rebecca Grady Jennings at the Gene Snyder United States Courthouse, Louisville, Kentucky.

January 31, 2025

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of record

Court Time: 0/50
Court Reporter: Dena Legg