UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| JACOB HEALEY, *et al.*, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-CV-71-RGJ-RSE |
| | ) | |
| LOUISVILLE METRO GOVERNMENT, *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 31, 2025 Memorandum of Hearing and Order (DE 217), counsel for the Plaintiff Class and Defendants have conferred and provide the following Joint Status Report:

1. Defendants have received estimates from three vendors. The final cost of the review project will depend on whether the vendor is required to download, store, and review the large volume of email data, as discussed during the January 28th status conference.

2. To avoid the time-consuming and costly task of analyzing all the email data (as noted by all vendors), the parties have agreed to conduct a manual review of a random sample of 150 inmate files. This review will help determine if the computer-generated time stamp on the LMDC release report can serve as the starting point for when an inmate should be released from

custody, as discussed during the January 28th status conference. Counsel have conferred and agreed on the parameters for this sample review.

3. To streamline this process, Defendants are uploading these files into an eDiscovery platform. They expect the files to be uploaded and sorted by early next week and will provide user licenses to Plaintiffs' counsel, which will give them access to the platform as well. The files will be organized by inmate name and will include the relevant emails for a quick review to assess if the computer-generated time stamp on the LMDC release report aligns closely with the time when LMDC received the Court's order regarding the inmate's release. If all parties agree that this timestamp is a reliable starting point, the review of additional files will be streamlined. In addition to having access to the eDiscovery platform, Plaintiffs have already received a copy of the scanned inmate files and emails, as requested during the status conference.

4. The parties anticipate that reviewing the 150 random sample files will take no more than a week provided they work collaboratively. Once the review is complete, the parties plan to reconvene to discuss whether another sample should be reviewed or if all parties are comfortable proceeding with the computer-generated time stamp on the LMDC release report as the datapoint indicating the start of the release clock.

5. Counsel have also discussed using the release date and time generated in XJail as a second datapoint indicating when the inmate was released from custody, which would further expedite the review process. As Defendants have explained to both the Court and Plaintiffs, the release time in XJail is generated when an inmate is processed by the Property Department and receives all the property they had when they entered custody.

6.        Once the parties have determined the appropriate datapoints to effectively start and stop the inmate release clock, Defendants will continue working with potential vendors to obtain final estimates for the price and duration of the review project.

Respectfully Submitted,

*/s/ William H. Brammell, Jr.*
William H. Brammell, Jr.
Kayla M. Campbell
Wicker / Brammell PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

*/s/ Richard Elder (w/permission)*
RICHARD ELDER
Assistant Jefferson County Attorney
First Trust Centre
200 S. 5th Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisvilleky.gov
*Counsel for Defendants Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin*

*/s/ John T. McLandrich (w/permission)*
JOHN T. MCLANDRICH (0021494)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com

*Co-Counsel for Defendants Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin*

3

*/s/ Gregory A. Belzley (w/permission)*
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY 40059
(502) 292-2452

and

Garry Adams
Laura Landenwich
garry@justiceky.com
laura@justiceky.com
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
(502) 561-0085

*Counsel for the Plaintiff Class*

**CERTIFICATE OF SERVICE**

     This is to certify that a true copy of the foregoing has been served on this 28th day of February, 2025, via the Court's ECF system, which will send electronic notice to counsel of record.

*/s/ William H. Brammell, Jr.*
William H. Brammell, Jr.