**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*Electronically Filed*

| | | |
|---|---|---|
| JACOB HEALEY, *et al.*, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-CV-71-RGJ-RSE |
| | ) | |
| LOUISVILLE METRO GOVERNMENT, | ) | |
| *et al.*, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

---

**NOTICE OF WITHDRAWAL**

---

The undersigned hereby gives notice that Attorney Katherine E. Tapp is no longer with the

firm of Wicker / Brammell PLLC and therefore will no longer be representing the Defendants in

this matter. Attorneys William H. Brammell and Kayla M. Campbell of Wicker / Brammell PLLC,

remain attorneys of record for Defendants.  Defendants, through their counsel, have been notified

of this withdrawal.


Respectfully submitted,

*/s/ William H. Brammell, Jr.*
William H. Brammell Jr.
Kayla M. Campbell
WICKER / BRAMMELL PLLC
323 W. Main Street, 11th Floor
Louisville, Kentucky 40202
Telephone: (502) 780-6185
Bill@WickerBrammell.com
Kayla@WickerBrammell.com
*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

     This is to certify that a true copy of the foregoing has been served on this 21st day of March, 2025, via the Court's ECF system, which will send electronic notice to counsel of record.


        */s/ William H. Brammell, Jr.*
        William H. Brammell Jr.