# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| JACOB HEALEY. et al. | ) | |
|     PLAINTIFFS | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-71-RGJ-RSE |
| | ) | |
| LOUISVILLE/ METRO GOVERNMENT, et al. | ) ) | |
|     DEFENDANTS | ) | |

## NOTICE OF WITHDRAW

Please take notice that the undersigned, Jan M. West of Goldberg Simpson, LLC, hereby withdraws her appearance on behalf of the Defendants. Defendants, through their counsel, have been notified of this withdrawal.

                                          Respectfully submitted,
                                          */s/ Jan M. West*
                                          Jan M. West
                                          Goldberg Simpson, LLC
                                          Norton Commons
                                          9301 Dayflower Street
                                          Prospect, Kentucky 40059
                                          jwest@goldbergsimpson.com
                                          *Co-Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of April 2025, the was filed electronically and will be sent by operation of the Court's electronic filing system upon the following counsel of record:

Gregory A. Belzley
Belzley, Bathurst & Bentley
P.O. Box 278
Prospect, KY 40059
gbelzley3b@gmail.com
*Counsel for Plaintiffs*

Garry R. Adams
Laura Landenwich
Adams Landenwich Walton, PLLC
517 West Ormsby Avenue
Louisville, KY 40203
garry@justiceky.com
laura@justiceky.com
*Counsel for Plaintiffs*


Richard D. Elder
Assistant Jefferson County Attorney
200 South Fifth Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisvilleky.gov
*Counsel for Defendants, Louisville/Jefferson County Metro Government, et al.*

John T. McLandrich
Mazanec Raskin & Ryder Co., LPA
100 Franklin's Row
34505 Solon Road, Suite 100
Cleveland, OH 44139
(440) 248-7906
jmclandrich@mrrlaw.com
*Co-Counsel for Defendants*

                                                    */s/ Jan M. West*_____
                                                    Jan M. West
                                                    *Co-Counsel for Defendants*