UNITED STATES DISTRICT COURT
Western District of Kentucky

# EXHIBIT INVENTORY

Case Number: 3:17-CV-71   Style of Case: Healey et al. v. Jefferson County et al.
Received from: A. Dowell   Received by: [signature]   Date: 4/16/25

Proceedings: December 3 2024 evidentiary hearing

| PLAINTIFF'S NUMBER | DESCRIPTION |
|---|---|
| 1 | Agreed order |
| 2 | Datapoints doc |
| 3 | Spreadsheet |
| 4 | Spreadsheet |
| 5 | Analytic Focus doc |
| 6 | XJail doc |
| 7 | Email with attachments |
| 8 | Analytic Focus doc |

FILED
JAMES J. VILT, JR. - CLERK
APR 16 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

NOTES: _____

## DISPOSITION OF EXHIBITS:

ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION: _____
DATE: _____ RETURNED BY: _____, Deputy Clerk