UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| JACob HEALEY, *et al.*, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Case No. 3:17-CV-71-RGJ-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| *et al.*, ) | |
| ) | |
| DEFENDANTS. ) | |

**JOINT STATUS REPORT & MOTION TO CANCEL THE STATUS CONFERENCE AND SET A DATE FOR THE PARTIES TO PROVIDE A FURTHER STATUS REPORT**

Counsel for the Plaintiff Class and Defendants have conferred and provide the following Joint Status Report and Motion to Cancel the Status Conference:

1. The Parties provided a Joint Status Report on February 28, 2025. (R. 220).

2. Since the date of that filing, the parties have agreed to engage KPMG to collect, scan, and analyze the records in this case.

3. Defendants received formal authority to engage KPMG on April 17, 2025 and have subsequently been negotiating a Contract and Statement of Work with KPMG. That negotiation is almost complete, and the Defendants will be providing a copy of that Statement of Work for Plaintiffs' review in the coming days; it is expected that KPMG will be fully engaged within the next two weeks.

4.	KPMG will then begin work.  It is expected that collecting and scanning all records will take a period of four months.  Thereafter, KPMG will begin its review of a larger sample of records and, if necessary, will review all records.

5.	While negotiating the engagement of KPMG, the Parties have continued to have productive conversations about a framework to resolve the pending litigation and intend to continue those conversations, working in collaboration with mediator Pete Palmer.

6.	The Parties continue to work cooperatively to move this litigation forward and do not have any issues to bring to the Court at this time.

7.	Considering this cooperation and the progress that has been made, the parties jointly ask that the Court cancel the status conference set for May 20, 2025, and ask that the Court set a date for a further status report in 60-90 days.

Respectfully Submitted,

*/s/ William H. Brammell, Jr.*
William H. Brammell, Jr.
Kayla M. Campbell
Wicker / Brammell PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

Richard Elder
Assistant Jefferson County Attorney
First Trust Centre
200 S. 5th Street, Suite 300N
Louisville, KY  40202
(502) 574-3493
richard.elder@louisvilleky.gov

John T. McLandrich
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row

>34305 Solon Road
>Cleveland, OH 44139
>(440) 248-7906
>(440) 248-8861 – Fax
>jmclandrich@mrrlaw.com
>
>*Counsel for Defendants Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin*
>
>*/s/ Gregory A. Belzley (w/permission)*
>Gregory A. Belzley
>gbelzley3b@gmail.com
>P.O. Box 278
>Prospect, KY 40059
>(502) 292-2452
>
>Garry Adams
>Laura Landenwich
>garry@justiceky.com
>laura@justiceky.com
>Adams, Landenwich & Lay
>517 West Ormsby Avenue
>Louisville, KY 40203
>(502) 561-0085
>
>*Counsel for the Plaintiff Class*

## **CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing has been served on this 16th day of May, 2025, via the Court's ECF system, which will send electronic notice to counsel of record.

>*/s/ William H. Brammell, Jr.*
>William H. Brammell, Jr.