UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JACOB HEALEY, et al., ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| v. ) | Case 3:17-CV-71-RGJ-RSE |
| ) | |
| LOUISVILLE METRO GOVERNMENT, ) | |
| et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## THE PARTIES JOINT STATUS REPORT

For their joint report on the status of this case, the parties would respectfully state as follows:

**I. The stapling issue and its impact on this litigation.**

This issue was brought to the attention of the Court and addressed in Defendants' Status Report Related to KPMG Review and Analysis. DN 230. What follows in italics is a statement of the position of the Plaintiff Class as to the timeline proposed by Defendants in that report, which the Court directed be included in this report in its August 20, 2025, Text Order. DN 231.

*The stapling issue that may delay completion of Phase I of the audit for up to three months is not the fault of KPMG. It is not clear to the Plaintiff Class why there appears to have been a custom and practice of repeatedly stapling single sheets of paper to others in the same file, or why this problem was not discovered before now. Unfortunately, the resulting delay appears unavoidable. The depth of the Plaintiff Class's displeasure over this turn of events is mitigated by the following:*

*1. The stapling issue is likely to substantially increase the costs of the audit to Defendants;*

1

   *2. KPMG's professionalism and expertise give some basis for hope that the resulting delay will not be as protracted as KPMG has originally estimated; and*

   *3. The parties have made some progress toward a framework for the settlement of this case which will not be delayed by the stapling issue, as jointly described by the parties below.*

**II. The status of settlement.**

   1. The Plaintiff Class made a formal written dollar demand for settlement approximately a year ago. A one-day mediation followed, but the Parties were unable to come to an agreement. However, the Plaintiff Class recently made a revised demand in the hopes of triggering an exchange of offers, counter-demands, and counteroffers that could close the existing gap between the parties' settlement positions.

   2. In settlement negotiations, the Plaintiff Class enjoys considerable flexibility extended to its counsel by the named Plaintiff Class Representatives. Defendants' counsel, however, must coordinate not only with Defendants but also with insurance carriers whose policies are implicated.

   3. The parties are jointly engaged in an effort to identify and retain an appropriately qualified and experienced mediator with availability in this year.

   4. In the meantime, the parties will meet regularly to reach agreement on all terms of a preliminary settlement agreement with the exception of those terms – including the appropriate administrative grace period before a class member should be considered unreasonably overdetained, and the value of an overdetained hour – that will likely require mediated negotiation.

   5. The parties welcome any assistance or suggestions the Court can provide the parties in meeting this goal.

                              Respectfully submitted,

                              /s/ Gregory A. Belzley

Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY 40059
(502) 292-2452

Garry Adams
garry@justiceky.com
Laura Landenwich
laura@justiceky.com
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
(502) 561-0085

***Counsel for the Plaintiff Class***


/s/ *William H. Brammell, Jr*. (w/ permission)
William H. Brammell, Jr.
Kayla M. Campbell
Wicker / Brammell PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

Richard Elder
Assistant Jefferson County Attorney
First Trust Centre
200 S. 5th Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisvilleky.gov

John T. McLandrich
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906

jmclandrich@mrrlaw.com

*Counsel for Defendant Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for Defendants via email on August 25, 2025.

/s/ Gregory A. Belzley
*Counsel for the Plaintiff Class*