UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION COUNTY, OHIO

| | | |
|---|---|---|
| JACOB HEALEY, et al., | ) | CASE NO.: 3:17-CV-00071-RGJ-RSE |
| | ) | |
| Plaintiffs, | ) | JUDGE: REBECCA G. JENNINGS |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JEFFERSON COUNTY KENTUCKY LOUISVILLE METRO GOVERNMENT, et al., | ) ) ) ) | |
| Defendants. | | |

This cause came on for consideration upon the Motion of Counsel, John T. McLandrich for leave to attend the November 25, 2025 Status Conference by Zoom.

For good cause shown, it is hereby ordered that leave is granted to attorney McLandrich to attend the November 25, 2025 Status Conference by Zoom. The clerk is directed to provide Zoom link to attorney McLandrich for attendance at said Status Conference.

IT IS SO ORDERED.

DATED    November 24, 2025

Rebecca Grady Jennings, District Judge
United States District Court