UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JACOB HEALEY, *et al.*, | ) | CASE NO.: 3:17-CV-00071-RGJ-RSE |
| | ) | |
| Plaintiffs, | ) | JUDGE REBECCA GRADY JENNINGS |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE REGINA S. |
| | ) | EDWARDS |
| JEFFERSON COUNTY KENTUCKY | ) | |
| LOUISVILLE METRO GOVERNMENT, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of November 24, 2025 (DN 236), counsel for the Plaintiff Class and Defendants have conferred and provide the following Joint Status Report:

1. As previously reported, the Parties participated in mediation on November 21, 2025. Defendant Louisville Metro Government has since received authorization to resolve this matter for $20,000,000.

2. The Parties have prepared and exchanged drafts of preliminary settlement documentation to be filed with the Court and are planning to meet and discuss the status of those filings and issues related to Claims Administration within the week. As a part of this process, the Parties are attempting to anticipate and address to the extent possible the issues that may arise during the Claims Administration process and are currently discussing the entity that would best fill the role of Claims Administrator.

3. Defense counsel continues to work with KPMG in connection with data collection and preparation for class administration. KPMG recently reported that scanning of the remining paper inmate files is expected to be completed by the end of this month. Data collection from

additional sources remains ongoing and is proceeding on schedule. Following completion of data collection, KPMG will compile a master list integrating the relevant archival sources to be used in the class administration process.

4. The Parties remain committed to working cooperatively toward finalizing an agreed Stipulation of Settlement and Release and filing a Motion for Preliminary Approval.

5. The Parties ask that the Court permit them to file another status report in thirty (30) days updating the Court on their progress.

Respectfully Submitted,

*/s/ Gregory A. Belzley (with permission)*
Gregory A. Belzley
P.O. Box 278
Prospect, KY 40059
gbelzley3b@gmail.com
*Counsel for Plaintiffs*

*/s/ Garry R. Adams (with permission)*
Garry R. Adams
Laura Landenwich
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
(502) 561-0085
garry@justiceky.com
laura@justiceky.com
*Counsel for Plaintiffs*

*/s/ William H. Brammell, Jr.*
William H. Brammell, Jr.
Kayla M. Campbell
Wicker / Brammell PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com
kayla@wickerbrammell.com

*/s/Richard Elder (with permission)*
Richard Elder
Assistant Jefferson County Attorney
First Trust Centre
200 S. 5th Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisvilleky.gov
*Counsel for Defendants Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin*

        */s/John T. McLandrich (with permission)*
        John T. McLandrich (0021494)
        Mazanec, Raskin & Ryder Co., L.P.A.
        100 Franklin's Row
        34305 Solon Road
        Cleveland, OH  44139
        (440) 248-7906
        (440) 248-8861 – Fax
        jmclandrich@mrrlaw.com

        *Co-Counsel for Defendants*
        *Louisville/Jefferson County Metro*
        *Government, Mark Bolton, Dwayne Clark and*
        *Arnetta Al-Amin*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 26, 2026, a copy of the foregoing Joint Status Report to Court was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        */s/ William H. Brammell, Jr.*
        William H. Brammell, Jr.