UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| JACOB HEALEY, *et al.*, | ) | CASE NO.: 3:17-CV-00071-RGJ-RSE |
| | ) | |
| Plaintiffs, | ) | JUDGE REBECCA GRADY JENNINGS |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE REGINA S. |
| | ) | EDWARDS |
| JEFFERSON COUNTY KENTUCKY | ) | |
| LOUISVILLE METRO GOVERNMENT, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 11, 2026 (DN 240), counsel for the Plaintiff Class and Defendants have conferred and provide the following Joint Status Report:

1.      KPMG has completed the work of scanning the LMDC paper inmate files. KPMG is now in the processing of combining and harmonizing the multiple data sources at issue herein (which include data the scanned inmate files, the electronic jail management systems, and the email archives) to create a structured data set. KPMG remains on schedule.

2.      KPMG is also working with the parties to potentially narrow the list of potential class members by filtering out categories of releasees that are excluded from the class.

3.      KPMG currently estimates that it will be ready to begin processing claims by approximately September of 2026.[1]  The parties anticipate structuring the approval process and the issuance of notices around KMPG's readiness to process the claims received.

4.      The parties are also in the process of selecting a class administrator and hope to have that completed within the next 30 days.

---

[1] Attached as Exhibit 1 is KPMG's most recent estimated timeline.

5.      The parties continue to work together to draft a preliminary settlement agreement and intend to complete that document and submit it to the Court once the class administrator is selected.

6.      The Parties therefore respectfully request that the Court set a deadline for a joint status report in approximately 45 to 60 days to allow the Parties to update the Court on their progress and identify any issues that may arise.

Respectfully Submitted,

/s/ Gregory A. Belzley (with permission)
Gregory A. Belzley
P.O. Box 278
Prospect, KY  40059
gbelzley3b@gmail.com
*Counsel for Plaintiffs*

/s/ Garry R. Adams (with permission)
Garry R. Adams
Laura Landenwich
Adams, Landenwich & Lay
517 West Ormsby Avenue
Louisville, KY 40203
(502) 561-0085
garry@justiceky.com
laura@justiceky.com
*Counsel for Plaintiffs*

/s/ William H. Brammell, Jr.
William H. Brammell, Jr.
Wicker / Brammell PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com

/s/Richard Elder (with permission)
Richard Elder
Assistant Jefferson County Attorney
First Trust Centre
200 S. 5th Street, Suite 300N
Louisville, KY  40202
(502) 574-3493
richard.elder@louisvilleky.gov
*Counsel for Defendants Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin*

/s/John T. McLandrich (with permission)
John T. McLandrich (0021494)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com

2

*Co-Counsel for Defendants*
*Louisville/Jefferson County Metro*
*Government, Mark Bolton, Dwayne Clark and*
*Arnetta Al-Amin*