**Draft For Discussion Purposes Only**

# Claims Ready Timeline: Notifications Filtered to Possible / Probable Claims Only

| Workstream | Feb. 2026 | Mar. 2026 | Apr. 2026 | May 2026 | Jun. 2026 | Jul. 2026 | Aug. 2026 | Sep. 2026 | Oct. 2026 | Nov. 2026 | Dec. 2026 | Jan. 2027 | Feb. 2027 | Mar. 2027 | Apr. 2027 | May 2027 | Jun. 2027 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Task 1: Scrape the Massive Digital Collection of Unstructured Records (Jail Tracker, XJail, Inmate Release Scans, and Email Archives) to Compile a Structured Database**

**Task 2: Create Master List of Inmates with their Release Information by Merging Information from the 4 Archival Sources of Record and Perform Quality Control**

**Task 3: Add the Inmate release codes to Master List and Quality Control**

**Task 4: Filter and Preliminary Quality Control** — More Extensively Filtered List, Not only Release Code Categories but also Timeline based on Parties' and or Courts' Guidance (e.g. > 4 hours between Scheduled and Actual and or Subtracting HIP)

**Task 5: Prepare, Find and Notify Filtered Master Inmate List** — Response Window — Notifications from Master List Leveraging All Archival Sources (Also Including XJail, Inmate Scans and Email Archival Records)

**Task 6: Compare "Clock Start" against Actual Release Date/Time, Leveraging Primary and Supporting Data**

**Task 7: Verify and Perform Quality Control** — Inmate Notification of Validated Claim (1 month)

**Task 8: Client Decision Points** — Appeals Process and Analysis (2 months)

**Task 9: Validate List of Over-Detained Inmates**

Payment & Settlement Closure (1 month)



© 2025 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

Document Classification: KPMG Confidential     4