**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **JACOB HEALEY, et al.,** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | |
| **v.** | ) | **Case 3:17-CV-71-RGJ-RSE** |
| | ) | |
| **LOUISVILLE METRO GOVERNMENT, et al.,** | ) | |
| | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**JOINT STATUS REPORT**

The parties previously represented to the Court that a proposed settlement plan for this litigation would be tendered for the Court's preliminary approval no later than October 16, 2026. DN 245. Delays due to unanticipated interruptions in the calendars of the parties' counsel prevented that filing. A vigorous effort to file the proposed settlement plan by October 23, 2026, was upended late last week by yet more delays.

A proposed settlement plan for this litigation WILL be filed no later than Tuesday, October 27, 2026. The parties apologize for any inconvenience this has caused the Court.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
gbelzley3b@gmail.com
P.O. Box 278
Prospect, KY 40059
(502) 292-2452

Garry Adams
garry@justiceky.com
Laura Landenwich
laura@justiceky.com
Adams, Landenwich & Lay

517 West Ormsby Avenue
Louisville, KY 40203
502/561-0085

***Counsel for the Plaintiff Class***

/s/ William H. Brammell, Jr. ** by permission
William H. Brammell, Jr.
Wicker / Brammell PLLC
323 West Main Street, 11th Fl.
Louisville, Kentucky 40202
(502) 780-6185
bill@wickerbrammell.com

John Harrison
Assistant Jefferson County Attorney
First Trust Centre
200 S. 5th Street, Suite 300N
Louisville, KY 40202
(502) 574-3493
richard.elder@louisvilleky.gov

John T. McLandrich
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
jmclandrich@mrrlaw.com

***Counsel for Defendants Louisville/Jefferson County Metro Government, Mark Bolton, Dwayne Clark and Arnetta Al-Amin***